AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, *Plaintiff(s)* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services. *Defendant(s)* | Civil Action No. 2:25-cv-255 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DONALD J. TRUMP, in his official capacity as President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/10/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                          _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*

                                                          _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT A**

| | |
|---|---|
| **Attorneys for Plaintiffs** | **Attorneys for Plaintiffs** |
| Deepa Alagesan (*pro hac vice* forthcoming)<br>Mevlüde Akay Alp (*pro hac vice* forthcoming)<br>Linda Evarts (*pro hac vice* forthcoming)<br>Ghita Schwarz (*pro hac vice* forthcoming)<br>**International Refugee Assistance Project**<br>One Battery Park Plaza, 33rd Floor<br>New York, NY 10004<br>Telephone: 646.939.9169<br>Facsimile: 516.324.2267<br>Email: dalagesan@refugeerights.org<br>Email: makayalp@refugeerights.org<br>Email: levarts@refugeerights.org<br>Email: gschwarz@refugeerights.org | Harry H. Schneider Jr., WSBA No. 9404<br>Jonathan P. Hawley, WSBA No. 56297<br>Shireen Lankarani, WSBA No. 61792<br>Esmé Aston, WSBA No. 62545<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: HSchneider@perkinscoie.com<br>Email: JHawley@perkinscoie.com<br>Email: SLankarani@perkinscoie.com<br>Email: EAston@perkinscoie.com |
| Melissa Keaney<br>**International Refugee Assistance Project**<br>P.O. Box 2291<br>Fair Oaks, CA 95628<br>Telephone: 646.939.9169<br>Facsimile: 516.324.2267<br>Email: mkeaney@refugeerights.org | John M. Devaney (*pro hac vice* forthcoming)<br>**Perkins Coie LLP**<br>700 Thirteenth Street N.W., Suite 800<br>Washington, DC 20005-3960<br>Telephone: 202.654.6200<br>Facsimile: 202.654.6211<br>Email: JDevaney@perkinscoie.com |
| | Joel W. Nomkin (*pro hac vice* forthcoming)<br>**Perkins Coie LLP**<br>2525 E Camelback Road, Suite 500<br>Phoenix, AZ 85016<br>Telephone: 602.351.8100<br>Facsimile: 602.648.7000<br>Email: JNomkin@perkinscoie.com |