THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255 <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rules W.D. Wash. LCR 7.1(a), Plaintiffs state that there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

CORPORATE DISCLOSURE STATEMENT
(No. _____)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: February 10, 2025 | By: s/ *Harry H. Schneider, Jr.* |
| 2 | | Harry H. Schneider, Jr., WSBA No. 9404 |
| | Deepa Alagesan* | Jonathan P. Hawley, WSBA No. 56297 |
| 3 | Mevlüde Akay Alp* | Shireen Lankarani, WSBA No. 61792 |
| | Linda Evarts* | Esmé L. Aston, WSBA No. 62545 |
| 4 | Ghita Schwarz* | **PERKINS COIE LLP** |
| | **INTERNATIONAL REFUGEE** | 1201 Third Avenue, Suite 4900 |
| 5 | **ASSISTANCE PROJECT** | Seattle, Washington 98101 |
| | One Battery Park Plaza, 33rd Floor | Telephone: (206) 359-8000 |
| 6 | New York, New York 10004 | Facsimile: (206) 359-9000 |
| 7 | Telephone: (646) 939-9169 | HSchneider@perkinscoie.com |
| | Facsimile: (516) 324-2267 | JHawley@perkinscoie.com |
| 8 | dalagesan@refugeerights.org | SLankarani@perkinscoie.com |
| | makayalp@refugeerights.org | EAston@perkinscoie.com |
| 9 | levarts@refugeerights.org | |
| | gschwarz@refugeerights.org | John M. Devaney* |
| 10 | | **PERKINS COIE LLP** |
| | Melissa Keaney* | 700 Thirteenth Street NW, Suite 800 |
| 11 | **INTERNATIONAL REFUGEE** | Washington, D.C. 20005 |
| | **ASSISTANCE PROJECT** | Telephone: (202) 654-6200 |
| 12 | P.O. Box 2291 | Facsimile: (202) 654-6211 |
| 13 | Fair Oaks, California 95628 | JDevaney@perkinscoie.com |
| | Telephone: (646) 939-9169 | |
| 14 | mkeaney@refugeerights.org | Joel W. Nomkin* |
| | | **PERKINS COIE LLP** |
| 15 | | 2525 East Camelback Road, Suite 500 |
| | | Phoenix, Arizona 85016 |
| 16 | | Telephone: (602) 351-8000 |
| | | Facsimile: (602) 648-7000 |
| 17 | | JNomkin@perkinscoie.com |
| 18 | | *Counsel for Plaintiffs* |
| 19 | | *Pro hac vice forthcoming |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

CORPORATE DISCLOSURE STATEMENT – 2
(No. _____)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000