THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER;
PLAINTIFF JOSEPHINE; PLAINTIFF SARA;
PLAINTIFF ALYAS; PLAINTIFF MARCOS;
PLAINTIFF AHMED; PLAINTIFF RACHEL;
PLAINTIFF ALI; HIAS, INC.; CHURCH
WORLD SERVICE, INC.; and LUTHERAN
COMMUNITY SERVICES NORTHWEST,

        *Plaintiffs*,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States; MARCO RUBIO,
in his official capacity as Secretary of State;
KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; DOROTHY A.
FINK, in her official capacity as Acting Secretary
of Health and Human Services,

        *Defendants*.

Case No. 2:25-cv-255

**NOTICE OF RELATED CASES**

    Pursuant to Local Rules W.D. Wash. LCR 3(g), Plaintiffs file this notice identifying the following cases as related:

- *John Doe et al. v. Donald Trump et al.*, No. C17-0178JLR (Robart, J.); and

- *Jewish Family Service of Seattle et al. v. Donald Trump et al.*, No. C17-1707JLR (Robart, J.).

NOTICE OF RELATED CASES
(No. _____)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1      Although not currently pending, these cases addressed substantially similar legal claims

2   under the Administrative Procedure Act, the Immigration and Nationality Act, and the Fifth

3   Amendment's Due Process Clause. Like this matter, these cases also arose from an immigration-

4   related executive order issued by President Donald J. Trump—a named defendant in *Doe*, *Jewish*

5   *Family Services*, and here.

6   Dated: February 10, 2025                              By: s/ *Harry H. Schneider, Jr.*

7                                                           Harry H. Schneider, Jr., WSBA No. 9404
        Deepa Alagesan*                                    Jonathan P. Hawley, WSBA No. 56297
8       Mevlüde Akay Alp*                                  Shireen Lankarani, WSBA No. 61792
        Linda Evarts*                                      Esmé L. Aston, WSBA No. 62545
9       Ghita Schwarz*                                     **PERKINS COIE LLP**
10      **INTERNATIONAL REFUGEE**                          1201 Third Avenue, Suite 4900
        **ASSISTANCE PROJECT**                             Seattle, Washington 98101
11      One Battery Park Plaza, 33rd Floor                 Telephone: (206) 359-8000
        New York, New York 10004                           Facsimile: (206) 359-9000
12      Telephone: (646) 939-9169                          HSchneider@perkinscoie.com
        Facsimile: (516) 324-2267                          JHawley@perkinscoie.com
13      dalagesan@refugeerights.org                        SLankarani@perkinscoie.com
        makayalp@refugeerights.org                         EAston@perkinscoie.com
14      levarts@refugeerights.org
        gschwarz@refugeerights.org                         John M. Devaney*
15                                                         **PERKINS COIE LLP**
        Melissa Keaney*                                    700 Thirteenth Street NW, Suite 800
16      **INTERNATIONAL REFUGEE**                          Washington, D.C. 20005
        **ASSISTANCE PROJECT**                             Telephone: (202) 654-6200
17      P.O. Box 2291                                      Facsimile: (202) 654-6211
        Fair Oaks, California 95628                        JDevaney@perkinscoie.com
18      Telephone: (646) 939-9169
        mkeaney@refugeerights.org                          Joel W. Nomkin*
19                                                         **PERKINS COIE LLP**
                                                           2525 East Camelback Road, Suite 500
20                                                         Phoenix, Arizona 85016
                                                           Telephone: (602) 351-8000
21                                                         Facsimile: (602) 648-7000
                                                           JNomkin@perkinscoie.com
22
                                                           *Counsel for Plaintiffs*
23
                                                           *Pro hac vice forthcoming*
24

25

26

NOTICE OF RELATED CASES – 2
(No. _____)