AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington 

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services. *Defendant(s)* | Civil Action No. 2:25-cv-00255-JNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KRISTI NOEM, in her official capacity as Secretary of Homeland Security
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528-0075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/10/2025                                                                                                        
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT A**

**Attorneys for Plaintiffs**

Deepa Alagesan (*pro hac vice* forthcoming)
Mevlüde Akay Alp (*pro hac vice* forthcoming)
Linda Evarts (*pro hac vice* forthcoming)
Ghita Schwarz (*pro hac vice* forthcoming)
**International Refugee Assistance Project**
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: 646.939.9169
Facsimile: 516.324.2267
Email: dalagesan@refugeerights.org
Email: makayalp@refugeerights.org
Email: levarts@refugeerights.org
Email: gschwarz@refugeerights.org


Melissa Keaney
**International Refugee Assistance Project**
P.O. Box 2291
Fair Oaks, CA 95628
Telephone: 646.939.9169
Facsimile: 516.324.2267
Email: mkeaney@refugeerights.org

**Attorneys for Plaintiffs**

Harry H. Schneider Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé Aston, WSBA No. 62545
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: HSchneider@perkinscoie.com
Email: JHawley@perkinscoie.com
Email: SLankarani@perkinscoie.com
Email: EAston@perkinscoie.com


John M. Devaney (*pro hac vice* forthcoming)
**Perkins Coie LLP**
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
Email: JDevaney@perkinscoie.com

Joel W. Nomkin (*pro hac vice* forthcoming)
**Perkins Coie LLP**
2525 E Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 602.351.8100
Facsimile: 602.648.7000
Email: JNomkin@perkinscoie.com