AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Plaintiff Pacito et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-255 |
| Trump et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trump et al.                                                                                                      .

Date:   02/11/2025

/s/ Nancy K. Canter
*Attorney's signature*

Nancy K. Canter (CA263198)
*Printed name and bar number*

PO Box 878
Ben Franklin Station
Washington, DC 20001

*Address*

nancy.k.canter@usdoj.gov
*E-mail address*

(202) 305-7234
*Telephone number*

*FAX number*