1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER;
PLAINTIFF JOSEPHINE; PLAINTIFF SARA;
PLAINTIFF ALYAS; PLAINTIFF MARCOS;
PLAINTIFF AHMED; PLAINTIFF RACHEL;
PLAINTIFF ALI; HIAS, INC.; CHURCH
WORLD SERVICE, INC.; and LUTHERAN
COMMUNITY SERVICES NORTHWEST,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States; MARCO RUBIO,
in his official capacity as Secretary of State;
KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; DOROTHY A.
FINK, in her official capacity as Acting Secretary
of Health and Human Services,

*Defendants*.

Case No. C25-255 JNW

**PLAINTIFFS' UNOPPOSED
MOTION TO FILE OVER-
LENGTH MOTION FOR
PRELIMINARY INJUNCTION**

NOTE ON MOTION CALENDAR:
FEBRUARY 11, 2025

     Pursuant to Local Rules W.D. Wash. LCR 7(f), Plaintiffs respectfully request leave to file

a motion for preliminary injunction not to exceed 10,000 words. The default limit for such motions

under LCR 7(e)(3) is 8,400 words. Defendants do not oppose this request.

     Good cause exists to support Plaintiffs' request. Plaintiffs seek a preliminary injunction

blocking the enforcement of Executive Order 14163, titled "Realigning the United States Refugee

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Admissions Program" (the "Refugee Ban EO"), and the Defendants' suspension of refugee application processing and admissions and funding to refugee resettlement partners. The Refugee Ban EO and its implementation by Defendants violate the Immigration and Nationality Act, the Administrative Procedure Act, and the U.S. Constitution and impose devastating consequences not only on Plaintiffs, but on organizations across the country and hundreds of thousands of refugees worldwide.

Due to the importance and complexity of this matter, an over-length motion is required for Plaintiffs to adequately address the relevant legal landscape of refugee settlement, the myriad legal infirmities of the Refugee Ban EO and its implementation, and the irreparable harm inflicted on Plaintiffs.

Accordingly, Plaintiffs request leave to file a motion for preliminary injunction with an additional 1,600 words, for a total not to exceed 10,000 words, including footnotes. This request serves the ends of justice and will not result in prejudice to Defendants.

*       *       *

The undersigned certifies that this motion contains 219 words, in compliance with the Local Civil Rules.

PLS.' MOT. TO FILE OVER-LENGTH
MOT. FOR PRELIM. INJ. – 2
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1     Dated: February 11, 2025        By:   s/ *Harry H. Schneider, Jr.*

2                                                     Harry H. Schneider, Jr., WSBA No. 9404

3      Deepa Alagesan*                                     Jonathan P. Hawley, WSBA No. 56297

Deepa Alagesan*
Mevlüde Akay Alp*
Linda Evarts*
Ghita Schwarz*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
dalagesan@refugeerights.org
makayalp@refugeerights.org
levarts@refugeerights.org
gschwarz@refugeerights.org

Melissa Keaney*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 2291
Fair Oaks, California 95628
Telephone: (646) 939-9169
mkeaney@refugeerights.org

Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney†
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

Nicholas J. Surprise†
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
NSurprise@perkinscoie.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*
† *Pro hac vice forthcoming*

PLS.' MOT. TO FILE OVER-LENGTH
MOT. FOR PRELIM. INJ. – 3
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 11, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 11, 2025

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr.

CERTIFICATE OF SERVICE
(No. C25-255 JNW)