THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. C25-255 JNW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## INTRODUCTION

This matter came before the Court on Plaintiffs' motion for preliminary injunction. Plaintiffs challenge Executive Order 14163 (the "Executive Order")—issued on January 20, 2025, by President Donald J. Trump and entitled "Realigning the United States Refugee Admissions Program"—and Defendants' subsequent suspension of refugee processing, decisions, and

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ.
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

admissions. Plaintiffs also challenge Defendants' suspension of funding related to the U.S. Refugee Admissions Program ("USRAP") to resettlement partners. Having considered the motion, Defendants' response, if any, and the argument of the parties, if any, the Court **GRANTS** Plaintiffs' motion for preliminary injunction. The Court enters the following findings of fact and conclusions of law.

## **FINDINGS OF FACT**

1. Plaintiffs face irreparable injury as a result of the Executive Order, its implementation by Defendants, and Defendants' subsequent suspension of USRAP-related funding to resettlement partners. The Executive Order harms Plaintiffs by forcing some, like Church World Service, Inc. and HIAS, Inc., to furlough or lay off staff members. The individual Plaintiffs are severely harmed in various ways, including inability to pursue refugee applications and travel to the United States, loss of funds spent planning to welcome family members and those they prepared to sponsor, loss of funds in anticipation of travel to the United States, loss of benefits and case management support once in the United States, prolonged separation from family, and risk of physical harm to those abroad due to inability to travel to the United States.

2. These harms are immediate, ongoing, and significant and cannot be remedied in the ordinary course of litigation.

## **CONCLUSIONS OF LAW**

3. The Court has jurisdiction over Defendants and the subject matter of this action.

4. The Court deems no security bond is required under Federal Rule of Civil Procedure 65(c).

5. To obtain a preliminary injunction, Plaintiffs must establish that (1) they are likely to succeed on the merits, (2) irreparable harm is likely in the absence of preliminary relief, (3) the balance of equities tips in their favor, and (4) an injunction is in the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ. – 2
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

6. Based on the findings of fact set forth above and established Ninth Circuit precedent, there is a strong likelihood that Plaintiffs will succeed on the merits of their claims that the Executive Order; Defendants' suspension of refugee processing, decisions, and admissions; and Defendants' funding suspension violate the Refugee Act, the Administrative Procedure Act, the Immigration and Nationality Act, and the U.S. Constitution. *See Hawai'i v. Trump*, 859 F.3d 741, 788 (9th Cir. 2017); *Doe v. Trump*, 288 F. Supp. 3d 1045, 1078–86 (W.D. Wash. 2017).

7. Plaintiffs have also shown that they are likely to suffer irreparable harm in the absence of preliminary relief. The Executive Order and funding suspension will directly impact Plaintiffs, immediately threatening the continued operations of Plaintiff agencies and causing further layoffs and furloughs of staff members. The Executive Order and funding suspension will also cause irreparable harm to the individual Plaintiffs, immediately causing many to lose indefinitely the opportunity to resettle in the United States, lose funds, lose benefits and support once in the United States, experience family separation, and suffer ongoing risk of physical harm due to their inability to seek refugee status in the United States.

8. The balance of equities tips toward the Plaintiffs and the public interest strongly weighs in favor of entering preliminary relief.

**PRELIMINARY INJUNCTION**

Now, therefore, it is hereby **ORDERED** that:

9. Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receive actual notice of this order, are hereby fully enjoined from the following:

    a. Enforcing or implementing any portion of Executive Order 14163;

    b. Enforcing or implementing any portion of Defendants' suspension of refugee processing, decisions, and admissions;

    c. Enforcing or implementing any portion of Defendants' suspension of funding for USRAP-related services, including as reflected in the Notices of Suspension the

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR PRELIM. INJ. – 3 (No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

U.S. State Department sent to all refugee and resettlement partners on January 24, 2025; and

    d.    Withholding reimbursements to resettlement partners for USRAP-related work performed pursuant to cooperative agreements.

10.    Defendants' attorneys shall provide written notice of this Order to all Defendants and agencies and their employees, contractors, and grantees by February ___, 2025, at __ a.m./p.m. Defendants shall file a copy of the notice on the docket at the same time.

11.    This preliminary injunction remains in effect pending further orders from this Court.

**IT IS SO ORDERED.**

Dated this ___ day of February, 2025.

 

_____
United States District Judge

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ. – 4
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney†
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

Nicholas J. Surprise†
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
NSurprise@perkinscoie.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*
† *Pro hac vice forthcoming*

Deepa Alagesan*
Mevlüde Akay Alp*
Linda Evarts*
Ghita Schwarz*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
dalagesan@refugeerights.org
makayalp@refugeerights.org
levarts@refugeerights.org
gschwarz@refugeerights.org

Melissa Keaney*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 2291
Fair Oaks, California 95628
Telephone: (646) 939-9169
mkeaney@refugeerights.org

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR PRELIM. INJ. – 5
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on February 11, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 11, 2025

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr.

CERTIFICATE OF SERVICE
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000