# EXHIBIT 1



The U.S. Refugee Admissions Program (USRAP) is managed by the Department of State (State) in cooperation with the **Department of Homeland Security (DHS)** and the **Department of Health and Human Services (HHS)**. Individuals admitted as refugees are eligible for U.S. government-funded resettlement assistance.

The first step for most individuals seeking refugee status is to register with the United Nations High Commissioner for Refugees (UNHCR) in the country to which they have fled. UNHCR can provide services to those seeking assistance in their current location. In coordination with host country governments and national asylum systems, UNHCR may identify refugees for whom permanent resettlement in a third country is the best or only solution. Given the large numbers of people displaced around the world, only around one percent are generally referred for third country resettlement. U.S. embassies, certain senior U.S. government officials, certified non-governmental organizations (NGOs), and **Welcome Corps** private sponsors (groups of five or more U.S. citizens or lawful permanent residents) may also provide referrals to the USRAP for individuals of particular concern to the United States.

Refugee claims from persons of any nationality can be considered for resettlement in the United States through the USRAP. Refugee processing includes several appointments for data collection, a refugee adjudication interview, and a medical exam. The Departments of Homeland Security and State work to screen and vet all refugee applicants, without exception, in close coordination with law enforcement and intelligence partners. Specially trained officers from U.S. Citizenship and Immigration Services (USCIS) interview each refugee applicant, and only those applicants who have completed all required checks, are found to quality for refugee status under U.S. law, have no inadmissibilities, and have no unresolved national security concerns are approved for resettlement. Applicants who are approved for admission to the United States are assigned to a resettlement agency or private sponsor group in the United States, and travel is arranged. Upon arrival in the United States, domestic resettlement agencies or private sponsor groups welcome newcomers, provide initial housing assistance, help enroll children in school, and connect resettled refugees with job opportunities as well as other community resources. The Department of Health and Human Services' Office of Refugee Resettlement provides longer-term benefits for resettled refugees to assist with their integration into their new communities.

Each year, after consultation with Congress, the President determines whether and how many refugees to admit to the United States. This determination is formalized in the Presidential Determination on Refugee Admissions. There is no minimum or fixed maximum number of refugees that can be admitted under U.S. law. More information about the USRAP can be found in the FY2024 Report to

**URL**
https://2021-2025.state.gov/refugee-admissions/
**Timestamp**
Tue Feb 11 2025 07:58:40 GMT-0800 (Pacific Standard Time)

(USCIS) interview each refugee applicant, and only those applicants who have completed all required checks, are found to qualify for refugee status under U.S. law, have no inadmissibilities, and have no unresolved national security concerns are approved for resettlement.   Applicants who are approved for admission to the United States are assigned to a resettlement agency or private sponsor group in the United States, and travel is arranged.  Upon arrival in the United States, domestic resettlement agencies or private sponsor groups welcome newcomers, provide initial housing assistance, help enroll children in school, and connect resettled refugees with job opportunities as well as other community resources.  The Department of Health and Human Services' Office of Refugee Resettlement provides longer-term benefits for resettled refugees to assist with their integration into their new communities.

Each year, after consultation with Congress, the President determines whether and how many refugees to admit to the United States.  This determination is formalized in the Presidential Determination on Refugee Admissions. There is no minimum or fixed maximum number of refugees that can be admitted under U.S. law. More information about the USRAP can be found in the FY2024 Report to Congress in the Remarks and Releases Tab.



**URL**

https://2021-2025.state.gov/refugee-admissions/

**Timestamp**

Tue Feb 11 2025 07:58:40 GMT-0800 (Pacific Standard Time)