# EXHIBIT 2

**Department of State**
**Bureau of Population, Refugees, and Migration**
**Office of Admissions - Refugee Processing Center**
Summary of Refugee Admissions
**as of 31-December-2024**

### Cumulative Summary of Refugee Admissions

**Regions (Based on the Nationality of the Principal Applicant)**

| Fiscal Year | Africa | Asia | Europe Central Asia | Former Soviet Union | Kosovo | Latin America Caribbean | Near East South Asia | PSI | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1975 | 0 | 135,000 | 1,947 | 6,211 | 0 | 3,000 | 0 | 0 | 146,158 |
| 1976 | 0 | 15,000 | 1,756 | 7,450 | 0 | 3,000 | 0 | 0 | 27,206 |
| 1977 | 0 | 7,000 | 1,755 | 8,191 | 0 | 3,000 | 0 | 0 | 19,946 |
| 1978 | 0 | 20,574 | 2,245 | 10,688 | 0 | 3,000 | 0 | 0 | 36,507 |
| 1979 | 0 | 76,521 | 3,393 | 24,449 | 0 | 7,000 | 0 | 0 | 111,363 |
| 1980 | 955 | 163,799 | 5,025 | 28,444 | 0 | 6,662 | 2,231 | 0 | 207,116 |
| 1981 | 2,119 | 131,139 | 6,704 | 13,444 | 0 | 2,017 | 3,829 | 0 | 159,252 |
| 1982 | 3,412 | 73,755 | 11,109 | 2,760 | 0 | 580 | 6,480 | 0 | 98,096 |
| 1983 | 2,645 | 39,245 | 11,867 | 1,342 | 0 | 691 | 5,428 | 0 | 61,218 |
| 1984 | 2,749 | 51,978 | 10,096 | 721 | 0 | 150 | 4,699 | 0 | 70,393 |
| 1985 | 1,951 | 49,962 | 9,233 | 623 | 0 | 151 | 5,784 | 0 | 67,704 |
| 1986 | 1,322 | 45,482 | 8,503 | 799 | 0 | 131 | 5,909 | 0 | 62,146 |
| 1987 | 1,990 | 40,099 | 8,396 | 3,699 | 0 | 323 | 10,021 | 0 | 64,528 |
| 1988 | 1,593 | 35,371 | 7,510 | 20,411 | 0 | 2,497 | 8,368 | 733 | 76,483 |
| 1989 | 1,902 | 45,722 * | 8,752 | 39,602 | 0 | 2,604 | 6,938 | 1,550 | 107,070 |
| 1990 | 3,453 | 51,598 * | 6,094 | 50,628 | 0 | 2,305 | 4,979 | 3,009 | 122,066 |
| 1991 | 4,420 | 53,522 * | 6,837 | 39,226 | 0 | 2,253 | 5,342 | 1,789 | 113,389 |
| 1992 | 5,470 | 51,899 * | 2,915 | 61,397 | 0 | 3,065 | 6,903 | 882 | 132,531 |
| 1993 | 6,967 | 49,817 * | 2,582 | 48,773 | 0 | 4,071 | 6,987 | 251 | 119,448 |
| 1994 | 5,860 | 43,564 * | 7,707 | 43,854 | 0 | 6,156 | 5,840 | 0 | 112,981 |
| 1995 | 4,827 | 36,987 * | 10,070 | 35,951 | 0 | 7,629 | 4,510 | 0 | 99,974 |
| 1996 | 7,604 | 19,321 * | 12,145 | 29,816 | 0 | 3,550 | 3,967 | 0 | 76,403 |
| 1997 | 6,065 | 8,594 * | 21,401 | 27,331 | 0 | 2,996 | 4,101 | 0 | 70,488 |
| 1998 | 6,887 | 10,854 * | 30,842 | 23,557 | 0 | 1,627 | 3,313 | 0 | 77,080 |
| 1999 | 13,043 | 10,206 * | 24,497 | 17,410 | 14,161 | 2,110 | 4,098 | 0 | 85,525 |
| 2000 | 17,561 | 4,561 * | 22,561 | 15,103 | 0 | 3,232 | 10,129 | 0 | 73,147 |

**Department of State**
**Bureau of Population, Refugees, and Migration**
**Office of Admissions - Refugee Processing Center**
Summary of Refugee Admissions
**as of 31-December-2024**

| Year | | | | | | | | | Total |
|------|------:|------:|------:|------:|------:|------:|------:|------:|------:|
| 2001 | 19,020 | 4,163 * | 15,794 | 15,978 | 0 | 2,975 | 11,956 | 0 | 69,886 |
| 2002 | 2,551 | 3,512 * | 5,459 | 9,969 | 0 | 1,934 | 3,706 | 0 | 27,131 |
| 2003 | 10,714 | 1,724 * | 2,506 | 8,744 | 0 | 455 | 4,260 | 0 | 28,403 |
| 2004 | 29,104 | 8,084 * | 9,254 | 0 | 0 | 3,577 | 2,854 | 0 | 52,873 |
| 2005 | 20,745 | 12,076 * | 11,316 | 0 | 0 | 6,699 | 2,977 | 0 | 53,813 |
| 2006 | 18,126 | 5,659 * | 10,456 | 0 | 0 | 3,264 | 3,718 | 0 | 41,223 |
| 2007 | 17,483 | 15,643 * | 4,560 | 0 | 0 | 2,976 | 7,620 | 0 | 48,282 |
| 2008 | 8,935 | 19,489 * | 2,343 | 0 | 0 | 4,277 | 25,147 | 0 | 60,191 |
| 2009 | 9,670 | 19,850 * | 1,997 | 0 | 0 | 4,857 | 38,280 | 0 | 74,654 |
| 2010 | 13,305 | 17,716 * | 1,526 | 0 | 0 | 4,982 | 35,782 | 0 | 73,311 |
| 2011 | 7,685 | 17,367 * | 1,228 | 0 | 0 | 2,976 | 27,168 | 0 | 56,424 |
| 2012 | 10,608 | 14,366 * | 1,129 | 0 | 0 | 2,078 | 30,057 | 0 | 58,238 |
| 2013 | 15,980 | 16,537 * | 580 | 0 | 0 | 4,439 | 32,390 | 0 | 69,926 |
| 2014 | 17,476 | 14,784 * | 959 | 0 | 0 | 4,318 | 32,450 | 0 | 69,987 |
| 2015 | 22,472 | 18,469 * | 2,363 | 0 | 0 | 2,050 | 24,579 | 0 | 69,933 |
| 2016 | 31,624 | 12,518 * | 3,957 | 0 | 0 | 1,340 | 35,555 | 0 | 84,994 |
| 2017 | 20,232 | 5,173 * | 5,205 | 0 | 0 | 1,688 | 21,418 | 0 | 53,716 |
| 2018 | 10,582 | 3,671 * | 3,612 | 0 | 0 | 959 | 3,848 | 0 | 22,672 |
| 2019 | 16,366 | 5,030 * | 4,994 | 0 | 0 | 809 | 2,801 | 0 | 30,000 |
| 2020 | 4,160 | 2,129 | 2,578 | 0 | 0 | 948 | 1,999 | 0 | 11,814 |
| 2021 | 6,219 | 776 | 983 | 0 | 0 | 400 | 3,033 | 0 | 11,411 |
| 2022 | 11,358 | 2,215 | 2,351 | 0 | 0 | 2,485 | 7,056 | 0 | 25,465 |
| 2023 | 24,481 | 6,262 | 2,765 | 0 | 0 | 6,312 | 20,194 | 0 | 60,014 |
| 2024 | 34,017 | 7,540 | 3,180 | 0 | 0 | 25,358 | 29,939 | 0 | 100,034 |
| 2025 | 8,662 | 2,971 | 566 | 0 | 0 | 5,106 | 10,003 | 0 | 27,308 |
| **Total** | **494,370** | **1,509,294** | **347,603** | **596,571** | **14,161** | **171,062** | **538,646** | **8,214** | **3,679,921** |

* Includes Amerasian Immigrants

Based on the terms of a settlement in *Doe et a. v. Trump et al.*, No. 17-0178 (W.D. Wash), certain refugee applicants that arrive in FY 2020 and any future fiscal years are counted toward the FY 2018 refugee admissions ceiling.

Data provided by the U.S. Department of State Bureau of Population, Refugees and Migration (PRM) refugee case management system.
RPC/PRM/PRM Refugee Admissions Report
Report Run Date: 1/3/2025 10:35:16 AM

Page 2 o