# **EXHIBIT 5**



# UNITED STATES REFUGEE ADMISSIONS PROGRAM (USRAP)

## REFUGEE IS OVERSEAS AND MUST BE IN ONE OF 4 CATEGORIES:

**PRIORITY 1 (P-1) REFERRAL**
Referral for resettlement consideration from U.N. High Commissioner for Refugees (UNHCR), U.S. embassy, or specially designated nongovernmental organization (NGO)

**P-2 GROUPS OF SPECIAL CONCERN**
Groups of special humanitarian concern identified by the USRAP

**P-3 FAMILY REUNIFICATION**
Qualified individual in the U.S. submits Affidavit of Relationship (AOR) on behalf of qualified family member through a domestic resettlement agency

**P-4 PRIVATE SPONSORSHIP**
Individuals/households referred by qualified private sponsors in the U.S., who provide them post-arrival support and services.

**DEPARTMENT OF STATE (DOS) REFUGEE COORDINATOR**
Reviews referrals and confirms acceptance into the USRAP

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS)**
Refugee Access Verification Unit (RAVU) verifies anchor status and relationship to the applicant

**REFUGEE PROCESSING CENTER (DOS/RPC)**
Receives AOR from domestic resettlement agency, reviews AOR, and forwards to USCIS RAVU

Receives results from RAVU verification
- Relationship(s) Verified
- Relationship(s) not verified → RPC returns AOR to domestic resettlement agency

**RESETTLEMENT SUPPORT CENTER**
- Pre-screens applicants before the USCIS interview
- Educates the applicant about the process
- Prepares the case file and applicant's Form I-590 application
- Initiates certain biographic security checks as appropriate, including the interagency check via the National Vetting Center

**USCIS**
- Captures photographs and fingerprints and initiates biometric security checks against DOD, FBI and DHS holdings
- Reviews biographic and biometric security check results to assess any impact on eligibility or discretion
- Interviews refugee applicant
- Confirms that applicant has been properly granted access to USRAP
- Confirms that applicant has not previously participated in acts of persecution against others
- Determines whether applicant is a refugee
- Determines whether applicant is admissible to the U.S.
- Determines whether applicant is firmly resettled in a third country
- Determines whether discretion should be exercised favorably to approve the application
- Initiates electronic record of proceeding for paperless processing and electronic travel packet creation

**DENIAL → USCIS**
- Adjudicates waiver of inadmissibility if filed
- Adjudicates Request for Review if requested

**APPROVAL**

**PANEL PHYSICAN OR INTERNATIONAL ORGANIZATION FOR MIGRATION HEALTH DIVISION**
Provides medical screening

**RESETTLEMENT SUPPORT CENTER**
Offers cultural orientation

**REFUGEE PROCESSING CENTER**
Assigns the case to a resettlement agency or the Welcome Corps program for placement in an initial resettlement site in the U.S.

**IOM**
- Arranges travel to the U.S.
- Issues promissory notes for travel loan

**U.S. CUSTOMS AND BORDER PROTECTION**
Conducts additional background checks at port of entry and admits refugee if eligible

**REFUGEE ARRIVES IN THE U.S.**

**DOMESTIC RESETTLEMENT AGENCY OR PRIVATE SPONSOR GROUP**
- Provides transitional social and economic assistance for 30-90 days, which may include arranging housing and essential furnishings, food, necessary seasonal clothing, orientation, assistance with access to social, medical and employment services and other benefits


U.S. Citizenship and Immigration Services


Last Updated 9/18/2024


Bureau of Population, Refugees, and Migration