# EXHIBIT 6

 **RCUSA**
Refugee Council USA

For Refugees   News & Media   **Donate**

About Us   Members   Impact Areas   Resources   Get Involved   Policy Center

RESOURCES

# Resettlement Process

Steps of the US Refugee Admissions Program

There are three pathways for refugees once they flee their country of origin: repatriation, or moving back to their country of origin once it's safe; local integration to the country that they fled to; or resettlement into a third country. The US Refugee Admissions Program helps refugees resettle in the United States.

Since the passage of the Refugee Act in 1980, the United States has admitted more than 3.1 million refugees through the US Refugee Admissions Program. Refugees go through an extensive process before they finally arrive at their final destination.

## Pre Arrival Processing

**1** ### UNHCR Identification and Referral

UNHCR is mandated to ensure that refugees most in need of protection have access to resettlement. This happens with both internal UNHCR referrals and external referrals made by NGOs and other external partners like governmental agencies. Once UNHCR receives referrals, they assess the resettlement needs of the referred cases in line with UNHCR resettlement criteria, guidelines, priorities, and policy considerations. Once UNHCR makes a final decision based on the criteria, guidelines, priorities, and policy considerations, UNHCR submits the case to the resettlement country.

**2** ### Resettlement Support Center Interview

The US has Resettlement Support Centers (RSCs) abroad to process refugee cases and to coordinate administrative aspects of the program.

RSCs serve to pre-screen refugees once they've been referred by the UNHCR to ensure they fall within US-designated nationalities and processing priorities. They create files for each case considered by the US, and prepare refugees for their interviews with Refugee Officers from the Department of Homeland Security's US Citizenship and Immigration Services (DHS/USCIS).

**3** ### Department of Homeland Security/US Citizenship and Immigration Services Interview

1 | **UNHCR Identification and Referral**

2 | **Resettlement Support Center Interview**

3 | **Department of Homeland Security/US Citizenship and Immigration Services Interview**

4 | **Additional Screenings**

5 | **Cultural Orientation**

6 | **Assurances and Travel Arrangements**

7 | **Arrival**

  **RCUSA**
Refugee Council USA

For Refugees   News & Media   **Donate**

About Us   Members   Impact Areas   Resources   Get Involved   Policy Center

Spouses and unmarried children under 21 derive their status based on that of the primary

**URL**

https://rcusa.org/resources/resettlement-process/

**Timestamp**

Tue Feb 11 2025 08:00:15 GMT-0800 (Pacific Standard Time)

considered by the US, and prepare refugees for their interviews with Refugee Officers from the
Department of Homeland Security's US Citizenship and Immigration Services (DHS/USCIS).

**3** ## Department of Homeland Security/US Citizenship and Immigration Services Interview

 **RCUSA** Refugee Council USA

For Refugees    News & Media    **Donate**

About Us    Members    Impact Areas    Resources    Get Involved    Policy Center

Spouses and unmarried children under 21 derive their status based on that of the primary
applicant. Other types of family members – like parents, aunts, uncles, nieces, and nephews –
must meet the criteria for refugee consideration on their own.

If during the interview process it's learned that the person seeking resettlement is already firmly
resettled in the country they sought asylum or elsewhere, they'll no longer be eligible for
resettlement in the US.

If an applicant has been rejected by DHS/USCIS during the interview process, they cannot appeal
the decision. They can only request their case be reconsidered if new or previously unavailable
information arises. The DHS/USCIS official who conducted the original screening uses their own
discretion in deciding whether or not to grant a new interview. To assist with this process
DHS/USCIS has produced a Request for Review Tip Sheet.

Persons formally determined as refugees by DHS/USCIS receive conditional approval for
resettlement until they pass a medical examination and multiple, extensive security checks.

**1** UNHCR Identification and Referral

**2** Resettlement Support Center Interview

**3** **Department of Homeland Security/US Citizenship and Immigration Services Interview**

**4** Additional Screenings

**5** Cultural Orientation

**6** Assurances and Travel Arrangements

**7** Arrival

**4** ## Additional Screenings

Even after screenings from the UNHCR, and a successful interview with DHS/USCIS, applicants
must go through additional medical and security checks.

The US screens for tuberculosis and certain venereal diseases. Persons testing positive for any of
these conditions will have their admission to the US delayed while they receive medical treatment.

Numerous security checks through multiple federal and international databases are required and
processed for all refugees.

For more information about the extensive screenings refugees and asylum seekers undergo, see
these fact sheets by:

• **Human Rights First**

• **The US Committee for Refugees and Immigrants**

• **World Relief**

• **US Citizenship and Immigration Services**

• **RCUSA**

**5** ## Cultural Orientation

IOM provides cultural orientation to all refugees before they depart for the United States. The
goal is to provide factual information about what to expect in the US, teach important skills like
how to call 911, and explore attitudes about adjustments once in the US.

**6** ## Assurances and Travel Arrangements

Upon approval, travel arrangements are facilitated through the coordination of US resettlement
agencies and the International Organization of Migration.

After a refugee has been conditionally accepted by DHS/USCIS, the RSC sends a request for
sponsorship assurance to the US. The assurance process is managed by the Refugee

**URL**

https://rcusa.org/resources/resettlement-process/

**Timestamp**

Tue Feb 11 2025 08:00:15 GMT-0800 (Pacific Standard Time)

## 6 Assurances and Travel Arrangements

Upon approval, travel arrangements are facilitated through the coordination of US resettlement agencies and the International Organization of Migration.

After a refugee has been conditionally accepted by DHS/USCIS, the RSC sends a request for sponsorship assurance to the US. The assurance process is managed by the Refugee



Travel arrangements and medical screenings are generally coordinated by the International Organization of Migration (IOM) in cooperation with RSCs. In some countries where IOM is not present, travel may be coordinated with a US embassy or by UNHCR. Refugees receive an interest free travel loan to pay for the cost of their transportation to the US.

## 7 Arrival

Where a refugee is ultimately resettled within the US is determined by one of the nine US resettlement agencies and their vast networks of community partners. Upon arrival, refugees are welcomed and <u>provided assistance</u> as they become established in their new communities.

Newly arrived refugees are assigned to one of the 10 National Resettlement Agencies:

1. Global Refuge
2. US Conference of Catholic Bishops
3. Episcopal Migration Ministries
4. Ethiopian Community Development Council
5. Church World Service
6. International Rescue Committee
7. Bethany Christian Services
8. HIAS
9. US Committee for Refugees and Immigrants
10. World Relief

The National Resettlement Agencies determine where in the United States refugees are placed. If the refugee has a US Tie, or a family member who already lives in the United States, they will most likely be placed in the same location.

1 | UNHCR Identification and Referral

2 | Resettlement Support Center Interview

3 | Department of Homeland Security/US Citizenship and Immigration Services Interview

4 | Additional Screenings

5 | Cultural Orientation

6 | **Assurances and Travel Arrangements**

7 | **Arrival**

## Post Arrival Resettlement Services

<u>Reception and Placement</u> (up to 90 days after arrival in the United States)

All 10 Resettlement Agencies have the Reception and Placement grant. This grant provides core services to newly arrived refugees to ensure they have baseline support established in the United States. These services include access to initial housing and healthcare, cultural orientation, referral to employment services, English language classes, and public benefits, and applications for social security cards.

**URL**

https://rcusa.org/resources/resettlement-process/

**Timestamp**

Tue Feb 11 2025 08:00:15 GMT-0800 (Pacific Standard Time)

All 10 Resettlement Agencies have the Reception and Placement grant. This grant provides core services to newly arrived refugees to ensure they have baseline support established in the United States. These services include access to initial housing and healthcare, cultural orientation, referral to employment services, English language classes, and public benefits, and applications for social security cards.

 **RCUSA** Refugee Council USA     About Us   Members   Impact Areas   Resources   Get Involved   Policy Center

The Matching Grant program is an employment program that helps eligible refugees become employed as quickly as possible so that they can be economically self-sufficient within 240 days of arrival without accessing public cash assistance programs. Services of this program include case management, employment skills training, and financial assistance.

**Preferred Communities** (up to 5 years after arrival in the United States)

The Preferred Communities (PC) program supports refugee and ORR-eligible populations facing special challenges including serious medical conditions, women at risk, and elderly refugees.

**State-Funded Programs** (generally up to 5 years after arrival in the United States)

Each state and each resettlement agency has programs specifically designed to help refugees with integration into the US. These programs focus on topics such as employment, health, refugee youth, elderly refugees, and microenterprise projects.

## What is Asylum?

Whereas refugees seek to secure their safety by being resettled in a third country, asylum seekers ask for protection directly from within the country, or border of the country, where they hope to remain. Learn the steps individuals must navigate to be resettled as an asylee in the United States

[ View the Process ]

**Stay Informed**   First Name   Last Name   Email   [ Subscribe Now ]

 **RCUSA** Refugee Council USA     About Us   Members   Impact Areas   Resources   Get Involved

For Refugees   News & Media   Contact Us

 Donate    

©2024 Refugee Council USA. All Rights Reserved. / Privacy policy
RCUSA is a 501(c)3 tax-exempt organization | EIN 87-1437940

**URL**
https://rcusa.org/resources/resettlement-process/
**Timestamp**
Tue Feb 11 2025 08:00:15 GMT-0800 (Pacific Standard Time)