# EXHIBIT 7

UNHCR US website: Change site

UNHCR | USA

Home / What we do / Resettlement in the United States



# U.S. Resettlement Partners

A refugee from Myanmar now helps resettle other new arrivals in the U.S. state of Oklahoma
© UNHCR/Nick Oxford

Español

Resettlement is a coordinated activity undertaken in partnership with UNHCR, U.S. government agencies, NGOs and other actors. It includes a variety of specific actions, from the identification of refugees in need of resettlement in the field to screening, processing and reception and integration of the refugees in the United States. Below is a list of partner agencies and organizations.

**National and State Government Partners**

**Bureau of Population, Refugees and Migration (PRM)**
**Department of State**

The Bureau of Population, Refugees, and Migration provides aid and sustainable solutions for refugees, victims of conflict and stateless people around the world through repatriation, local integration and resettlement in the United States. PRM also promotes the United States' population and migration policies.

**Office of Refugee Resettlement (ORR),**
**Department of Health and Human Services**

The Office of Refugee Resettlement (ORR) provides new populations with the opportunity to maximize their potential in the United States. Its programs provide people in need with critical resources to assist them in becoming integrated members of American

**URL**
https://www.unhcr.org/us/what-we-do/resettlement-united-states/u-s-resettlement-partners
**Timestamp**
Tue Feb 11 2025 08:00:45 GMT-0800 (Pacific Standard Time)

**National and State Government Partners**

**Bureau of Population, Refugees and Migration (PRM)**
**Department of State**

The Bureau of Population, Refugees, and Migration provides aid and sustainable solutions for refugees, victims of conflict and stateless people around the world through repatriation, local integration and resettlement in the United States. PRM also promotes the United States' population and migration policies.

**Office of Refugee Resettlement (ORR),**
**Department of Health and Human Services**

The Office of Refugee Resettlement (ORR) provides new populations with the opportunity to maximize their potential in the United States. Its programs provide people in need with critical resources to assist them in becoming integrated members of American society.

**State Refugee Coordinators**

**State Health Coordinators**

**United States Citizen and Immigration Services**
**Department of Homeland Security**

U.S. Citizenship and Immigration Services (USCIS) is the government agency that oversees lawful immigration to the United States.

**Non-Governmental Partners and Refugee Advocacy Organizations**

**Refugee Council USA (RCUSA)**
Refugee Council USA is a coalition of organizations committed to welcoming and protecting refugees.

**InterAction**
InterAction is the largest alliance of U.S.-based international nongovernmental organizations.

**Cultural Orientation Resource Exchange**
The Cultural Orientation Resource Exchange (CORE) is a technical assistance program designed to support and strengthen the linkages between pre-departure and post-arrival cultural orientation programs for refugees on their journey to resettle in the United States.

**Resettlement Agencies**

Church World Service (CWS)

Ethiopian Community Development Council (ECDC)

Episcopal Migration Ministries (EMM)

Hebrew Immigrant Aid Society (HIAS)

International Rescue Committee (IRC)

US Committee for Refugees and Immigrants (USCRI)

Lutheran Immigration and Refugee Services (LIRS)

United States Conference of Catholic Bishops (USCCB)

World Relief Corporation (WR)

Bethany Christian Services

**Intergovernmental Partners**

**URL**
https://www.unhcr.org/us/what-we-do/resettlement-united-states/u-s-resettlement-partners
**Timestamp**
Tue Feb 11 2025 08:00:45 GMT-0800 (Pacific Standard Time)



**URL**
https://www.unhcr.org/us/what-we-do/resettlement-united-states/u-s-resettlement-partners

**Timestamp**
Tue Feb 11 2025 08:00:45 GMT-0800 (Pacific Standard Time)