# EXHIBIT 8



Refugees selected for resettlement through the U.S. Refugee Admissions Program are eligible to receive post-arrival services through the **Reception and Placement (R&P) program**, or via private sponsorship through the Welcome Corps. Each refugee approved for admission to the United States is sponsored by one of 10 non-profit resettlement agencies participating in the R&P Program under a cooperative agreement with the Department of State, or through Welcome Corps private sponsor groups. For more information about the Welcome Corps, please visit the **Welcome Corps website**.

Upon arrival in the United States, refugees are met by a staff or volunteer from the local resettlement affiliate, private sponsors, or a family member or friend. They are taken to their initial **housing**, which has essential furnishings, appropriate food, and other necessities.

The resettlement agencies, family and friends, or private sponsors assist refugees during their initial resettlement in the United States, including enrolling in employment services, registering youth for school, accessing medical care, applying for benefits as eligible, and connecting them with necessary social or language services. In coordination with publicly supported refugee service and assistance programs, resettlement agencies and private sponsors focus on assisting refugees to achieve economic self-sufficiency through employment as soon as possible after their arrival in the United States.

The Reception and Placement Program and sponsorship through the Welcome Corps are both limited to the first three months after arrival. The **Department of Health and Human Services' Office of Refugee Resettlement** works through U.S. states as well as resettlement agencies, and other community-based organizations, to provide longer-term assistance, as well as English language training, employment, and social services. Refugees may also be eligible for federal benefits.

TAGS   Refugee Admissions   Resettlement   United Nations High Commissioner for Refugees

**URL**
https://2021-2025.state.gov/refugee-admissions/domestic-resettlement/

**Timestamp**
Tue Feb 11 2025 08:01:12 GMT-0800 (Pacific Standard Time)

to the first three months after arrival. The **Department of Health and Human Services' Office of Refugee Resettlement** works through U.S. states as well as resettlement agencies, and other community-based organizations, to provide longer-term assistance, as well as English language training, employment, and social services. Refugees may also be eligible for federal benefits.

TAGS   **Refugee Admissions**   **Resettlement**   **United Nations High Commissioner for Refugees**



**URL**
https://2021-2025.state.gov/refugee-admissions/domestic-resettlement/

**Timestamp**
Tue Feb 11 2025 08:01:12 GMT-0800 (Pacific Standard Time)