# EXHIBIT 10

**90-Day Report in Compliance with Settlement Agreement for Executive Order 13815, *Doe (JFS) v. Trump***

**Date of Settlement: February 7, 2020**

The number of cases/individuals listed in Appendix A to the settlement agreement was 167 cases/315 individuals. Between the dates the data was pulled for Appendix A to the settlement agreement and the signing of the agreement, one baby was added to a case. In addition, one case within the scope of the settlement was inadvertently not included. The Government has provided information on that case to Plaintiffs' counsel in a Confidential Appendix A to the May 7, 2020 Report that lists the case number and the part of the settlement it falls within. Since the signing of the settlement agreement, seven derivatives have been added to cases, and one case has been split. Therefore, the cases/individuals the Government is actively tracking that are in the scope of the settlement are 169 cases/323 individuals.

**90 Day Update: January 17, 2024[1]**

Report on the Number of Cases and Individuals[2] for each Part of Exhibit A which are Admitted, Denied, Administratively Closed, and Remaining to be Processed.

| Part 1 (I-730): FTJ designated Ready for Departure in WRAPS on October 23, 2017 | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 7 | 7 |
| Denied | 0 | 0 |
| Administrative Closure | 0 | 0 |
| **Total** | **7** | **7** |

| Part 1 (I-590): I-590 designated Ready for Departure in WRAPS on October 23, 2017 | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 17[3] | 49 |

---

[1] As reported in Appendix A to the Settlement Agreement, some cases appear in multiple parts. As a result, the report numbers for each part, when added, exceed the total number of cases in the settlement.

[2] For further clarity, the case count for Forms I-730 is based on the case numbers that WRAPS assigns to Forms I-730. A separate Form I-730 must be filed for each qualifying family member. In WRAPS, a single case number is sometimes assigned to a family, i.e., multiple Forms I-730 filed by the same petitioner. In CAMINO, however, each Form I-730 is counted as a separate case. Thus, in CAMINO the case count for Forms I-730s is equivalent to the number of individual beneficiaries. We confirm that the information regarding the status of each Form I-730 petition comes from CAMINO and is reflected in the "individuals" column count.

[3] One case/one individual listed in Appendix A to the settlement agreement arrived prior to the date the settlement was signed and was therefore counted toward FY 2020 arrival number.

1

| | | |
|---|---|---|
| Denied | 21 | 52 |
| Administrative Closure | 3 | 5 |
| **Total** | **41** | **106** |

| **Part 2 (I-730): FTJ cases which were designated "pending completion granted" in CAMINO as of December 23, 2017** | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 12 | 15 |
| Admitted to U.S. | 23 | 24 |
| Denied | 18 | 18 |
| Administrative Closure | 5 | 5 |
| **Total** | **58** | **62** |

KE-00552428:  Pending assurance
KE-00560002:  Pending admin processing
KE-00560004:  Pending admin processing
KE-00560686:  Medicals expired, pending TB test results
KE-00560690:  Pending admin processing
KE-00560691:  Medicals expired, pending TB test results
KE-00567233:  Beneficiary requested travel delay
KE-00567234:  Beneficiary requested travel delay
KE-00568612:  Petitioner requested travel delay
KE-00568613:  Petitioner requested travel delay
KE-00569239:  Pending travel booking
SF-00940198:  Pending travel booking

| **Part 3 (I-730): FTJ cases which according to CAMINO, had a medical clearance expire between October 23, 2017 and February 1, 2018** | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 1 | 4 |
| Admitted to U.S. | 0 | 0 |
| Denied | 0 | 0 |
| Administrative Closure | 1 | 1 |
| **Total** | **2** | **5** |

SF-00940198: Pending travel booking

| **Part 4 (I-730): FTJ cases according to CAMINO, had a security clearance expire between October 23, 2017 and February 1, 2018** | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 7 | 7 |
| Admitted to U.S. | 14 | 16 |
| Denied | 7 | 9 |

2

| | | |
|---|---|---|
| Administrative Closure | 1 | 1 |
| **Total** | **29** | **33** |

KE-00560004:  Pending admin processing
KE-00560686:  Medicals expired, pending TB test results
KE-00560690:  Pending admin processing
KE-00560691:  Medicals expired, pending TB test results
KE-00567231:  Beneficiary requested travel delay
KE-00569239:  Pending travel booking
TH-00153903:  Completed interview, pending security vetting

| **Part 5 (I-590): Cases previously selected by Plaintiffs from among those in the digital stamping queue in WRAPS between October 23, 2017 and February 1, 2018** | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 11 | 32 |
| Denied | 2 | 6 |
| Administrative Closure | 1 | 4 |
| **Total** | **14** | **42** |

| **Part 6 (I-730): Cases of the Doe Case plaintiffs** | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 5 | 5 |
| Denied | 0 | 0 |
| Administrative Closure | 0 | 0 |
| **Total** | **5** | **5** |

| **Part 6 (I-590): Cases of the Doe Case plaintiffs** | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 0 | 0 |
| Denied | 1 | 13 |
| Administrative Closure | 0 | 0 |
| **Total** | **1** | **13** |

| **Part 7 (I-730): Cases of JFS Case plaintiffs Doe** | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 3 | 3 |
| Denied | 0 | 0 |

| | Cases | Individuals |
|---|---|---|
| Administrative Closure | 0 | 0 |
| **Total** | **3** | **3** |

| Part 7 (I-590): Cases of JFS Case plaintiffs Doe | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 3 | 3 |
| Denied | 1 | 1 |
| Administrative Closure | 0 | 0 |
| **Total** | **4** | **4** |

| Part 8 (I-730): Cases assured to 3 organizational plaintiffs - Plaintiffs Jewish Family Service of Seattle, Jewish Family Services of Silicon Valley, and the Episcopal Diocese of Olympia on October 23, 2017 or January 31, 2018 | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 2 | 2 |
| Admitted to U.S. | 1 | 1 |
| Denied | 0 | 0 |
| Administrative Closure | 0 | 0 |
| **Total** | **3** | **3** |

ET-00944193:  Pending beneficiary submission of travel document
IZ-00303623:   Beneficiary chose not to travel

| Part 8 (I-590): Cases assured to 3 organizational plaintiffs - Plaintiffs Jewish Family Service of Seattle, Jewish Family Services of Silicon Valley, and the Episcopal Diocese of Olympia on October 23, 2017 or January 31, 2018 | | |
|---|---|---|
| | **Cases** | **Individuals** |
| In Process | 0 | 0 |
| Admitted to U.S. | 10 | 38 |
| Denied | 5 | 29 |
| Administrative Closure | 4 | 5 |
| **Total** | **19** | **72** |

**Decisions on Requests For Review (RFR) on cases covered by this settlement**

**Reported for all Parts of Appendix A:**

| | Cases | Individuals |
|---|---|---|
| RFR Decisions | 13 | 8 |

4

5

| | | |
|---|---|---|
| Pending RFRs | 1 | 4 |