# EXHIBIT 14

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. C25-255 JNW <br><br> **DECLARATION OF PLAINTIFF PACITO** |

DECLARATION OF PLAINTIFF PACITO – 1
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**DECLARATION OF PACITO**

I, Pacito, declare as follows:

1. I am 22 years old, and I am of sound mind.

2. I am waiting to travel to the United States as a refugee.

3. My wife, my baby son, and I were on the verge of travel to the United States on January 22, 2025 when I learned that we could not travel because of President Trump's refugee suspension.

4. I live in Nairobi, Kenya.

5. I am a citizen of the Democratic Republic of the Congo.

6. I have extended family members living in the United States in Tennessee and Iowa.

7. My wife and I met in Kenya, where we are both refugees, and we married in June of 2023.

8. On or around May 5, 2024, my wife gave birth to our son.

9. I fled the Democratic Republic of the Congo (DRC) with my family in 2016, when I was about thirteen years old. I remember it took us about four days to get from DRC to Kenya.

10. It was a traumatizing time for me. I remember that there were guns everywhere I looked and so many people I knew were moving away from the DRC There was no peace in DRC when my family and I left the country.

11. My family and I arrived in Kenya in or around 2016.

12. I understand from my wife that she and her family were forced out of their home during the conflict in DRC. Some of her family members were killed, including her father's brothers.

13. My wife began her refugee resettlement process earlier than I did.

14. After we married in June 2023, I was added to her refugee application.

15. After our son was born in 2024, he was added to her application as well.

16. Our refugee application process has had many steps. My family and I did biometrics, interviews, and multiple rounds of medical exams.  Because it took time to add my son to

our case, my wife and I both had to redo medical exams in September and October of last year.

17. We were scheduled to travel to the United States on January 22, 2025. We had packed our belongings, and we gave up our home and sold some of our furniture and electronics because we could not bring them with us.

18. I work as a music producer, and I sold all of my music production equipment.

19. My wife and I were excited to be traveling so soon to the United States. This would be the first time that either of us would travel on a plane.

20. We had packed the few belongings we would take to the United States. We had new clothes and new shoes for our new life in the United States. We had already said goodbye to our community.

21. When we did our pre-departure medicals, on or about January 17, 2025, IOM told us to report to the transit center on January 21, the day before our travel on January 22 at 1:35am.

22. I understood from IOM that at the transit center, we would do our final medical checkups and be transported to the airport to travel to the United States.

23. But then on January 21, before we left for the transit center, I received a phone call from IOM telling me there was a problem and we would not be able to travel to the United States after all.

24. I was in a state of confusion and disbelief. Days earlier, I had already confirmed with IOM that everything was in order for our travel. My family and I went to the transit center hoping that we could clear up the mistake.

25. At the travel center, I learned that our travel had been cancelled because of President Trump's refugee suspension order.

26. The IOM staff told us that we could get more information on the White House website.

27. I went to the White House website, and I read that President Trump said that his suspension of the U.S. Refugee Admissions Program would take effect on January 27, 2025. But it was January 21, 2025. I felt shocked and confused. I could not understand why the executive order was affecting us when it was not yet January 27, 2025.

28. I asked IOM staff why the executive order was affecting us, but they could not explain. They told me that a representative from Washington, D.C. told them to cancel our flights.

29. We slept outside the transit center office on the night of January 21, 2025. I continued to hope that we would be able to resolve the mistake and board our flights to the United States.

30. My wife, my baby, and I slept outside the center in the parking lot, along with eight or nine other families waiting to travel to the United States. I believe there were about 20 people there with us.

31. One family had traveled seven hours from where they lived to come to the travel center. That family told me they had been staying near the travel center for the past two weeks so they could complete all of their pre-departure processes. They had packed up all of their possessions weeks before the refugee suspension.

32. The next morning on January 22, the IOM staff continued to tell me that our flights had been cancelled by President Trump.

33. Then, I saw CNN reporting that refugees' flights had been cancelled. Ultimately, my wife and I returned with our baby to where we live in Nairobi.

34. Returning to Nairobi was extremely difficult. We had given up our lease on the house we were renting and we had sold or given away all of our belongings that we could not take with us on the plane. We were very lucky that our landlord allowed us to stay in our empty house for one week. After that, we had to move in with a friend who is letting us stay with him for some days while I search for a job.

35. I do not know how we will survive. Life was already difficult before we sold our belongings and gave up our home in preparation for resettlement to the United States.

36. It took me three years to save up enough money to buy the music production equipment that I just sold in anticipation of our travel. Now that I don't have my music production equipment, I will have to find a different source of income to support my family. I do not think that I can buy my equipment back anytime soon because I have to make money so that my family can eat and have a place to live and we can buy the things we need for the baby. My wife cannot work now because our son is just nine months old and she stays home to take care of him.

37. Here in Kenya, it is not safe for me and my family because we are targeted for being foreigners. In about 2020, I was beaten by a group of men while I was walking home from work. When I went to the police to report the incident, they said there was nothing they could do.

38. It is not safe for me or my family to return to DRC because of the conflict there; there is no peace in the DRC. My wife's family members have been killed during the conflict, and I believe that if we were to return, we would be killed as well.

39. When I learned that President Trump was suspending refugee admissions, I felt devastated. This suspension has affected me and my family in so many ways. We gave up our house and we sold or gave away our cooking utensils, our furniture, and even some of our clothes. I sold my instruments for music production – they were my livelihood and my most treasured belongings. Now, we have nothing.

40. When I think about going to America, I think about my baby boy and the better life he would have there. In the United States, my son will be able to go school and study and I will be able to support him so that he can make a better life for himself.

41. In the United States, I hoped to finish my education and continue my work in the music industry. My wife has told me that she also hoped to finish her education in the United States.

42. I was also looking forward to being reuniting with my family who live in the United States and who I have not seen in many years. My mother's sister and her family went to the United States as refugees in or around 2016. They live in Iowa. My cousin and his family went the United States as refugees in or around 2021. They live in Tennessee.

43. Before the refugee suspension, my cousin from Tennessee told me that he would greet us at the airport when we arrived and introduce us to life in the United States.

44. When I was approved to travel to America with my family, it felt like I was given a second chance at life. I thought that my family and I would finally have security and peace of mind in America, and I would no longer have to live in fear.

45. I fear that if my real name becomes public in this lawsuit, my family and I could be at risk of our personal information including our refugee history being broadcast or publicized.

46. I have heard about conservative organizations in the U.S. publishing names and personal information of people who criticize the Trump Administration. I am very afraid this could happen to me and I could be harassed.

47. I also fear that if my real name becomes public in this lawsuit, my and my family's pending refugee application could be jeopardized. Our application remains pending and is in final stages of processing, and I do not want my participation in the lawsuit to adversely impact our application or delay or prevent us from coming to the United States.

48. For these reasons, I believe that my personal security and that of my family necessitates that I be allowed to use a pseudonym in this case.

49. I am willing to serve as a class representative on behalf of those who are similarly situated to me and my family who are trying to come to the United States through the refugee program.

50. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugee applicants and their family members. I understand what being a class representative means.

51. I want to help everyone in my and my family's situation because I know other families are going through the same things that we are going through, and I am happy to do something to help them. Also, I speak English, Ican use computers, and I feel comfortable interacting with lawyers, so I think I am well placed to stand up for others. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.



I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed in Nairobi, Kenya on Feb 8, 2025.

REDACTED