# EXHIBIT 19

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. C25-255 JNW<br><br>**DECLARATION OF PLAINTIFF MARCOS** |

DECLARATION OF PLAINTIFF MARCOS – 1
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**DECLARATION OF MARCOS**

I, Marcos, declare as follows:

1. I am 59 years old, and I am of sound mind.

2. My stepdaughter is waiting to travel to the United States through the refugee program for Central American minors (CAM).

3. My wife and I have been trying to reunite with her daughter (my stepdaughter) for nearly nine years. She was supposed to travel to the United States by the middle of February, but soon after President Trump took office, I learned that she could no longer travel because of the refugee suspension.

4. I live in Los Angeles, California, United States.

5. I am a citizen of El Salvador.

6. I have lived in the United States for about 25 years, and I have Temporary Protected Status.

7. I work five days a week in private security.

8. I met my wife in or around 2010. She has told me that she experienced domestic violence at the hands of her daughter's biological father. I understand that this is the reason why my wife came to the United States and had to leave her daughter behind.

9. My wife and stepdaughter have shared with me details about my stepdaughter's difficult life in El Salvador. As a young child, my stepdaughter witnessed her father hit and physically abuse her mother. She was physically and emotionally abused by her biological father and other family in El Salvador.

10. My stepdaughter was also subject to threats of violence from gangs in El Salvador. When she was around 12 or 13 years old, gang members began to threaten her aunt who owned a store. The gang members came to the aunt's store and told the aunt that they knew her sister—my wife—was in the United States, and that my wife would have to pay them "renta" (a protection fee) or they would hurt her daughter. My stepdaughter stopped going to school for several years because she was afraid the gangs would harm her.

11. I began the CAM program process for my stepdaughter in 2016, when I filed the affidavit of relationship for her. However, because of President Trump's actions to end the CAM program during his first administration, the process was stopped. In or around June of 2022, I was able to restart the CAM process for her.

12. My stepdaughter has had two interviews already. She received a conditional approval of eligibility for resettlement in August 2024. Then she did a medical exam on or around December 11, 2024.

13. On or around January 6, 2025, I learned from the International Organization for Migration (IOM) that my stepdaughter was going to travel to the United States in the first or second week of February.

14. I confirmed with IOM on January 6 that I would be personally responsible for my stepdaughter's housing, food, clothes, and transportation in the United States. I even told IOM that I would pay for the plane ticket if needed, but they told me the way it works for refugees is that they pay for the ticket and I pay them back after she is in the United States.

15. My wife and I have been eagerly awaiting to be reunited with our daughter in the United States. I was so excited that she would be joining us in the United States after so many years of waiting.

16. My wife and I started preparing for her arrival. I started preparing her room in our home. I painted her room a dark pink color. When I bought the paint, I called her from the store and asked her to select from a variety of paint color samples the one she wanted for her room.

17. My wife also bought our daughter new clothes to wear. We also bought her a new computer so that she could be prepared for her studies here in the United States.

18. I learned about the suspension of all refugee programs on January 31. I still have not heard anything from IOM about my stepdaughter's expected travel in February.

19. When I called my stepdaughter to tell her that her travel was cancelled, she was devastated and cried on the phone. She was so close to travel and so ready to be reunited with her mother, who she hasn't seen since she was a small child.

20. It was particularly devastating for us to hear that my stepdaughter's travel in February was cancelled as this is the second time her refugee process has been halted by the U.S. government.

21. My stepdaughter has been waiting to come to the United States since I first applied for her through CAM in 2016. We have tried to do everything right and follow all the required steps of the program, only to have travel cancelled at the very last moment. I am scared that this pause means my stepdaughter will never be able to travel to the United States to live with her mother and me.

22. My stepdaughter has put her life in El Salvador on pause because she believed she would be traveling to the United States soon. She was scheduled to enroll in university in El Salvador, to start in January of 2025 but decided not to because she had already been

conditionally approved to go to the United States. Now she is stuck in El Salvador and unable to enroll in university for this semester to keep her life moving forward.

23. In El Salvador, my stepdaughter lives with a relative with serious heart issues who cannot provide economically for her. I am afraid that if something happens to the family member, my stepdaughter will be left with no home and no one to support her in El Salvador. My stepdaughter has also expressed to me and my wife that she is afraid of continuing violence in El Salvador. In particular, the police have been increasingly violent and violate the human rights of innocent people.

24. Although I have never met my stepdaughter in person, I have been speaking to her on a regular basis ever since her mother and I got together, many years before we got married. I provide her support, both financially and emotionally. I send her money every other week, sometimes every week, so that she has money for food, medical care and other necessities. I provide her emotional support when I can, especially since I know that her father was abusive and has abandoned her. I consider her like my own daughter.

25. I fear that if my real name becomes public in this lawsuit, I could be targeted because of my criticism of President Trump's policies.

26. I also have heard in the news about conservative organizations in the U.S. publishing names and personal information of people who criticize the Trump Administration. I am very afraid this could happen to me and I could be harassed and even attacked.

27. For these reasons, I believe that my personal security and that of my family necessitates that I be allowed to use a pseudonym in this case.

28. I am willing to serve as a class representative on behalf of those who are similarly situated to me and my stepdaughter who are trying to come to the United States through the refugee program.

29. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugee applicants and their family members. I understand what being a class representative means.

30. I want to help everyone in my and my stepdaughter's situation because of what my wife and I have suffered waiting for our daughter to be allowed to come to the United States and having that process be stopped. I know how painful it is to be separated from your loved ones for so many years. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

31. This declaration has been read to me aloud in Spanish, a language I understand, and I have understood it and verified its contents.

