# EXHIBIT 20

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. C25-255 JNW<br><br>**DECLARATION OF PLAINTIFF ALI** |

DECLARATION OF PLAINTIFF ALI – 1
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# DECLARATION OF ALI

I, Ali, declare as follows:

1. I am 22 years old, and I am of sound mind.

2. I arrived in the United States on or about January 9, 2025 as a refugee through the U.S. Refugee Admissions Program (USRAP).

3. I live in Dallas, Texas.

4. I am a citizen of Iraq.

5. My life was in danger in Iraq because I am a gay man. In Iraq, it is illegal to have same-sex relationships, and you can be punished with many years in prison.

6. Throughout my childhood and teenage years, I was repeatedly sexually assaulted by men. I could not report the assaults to the police because I worried that I would be arrested for being gay.

7. My life in Iraq was extremely difficult. My mother, brother, other relatives, teachers, and peers at school, and coworkers physically and emotionally abused me.

8. Around November 2023, police arrested me and another man because they believed we were romantically involved with each other. Police officers kicked and hit us in the street and at the police station. Later, one officer tried to coerce me into performing oral sex.

9. I was ultimately released, but I was terrified for my safety because the police had my home address and personal information and had accused me of being gay. I believed I could be imprisoned at any time because of my sexual orientation.

10. After my arrest, I knew I had to leave the country to survive. I did not feel that I could trust anyone.

11. I requested and was granted access to USRAP.

12. I went through processing and was conditionally approved for resettlement.

13. I later learned I was being processed for resettlement in Dallas, Texas.

14. When I learned I would be resettled in Dallas, I was so excited that I began screaming with happiness and jumping and dancing.

15. For the first time in my life, I thought I would be able to live my life free of fear.

16. I travelled to the United States on or about January 9, 2025.

17. Since my arrival in the United States, Catholic Charites has been assisting me. They provided me with a case manager and financial assistance for my first three months in the United States.

18. Catholic Charities is also helping me to identify longer-term assistance programs for recent refugees that can help me with basic necessities and finding a job.

19. It is very important for me to find an organization that can help me with rent, food, and job placement.  I am alone in the United States.  I do not have family here.  And I came to the United States with only $120 that I have already spent on basic necessities.

20. One of the programs Catholic Charities recommended to me is called the Matching Grant program.  I applied to the program, which would cover one year of rent and utilities, provide a monthly allowance, assign me a case manager for one year, and include job placement services.

21. My case manager later told me that she had learned the program is no longer accepting clients.  I am looking into other options now.

22. My case manager told me about an alternative program I could qualify for called Refugee Cash Assistance that provides a monthly stipend to refugees for six months and potentially longer.

23. But on February 5, 2025, I received an email from the Texas Office for Refugees that said there is an "indefinite delay in Refugee Cash Assistance (RCA) benefit payments" because of "technical issues at the federal level." The email I received is attached to my declaration.

24. I learned from my case manager that the government has stopped funding some of the programs assisting recently-arrived refugees like me. I feel very scared that I may not be able to get the help I need to establish myself here and find a job. I have trouble sleeping when I think about this.

25. In the United States, I hope to get a good job and feel safe and secure. I am thinking about studying to become a nurse.

26. I hope to continue receiving the support that will help me remain here safely and reach my goals.

27. I fear that if my real name becomes public in this lawsuit, my family back in Iraq could be targeted because of my sexual identity.

28. As I mentioned, Iraq is a very unsafe place for LGBTQ+ people. When I speak to people back in Iraq, I hide the fact that I'm gay and that the police arrested and abused me for being gay. I do this to protect my mother, siblings, and other family who are still in Iraq. I am very concerned that if people back in Iraq learned about my sexual orientation and my interactions with the police, my family would be in danger.

29. I also have heard in the news about conservative organizations in the U.S. publishing names and personal information of people who criticize the Trump Administration, and I am very afraid this could happen to me and I could be harassed and even attacked. I am also worried that if my name is made public in this case, it would make it even more difficult to find employment or lead to me being discriminated against in other ways.

30. For these reasons, I believe that my personal security and that of my family necessitates that I be allowed to use a pseudonym in this case.

31. I am willing to serve as a class representative on behalf of those who are similarly situated to me who have recently arrived as refugees in the United States and are in need of resettlement benefits.

32. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugees. I understand what being a class representative means.

33. I want to help everyone in my situation because it is difficult for me now, and I know there are other refugees who recently arrived and are struggling even more than me.

34. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

I declare under penalty of perjury that the forgoing is true and correct

Executed in Dallas, Texas on February 7, 2025



# Attachment A
## (to Declaration of Plaintiff Ali)



To all current Refugee Cash Assistance (RCA) clients

Dear REDACTED

Due to technical issues at the federal level, we are sorry to inform you that there is an indefinite delay in Refugee Cash Assistance (RCA) benefit payments.

We understand the critical importance of these payments to your well-being and daily living expenses. We appreciate your patience and resilience during this challenging time, and we will keep you updated with any significant developments regarding the status of your payments.

In the meantime, we encourage you to reach out to local support services and community organizations that may offer temporary assistance. It's important to stay connected with these resources to help navigate this period of uncertainty. We are committed to providing you with this vital support as soon as possible and we remain hopeful that a resolution will be achieved soon. Thank you for your understanding and cooperation.

Texas Office for Refugees