# EXHIBIT 21

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. C25-255 JNW <br><br> **DECLARATION OF PLAINTIFF AHMED** |

DECLARATION OF PLAINTIFF AHMED – 1
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**DECLARATION OF AHMED**

I, Ahmed, declare as follows:

1. I am 28 years old, and I am of sound mind.

2. I am waiting to travel to the United States as a refugee. I was conditionally approved for resettlement and was close to travel when I learned that the Trump Administration had suspended refugee admissions.

3. I applied to the U.S. Refugee Admissions Program in 2022.

4. I currently live in Germany.

5. My parents are from Afghanistan, and I have an Afghan passport. I was born in Pakistan after my family fled Afghanistan because of the Soviet invasion and subsequent civil war. I lived in Afghanistan with my family beginning around 2015.

6. I have a sister who lives in the United States in Maryland, and she is a lawful permanent resident. She came to the U.S. through the Afghan Special Immigrant Visa program. She and her husband have five children, one of whom is a U.S. citizen.

7. In Afghanistan, I actively supported the peace process as a university student at the American University of Afghanistan (AUAF), and I participated in various related activities sponsored by or affiliated with the U.S. government. Outside of the university, I was involved with other groups advocating for human rights, women's empowerment, and peace-related activities.

8. In October or November of 2021, I was evacuated along with more than 100 other Afghan students whose lives were at serious risk because of our affiliation with the American University.

9. My life is in danger for several reasons, including my affiliation with the American University of Afghanistan, my association with the U.S. Embassy in Kabul during the peace process, my liberal political views regarding women's rights, and my views on human rights in Afghanistan. For all of these reasons, I know that my life is in danger if I am in Afghanistan. I have not returned to Afghanistan since I was evacuated.

10. After my classmates and I were evacuated from Afghanistan, in or around June 2022, I was referred to USRAP and I applied to be resettled as a refugee in the United States.

11. My refugee case was conditionally approved in January of this year.

12. Thereafter, I attended my required medical examination.

13. While traveling for my medical exam, I learned from the news that President Trump was suspending the U.S. Refugee Admissions Program. I felt so bad. I have been waiting for refugee resettlement and had already been making plans for my life in the United States.

14. In the United States, I had hoped to continue my studies and to complete a graduate-level degree. I was planning to live with my sister in Maryland before hopefully beginning classes at either Mississippi Valley State University or Clark University in Massachusetts. In 2023, I received offers of admission from both schools, but I was waiting to complete my refugee process. Once I was resettled to the United States, I had planned to reapply to attend one of these schools in Fall 2025.

15. I am devastated that I will not be reunited with my sister and her family in the United States. I have not seen my sister since 2021 and I have never met my youngest niece, who is two years old. I was so excited to join them in the United States.

16. I fear that if my real name becomes public in this lawsuit, the Taliban could target my mother, siblings, and my other family who are living in Afghanistan in retaliation for me publicly criticizing the Taliban and publicly speaking about my associations with and desire to resettle to the United States.

17. I also have heard in the news about conservative organizations in the U.S. publishing on the internet names and personal information of people who criticize the Trump Administration. I am very afraid this could happen to me and this could put my family's lives in danger.

18. I also fear that if my real name becomes public in this lawsuit, my pending refugee application could be jeopardized. My application remains pending and is in final stages of processing, and I do not want my participation in the lawsuit to adversely impact my application and delay or prevent me from coming to the United States.

19. For these reasons, I believe that my personal security and that of my family necessitates that I be allowed to use a pseudonym in this case.

20. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are trying to come to the United States through the refugee program.

21. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugee applicants and their family members. I understand what being a class representative means.

22. I want to help everyone in my situation because I know how hard it is to have to flee your home country and then be prevented from building a stable life elsewhere. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed in Osnabrück, Germany on February 6, 2025    REDACTED