# EXHIBIT 22

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,

*Defendants*.

Case No. C25-255 JNW

**DECLARATION OF PLAINTIFF RACHEL**

DECLARATION OF PLAINTIFF RACHEL – 1
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# DECLARATION OF RACHEL

I, Rachel, declare as follows:

1. I am 61 years old, and I am of sound mind.

2. I have filed an application, along with four other people, to sponsor an Afghan family of refugees through a program known as Welcome Corps.

3. I live in Bellevue, Washington.

4. I am a citizen of the United States.

5. I decided to organize several of my friends, synagogue community members, and my book club members in support of sponsoring an Afghan family after I came to know an Afghan asylee here in the United States through my daughter.

6. When I met this young Afghan woman, she was about 26 years old, she was educated and single, and I believed that was special because of what I knew about conditions for women in Afghanistan. She was intelligent and kind, and she had drive and enthusiasm. This young woman worked for a private company for a while, and then she went on to work at a Jewish resettlement agency.

7. This young woman told me she was worried about the family members she had left behind, especially her mother, father, siblings, and her sister's four children. Her family members were in Pakistan and were already in the process of applying for resettlement as refugees in the United States. But the woman told me that nothing was happening with their refugee applications.

8. When I learned about the option to sponsor her family through Welcome Corps through my synagogue, I felt I had to say yes. I am a big believer in the promise of America and that as a nation of immigrants, our strength is in our diversity.

9. My parents instilled these values in me from a young age. When I was growing up, we often hosted people from other countries in our home.

10. Similarly, I try to learn from other people, and I try to instill the same values in my children – I was involved in cross-cultural activities all of my life, and I tried to make sure the same was true for my children.

11. My Jewish faith was a key part of my decision to sponsor this family. Historically, Jews have been refugees and have had to move to strange and hostile places throughout their history as a people.

12. After I decided to sponsor this family, I began a long and involved process.

13. I had to find four other people to sponsor the family with me, which I did through my network at my synagogue.

14. Then we had to fundraise $15,520 since there were 8 people in the family we wanted to sponsor. I was able to fundraise through my synagogue, and through a network of friends and family, including my book club.

15. Each of the sponsors, including myself, had to get a background check.

16. We as sponsors also had to sign a guarantee that we would be responsible for the whole family we were sponsoring for the first three to six months after they arrived in the United States. That means we would help them get jobs, register for assistance, find housing and food, register the kids for school, and other similar things. I would have welcomed them to live in my own home, but the program would not allow the family to live with me, so we had already begun researching where they could live and what would be needed after they arrived.

17. Between the fundraising, sponsoring, and preparing for arrival, I would estimate that I spent more than 60 hours working actively on this effort – but that does not include a lot of time that I spent thinking about the family.

18. I also had to prepare a detailed application for the family, which was basically a refugee application explaining why each family member was afraid to return to Afghanistan.

19. Meanwhile, the family also faced significant danger in Pakistan. Pakistani police raided their apartment, stole from them, and threatened them with deportation.

20. The family remains very fearful of the threats they face from the Taliban in Afghanistan. The family is a target for a few reasons. Their father worked with an NGO removing land mines placed by the Taliban for many years. In addition, their children – including their daughters – were educated and worked. Their son attended the American University in Afghanistan, which made him a particular target of the Taliban.

21. As of July 2024, the family had completed all of their medical exams and their interviews.

22. Then inauguration day came, and I learned about President Trump's refugee suspension that same day.

23. It was so hard when I had to explain to the young woman that her family's refugee processing was suspended indefinitely. And then about 48 hours later, her father – who would have been one of the sponsored refugees – died. It was heartbreaking.

24. I have a strong sense of dread and hopelessness.

25. I hated having to give her the news of the refugee suspension. Now I need to refund the donations of my friends who joined the fundraising efforts. I am having a lot of trouble accepting that this family cannot come to safety now.

26. I have seen media coverage of people who have been doxxed, meaning their names and personal details have been published online, following criticism of the Trump Administration. I am very fearful that if my name is disclosed in this lawsuit, that this could happen to me and put me and my family at risk of harassment, threats, and other harm.

27. I fear that if my real name becomes public in this lawsuit, the pending refugee application for the family I am sponsoring could be jeopardized. Their application remains pending, and I do not want my participation in the lawsuit to delay or prevent them from coming to safety in the United States.

28. For these reasons, I believe that my personal security and that of the family that I am sponsoring necessitates that I be allowed to use a pseudonym in this case.

I declare under penalty of perjury that the forgoing is true and correct.

Executed in Bellevue, WA on February 8, 2025        **REDACTED**