# EXHIBIT 24

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. C25-255 JNW <br><br> **DECLARATION OF MARK HETFIELD** |

I, Mark Hetfield, hereby declare:

1. I am the President of HIAS, Inc., one of ten national refugee resettlement agencies. The facts set forth in this declaration are based on my personal knowledge, on my conversations with my staff, and on the information kept in the ordinary course of business at HIAS.

DECL. OF MARK HETFIELD
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. I make this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, because the suspension of the U.S. Refugee Admissions Program (USRAP) and the suspension of government funding for USRAP and to support recently-arrived refugees and Special Immigrant Visa holders represent an existential threat to HIAS' mission and funding.

3. The government's suspensions have already caused immense and irreparable harm to HIAS' work with refugees, to our clients and the communities they live in, and to our staff and the staff of our affiliates, who for over four decades, have relied on millions of dollars in funding from the federal government for our operations. Refugees we serve have had travel cancelled and reunions with family members postponed indefinitely; our staff are being laid off; and our organization's solvency is at risk. If this suspension of funding is not urgently reversed, HIAS will likely lack the capacity to participate in refugee resettlement if and when refugee admissions resume.

**I.    HIAS**

4. HIAS is a global and faith-based nonprofit organization which, working with the organized American Jewish community, is dedicated to ensuring that the world's forcibly displaced people find welcome, safety, and freedom.

5. Our mission is to rescue people whose lives are in danger for being who they are. To that end, we protect the most vulnerable refugees, helping them build new lives and reuniting them with their families in safety and freedom. We also advocate for the protection of refugees and assure that displaced people are treated with the dignity they deserve.

6. HIAS was founded in New York City in 1903 as the Hebrew Immigrants Aid Society to assist Jews who had fled the pogroms of Russia and Eastern Europe. Today known as "HIAS," it is the international Jewish organization dedicated to assisting forcibly displaced persons, regardless of their faith or ethnicity, with their protection and resettlement needs.

DECL. OF MARK HETFIELD – 2
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

7. I have held multiple roles at HIAS, and I assumed my current position in September 2024, after serving as President and CEO since 2013. Previously, I was HIAS' interim President and CEO, HIAS' Senior Vice President for Policy and Programs and Director of International Operations. I first joined the organization as a caseworker in 1989, and I have been at HIAS consistently since 2006. My duties as President include oversight of HIAS' participation in the U.S. Refugee Admissions Program.

8. I have worked in positions requiring expertise in refugee and immigration law for the last 35 years. Before I returned to HIAS in 2006, I worked for three years as Immigration Counsel and Director for International Refugee Issues of the United States Commission on International Religious Freedom. Earlier in my career, I worked as an immigration attorney for the law firm Fulbright and Jaworski, LLP, and I worked as an Appeals Officer and Supervisory Appeals Officer for the United States Immigration and Naturalization Service.

9. Through my past and current work, I am deeply familiar with HIAS's operations and with the process for resettling refugees in the United States.

10. Refugee resettlement in partnership with the U.S. government has long been a core activity for HIAS. During its first hundred years in operation, HIAS had a role in helping millions of refugees resettle in the United States, long before the modern refugee resettlement program was codified by Congress in the Refugee Act of 1980. Since 1970, HIAS has helped to resettle over 500,000 refugees in the United States. For decades, HIAS has served refugees without regard to their ethnicity or religion.

11. Today, HIAS operates offices in twenty-one countries, including the United States, supporting refugees with services to ensure legal protection, economic inclusion, protection from gender-based violence and access to mental health services.

12. HIAS currently resettles refugees in cooperation with local Jewish family service agencies and other community-based organizations in thirty locations in seventeen states: California, Colorado, Connecticut, Florida, Illinois, Maine, Massachusetts, Michigan, New York,

DECL. OF MARK HETFIELD – 3
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

North Carolina, Ohio, Oklahoma, Pennsylvania, Rhode Island, Texas, Washington, and Wisconsin.

13. HIAS is a 501(c)(3) nonprofit organization headquartered in Silver Spring, Maryland.

## II. Our Clients

14. The clients whom HIAS resettles in the United States in partnership with the U.S. government are among the most vulnerable people in the world. These refugees fled persecution from their own countries and have been unable to find safety or a long-term solution in the places to which they fled. Notably, many of the refugees with whom we work have been referred by the United Nations High Commissioner for Refugees, and those referrals are generally based on the refugees' disability, need for medical treatment that is not available in the country where they reside, status as women or children at risk, or membership in a particularly persecuted group, such as LGBTQI individuals.

15. Many of these refugees have family in the United States with whom they seek to reunite. Indeed, approximately seventy-five percent of our refugee clients are placed based on a U.S. tie—that is, a U.S.-based family member or friend with whom they will be reunited, and who will provide them support as they resettle.

16. HIAS is dedicated to providing refugees with a welcoming environment and the support that will allow them to integrate successfully into the United States. When refugees first arrive in the United States, HIAS and its affiliates provide them with initial housing, food, and seasonally appropriate clothing. HIAS also helps them with cultural integration, assistance in obtaining employment, and, where appropriate, specialized services for LGBTQI refugees, disabled refugees, and those suffering from torture and trauma, among other vulnerable communities.

DECL. OF MARK HETFIELD – 4
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**III.  HIAS's Participation in the U.S. Refugee Admissions Program**

17. HIAS conducts its work in the U.S. Refugee Admissions Program (USRAP) under the terms of several agreements entered with federal agencies, including the Department of State, the Department of Homeland Security, and the Office of Refugee Resettlement, a component of the Department of Health and Human Services.

18. HIAS receives funding from the U.S. Department of State through thirteen "cooperative agreements" with the Bureau of Population, Resettlement and Migration (PRM) (the "cooperative agreements" or "grants"). The PRM cooperative agreements for the USRAP program, which have end dates in September 2025, provided HIAS with $36,943,648 in revenue. The full amount has not been paid.

19. Through one of the cooperative agreements with PRM, HIAS has administered the Resettlement Support Center (RSC) in Austria, with suboffices in Croatia and Israel, for over twenty-five years. HIAS's work administering the RSC includes assisting people seeing admission to USRAP in completing applications for consideration, assisting the U.S. government in the processing of such applications, conducting Cultural Orientation for approved applicants, and collecting information from applicants that will enable resettlement agencies to make decisions regarding appropriate placement.

20. The offices in Austria and Croatia rely on special arrangements between the governments of those countries and the Department of State. Under those arrangements, Austria and Croatia issue a limited number of visas at the request of HIAS, vetted by the U.S. government, for Iranian followers of the Jewish, Christian, Baha'i, Zoroastrian and Mandaean faiths. There are currently over 14,000 religious minority members who registered with HIAS for the program and are waiting for visas in Iran. The program allows them to escape from living as persecuted religious minorities in the Islamic Republic of Iran, and travel to Europe for adjudication of their claims by United States Homeland Security officials. In Tel Aviv, the RSC

DECL. OF MARK HETFIELD – 5
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  operated by HIAS prepares resettlement applications for refugees from Eritrea, Sudan, and South
2  Sudan who are vulnerable in Israel.

3      21.    Through another cooperative agreement with the Department of State, HIAS
4  administers and leads the Equitable Resettlement Access Consortium (ERAC), as a means to
5  facilitate referrals from non-governmental service providers who identify highly vulnerable
6  refugees in need of resettlement due to protection concerns in the country of first asylum. Since
7  ERAC's launch in 2023, a total of 13 NGOs have been approved by PRM as ERAC partners and
8  764 NGO staff globally have been trained in refugee protection and resettlement. The ERAC
9  network has set up operations in Lebanon, Jordan, Egypt, Nigeria, Kenya, Greece, Romania,
10 Poland, Aruba, Guyana, Peru, Panama, and Colombia, which have in turn identified 2,614
11 individuals with resettlement needs and submitted 1,179 individuals to the U.S. Refugee
12 Admissions Program (USRAP) from countries including: Syria, Iraq, Afghanistan, the
13 Democratic Republic of the Congo, Somalia, Ethiopia, Central African Republic, Venezuela, and
14 Ecuador.  All ERAC Resettlement Registration Forms (RRFs) are reviewed by ERAC staff to
15 ensure the highest possible case quality, as well as global consistency in submissions. Seventy-
16 eight percent of refugee clients receiving resettlement services through ERAC reported that
17 assistance was delivered in a safe, accessible, accountable, and participatory manner.

18      22.    Through the cooperative agreements with PRM, HIAS receives funds through two
19 funding streams to conduct work under the Reception and Placement program.

20      23.    The first funding stream, known as Migration and Refugee Assistance (MRA),
21 provides for services through the Reception and Placement Program, which assists refugees and
22 Special Immigrant Visas (SIVs) who are not Afghan refugees or SIVs eligible under Operation
23 Enduring Welcome (OEW).

24      24.    The second funding stream, Emergency Refugee and Migration Assistance
25 (ERMA), offers the same Reception and Placement Program services but specifically for Afghan
26 refugees and SIVs eligible under OEW.  These programs operate with the assistance of HIAS's

DECL. OF MARK HETFIELD – 6
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1 affiliates all over the United States. In addition, HIAS receives funds from PRM through a separate grant for Virtual Reception and Placement (VRP), operated through its headquarters.

25. Through the Reception and Placement Program, HIAS is responsible for providing refugees with services upon their first day of arrival in the United States to 90 days thereafter. These services include arranging for the refugee to be met at the airport; securing permanent housing (usually entailing payment of one month's rent and a security deposit) equipped with basic furnishings, household items, a welcome meal, and a stock of groceries; ensuring that the refugee has weather-appropriate clothing; helping the refugee apply for a Social Security card; registering any refugee children in school; helping the refugee access shopping facilities; arranging for any medical appointments, particularly for individuals with significant medical needs, which is common; otherwise connecting refugees with social or language services; and assisting refugees in achieving economic self-sufficiency through employment. We also provide specialized services for refugees with particular needs, such as LGBTQI refugees and refugees living with disabilities, at various of our sites.

26. Either on our own or through partnerships with affiliates, we maintain resettlement services providing Reception and Placement services in thirty states. In fiscal year 2025 alone, HIAS has helped refugees find homes in 247 counties across the thirty states.

27. The PRM cooperative agreements include a document entitled "U.S. Department of State Award Provisions," which states in part that "[d]uring the period of performance, the Recipient must comply with . . . [t]he applicable sections of 2 CFR §200 and 2 CFR §600[.]"

28. As described below, refugee admissions and decision-making have been suspended as of January 20, 2025, and all the funds PRM committed to HIAS to fund this work have been halted as of January 24, 2025.

DECL. OF MARK HETFIELD – 7
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## IV. Executive Order 14163 and Immediate and Ongoing Impact on HIAS and its Clients

29. On January 20, 2025, President Trump signed an Executive Order 14163 ("EO") suspending all refugee admissions and decisions effective January 27, 2025. EO 14163, titled "Realigning the United States Refugee Admissions Program," orders the suspension of all refugee admissions and decisions on refugee applications "until such time as the further entry into the United States of refugees aligns with the interests of the United States interests," that is to say, indefinitely.

30. EO 14163 has caused immediate harm to HIAS' mission and to its financial stability, and that harm increases with every day that the EO remains in effect.

31. EO 14163 strikes at the heart of HIAS' organizational mission to assist and welcome refugees to enter the United States through the statutory pathways authorized by the United States Congress. The EO indefinitely stops the entry of refugees we serve around the world, bars family members from reunifying with their loved ones inside the United States and freezes decision-making for applicants who in some cases have been waiting for years to learn whether they can enter the United States.

32. As a result of the EO, thousands of our clients have been plunged into a state of devastating fear and uncertainty, and many with approved refugee applications have had their travel cancelled.

33. EO 14163, by failing to respect or even take into account negotiated arrangements with the governments of Croatia and Austria to provide visas for Iranian religious minorities to transit to the HIAS-USRAP Resettlement Support Centers in Vienna and Zagreb, effectively ended these arrangements and puts them at risk of never being restarted. The suspension puts at risk the 14,069 applicants who are religious minorities in Iran registered for the program and waiting for an available visa, as they are now unable to leave their country of persecution through the safe and congressionally-created program for which they registered.

DECL. OF MARK HETFIELD – 8
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

34. Further, although EO 14163 did not explicitly address the processing of refugee applications, in fact the State Department has suspended all refugee processing, which includes all cases currently in the USRAP pipeline and any new referrals.

35. The day after the EO was issued, on January 21, 2025, HIAS received an email from PRM addressed to numerous USRAP partners stating that:

> Following the issuance of the Executive Order (EO), "Realigning the United States Refugee Admissions Program," refugee arrivals to the United States have been suspended until further notice. All previously scheduled travel of refugees to the United States is being cancelled, and no new travel bookings will be made. RSCs should not request travel for any additional refugee cases at this time.
>
> Additionally, all refugee case processing and pre-departure activities are also suspended. RSCs and IOM should not move refugees to transit centers in anticipation of travel and should halt all pre-departure activities for refugee cases. No new referrals should be made into the USRAP. Intake of new applications for the Welcome Corps is suspended, as well as processing of all active or previously submitted applications. We understand there will be questions related to the implementation of suspending refugee case processing, and we will send additional guidance in the coming days.

36. In a follow-up email on January 22, PRM confirmed "that all planned refugee arrivals for this week have been cancelled and we do not anticipate any being scheduled," notwithstanding the EO's admissions suspension not being effective until January 27, 2027.

37. In other words, refugees who were already referred to the United States for resettlement are now frozen in the process and will not see their applications move forward and no new referrals to USRAP can be made at this time.

38. Because the suspension is indefinite, we are unable to predict when or if services will resume. It will be exceedingly difficult to maintain relationships with sponsors of refugees in the United States and our extensive local networks while the programs are indefinitely suspended. Our mission to serve refugees will be irreparably damaged.

DECL. OF MARK HETFIELD – 9
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

39. In addition, although the EO provides case-by-case waivers for certain refugees whose entry is deemed to be in the "national interest," we have asked PRM about this process and received no response.

40. In the PRM email of January 21, the Director of Admissions for PRM emailed me and other USRAP partners to inform us that all refugee arrivals to the United States had been suspended until further notice, all previously scheduled refugee travel had been cancelled, no new bookings would be made, and all refugee case processing and pre-departure activities were suspended. In response, on the same day, I asked PRM to confirm that the suspension of refugee admissions would not be effective until midnight on January 27, pursuant to the terms of EO 14163. PRM responded that the suspension was immediate, and all planned refugee arrivals had been cancelled. I then specifically asked for guidance on how HIAS could request exceptions to the refugee admission suspension but have yet to receive any response from PRM or any other specific guidance on how to request case-by-case waivers under the EO. The subsequent communications I received from PRM did not address how to apply for waivers and stated in part, "Given the stop work orders, no action is being requested or required by the State Department."

41. EO 14163 is also financially catastrophic to HIAS, its affiliates, and the refugees we serve.

42. Without incoming refugees, HIAS will not be able to sustain its operations and has had to lay off staff members while affiliates may permanently close their resettlement operations, with the resulting loss of institutional knowledge, experience and personal relationships.

DECL. OF MARK HETFIELD – 10
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## V. EO 14169 and the U.S. State Department's January 24, 2025, Order to HIAS to "Stop Work."

43. In addition to EO 14163, on January 20, President Trump signed 44 other executive orders. Among these were EO 14169, "Reevaluating and Realigning Foreign Aid," which suspended all foreign aid programs, including those serving refugees, for ninety days.

44. On January 24, 2025, HIAS received a letter from the U.S. Department of State Bureau of Population, Refugees, and Migration (PRM) stating that thirteen (13) different grants to HIAS were immediately suspended "pending a Department-wide review of foreign assistance programs" pursuant to EO 14169. *See* January 24, 2025 PRM Letter, attached to this declaration (hereinafter "HIAS Suspension Notice").

45. Also on January 24, HIAS received a cable from Secretary of State Marco Rubio to all diplomatic and consular posts (ALDAC) informing them of the funding suspension pursuant to EO 14169. HIAS' funding under its federal grants has been entirely cut off: HIAS had only one payment deposited from a federal grant since the HIAS Suspension Notice was issued and that was for an invoice processed *before* the HIAS Suspension Notice.

46. Nor would we be able to receive funds to continue work under a waiver since all federal government payment portals are not functioning, making the purported waiver process useless.

## VI. The Devastating Impact of EO 14163 and the HIAS Suspension Notice on Refugees.

47. The refugees we work with in the United States and overseas have had their plans upended overnight. As of February 6, 2025, through its Reception and Placement, Virtual Reception and Placement and Welcome Corps programs, HIAS has 3,740 clients overseas who have been extensively vetted and are awaiting resettlement to the United States; at least 1,453 of these were "travel-ready" and just awaiting boarding documents and flight plans to enter the United States.

DECL. OF MARK HETFIELD – 11
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

48. Thirty-one (31) clients are "Follow-to-Join" spouses and children of refugees currently resettled in the United States, including twelve who were travel-ready. These family members have been separated for months and even years from their petitioning relatives.

49. Another 499 clients are approved under the Special Immigrant Visa (SIV) program for people who worked for the United States government or its contractors in Iraq and Afghanistan.

50. All of these individuals have had their life plans upended, their separation from family members prolonged, and their chances for stability and safety suspended indefinitely.

51. For example, the parents and brother of one HIAS client based in Orange County, California, had their refugee applications approved in November 2024. They sold their house in Guatemala and had tickets to enter the United States for early February. The HIAS client in the U.S. who is awaiting the arrival of her family took out an $800 loan to get furniture for their new home. Her family's travel has been cancelled.

52. Family members of a refugee from Afghanistan who had worked for a company that supported the U.S. mission have been resettled in St. Louis since 2021. His sister and her family, who fled Afghanistan for Iraq, where they have only temporary status, had been vetted and approved for entry to the United States, thanks to the private sponsorship of a HIAS Welcome Corps group. The private sponsorship group has raised at minimum $7,275 to support the arrival of this client. Scheduled to arrive in St. Louis on February 12, the family's travel was cancelled as a result of EO 14163. The family lives in fear of being returned to Afghanistan.

53. The financial impact on recently resettled refugees is likewise severe.

54. HIAS obtains approval at the start of each fiscal year for a certain number of refugees that it has capacity to serve year. To partially reimburse HIAS for the costs of participation in the Reception and Placement program, the federal government provides each affiliate $1,350 for each approved refugee for the affiliate's administrative expenses in supporting the refugee's resettlement. In addition, the government provides HIAS with $1,650 to

DECL. OF MARK HETFIELD – 12
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

cover essential living expenses for each refugee who arrives. The government reimburses HIAS based on the number of refugees for whom we provide Reception and Placement services. If fewer refugees receive HIAS' Reception and Placement services, federal reimbursements are reduced.

55. In HIAS's Fiscal Year 2025, which began on October 1, 2024, 2,714 refugees and SIV holders arrived through HIAS's Reception and Placement programs and an additional 406 refugees and SIV holders came through our VRP program. In addition, 159 individuals are supported through our local Welcome Corps, groups of U.S.-based volunteers who provide private sponsorship to refugees. As of February 6, 2025, HIAS has 2,526 recently arrived refugees and SIV holders who are in the first 90 days of resettlement in the United States and working with our affiliates. An additional 320 individuals who are in their first 90 days of resettlement are working with our VRP program, and 120 individuals in their first 90 days are sponsored through our Welcome Corps. Reception and Placement funding for essential services to those recently resettled individuals has been frozen through the HIAS Stop-Work Order.

56. As a result of the HIAS Stop-Work order, all subawards under the Equitable Resettlement Access Consortium (ERAC) project to vetted, approved and trained refugee resettlement referral partners have ended, preventing partners from maintaining resettlement staff and continuing operations. Resettlement case workers who have undergone extensive training on resettlement have been laid off with no notice, resulting in challenges communicating with clients in various stages of the resettlement process.

57. HIAS clients in the resettlement process include a female Haitian journalist residing in Romania whose foster family resides in New Jersey and a young Afghan man residing in Greece whose biological mother and entire maternal family are U.S. citizens residing in California. HIAS clients also include victims of the civil wars of eastern Democratic Republic of Congo, including victims of aggravated sexual assault struggling to access resources in Kenya, opponents of the government in Venezuela who were driven out of their homes by

DECL. OF MARK HETFIELD – 13
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

government persecution, and Syrian refugees displaced by the now-defunct Assad regime, unable to return home.

58. Many refugees identified by ERAC have suffered violence not only in their countries of origin, but often also in transit and in their country of asylum, and face protection needs beyond the capacity of the country of asylum to provide. The impact on these refugees is dire.

**VII.  Consequences of EO 14163 and the HIAS Suspension Notice for HIAS's Operations.**

59. Immediately after the HIAS Suspension Notice issued, we discovered that we could not access the State Department portal through which we submitted our requests for reimbursement for money expended under these grants. We have not been paid the $3,527,171.22 we are owed on our USRAP grants for work done prior to the issuance of the stop-work order, primarily in December of 2024.

60. Along with fellow resettlement agencies, we immediately began to engage with the State Department about the severe impact the HIAS Suspension Notice had and is having on our operations. We also expressed our concern about the dismantling of the safe and legal escape route for Iranian Jews, Christians, Baha'i, and other religious minorities, developed between HIAS, the State Department, and the governments of Austria and Croatia; and that the impact of the Stop-Work Order on the RSC leaves 14,000 persons duly registered for the program trapped in the Islamic Republic of Iran. But there has been no response to our requests for clarity.

61. The impact has been crushing at both national and local levels. We began laying off employees at our national office on Friday, January 31. By close of business on Monday, February 3, we had laid off 20 employees around the country, including in Virginia, New York, Maryland, California, Texas, Arizona and Washington, D.C.

62. Should the suspension of our grants continue, we will be forced to lay off many more staff.

DECL. OF MARK HETFIELD – 14
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

63. Our national office has also talked extensively with our affiliate partners around the country so that leaders and staff receive rapidly changing information as soon as we have it and receive the encouragement and support they need. But no amount of encouragement and support can make up for the devastating financial impact of the HIAS Suspension Notice and our affiliate partners and the ripple effect it is causing in the local community.

64. Our dedicated staff is reeling with the knowledge that thousands of people who depend on us for safety have been left in precarious and dangerous situations. Every year, HIAS assists thousands of refugees, SIV recipients, and others to enter the United States, reunify with family members and establish safety and stability. The indefinite suspension of that work is devastating for the clients we serve and for the staff we have laid off who needed a steady stream of income to support basic living expenses for themselves and their families.

## VIII. Conclusion

65. Without immediate relief, HIAS's clients both in the United States and overseas will suffer immeasurable harm. Our laid-off staff will lose income, and HIAS will, in the long term, face the prospect of insolvency and an inability to fulfill the mission we have been committed to for more than a century.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 11, 2025.

DocuSigned by:

Mark Hetfield

DECL. OF MARK HETFIELD – 15
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# **Attachment A**
## **(to Declaration of Mark Hetfield)**



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

▇▇▇▇▇ REDACTED ▇▇▇▇▇
HIAS Inc.
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:   SPRMCO24CA0215; SPRMCO24CA0255; SPRMCO24CA0262; SPRMCO24CA0277; SPRMCO24CA0278; SPRMCO24CA0292; SPRMCO24CA0328; SPRMCO22CA0311; SPRMCO24CA0325; SPRMCO24CA0348; SPRMCO24CA0354; SPRMCO24CA0349

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

UNCLASSIFIED

2

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

If you have any other questions regarding the suspension, please contact me at REDACTED @state.gov.

        Sincerely,

        REDACTED
        Grants Officer