# EXHIBIT 25

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. C25-255 JNW<br><br>**DECLARATION OF DAVID DUEA** |

I, David Duea, hereby declare:

1. I am the Chief Executive Officer of Lutheran Community Services Northwest ("LCSNW"), which I have led since July 1, 2014. The facts set forth in this declaration are based on my personal knowledge, my conversations with my staff, and documents kept in the ordinary course of business at LCSNW.

DECL. OF DAVID DUEA
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. I make this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. LCSNW seeks to enjoin the implementation of Executive Order 14163 ("EO 14163"), which suspends the U.S. Refugee Assistance Program (USRAP) indefinitely, and to reverse the government's sudden suspension of funding for refugee resettlement.

3. The government's suspensions are having and will continue to have a devastating impact on refugee clients, funding, and operations that are vital to LCSNW's mission. Refugees we work with directly have had travel plans cancelled, family reunifications suspended, and crucial essential services cut. LCSNW is scrambling to make up the difference so that our clients don't lose services, and we are pulling hard-won resources together to make sure that refugees and the staff who serve them can maintain stability.

I. **Lutheran Community Services Northwest**

4. LCSNW is a nonprofit, 501(c)(3) organization incorporated in the state of Oregon, with headquarters in Tacoma, Washington. LCSNW is a social service agency that formed in 2001 from the merger of several Lutheran outreach ministries and nonprofit organizations that had served communities in the Northwest since the 1920s. LCSNW's lines of service include refugee and immigrant services, mental health counseling, low-income housing, child and family welfare, and support for victims of crime. LCSNW has more than 40 locations across Washington, Oregon, and Idaho, with more than 700 employees and dozens of programs providing services to more than 40,000 clients per year.

5. Refugee resettlement work is a core part of LCSNW's work and has been central to the mission of the organizations that formed LCSNW since at least the 1950s. We estimate that LCSNW and its precursor organizations have served more than 40,000 refugees since 1975.

6. As Chief Executive Officer for the last decade, I have had overall responsibility for the day-to-day operations of LCSNW, which is one of the regional and local agencies whose services are funded by subcontracts with one of ten national resettlement agencies.

DECL. OF DAVID DUEA – 2
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

7. I was born in Minnesota and later moved to the Pacific Northwest, where I earned a bachelor's degree in social work from Pacific Lutheran University and an MBA. Since 2014, my team and I have led LCSNW through significant growth, expanding programs in behavioral health, refugee services, child welfare, and housing. Now living in Tacoma, I remain committed to strengthening community partnerships and ensuring LCSNW provides life-changing services across the region.

8. Through my past and current work, I have become deeply familiar with the process for resettling refugees in the United States and LCSNW's particular role in that process.

9. The resettlement support LCSNW provides to refugees includes welcoming refugees at the airport; securing housing, furnishings, and food; and referring refugees and their families for both temporary and long-term housing, school enrollment, job coaching, and cash assistance.

10. The relationships and the goodwill we have built over decades in the communities we serve are essential to the success of our services.

11. Federal funding for LCSNW's Refugee Reception and Placement Program (R&P Program) located primarily in Tacoma, WA, and Portland, OR, constitutes 95% of the funding for LCSNW's resettlement assistance programs, including approximately 50 jobs.

## II. LCSNW's Participation in the U.S. Refugee Admissions Program

12. LCSNW funds its refugee resettlement work primarily with funding from the federal government, sometimes in partnership with state agencies and other community partners. While our services to refugees date back to the 1950s, since the passage of the Refugee Act in 1980, LCSNW has provided initial resettlement services to refugees primarily through funding from federal agencies.

13. LCSNW is an affiliate of a national resettlement agency (RA), one of ten that provide the infrastructure for the United States Refugee Admissions Program. Through this affiliate relationship, LCSNW receives funding from the Department of State's Bureau of

DECL. OF DAVID DUEA – 3
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Population, Migration, and Resettlement (PRM) to provide Resettlement and Placement (R&P)
services. This funding is provided through "cooperative agreements" between LCSNW and the
RA.

14. LCSNW's 2024-2025 cooperative agreements with the RA provided for up to $4,377,000 from PRM to support LCSNW's Reception and Placement (R&P) program, which provides for services and assistance to refugees through their first 90 days in the United States. LCSNW invoices the RA for reimbursement based on the number of refugees we serve.

15. This same affiliate process applies to other grants we receive via the RA, including $1,312,612 in funding from the Office of Refugee Resettlement (ORR) of the U.S. Department of Health and Human Services to support programs and services for refugee clients following their first 90 days in the United States.

16. We help resettle hundreds of refugees in our catchment areas each year. In the 2024 federal fiscal year, we assisted 1391; in 2023, 1043; in 2022; 676.

17. Our refugee resettlement work is a deeply local endeavor that depends on our long-term partnerships in the communities we serve. We work with local landlords to persuade them to provide leases to incoming refugees whom the landlord has never met and who have no employment or credit history. Securing these leases is possible only because of our strong outreach and local relationships.

18. We work in similar ways with private employers in local communities, encouraging them to give new refugees, who often speak little or no English, a chance at stable employment. We work with school systems, medical care providers, and local benefit offices to ensure that arriving families are able to have the essential services they need to start new lives with as much security and stability as possible.

19. We partner with local governments and community groups to help welcome and integrate refugee clients, allowing clients to build new social connections and social support structures. We consult and coordinate with state and local officials, as well as other public and

DECL. OF DAVID DUEA – 4
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

private organizations, to maximize the impact to refugees the limited public funds made available to them for their first months in our communities. We are intentional in our work to ensure services are most impactful on behalf of our clients.

20. Successful resettlement of newly arrived refugee clients relies on trust built up over decades of hard work between LCSNW and our community partners, including state and local governments, businesses, community groups, and private individuals. LCSNW helps ensure that new arrivals will be welcomed in their new homes by providing the support and connections they need to become independent and productive. The local communities, in turn, rely on LCSNW to support new arrivals in good faith. Communities know they can trust LCSNW not to abandon clients to their own devices, and as a result, those communities feel comfortable welcoming these new arrivals, confident that they will not be a burden to their neighbors.

### III. Office of Refugee Resettlement Funded Programs

21. LCSNW also receives funding from the Office of Refugee Resettlement ("ORR") of the Department of Health and Human Services for longer-term refugee resettlement work.

22. ORR works through the states and other nongovernmental organizations such as LCSNW to provide longer-term cash and medical assistance, as well as language, employment, and social services. This is a key component in the refugee resettlement process.

23. Through our cooperative agreements with the RA, LCSNW provides services to refugees funded by ORR's Preferred Communities, Safe Release and Family Strengthening programs. The Preferred Communities program includes a service to refugee clients called Matching Grant. Matching Grant is an alternative to public cash benefits, providing support with rent, utilities, transportation, and other basic needs until the family is able to become self-sufficient through employment. Preferred Communities also supports families with case management, job readiness skills, job development, job placement, and follow up services.

24. Clients of the Preferred Communities program may arrive with severe medical issues, mental health concerns, or other vulnerabilities that require more intensive support. The

DECL. OF DAVID DUEA – 5
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Preferred Communities program supports the most vulnerable refugees resettled in the US by providing intensive case management, including intake and assessment of needs and risk factors, a service plan, and regular contact and support to reach goals.

25. ORR has committed to $1,312,912 in funding for LCSNW for the 2024-2025 agreement period, via our RA partner.

### IV. Executive Order 14163 and Immediate and Ongoing Impact on LCSNW and its Clients

26. As described below, refugee admissions and decision-making have been suspended as of January 20, 2025, and all the funds PRM committed to LCSNW to fund this work has been halted as of January 24, 2025. In addition, although LCSNW has received no formal suspension of our ORR funding, the RA has been unable to access funding for work LCSNW has contracted to do or even to obtain reimbursements for work done in November and December of 2024.

27. On January 20, 2025, President Trump signed an Executive Order ("EO") suspending all refugee admissions and decisions effective January 27, 2025. EO 14163, titled "Realigning the United States Refugee Admissions Program," orders the suspension of all refugee admissions and decisions on refugee applications "until such time as the further entry into the United States of refugees aligns with the interests of the United States interests," that is to say, indefinitely.

28. On January 22, 2025, LCSNW received an email from the RA stating that PRM had informed the RA that "all refugee travel would be cancelled until further notice" and that no refugee travel would be booked. The email stated that these cancellations were taking place immediately, "earlier than what we expected" given that EO 14163 stated that it would not take effect until January 27, 2025.

29. EO 14163 has caused immediate harm to LCSNW's mission, to the refugees we serve, and to economic stability. That harm increases every day that EO 14163 is in effect.

DECL. OF DAVID DUEA – 6
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

30. EO 14163 does immense damage to LCSNW's organizational mission to assist and welcome refugees to enter the United States through the statutory pathways authorized by the United States Congress and to resettle here with safety and stability. The EO indefinitely stops the entry of refugees we have committed to serving, bars family members from reunifying with their loved ones inside the United States and has stopped decision-making for refugees who have gone through extensive vetting and have waited for months and in some cases years to enter the United States.

31. Because the suspension is indefinite, we are unable to predict when or if the services we provide to incoming refugees will resume. As described below, we receive federal government funding based on the number of refugees we serve. It will be exceedingly difficult to maintain relationships with sponsors of refugees and our extensive local networks while the programs are indefinitely suspended. The quality of the services we can provide will suffer. Our mission to serve refugees will be irreparably damaged.

32. Without incoming refugees, LCSNW will not be able to sustain its refugee resettlement programs that have been a core part of our mission for decades. The contraction of our work could lead to layoffs and will certainly lead to loss of relationships and essential networks that provide a vital supplement to federal funding, allowing us to welcome refugees in our communities.

**V.    EO 14169 and the U.S. State Department's January 24, 2025 Order to "Stop Work"**

33. In addition to EO 14163, on January 20, President Trump signed 44 other executive orders. Among these was EO 14169, "Reevaluating and Realigning Foreign Aid," which suspended all foreign aid programs, including those serving refugees, for ninety days.

34. On January 24, the RA received a Notice of Suspension of PRM-funded work, including grants that flowed to LCSNW. On January 30, 2025, LCSNW received an email instructing us not to file claims and expenses for any work performed after January 24, 2025, and that the RA would use its own resources to provide funding for "client emergency and basic

DECL. OF DAVID DUEA – 7
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1 needs expenses" for recently-arrived refugees who had arrived between December 24, 2025 and January 24, 2025.

### VI. The Devastating Impact of EO 14163 and the Suspension of Funding on Refugees.

35. The refugees we work with in the United States and overseas have had their plans upended overnight. As of February 7, 2025, LCSNW has 610 clients overseas who have been extensively vetted and are awaiting resettlement to the United States.

36. All of these individuals have had their life plans upended, their separation from family members prolonged, and their chances for stability and safety suspended indefinitely.

37. The financial impact on recently resettled refugees is likewise severe.

38. LCSNW obtains approval at the start of each fiscal year for a certain number of refugees that it has capacity to serve year. PRM's Reception and Placement (R&P) Program, through the RA, provides LCSNW with $3,000 per refugee whom LCSNW has assured. These funds assist with meeting expenses during a refugee's first few months in the United States.

39. At least $1,650 of that grant must be used to cover payments directly to or on behalf of the refugee. The remaining $1,350 may be used towards the expenses of the local office that provides R&P services to assist with meeting expenses during a refugee's first few months in the United States. But this amount does not cover the true cost of our services.

40. During the R&P period, case managers provide refugee families with a variety of core services, including, but not limited to, airport reception with qualified interpretation, safety orientation, cultural orientation, enrollment in English classes for adults and school for children, access to eligible public benefits, including SNAP, WIC, and other public services, enrollment in employment services, emotional and social well-being services, health care and vaccinations, and a firm connection to ongoing services available at the organization and in the community.

41. As of February 7, 2025, LCSNW has approximately 268 recently arrived refugees and SIV holders who are in the first 90 days of resettlement in the United States. PRM funding

DECL. OF DAVID DUEA – 8
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

for essential services to those recently resettled individuals has been frozen as of January 24, 2025.

### VII. Consequences of EO 14163 and the Notice of Suspension for LCSNW's Operations

42. The total amount immediately impacted by the Notice of Suspension is more than $4,377,000.

43. In addition, although we understand that the RA has not received a formal notice of suspension of funding from ORR, it has not been able to access funding for ORR programs. The total amount of ORR funding that LCSNW would receive from the RA under 2024-2025 contracts is $1,312,612.

44. Approximately 50 staff are employed by LCSNW's R&P programs, and all of those jobs are in jeopardy. LCSNW has continued to provide services without a guarantee of funding out of a strong commitment to assist our clients, and we are working on reallocating available funding to cover the immediate shortfall.

### VIII. Conclusion

45. Without immediate relief, LCSNW's clients both in the United States and overseas will suffer immense harm that will be impossible to repair. Should the suspension of refugee entry and funding continue, our refugee resettlement programs will be severely curtailed, and we run the very real risk of layoffs. Losing the experienced staff and the long-term relationships they have built in our communities will be irreparable; it will not be easy to rebuild these programs if they shrink or are shut down.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 11th day of February, 2025, at Tacoma, Washington.

DocuSigned by:
David Duea

David Duea

DECL. OF DAVID DUEA – 9
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000