AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| Pacito, et. al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00255-JNW |
| Trump, et. al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 02/18/2025

/s/ Alexandra L. Yeatts
*Attorney's signature*

Alexandra L. Yeatts (CA Bar 358762)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
*Address*

alexandra.yeatts@usdoj.gov
*E-mail address*

(202) 353-5677
*Telephone number*

(202) 353-7000
*FAX number*