The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br>　　　　　　Defendants. | NO. 2:25-cv-00255-JNW <br><br> NOTICE OF APPEARANCE |

TO:　　　Counsel of Record

AND TO:　　CLERK OF THE COURT

NOTICE OF APPEARANCE
NO. 2:25-cv-00255-JNW

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Emma Grunberg, Deputy Solicitor General, without waiving objection as to improper service, jurisdiction, or venue, hereby enters her appearance on behalf of Proposed Amicus the State of Washington, in the above-entitled action and request that notice of any and all further proceedings in said action except original process be served upon the undersigned attorney at the address stated below.

DATED this 18th day of February 2025.

NICHOLAS W. BROWN
*Attorney General*

s/Emma Grunberg
EMMA GRUNBERG, WSBA 54659
  *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
206-521-3222
Emma.Grunberg@atg.wa.gov

NOTICE OF APPEARANCE
NO. 2:25-cv-00255-JNW

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200