AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| Pacito et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-255 |
| Trump et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 02/18/2025

/s/August E. Flentje
*Attorney's signature*

August E. Flentje
*Printed name and bar number*

Civil Division
Office of Immigration Litigation
950 Pennsylvania Avenue
Washington, DC 20530
*Address*

august.flentje@usdoj.gov
*E-mail address*

(202) 514-3309
*Telephone number*

*FAX number*

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.