The Honorable Jamal N. Whitehead

1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**
      **WESTERN DISTRICT OF WASHINGTON**
9              **AT SEATTLE**

10   PLAINTIFF PACITO; PLAINTIFF          NO. 2:25-cv-255-JNW
     ESTHER; PLAINTIFF JOSEPHINE;
11   PLAINTIFF SARA; PLAINTIFF           AMICI BRIEF OF THE STATE OF
     ALYAS; PLAINTIFF MARCOS;            WASHINGTON, THE
12   PLAINTIFF AHMED; PLAINTIFF          COMMONWEALTH OF
     RACHEL; PLAINTIFF ALI; HIAS,        MASSACHUSETTS, AND THE
13   INC.; CHURCH WORLD SERVICE,         STATES OF ARIZONA,
     INC.; and LUTHERAN COMMUNITY        CALIFORNIA, COLORADO,
14   SERVICES NORTHWEST,                 CONNECTICUT, DELAWARE,
                                         HAWAI'I, ILLINOIS, MAINE,
15                  Plaintiffs,          MARYLAND, MICHIGAN,
                                         MINNESOTA, NEVADA, NEW
16          v.                           JERSEY, NEW YORK, RHODE
                                         ISLAND, VERMONT, AND
17   DONALD J. TRUMP, in his official    WISCONSIN IN SUPPORT OF
     capacity as President of the United States;  PLAINTIFFS' MOTION FOR
18   MARCO RUBIO, in his official capacity  PRELIMINARY INJUNCTION
     as Secretary of State; KRISTI NOEM, in
19   her official capacity as Secretary of
     Homeland Security; ROBERT F.
20   KENNEDY, JR., in his official capacity
     as Secretary of Health and Human
21   Services,

22                  Defendants.

23
24
25
26

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1

**TABLE OF CONTENTS**

2    I.    INTRODUCTION AND INTEREST OF AMICI STATES............................................ 1

3    II.   ARGUMENT ........................................................................................................ 3

4          A.   Plaintiffs are Likely to Succeed on the Merits of their Claims.................................. 3

5               1.    The Refugee Ban is Unlawful ........................................................... 3

6               2.    The Refugee Funding Suspension is Unlawful ................................... 5

7          B.   Amici States Welcome Refugees and Have Created Highly Effective
                Resettlement Systems ....................................................................................... 6
8
                1.    Refugees Provide Substantial Benefits to Amici States....................... 6
9
                2.    Amici States Have Created Highly Effective Refugee Settlement Systems
10                    That Welcome Refugees into Their Communities.......................... 11

11         C.   The Refugee Ban and Refugee Funding Suspension Harm Amici States.............. 14

12              1.    The Refugee Ban Harms Refugee Communities in Amici States by
                      Ignoring Family Ties and Cultural Connections ............................... 14
13
                2.    The Refugee Funding Suspension Disrupts Resettlement and Harms the
14                    States ................................................................................... 15

15   III.  CONCLUSION ................................................................................................. 18

16

17

18

19

20

21

22

23

24

25

26

# TABLE OF AUTHORITIES

## Cases

*HIAS, Inc. v. Trump*,
  415 F. Supp. 3d 669 (D. Md. 2020),
  *aff'd*, 985 F.3d 309 (4th Cir. 2021)............................................................................ 6

## Federal Statutes

8 U.S.C. § 1157(c)(2)(A) ...................................................................................... 5, 14

8 U.S.C. § 1182(f) ..................................................................................................... 3

8 U.S.C. § 1521 ....................................................................................................... 13

8 U.S.C. § 1522 ....................................................................................................... 12

8 U.S.C. § 1522(a)(2)(A) ...................................................................................... 4, 5

8 U.S.C. § 1522(a)(2)(B) .......................................................................................... 4

8 U.S.C. § 1522(a)(2)(C) .......................................................................................... 5

8 U.S.C. § 1522(b)(7) ............................................................................................... 5

8 U.S.C. § 1522(b)(7)(D) .......................................................................................... 4

Afghan Allies Protection Act of 2009,
  Pub. L. 111-8, § 602(b)(8), 123 Stat. 807 .......................................................... 15

Immigration & Nationality Act,
  8 U.S.C. § 1182(f) ................................................................................................. 3

Pub. L. No. 96-212, § 101, 94 Stat. 102 (1980) ....................................................... 1

Refugee Crisis in Iraq Act of 2008,
  Pub. L. 110-181, § 1244(g), 122 Stat. 3 ............................................................. 15

## State Statutes

Mass. Gen. Laws ch. 6, § 205 ................................................................................. 12

Wash. Rev. Code § 74.74.010 ................................................................................. 12

Wash. Rev. Code § 74.74.050 ................................................................................. 13

## Federal Regulations

45 C.F.R. § 400 *et seq* ............................................................................................ 13

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

ii

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

45 C.F.R. § 400.156(b) ................................................................ 16

8 C.F.R. § 274a.12(a)(3) ........................................................ 1, 4

**State Regulations**

121 Code Mass. Regs. § 2.110 ................................................ 13

Wash. Admin. Code § 388-466 ............................................... 13

**Other Authorities**

American Immigration Council,
  https://www.americanimmigrationcouncil.org/topics/state-by-state ................................... 7

Anahita Jafary, ...................................................................................
  *Refugee resettlement programs halt, leaving many in Stanislaus County with*
  *nowhere to go*, KCRA (Jan. 31, 2025),
  https://www.kcra.com/article/refugee-resettlement-programs-halt-stanislaus-
  county/63636625 ............................................................... 16

Ayelet Parness & Matt Schiavenza,
  *Deep Dive: The Economic Impact of Refugee Resettlement*, HIAS (Dec. 18, 2024),
  https://hias.org/news/deep-dive-economic-impact-refugee-resettlement/ .............................. 8

*California Newcomer Education and Well-Being*,
  California Dep't of Social Services,
  https://www.cdss.ca.gov/inforesources/refugees/programs-and-info/youth-
  initiatives/calnew ................................................................. 13

*Documentary Explores How Refugees Have Changed Utica*,
  WAMC Northeast Public Radio (Nov. 12, 2021)
  https://www.wamc.org/news/2021-11-12/documentary-explores-how-
  refugees-have-changed-utica ............................................... 10

Donald Kerwin,
  *The US Refugee Resettlement Program —A Return to First Principles:*
  *How Refugees Help to Define, Strengthen, and Revitalize the United States*,
  6(3) J. On Migration & Hum. Sec. 205, 206 (2018),
  https://journals.sagepub.com/doi/pdf/10.1177/2331502418787787 ................................. 8-9

Eilis O'Neill,
  *New Refugees in Washington are Promised 90 Days of Support.*
  *A Trump order Ended That*, KUOW (Feb. 7, 2025),
  https://www.kuow.org/stories/trump-s-stop-work-order-impacts-hundreds-of-
  refugees-receiving-aid-in-washington-state .......................... 16-18

*Employment and Training, Economic Services Administration*,
  Washington State Department of Social And Health Services,
  https://www.dshs.wa.gov/esa/csd-office-refugee-and-immigration-
  assistance/employment-and-training ................................... 13-14

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

iii

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Exec. Order No. 14163,
    90 Fed. Reg. 8459 (Jan. 20, 2025)......................................................... 1, 3, 4, 6-7, 15

Exec. Order No. 14169,
    90 Fed. Reg. 8619 (Jan. 20, 2025),
    https://www.whitehouse.gov/presidential-actions/2025/01/reevaluating-and-
    realigning-united-states-foreign-aid/ ............................................................... 6

Global Refuge,
    *What are the Economic Benefits of Refugees?* (Mar. 24, 2022),
    https://www.globalrefuge.org/news/what-are-the-economic-benefits-of-refugees-lirs/ ....... 11

Gov. Hochul Letter to President Biden (Aug. 24, 2023),
    https://www.governor.ny.gov/sites/default/files/2023-08/Hochul_
    Biden_Asylum_Seekers_Letter.pdf.............................................................. 4

Gov. Hochul Letter to President Biden (May 12, 2023),
    https://www.governor.ny.gov/sites/default/files/2023-05/Gov._Hochul_
    Letter_to_President_Biden_-_Request_for_Assistance.pdf.................................... 4

*Immigrants in California*,
    American Immigration Council,
    https://map.americanimmigrationcouncil.org/locations/california/........................ 8

*Immigrants in New York*,
    American Immigration Council,
    https://map.americanimmigrationcouncil.org/locations/new-york/........................ 8

*Immigrants in Washington*,
    American Immigration Council,
    https://map.americanimmigrationcouncil.org/locations/washington/..................... 9

Jack Jenkins,
    *Refugee Aid Groups Face Furloughs After Trump Halts Program, Refuses to
    Reimburse Work*, MinistryWatch (Feb. 6, 2025)
    https://ministrywatch.com/refugee-aid-groups-face-furloughs-after-
    trump-halts-program-refuses-to-reimburse-work/ ............................................. 18

Julie Hirshfeld Davis & Somini Sengupta,
    *Trump Administration Rejects Study Showing Positive Impact of Refugees*,
    New York Times (Sept. 18, 2017),
    https://www.nytimes.com/2017/09/18/us/politics/refugees-revenue-
    cost-report-trump.html............................................................................ 7

Kathleen Quinn,
    *After Trump Order, many Stanislaus County refugee families are left with
    nowhere to go*, The Modesto Bee (Feb. 11, 2025),
    https://www.modbee.com/news/politics-government/article299442824.html................ 16

Katie Sullivan Borrelli & Tracey Schuhmacher,
    '*The Town that Loves Refugees*': *Utica's Newcomers Bring Transformation*

*Upstate*, Democrat & Chronicle (Jan. 10, 2022),
https://www.democratandchronicle.com/in-depth/news/2022/01/10/
uticas-refugees-upstate-ny-transformation/8765746002/ ....................................... 11

Larissa Babiak,
Southeast WA refugee group reeling after Trump orders 30% of employees cut,
The Spokesman-Review (Feb. 5, 2025),
https://www.spokesman.com/stories/2025/feb/05/southeast-wa-refugee-
group-reeling-after-trump-ord/ .................................................................................. 18

Letter from Governor Maura T. Healey to Secretary of Homeland
Security Alejandro Mayorkas (Aug. 8, 2023),
https://www.mass.gov/files/documents/2023/08/08/Emergency%20
Declaration%20Letter_0.pdf .................................................................................... 3

Melissa Montalvo,
*Trump Executive Orders Leaves Over 100 Refugees in Freson Without Aid.*
*How You Can Help*, MSN.Com (Jan. 31, 2025)
https://www.msn.com/en-us/news/us/trump-executive-orders-leaves-over-100-
refugees-in-fresno-without-aid-how-you-can-help/ar-
AA1yd3EL?ocid=BingNewsVerp ........................................................................ 16-17

Michael Lipka,
*Most Americans express support for taking in refugees, but opinions*
*vary by party and other factors*, Pew Research Center (Sept. 19, 2022),
https://www.pewresearch.org/short-reads/2022/09/19/most-americans-express-
support-for-taking-in-refugees-but-opinions-vary-by-party-and-other-factors/ .................... 11

*Naturalization Services, Economic Services Administration*,
Washington State Department of Social and Health Services,
https://www.dshs.wa.gov/esa/csd-office-refugee-and-immigration-
assistance/naturalization-services ............................................................................ 14

New York City Emergency Exec. Order 224 (Oct. 7, 2022),
https://www.nyc.gov/assets/home/downloads/pdf/executive-orders/2022/eeo-224.pdf ......... 4

New York State Exec. Order No. 28 (originally issued May 9, 2023,
last extended through July 7, 2024 by Exec. Order 28.14),
https://www.governor.ny.gov/executive-order/no-28-declaring-disaster-
emergency-state-new-york ....................................................................................... 4

Nirvani Williams,
*Western Mass. Resettlement Agency Feels Impact of Trump Administration's*
*Broad Freeze on Foreign Aid,* New England Public Media (Jan. 31, 2025),
https://www.nepm.org/regional-news/2025-01-31/western-mass-resettlement-
agency-feels-impact-of-trump-administrations-broad-freeze-on-foreign-aid ................. 15-16

*Office of Refugee and Immigrant Assistance*,
Washington State Department of Social and Health Services,
https://www.dshs.wa.gov/esa/csd-office-refugee-and-immigration-assistance/refugee-
resettlement ......................................................................................................... 12

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

v

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

*Office of Refugees and Immigrants, Citizenship for New Americans Program (CNAP)*,
  Commonwealth of Massachusetts,
  https://www.mass.gov/citizenship-for-new-americans-program-cnap.................................. 13

*Office of Refugees and Immigrants, Financial Literacy for Newcomers (FLN)*,
  Commonwealth of Massachusetts,
  https://www.mass.gov/info-details/financial-literacy-for-newcomers-fln .......................... 14

*ORI Employment Services*, Commonwealth of Massachusetts
  https://www.mass.gov/info-details/ori-employment-services ................................................ 13

*Population, Refugees, and Migration*, U.S. Department of State, The Reception and
  Placement (R&P) Program,
  https://www.wrapsnet.org/documents/FY%202023%20Reception%20&%20
  Placement%20Fact%20Sheet.pdf......................................................................................... 12

Press Release, *Governor Healey Announces State's Emergency Family
  Shelter System Will Reach Capacity by End of Month*, Commonwealth of
  Massachusetts (Oct. 16, 2023),
  https://www.mass.gov/news/governor-healey-announces-states-emergency-
  family-shelter-system-will-reach-capacity-by-end-of-month............................................... 17

*Proposed Refugee Admissions for Fiscal Year 2025, Report to the Congress*,
  U.S. Dep't of State,
  https://2021-2025.state.gov/wp-content/uploads/2024/10/Report-Proposed-
  Refugee-Admissions-for-FY25.pdf ...................................................................................... 1

*Reception and Placement Agency Contacts*, Refugee Processing Center,
  https://www.wrapsnet.org/rp-agency-contacts/ ................................................................... 11

*Refugee Arrivals for State and Nationality Fiscal Year 2025*,
  Refugee Processing Center (Jan. 3, 2025),
  https://www.wrapsnet.org/documents/Refugee%20Arrivals%20by%20State
  %20and%20Nationality%20as%20of%2031%20Dec%202024.pdf...................................... 1

*Refugee Impacted Counties*,
  California Department of Social and Health Services,
  https://www.cdss.ca.gov/refugees/refugee-impacted-counties............................................. 17

*Refuges and Asylees in the United States*,
  Migration Policy Institute (June 15, 2023),
  https://www.migrationpolicy.org/sites/default/files/publications/
  SPT-Refugees2023-PRINT-final.pdf. .................................................................................. 1

Robin Ghertner, et al.,
  *The Fiscal Impact of Refugees and Asylees at the Federal, State, and Local Levels
  from 2005 to 2019*, Office of the Assistant Secretary for Planning and Evaluation,
  U.S. Dep't of Health & Human Servs. (Feb. 2024),
  https://aspe.hhs.gov/sites/default/files/documents/28fe4e756499bdab08
  b4e6cb3b952e22/aspe-report-refugee-fiscal-impact.pdf....................................................... 7

Scott Fein,
  *Refugees in Upstate New York: A Little-Known Success Story*,
  93 N.Y. St. B.J 39, 41 (Nov./Dec. 2021) ................................................................. 9

Sophie Carson,
  *Stop Work Order Creates 'Unprecedented' Turmoil for Refugees and Agencies that
  Serve Them*, USA Today (Jan. 31, 2025),
  https://www.usatoday.com/story/news/local/2025/01/31/trumps-stop-work-
  order-leave-refugees-resettlement-agencies-in-panic/77995297007/ ................................... 16

*Starting Anew: The Economic Impact of Refugees in America*,
  American Immigration Council, 10 (June 2023),
  https://www.americanimmigrationcouncil.org/sites/default/files/research/
  05.23_refugee_report_v3_0.pdf ................................................................. 8, 10-11

Susan Hartman,
  *How Refugees Transformed a Dying Rust Belt Town*,
  The New York Times (June 3, 2022),
  https://www.nytimes.com/interactive/2022/06/03/realestate/utica-
  burma-refugees.html ................................................................. 10

*The United States Refugee Admissions Program (USRAP) Consultation and Worldwide
  Processing Priorities*,
  U.S. Citizenship and Immigration Services (Nov. 22, 2024),
  https://www.uscis.gov/humanitarian/refugees-and-asylum/usrap ................................... 12

Zion Decoteau,
  *Albany Refugee Service Pauses After Trump Order; Alleged Cairo Ice raid*,
  MSN.com (Jan. 29, 2025),
  https://www.msn.com/en-us/politics/government/albany-refugee-service-pauses-
  after-trump-order-alleged-cairo-ice-raid/ar-AA1y5mVf?ocid=BingNewsVerp .................. 18

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

vii

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## I.    INTRODUCTION AND INTEREST OF AMICI STATES

The State of Washington, the Commonwealth of Massachusetts, and the States of Arizona, California, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New York, Rhode Island, Vermont, and Wisconsin (Amici States) respectfully submit this brief as *amici curiae* in support of Plaintiffs' Motion for Preliminary Injunction (Dkt. #14).

Under the Refugee Act, refugees—persons who have been forced to flee persecution in their homelands—are subject to a demanding procedure for admission to the United States. *See* Pub. L. No. 96-212, § 101, 94 Stat. 102 (1980). Before entry, they go through stringent vetting and are matched with resettlement agencies statutorily required to help them resettle in the United States. Once they arrive, refugees have the right to work in the United States and may become legal permanent residents within a year of admission. Dkt. #15-1; 8 C.F.R. § 274a.12(a)(3). Amici States collectively welcomed 44.87 percent of the total refugees entering the United States in fiscal year 2024, and many consistently rank in the top ten refugee receiving states.[1] For example, in fiscal year 2023, New York resettled 6.42% of all arriving refugees, California resettled 6.11%, Arizona resettled 4.34%, Michigan resettled 4.08%, and Washington resettled 4.04%.[2]

The "Realigning the United States Refugee Admissions Program" Executive Order[3] (Refugee Ban or Ban) relies largely on the purported interests of our States to (1) impose an indefinite suspension on all refugee entry and (2) suspend refugee application processing. Amici

---

[1] *Refugee Arrivals by State and Nationality Fiscal Year 2024*, Refugee Processing Center (Nov. 13, 2024), https://www.wrapsnet.org/documents/FY%202024%20Arrivals%20by%20State%20and%20Nationality%20as%20of%2030%20Oct%202024_updated.pdf (data provided by the U.S. Department of State Bureau of Population, Refugees and Migration).

[2] *Proposed Refugee Admissions for Fiscal Year 2025, Report to the Congress*, U.S. Dep't of State, 53-54, https://2021-2025.state.gov/wp-content/uploads/2024/10/Report-Proposed-Refugee-Admissions-for-FY25.pdf.

[3] Exec. Order No. 14163, 90 Fed. Reg. 8459 (Jan. 20, 2025).

STATES'AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1   States submit this brief to confirm for the Court that refugees are a benefit, not a "burden", to

2   our States. In Amici States' experience, refugees, who by statute are required to have undergone

3   rigorous security screening, are authorized to work, and are legally admitted to this country

4   following consultation with States and localities, contribute to our States both socially and

5   economically.

6        The Refugee Ban and funding suspension for resettlement agencies that followed (*see*

7   Dkt. #15-23, 15-24) are unlawful, will harm Amici States and refugee communities in our States,

8   and run counter to the interests purportedly served by the Ban. The Ban unlawfully suspends

9   entry and application processing for spouses and unmarried under-21-year-old children of

10  already-admitted refugees, despite statutory law to the contrary—a destructive act for families

11  already torn apart by war and persecution, who must now wait in limbo without their family

12  members. And the Ban is internally inconsistent by noting the importance of integrating migrants

13  into our communities, while at the same time undermining those aims by suspending federal

14  funding for the resettlement agencies that have long contracted with the federal government to

15  perform this vital work. This includes connecting already-arrived refugees to housing, food,

16  health screening, school registration, English classes, and community support during the first

17  90 days after entry into the United States. For vulnerable people who are *already* in our country,

18  and our States, resettlement agencies have now been deprived of federal funding necessary to

19  meet these essential needs. This decision will significantly harm the integration of refugees into

20  Amici States. And it has already gutted the formerly robust infrastructure that provided these

21  services.

22       Amici States urge the Court to grant Plaintiffs' Motion for a Preliminary Injunction.

23

24

25

26

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## II.   ARGUMENT

### A.   Plaintiffs are Likely to Succeed on the Merits of their Claims

#### 1.   The Refugee Ban is Unlawful

As argued at length in Plaintiffs' Motion (Dkt. #14 at pp. 16-27), the Refugee Ban and subsequent Refugee Funding Suspension of federal funding for resettlement agencies are unlawful. Amici States write to highlight certain points. The Executive Order relies on Section 212(f) of the Immigration and Nationality Act to suspend entry of refugees. Exec. Order No. 14163, § 3. That statute requires the President to find that entry of a particular "class of aliens . . . would be detrimental to the interests of the United States[.]" 8 U.S.C. § 1182(f). But while the Executive Order repeatedly references "migrants," a far broader group than refugees, it does not tailor any discussion to the class of persons actually targeted by the Ban: namely, refugees welcomed into the United States via the U.S. Refugee Admissions Program (USRAP) specifically. Exec. Order No. 14163, § 1.

The Order also improperly relies on states of emergencies related to migrants declared by Massachusetts and New York. Exec. Order No. 14163, § 1. Both Massachusetts and New York are Amici States here and welcome refugees. The declaration of a state of emergency in Massachusetts (which explicitly encouraged communities "to keep welcoming those families who wish to resettle in all corners of Massachusetts"[4]) primarily requested federal support for basic shelter needs and "urgent action to streamline and expedite work authorizations" for migrants generally (as well as to "address [our] outdated and punitive immigration laws."). Dkt. #15-12; *see also id.* ("Many of the new arrivals to our state desperately want to work, and we have historic workforce demands across all industries"). The same is true for the declarations issued by the State and City of New York; these declarations sought the same types of federal

---

[4] Letter from Governor Maura T. Healey to Secretary of Homeland Security Alejandro Mayorkas (Aug. 8, 2023), https://www.mass.gov/files/documents/2023/08/08/Emergency%20 Declaration%20Letter_0.pdf.

STATES'AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

support for asylum seekers and migrants who arrived at the southern border and arrived by bus in New York—not refugees admitted via USRAP.[5]

The type of federal assistance sought in these declarations—for emergency shelter, expedited work authorization applications, etc.— does not make sense in the context of refugees screened and approved by USRAP after State consultation. Refugees admitted through USRAP are matched with federally funded resettlement agencies already required to meet their basic needs (*see* 8 U.S.C. § 1522(b)(7)(D)), and are entitled to work authorization upon admission (8 C.F.R. § 274a.12(a)(3)). The circumstances outlined in the Massachusetts and New York declarations do not plausibly support a finding that the entry of refugees via USRAP is "detrimental to the interests of the United States."

The Refugee Ban also states that "[i]t is also the policy of the United States that, to the extent permitted by law and as practicable, State and local jurisdictions be granted a role in the process of determining the placement or settlement in their jurisdictions of [individuals] eligible to be admitted to the United States as refugees." Exec. Order No. 14163, §§ 2, 3(d) (citing 8 U.S.C. § 1522(a)(2)). But the Order ignores that States and localities are already guaranteed a role by statute in this process before placement of refugees takes place. 8 U.S.C. § 1522(a)(2)(A), (B). As part of that process, the statute requires the federal government to ensure that refugees are not placed in areas without capacity for them and to take into account the availability of employment, housing, and other resources in the area; the likelihood of refugees in the area becoming self-sufficient and not reliant long-term on public assistance; and other factors. 8

---

[5] *See* Dkt. #15-13; New York State Exec. Order No. 28 (originally issued May 9, 2023, last extended through July 7, 2024 by Exec. Order 28.14), https://www.governor.ny.gov/executive-order/no-28-declaring-disaster-emergency-state-new-york; Gov. Hochul Letter to President Biden (May 12, 2023), https://www.governor.ny.gov/sites/default/files/2023-05/Gov._Hochul_Letter_to_President_Biden_-_Request_for_Assistance.pdf; Gov. Hochul Letter to President Biden (Aug. 24, 2023), https://www.governor.ny.gov/sites/default/files/2023-08/Hochul_Biden_Asylum_Seekers_Letter.pdf; New York City Emergency Exec. Order 224 (Oct. 7, 2022), https://www.nyc.gov/assets/home/downloads/pdf/executive-orders/2022/eeo-224.pdf.

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

U.S.C. § 1522(a)(2)(C). Amici States have already participated in this process and prepared for the placement and resettlement of refugees in our States—accounting for cultural, national, and family ties to those already here—whose admission has now been suspended. Far from ensuring States have a greater voice in making recommendations about refugee placement within their States, the Refugee Ban ignores Amici States' existing role in the distribution of refugees before their placement. *See* 8 U.S.C. § 1522(a)(2)(A).

Moreover, the Refugee Ban conflicts with the Refugee Act by suspending entry and final approvals even for "follow-to-join" refugees—the spouses or unmarried under-21-year-old children of admitted refugees—despite Congress's judgment that those persons "shall" be entitled to admission so long as they are not specifically barred on other grounds. *See* 8 U.S.C. § 1157(c)(2)(A). The Ban will harm Amici States by severing ties between immediate family members and disrupting refugees' ability to build a new life for themselves in Amici States. *See infra*, pp. 14-15.

### 2.    The Refugee Funding Suspension is Unlawful

The Refugee Funding Suspension is also unlawful under the Refugee Act and the Administrative Procedure Act because it is arbitrary, capricious, and contrary to law. Among other reasons (*see* Dkt. #14 at 21-28), the Refugee Funding Suspension conflicts with the Refugee Act's requirement that, to ensure the economic self-sufficiency and effective resettlement of refugees—which are essential interests of the Amici States—resettlement agencies "shall . . . fulfill [their] responsibility to provide for the basic needs . . . of each refugee resettled." 8 U.S.C. § 1522(b)(7). The Refugee Funding Suspension directly hinders the efforts of agencies to fulfil their statutorily mandated task.

Moreover, the Refugee Funding Suspension relies on the President's Executive Order on Reevaluating and Realigning United States Foreign Aid. *See* Dkt. #15-23 at 15. But that Order

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

relates only to "foreign development assistance."[6] The resettlement agencies provide initial reception and placement support for refugees for their first 90 days in the United States: housing, food, health, employment, etc. This assistance is not foreign aid: to the contrary, initial reception and placement services consist of domestic spending that plays a vital role in Amici States' interests in successfully integrating refugees into our communities. Cutting off funding to resettlement agencies—with no apparent reasoning—directly undercuts the Refugee Ban's reference to ensuring refugees "fully and appropriately assimilate into the United States," *see* Exec. Order No. 14163, § 2, since these agencies do precisely that work for refugees who have been admitted into our country and are already present in our States.

## B.    Amici States Welcome Refugees and Have Created Highly Effective Resettlement Systems

### 1.    Refugees Provide Substantial Benefits to Amici States

The Refugee Ban purports to speak for the States when it suggests that the "United States lacks the ability to absorb large numbers of migrants, and in particular, refugees," citing Amici States Massachusetts and New York as examples. Exec. Order No. 14163, § 1. The cited examples do not support the Order's claim with respect to the refugee program (*supra* pp. 3-4). And the vast majority of states recognize the benefits of refugee resettlement. Indeed, when President Trump issued an executive order in 2019 requiring states and towns to opt in if they wanted to resettle refugees, despite that order being quickly enjoined, 42 states and more than 100 mayors elected to opt in.[7] *See HIAS, Inc. v. Trump*, 415 F. Supp. 3d 669, 686 (D. Md. 2020), *aff'd*, 985 F.3d 309 (4th Cir. 2021) (enjoining order). Amici States welcome refugees, and their

---

[6] Exec. Order No. 14169, 90 Fed. Reg. 8619 (Jan. 20, 2025), https://www.whitehouse. gov/presidential-actions/2025/01/reevaluating-and-realigning-united-states-foreign-aid/.

[7] *Despite Trump Invitation to Stop Taking Refugees, Red and Blue States Alike Endorse Resettlement*, Migration Policy Institute (Jan. 29, 2020), https://www.migrationpolicy.org/ article/despite-trump-invitation-stop-taking-refugees-red-and-blue-states-alike-endorse-resettlement#.

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    presence in our states offers substantial benefits and is not a "burden." Exec. Order No.

2    14163, § 1.

3         Refugee resettlement confers Amici States with significant economic benefits. Despite

4    the Order's characterization of refugees (or the undefined term "new arrivals") as a "burden"

5    (Exec. Order No. 14163, § 1), a report made public from the first Trump administration found

6    that over the prior decade, refugees contributed $63 billion more in tax revenue than they

7    consumed in public benefits.[8] Consistent with that finding, a recent federal study found that

8    between 2004 and 2019, refugees and asylees contributed an estimated $581 billion in revenue

9    to all levels of government.[9] When including contributions from their immediate family

10   members, the total amount increased to $739.4 billion.[10] During that fifteen-year period,

11   refugees and asylees paid $363 billion to the federal government through payroll, income, and

12   excise tax, and $218 billion to state and local governments through income, sales, and property

13   taxes.[11] And refugees contribute more to the economy than they consume in government

14   services. Between 2005 and 2019, refugees and asylees provided a net fiscal benefit of $124

15   billion, with a net benefit to state and local governments of approximately $92.3 billion.[12] When

16   ――――――――――――――

17        [8] Julie Hirshfeld Davis & Somini Sengupta, *Trump Administration Rejects Study Showing Positive Impact of Refugees*, New York Times (Sept. 18, 2017),
18   https://www.nytimes.com/2017/09/18/us/politics/refugees-revenue-cost-report-trump.html.
          [9] Robin Ghertner, et al., *The Fiscal Impact of Refugees and Asylees at the Federal,*
19   *State, and Local Levels from 2005 to 2019*, Office of the Assistant Secretary for Planning and Evaluation, U.S. Dep't of Health & Human Servs. (Feb. 2024), https://aspe.hhs.gov/sites/
20   default/files/documents/28fe4e756499bdab08b4e6cb3b952e22/aspe-report-refugee-fiscal-impact.pdf.
21        [10] *Id.*

22        [11] *Id.*; *see also* American Immigration Council, https://www.americanimmigration council.org/topics/state-by-state (in an analysis of data from the 2022 American Community
23   Survey, refugees were estimated to have paid the following state and local taxes to Amici States: $3.6 billion in California, $987.9 million in New York, $488.9 million in Illinois,
24   $455.5 million in Minnesota, $338.6 million in Massachusetts, $381.7 million in Washington, $365.7 million in New Jersey, $278.3 million in Maryland, $217.9 million in Michigan, $196.3
25   million in Arizona, $130.2 million in Colorado, $94.5 million in Wisconsin, and $55.8 million in Nevada) (last visited Feb. 18, 2025).
26        [12] Ghertner, *The Fiscal Impact*, *supra* note 9, at 28, 31.

compared to the total U.S. population on a per capita basis, refugees and asylees had a comparable net fiscal impact, contributing a net of $2,767 per capita.[13] Further, refugees' public benefit usage significantly declines over time as their integration, well-being, and U.S. family ties increase.[14]

Refugees are also more likely to become entrepreneurs, creating jobs and opportunities in their communities.[15] Thirteen percent of refugees create businesses, which is a higher percentage than the native-born U.S. population (9%).[16] In 2022, the United States was home to more than 190,000 refugee entrepreneurs who brought in over $6.7 billion in business income.[17] Refugee entrepreneurs contribute to a wide range of sectors, including customer service fields such as drycleaning, automotive services, and appliance repair, and the transportation and warehousing sectors, which have struggled to find workers in recent years.[18] The refugee entrepreneurship rate is "critical to the health of [the United States'] economy."[19] California alone is home to an estimated 50,000 refugee entrepreneurs who bring in approximately $1.9 billion in business income collectively.[20] New York and Washington also boast large refugee

---

[13] *Id.*

[14] Donald Kerwin, *The US Refugee Resettlement Program —A Return to First Principles: How Refugees Help to Define, Strengthen, and Revitalize the United States*, 6(3) J. On Migration & Hum. Sec. 205, 206 (2018), https://journals.sagepub.com/doi/pdf/10.1177/2331502418787787.

[15] *Starting Anew: The Economic Impact of Refugees in America*, American Immigration Council, 10 (June 2023), https://www.americanimmigrationcouncil.org/sites/default/files/research/05.23_refugee_report_v3_0.pdf; Ayelet Parness & Matt Schiavenza, *Deep Dive: The Economic Impact of Refugee Resettlement*, HIAS (Dec. 18, 2024), https://hias.org/news/deep-dive-economic-impact-refugee-resettlement/.

[16] Parness, *supra* note 15.

[17] *Id.*

[18] *Starting Anew*, supra note 15, at 10-11.

[19] *Id*. at 10.

[20] *Immigrants in California*, American Immigration Council, https://map.americanimmigrationcouncil.org/locations/california/ (last visited Feb. 14, 2025).

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

8

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

entrepreneur populations, with New York home to an estimated 8,500 and Washington an estimated 7,400.[21]

Refugees' labor force participation and employment rates are also higher than those of the total U.S. population.[22] Refugee resettlement has been shown to improve local economies, including in areas like upstate New York that are experiencing population decline.[23] Refugees play an important role in filling gaps in the labor market, particularly in industries such as agriculture, construction, and healthcare.[24] According to the U.S. Chamber of Commerce, nearly every state in the country is facing challenges finding enough workers to fill vacant jobs.[25] In Minneapolis, for example, refugees helped to create or preserve significant numbers of manufacturing jobs that would have otherwise vanished or moved elsewhere by 2019.[26] Refugees help address these labor shortages because nearly 78% of refugees to the U.S. are working age, compared to 61.9% of the U.S. born population.[27] Refugees also naturalize at particularly high rates, which allows them to pursue a greater range of positions and leads to higher employment rates, higher earnings, and an ability to weather financial crises.[28] And

---

[21] *Immigrants in New York*, American Immigration Council, https://map.americanimmigrationcouncil.org/locations/new-york/(last visited Feb. 14, 2025); *Immigrants in Washington*, American Immigration Council, https://map.americanimmigrationcouncil.org/locations/washington/ (last visited Feb. 14, 2025).

[22] Kerwin, *supra* note 14, at 206.

[23] Scott Fein, *Refugees in Upstate New York: A Little-Known Success Story*, 93 N.Y. St. B.J 39, 41 (Nov./Dec. 2021).

[24] Jenny Kim, *Migrants and Refugees in Washington*, State Regs Today (Sept. 2024) https://www.stateregstoday.com/living/human-rights/migrants-and-refugees-in-washington (last visited Feb. 14, 2025).

[25] Parness, *supra* note 16.

[26] *New Americans in Minneapolis,* New American Economy (June 2021), https://research.newamericaneconomy.org/wp-content/uploads/sites/2/2021/06/NAE-Brief.New-Americans-in-Minneapolis.2021.pdf (last visited Feb. 14, 2025).

[27] Parness, *supra* note 16.

[28] *Starting Anew*, supra note 15, at 16-17.

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

9

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

because refugees are overwhelmingly of working age, they will play a critical role in sustaining social programs and the workforce and caring for an aging population.[29]

Refugees also contribute to the U.S. economy as consumers, with an estimated total spending power of $83.1 billion.[30] Their economic impact is particularly notable at the state level. Across the Amici States, refugees demonstrate high consumer spending capacity, including in California, where refugees have an estimated $23.5 billion in total spending power.[31] And their spending power in the other Amici States is no less significant, with a total estimated spending power of $5.0 billion in New York, $3.5 billion in Minnesota, $3.2 billion in Washington, $3.2 billion in Illinois, $2.7 billion in Massachusetts, $2.3 billion in New Jersey, $1.9 billion in Maryland, $1.9 billion in Michigan, $1.9 billion in Arizona, $1.1 billion in Colorado, $763.5 million in Wisconsin, and $543.2 million in Nevada.[32] Refugees also have particularly high levels of home ownership.[33] In 2019, 59.2% of households led by refugees—more than 633,000 households in total—owned their homes, and 21.4% owned their home without any outstanding liens or mortgage.[34] Refugees often tend to move to areas that are struggling economically, which can contribute to urban renewal.[35] The power of refugees to transform a community is no better illustrated than Utica, New York, a "once-fading manufacturing town," where refugees helped stem population decline, bought and fixed-up hundreds of run-down houses, filled labor gaps, and revitalized the town.[36]

---

[29] *Id*. at 19.

[30] *Immigrants in the United States*, American Immigration Council, *https*://map.ameri canimmigrationcouncil.org/locations/national/ (last visited Feb. 14, 2025).

[31] *Immigrants in California*, American Immigration Council, https://map.americanimmigrationcouncil.org/locations/california/ (last visited Feb. 14, 2025).

[32] American Immigration Council, https://www.americanimmigration council.org/topics/state-by-state (last visited Feb 18. 2025).

[33] *Starting Anew*, *supra* note 15, at 16.

[34] *Id*.

[35] *Id*. at 17.

[36] *Documentary Explores How Refugees Have Changed Utica*, WAMC Northeast Public Radio (Nov. 12, 2021) https://www.wamc.org/news/2021-11-12/documentary-explores-how-refugees-have-changed-utica; *How Refugees Transformed a Dying Rust Belt Town,* The

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

10

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Finally, refugees bring immeasurable social benefits in addition to economic ones. They increase cultural diversity, contribute to a more inclusive society, and help improve cross-cultural understanding.[37] Refugees "embrace their new communities"[38], and Americans are equally enthusiastic about embracing their new community members. Public polling shows that 72 percent of Americans say welcoming refugees should be a very or somewhat important immigration policy goal.[39] Consistent with this, Amici States are proud to be home to large and diverse refugee populations, and their presence enriches the social fabric of our States and our local communities.

### 2. Amici States Have Created Highly Effective Refugee Settlement Systems That Welcome Refugees into Their Communities

The success of the Amici States' resettlement programs is driven by collaboration between federal, state, and local agencies, and national and local nonprofit institutions. Prior to the challenged actions, refugees were admitted through USRAP, which was administered concurrently with state-based refugee programs. Within USRAP, the Department of State, through the Bureau of Population, Refugees, and Migration, contracted with ten national voluntary agencies.[40] Those voluntary agencies then partnered with nonprofit resettlement agencies at the State level who provided services to refugees.[41] These services are initial direct

---

New York Times (June 3, 2022), https://www.nytimes.com/interactive/2022/06/03/realestate/utica-burma-refugees.html; Katie Sullivan Borrelli & Tracey Schuhmacher, *'The Town that Loves Refugees': Utica's Newcomers Bring Transformation Upstate*, Democrat & Chronicle (Jan. 10, 2022), https://www.democratandchronicle.com/in-depth/news/2022/01/10/uticas-refugees-upstate-ny-transformation/8765746002/.

[37] Global Refuge, *What are the Economic Benefits of Refugees?* (Mar. 24, 2022), https://www.globalrefuge.org/news/what-are-the-economic-benefits-of-refugees-lirs/

[38] *Starting Anew*, *supra* note 15, at 16.

[39] Michael Lipka, *Most Americans express support for taking in refugees, but opinions vary by party and other factors*, Pew Research Center (Sept. 19, 2022), https://www.pewresearch.org/short-reads/2022/09/19/most-americans-express-support-for-taking-in-refugees-but-opinions-vary-by-party-and-other-factors/.

[40] *Reception and Placement Agency Contacts*, Refugee Processing Center, https://www.wrapsnet.org/rp-agency-contacts/ (last visited Feb. 14, 2025).

[41] *Id*, at R&P Affiliate Directory.

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

11

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    assistance, as well as 90 days of case management and other services, known as "Reception and

2    Placement" or "R&P."[42] The federally-funded R&P services include securing housing, food,

3    furniture, and transportation; assisting with school registration; supporting community

4    orientation; and connecting refugees to other services and programs run by state refugee

5    agencies, including medical screening, health insurance enrollment, primary care, tuberculosis

6    screening, social security cards, employment search services, English classes, and more.[43] *See*

7    8 U.S.C. § 1522. In many cases, even after the 90-day R&P period, refugees continue to receive

8    services administered by the state refugee agencies.

9        The refugee resettlement system is a tight, successful, and well-equipped network. All

10   Amici States have designated state agencies that administer federal funding for refugees and

11   coordinate the specialized services offered by nonprofits to meet refugees' needs. *See, e.g.*, Mass.

12   Gen. Laws ch. 6, § 205 (establishing the Office for Refugees and Immigrants); Wash. Rev. Code

13   § 74.74.010 (setting forth scope of services provided by the Office of Refugee and Immigrant

14   Assistance). For example, Massachusetts' Office for Refugees and Immigrants, in partnership

15   with eight local resettlement agencies, supported 2,865 refugees in 2024. And Washington's

16   Office of Refugee and Immigrant Assistance, in partnership with eleven local resettlement

17   agencies, supported 4,011 in 2024.[44] These state agencies are integral participants in the federal,

18   state, and private partnership that ensures refugees are successful in their new communities.[45]

19

20

21        [42] *Population, Refugees, and Migration*, U.S. Department of State, The Reception and
22   Placement (R&P) Program, https://www.wrapsnet.org/documents/FY%202023%20Reception
     %20&%20Placement%20Fact%20Sheet.pdf (last visited Feb. 14, 2025).
23        [43] *See id.*
          [44] *Office of Refugee and Immigrant Assistance*, Washington State Department of Social
24   and Health Services, https://www.dshs.wa.gov/esa/csd-office-refugee-and-immigration-
     assistance/refugee-resettlement (last visited Feb. 14, 2025).
25        [45] *See The United States Refugee Admissions Program (USRAP) Consultation and
     Worldwide Processing Priorities*, U.S. Citizenship and Immigration Services (Nov. 22, 2024),
26   https://www.uscis.gov/humanitarian/refugees-and-asylum/usrap (last visited Feb. 14, 2025)..

1    Following this 90-day period, the state refugee agencies contract with resettlement

2    agencies, community-based organizations, and other public and private providers to deliver

3    longer-term services to eligible refugees, including programming focused on education,

4    employment, language, unaccompanied minors, and more, as well as cash assistance.[46] *See, e.g.*,

5    121 Code Mass. Regs. § 2.110; Wash. Rev. Code § 74.74.050, Wash. Admin. Code § 388-466.

6    This resettlement programming is authorized and funded by the Office of Refugee Resettlement.

7    8 U.S.C. § 1521; 45 C.F.R. § 400 *et seq*. These services are designed to promote self-sufficiency

8    through programs like Comprehensive Refugee Employment Services in Massachusetts, which

9    assists refugees with finding employment, improving language skills, and education; the Career

10   Ladder for Educated and/or Vocationally Experienced Refugees in Washington, which assists

11   highly educated refugees and/or skilled refugees with re-entering their career field in the United

12   States; and the Newcomer and Well-Being Education Program in California, which helps

13   refugees, among others, improve their wellbeing, English language proficiency, and academic

14   performance.[47]

15    Amici States also offer additional services to refugees and/or use state funds to

16   supplement federally funded services. For example, Massachusetts has a Citizenship for New

17   Americans program and a Financial Literacy for Newcomers program that are fully state-funded

18   and assist refugees with the naturalization process.[48] And Washington invests state funding into

---

19    [46] *Office of Refugee Resettlement*, *Refugee Resettlement Program*, U.S. Department of

20   Health & Human Services (current as of Oct. 22, 2024), https://www.acf.hhs.gov/orr/about-
     refugee-program (last visited Feb. 14, 2025).

21    [47] *ORI Employment Services*, Commonwealth of Massachusetts

22   https://www.mass.gov/info-details/ori-employment-services (last visited Feb. 14, 2025);
     *Employment and Training, Economic Services Administration*, Washington State Department

23   of Social And Health Services, https://www.dshs.wa.gov/esa/csd-office-refugee-and-
     immigration-assistance/employment-and-training (last visited Feb. 14, 2025); *California*

24   *Newcomer Education and Well-Being*, California Dep't of Social Services,
     https://www.cdss.ca.gov/inforesources/refugees/programs-and-info/youth-initiatives/calnew

25   (last visited Feb. 14, 2025).

26    [48] *Office of Refuges and Immigrants, Citizenship for New Americans Program*
     *(CNAP)*, Commonwealth of Massachusetts, https://www.mass.gov/citizenship-for-new-

---

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

13

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

several programs for refugees and immigrants, including the Naturalization Services Program and the Limited English Proficiency Pathway.[49] Accordingly, refugees settling in Amici States rely on federal and state funding to facilitate resettlement. The collaboration of federal, state, and private organizations ensures that refugees receive the support they need upon arrival. Amici States provide funding to support these robust resettlement and integration systems because of the short- and long-term benefits they provide to the States.

**C.    The Refugee Ban and Refugee Funding Suspension Harm Amici States**

**1.    The Refugee Ban Harms Refugee Communities in Amici States by Ignoring Family Ties and Cultural Connections**

In addition to depriving Amici States of the contributions described above, the Refugee Ban directly harms refugee communities in Amici States. The Ban damages the goals of assimilation and integration by ignoring the Refugee Act's consideration of family reunification as a priority in refugee resettlement. Under the statutory Follow-to-Join program, refugees already admitted to the United States may petition for their spouse or unmarried minor children to join them here. 8 U.S.C. § 1157(c)(2)(A). Family reunification, in turn, promotes stronger families and communities. Refugees are generally placed where there is an established community from the same country or family members to maximize support. Interrupting this process harms families and endangers the demonstrated success of the refugee resettlement program in Amici States. Yet the Refugee Ban does just that, by preventing family reunification of refugees and suspending entry of already-approved refugees with close family and cultural

---

americans-program-cnap (last visited Feb. 14, 2025); *Office of Refugees and Immigrants, Financial Literacy for Newcomers (FLN)*, Commonwealth of Massachusetts, https://www.mass.gov/info-details/financial-literacy-for-newcomers-fln (last visited Feb. 14, 2025).

[49] *Naturalization Services, Economic Services Administration*, Washington State Department of Social and Health Services, https://www.dshs.wa.gov/esa/csd-office-refugee-and-immigration-assistance/naturalization-services (last visited Feb. 14, 2025); *Employment and Training, Economic Services Administration*, Washington State Department of Social and Health Services, https://www.dshs.wa.gov/esa/csd-office-refugee-and-immigration-assistance/employment-and-training, (last visited Feb. 14, 2025).

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

14

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

ties to established communities in the Amici States. The Refugee Ban disrupts refugees' ability to build the resources and social capital necessary to succeed in Amici States and weakens already established refugee communities. It also inflicts further trauma on vulnerable families, many of whom have been waiting years to be reunited with loved ones. The Ban will additionally harm our citizens, lawful permanent residents, and resident visa holders, many of whom have family members and loved ones who have already been vetted as refugees but who may be presumptively denied admission because of the Ban.

### 2.    The Refugee Funding Suspension Disrupts Resettlement and Harms the States

The Refugee Funding Suspension is also inflicting irreparable harm on tens of thousands of refugees who have recently arrived in the United States.[50] Refugees were granted entry by the United States to escape dire humanitarian circumstances—including war, persecution, and violence—and depend on resettlement agencies for support as they build new lives in the United States. These include Afghan and Iraqi Special Immigrant Visa holders who risked their lives to support U.S. military missions in their countries as translators and interpreters, and whom Congress decided should receive resettlement benefits to the same extent as refugees. *See* Refugee Crisis in Iraq Act of 2008, Pub. L. 110-181, § 1244(g), 122 Stat. 3; Aghan Allies Protection Act of 2009, Pub. L. 111-8, § 602(b)(8), 123 Stat. 807. This support is essential to ensuring that refugees integrate into their communities and become productive members of society. Yet while the Refugee Ban purports to raise concerns about assimilation and integration (*see* Exec. Order No. 14163, § 1), suspending funding to resettlement agencies entirely undercuts this asserted interest by removing resources from the agencies that work to successfully integrate refugees into the United States.

---

[50] Nirvani Williams, *Western Mass. Resettlement Agency Feels Impact of Trump Administration's Broad Freeze on Foreign Aid,* New England Public Media (Jan. 31, 2025), https://www.nepm.org/regional-news/2025-01-31/western-mass-resettlement-agency-feels-impact-of-trump-administrations-broad-freeze-on-foreign-aid.

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

15

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Resettlement agencies have worked with Amici States for decades to perform the essential functions of refugee resettlement, placement, and integration. States are required to plan and coordinate with the resettlement agencies during this initial 90-day period to ensure the seamless provision of services and avoid duplicating federally funded programs and services. 45 C.F.R. § 400.156(b). Resettlement agencies are therefore essential partners for Amici States in ensuring that refugees are socially and economically successful.

The Refugee Funding Suspension disrupted critical work by cutting off federal funding for partner organizations. It immediately deprived many refugees who were already in the United States of the basic necessities and essential services to which they are entitled, many of whom are vulnerable people, including single mothers and individuals with complex medical cases.[51] Organizations are no longer able to offer short-term support for certain newly arrived refugees' apartments or hotels, leaving many housing insecure and at risk of hunger and homelessness.[52] The Refugee Funding Suspension therefore exacerbates existing housing shortages in places like Massachusetts, where the Emergency Assistance Family Shelter system is already at capacity and will be further strained if refugees lose the R&P funding and are forced to enter the shelter

---

[51] Sophie Carson, *Stop Work Order Creates 'Unprecedented' Turmoil for Refugees and Agencies that Serve Them*, USA Today (Jan. 31, 2025), https://www.usatoday.com/story/news/local/2025/01/31/trumps-stop-work-order-leave-refugees-resettlement-agencies-in-panic/77995297007/.

[52] Eilis O'Neill, *New Refugees in Washington are Promised 90 Days of Support. A Trump order Ended That,* KUOW (Feb. 7, 2025), https://www.kuow.org/stories/trump-s-stop-work-order-impacts-hundreds-of-refugees-receiving-aid-in-washington-state; Williams, *Western Mass. Resettlement* ; Melissa Montalvo, *Trump Executive Orders Leaves Over 100 Refugees in Freson Without Aid. How You Can Help* (Jan. 31, 2025), MSN.Com, https://www.msn.com/en-us/news/us/trump-executive-orders-leaves-over-100-refugees-in-fresno-without-aid-how-you-can-help/ar-AA1yd3EL?ocid=BingNewsVerp; Kathleen Quinn, *After Trump Order, many Stanislaus County refugee families are left with nowhere to go*, The Modesto Bee (Feb. 11, 2025), https://www.modbee.com/news/politics-government/article299442824.html; Anahita Jafary, *Refugee resettlement programs halt, leaving many in Stanislaus County with nowhere to go*, KCRA 3 (Jan. 31, 2025), https://www.kcra.com/article/refugee-resettlement-programs-halt-stanislaus-county/63636625.

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

16

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

system.[53] In an effort to ensure continuity of services, some organizations are soliciting private donations, utilizing state funding originally intended for other purposes, or relying on direct support from local community members.[54] In some states, like California, this means that local governments will carry a heavier burden in delivering services, as both nonprofit partners and local governments deliver essential services to refugees, and services offered by counties will be in even higher demand.[55]

By preventing agencies from doing this vital work, the Refugee Funding Suspension had—and will continue to have—immediate harmful effects on the Amici States. Reception and placement services provide timely connection to medical screening, primary care, and health insurance enrollment, thereby supporting prevention rather than response and promoting individual health and wellness. These services are vital to ensure the health of new arrivals to the Amici States—as well as the health of the State's general population—and without them, the states will face higher health care costs. In addition, failure to provide upfront prevention and screening services means that the cost burden will shift to refugee medical screening clinics, local health jurisdictions, and state health care systems through additional staff time required to support refugee clients in successfully accessing services in the absence of case management.

The same is true for the other essential services provided by R&P agencies in the first 90 days. It is in Amici States' interests to ensure that newly arrived individuals and families are safe, secure, and connected with education, employment, and other services. And it is equally important that new arrivals are appropriately integrated into their new communities. It is in no

---

[53] Press Release, *Governor Healey Announces State's Emergency Family Shelter System Will Reach Capacity by End of Month*, Commonwealth of Massachusetts (Oct. 16, 2023), https://www.mass.gov/news/governor-healey-announces-states-emergency-family-shelter-system-will-reach-capacity-by-end-of-month.

[54] O'Neill, *New Refugees in Washington, supra* note 53; Montalvo, *Trump Executive Orders, supra* note 53.

[55] *Refugee Impacted Counties*, California Department of Social and Health Services, https://www.cdss.ca.gov/refugees/refugee-impacted-counties (last visited Feb. 14, 2025).

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

17

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  one's interests for refugees currently within our borders to face social isolation, poverty, or other

2  harms. Withholding R&P services places refugee families in Amici States at risk if they are

3  unable to take advantage of services to aid themselves and their children when they are at their

4  most vulnerable.

5  While the Refugee Funding Suspension is purportedly temporary, it has already gutted

6  the resettlement agencies, forcing many to furlough or lay off much of their workforces.[56]

7  Agencies are furloughing up to 40 percent of their staff funded through these federal programs.

8  They will need to restructure their departments to operate with far fewer employees. Many of

9  these employees are skilled staff who are highly effective in their roles and whom the agencies

10  have already invested in training. Additionally, many of the organizations' staff come from the

11  same refugee communities they serve, so these community members lose opportunities to

12  conduct this important work.[57] These cuts are detrimental to the ability of Amici States to

13  successfully welcome and integrate refugees, because this knowledge, expertise, and

14  infrastructure, once lost, may be gone forever.

### III.    CONCLUSION

16  The Refugee Ban and Refugee Funding Suspension are unlawful, misrepresent the

17  concerns and interests of Amici States, and undermine Amici States' goals of successfully

18  welcoming and integrating newly arrived refugees. For the foregoing reasons and the reasons set

---

[56] O'Neill, *New Refugees in Washington*, *supra* note 53; Larissa Babiak, Southeast WA refugee group reeling after Trump orders 30% of employees cut, The Spokesman-Review (Feb. 5, 2025), https://www.spokesman.com/stories/2025/feb/05/southeast -wa-refugee-group-reeling-after-trump-ord/; Jack Jenkins, *Refugee Aid Groups Face Furloughs After Trump Halts Program, Refuses to Reimburse Work*, MinistryWatch (Feb. 6, 2025) https://ministrywatch.com/refugee-aid-groups-face-furloughs-after-trump-halts- program-refuses-to-reimburse-work/; Zion Decoteau, *Albany Refugee Service Pauses After Trump Order; Alleged Cairo Ice raid*, MSN.com (Jan. 29, 2025), https://www.msn.com/en- us/politics/government/albany-refugee-service-pauses-after-trump-order-alleged-cairo-ice- raid/ar-AA1y5mVf?ocid=BingNewsVerp.

[57] Babiak, *Southeast WA refugee group reeling*, *supra* note 57.

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

18

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1   forth in Plaintiffs' Motion, Amici States respectfully request that the Court grant Plaintiffs'

2   Motion for Preliminary Injunction.

3     DATED this 18th day of February 2025.

4              I certify that this memorandum contains 5585
           words, in compliance with the Local Civil Rules.
5

6              NICHOLAS W. BROWN
            *Attorney General*

7              *s/ Emma Grunberg*
8              EMMA GRUNBERG, WSBA 54659
           KELLY A. PARADIS, WSBA 47175
9              CRISTINA SEPE, WSBA 53609
            *Deputy Solicitors General*
10             1125 Washington Street SE
           PO Box 40100
11             Olympia, WA  98504-0100
           206-389-3105
12             Emma.Grunberg@atg.wa.gov
           Kelly.Paradis@atg.wa.gov
13             Cristina.Sepe@atg.wa.gov

14             ANDREA JOY CAMPBELL
            *Attorney General*
15              *Commonwealth of Massachusetts*

16             By: *s/ Tasha J. Bahal*
           TASHA J. BAHAL*
17             *Deputy Solicitor General*
           Elizabeth D. Matos
18             *Chief, Civil Rights Division*
           Brett M. Gannon
19             *Assistant Attorney General, Civil Rights Division*
           Hannah C. Vail
20             *Assistant Attorney General, Trial Division*
           1 Ashburton Pl.
21             Boston, MA 02108
           617-963-2066
22             Tasha.Bahal@mass.gov

23             *Pro hac vice forthcoming

24

25

26

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

19

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1

KRIS MAYES
 *Attorney General*
 *State of Arizona*
2005 N. Central Ave
Phoenix, AZ 85004

DANA NESSEL
 *Attorney General*
 *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

2

3

4

ROB BONTA
 *Attorney General*
 *State of California*
1300 I Street
Sacramento, CA 95814

KEITH ELLISON
 *Attorney General*
 *State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

5

6

7

8

PHILIP J. WEISER
 *Attorney General*
 *State of Colorado*
1300 Broadway, 10th Floor
Denver, CO 80203

AARON D. FORD
 *Attorney General*
 *State of Nevada*
100 North Carson Street
Carson City, NV 89701

9

10

11

WILLIAM TONG
 *Attorney General*
 *State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

MATTHEW J. PLATKIN
 *Attorney General*
 *State of New Jersey*
25 Market Street
Trenton, NJ 08625

12

13

14

KATHLEEN JENNINGS
 *Attorney General*
 *State of Delaware*
820 N. French Street
Wilmington, DE 19801

LETITIA JAMES
 *Attorney General*
 *State of New York*
The Capitol
Albany, NY 12224

15

16

17

ANNE E. LOPEZ
 *Attorney General*
 *State of Hawaiʻi*
425 Queen Street
Honolulu, HI 96813

PETER F. NERONHA
 *Attorney General*
 *State of Rhode Island*
150 South Main Street
Providence, RI 02903

18

19

20

KWAME RAOUL
 *Attorney General*
 *State of Illinois*
115 South LaSalle Street
Chicago, IL 60603

CHARITY R. CLARK
 *Attorney General*
 *State of Vermont*
109 State Street
Montpelier, VT 05609

21

22

23

AARON M. FREY
 *Attorney General*
 *State of Maine*
6 State House Station
Augusta, ME 04333

JOSHUA L. KAUL
 *Attorney General*
 *State of Wisconsin*
17 West Main Street
Madison, WI 53703

24

25

26

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

20

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1

ANTHONY G. BROWN
*Attorney General*
*State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STATES' AMICI BRIEF ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:25-cv-00255-JNW

21