The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

                Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

                Defendants.

NO. 2:25-cv-00255-JNW

NOTICE OF APPEARANCE

TO:        Counsel of Record

AND TO:    CLERK OF THE COURT

NOTICE OF APPEARANCE
NO. 2:25-cv-00255-JNW

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Kelly A. Paradis, Deputy Solicitor General, without waiving objection as to improper service, jurisdiction, or venue, hereby enters her appearance on behalf of Proposed Amici, the State of Washington and the Commonwealth of Massachusetts, in the above-entitled action and request that notice of any and all further proceedings in said action except original process be served upon the undersigned attorney at the address stated below.

DATED this 19th day of February 2025.

NICHOLAS W. BROWN
*Attorney General*

s/ Kelly A. Paradis
KELLY A. PARADIS, WSBA 47175
  *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
206-389-3105
Kelly.Paradis@atg.wa.gov

NOTICE OF APPEARANCE
NO. 2:25-cv-00255-JNW

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200