The Honorable Jamal N. Whitehead

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9
10
11
12
13

PLAINTIFF PACITO; PLAINTIFF
ESTHER; PLAINTIFF JOSEPHINE;
PLAINTIFF SARA; PLAINTIFF
ALYAS; PLAINTIFF MARCOS;
PLAINTIFF AHMED; PLAINTIFF
RACHEL; PLAINTIFF ALI; HIAS,
INC.; CHURCH WORLD SERVICE,
INC.; and LUTHERAN COMMUNITY
SERVICES NORTHWEST,

NO. 2:25-cv-00255-JNW

[PROPOSED] ORDER
GRANTING MOTION FOR
LEAVE TO FILE AMICI CURIAE
BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

14                          Plaintiffs,

15              v.

16
17
18
19
20

DONALD J. TRUMP, in his official
capacity as President of the United States;
MARCO RUBIO, in his official capacity
as Secretary of State; KRISTI NOEM, in
her official capacity as Secretary of
Homeland Security; ROBERT F.
KENNEDY, JR., in his official capacity
as Secretary of Health and Human
Services,

                          Defendants.

21
22
23
24
25
26

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE AMICI
CURIAE BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2: 2:25-cv-00255-JNW

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1       The Court, having considered the Motion for Leave to File Amici Curiae Brief in

2   Support of Plaintiffs' Motion for Preliminary Injunction on behalf of the State of Washington,

3   the Commonwealth of Massachusetts, and the States of Arizona, California, Colorado,

4   Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada,

5   New Jersey, New York, Rhode Island, Vermont, and Wisconsin, and the record and pleadings

6   filed herein, hereby ORDERS:

7       The proposed amici brief is hereby deemed filed.

8   **IT IS SO ORDERED.**

9   Dated this 19th day of February, 2025.

_Jamal N. Whitehead_
Jamal N. Whitehead
United States District Judge

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR LEAVE TO FILE AMICI
CURIAE BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2: 2:25-cv-00255-JNW

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    Presented by:

2    NICHOLAS W. BROWN
3     *Attorney General*

    *s/ Kelly A. Paradis*
4    KELLY A. PARADIS, WSBA 47175
    EMMA GRUNBERG, WSBA 54659
5    CRISTINA SEPE, WSBA 53609
    *Deputy Solicitors General*
6    1125 Washington Street SE
    PO Box 40100
7    Olympia, WA 98504-0100
    206-389-3105
8    Kelly.Paradis@atg.wa.gov
    Emma.Grunberg@atg.wa.gov
9    Cristina.Sepe@atg.wa.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR LEAVE TO FILE AMICI
CURIAE BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 2: 2:25-cv-00255-JNW

        2