AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| Pacito et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-00255-JNW |
| Trump et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date:     02/19/2025

/s/Lindsay W. Zimliki
*Attorney's signature*

Lindsay W. Zimliki DC Bar #475890
*Printed name and bar number*
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

*Address*

Lindsay.Zimliki@usdoj.gov
*E-mail address*

(202) 309-2337
*Telephone number*

(202) 305-7000
*FAX number*