

**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Lissette Diaz de Villegas
Church World Service
475 Riverside Dr., Suite 700
New York, NY 10115

REF:    SPRMCO24CA0095
          SPRMCO24CA0254
          SPRMCO24CA0329
          SPRMCO24CA0308
          SPRMCO24CA0337
          SPRMCO24CA0319
          SPRMCO24CA0322

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

UNCLASSIFIED

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

If you have any other questions regarding the suspension, please contact me at SalikhovA@state.gov.

        Sincerely,

        Askar Salikhov