AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| PACITO, et al., *Plaintiff* <br> v. <br> DONALD J. TRUMP, et al., *Defendant* | Case No. 2:25-cv-255-JNW |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump, Marco Rubio, Kristi Noem, Dorothy A. Fink.

Date:    02/20/2025

s/ Joseph McCarter
*Attorney's signature*

Joseph McCarter, MD Bar # 2311290014
*Printed name and bar number*

PO Box 878
Ben Franklin Station
Washington, DC 20044
*Address*

Joseph.A.McCarter@usdoj.gov
*E-mail address*

(202) 746-8537
*Telephone number*

*FAX number*