District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY |

Notice of Supplemental
Authority

No. 2:24-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

Pursuant to Local Civil Rule 7(n), Defendants submit this Notice of Supplemental Authority. On February 22, 2025, the United States District Court for the District of Columbia issued an Order, clarifying the scope of the Court's February 13, 2025 Order, enjoining the government from "enforcing and giving effect to Sections 1, 5, 7, 8, and 9 of Dep't of State, Memorandum, 25 STATE 6828 (Jan. 24, 2025) and any other directives that implement Sections 3(a) and 3(c) of Executive Order Number 14169, "Reevaluating and Realigning United States Foreign Aid" (January 20, 2025)." *AIDS Vaccine Advocacy Coalition v. United States,* Case No. 25-00400-AHA, ECF No. 34 (D.D.C. Feb. 22, 2025). A copy of the February 22, 2025 Order is attached.

DATED this 23rd day of February, 2025.

                                             Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Acting Assistant Attorney General
                                             Civil Division

                                             AUGUST FLENTJE
                                             Acting Director

                                             */s/ Nancy K. Canter*
                                             NANCY K. CANTER
                                             (CA Bar No. 263198)
                                             Senior Litigation Counsel

                                             LINDSAY ZIMLIKI
                                             JOSEPH MCCARTER
                                             ALEXANDRA YEATTS
                                             Trial Attorneys
                                             U.S. Department of Justice
                                             Civil Division, Office of Immigration Litigation
                                             Washington, DC 20005
                                             Phone: 202-305-7234
                                             Email: nancy.k.canter@usdoj.gov

                                             *Attorneys for Defendants*

Notice of Supplemental Authority

No. 2:24-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

1