1

2

3

4

5

6

7

8

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. C25-255 JNW <br><br> **DECLARATION OF LINDA B. EVARTS IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY CONFERENCE OR SHOW CAUSE HEARING** |

22

23

24

25

26

I, Linda B. Evarts, hereby declare as follows:

1.      I am over the age of eighteen and competent to make this declaration. I am an attorney with the International Refugee Assistance Project and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

DECL. OF LINDA B. EVARTS
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.      I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' motion for an emergency conference or show cause hearing:

**Exhibit 1** is a true and correct copy of a document from the Acquisition Policy Directorate of the Department of State to Church World Service with the subject heading "Termination Notice of Award No. SPRMCO24CA0329." This document is one of four termination notices received by Church World Service beginning the afternoon of February 26, 2025, regarding Church World Service's work for the USRAP.

**Exhibit 2** is a true and correct copy of a cover email dated 6:14 p.m. on February 26, 2025, and an attached Notice of Termination Letter referring to "SPRMCO24CA0329; FY 2025 Refugee Housing Solutions." The letter is "[e]ffective immediately." This communication is one of four received by Church World Service beginning the evening of February 26, 2025, terminating four cooperative agreements for Church World Service's work for the USRAP.

**Exhibit 3** is a true and correct copy of a document from the Acquisition Policy Directorate of the Department of State to HIAS with the subject heading "Termination Notice of Award No. SPRMCO24CA0348." This document is one of four termination notices received by HIAS beginning the afternoon of February 26, 2025, regarding HIAS's work for the USRAP.

**Exhibit 4** is a true and correct copy of a cover email dated 7:42 p.m. on February 26, 2025, and an attached Notice of Termination Letter referring to "SPRMCO24CA0348 Worldwide R&P." The letter is "[e]ffective immediately." This communication is one of four received by HIAS beginning the evening of February 26, 2025, terminating four cooperative agreements for HIAS's work for the USRAP.

**Exhibit 5** is a true and correct copy of a document I downloaded from CM/ECF for the U.S. District Court for the District of Columbia. The document was filed as ECF No. 41-1 and labeled "DEFENDANTS' EXHIBIT B FOR FEBRUARY 26, 2025" on the docket of *AIDS Vaccine Advocacy Coalition v. United States Department of State*, Nos. 25-00400 (AHA), 25-

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

00402 (AHA). Based on the face of the document, it is a declaration executed on February 26, 2025, by Pete Marocco.

\*       \*       \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 27th day of February, 2025, at Westchester County, New York.

*s/ Linda B. Evarts*
Linda B. Evarts

DECL. OF LINDA B. EVARTS – 3
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

## <u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury that on February 27, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 27, 2025

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr.

CERTIFICATE OF SERVICE
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000