# EXHIBIT 1



**February 26, 2025**

**To:**     CHURCH WORLD SERVICE, INC.

**Email:** ▆▆▆▆▆▆@cwsglobal.org

**Subject:** Termination Notification of Award No. SPRMCO24CA0329

**Reference:** state.gov/federal-assistance-policies-appeals/

Dear Partner,

This award is being terminated for the convenience of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, for alignment with Agency priorities and national interest. The decision to terminate this individual award is a policy determination vested in the Secretary of State.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming from the Grants Office for specific awards. Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Sharon D. James*

Sharon D. James
Managing Director
Acquisition Policy Directorate (A/GA/APD)
Department of State