# EXHIBIT 2-1

| | |
|---|---|
| **From:** | Salikhov, Askar <SalikhovA@state.gov> |
| **Sent:** | Wednesday, February 26, 2025 3:15 PM |
| **To:** | |
| **Cc:** | ; Gillyard, Jennifer C; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: Church World Service - SPRMCO24CA0329 |
| **Attachments:** | 24CA0329 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797