# EXHIBIT 2-2

NOTICE OF TERMINATION

February 26, 2025

Church World Service
██████████
110 Maryland Ave NE,
Washington, DC 20002

REF: SPRMCO24CA0329; FY 2025 Refugee Housing Solutions

Dear ██████:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov (Affiliate)
Digitally signed by Askar Salikhov (Affiliate)
Date: 2025.02.26 17:07:07 -05'00'

Askar Salikhov