# EXHIBIT 4-1



**From:** Denino, Philip M DeninoPM@state.gov
**Subject:** Termination Notice - SPRMCO24CA0348
**Date:** February 26, 2025 at 7:42 PM
**To:** ███████@hias.org, ███████@hias.org, ███████@hias.org, ███████@hias.org, ███████@hias.org, ███████@hias.org, ███████@hias.org, ███████@hias.org
**Cc:** PRM-Comp-Mgt PRM-Comp-Mgt@state.gov, Sheehan, Kathleen SheehanK@state.gov

**EXTERNAL EMAIL**

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

SPRMCO24CA0348 Notice of Termination Letter - HIAS.pdf