THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. C25-255 JNW<br><br>**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS** |

Pursuant to Local Rules W.D. Wash. LCR 10(f), Plaintiffs' counsel respectfully submit this notice of change of address for two of the attorneys representing Plaintiffs. The change applies to Laurie Ball Cooper and Megan Hauptman of the International Refugee Assistance Project, and the updated office address is as follows and has been updated in CM/ECF:

PLS.' NOTICE OF CHANGE OF ADDRESS
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Laurie Ball Cooper
Megan Hauptman
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, DC 20001
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

Please note that the addresses for remaining counsel are unchanged, including remaining counsel from the International Refugee Assistance Project.

PLS.' NOTICE OF CHANGE OF ADDRESS – 2
(No. C25-255 JNW)

Dated: March 4, 2025

    Deepa Alagesan*
    Mevlüde Akay Alp*
    Linda Evarts*
    Ghita Schwarz*
    **INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
    One Battery Park Plaza, 33rd Floor
    New York, New York 10004
    Telephone: (646) 939-9169
    Facsimile: (516) 324-2267
    dalagesan@refugeerights.org
    makayalp@refugeerights.org
    levarts@refugeerights.org
    gschwarz@refugeerights.org

    Melissa Keaney*
    **INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
    P.O. Box 2291
    Fair Oaks, California 95628
    Telephone: (646) 939-9169
    Facsimile: (516) 324-2267
    mkeaney@refugeerights.org

By: *s/ Laurie Ball Cooper*
    Laurie Ball Cooper*

By: *s/ Megan Hauptman*
    Megan Hauptman*
    **INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
    650 Massachusetts Avenue NW, Suite 600
    Washington, DC 20001
    Telephone: (646) 939-9169
    Facsimile: (516) 324-2267
    lballcooper@refugeerights.org
    mhauptman@refugeerights.org

By: *s/ Jonathan P. Hawley*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

Nicholas J. Surprise*
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
NSurprise@perkinscoie.com

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

PLS.' NOTICE OF CHANGE OF ADDRESS – 3
(No. C25-255 JNW)