THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. 2:25-cv-255-JNW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ON SUPPLEMENTAL PLEADING** |

## INTRODUCTION

1. This matter came before the Court on Plaintiffs' motion for a preliminary injunction on their supplemental pleading. Plaintiffs challenge the State Department's termination of every resettlement agency cooperative agreement to provide reception and placement services (the "R&P Termination") and the State Department's termination of many of the cooperative agreements to

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ. ON
SUPPL. PLEADING
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

provide USRAP-processing support abroad (the "Processing Termination," and together with the R&P Termination, the "USRAP Funding Termination"). The State Department communicated the USRAP Funding Termination to resettlement partners via notices sent beginning on February 26, 2025 (the "Termination Notices"). The USRAP Funding Termination has the effect of permanently halting the resettlement of refugees and decimating the organizations that serve them.

2. Having considered the motion, Defendants' response, if any, and the argument of the parties, if any, the Court **GRANTS** Plaintiffs' motion for a preliminary injunction on their supplemental pleading. The Court enters the following findings of fact and conclusions of law.

## FINDINGS OF FACT

3. Plaintiffs face irreparable injury as a result of the USRAP Funding Termination. The USRAP Funding Termination harms Plaintiffs by forcing some, like Church World Service, Inc. and HIAS, Inc., to furlough or lay off staff members, threatening their ability to survive into the future. The individual Plaintiffs are severely harmed in various ways, including the inability to pursue refugee applications and travel to the United States, the resulting prolonged separation from family members and increased risk of physical harm while stranded abroad, and the loss of statutorily created benefits and case-management support once in the United States.

4. These harms are immediate, ongoing, and significant and cannot be remedied in the ordinary course of litigation.

## CONCLUSIONS OF LAW

5. The Court has jurisdiction over Defendants and the subject matter of this action.

6. The Court deems no security bond is required under Federal Rule of Civil Procedure 65(c).

7. To obtain a preliminary injunction, Plaintiffs must establish that (1) they are likely to succeed on the merits, (2) irreparable harm is likely in the absence of preliminary relief, (3) the balance of equities tips in their favor, and (4) an injunction is in the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ. ON
SUPPL. PLEADING – 2
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

8. Based on the findings of fact set forth above and established Ninth Circuit precedent, there is a strong likelihood that Plaintiffs will succeed on the merits of their claims that the USRAP Funding Termination violates the Refugee Act, the Administrative Procedure Act, the Impoundment Control Act, and the U.S. Constitution. *See Hawai'i v. Trump*, 859 F.3d 741, 788 (9th Cir. 2017); *Doe v. Trump*, 288 F. Supp. 3d 1045, 1078–86 (W.D. Wash. 2017).

9. Plaintiffs have also shown that they are likely to suffer irreparable harm in the absence of preliminary relief. The USRAP Funding Termination does and will continue to directly impact Plaintiffs, immediately threatening the continued operations of the organizational Plaintiffs and causing further layoffs and furloughs of staff members. The USRAP Funding Termination will also cause irreparable harm to the individual Plaintiffs, immediately causing many to lose indefinitely the opportunity to resettle in the United States, lose funds, lose benefits and support once in the United States, experience family separation, and suffer ongoing risk of physical harm due to their inability to seek refugee status in the United States.

10. The balance of equities tips toward the Plaintiffs and the public interest strongly weighs in favor of entering preliminary relief.

## **PRELIMINARY INJUNCTION**

Now, therefore, it is hereby **ORDERED** that, in addition to the terms of the preliminary injunction issued by the Court on February 28, 2025, *see* Dkt. # 45:

11. Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receive actual notice of this order, are hereby fully enjoined from enforcing or implementing any portion of Defendants' termination of USRAP-related funding provided to resettlement partners through their cooperative agreements with the U.S. State Department, including as reflected in the Termination Notices the U.S. State Department sent to resettlement partners beginning on February 26, 2025.

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ. ON
SUPPL. PLEADING – 3
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

12. Defendants' attorneys shall provide written notice of this Order to all Defendants and agencies and their employees, contractors, and grantees by March ___, 2025, at __ a.m./p.m. Defendants shall file a copy of the notice on the docket at the same time.

13. Defendants' attorneys shall submit a status report detailing their efforts to comply with this Court's preliminary injunction on the supplemental pleadings by March ____, 2025, and the Parties shall submit a joint status report on the steps taken to comply with the Court's preliminary injunction on the supplemental pleadings by March ____, 2025.

14. This preliminary injunction remains in effect pending further orders from this Court.

**IT IS SO ORDERED.**

Dated this ___ day of March, 2025.

_____
United States District Judge

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR PRELIM. INJ. ON
SUPPL. PLEADING – 4
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

Nicholas J. Surprise*
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
NSurprise@perkinscoie.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

Deepa Alagesan*
Mevlüde Akay Alp*
Linda Evarts*
Ghita Schwarz*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
dalagesan@refugeerights.org
makayalp@refugeerights.org
levarts@refugeerights.org
gschwarz@refugeerights.org

Melissa Keaney*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 2291
Fair Oaks, California 95628
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
mkeaney@refugeerights.org

Laurie Ball Cooper*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR PRELIM. INJ. ON SUPPL. PLEADING – 5
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on March 5, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: March 5, 2025

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr.

CERTIFICATE OF SERVICE
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000