THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>*Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br>*Defendants*. | Case No. 2:25-cv-255-JNW <br><br>**DECLARATION OF MEGAN M. HAUPTMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ON SUPPLEMENTAL PLEADING** |

I, Megan M. Hauptman, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the International Refugee Assistance Project and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

DECL. OF MEGAN M. HAUPTMAN
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' motion for preliminary injunction on supplemental pleading:

**Exhibit 1** is a true and correct copy of the document titled "Information Sheet: Refugee Resettlement in the United States." The document was downloaded at my direction on March 5, 2025, and is available on the Refugee Processing Center website at https://www.wrapsnet.org/documents/Refugee%20Resettlement%20Information%20Sheet%20(English).pdf.

**Exhibit 2** is a true and correct copy of the declaration of Mark Hetfield (with attachments), dated March 5, 2025.

**Exhibit 3** is a true and correct copy of the declaration of Richard L. Santos (with attachments), dated March 5, 2025.

\*    \*    \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 5th day of March, 2025, at Arlington, Virginia.

*s/ Megan M. Hauptman*
Megan M. Hauptman

DECL. OF MEGAN M. HAUPTMAN– 2
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000