District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>    *Plaintiffs*, <br><br>    v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br>    *Defendants*. | CASE NO. 2:25-cv-00255 <br><br> NOTICE OF COMPLIANCE |

Notice of Compliance

No. 2:24-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

On February 28, 2025, the Court ordered:
> Defendants' attorneys must provide written notice of this Order to all Defendants and agencies, including President Trump, and to Defendants' employees, contractors, and grantees by March 7, 2025, at 5:00 p.m. (Pacific Standard Time). Defendants must file a copy of the notice of the docket at the same time.

ECF No. 45.

Immediately following receipt of the Court's Order on February 28, 2025, undersigned counsel notified counsel for the Department of Homeland Security, the United States Citizenship and Immigration Services, Department of State, United States Customs and Border Protection, and Department of Health and Human Services of the Court's Order by providing a screenshot of page 61 of the Court's February 28, 2025 in the body of the email, as well as a complete copy of the Court's written findings of fact, conclusions of law, and order issuing preliminary injunction as an attachment.

In the days following the Court's February 28, 2025 Order, undersigned counsel communicated with agency counsel to ensure that notice of the Court's February 28, 2025 Order was shared with Defendants' employees. In further compliance with the Court's Order, on March 6, 2025, Defendants notified agency counsel of the provision of the Court's Order, which requires Defendants' counsel to provide written notice of the court's February 28, 2025 Order to Defendants' employees, contractors, and grantees by March 7, 2025, at 5:00 p.m. (Pacific Standard Time). Undersigned counsel for Defendants requested that agency counsel promptly ensure that all employees, contractors, and grantees impacted by the Court's February 28, 2025 Order are notified in accordance with the Court's Order. A copy of the notice is attached hereto as Exhibit A. Counsel for Defendants also caused to be delivered a copy of the attached notice to counsel for the White House.

Notice of Compliance

No. 2:24-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

DATED this 7th day of March, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

AUGUST FLENTJE
Acting Director

*/s/ Nancy K. Canter*
NANCY K. CANTER
(CA Bar No. 263198)
Senior Litigation Counsel

JOSEPH MCCARTER
ALEXANDRA YEATTS
Trial Attorneys
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
Washington, DC 20005
Phone: 202-305-7234
Email: nancy.k.canter@usdoj.gov

*Attorneys for Defendants*

Notice of Compliance

No. 2:24-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

2