## NOTICE OF COURT ORDER

On February 28, 2025, a judge in the Western District of Washington issued a nationwide preliminary injunction, enjoining the Government from implementing §§ 3(a), (b), (c), and 4 of Executive Order No. 14163, *Realigning the United States Refugee Admissions Program*, 90 Fed. Reg. 8,459 (Jan. 20, 2025). *Pacito v. Trump*, No. 2:25-CV-255-JNW, 2025 WL 655075 (W.D. Wash. Feb. 28, 2025), appeal filed (9th Cir. Mar. 3, 2025). The court also issued a preliminary injunction respecting the suspension of refugee resettlement funds.

Section 3(a) of the Executive Order ("EO") suspended entry of refugees into the United States through the U.S. Refugee Admissions Program ("USRAP") as of January 27, 2025. Section 3(b) of the EO also suspended "decisions on applications for refugee status" by the Department of Homeland Security as of its issuance. Section 3(c) allowed the Secretary of State and Secretary of Homeland Security ("the Secretaries") to "jointly determine to admit aliens to the United States as refugees on a case-by-case basis, in their discretion, but only so long as they determine that the entry of such aliens as refugees is in the national interest and does not pose a threat to the security or welfare of the United States."

Section 4 of the EO indicated that, within 90 days of the EO's issuance, the Secretaries must submit a report to the President through the Homeland Security Advisor regarding whether resumption of entry of refugees into the United States under the USRAP would be in the interests of the United States. The EO directed that the Secretaries submit further reports every 90 days thereafter for the duration of the USRAP suspension. Under the EO, the suspension was to remain in place until the President determined that resumption of the USRAP was in the interests of the United States.

USRAP funds are federal funding to Resettlement Support Centers and resettlement agencies for work performed pursuant to cooperative agreements to support recently arrived refugees and Special Immigrant Visa (SIV) recipients.

The district court's February 28th preliminary injunction orders that Defendants, except for the President individually, and all Defendants' respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them who receive notice of the court's Order, are fully ENJOINED from:

a) Enforcing or implementing Executive Order No. 14163 § 3(a), (b), and (c), and § 4 in its entirety;
b) Suspending or implementing the suspension of refugee processing, decisions, and admissions;
c) Suspending or implementing the suspension of USRAP funds, including implementing the Suspension Notices sent by the U.S. State Department to all refugee and resettlement partners on January 24, 2025;
d) Withholding reimbursements to resettlement partners for USRAP-related work performed pursuant to cooperative agreements before January 20, 2025.

If you have any questions about the scope or effect of the Court's Order, please contact your agency's Office of General Counsel or your grant officer, as appropriate. Thank you for your attention to this matter.