## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

PACITO, *et al.*,

               *Plaintiffs*,               No. 2:25-cv-00255-JNW

    - against –                     Hon. Jamal N. Whitehead

DONALD J. TRUMP, *et al.*,

               *Defendants*.

## DECLARATION OF ADAM ZERBINOPOULOS
## SENIOR BUREAU OFFICIAL
## BUREAU OF POPULATION, REFUGEES, AND MIGRATION
## DEPARTMENT OF STATE

I, Adam Zerbinopoulos, for my declaration, hereby state as follows:

    1.     I am the Senior Bureau Official of the Bureau of Population, Refugees, and Migration ("PRM") within the United States Department of State ("Department of State" or "State Department").[1]  I have held this position since January 21, 2025.  Prior to becoming the PRM Senior Bureau Official, I was PRM's Regional Director for East Asia and the Pacific.  I have been employed at the Department of State since 2008.

    2.     I submit this declaration to provide the Court true and correct copies of documents submitted in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction on Supplemental Pleading.

    Exhibit 1 is a true and correct copy of a "U.S. Department of State Federal Assistance Award" to Church World Services, Inc. DBA Church World Service Inc. dated May 29, 2024.

---

[1] The title "Senior Bureau Official" is used to refer to the senior-level official who oversees a bureau but does not necessarily hold the title of Assistant Secretary of State.

Exhibit 2 is a true and correct copy of "U.S. Department of State Federal Assistance

Award" to HIAS INC dated September 26, 2024.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Executed this 7ᵗʰ day of March 2025, Washington, D.C.

Adam Zerbinopoulos

# EXHIBIT 1



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>CHURCH WORLD SERVICE, INC. DBA CHURCH WORLD SERVICE INC | 2. Assistance Type: |
|---|---|
| 3. Address<br>475 RIVERSIDE DR STE 700<br>NEW YORK, NY<br>10115-0074<br>USA | ◉ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |

| 4. Recipient POC: Katherine Rehberg |
|---|
| Phone Number: (646) 630-0264 |
| Email: krehberg@cwsglobal.org |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>KNKPMDF9EUB8 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.510 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0009 |
| 11. Period of Performance<br>Start Date  2024-01-01          End Date  2024-09-30 | | 12. Amendment Number<br>M003 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430009-1037-PRM--2512-          $15407281.00<br>SPRMCO24CA0009-4122-RPADM002-031000-----<br>2024FDSTRRM1439-SPRMCO24CA0009-M-TX9-HA.1 | | 14. Funds Certified By<br>*Erin Schumacher*<br>Erin Schumacher |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $31,335,726.00 | $15,407,281.00 | $46,743,007.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $31,335,726.00 | $15,407,281.00 | $46,743,007.00 |

| 16. Purpose of the Federal Award Activity |
|---|
| Provide additional funds for remainder of FY24 Q3 |

| 17. Specific Award Conditions |
|---|
| ☐ Attached |

| Agreement |
|---|
| **The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.** |

| 18a. Recipient Name  Amber Tink | 19a. Grants Officer Name  Latoya Meredith |
|---|---|
| 18b. Recipient Signature<br><br>*Amber Tink (electronically signed)* | 19b. Grants Officer Signature<br><br>*Latoya Meredith (electronically signed)* |

| 18c. Title<br>Associate Director, Business Development | 18d. Date (dd-mmm-yyyy)<br>2024-05-31 | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy)<br>2024-05-29 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

U.S. STATE OF DEPARTMENT
AWARD PROVISION



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0009

2) FEDERAL SHARE OF AWARD:

   $(USD)46,743,007.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      CHURCH WORLD SERVICE, INC. (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "FY 2024 CWS Resettlement Service Center". The Recipient shall provide cost-effective and equitable processing of refugee departures from sub-Saharan Africa in accordance with its proposal (Attachment A, A001, A002, and A003 to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2023-06-30 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A, A001, A002, and A003 to this award.

4) CONTACT INFORMATION:

a. <u>Grants Officer:</u>

- Name: Askar Salikhov
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW Washington D.C., 20522
- Telephone: (771) 444-0587
- Email: salikhova@state.gov

b. <u>Grants Officer Representative:</u>

- Name: Andrea Shinbach
- Bureau/Mission: OFC OF REFUGEE ADMISSIONS (PRM/A)
- Section:
- Address: 2025 E Street, NW Washington D.C., 20522
- Telephone: (771) 205-6544
- Email: SHINBACHA@state.gov

## 5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $5,154,788.00 | $10,249,875.00 | $15,404,663.00 |
| b) Fringe Benefits | $1,445,150.00 | $1,800,480.00 | $3,245,630.00 |
| c) Travel | $4,310,813.00 | $9,419,681.00 | $13,730,494.00 |
| d) Equipment | $52,600.00 | $882,342.00 | $934,942.00 |
| e) Supplies | $509,369.00 | $1,968,017.00 | $2,477,386.00 |
| f) Contractual | $345,474.00 | $665,408.00 | $1,010,882.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $1,279,108.00 | $2,132,298.00 | $3,411,406.00 |
| i) Total Direct Costs (Lines a-h) | $13,097,302.00 | $27,118,101.00 | $40,215,403.00 |
| j) Indirect Costs | $2,309,979.00 | $4,217,625.00 | $6,527,604.00 |

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| k) US Share of Costs (Lines i-j) | $15,407,281.00 | $31,335,726.00 | $46,743,007.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Provisional | 35 | See NICRA in Attachment A |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2023-01-19.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2024-01-01 | 2024-03-31 | 2024-04-30 |
| 2024-04-01 | 2024-06-30 | 2024-07-30 |
| 2024-01-01 | 2024-09-30 | 2025-01-28 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2024-01-01 | 2024-03-31 | 2024-04-30 |
| 2024-04-01 | 2024-06-30 | 2024-07-30 |
| 2024-01-01 | 2024-09-30 | 2025-01-28 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at:

https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Admissions
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Nairobi

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

N/A

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16) SPECIFIC CONDITIONS:

   N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

21) PROCUREMENT OF "COVERED MATERIALS":

   N/A

**Church World Service**                                    **SPRMCO24CA0009-A003**

# U.S. Department of State Award Provisions Bureau Addendum



## 13) SUBSTANTIAL INVOLVEMENT:

A.  Bureau:
1.  The Assistance Office acting as the Grants Officer's representative:
    a)  Provides overall policy guidance and program direction.
    b)  Reviews and comments on proposed budget for the Recipient.
    c)  Reviews and comments on proposed changes or revisions in terms of this agreement.
    d)  Periodically visits and evaluates the general performance of the Recipient's operations under this agreement to ensure that the established objectives are being successfully met, maintains contact, including site visits and liaison, with the Recipient, assists the Grants Officer in the review of required Recipient Program and Financial Progress Reports to verify timely and adequate performance, and provides the Bureau regular written reports on whether performance is in compliance with all the terms and conditions of this agreement.
2.  Office of the Comptroller acting as the Grants Officer:
    a)  Reviews and negotiates with the Recipient's headquarters the Recipient's budget and any subsequent requests for funding.
    b)  Prepares and executes the cooperative agreement, interprets the terms thereof, arranges for payment, works with the Recipient's headquarters for the overall administration of the funded activities, and is the mandatory control point of record for all official communications and contacts with the Recipient that may affect the budget, the project scope, or terms and conditions of the award.
    c)  Considers requests for amendments to the cooperative agreement and, upon determination of appropriateness, prepares and executes formal amendments to the cooperative agreement. Only the Grants Officer may amend the cooperative agreement.
    d)  Only as applicable, for any construction activities identified in the proposal or budget, any proposed modification to the site location, statement of work, budget (to include re-alignment of costs), or project duration must be pre-approved by the Grants Officer in writing. The Grants Officer has the right to halt construction.
B.  Refugee Coordinator acting as the Bureau's overseas representative:

**Church World Service**                                    **SPRMCO24CA0009-A003**

1. Acts as liaison, as required with applicable Governments, the United Nations High Commissioner for Refugees (UNHCR), and other appropriate organizations respecting issues involving this program.
2. Monitors and evaluates the general performance of the Recipient's operations under this agreement to ensure that the established objectives are being successfully met, and provides the Bureau reports on whether the performance is in compliance with the terms of this agreement.
3. Analyzes and reports to the Bureau on any proposed budget adjustments, identifying items that may require special consideration and recommending whether the proposed budget or portions thereof be approved or disapproved.

## 15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

### A. Reporting and Monitoring:

**Copies of the reports required herein shall be submitted through the MyGrants grants management system at https://mygrants.service-now.com using the Post Award Task functionality for this agreement number.** The Recipient is required to submit quarterly program and financial reports based on the schedule outlined in Section 12.

<u>**Program Progress Report Requirements**</u>:

Each report should address the objectives and indicators detailed within the attached Recipient's proposal (Attachment A) and the extent to which they were accomplished. The final report should also contain a brief summary of the activities carried out during the full period of the agreement.

Each program report will follow the template provided by the PRM/A Program Officer. This template is designed to ease the reporting requirements while ensuring that all required elements are addressed. By submitting each program report through the MyGrants grants management system, the Recipient is certifying that to the best of their knowledge and belief that the report is correct and complete for performance of activities for the purposes set forth in the award documents.

Should the Recipient implement this project through the award of $15,000 or more to a sub-recipient(s), the Recipient must include the activities of each organization in the program reports. These reports shall include the full name of each sub-recipient, the amount of funding authorized, a description of the activities performed, and a brief assessment of how the activities were carried out.

Each report should also note any changes made or anticipated with regard to staffing requirements, security arrangements or other aspects of the funded program. Should any change or anticipated change affect the use of funds or the rate of expenditure, special mention should be highlighted in the report.

**Church World Service**                                    **SPRMCO24CA0009-A003**

In addition to the regular reports described above, the Recipient shall promptly inform the Bureau, in writing, should any special circumstance be encountered that is likely to delay or prevent the Recipient from meeting the objectives set forth in Section 3.

**Federal Financial Report Requirements**:

Expenses to be charged against this agreement must be for actual costs incurred for authorized activities that are adequately documented and that can be confirmed through an audit.  Expenses based on an average or prorated share of costs that do not represent individually identified costs or those that cannot be specifically confirmed through an audit shall not be charged to or reported under this agreement.

Financial reports shall be submitted based on the schedule outlined in Section 12. Reports reflecting expenditures for the Recipient's overseas and United States offices shall be completed in two parts: 1) in accordance with the Federal Financial Report (FFR SF-425) and submitted electronically in the Department of Health and Human Services' Payment Management System; and 2) an additional programmatic report in accordance with the items of expenditure categories set forth under Section 5 reflecting separately the costs being charged to this agreement. **The quarterly Federal Financial Report (FFR SF-425) and the separate programmatic line item expenditure reports must be transmitted as a Post Award Task through https://mygrants.service-now.com.**

Should the Recipient have awarded $15,000 or more to a sub-recipient for the implementation of a portion of this project, the reports shall identify the name and amount of funds given to each sub-recipient organization.

A final line item expenditure report shall include the total charges for each budget category reflected in Section 5 including charges for post-performance activities such as audits and evaluations.

Should the Recipient receive refunds or rebates after the reporting period, these must be returned with a revised final Federal Financial Report and programmatic line item expenditure report within thirty (30) days of the receipt of such refunds or rebates.

A revised final certified Federal Financial Report must be submitted for any subsequent adjustment of costs including any refunds and audit and indirect cost rate determination adjustments.

For the Recipient that has an approved USG indirect cost rate:

When a final NICRA rate is not yet established, the Recipient shall submit an interim final Federal Financial Report (FFR) in lieu of the Final FFR required by the schedule outlined in Section 12.  The interim final FFR must show final NICRA rates for any

**Church World Service**                                    **SPRMCO24CA0009-A003**

year for which they are available and indicate provisional rates for any years that final rates are not available.

A revised final Federal Financial Report, including any allowable post performance charges for an audit and/or an evaluation, shall be submitted within sixty (60) days from the date the Recipient countersigns an indirect cost rate agreement with its cognizant government agency that establishes final rates applicable to the validity period of this agreement. This final Federal Financial Report shall have the authorized charges detailed by the time period covered by each different indirect cost rate in effect during the validity period of this agreement.

**Inventory Report:**

A report shall be submitted **as a Post Award Task through** **https://mygrants.service-now.com** within thirty (30) days prior to the expiration of this agreement listing all items and purchase price of all non-expendable tangible personal property having a useful life of more than one year and having a current per unit fair market value of $5,000 or more per unit which were purchased with funds provided under this or a previous PRM agreement.

This report must include the following information for each item purchased: description, date of purchase, serial number, source of funding for the property (including the applicable award number), and the country in which the item was used.

This required inventory report shall include any items of non-expendable tangible personal property that were purchased under a previous Bureau funding arrangement that continue to be used in activities funded under this agreement having a current per unit fair market value of $5,000 or more per unit.

The required inventory report shall also include the Recipient's specific recommendations for the disposition of each item of non-expendable tangible personal property. In certain circumstances, the proposed disposition may include a recommendation to retain specified items for continued use in other Bureau funded activities or similar activities carried out by the Recipient. If such property is no longer required for authorized activities, a recommendation for final disposition, e.g., sale, donation or disposal, shall be specified.

If no qualifying non-expendable tangible personal property requires reporting, the recipient shall upload a statement reporting there is no relevant property to report under this agreement.

## B. Responsibilities of the Recipient

The Recipient shall perform its responsibilities under this agreement in coordination with the Bureau and in a manner consistent with United States law and policy, as well as applicable laws of the countries where activities are performed.

**Church World Service**                                        **SPRMCO24CA0009-A003**

a.      Program Management

1.      Coordinate with U.S. government agencies, non-governmental organizations, and international organizations involved with the U.S. Refugee Admissions Program (USRAP) as described in Attachment A.

2.      In compliance with the Bureau's policy that all funded activities be implemented in a manner that fully meets the standard of conduct established by the Inter-Agency Standing Committee (IASC) Task Force on Protection from Sexual Exploitation and Abuse in Humanitarian Crises, ensure that the activities conducted with funds provided under this agreement are implemented in accordance with the Recipient's established code of conduct previously submitted to the Bureau referenced in its proposal (Attachment A).  The Bureau reiterates the importance of ensuring that comprehensive protection measures are in place for preventing and addressing sexual exploitation and abuse of persons of concern and that allegations of sexual exploitation and abuse by Recipient staff are reported to Bureau.

3.      Should any change be made to the Recipient's code of conduct during the validity period of this agreement, inform the Bureau in writing within thirty (30) days of the changes for consideration of whether the revised code continues to meet the Bureau's standard of core principles.

4.      With regard to religious persecution in particular, the Recipient shall ensure that its personnel take into account in their work the considerations reflected in the International Religious Freedom Act concerning country-specific conditions, the right to freedom of religion, methods of religious persecution practiced in foreign countries, and applicable distinctions within a country between the nature of and treatment of various religious practices and believers.

5.      The Recipient is reminded that U.S. Executive Order and U.S. law prohibits transactions with, and the provision of resources and support to, individuals and organizations associated with terrorism.  It is the legal responsibility of the Recipient to ensure compliance with these Executive Orders and laws.  This provision must be included in all sub-contracts/sub-awards issued under this agreement.

6.      The U.S. Government is opposed to prostitution and related activities, which are inherently harmful and dehumanizing, and contribute to the phenomenon of trafficking in persons.  None of the funds made available under this agreement may be used to promote, support, or advocate the legalization or practice of prostitution.  Nothing in the preceding sentence shall be construed to preclude assistance designed to ameliorate the suffering of, or health risks to, victims while they are being trafficked or after they are out of the situation that resulted from such victims being trafficked.  This provision shall be incorporated into all sub-agreements under this agreement.

7.      The Recipient shall use relevant Sphere Standards as the basis for design, implementation, and evaluation of all Bureau funded projects.

**Church World Service**                                           **SPRMCO24CA0009-A003**

8.      Branding and Marking Strategy.  Unless a waiver is issued in Section 14, the Recipient shall recognize the United States Government's funding for activities specified under this award at the project site with a graphic of the U.S. flag accompanied by one of the following two phrases based on the level of funding for the award:

Fully funded by the award: "Gift of the United States Government"

Partially funded by the award: "Funding provided by the United States Government"

PRM highly encourages the inclusion of recognition of funding through social media posts in proposals branding and marking strategy. Recipients should tag PRM's Twitter account @StatePRM and/or Facebook account @State.PRM (rather than using hashtags).  Additionally, the applicable U.S. Embassy should be tagged as well.

Updates of action taken to fulfill this requirement must be included in quarterly program reports to PRM.

All programs, projects, assistance, activities, and public communications to foreign audiences, partially or fully funded by the Department, should be marked appropriately overseas with the standard U.S. flag in a size and prominence equal to (or greater than) any other logo or identity. The requirement does not apply to the Recipient's own corporate communications or in the United States.

The Recipient should ensure that all publicity and promotional materials underscore the sponsorship by or partnership with the U.S. Government or the U.S. Embassy. The Recipient may continue to use existing logos or project materials; however, a standard rectangular U.S. flag must be used in conjunction with such logos.

Do not use the Department of State seal without the express written approval from PRM.

Sub non-Federal entities (sub-awardees) and subsequent tier sub-award agreements are subject to the marking requirements and the non-Federal entity shall include a provision in the sub non-Federal entity agreement indicating that the standard, rectangular U.S. flag is a requirement.

Exemptions from this requirement may be allowable but must be agreed to in writing by the Grants Officer.  Requests should be initiated with the Grants Officer and Grants Officer Representative. Waivers issued in Section 14 are applied only to the exemptions requested through the Recipient's proposal for funding and any subsequent negotiated revisions.

In the event the non-Federal entity does not comply with the marking requirements as established in the approved assistance agreement, the Grants Officer Representative and the Grants Officer must initiate corrective action with the non-Federal entity.

9.      Accord the Bureau and its authorized representatives the legally enforceable right to examine, audit and copy, at any reasonable time, all records in its possession pertaining to this agreement.

10.     Assist the Bureau, as appropriate, in evaluating the Recipient's performance under this agreement by facilitating access to all relevant systems and records and to all persons directly involved under this agreement.

11.     Assist, as requested, in obtaining and maintaining statistical and other information needed for the U.S. government to determine both the status of the program and the appropriate pool of applicants to be interviewed by U.S. government officials for possible admission to the United States.  All information collected on individual cases must be recorded in START, according to START processing guidance.  This case management system is maintained by PRM's Refugee Processing Center (RPC) in Arlington, Virginia.

12.     Utilize PRM-generated Common Data Models as the source of truth for reporting on the status of RSC cases and the throughput of the RSC pipeline.

13.     Unless otherwise directed for specific cases by PRM, prioritize processing for cases that have been in the USRAP pipeline the longest using the Post-U.S. Citizenship and Immigration Services (USCIS) Pipeline Dashboard Case-Level report in Tableau. As cases are pending processing with the International Organization for Migration (IOM), United Nations High Commissioner for Refugees (UNHCR), or USCIS beyond established guidelines, elevate these cases for the Refugee Coordinator and Program Officer for action, as well as raise them in the Post-USCIS Pipeline Management Partners Meeting, as relevant.

14.     As guidelines are adopted for case processing times between key USRAP steps, meet the guidelines or get approval by PRM (to include RPC, Program Officer, and Refugee Coordinator), on changes to the guidelines based on unique processing conditions.

12.     Maintain the confidentiality of case files and refugee data and follow the guidelines presented in the USRAP Integrity and Compliance Guide.  Government records, including data and information on refugees may not be used, disclosed, or disseminated, except in connection with the administration of the USRAP (in accordance with guidance in the Integrity and Compliance Guide) and only with the prior written consent of the Department of State.  All sharing of individual information is subject to the Privacy Act, 5 U.S.C. §552a, privacy policies of the Department of State and, for Special Immigrant Visas (SIV), Section 222(f) of the Immigration and Nationality Act (INA), 8 U.S.C.§ 1202(f).  In accordance with these laws and relevant implementing regulations, refugee records, information, and data originating from START may not be shared, disclosed, or disseminated without prior written consent of the Department of State, no matter whether those records, information, or data have been transferred into another database and/or de-identified.  Refugee data originating from the PRM refugee case processing system START may not be used for research purposes without the prior written consent of the Department of State.  The policies and regulations of other government agencies, including the U.S. Department of Health and Human Services (HHS) and U.S. Department of Homeland Security (DHS), do not replace or supersede

**Church World Service**                                    **SPRMCO24CA0009-A003**

the laws, regulations, and policies of the Department of State regarding restrictions on the sharing of refugee records, information, and data. PRM of the Department of State owns all data maintained in START except for information and records in START originating from and owned by another U.S. government agency, such as DHS.

13.    PRM Admissions Program Announcements and other formal communications, including emails, from PRM are for USRAP partner use only and are not for further or public distribution. Such information cannot be forwarded outside the recipient organization, including to subsidiaries, without prior written approval from PRM.

14.    Notify PRM and the Office of Inspector General (OIG) for the Department of State of all allegations of fraud or malfeasance within 24 hours of the allegation, consistent with 2 CFR §200.113, Department of State Standard Terms and Conditions, and the USRAP Integrity and Compliance Guide. Disclosures to the OIG should be sent through the OIG website: https://www.stateoig.gov/hotline.

15.    Interview, through interpreters if required, applicants to determine their family composition, flight history, and to obtain other relevant information needed by the Government to determine their eligibility for admission to the United States as refugees and by resettlement agencies in the United States to arrange appropriate placement for those who are approved for admission as refugees. Note: Interview data collection requirements are subject to change.

16.    Correspond, as necessary, with persons in the United States and other countries, with the offices of UNHCR, and with other referring agencies, to obtain additional information relating to the applicants' qualifications for admission to the United States.

17.    Verify, to the extent possible, information provided by and about applicants, making written records of all communications relating to such verification efforts and ensuring accuracy of information recorded in START and case files.

18.    Per START Processing Guides, and approved Local Standard Operating Procedures (SOPs), compile files and records for each applicant that accurately document all relevant information obtained from the applicant and others, and include all correspondence received or sent and records of all communications concerning the applicant, and do not deviate from START processing guidance without written approval from PRM's RPC.

19.    Perform such other information-gathering tasks as may be requested by appropriate Government officials to assist them in determining the admissibility of applicants to the United States.

20.    After this process of gathering and verifying information is complete, provide personnel to accompany or coordinate virtually for Government officials to interview the applicant to determine admissibility, based on review of the file and interview as determined by such officials.

**Church World Service**                                   **SPRMCO24CA0009-A003**

21.     Inform all applicants at the time the application process is initiated, and on other occasions as appropriate, of the importance of providing complete, accurate, and truthful information in connection with their applications for admission.

22.     Establish and document systems and procedures to mitigate and prevent fraud and malfeasance in accordance, at a minimum, with the Integrity and Compliance Guide.

23.     If the applicant is approved for admission as a refugee under the USRAP, complete out-processing requirements for the case, including arranging medical exams, obtaining sponsorship assurances, preparing travel packets in accordance with START processing guidance, and coordinating with IOM on travel arrangements.

24.     Provide Cultural Orientation, with appropriate language interpretation if needed, to refugees who have been approved for resettlement in accordance with guidelines developed in conjunction with the Cultural Orientation Technical Assistance provider and included in PRM Cultural Orientation guidance. Cultural orientation materials are available from the Cultural Orientation Resource Exchange (CORE) at https://coresourceexchange.org.  The cultural orientation training will at a minimum address the following subjects: a) Travel; b) Role of the Resettlement Agency; c) Housing; d) Health, e) Cultural Adjustment; f) Rights and Responsibilities; g) Employment; and h) Education.

25.     Perform other functions as requested by the Bureau to respond to emerging processing needs and supplement existing structures and resources with surge staff capacity to support processing in locations managed by different RSCs.

26.     Subject to the Freedom of Information Act, 5 U.S.C. §552, the Privacy Act, 5 U.S.C. §552a, other applicable federal records statutes and Department regulations (5 FAM 480 and 460, including 22 C.F.R. Part 171), and the USRAP Integrity and Compliance Guide, respond to inquiries from applicants, the public, the Congress, and other Government agencies who have a particular interest in applicants on whom files are maintained.

27.     Establish local SOPs only when absolutely necessary, ensuring compliance with USRAP policy guidance.  Receive written approval from PRM's RPC before instituting local SOPs that deviate from START Processing Guides.

28.     Remain in close contact with the RPC, cooperating fully and at all times to ensure that collected refugee information, the START system, and related equipment remains secure, functional, up to date, and in compliance with Department of State guidance.

29.     Treat all files on applicants as U.S. government records: create, maintain, protect, disclose, and dispose of such files and information therein only in accordance with the Freedom of Information Act, 5 U.S.C. 552, the Privacy Act, 5 U.S.C. 552a, other applicable federal records statutes and Department regulations (5 FAM 480 and 460, including 22 C.F.R. Part 171), the USRAP Integrity and Compliance Guide, and, for Special Immigrant Visas (SIV), Section 222(f) of the Immigration and Nationality Act (INA), 8 U.S.C.§ 1202(f), and inform all the Recipient personnel with access to such files and information of such laws and guidelines.

**Church World Service**                                    **SPRMCO24CA0009-A003**

30.     Make all information and records in its possession pertaining to applicants available upon request to the Bureau, the Refugee Coordinator, and relevant DHS, USCIS officers.

31.     Instruct all persons in positions funded under this agreement that they have a duty to ensure that all relevant information in their possession bearing on an applicant's eligibility for admission to the United States, including information bearing on the applicant's credibility, is made available to the U.S. government.

32.     Activities undertaken by the RSC must consider the needs of potentially vulnerable and underserved groups among the beneficiary population (such groups may include: women; children; adolescents; lesbian, gay, bisexual, transgender, or intersex (LGBTQI+) individuals; older persons; the sick; persons with disabilities; and members of minority communities).  Recipient must be able to demonstrate what steps have been taken to meet the specific and unique protection and assistance needs of these vulnerable groups effectively.

33.     Staffing

The Recipient shall appoint a Director and Deputy Director of the Resettlement Support Center (RSC Director and RSC Deputy Director) who shall be responsible for the day-to-day supervision of all persons employed by the Recipient in positions funded under this agreement and for the day-to-day management of the Recipient's operations under this agreement.

No person shall be assigned to the position of RSC Director or RSC Deputy Director funded under this agreement without prior consultation with and the express written approval of the Bureau.

The Recipient shall (1) require any newly appointed RSC Director and RSC Deputy Director funded under this agreement who is in the United States at the time of the appointment to consult with the Bureau prior to assuming his or her duties; and (2) inform the Bureau when the RSC Director and RSC Deputy Director funded under this agreement are on leave in the United States to determine if consultations with the Bureau are needed.  Consultation will be with such offices within the Bureau and the Department of State as the Bureau determines to be appropriate.

The Recipient shall maintain and provide, on request to the Admissions Office, including the Refugee Coordinator, with the current organizational chart and position descriptions for all positions funded under this agreement.

The Bureau may request that the Recipient investigate and promptly resolve any performance issue involving any person in a position funded under this agreement; in addition, the Bureau may require the Recipient to remove or reassign any person in any position funded under this agreement when the Bureau determines, after consultation with the Recipient, that the interests of the United States may be compromised unless such action is taken.

The Recipient shall ensure that a comprehensive security background check is performed on each staff member (both locally hired and international) prior to his/her

**Church World Service**                                              **SPRMCO24CA0009-A003**

employment under this cooperative agreement.  Previously hired employees shall have a security background check performed retroactively.  Should derogatory information be found in any reports, a copy of such report shall be submitted to the Refugee Coordinator at the appropriate U.S. Embassy for a final determination of approval for hiring.  Background checks must be renewed every three years.

The Bureau, at its discretion, may require that the RSC Director and RSC Deputy Director funded under this agreement obtain a Government security clearance for access to classified information.

34.      Manage the Africa Regional Deployment Unit to provide resettlement referral support to UNHCR in the region.  Priorities for deployments will be established in consultation with the Bureau.

b.  Prior Approval Requirements and Revision of Budget and Program Plans.  The Recipient must submit all requests for prior approvals and revisions required under this award in writing to the GO/GOR, before the project period end date indicated on form DS-1909. Final approval is subject to review and acceptance by the GO.  The transfer of funds among direct cost categories or programs, functions and activities for which the cumulative amount of such transfers exceeds or is expected to exceed 10 percent of the total approved budget (see 2 CFR 200.308(f)) requires prior approval by the GO by way of amendment.

c.  As applicable, the Recipient is required to initiate indirect cost rate negotiations with its cognizant Federal agency, within 30 days of the award date in order to obtain a **current** Negotiated Indirect Cost Rate Agreement (NICRA).  2 CFR 200 appendix IV Section C.2.c. requires that organizations that have previously established indirect cost rates must submit a new indirect cost proposal to the cognizant agency for indirect costs within six months after the close of each fiscal year.  Indirect costs under this award will only be considered allowable during the closeout process to the extent that pre-determined and/or final rates are established for the Recipient's fiscal years covered by the funding period of this award in a timely manner in accordance with applicable award provisions.

**The applicable NICRA(s) must be uploaded by the Recipient to the MyGrants website as a Post Award Task through https://mygrants.service-now.com within thirty (30) days from the date the Recipient countersigns an indirect cost rate agreement with its cognizant government agency that establishes final rates applicable to the validity period of this agreement.** The Recipient should log into the MyGrants website and access "Post-Award Activities" from the "Award/View Awards" record on the MyGrants homepage. At this screen, select the appropriate award and then create "New" "Post Award Activities" to plainly label the "Activity Name" as the Final NICRA and include the date of agreement as well as the award number. For example, the activity name would read "Final NICRA-YYYY/MM/DD-SPRMCOxxCA####". The Recipient must then upload and submit the NICRA as "New" "Attachment Details".

**C.  Additional Specific Provisions**

**Church World Service**                                    **SPRMCO24CA0009-A003**

1. Audits

   A copy of the appropriate audit or audits for activities specified by this cooperative agreement shall be uploaded by the Recipient to the MyGrants website within thirty (30) days of issuance. The Recipient should log into the MyGrants website and access "Post-Award Activities" from the "Award/View Awards" record on the MyGrants homepage. At this screen, select the appropriate award and then create "New" "Post Award Activities" to plainly label the "Activity Name" as the Audit Report and include the date of audit as well as the award number. For example, the activity name would read "Audit Report-YYYY/MM/DD-SPRMCOxxCA####". The Recipient must then upload and submit the audit report as "New" "Attachment Details".

## 16) SPECIFIC CONDITIONS:

## N/A



**January 5, 2024**

Alex Lehmberg and Annie Shinbach
Program Officers for Africa, Refugee Admissions
Bureau of Population, Refugees and Migration
U.S. Department of State
2025 E Street NW
Washington, DC 20522

Dear Ms. Lehmberg and Ms. Shinbach:

Please see attached revisions to CWS' FY 2024 RSC Africa budget documents, in response to BPRM's requests for removal of Call Center costs. This budget includes FY 2024 **Q2-Q4 expenses only**, for a total of **$69,326,681**. It reflects a decrease of $452,827 in proposed Q2-Q4 costs since the most recent version (submitted December 15, 2023).

Of note in relation to Call Center costs:

- 26 staff were initially budgeted for the Call Center, though only 19 are currently on payroll. Call Center staff positions will be made redundant as of 30 March 2024, allowing time for proper HR procedures.
- The majority of Call Center costs were budgeted for FY24 Q1, and the call center system had yet to be purchased. As such, no funds were spent in Q1.
- A new tab (titled "Current Changes") has been added to the budget spreadsheet, and outlines the Call Center personnel, fringe, equipment and indirect costs saved.

As ever, we appreciate the partnership of the Bureau of Population, Refugees, and Migration in service to refugees and look forward to continuing this work with you in FY24 and beyond. Should you have any questions, please do not hesitate to contact Catherine MacKay, Associate Director for Refugee Processing (+1.202.734.8239 or cmackay@cwsglobal.org) or Scott Muttersbaugh, Director, RSC Africa (+254.727.077.832 or SMuttersbaugh@CWSAfrica.org).

Sincerely,

Erol Kekic
Senior Vice President, Programs
Church World Service
Phone: +1.212.870.2153
Email: ekekic@cwsglobal.org

NEW YORK        NAIROBI        BANGKOK        BELGRADE        BUENOS AIRES

| | |
|---|---|
| **Report Title:** | SF 424 Details |
| **Run Date and Time:** | 2023-11-22 10:29:06 Eastern Standard Time |
| **Run by:** | Askar Salikhov |
| **Table name:** | u_domestic_sf_424 |

## SF 424

View Burden Statement:

false

Burden Statement:

SF-424 Form (4040-0004)

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 4040-0004. The time required to complete this information collection is estimated to average 1.1 hours per response, including the time to review instructions, search existing data resources, gather the data needed and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to:

U.S. Department of Health & Human Services, OS/OCIO/PRA

Attention: PRA Reports Clearance Officer

200 Independence Ave., S.W., Suite 537-H

Washington D.C., 20201

AgencyTotal ResponsesAverage Burden perResponse in HoursTotal BurdenDOC1732730/608664DOE985060/609850ED1023560/6010235EPA9098436392HHS116904.38651275SSA200020/60667USAID40015/60100USDA25356360/60253563DOI2201227/6010010DOD20660/60206DOL262030/601310DOJ1790030/608950DHS22360/60223Total357124391445

391445 total hrs. / 357124 = 1.1 hours per response

## 1. Type of Submission

Pre-application:

false

Application:

true

Changed/Correction Application:

false

## 2. Type of Application

New:

false

Continuation:

true

Revision:

false

If Revision, select appropriate letter(s):

Other (specify):

## 3. Date Received

Date Received:

2023-06-30

## 4. Applicant Identifier

Applicant Identifier:

## 5. Federal Identifier

5a. Federal Entity Identifier:

5b. Federal Award Identifier:

## 6. Date Received by State

Date Received by State:

## 7. State Application Identifier

State Application Identifier:

SAPP0075817

## 8. Applicant Information

8 a. Legal Name:

Church World Service Inc.

8 b. Employer/Taxpayer Identification Number (EIN/TIN):

8 c. Applicant UEI:

KNKPMDF9EUB8

Street 1:

475 Riverside Dr., Suite 700

Street 2:

County/Parish:

City:

New York

State:

New York

Province:

Country:

United States of America

Zip/Postal Code:

10115-0050

Division Name:

Department Name:

First Name:

Ariane

Middle Name:

Last Name:

Cartwright

Suffix:

Title:

Director, Business Development

Organizational Affiliation:

Telephone Number:

2024958885

Fax Number:

Email:

acartwright@cwsglobal.org

## 9. Type of Applicant

Type of Applicant 1: Select Applicant Type::

M: Nonprofit with 501c3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 2: Select Applicant Type::

Type of Applicant 3: Select Applicant Type::

## 10. Name of Federal Agency

Name of Federal Agency:

Department of State - Bureau of Population, Refugees and Migration

## 11. Federal Domestic Assistance

Assistance Listing Number:

19.510

Assistance Listing Program Title:

U.S. Refugee Admissions Program

## 12. Funding Opportunity Number

State Application Identifier Funding Opportunity:

SFOP0009766

State Application Identifier Public Opportunity Title:

FY 2024 Resettlement Support Center (RSC) Africa

## 13. Competition ID Number

Competition Identification Number:

Competition Title:

## 14. Areas Affected by Project

Areas Affected by Project (Cities, Countries, States, etc.):

## 15. Project Title

Descriptive Title of Applicant's Project:

FY 2024 Resettlement Support Center (RSC) Africa

## 16. Congressional Districts

a. Congressional District of Applicant:

NY-010

b. Congressional District of Program/Project:

70

## 17. Proposed Project Period

| a. Start Date: | 2023-10-01 | b. End Date: | 2024-09-30 |
|---|---|---|---|

## 18. Estimated Funding

| a. Federal: | $(USD)113,219,838.00 | b. Applicant: | $(USD)0.00 |
|---|---|---|---|
| c. State: | $(USD)0.00 | d. Local: | $(USD)0.00 |
| e. Other: | $(USD)0.00 | f. Program Income: | $(USD)0.00 |
| | | g. Total: | $(USD)113,219,838.00 |

## 19. Exec Order 12372

| Exec Order 12372: | c. Program is not covered by E.O. 12372. | For review on: | |
|---|---|---|---|

## 20. Federal Debt Delinquency

Is the applicant delinquent on any Federal Debt?:

No

Please provide an explanation and an attachment.:

## 21. Terms and Conditions

Agreement:

*By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 218, Section 1001)

**I Agree:

true

Terms:

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

Authorizing Official Representative:

Ariane Cartwright

Prefix:

First Name:

Ariane

Middle Name:

| Last Name: | |
| --- | --- |
| Cartwright | |
| Suffix: | |
| | |
| Title: | |
| Director, Business Development | |
| Fax Number: | |
| | |
| Telephone Number: | |
| 2024958885 | |
| Email: | |
| acartwright@cwsglobal.org | |

## Signature Information

| Signature of Authorized Representative: | Ariane Cartwright | Date Signed: | 2023-06-30 |
| --- | --- | --- | --- |

## Privacy Act Statement

Privacy Act Statement:

AUTHORITIES: The information
requested on this form is solicited under the authority of OMB    2 CFR 200 Omni (Circular Grants Reform),
Digital Accountability and Transparency Act of 2014, Public Law 113-101,
Federal Grant and Cooperative Agreement Act, Public Law 95-224, Foreign
Assistance Act (22 U.S.C. 2151 et seq.), Arms Export Control Act (22 U.S.C.
2751 et seq.), Migration and Refugee Assistance Act (22 U.S.C. 2601 et seq.),
Department of State, Foreign Operations, and Related Programs Appropriations
Act (Div. K, Pub. L. 116-260), United States Information and Educational
Exchange Act of 1948 ((22 U.S.C. 1431 et seq.), Mutual Educational and Cultural
Exchange Act of 1961 (22 U.S.C. 2451 et seq.), and Section 1287 of the National
Defense Authorization Act for Fiscal Year 2017 (as amended by section 1284 of
the National Defense Authorization Act for Fiscal Year 2019).


PURPOSE: The information
gathered in myGrants is used to support the
end-to-end federal assistance planning, pre-award, award, post-award, and
closeout processes within the Department of State.  The information will be used to issue and
monitor federal assistance to the recipients of the award.


ROUTINE USES: Information in myGrants is not shared outside of the State Department.
More information on the Routine Uses for the system can be found in System of
Records Notice, State-70 Integrated Logistics Management System Records.



DISCLOSURE: Submission of this
information is voluntary. By doing so, you give the Department permission to
use the information for the stated purpose detailed above. However, failure to
provide the requested information may impede, delay, or prevent federal
assistance operations.

**CWS**

**Proposal Narrative**

Church World Service (CWS) is pleased to submit a proposal in response to the U.S. Department of State, Bureau of Population, Refugees, and Migration (PRM) FY2024 Directed Announcement for Resettlement Support Center (RSC) Africa (SFOP0009766). In FY24, CWS proposes to leverage its 75+ years of refugee resettlement experience and over 30 years of refugee processing experience to provide cost-effective and equitable processing of 40,000 refugee departures from sub-Saharan Africa with the capacity to flex as indicated in the FY24 strategy. This proposal outlines CWS' preparedness to adjust allocation numbers as needed and to develop the capacity to reach higher anticipated refugee arrivals over the next 9-month period. Understanding that the award level will be made, in part, based on funding availability, CWS is prepared to adjust this proposal and the corresponding $69,326,681 budget for Q2-Q4, if necessary, during FY24.

1.    Organizational Structure and Management

_Meeting Expectations Outlined in Section 1_: (a) In FY24, CWS will continue to provide regional refugee processing services for all USRAP applicants regardless of nationality, religion, gender, sexual orientation, political opinion, race, or ethnicity. This commitment is in line with CWS' policies and procedures designed to ensure programmatic equity, including the Code of Conduct, Accountability to Affected Populations, Child Safeguarding, and Anti-Human Trafficking Policies, as well as the Standard Operating Procedures (SOPs) that govern CWS' longstanding refugee processing work. CWS also prohibits proselytizing in its activities and ensures that its services are available to all individuals and communities in need, regardless of their faith. In line with PRM policy, CWS works closely with PRM Refugee Coordinators and USRAP partners to ensure that refugees are processed according to their PRM-determined urgency code, submission date, and all relevant USRAP policies and procedures. CWS has developed a robust capacity to analyze and interpret USRAP pipeline data, working closely with PRM, the Refugee Processing Center (RPC), and UNHCR to understand case processing trends and identify potential inequities in processing timelines.

CWS will begin FY24 with on-the-ground processing capacity in the primary RSC Africa office in Nairobi, Kenya, and country offices in Kasulu, Tanzania; Pretoria, South Africa; Kampala, Uganda and Kigali, Rwanda. This will help reduce costs by bringing core processing capacity closer to sizable refugee populations and increasing the flexibility and adaptability of the RSC Africa operation to respond to changing priorities and circumstances. Additionally, CWS will implement field offices in other locations within Rwanda and Uganda to increase service delivery and reduce operational costs.

(b) CWS will continue collaborating equitably with all domestic Resettlement Agencies (RAs) in FY24 and share information according to USRAP Processing Guides. CWS responds to case status inquiries within five business days through its Correspondence Unit and designated partner mailboxes. Specialized units address other processing-specific inquiries within the Case Processing Department (e.g., family reunification, protection, or assurance-related inquiries).

(c) In FY17, CWS developed the first dedicated capacity at an RSC focused on protecting vulnerable populations (unaccompanied minors, cases with urgent protection or medical needs, and others). In FY24, the Protection team – which will form part of a newly named Special Caseloads unit – will continue to ensure that activities undertaken by the RSC effectively consider the specific and unique protection and assistance needs of potentially vulnerable and underserved groups and provide them with dedicated case management to shepherd them through the USRAP process. The beneficiary population in sub-Saharan Africa includes women and children; lesbian, gay, bisexual, transgender, or intersex (LGBTI) individuals; older persons; and persons with medical conditions and/or disabilities. CWS' expertise in this area is undergirded by its experience serving vulnerable and marginalized communities worldwide, including in Africa and other contexts of displacement and disaster. CWS' privately funded Safe Space Program, implemented as part of CWS Relief, Development, and Protection (RDP) programs in sub-Saharan Africa, for example, serves LGBTI refugees in Kenya and South Africa, and Safe Space Program staff act as an in-house resource to RSC Africa staff on LGBTI-sensitive interviewing techniques and other relevant topics.

(d) Finally, in FY24, CWS Africa will leverage its well-established system security posture to protect refugee data across all RSC Africa activities. CWS' security posture is rooted in anticipating, preventing, and responding to cybersecurity and other threats and is constantly adapted to respond to new potential vulnerabilities.

In compliance with the *START Equipment & Software Requirements* attachment to the FY24 directed announcement, CWS Africa:

- Has the required personnel for a Systems Solutions Champion, Data Integrity (Reporting) unit, and Information Security unit to maintain and monitor system security requirements.
- Complies with the specified server room equipment models, power, telecommunication, and software requirements.
- Adopted the National Institute of Standards and Technology (NIST) Information Systems security framework from FY20 and has provided required reports to the RPC, creating staff security awareness using KnowBe4 and adhering to other NIST requirements. In FY23 Q3, RPC conducted an independent external NIST Audit of CWS Africa that will allow CWS to correct any identified deficiencies.
- Works continuously to manage and strengthen the existing security framework, using documented policies and systems to enforce, manage, and monitor security controls.

<u>*Organizational Structure and Headquarters Staffing*</u>: CWS is headquartered in New York, with regional operations in Africa, Asia, Europe and the Middle East, Latin America and the Caribbean, and North America. RSC Africa is part of CWS' Programs department, which includes refugee processing, resettlement, and all CWS Africa programs. CWS Programs is supported by a cross-

functional and cost-effective set of shared services units, including human resources, information technology, operations, security, finance, communications, business development, and policy and advocacy. This headquarters structure leverages the economies of scale of a multiservice global agency and assists CWS in implementing and overseeing RSC Africa effectively and efficiently.

CWS Programs is led by the Senior Vice President, Programs, and a core leadership team who combined have over 70 years of experience with the USRAP, including RSC and refugee processing experience. The program's leadership structure is designed to ensure both cost-effectiveness and strong management and program delivery. Since 1946, CWS programs have assisted over 885,000 refugees and SIVs to start new lives in the United States (U.S.).

In FY24, the CWS Regional Representative for Africa, who oversees all CWS Africa programming, will provide day-to-day supervision of the RSC Director and report to the Vice President, Programs. Twelve headquarters staff (5.6 FTE) will be assigned to oversee RSC Africa, including the Vice President, Programs; Associate Director, Refugee Processing; Director, Program Compliance; Senior Director, Global Operations; and Associate Director, International Security. *See attached the Key Personnel document* for information on the key personnel at CWS headquarters and RSC Africa who will implement the program in FY24.

*RSC Staffing Patterns*:

Below is a breakdown of the FTE and headcount for each office for both Programs and Admin staff.

| Country | Program | Admin | Total FTE | Total Headcount |
|---------|---------|-------|-----------|-----------------|
| Kenya | 470 | 123 | 593 | 808 |
| Tanzania | 57 | 19 | 76 | 102 |
| South Africa | 73 | 25 | 97 | 130 |
| Uganda | 44 | 22 | 67 | 93 |
| Rwanda | 28 | 21 | 49 | 70 |
| HQ | 2 | 2 | 4 | 11 |
| Totals | 674 | 212 | 888 | **1,214** |

Of the total headcount, 11 will be headquarters-based staff (0.9%), 86~~89~~ (7.08~~7.4~~%) will be international hires, while 1,118, (92.09~~92.6~~% percent) will be local hires.

CWS is developing a more robust regional structure with additional strategic management roles in FY24. RSC Africa will be reorganized based on a country/regional division rather than by processing stage, so as to be less siloed, more responsive to specific country contexts, and better capacitated to manage country/sub-regional pipelines holistically. The average proposed staff-



to-supervisor ratio will remain at 8:1. To process and depart the proposed number of refugees in FY24, the following workflow calculations and FTE are proposed:

| Processing Function | Workflow Calculations (Projected Annual Output) | FTE | |
|---|---|---|---|
| | | FY23 | FY24 Proposed |
| Case Intake | 3,015 individuals/Case Processing Assistant (CPA) FTE | 154 | 135 |
| Scheduling | 6,030 individuals/CPA FTE | | |
| Namechecks | 56,280 individuals/CPA FTE | | |
| USCIS Admin | 2,412 individuals/CPA FTE | | |
| Medicals/Assurance | 15,477 individuals/CPA FTE | | |
| Travel Processing | 8,040 individuals/CPA FTE | | |
| Protection | 21 FTE assigned to projected caseload of 8,000 individuals (approx. 10% increase in the pipeline from FY23 to FY24) | 17 | 21 |
| Refugee/Partner Correspondence | 4,623 inquiry responses and case updates/Senior CPA FTE | 33 | 41 |
| Prescreening | 312 Prescreening interviews/S/CW FTE (P1 cases)  208 Prescreening interviews/S/CW (other Priorities) | 218.25 | 325* |
| Adjudication | 950 individuals adjudicated/S/CW FTE (* Budgeted CW and SCW FTE will be assigned to both prescreening, adjudications, and other support activities) | 129.75 | |
| Cultural Orientation | 630 individuals trained/Trainer and Senior Trainer FTE | 76 | 83 |

Also proposed to ensure the successful operation of RSC Africa activities in FY24 are:

- Increase in management and supervisory FTE, proportionate to increased projected activity in RSC regional and country operations
- Splitting of the Deputy Director, Programs position into two FTE: Deputy Director, Program Implementation and Deputy Director, Program Development and Quality
- Restructuring the Kenya multi-country operations with four Associate Director FTE: two overseeing Programs in specific processing countries based on PRM coverage areas, one overseeing Program Compliance, and one overseeing Strategic Planning
- Six additional FTE in the Senior Manager role
- Four additional FTE in the Special Caseloads (formerly Protection) Unit; one Senior Manager, two Supervisors, and one additional Specialist to focus on Welcome Corps
- Splitting of Deputy Director, Administration position into 3 FTEs: Director of Finance and Operations will oversee Finance, Procurement, Property, Logistics, and Office Management, Director of IT to oversee the IT operations and IT security and Human Resources Director
- Adding one FTE - Senior Manager, Information Security
- Adding one FTE – Grants, Award, and Compliance Manager

*Local and Headquarters Management and Oversight Policies*: Strong management and oversight policies and practices are vital to the success of RSC Africa. In FY24, CWS local management and oversight will be led by the RSC Director and the RSC Africa Leadership Team, which consists of staff in mid- and upper-level management roles across the operation. Led by the RSC Director, this team monitors the implementation of RSC Africa activities, ensures consistency with local management and oversight policies, and contributes to the overall governance of the operation. The CWS Africa Senior Management Team (SMT) will provide further management and oversight, including ensuring RSC Africa programming and administration is compliant with CWS global policies and procedures, CWS' duty of care to RSC Africa staff is met, and that the work environment is conducive to implementing programming safely and efficiently.   The CWS Regional Representative for Africa; RSC Director; Deputy Director, Administration; Deputy Director, Program Implementation; and Deputy Director, Program Development and Quality are the RSC Africa SMT members.

In all divisions, management, and supervisory staff will continue to review and monitor program implementation to verify that all SOPs established by PRM, the RPC, USCIS, and other USRAP partners are strictly followed. Compliance with CWS finance, human resources, IT, and other administrative policies will also be monitored. Within the Programs Division, the Senior Program Team (SPT) will review and monitor all processing activity to ensure compliance with established policies and procedures. Finally, the Compliance Division will provide RSC Africa-wide oversight at the direction of the RSC Deputy Director, Program Development & Quality; SMT, Leadership Team, and SPT in FY24, as noted in *Section 5 below*.

CWS headquarters will monitor and evaluate RSC Africa's performance in FY24 to ensure that it achieves anticipated goals and outcomes, is cost-effective, and complies with the Cooperative

Agreement, Integrity & Compliance Guide, and all relevant federal regulations. The Associate Director for Refugee Processing will serve as the primary point of contact between CWS and PRM regarding RSC Africa and the CWS headquarters focal point for RSC Africa monitoring and oversight.

The headquarters-based Director, Program Compliance will provide technical assistance on federal regulations and work closely with CWS financial and program compliance staff. Formal on-site and/or remote monitoring of RSC Africa will be conducted at least once per year by the Associate Director, Refugee Processing, with oversight from the Vice President, Programs. The Director, Program Compliance will also conduct at least one monitoring visit to RSC Africa each fiscal year, and the Vice President, Programs will visit once annually to provide program oversight. Ongoing monitoring will occur through regular communication between CWS headquarters and RSC staff; periodic attendance of headquarters staff at RSC management and USRAP partner meetings; weekly and monthly desk reviews of RSC statistical and programmatic reports; monthly financial reports; and audit reviews (including OMB A-133 Audit Report). In FY23, CWS Africa hired an Internal Auditor, reporting to the Regional Representative, who operates independently of the RSC program and will provide additional audit support.

_Acknowledgment of PRM funding_: CWS will continue to acknowledge PRM funding throughout RSC Africa operations in FY24 by adhering to Cooperative Agreement requirements and branding guidelines.

## 2.  Processing

In FY24, CWS will leverage its over 30 years of refugee processing experience in Africa to handle caseload processing and meet the program objectives and requirements outlined in this proposal. CWS will also maintain its proven ability to adapt quickly to changing requirements and operational contexts at every stage of processing.

_Refugee Processing Caseload:_ CWS is prepared to serve the Administration's goal to admit up to 125,000 refugees in FY24 by planning to depart 40,000-45,000 refugees from sub-Saharan Africa. CWS has the capacity to adjust and flex per the FY24 strategy if the target goes beyond this initial level, and will work with PRM to adjust allocation numbers, FY24 workplans and budget.

Achieving this ambitious initial target of 40,000-45,000 and preparing for further potential growth in FY25 and beyond will require continued concerted efforts by all USRAP partners, including significant financial investment by PRM across sub-Saharan Africa. In FY23, CWS has worked successfully with USRAP partners to address some of its processing barriers, but additional coordinated efforts will be required in order to capitalize on the gains made, fully streamline the pipeline, and bring a large backlog of cases to a terminal state.

CWS' 2020 proposal included estimated departure targets at 55,000 for FY24. In agreement with PRM, CWS began hiring towards these figures. With recent direction from PRM to plan for 40,000 – 45,000 departures in the short- and medium-term, this revised budget demonstrates a slowing

down of our ambitious growth to better reflect the current direction from PRM. While we are increasing headcount in a few key areas, we have decreased overall headcount among key frontline staff in Kenya to slow our Pre-screening momentum to match likely targets in the coming years. In order to continue our goal of processing close to refugees to save precious resources, we have kept key field staff positions in country offices.

Several issues, including the COVID-19 pandemic, the Ebola outbreak in Uganda, and security concerns in some countries, made accessing refugees challenging, leading to slower processing and increased program costs.

CWS has demonstrated its ability to adapt quickly to new program requirements and pandemic constraints and has implemented creative and successful measures to ensure continuity in resettlement processing. In FY23, CWS implemented USRAP-wide and RSC Africa-specific efficiencies to process cases faster, significantly increasing departures (by the of end April 2023, CWS had surpassed its FY22 departures numbers of 9,247 individuals). An example of the processing efficiencies is the elimination of the Case History form for P-1 cases submitted by UNHCR, which allowed staff in most locations to increase their output from 2 to 3 pre-screening interviews per day. RSC Africa has also been involved in several pilot projects – including the post-CIS pipeline project, Welcome Corps, and Concurrent Processing – that have served to increase our processing efficiency. CWS has focused on conducting more virtual prescreening interviews in locations with small caseloads, including piloting such interviews in hard-to-reach locations – such as Eastern Chad – in refugee camps, with UNHCR support. We also supported virtual adjudication interviews for eligible cases in locations where USCIS does not frequent, with a particular focus on expedite cases. As further processing efficiencies are rolled out, and as internet infrastructure is added to more – and more remote - locations, we plan to increase our capacity for virtual processing in FY24. In addition, in FY23 Q3, CWS piloted paper light processing involving the collection of electronic signatures at pre-screening, which resulted in no file movement to interview locations. This eliminated costs associated with file transport, as well as the risk of sensitive refugee data being compromised, and has set us up well to transition to fully paper light processing and eventual virtual travel packets.

*Program Objectives and Indicators:* CWS will strive to meet all RSC Africa objectives and indicators in FY24. This includes indicators newly introduced by PRM as well as the additional outcome-based indicators proposed by CWS for each of the four objectives related to cultural orientation, scheduling, coordination of medicals and departures with the International Organization for Migration (IOM), understanding of the Integrity and Compliance Guide, training, and refugee communication. ***See Attachment B*** for CWS' proposed FY24 objectives and indicators.

*Program Requirements:* To depart 40,000-45,000 refugees from sub-Saharan Africa in FY24, CWS will conduct pre-screening interviews, support USCIS adjudication interviews, provide cultural orientation training to adults and children, request and maintain valid security check statuses per relevant guidelines, facilitate RA and Welcome Corps assurances, and coordinate with USRAP partners, including IOM for medical examinations and travel bookings for refugees residing in 49

countries across the continent. CWS will also maintain refugee case files, use the START database per established procedures, prepare travel packets, and ensure the confidentiality of refugee data throughout all RSC Africa activity. In addition, CWS will continue to support UNHCR and other referring agencies' capacity to submit referrals and respond to deferrals through Africa Regional Deployment Unit (ARDU) deployments.  Its nimble and cost-effective model will enable CWS to balance flexibility and predictability in refugee processing activity and ensure the high-quality and efficient operation of RSC Africa in service of the Administration's goals.

The number of pre-screenings, adjudications, and cultural orientation trainings proposed herein have been determined based on CWS' extensive knowledge of processing timelines and results in sub-Saharan Africa and the number of cases currently in the RSC Africa pipeline at various processing stages. The current pipeline (as of October 2023) includes approximately 87,000 individuals pending adjudication by USCIS (both those pending pre-screening and already pre-screened) and 36,000 individuals approved by USCIS and at various stages of out-processing. In FY24, CWS anticipates completing prescreening interviews for approximately 51,000 individuals and supporting adjudication interviews for 37,000 individuals as indicated in the FY24 strategy with the capacity to flex to approximately 44,500 adjudication interviews.  It is anticipated that program enhancements and additional focus on the post-CIS caseload will enable quicker movement from adjudication to departure for those cases adjudicated in FY24, as well as additional departures from among long staying post-CIS cases, which will allow us to meet the 40,000-departure target despite fewer adjudications. If this level of adjudication is not possible due to USCIS operational constraints, CWS will revise its pre-screening, cultural orientation, and departure projections accordingly. The ability of USCIS to address post-USCIS cases requiring additional action and of UNHCR to address deferrals in a timely manner could challenge CWS' ability to achieve these ambitious departure projections. A further constraint is a variation in local contexts, including exit clearance procedures and other government policies, in countries of asylum in sub-Saharan Africa. CWS has proven experience working adeptly amid this complexity and will continue to provide country-level pipeline analysis to promote departures. However, processing interruptions may occur due to unavoidable circumstances such as extreme weather events, political insecurity, or other complications.

CWS will work closely with the Refugee Coordinators and PRM Program Officer to ensure all USRAP partners understand the required timelines for their processing activity, maintain accurate departure projections, and remain available to adapt plans and projections throughout the year.

CWS will continue to provide refugee processing services in FY24 in accordance with the USRAP Processing Guides and other relevant USG policies and guidance. All required information will be entered into START in a timely manner in adherence to established policies.

Additional information on CWS' proposed approach to meeting program requirements at each stage of resettlement processing includes:

**Case Acceptance and Creation** – In FY24, CWS will continue receiving all submissions via encrypted email for NGO P1 cases or by direct upload from RPC for all UNHCR P1, P2, and P3 cases. Follow-to-join (FTJ) cases for Kenya, Uganda, and Burundi will be received through the office of the USCIS Field Office Director. CWS will continue working closely with the PRM Refugee Coordinators to coordinate case authorizations, ensuring that cases only begin processing after receiving PRM authorization. CWS will rely on its strong working relationships with UNHCR regional and country offices to share and receive information on submission targets in coordination with PRM. CWS is also prepared to adapt quickly to possible new caseloads or processing categories, such as new nationalities or P2 groups, and will continue to support the pilot of the P4 private sponsorship category.

**Pre-screening –** CWS will schedule cases for pre-screening interviews and casework in FY24 according to the PRM-determined urgency code (i.e., expedite status) and submission date. Additionally – with the exception of post-CIS cases with a Security Vetting status of Completed Failure (NCL) - CWS will complete all remaining data-collection interviews for cases already in the pipeline in FY24, to ensure the accuracy of cases that have already been pre-screened but have yet to proceed to adjudication. Once given the go-ahead, we will also complete data-collection for post-CIS NCL cases and expect we could complete these within a year. New cases will be scheduled and interviewed to capture all relevant information, screen each potential applicant to determine eligibility for interview by USCIS under the processing priorities established for the applicant's nationality and prepare the case file for adjudication. To work towards greater processing efficiency and decrease redundancies in the process, CWS finalized the phase-out of its two-step pre-screening interview system in FY23 in favor of one pre-screening interview paired with a more robust case review ahead of USCIS interviews. During the pre-screening interview, CWS staff will gather all relevant information about the case and enter data into START. Once case information is confirmed to be correct, using validation checks and Quality Control (QC) reports, initial security checks will be requested. Eliminating a second interview/paper QC at pre-screening and making pre-CIS reviews more robust requires fewer staff for pre-screening interviews while at the same time reducing the risk of human error and fraud or malfeasance by ensuring that multiple staff continue to review each case file and have face-to-face interaction with refugee applicants when additional information or clarification is needed. In FY23, CWS implemented Program Announcement 2023-RSC-02 to eliminate the Case History form for P1 cases referred by UNHCR. This policy change led to faster completion of P1 interviews and more time to complete other pending field actions.

CWS continues to contribute to discussions around increased processing efficiency as coordinated by the Resettlement Coordination Centre (RCC) and US Digital Services (USDS) and stands ready to implement changes as directed. Per program requirements, CWS will also conduct AOR screening for P3 applicants and facilitate DNA testing when required. Well-trained and monitored interpreters will provide interpretation services during pre-screening interviews when required.

**Adjudications –** In FY24, CWS will coordinate closely with PRM, USCIS, and USRAP partners to schedule applicants for USCIS interviews according to urgency code, submission date, and USCIS availability. CWS will assist USCIS in planning adjudication missions and will accompany USCIS officers on missions throughout the region. Since 2012, CWS has maintained a dedicated team of staff solely responsible for coordinating with USCIS on adjudications and post-USCIS case review. These staff are cross trained in other processing activities to promote flexibility and cost-effectiveness.

In FY24, CWS will continue conducting virtual pre-screening interviews and provide support to virtual USCIS interviews. This will increase efficiency in processing applicants in low-volume locations that RSC and USCIS do not frequent. RSC stands ready to support a greater increase in virtual USCIS interviews, if USCIS requirements allow for more cases to be eligible for such processing. RSC Africa remains willing to support in the fingerprint collection and applicant verification, as changing policies may allow.

As has worked well in several locations in FY23, ARDU will increase its CR support deployments to address deferrals in real time in locations where this is feasible. This will enable quicker case resolution and decrease the number of cases that are delayed in moving to the next step in processing.

**Security Checks & Post-Adjudication Case Processing –** In order to depart 40,000 refugees in FY24 and sustain continued growth, CWS will continue to ensure that all necessary security checks are requested and remain in a valid status for travel per the USRAP Processing Guides. Also, per established policies, CWS will assist refugees in completing all post-adjudication processes, including scanning documents, coordinating with RPC to obtain sponsorship assurances, coordinating the scheduling and receipt of medical examinations with IOM, preparing travel packets, and working with IOM on travel arrangements and bookings. Throughout these processes, CWS will continue to analyze cases and pipeline data to align security check clearances, medical clearances, exit permit timelines, and assurance statuses to ensure that refugees can depart as swiftly as possible. CWS has in the past succeeded at departing more refugees than initially projected and will leverage this expertise in FY24 to adapt quickly to any further program and processing changes.

In FY23, CWS, in collaboration with the RPC, USCIS, PRM, and IOM, embarked on a pilot project to review its post-CIS caseload to maximize departures by focusing on cases received in FY18 and before. As of mid-October 2023, 61% of cases submitted in FY2018 and before have moved forward in the pipeline, 24% have transitioned to a terminal status (Stateside – 20% and Closed/inactive - 4%). CWS will continue this review in FY24.

**Cultural Orientation –** In FY24, CWS will provide cultural orientation to approved refugees per PRM guidelines. CWS's cultural orientation curriculum uses materials and resources developed by the Cultural Orientation Resource Exchange (CORE) and supplemental materials developed by CWS to facilitate effective learning and covers all PRM-required topics and topics relevant

specifically to refugee caseloads in sub-Saharan Africa. Other information on CWS' proposed FY24 cultural orientation activity is included in *Section 3 below*.

**Africa Regional Deployment Unit (ARDU) –** In FY24, the ARDU team will consist of 53 staff members.  The focus of ARDU will remain as a support function to the USRAP based on the needs of the program and pipeline.  This will include responding to UNHCR deferrals, supporting RSC and CIS circuit rides from a UNHCR field office, assisting with PRM hold caseloads like potential fraud investigations and registration, profiling and submissions as needed.

*Communication Strategy:* CWS views refugees as active partners in their resettlement processes. In FY24, CWS will continue implementing a comprehensive communication strategy for disseminating information to refugees in the RSC Africa pipeline that adheres to privacy and confidentiality guidelines and equips applicants with a solid understanding of resettlement processing and the USRAP. This strategy is also designed to achieve outcomes and indicators associated with Objective 4 of the RSC Objectives and Indicators in *Attachment B*.

Several RSC units will play a role in implementing and monitoring this communication strategy in FY24. In addition to ensuring all materials comply with PRM branding guidelines, the Public Information Unit will create refugee information materials, conduct outreach to refugee communities across sub-Saharan Africa, and design and implement refugee satisfaction surveys. The Correspondence Units will continue to have primary responsibility for providing case status responses to inquiring USRAP applicants, authorized third parties, U.S. ties and beneficiaries, USRAP partners (UNHCR, IOM, RAs, and USCIS), members of Congress, and attorneys in line with the PRM USRAP Integrity and Compliance Guide (ICG). Other RSC Programs units will interact directly with refugees and/or respond to partner inquiries on aspects of case processing (e.g., communication with RAs and Community Sponsorship Hub (CSH) on assurances and with IOM on medicals and travel bookings). CWS will also provide information and training to UNHCR and other USRAP partners working directly with refugees to build their capacity to provide information about USRAP to refugees in their contexts. In FY24, CWS will continue to respond promptly to PRM inquiries about specific cases via a dedicated PRM Inquiries email address in use since 2011. All emails received via this dedicated inbox are responded to within 24 hours and archived for future reference. In addition, CWS will maintain regular communication via phone, email, and in-person meetings with PRM Refugee Coordinators and PRM Admissions.

CWS will utilize several communication channels with refugees in FY24, including face-to-face interaction; print materials provided in the refugee's native language;  the *MyCase* website; email, letter, SMS, WhatsApp Services correspondence; and refugee satisfaction surveys. Additional information about each of these methods follows:

**Face-to-face interaction:** Most commonly, refugees' first face-to-face interaction with CWS and RSC Africa will be during the pre-screening interview, when casework staff explains refugee resettlement, the USRAP, key processing steps, the role of CWS, RSC Africa, UNHCR, USCIS, and refugees themselves, and other policies and procedures.

**Print materials:** CWS will provide various visual print materials (addressing low literacy rates for sub-Saharan USRAP applicants) to refugees throughout their resettlement process in various translated native languages, to help them understand and retain key information about the USRAP.

*MyCase* **website:** Created by CWS in FY14, the *MyCase* website is a user-friendly alternative to email communication, which allows those refugees with valid login information (provided to applicants during pre-screening interviews) access to basic, up-to-date case status information in the eight main processing languages in sub-Saharan Africa as well as English. The website also includes access to refugee posters, links to refugee videos, key messaging reminders on fraud, and instructions on how to share case composition changes with RSC Africa.

**Email, letter, and SMS correspondence:** In CWS' experience, the second most common method of communication with refugees (after in-person interaction) is email correspondence. CWS proposes maintaining its current policy of responding to refugee email inquiries through its dedicated email inbox within 14 business days. CWS will also continue to utilize bulk text (SMS) messaging in FY24 to communicate with applicants en masse per the USRAP ICG. CWS has successfully utilized SMS communication within RSC Africa operations since FY15.

**Refugee satisfaction surveys:** Finally, CWS will continue to receive feedback from refugees via satisfaction surveys administered at various processing stages. Additional information on CWS' plans for soliciting and incorporating refugee feedback into RSC programming is included in Section 7 below.

## 3.  Cultural Orientation

In FY24, CWS proposes to provide Cultural Orientation (CO) training to 95% or more of the eligible adult, child, and youth refugees projected for departure from across sub-Saharan Africa. CWS proposes a combination of in-person CO instruction and remote/virtual (video and telephonic) training in FY24. Regardless of the instruction method, CWS will deliver all CO training per the PRM CO guidelines and other materials developed by the current CO technical assistance provider, CORE.

*Incorporating PRM CO Guidelines and CORE resources:* PRM CO Guidelines, including 50 objectives and 90 indicators for the standard curriculum, as well as technical assistance and materials developed by CORE, are incorporated into all CWS CO curricula.

Adult CO will be conducted for refugees aged 18 years and older, Youth CO for those 12 to 17 years, and Child CO for applicants 6 to 11 years in all locations. Unaccompanied Refugee Minors (URMs) will receive URM Cultural Orientation for two days. Somali Youth applicants aged 15 to 26 years will be given specialized training supplementing the Standard Adult Curriculum. Through its Curriculum Development and Evaluation Unit (CDEU), under the oversight of the Senior Manager, Monitoring, Evaluation, Accountability, and Learning (MEAL), CWS will develop

CWS

curricula and monitor and evaluate its cultural orientation activities. A post-training assessment will continue to evaluate the applicant's understanding of the PRM objectives.

## 4.   Coordination with Stakeholders

CWS will coordinate closely in FY24 on USRAP operational matters with UNHCR, IOM, PRM, U.S. Embassies, and other USRAP partners involved in referring and resettling refugees to the U.S. from sub-Saharan Africa. Communication will occur through in-person and virtual meetings, phone, and email. CWS will continue to host monthly USRAP partner meetings in each office location and/or virtually. Dedicated group email inboxes will continue to be used in FY24 to communicate with partners on the various aspects of resettlement processing. These mailboxes allow partners to email one address and receive a prompt response, regardless of staffing changes and absences, and create an archive of communications for continuity and future reference. In FY24, CWS will continue to produce and share regular statistical and pipeline reports with key USRAP partners as required to facilitate effective case processing in line with PRM guidelines.

With **UNHCR and other referring agencies** (currently RefugePoint and HIAS), CWS will closely monitor progress toward FY24 submission targets agreed upon with PRM. Detailed monthly holds reports highlighting any pending information required from UNHCR and other referring agencies will be shared. In addition, CWS will continue sharing the priority listing reports on a weekly basis with UNHCR and other referring agencies for post-CIS cases that may depart once the hold reasons are resolved.  CWS will host bi-annual virtual meetings to discuss the status of deferrals (i.e., cases on hold pending UNHCR or referring agency response) with UNHCR country offices together with PRM Refugee Coordinators. Close coordination with UNHCR will continue before, during, and after circuit rides, and regular meetings to discuss ARDU requests and deployments will also continue in FY24. In addition to this routine field-based communication, CWS headquarters staff will liaise as necessary with UNHCR staff in Washington, DC, Geneva, and regional bureaus.

CWS will continue its close working relationship with **IOM** in FY24 via established monthly coordination meetings with the IOM Migration Health Department (MHD) and IOM Operations staff. Urgent case processing issues will be addressed immediately via email or telephone to ensure the swift progression of cases toward departure. In FY24, the Special Caseloads Unit will continue to convene monthly coordination meetings with IOM, CDC, and PRM to review minor and expedited cases and remove hurdles to processing expedited caseloads.

In FY24, CWS will continue to leverage its close working relationships with the **RPC, RAs, CSH, and other organizations** involved in refugee resettlement to the U.S. CWS has established itself as a credible partner with these organizations and will remain flexible and adaptable in its collaboration with all USRAP partners. Similarly, CWS has a history of effective coordination with **USCIS**, despite the difficulty of scheduling circuit rides across a large and diverse processing

region, often on short notice. This includes close working relationships with the International Refugee Affairs Division (IRAD) and USCIS Field Office Directors (FODs).

## 5.    Training, Monitoring & Oversight

*Training and Management Plans:* In FY24, CWS will continue to develop and implement various training modalities, including new staff orientation and onboarding and annual, departmental, specialized, and supervisory trainings for RSC Africa staff in all offices. The Learning and Development Unit will plan, coordinate, monitor training, and track attendance and knowledge retention. In FY24, CWS will increasingly utilize the internal e-Learning Management System (eMS) by building more online self-paced courses for recurrent training. Self-paced training (both internal and external) will increase flexibility in scheduling, allowing resettlement activities to proceed without disruption. CWS will continue with its mentorship program, whereby new staff are assigned to experienced staff, allowing them to ask questions regarding program integrity policies and embrace the CWS culture of zero-tolerance for fraud. The continued improvement of existing training plans and the creation of new resources, coupled with a comprehensive mentorship program for all staff, will enhance service delivery to applicants in all settings by establishing minimum standards of USRAP knowledge, fostering a culture of compliance, and enabling targeted on-demand training when a staff member or their supervisor identifies the need to revisit a topic.

CWS supervisory and management staff across RSC Africa will retain the key responsibility for managing staff and implementing management plans. Members of the leadership team will continue to meet bi-weekly to assess progress and to ensure all efforts, resources, and activities are aligned toward the cooperative agreement. Each department's management also meets regularly to coordinate activities related to their mandate. CWS' training and management plans address staff knowledge and skills. Quality Checks, staff surveys, and knowledge assessments will continue to determine training needs and assess training efficacy. Learning and Development Unit staff will work with subject matter experts to provide training on new guidance and changes to program requirements throughout the year, cross-train staff to build bench strength, address operational needs, and track training attendance and impact. In service of these plans, CWS will continue to deliver comprehensive professional development training to Supervisors and Managers through monthly Brown Bag and Supervisory Leadership trainings in FY24. External trainers will be engaged when needed. In coordination with the MEAL team, the START Policy Manager will use and build new QC reports to ensure new START system functionality and guidance changes are effectively implemented by relevant staff.

*Compliance with USRAP Integrity and Compliance Guide (ICG) Training Requirements:* CWS' training and management plans for FY24 are designed to ensure compliance with USRAP ICG training requirements and continue a long tradition of excellence. Standard annual training is presented on required topics. Relevant quizzes are completed to ensure comprehension and

retention of training information every quarter. When updates are made to the ICG, the Program Integrity Unit works closely with RSC Africa management and the Learning and Development Unit to ensure the updates are reflected in internal policies and appropriate training plans are developed and implemented.

**Annual Training and Management Plans** – To ensure the integrity of the program, adherence to the ICG, and professionalism in the workplace, the following mandatory trainings will continue to be required for all relevant staff annually: Ethics and Fraud Prevention, Prevention of Sexual Exploitation and Abuse, Overview of the ICG, Cyber Security, Sexual Harassment, PII Handling, Working with Interpreters, and Security Training. In compliance with PRM guidance and CWS standards, staff will review and sign an acknowledgment of the following policies annually: the CWS Code of Conduct, CWS Anti-Human Trafficking Policy, CWS Child Safeguarding Policy, START Rules of Behavior, and the ICG.

All staff will continue to receive position-specific quarterly training focusing on case processing, core job functions, and soft skills. Examples of training topics include Minor Processing, FTJ training with USCIS FOD, and Common Errors at Prescreening. Refugee-serving staff will also receive training on specialized skills needed to serve vulnerable populations, including accountability to affected populations, LGBTI- and gender-sensitive interview techniques, age-appropriate interview skills, and dealing with difficult emotions that arise during interviews. Additional training will be completed based on changes to USRAP processing guidelines, staff feedback through surveys, and analysis of error trends captured by QC reports.

To manage staff performance in FY24, CWS will conduct regular QCs and observations of processing activities and gauge staff understanding of SOPs through knowledge assessments administered after training. Supervisory staff will continue to build leadership and management skills through internal and external training that will enable them to effectively set goals with their direct reports and coach their staff members toward achieving goals. Supervisory staff can utilize various performance improvement processes as needed, including Performance Improvement Plans or disciplinary action, as guided by HR.

**New Staff Training and Management Plans** - New hires will receive mandatory staff training, including the CWS Code of Conduct, Safe Space Policies and Procedures, CWS/RSC Management Welcome and Expectations, Security Training, and the program's Cooperative Agreement requirements. After successful completion, new hires will be deployed to their respective departments, where they will receive job-specific training, including START onboarding as appropriate. Newly hired staff will complete a probationary period per local labor laws, during which CWS will monitor and evaluate their performance.

_Internal Monitoring_: In FY24, CWS will build on its proven internal monitoring methods to ensure that all processing and cultural orientation activities are undertaken in accordance with the Cooperative Agreement and established USRAP policies and procedures. The Compliance Department, led by the Associate Director, Program Compliance, will provide technical assistance

to supervisors and managers as they design and implement protocols to monitor processing and cultural orientation activities on an ongoing basis. The Associate Director and the MEAL team will conduct periodic internal monitoring as needed and ensure QC mechanisms are properly implemented by RSC staff.

Management staff will conduct **in-person observations and oversight** every quarter on the activities carried out by staff members in their departments. Managers and Supervisors will observe staff conducting Pre-screening interviews, Cultural Orientation, Minor Counseling, AOR screening, DNA collection, and staff providing support to USCIS teams. The Data Integrity (DI) Unit will continue to create, maintain, and enhance RSC Africa **QC reports and START filters** that will allow staff to monitor data quality in START to ensure that cases are error-free and progress swiftly through the pipeline. RSC Staff run these QC checks throughout each phase of processing. In addition, the DI Unit ensures the safety of the physical file and data security of refugee information by enforcing the RSC Africa PII-Handling Policy and undertaking Physical File Audits twice annually to account for every file in CWS' care. Supervisors and Managers will provide specialized reviews for sensitive and urgent caseloads and monitor refugee communications.

Upon receipt of the Cooperative Agreement each fiscal year, the RSC Director and CWS staff at headquarters thoroughly review the requirements and ensure full compliance. All staff are trained on the Objectives and Indicators, and departments monitor performance quarterly to report on their respective indicators, with the support of the MEAL team.

Additionally, annual **external financial audits** are also conducted. For additional information on headquarters' involvement in monitoring RSC performance, see *Section 1 above*.

*Procedures for Fraud Mitigation and Response:* In FY24, CWS will proceed with various measures to mitigate and respond to fraud and ensure RSC Africa's compliance with the USRAP ICG. CWS' well-established procedures for fraud mitigation will be utilized and strengthened in response to changing program requirements or circumstances. All CWS staff will be trained and held accountable to establish anti-fraud compliance and malfeasance policies.

The Program Integrity Unit leads RSC Africa's work in this area, with oversight from the Associate Director of RSC Program Compliance and the RSC Africa Director. Staff awareness of fraud mitigation and response is assessed through regular surveys, and gaps in knowledge are analyzed and addressed by the Program Integrity Unit. Compliance with the ICG will be measured at all offices via the Annual Fraud Risk Assessments. RSC Africa will also maintain its Fraud and Ethics Committee in FY24, which works with RSC management to promote, strengthen, and further the Zero Tolerance for Fraud and Misconduct policy of CWS and RSC Africa. The Program Integrity Unit will also work with the Administration Department to create more robust fraud awareness training to be utilized by external vendors.

The dedicated Fraud Inbox will continue to serve as the primary avenue through which staff, applicants, partner organizations, vendors, and others will report suspected fraud and malfeasance. At all RSC Africa offices, physical suggestion boxes are also available for applicants,

staff, and interpreters in the workspaces to submit written reports of any fraud or malfeasance. Upon receipt, all fraud allegations are assessed by Program Integrity Unit staff. All investigations are facilitated by the Program Integrity Manager, under the guidance of the Program Integrity Senior Manager, Associate Director of Program Compliance, and/or the Director, handled confidentially and communicated to PRM per ICG reporting requirements.

Applicants will continue to be informed verbally and in writing throughout the resettlement process that the USRAP is free and provided with the dedicated fraud email address. This information is reinforced with posters designed for both literate and pre-literate populations, reiterated during each scheduled interaction between RSC Africa staff and applicants, and included in all RSC communications (e.g., via all RSC Africa email signatures).

CWS will continue to review and improve its file and data security policies and procedures, strictly adhering to ICG and NIST requirements, addressing any recommendations from the FY23 NIST assessment, and working proactively with PRM to address any findings. CWS has longstanding and robust file and data security policies and procedures that have allowed us to successfully maintain our data security posture despite many staff operating across multiple offices and processing locations.

To ensure that ICG requirements are being met when staff are working from home, desktop and START activity monitoring and CISCO Umbrella are used on all laptops to manage access and protect refugee and programmatic information.

_Timely and Accurate Reporting_: CWS will continue to provide all required programmatic, financial, audit, integrity, and compliance reports in an accurate and timely manner in FY24. The Systems Solutions Champion, MEAL team, and RSC management will work closely with RPC and PRM to implement these and any other required reports, and the Data Integrity Unit, under the Senior Manager, Data Analytics and Visualization, will support RSC Africa with report creation and data analysis. On a weekly basis, the unit will distribute a pipeline report to Programs Supervisory staff, which will be used to manage the pipeline and plan processing activity.

_Headquarters and RSC Contacts for Training, Monitoring, and Oversight Activities:_ In FY24, the Bureau's point of contact at CWS headquarters will continue to be the Associate Director for Refugee Processing. At the RSC, the Bureau's point of contact will be the RSC Director.

## 6.   Accountability to Affected Populations (AAP)

As a global humanitarian organization, CWS seeks to ensure that it is accountable to all those who participate in and benefit from its program activities. CWS' Accountability to Affected Populations (AAP) Guidance (**_See CWS AAP_**) reflects this commitment and outlines CWS practices and procedures to improve the quality and quantity of beneficiary feedback within CWS program activities. CWS' Code of Conduct includes PSEA, child safeguarding, Anti-fraud and Anti-corruption policies and practices, which are IASC 2019 compliant **(_See CWS CoC_)**. Some of the implementation and follow-through practices across the African region include Orientation,



annual code of conduct (CoC) sign-off, annual PSEA and antifraud trainings, self-directed training on EMS and Traliant, as well as investigations and subsequent actions when a breach of the CoC is reported.

_Collecting, Analyzing, and Responding to Feedback_: CWS design, monitoring, and evaluation practices ensure that beneficiary feedback is considered within the design of the refugee processing process. At a minimum, beneficiary feedback is an integral data source utilized for program improvement and evaluation. CWS collects beneficiary feedback through two main survey mechanisms:

**Refugee Fraud Survey**: aimed at evaluating program integrity and protecting beneficiaries and the USRAP against fraud and malfeasance. The survey is administered during circuit rides and aims to assess beneficiary awareness of fraud reporting channels and their overall knowledge, attitude and understanding of fraud and malfeasance. Any reports of alleged fraud captured in this survey are responded to as a matter of priority. If survey scores are low, the Program Integrity Unit will work with the Public Information Unit to provide additional information to beneficiaries in targeted locations. All issues are resolved on a case-by-case basis, and the appropriate departments incorporate feedback.

**Refugee Satisfaction Survey**: Aimed at evaluating the professionalism and respectfulness of CWS Africa services, environment, and communications with refugee applicants. The survey is administered during circuit rides and assesses beneficiary satisfaction with CWS Africa services and the timeliness of CWS responses to refugee inquiries. All issues are resolved on a case-by-case basis, and the appropriate departments incorporate feedback.

To ensure that valuable beneficiary information can be captured over a geographically and linguistically diverse service area, CWS ensures concise surveys focus on key aspects of service delivery. Using interpreters and staff with specific language skills also helps overcome this challenge.

Additional mechanisms for receiving direct communications from affected populations include email which can be used to share feedback and complaints with CWS offices and program teams. Complaint/Suggestion boxes at project sites and CWS-administered facilities will continue to be used in FY24, with all complaints and suggestions reviewed and followed up on as a matter of priority.

CWS will conduct outreach campaigns in FY24 to engage with beneficiaries by assessing their knowledge and understanding of the USRAP, responding to questions from the beneficiaries, and providing program updates regarding the USRAP.

## 7.  Gender Analysis
Gender and its intersections with age, ability, ethnicity, race, sexual orientation, and legal status shape the refugee experience throughout displacement, flight, exile, and resettlement.

*Gender dynamics within the target population*: Broadly speaking, within the RSC Africa target population, culturally defined gender roles reinforce female subservience to male authority. Gender discrimination, including legal discrimination, negatively affects women's access to justice, legal status, and participation in decision-making (both at the household and community level). Gender-Based Violence (GBV), including child marriage, female genital mutilation/cutting (FGM/C), and sexual assault, disproportionally affect women and girls. Refugees who identify as LGBTI face high levels of discrimination and violence in both their countries of origin (COO) and asylum (COA), with anti-LGBTI legislation and political discourses legitimizing acts of violence in many countries in sub-Saharan Africa. The COVID-19 pandemic further exacerbated these existing gender dynamics and inequalities.

*Specific risks and needs that arise from gender dynamics*: Women and girls continue to face disadvantages in resettlement processing for various reasons. Approximately 45% of female applicants in the RSC Africa pipeline are pre-literate, which limits their access to written processing information and increases their dependency on male family members. Male family members often have the authority to make decisions affecting women's cases. During CO classes, women, particularly mothers caring for their children while in class, have been observed to engage less. Regarding marriage, many applicants in the RSC Africa pipeline have been victims or perpetrators of female child marriage or forced marriage. Polygamy is commonly practiced amongst many of the populations served by RSC Africa, negatively affecting women not included in their children's father's case. Applicants of different ages, sexual orientations, and gender identities report that sexual abuse and violence are either part of their experience in the COO/COA or form part of their fear of return, but many have not had access to justice or counseling.

*Responses to mitigate gender differences experienced by at-risk groups*:

**In-depth case management:**  RSC Africa units such as Special Caseloads and Field Processing coordinate with Refugee Coordinators, UNHCR, and USCIS in cases involving GBV (including child marriage and domestic violence) and risks of family separation (usually in relation to polygamy). The counseling conducted by CWS staff is key to ensuring that applicants are informed enough to make critical decisions and that the best-suited partners can undertake investigation and/or further counseling. For instance, in cases of polygamy, CWS/RSC Africa counsels families to ensure that those women and children not included in a case are resettled to the same town to maintain the father's role in the lives of his children (unless applicants desire otherwise).

**Access to information:** CWS views access to information and resources as vital for empowering all USRAP applicants and ensuring gender equity. With information, applicants can exercise their rights throughout the processing of their cases. They can individually access their case information via email, in-person counseling, and the *MyCase* website. To ensure that pre-literate applicants receive the same information as those who are literate, CWS/RSC Africa has developed

several pictorial resources that are distributed during in-person interviews and classes. CWS also ensures that all refugees can communicate effectively with RSC Africa staff by providing interpretation services through trained interpreters and ensuring that all applicants are able to easily identify RSC Africa staff by the blue lanyards worn. At the beginning of each interview, refugees are also informed of their right to request a sex-specific caseworker or interpreter. When handling sensitive issues like GBV, physical, mental, and emotional health, applicants are interviewed privately, and CO is completed in a gender-specific class. To ensure that all family members, especially women, participate and access information equally during CO training, CWS contracts childminders. During classes, both men and women are informed of the equal rights guaranteed to women in the United States, and CO messages and materials stress the importance of gender equality. These messages include the illegality of gender-based violence and FGM/C practices, the importance of shared household responsibilities to promote self-reliance, and the illegality of polygamy in the United States.

**Staff training and compliance:** RSC Africa staff commit to non-discrimination in all work areas per CWS policies. Interviewing staff are trained in gender, age, and trauma-sensitive interview techniques. Since FY18, these trainings have been facilitated for all departments interacting directly with refugees (Cultural Orientation, Field Processing, Protection, ARDU). CWS staff prioritize at-risk groups, such as pregnant or disabled women, during field-based circuit rides, striving to complete all activities as early as possible.

# Annex 1: FY24 RSC Africa Objectives and Indicators Table

| Objective #1: RSC completes processing for refugee applicants in accordance with U.S. Refugee Admissions Program (USRAP) guidelines and the cooperative agreement. | | | | | |
|---|---|---|---|---|---|
| **Indicator** | **Type** | **Target (annual)** | **Baseline** | **How measured/ documented/collected** | **Progress *(to be reported quarterly in program reports)*** |
| 1.1: Percent of target number of refugee applicants pre-screened | Output | 90% | 100%* | START and Tableau reports | **120% of target** - In Q2, RSC Africa completed Prescreening interviews for 5,836 cases/14,915 individuals, 108% of a target of 4,746 cases/13,764 individuals projected for Q2. |
| 1.2: Percent of refugee applicants with Assurance requested within Service Level Agreement (SLA) once ready for Assurance | Output | 50% | Not measured (new indicator) | RSC Objectives and Indicators Quarterly Tableau Report* | **N/A** – PRM has confirmed that RPC will produce the report for this indicator in Q3 and RSCs can report on Q2 and Q3 at that time. |
| 1.3: Percent of refugee applicants with travel requested within SLA once Ready for Departure | Output | 75% | Not measured (new indicator) | RSC Objectives and Indicators Quarterly Tableau Report* | **N/A** – PRM has confirmed that RPC will produce the report for this indicator in Q3 and RSCs can report on Q2 and Q3 at that time. |
| 1.4: Percent of RSC-owned Action Items completed within relevant SLA timelines (see appendix of specific action items and SLAs) | Output | 60% | Not measured (new indicator) | RSC Objectives and Indicators Quarterly Tableau Report* | **N/A** – PRM has confirmed that RPC will produce the report for this indicator in Q3 and RSCs can report on Q2 and Q3 at that time. |
| 1.5: RSC passes quality control checks performed by PRM/Refugee Processing Center (RPC) staff on RSC cases to verify the RSC is following USRAP START processing guidance and has not deviated from this guidance without | Outcome | 100% | 100% | RPC START Usage Monitoring Report Results | **100% of target** - RSC Africa scored a 4.0 out of 4.0 in Q2. |

| formally documented approval from PRM as required in RSC local Standard Operating Procedures (SOPs) | | | | | |
|---|---|---|---|---|---|
| 1.6: Percent of eligible departed refugee applicants that have received CO training prior to departure** | Outcome | 95% | 95% | START Reports | **103% of target** – in Q2, 98% of all CO-eligible departed refugees received CO training either through in person, telephonic or virtual CO. |
| 1.8: Percent of cases that have medical QC completed within five working days of receipt from IOM** | Outcome | 90% | 75%* | START Reports | **106% of target** – in Q2, 40,847 of 42,709 (96%) of individual medical QCs completed were requested within five working days of receipt of medical results from IOM. |
| 1.9: Percent of travel packets or boarding letters submitted to IOM for departure within ten days from when refugee applicants meet all RFD criteria** | Output | 90% | 95% | START Reports | **106% of target** – in Q2, packets for 3,499 cases/9,430 individuals were submitted to IOM. Out of these, 96% were submitted within ten days of when the case became RFD. Reworded (added "or boarding letters") as travel packets are now only for FTJ-R cases. |
| 1.10: Average number of refugees interviewed per year by staff deployed to UNHCR to process cases bound for or in the USRAP pipeline** | Output | 400 | 396 | ARDU monthly appendix report | **51.88% progress toward target** – On track to achieve the annual target. On average, each ARDU deployee had interviewed 207.5 individuals in FY24 by the end of Q2. |
| **Objective #2:  RSC maintains program integrity and protects against fraud and malfeasance, in accordance with the PRM Integrity and Compliance Guide.** | | | | | |
| 2.1: Percent of staff and refugee applicants aware of fraud reporting channels | Outcome | 100% | 94% - staff | Posting of literature, applicant, and staff surveys | **88.63% progress toward target** – On track to achieve the annual target. |

| | | | 94% - applicants | | • Staff:<br>   ○ 81.56% of RSC Africa staff (823 out of 1,009 individuals) confirmed their knowledge of Fraud@CWSAfrica.org as the preferred fraud reporting channel.<br>   ○ In Q2, 843 staff took the quiz, out of which 823 answered the question correctly.<br>• Refugee Applicants:<br>   ○ 95.70% of the 5,624 refugee applicants who took the FY24 Q2 refugee survey reported that they had received communication on how to report fraud. |
|---|---|---|---|---|---|
| 2.2: RSC staff demonstrate active use of the fraud reporting inbox | Output | 100% | Not previously measured (new indicator) | Fraud reported to Program Officers compared to alleged fraud received through inbox/reporting channels | **100% of target** – 14 fraud allegations were received in Q2 and all were reported to PRM. |
| 2.3: RSC staff engage in quarterly anti-fraud meeting with partners | Output | 100% | 100% | Meeting notes from RefCoord communicated to Program Officers | **100% of target** – RSC staff attended 1 Quarterly Anti-Fraud Meeting in Q2, the first quarter of the grant. Program Officer notes were not shared with the RSC so this is tracked by RSC notes and attendance records. |

| 2.4: RSC demonstrate that they are following current National Institute of Standards and Technology (NIST) standard for cybersecurity | Output | 85% adherence to RSC's remediation plan (which is approved by PRM/RPC) | Not previously measured (new indicator) | Documented progress toward resolving Plan of Action and Milestones (POA&MS) provided to RPC | **55% progress towards target** – RSC Africa had addressed 47.64% of its remediation plan by the end of Q2. |
|---|---|---|---|---|---|
| 2.5: RSC Integrity and Compliance Staff, including management, review possible breaches and malfeasance | Outcome | 100% | Not previously measured (new indicator) | Acknowledgement and review of SPLUNK report, RSC has capability to prevent breaches with compliance measures such as line of sight monitoring, etc. | **100% of target** – All potential breaches and malfeasance reported to Program Integrity in Q2 were shared with RSC management and investigated as required by procedure and the ICG. |
| 2.6: RSC communicates to all applicants that the program is free of charge and that fraud should be reported | Outcome | 100% of surveyed applicants report understanding that the program is free of charge and how to report fraud | Not previously measured (new indicator) | All official communications, email signatures, and auto-replies reflect this language | **100% of target** – All applicants receive messaging from the RSC that the program is free of charge, and all RSC communication includes this language. RSC has added a question to the refugee survey to specifically gauge understanding (not just that the applicant has acknowledged messaging) and will begin reporting this statistic in Q3. |

| 2.7: Percent of RSC Africa staff who demonstrate understanding of the *Integrity and Compliance Guide*** | Output | 95% | 89%* | ICG training post-test pass rate | **65.56% progress toward target –** On track to achieve annual target. 616 staff (62.29% of the 989 eligible) completed annual training on the ICG in Q2, with an average post-training assessment score of 90.04%. |
|---|---|---|---|---|---|
| **Objective #3:  RSC management provides oversight and support to maintain a trained and knowledgeable workforce.** | | | | | |
| 3.1: RSC staff receive on-boarding training, and specialized training on updated guidance/new requirements throughout the year, to achieve USRAP objectives | Output | 100% | 100% (onboarding) 77% (Specialized training) | Training completion reports Quarterly summary from System Solution Champion on actions taken to ensure RSC colleagues are tracking new guidance/ processing changes | **98.7% progress towards target –** on track to achieve annual target. 100% of staff hired or who assumed new positions in Q2 received or are currently receiving onboarding. 97.40% of eligible staff attended specialized training sessions appropriate to their role; see summary in Section 3 of the PPR. |
| 3.2: RSC staff demonstrate knowledge required to fulfil their job | Outcome | 100% | 94% | RSC quality check results | **RSC START Quality Check Results:** RSC Africa attained an overall score of 3.0 out 4.0 in the four categories identified by the RSC as requiring attention this quarter. See Section 3 of the PPR for breakdown. **START Usage Monitoring:** RSC Africa scored a 4.0 out of 4.0 in Q2. |

| | | | | START Knowledge Usage Reports provided by RPC | **Assessments:** 176 (96.70% of 182 eligible staff in Case Processing, Correspondence, CO and Circuit Ride units) passed Q2 job knowledge assessments on the first attempt. |
|---|---|---|---|---|---|
| 3.3: RSC staff demonstrate efficient workload management practices, use START system tools where possible, and conduct RSC-led trainings to equip staff | Outcome | 100% | Not previously measured (new indicator) | RPC quality checks Training Survey Results SSC Meeting Reports | **START Usage Monitoring:** RSC Africa scored a 4.0 out of 4.0 in Q2. Of 6,004,722 total records checked by RPC, only 0.025% were found to be non-compliant.<br><br>10,770 tasks were assigned using assignment groups and the "assigned to" field. 5,184 assignment groups were assigned on Case tasks, Applicant tasks and Action item tasks. 5,586 tasks were assigned using the Assigned to field.<br><br>START Team submitted 15 requests to RPC on assignments group access. |
| 3.4: Percent of processing staff that receive job-specific training on a bi-annual basis** | Output | 95% | 90% | Training logs and reports | **37.33% progress towards target –** on track to achieve annual target. 35.47% of processing staff (260 of 733) received bi-annual training in Q2. The remaining processing staff will receive training in Q3. |
| 3.5: Percent of staff that receive annual training in the prevention of sexual exploitation and abuse (PSEA)** | Output | 100% | 100% | Training logs and reports | **8.49% progress towards target –** 84 out of 989 eligible staff members had received training in PSEA by 31 March |

| | | | | | 2024. The all-staff training session is scheduled for Q3. |
|---|---|---|---|---|---|
| 3.6: Percent of staff that receive annual training on sexual harassment** | Output | 100% | 100% | Training logs and reports | **57.96% progress towards target** – on track to achieve annual target. 575 out of 992 staff members had received training in the Prevention of Sexual Harassment by 31 March 2024. The remaining staff will complete in Q3 or Q4. |
| 3.7: Percent of processing staff that receive annual training on Working Effectively with Interpreters** | Output | 100% | 100% | Training logs and reports | **70.53% progress towards target** – on track to achieve annual target. 517 out of 733 eligible staff members had received training in Working Effectively with Interpreters by 31 March 2024. The remaining staff will complete in Q3 or Q4. |
| 3.8: Percent of processing staff that receive annual training on the Integrity and Compliance Guide** | Output | 100% | 100% | Training logs and reports | **62.29% progress towards target** – 616 out of 989 eligible staff members had received training on the USRAP Integrity and Compliance Guide by 31 March 2024. The remaining staff will complete in Q3 or Q4. |
| 3.9: Percent of supervisory staff that participate in annual leadership development workshops** | Output | 80% | 74%* | Training logs and reports | **109% progress towards target** – One leadership development training course (Managing in a Matrixed Organization) was conducted in Q2and 180 (87.81%) out of 205 eligible staff completed the training. |

| Objective #4: RSC maintains professional and respectful services, environment, and communications with refugee applicants. | | | | | |
|---|---|---|---|---|---|
| 4.1: Refugee applicant inquiries receive response within two weeks | Output | 75% | 63% | RSC logs, reports | **20% of target** – 15.03% of refugee emails received were responded to within two weeks. As noted in the PPR, this was due to a Q2 focus on clearing deferral updates backlog. |
| 4.2: Refugee applicants report satisfaction with quality of interactions with RSC | Outcome | 85% | 97% | Refugee applicant surveys | **117% of target** – 99.24% of refugees surveyed in Q2 reported satisfaction with RSC interactions, with 82.47% indicating they were very satisfied and 16.77% indicating they were satisfied. |
| 4.4: Percent of partner case status inquiries responded to within five business days** | Output | 90% | 93% | RSC contact log report | **111% of target** – 100% (528 out of 528) of partner emails received were responded to within two weeks. |

**Note:** All baseline data is calculated using full FY22 annual data, unless marked with an asterisk.

* Baseline data derived using FY23 Q1-Q2 data

** Indicates RSC Africa-generated indicators

## Indicators Removed

The below RSC-generated indicators were removed for the stated reasons, with PRM permission.

| | | | | | |
|---|---|---|---|---|---|
| 1.7: Percent of cases reviewed, and medicals requested within five working days of becoming ready** | Outcome | 90% | 99%* | START Reports | RSC is unable to capture accurately with RSC Tableau Reports. In future quarters, we will omit this indicator. |
| 4.3: Number of refugee information sessions provided per quarter during circuit rides (CR) conducted across sub–Saharan Africa** | Output | 3 | 5* | Circuit Ride Activity Report | Removed for cost efficiency, as it duplicates information communicated during morning announcement. The RSC will continue to provide information sessions as possible when high-level staff are visiting the field along with Refugee Coordinators. |

**FY 2024 RESETTLEMENT SUPPORT CENTER (RSC) BUDGET WORKSHEET (SUMMARY)**

| Agency and RSC: | Date: | Budget Version: |
|---|---|---|
| Church World Service - RSC Africa | 3/19/2024 | Version 5.3 |

| | | January-March 2024 | April-June 2024 | July-September 2024 | FY 2024 TOTAL (Q2-Q4) | FY 2023 — FY 2023 Approved Budget | FY 2024 — January 2024 Funding Needs |
|---|---|---|---|---|---|---|---|
| PERSONNEL | | 7,672,481 | 7,732,183 | 7,748,265 | 23,152,929 | 29,745,806.00 | 2,557,494 |
| FRINGE BENEFITS | | 1,077,905 | 2,167,725 | 2,172,772 | 5,418,403 | 9,016,925.00 | 359,302 |
| TRAVEL | | 7,264,275 | 6,466,219 | 6,664,039 | 20,394,533 | 20,906,093.00 | 2,421,425 |
| EQUIPMENT | | 856,042 | 78,900 | - | 934,942 | 2,268,075.00 | 285,347 |
| SUPPLIES | | 1,713,333 | 764,054 | 528,346 | 3,005,732 | 2,411,108.00 | 571,111 |
| CONTRACTUAL | | 492,671 | 518,211 | 572,761 | 1,583,642 | 1,491,125.00 | 164,224 |
| CONSTRUCTION | | | | | | | |
| OTHER DIRECT COSTS | | 1,492,743 | 1,918,662 | 1,425,129 | 4,836,535 | 6,195,088.00 | 497,581 |
| | | | | | | | |
| TOTAL DIRECT COSTS | | 20,569,450 | 19,645,954 | 19,111,311 | 59,326,715 | 72,034,220 | 6,856,483 |
| | | | | | | | |
| INDIRECT COSTS | 35% | 3,062,635 | 3,464,968 | 3,472,363 | 9,999,966 | 11,461,470 | 1,020,878 |
| | | | | | | | |
| TOTAL PROGRAM BUDGET | | 23,632,085 | 23,110,922 | 22,583,674 | 69,326,681 | 83,495,690 | 7,877,362 |
| | | | | | | | |
| | | | | | | | |
| Refugees Pre-Screened | | 9,236 | 14,500 | 14,500 | 38,236 | 52,089 | |
| Refugees Presented to DHS | | 9,016 | 10,738 | 10,900 | 30,654 | 48,676 | |
| Refugees Departed for United States | | 12,000 | 10,200 | 10,405 | 32,605 | 22,000 | |
| Refugees Trained in Cultural Orientation Programs | | 11,105 | 7,213 | 8,590 | 26,908 | 18,460 | |

|  |  | Agency and RSC: | Date: | Budget Version: |
|--|--|--|--|--|
|  |  | Church World Service - RSC Africa | 3/19/2024 | Version 5.3 |

| Line items provided below are an example. Add or remove these line items, as necessary. |  | FY 2024 | | | |
|---|---|---|---|---|---|
|  |  | January - March 2024 | April - June 2024 | July - September 2024 | Q2-Q4 Totals |
| **PERSONNEL** | **FTE** | **7,672,481** | **7,732,183** | **7,748,265** | **23,152,929** |
| *Headquarters staff* | | | | | |
| Vice President, Programs | 0.15 | 14,123 | 14,123 | 14,123 | 42,369 |
| Senior Director, Operations | 0.08 | 5,392 | 5,392 | 5,392 | 16,177 |
| Director, Program Compliance | 0.30 | 16,311 | 16,311 | 16,311 | 48,932 |
| Director, International Human Resources | 0.38 | 17,244 | 17,244 | 17,244 | 51,731 |
| Associate Director, Refugee Processing | 0.68 | 36,699 | 36,699 | 36,699 | 110,098 |
| Associate Director, Program Compliance | 0.15 | 5,814 | 5,814 | 5,814 | 17,441 |
| Senior Director, International Security | 0.15 | 8,540 | 8,540 | 8,540 | 25,619 |
| Senior Monitoring & Evaluation Officer | 0.75 | 25,175 | 25,175 | 25,175 | 75,525 |
| Program Integrity Specialist | 0.08 | 2,627 | 2,627 | 2,627 | 7,882 |
| Human Resources Business Partner | 0.56 | 18,876 | 18,876 | 18,876 | 56,627 |
| Finance Officer | 0.75 | 25,175 | 25,175 | 25,175 | 75,525 |
| *International Hire* | | | | | |
| Regional Representative for Africa | 0.25 | 13,423 | 13,423 | 13,423 | 40,270 |
| Deputy Regional Representative Operations | 0.38 | 20,125 | 20,125 | 20,125 | 60,375 |
| Regional Human Resources Director | 0.50 | 26,565 | 26,565 | 26,565 | 79,695 |
| RSC Director | 0.75 | 40,250 | 40,250 | 40,250 | 120,750 |
| Deputy Director, Administration/Operations | 0.75 | 31,750 | 31,750 | 31,750 | 95,250 |
| Deputy Director, Program Implementation | 0.75 | 31,750 | 31,750 | 31,750 | 95,250 |
| Deputy Director, Program Development and Quality | 0.75 | 31,750 | 31,750 | 31,750 | 95,250 |
| Country Representative - Dar es Salaam, Tanzania | 0.53 | 18,375 | 18,375 | 18,375 | 55,125 |
| Country Representative - Pretoria, South Africa | 0.53 | 18,375 | 18,375 | 18,375 | 55,125 |
| Country Representative - Kampala, Uganda | 0.75 | 26,250 | 26,250 | 26,250 | 78,750 |
| Country Representative - Kigali, Rwanda | 0.75 | 26,250 | 26,250 | 26,250 | 78,750 |
| Associate Director of RSC Program - East and Southern Africa | 0.75 | 26,250 | 26,250 | 26,250 | 78,750 |
| Associate Director, Program Compliance | 0.75 | 26,250 | 26,250 | 26,250 | 78,750 |
| Senior Manager, Projections and Pipeline | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Manager, Africa Regional Deployment Unit (ARDU) | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Manager, Monitoring, Evaluation, Accountability and Learning (MEAL) | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Manager, Program Integrity | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Program Manager - Support & Compliance | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Program Manager - Central Africa | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Manager, Special Caseloads | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Manager, Data Analytics & Visualization | 0.50 | | 22,125 | 22,125 | 44,250 |
| Senior Program Manager - Kasulu, Tanzania | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Program Manager - Kampala, Uganda | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Senior Program Manager - Kigali, Rwanda | 0.75 | 22,125 | 22,125 | 22,125 | 66,375 |
| Program Manager Inprocessing - Kampala, Uganda | 0.75 | 20,000 | 20,000 | 20,000 | 60,000 |
| Cultural Orientation Manager - Pretoria, South Africa | 0.75 | 20,000 | 20,000 | 20,000 | 60,000 |
| In-Processing Manager | 1.50 | 40,000 | 40,000 | 40,000 | 120,000 |
| Out-Processing Manager | 1.50 | 40,000 | 40,000 | 40,000 | 120,000 |
| Circuit Ride Support & Case Quality Manager | 1.50 | 40,000 | 40,000 | 40,000 | 120,000 |
| Program Manager Outprocessing - Kampala, Uganda | 0.75 | 20,000 | 20,000 | 20,000 | 60,000 |
| Monitoring, Evaluation, Accountability, and Learning (MEAL) Manager | 0.75 | 20,000 | 20,000 | 20,000 | 60,000 |
| Program Integrity Manager | 0.75 | 20,000 | 20,000 | 20,000 | 60,000 |
| Program Manager - Kasulu, Tanzania | 0.75 | 20,000 | 20,000 | 20,000 | 60,000 |
| Program Manager (Field) - Kigali, Rwanda | 0.75 | 20,000 | 20,000 | 20,000 | 60,000 |
| Program Manager (Field ) - Mbarara/Kyaka Uganda | 0.50 | | 20,000 | 20,000 | 40,000 |
| ARDU Supervisor | 1.50 | 33,414 | 33,414 | 33,414 | 100,242 |
| ARDU Supervisor- Kampala, Uganda | 0.75 | 16,707 | 16,707 | 16,707 | 50,121 |
| Case Processing Supervisor | 0.75 | 16,707 | 16,707 | 16,707 | 50,121 |
| Special Caseloads Supervisor | 0.75 | 16,707 | 16,707 | 16,707 | 50,121 |
| Field Processing Supervisor | 3.75 | 83,535 | 83,535 | 83,535 | 250,605 |
| Field Processing Supervisor - Kasulu, Tanzania | 0.75 | 16,707 | 16,707 | 16,707 | 50,121 |
| Field Processing Supervisor -Kampala,  Uganda | 0.58 | 5,569 | 16,707 | 16,707 | 38,983 |
| Field Office Supervisor - Kabarore, Karongi, and Kirehe Rwanda | 2.25 | 50,121 | 50,121 | 50,121 | 150,363 |
| Resettlement Expert Level 2 | 6.00 | 117,176 | 117,176 | 117,176 | 351,527 |
| Program Integrity Specialist | 0.75 | 14,502 | 14,502 | 14,502 | 43,506 |
| Program Integrity Specialist - Kasulu, Tanzania | 0.75 | 14,503 | 14,503 | 14,503 | 43,509 |
| Program Integrity Specialist - Pretoria, South Africa | 0.75 | 14,502 | 14,502 | 14,502 | 43,506 |
| Program Integrity Specialist - Kampala, Uganda | 0.75 | 14,502 | 14,502 | 14,502 | 43,506 |
| Program Integrity Specialist - Kigali, Rwanda | 0.75 | 14,502 | 14,502 | 14,502 | 43,506 |
| Family Reunification (P3) Specialist | 0.75 | 14,502 | 14,502 | 14,502 | 43,506 |
| Welcome Corps (P4) Specialist | 0.75 | 14,502 | 14,502 | 14,502 | 43,506 |
| START Training and Engagement Specialist - Pretoria, South Africa | 0.75 | 14,502 | 14,502 | 14,502 | 43,506 |
| START Training and Engagement Specialist - Kampala, Uganda | 0.42 | | 11,138 | 16,707 | 27,845 |
| START Training and Engagement Specialist - Kigali, Rwanda | 0.58 | 4,834 | 14,502 | 14,502 | 33,838 |
| Resettlement Expert Level 1 | 5.25 | 92,558 | 92,558 | 92,558 | 277,673 |
| Senior Caseworker | 5.25 | 89,743 | 89,743 | 89,743 | 269,229 |
| *Local Hire* | | | | | |
| Associate Director of RSC Programs - Great Lakes, West and Central Africa | 0.75 | 16,093 | 16,093 | 16,093 | 48,280 |
| Associate Director of Strategic Planning | 0.75 | 16,093 | 16,093 | 16,093 | 48,280 |
| Senior Program Manager - Kenya, Sudan | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Senior Program Manager - Horn of Africa | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Senior Program Manager - West Africa | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Senior Manager, Processing Compliance | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Senior Manager, Circuit Rides | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Program Coordinator - Pretoria, South Africa | 0.75 | 14,982 | 14,982 | 14,982 | 44,946 |
| Communications Senior Manager | 0.50 | | 12,446 | 12,446 | 24,893 |
| Compliance Manager - Nairobi, Kenya | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Cultural Orientation Curriculum Development & Evaluation Manager | 0.75 | 9,795 | 9,795 | 9,795 | 29,384 |
| Correspondence Manager | 0.75 | 9,795 | 9,795 | 9,795 | 29,384 |
| Call Center Manager | 0.25 | 9,795 | | | 9,795 |
| Special Caseloads Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| START Policy Manager | 0.75 | 9,795 | 9,795 | 9,795 | 29,384 |

| Position | FTE | | | | Total |
|---|---|---|---|---|---|
| START Systems Solutions Champion | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Learning & Development Champion | 0.75 | 9,795 | 9,795 | 9,795 | 29,384 |
| Data Integrity Manager | 0.75 | 9,795 | 9,795 | 9,795 | 29,384 |
| Interpreter/Childminder Manager | 0.75 | 9,795 | 9,795 | 9,795 | 29,384 |
| In-Processing Manager | 1.50 | 19,763 | 19,763 | 19,763 | 59,288 |
| Out-Processing Manager | 1.50 | 19,590 | 19,590 | 19,590 | 58,769 |
| Projects Manager - Pipeline | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Special Projects Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Circuit Ride Support & Case Quality Manager | 1.50 | 19,590 | 19,590 | 19,590 | 58,769 |
| Program Manager - Kasulu, Tanzania | 0.75 | 9,679 | 9,679 | 9,679 | 29,036 |
| Compliance Manager - Pretoria, South Africa | 0.75 | 10,511 | 10,511 | 10,511 | 31,532 |
| Field Processing Manager - Pretoria, South Africa | 1.50 | 25,257 | 25,257 | 25,257 | 75,771 |
| Case Processing Manager - Pretoria, South Africa | 0.75 | 10,929 | 10,929 | 10,929 | 32,787 |
| Program Manager (Processing) - Kigali, Rwanda | 0.33 | 2,551 | | 7,652 | 10,203 |
| Field Processing Supervisor | 18.00 | 177,836 | 177,836 | 177,836 | 533,508 |
| Field Processing Supervisor - Kasulu, Tanzania | 2.25 | 25,419 | 25,419 | 25,419 | 76,257 |
| Field Processing Supervisor - Pretoria, South Africa | 3.75 | 46,409 | 46,409 | 46,409 | 139,227 |
| Field Processing Supervisor - Kampala, Uganda | 1.50 | 12,735 | 12,735 | 12,735 | 38,205 |
| Field Office Supervisor - Kyaka, Uganda | 0.75 | 6,367 | 6,367 | 6,367 | 19,102 |
| Special Caseloads Supervisor | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| START Policy Supervisor | 1.50 | 15,119 | 15,119 | 15,119 | 45,358 |
| START Training and Engagement Supervisor | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| ARDU Supervisor | 2.25 | 22,100 | 22,100 | 22,100 | 66,299 |
| ARDU Supervisor - Kasulu, Tanzania | 0.75 | 6,911 | 6,911 | 6,911 | 20,733 |
| ARDU Supervisor - Pretoria, South Africa | 0.75 | 9,269 | 9,269 | 9,269 | 27,806 |
| Public Information Supervisor | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |
| Data Integrity Supervisor, USRAP | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |
| Data Integrity Supervisor, Administration | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |
| Cultural Orientation Supervisor | 5.25 | 51,904 | 51,904 | 51,904 | 155,712 |
| Cultural Orientation Supervisor - Kasulu, Tanzania | 0.75 | 8,817 | 8,817 | 8,817 | 26,451 |
| Cultural Orientation Supervisor - Pretoria, South Africa | 0.75 | 9,140 | 9,140 | 9,140 | 27,419 |
| Cultural Orientation Supervisor - Kampala, Uganda | 0.75 | 6,367 | 6,367 | 6,367 | 19,102 |
| Cultural Orientation Supervisor - Kigali, Rwanda | 0.75 | 5,908 | 5,908 | 5,908 | 17,724 |
| Case Processing Supervisor | 9.75 | 98,277 | 98,277 | 98,277 | 294,832 |
| Case Processing Supervisor - Kasulu, Tanzania | 0.75 | 6,911 | 6,911 | 6,911 | 20,733 |
| Case Processing Supervisor - Pretoria, South Africa | 2.25 | 27,815 | 27,815 | 27,815 | 83,444 |
| Case Processing Supervisor - Kigali, Rwanda | 0.50 | 5,908 | | 5,908 | 11,816 |
| Case Processing Supervisor - Kampala, Uganda | 0.75 | 6,367 | 6,367 | 6,367 | 19,102 |
| Correspondence Supervisor | 3.00 | 29,639 | 29,639 | 29,639 | 88,918 |
| Circuit Ride Support Supervisor | 3.00 | 30,239 | 30,239 | 30,239 | 90,717 |
| Call Center Supervisor | - | - | - | - | - |
| Call Center Interpreter Supervisor | 0.25 | 5,461 | - | - | 5,461 |
| Learning & Development Supervisor | 1.50 | 15,120 | 15,120 | 15,120 | 45,359 |
| Interpreter/Childminder Supervisor | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| Library Supervisor | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |
| Senior Travel Projections Specialist | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |
| Senior Departure Projections Specialist | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| Senior Case Quality Specialist | 1.50 | 14,820 | 14,820 | 14,820 | 44,459 |
| Senior Case Quality Specialist - Kasulu, Tanzania | 0.75 | 6,911 | 6,911 | 6,911 | 20,733 |
| Program Monitor | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Curriculum Development & Evaluation Specialist | 2.25 | 17,019 | 17,019 | 17,019 | 51,058 |
| Interpreter/Childminder Specialist | 1.50 | 11,346 | 11,346 | 11,346 | 34,039 |
| Interpreter/Childminder Specialist - Kampala, Uganda | 0.75 | 5,412 | 5,412 | 5,412 | 16,235 |
| Circuit Ride Specialist | 6.00 | 45,317 | 45,317 | 45,317 | 135,952 |
| Circuit Ride Specialist - Kasulu, Tanzania | 0.75 | 6,412 | 6,412 | 6,412 | 19,235 |
| Circuit Ride Specialist - Pretoria, South Africa | 0.75 | 7,343 | 7,343 | 7,343 | 22,029 |
| Circuit Ride & Scheduling Specialist - Kampala, Uganda | 1.50 | 11,905 | 11,905 | 11,905 | 35,716 |
| Case Quality Specialist, Field Processing - Pretoria, South Africa | 0.75 | 7,345 | 7,345 | 7,345 | 22,034 |
| Family Reunification (FTJ-R) Specialist | 0.75 | 6,087 | 6,087 | 6,087 | 18,261 |
| Child Protection Specialist | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Expedite Specialist | 0.75 | 5,461 | 5,461 | 5,461 | 16,383 |
| Best Interest Determination Specialist - Kasulu, Tanzania | 0.75 | 6,412 | 6,412 | 6,412 | 19,235 |
| START Training & Engagement Specialist | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| START Training & Engagement Specialist - Kasulu, Tanzania | 0.75 | 5,662 | 5,662 | 5,662 | 16,986 |
| Program Integrity Specialist | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Monitoring, Evaluation, Accountability, and Learning (MEAL) Specialist | 0.67 | 3,782 | 5,673 | 5,673 | 15,128 |
| Public Information Specialist | 2.25 | 17,678 | 17,678 | 17,678 | 53,034 |
| Refugee Communication Specialist - Kasulu, Tanzania | 0.75 | 6,156 | 6,156 | 6,156 | 18,469 |
| Refugee Communication Specialist - Pretoria, South Africa | 0.75 | 7,339 | 7,339 | 7,339 | 22,018 |
| Refugee Communication Specialist - Kampala, Uganda | 0.75 | 5,412 | 5,412 | 5,412 | 16,235 |
| Refugee Communication Specialist - Kigali, Rwanda | 0.75 | 5,021 | 5,021 | 5,021 | 15,063 |
| Call Center Quality & Process Analyst | 0.50 | 10,922 | - | - | 10,922 |
| Learning & Development Specialist | 3.00 | 22,693 | 22,693 | 22,693 | 68,078 |
| Instructional Designer | 1.50 | 11,346 | 11,346 | 11,346 | 34,039 |
| Staff Trainer | 3.75 | 28,916 | 28,916 | 28,916 | 86,748 |
| Staff Trainer - Kasulu, Tanzania | 0.75 | 5,676 | 5,676 | 5,676 | 17,027 |
| Staff Trainer - Pretoria, South Africa | 0.75 | 7,563 | 7,563 | 7,563 | 22,688 |
| Staff Trainer- Kampala, Uganda | 0.25 | | | 5,412 | 5,412 |
| Staff Trainer - Kigali Rwanda | 0.75 | 5,021 | 5,021 | 5,021 | 15,063 |
| Data Analyst | 6.75 | 52,905 | 52,905 | 52,905 | 158,715 |
| Resettlement Expert Level 2 | 7.50 | 57,953 | 57,953 | 57,953 | 173,859 |
| Resettlement Expert Level 2 - Kasulu, Tanzania | 0.75 | 5,025 | 5,025 | 5,025 | 15,074 |
| Library Officer - Pretoria, South Africa | 0.75 | 5,079 | 5,079 | 5,079 | 15,237 |
| Senior Call Center Representative | 0.50 | 8,683 | - | - | 8,683 |
| Senior Call Center Interpreter | 0.50 | 8,683 | - | - | 8,683 |
| Senior Caseworker | 61.50 | 363,240 | 363,240 | 363,240 | 1,089,719 |
| Senior Caseworker - Kasulu, Tanzania | 9.00 | 60,295 | 60,295 | 60,295 | 180,885 |
| Senior Caseworker - Pretoria, South Africa | 13.50 | 94,206 | 94,206 | 94,206 | 282,618 |
| Senior Caseworker - Kampala, Uganda | 5.25 | 26,221 | 26,221 | 26,221 | 78,662 |
| Senior Caseworker - Mbarara, Uganda | 1.50 | 7,492 | 7,492 | 7,492 | 22,475 |
| Senior Caseworker - Kyaka, Uganda | 1.50 | 7,492 | 7,492 | 7,492 | 22,475 |
| Senior Caseworker - Kigali, Kabarore, Karongi, Kirehe Rwanda | 3.00 | | 20,853 | 20,853 | 41,706 |
| Resettlement Expert Level 1 | 9.00 | 52,100 | 52,100 | 52,100 | 156,301 |
| Resettlement Expert Level 1 - Kasulu, Tanzania | 1.50 | 9,742 | 9,742 | 9,742 | 29,227 |
| Resettlement Expert Level 1 - Pretoria, South Africa | 1.50 | 5,094 | 5,094 | 5,094 | 15,281 |
| Resettlement Expert Level 1 - Kampala Uganda | 1.50 | 7,492 | 7,492 | 7,492 | 22,475 |

| Position | | | | | |
|---|---|---|---|---|---|
| Cultural Orientation Senior Trainer | 9.75 | 61,123 | 61,123 | 61,123 | 183,369 |
| Cultural Orientation Senior Trainer - Dar Es Salaam, Tanzania | 2.25 | 15,074 | 15,074 | 15,074 | 45,221 |
| Cultural Orientation Senior Trainer - Pretoria, South Africa | 2.25 | 15,579 | 15,579 | 15,579 | 46,738 |
| Cultural Orientation Senior Trainer - Kampala, Uganda | 1.50 | 7,492 | 7,492 | 7,492 | 22,475 |
| Cultural Orientation Senior Trainer - Mbarara, Uganda | 1.50 | 7,492 | 7,492 | 7,492 | 22,475 |
| Cultural Orientation Senior Trainer - Kyaka, Uganda | 1.50 | 7,492 | 7,492 | 7,492 | 22,475 |
| Cultural Orientation Senior Trainer - Kigali,  Kabarore, Karongi, Kirehe Rwanda | 2.00 | | 13,902 | 13,902 | 27,804 |
| Senior Case Processing Assistant, Protection | 9.00 | 52,100 | 52,100 | 52,100 | 156,301 |
| Senior Case Processing Assistant, Correspondence | 30.75 | 178,010 | 178,010 | 178,010 | 534,029 |
| Senior Case Processing Assistant | 41.25 | 238,794 | 238,794 | 238,794 | 716,381 |
| Senior Case Processing Assistant, - Kasulu, Tanzania | 3.00 | 16,489 | 16,489 | 16,489 | 49,468 |
| Senior Case Processing Assistant, - Pretoria, South Africa | 2.25 | 15,704 | 15,704 | 15,704 | 47,111 |
| Cultural Orientation Trainer | 23.25 | 106,733 | 106,733 | 106,733 | 320,200 |
| Cultural Orientation Trainer - Kasulu, Tanzania | 5.25 | 26,248 | 26,248 | 26,248 | 78,743 |
| Cultural Orientation Trainer- Pretoria, South Africa | 6.75 | 35,415 | 35,415 | 35,415 | 106,245 |
| Cultural Orientation Trainer - Kampala, Uganda | 2.25 | 10,441 | 10,441 | 10,441 | 31,322 |
| Cultural Orientation Trainer - Kabarore, Karongi, Kirehe Rwanda | 2.25 | 8,807 | 8,807 | 8,807 | 26,420 |
| Caseworker | 72.75 | 312,110 | 312,110 | 312,110 | 936,331 |
| Caseworker - Kasulu, Tanzania | 21.00 | 108,648 | 108,648 | 108,648 | 325,945 |
| Caseworker - Pretoria, South Africa | 21.00 | 111,320 | 111,320 | 111,320 | 333,959 |
| Caseworker - Kampala, Uganda | 12.75 | 59,164 | 59,164 | 59,164 | 177,492 |
| Caseworker - Mbarara, Uganda | 0.75 | 3,480 | 3,480 | 3,480 | 10,441 |
| Caseworker - Kyaka, Uganda | 0.75 | 3,480 | 3,480 | 3,480 | 10,441 |
| Caseworker - Kigali,  Kabarore, Karongi, Kirehe Rwanda | 12.00 | 46,968 | 46,968 | 46,968 | 140,904 |
| Senior Program Integrity Assistant | 1.50 | 6,669 | 6,669 | 6,669 | 20,007 |
| Senior Interpreter Support Assistant | 3.00 | 13,338 | 13,338 | 13,338 | 40,013 |
| Senior Interpreter Support Assistant - Kasulu, Tanzania | 0.75 | 3,824 | 3,824 | 3,824 | 11,472 |
| Senior Interpreter Support Assistant - Pretoria, South Africa | 0.75 | 3,865 | 3,865 | 3,865 | 11,596 |
| Case Processing Assistant | 31.50 | 140,046 | 140,046 | 140,046 | 420,138 |
| Case Processing Assistant - Pretoria, South Africa | 5.25 | 27,918 | 27,918 | 27,918 | 83,753 |
| Call Center Representative | 1.75 | 21,076 | - | - | 21,076 |
| Call Center Interpreter | 0.75 | 10,003 | - | - | 10,003 |
| Call Center Interpreter - Kasulu, Tanzania | 0.25 | 3,310 | - | - | 3,310 |
| Call Center Interpreter - Kampala, Uganda | 0.50 | 5,080 | - | - | 5,080 |
| Call Center Interpreter - Kigali, Rwanda | - | - | - | - | - |
| Childminder Support Assistant | 2.25 | 7,780 | 7,780 | 7,780 | 23,341 |
| Childminder Support Assistant - Pretoria, South Africa | 0.75 | 2,991 | 2,991 | 2,991 | 8,974 |
| Interpreter Support Assistant | 8.25 | 27,796 | 27,796 | 27,796 | 83,387 |
| Cultural Orientation Curriculum Development & Evaluation Program Assistant | 3.75 | 12,967 | 12,967 | 12,967 | 38,902 |
| Cultural Orientation Program Assistant - Pretoria, South Africa | 0.75 | 2,886 | 2,886 | 2,886 | 8,658 |
| Library Assistant | 2.25 | 7,780 | 7,780 | 7,780 | 23,341 |
| Records & Reports Assistant | 0.75 | 2,991 | 2,991 | 2,991 | 8,974 |
| Training Program Assistant | 4.50 | 15,998 | 15,998 | 15,998 | 47,995 |
| Regional RSC Africa HR Director | 0.75 | 16,093 | 16,093 | 16,093 | 48,280 |
| Director of IT | 0.72 | 15,450 | 15,450 | 15,450 | 46,349 |
| Director, Finance and Operations | 0.75 | 16,093 | 16,093 | 16,093 | 48,280 |
| Regional Security Risk Senior Manager | 0.64 | 10,775 | 10,775 | 10,775 | 32,326 |
| Senior Information Security Manager | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Senior Manager, Property, Travel and Logistics | 0.75 | 14,486 | 14,486 | 14,486 | 43,459 |
| Internal Audit Coordinator | 0.75 | 18,093 | 18,093 | 18,093 | 54,279 |
| Senior Manager, Procurement | 0.75 | 12,478 | 12,478 | 12,478 | 37,433 |
| Senior Manager, Finance & Budgeting | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Senior Information Technology Manager | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Senior Manager, Software Development | 0.75 | 12,446 | 12,446 | 12,446 | 37,339 |
| Finance and Administration Manager - Pretoria, South Africa | 0.75 | 12,042 | 12,042 | 12,042 | 36,125 |
| Grants, Award, and Compliance Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Software Development Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Human Resources Manager, Compensation, Benefits and Staff Wellness | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Human Resources Manager, Organization Development and Change | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Human Resources Manager, Talent Acquisition | 0.75 | 10,313 | 10,313 | 10,313 | 30,938 |
| Human Resources Manager - Pretoria, South Africa | 0.75 | 10,801 | 10,801 | 10,801 | 32,404 |
| Human Resources Manager - Kampala,Uganda | 0.75 | 8,247 | 8,247 | 8,247 | 24,742 |
| Human Resources Manager - Kigali, Rwanda | 0.75 | 7,652 | 7,652 | 7,652 | 22,957 |
| IT Support Services Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Technical Lead, Network and Infrastructure | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Technical Lead, Systems and CloudOps | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Special Projects Manager - Admin | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Property Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Procurement & Contracts Manager | 1.50 | 19,590 | 19,590 | 19,590 | 58,769 |
| Procurement Manager - Kasulu, Tanzania | 0.75 | 8,633 | 8,633 | 8,633 | 25,898 |
| Procurement Manager - Pretoria, South Africa | 0.75 | 10,511 | 10,511 | 10,511 | 31,532 |
| Procurement Manager - Kampala, Uganda | 0.75 | 8,247 | 8,247 | 8,247 | 24,742 |
| Procurement Manager - Kigali, Rwanda | 0.75 | 7,652 | 7,652 | 7,652 | 22,957 |
| Security Risk Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| Regional Security Risk Manager - Dar Es Salaam, Tanzania | 0.75 | 8,633 | 8,633 | 8,633 | 25,898 |
| Regional Security Risk Manager  - Pretoria, South Africa | 0.75 | 14,350 | 14,350 | 14,350 | 43,051 |
| Security Risk Manager - Kampala , Uganda | 0.75 | 8,247 | 8,247 | 8,247 | 24,742 |
| Security Risk Manager - Kigali, Rwanda | 0.75 | 7,652 | 7,652 | 7,652 | 22,957 |
| Finance and Administration Manager - Dar es Salaam, Tanzania | 0.75 | 8,633 | 8,633 | 8,633 | 25,898 |
| Finance and Administration Manager - Kampala , Uganda | 0.75 | 8,247 | 8,247 | 8,247 | 24,742 |
| Finance and Administration Manager - Kigali, Rwanda | 0.75 | 7,652 | 7,652 | 7,652 | 22,957 |
| Travel & Logistics Manager | 0.75 | 10,035 | 10,035 | 10,035 | 30,104 |
| IT Support Supervisor | 1.50 | 14,820 | 14,820 | 14,820 | 44,459 |
| IT Supervisor - Kasulu, Tanzania | 0.75 | 7,785 | 7,785 | 7,785 | 23,355 |
| IT Supervisor - Pretoria, South Africa | 0.75 | 9,567 | 9,567 | 9,567 | 28,700 |
| IT Supervisor - Kampala, Uganda | 0.75 | 7,004 | 7,004 | 7,004 | 21,013 |
| IT Supervisor - Kigali, Rwanda | 0.75 | 5,908 | 5,908 | 5,908 | 17,724 |
| Procurement Supervisor | 1.50 | 15,120 | 15,120 | 15,120 | 45,359 |
| Property Supervisor, Facility & Fleet Management | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |
| Property Supervisor, Assets and Stores. | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |
| Travel Logistics Supervisor | 1.50 | 15,120 | 15,120 | 15,120 | 45,359 |
| Senior Finance Specialist, Treasury, Payables, & Budget Reporting Compliance | 1.50 | 15,835 | 15,835 | 15,835 | 47,504 |
| Senior Finance Specialist, GL Reporting and Travel | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| Senior Finance Specialist - Pretoria, South Africa | 0.75 | 9,140 | 9,140 | 9,140 | 27,419 |
| Senior Security Risk Management Specialist | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| Senior Specialist, Talent Aquisition | 0.75 | 7,560 | 7,560 | 7,560 | 22,679 |

| Position | | | | | |
|---|---|---|---|---|---|
| Senior DevOps Specialist | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| Senior Information Security Officer | 1.50 | 9,471 | 9,471 | 9,471 | 28,413 |
| Senior Information Security Officer - Pretoria, South Africa | 0.75 | 9,471 | 9,471 | 9,471 | 28,413 |
| Senior Network Administrator | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| Senior Systems Administrator | 0.75 | 7,410 | 7,410 | 7,410 | 22,230 |
| Human Resources Specialist- Protocol | 0.75 | 9,080 | 9,080 | 9,080 | 27,239 |
| Human Resources Supervisor - Dar Es Salaam, Tanzania | 0.75 | 6,911 | 6,911 | 6,911 | 20,733 |
| Human Resources Supervisor - Pretoria, South Africa | 0.75 | 9,294 | 9,294 | 9,294 | 27,882 |
| Human Resources Supervisor - Kigali, Rwanda | 0.75 | 5,908 | 5,908 | 5,908 | 17,724 |
| Administration Supervisor- Kasulu, Tanzania | 0.75 | 7,785 | 7,785 | 7,785 | 23,355 |
| Administration Supervisor - Pretoria, South Africa | 0.75 | 9,140 | 9,140 | 9,140 | 27,419 |
| Administration Supervisor - Kampala, Uganda | 0.75 | 8,149 | 8,149 | 8,149 | 24,446 |
| Administration Supervisor - Kigali, Rwanda | 0.75 | 5,908 | 5,908 | 5,908 | 17,724 |
| Senior Procurement Specialist - Pretoria - South Africa | 0.75 | 9,140 | 9,140 | 9,140 | 27,419 |
| Office Manager | 1.50 | 13,063 | 13,063 | 13,063 | 39,189 |
| Internal Audit Manager | 0.75 | 9,610 | 9,610 | 9,610 | 28,829 |
| IT Support Specialist | 9.75 | 73,166 | 73,166 | 73,166 | 219,497 |
| IT Specialist - Kasulu,Tanzania | 0.75 | 5,662 | 5,662 | 5,662 | 16,986 |
| IT Specialist - Pretoria, South Africa | 1.50 | 14,956 | 14,956 | 14,956 | 44,868 |
| IT Specialist - Kampala, Uganda | 0.75 | 5,412 | 5,412 | 5,412 | 16,235 |
| IT Specialist - Kigali, Rwanda | 0.75 | 5,021 | 5,021 | 5,021 | 15,063 |
| Network Administrator | 1.50 | 11,757 | 11,757 | 11,757 | 35,270 |
| Systems Administrator | 1.50 | 11,785 | 11,785 | 11,785 | 35,356 |
| Software Developer | 1.50 | 11,882 | 11,882 | 11,882 | 35,647 |
| Senior Finance Officer- Budgets & Reporting/ Awards & Compliance | 1.50 | 11,883 | 11,883 | 11,883 | 35,648 |
| Senior Human Resources Officer - Organizational Development  & HRIS | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Senior Human Resources Officer - Compliance and Employee Relations | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Senior Human Resources Officer - Employee Wellness and Benefits | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Senior Human Resources Officer - Talent Aqusition | 1.50 | 11,346 | 11,346 | 11,346 | 34,039 |
| Senior Human Resources Officer - Compensation | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Senior Procurement Officer | 2.25 | 18,122 | 18,122 | 18,122 | 54,367 |
| Senior Procurement Officer - Kigali, Rwanda | 0.75 | 5,021 | 5,021 | 5,021 | 15,063 |
| Senior Travel Logistics Officer | 1.50 | 11,591 | 11,591 | 11,591 | 34,772 |
| Senior Travel Logistics Officer - Dar es Salaam Tanzania | 0.75 | 5,662 | 5,662 | 5,662 | 16,986 |
| Senior Travel Logistics Officer - Pretoria, South Africa | 0.75 | 7,478 | 7,478 | 7,478 | 22,434 |
| Senior Travel Logistics Officer - Kampala, Uganda | 0.75 | 5,953 | 5,953 | 5,953 | 17,858 |
| Senior Administration Officer - Mbarara, Uganda | 0.67 | 3,608 | 5,412 | 5,412 | 14,431 |
| Senior Administration Officer - Kyaka, Uganda | 0.67 | 3,608 | 5,412 | 5,412 | 14,431 |
| Senior Projects Support Officer | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Accountant-Payroll & Training | 0.75 | 5,673 | 5,673 | 5,673 | 17,019 |
| Accountant | 3.00 | 22,693 | 22,693 | 22,693 | 68,078 |
| Senior Finance Officer - Dar Es Salaam, Tanzania | 0.75 | 5,662 | 5,662 | 5,662 | 16,986 |
| Senior Finance Officer - Kampala, Uganda | 0.75 | 5,940 | 5,940 | 5,940 | 17,820 |
| Senior Finance Officer - Kigali, Rwanda | 0.75 | 5,021 | 5,021 | 5,021 | 15,063 |
| Security Risk Management specialist | 2.25 | 17,019 | 17,019 | 17,019 | 51,058 |
| Senior Property Officer - Pretoria, South Africa | 0.75 | 7,343 | 7,343 | 7,343 | 22,029 |
| Travel Logistics Officer | 6.00 | 34,795 | 34,795 | 34,795 | 104,385 |
| Travel Logistics Officer - Kasulu, Tanzania | 0.75 | 4,718 | 4,718 | 4,718 | 14,153 |
| Travel Logistics Officer - Pretoria, South Africa | 1.50 | 10,124 | 10,124 | 10,124 | 30,373 |
| Travel Logistics Officer - Kampala , Uganda | 0.75 | 3,746 | 3,746 | 3,746 | 11,237 |
| Logistics Officer (Fleet and Travel) - Kigali, Rwanda | 0.75 | 3,476 | 3,476 | 3,476 | 10,427 |
| Procurement Officer | 4.50 | 31,134 | 31,134 | 31,134 | 93,402 |
| Procurement Officer - Kasulu, Tanzanzia | 0.75 | 4,122 | 4,122 | 4,122 | 12,367 |
| Procurement Officer - Pretoria, South Africa | 1.50 | 10,469 | 10,469 | 10,469 | 31,407 |
| Procurement Officer - Kampala, Uganda | 0.75 | 3,746 | 3,746 | 3,746 | 11,237 |
| Property Officer | 3.75 | 27,654 | 27,654 | 27,654 | 82,962 |
| Property Officer - Pretoria, South Africa | 0.75 | 5,235 | 5,235 | 5,235 | 15,704 |
| Property Officer - Kampala, Uganda | 0.75 | 4,120 | 4,120 | 4,120 | 12,361 |
| Facilities and Stores Officer - Kigali, Rwanda | 0.75 | 3,476 | 3,476 | 3,476 | 10,427 |
| Finance Officer- Kasulu,Tanzania | 0.75 | 4,122 | 4,122 | 4,122 | 12,367 |
| Finance Officer - Pretoria, South Africa | 1.50 | 10,619 | 10,619 | 10,619 | 31,857 |
| Security Risk Officer - Pretoria South Africa | 0.75 | 5,235 | 5,235 | 5,235 | 15,704 |
| General Services Officer - Kasulu, Tanzania | 0.75 | 4,237 | 4,237 | 4,237 | 12,710 |
| Administrative Officer - Kasulu, Tanzania | 0.75 | 3,746 | 3,746 | 3,746 | 11,237 |
| Human Resources Officer - Talent Acquisition | 3.00 | 17,367 | 17,367 | 17,367 | 52,100 |
| Human Resources Officer -  Compensation & Payroll Administration | 0.75 | 4,342 | 4,342 | 4,342 | 13,025 |
| Human Resources Officer - Employee Wellness & Benefits Administration | 0.75 | 4,342 | 4,342 | 4,342 | 13,025 |
| Human Resources Officer - Kasulu,Tanzania | 0.75 | 4,122 | 4,122 | 4,122 | 12,367 |
| Human Resources Officer - Pretoria, South Africa | 1.50 | 10,469 | 10,469 | 10,469 | 31,407 |
| Human Resource Officer - Kampala, Uganda | 0.75 | 4,110 | 4,110 | 4,110 | 12,329 |
| Human Resources Officer - Kigali, Rwanda | 0.75 | 3,476 | 3,476 | 3,476 | 10,427 |
| Administrative Officer | 1.50 | 8,885 | 8,885 | 8,885 | 26,655 |
| Administrative Officer - Kigali, Rwanda | 0.75 | 3,476 | 3,476 | 3,476 | 10,427 |
| Field Administrative Officer - Kabarore, Karongi and Kirehe Rwanda | 2.25 | 10,427 | 10,427 | 10,427 | 31,280 |
| Senior Finance Assistant | 3.75 | 14,793 | 14,793 | 14,793 | 44,378 |
| Finance Officer - Kampala, Uganda | 0.75 | 3,746 | 3,746 | 3,746 | 11,237 |
| Senior Finance Assistant - Kigali, Rwanda | 0.75 | 2,936 | 2,936 | 2,936 | 8,807 |
| Senior Human Resources Assistant, HR Records | 1.50 | 6,669 | 6,669 | 6,669 | 20,007 |
| Senior Human Resources Assistant - Kampala, Uganda | 0.75 | 3,480 | 3,480 | 3,480 | 10,441 |
| Senior Administration Assistant | 1.50 | 6,861 | 6,861 | 6,861 | 20,582 |
| Senior Administration  Assistant - Dar es Salaam, Tanzania | 0.75 | 3,824 | 3,824 | 3,824 | 11,472 |
| Senior Administration Assistant - Kasulu, Tanzania | 1.50 | 7,648 | 7,648 | 7,648 | 22,944 |
| Senior Administration Assistant - Kampala, Uganda | 0.75 | 2,591 | 2,591 | 2,591 | 7,773 |
| Senior Procurement Assistant - Kampala, Uganda | 0.50 | | 3,471 | 3,471 | 6,943 |
| Senior Property Assistant - Kampala, Uganda | 0.75 | 3,471 | 3,471 | 3,471 | 10,414 |
| Stores Assistant | 2.25 | 10,258 | 10,258 | 10,258 | 30,773 |
| Senior Finance Assistant Cashier and Payroll | 0.75 | 3,334 | 3,334 | 3,334 | 10,003 |
| Property Assistant - Pretoria, South Africa | 0.75 | 3,993 | 3,993 | 3,993 | 11,979 |
| General Office Assistant - Pretoria, South Africa | 0.75 | 2,991 | 2,991 | 2,991 | 8,974 |
| Staff Security Assistant - Pretoria, South Africa | 0.75 | 2,884 | 2,884 | 2,884 | 8,652 |
| Receptionist | 1.50 | 5,333 | 5,333 | 5,333 | 15,998 |
| Receptionist - Kigali, Rwanda | 0.75 | 2,191 | 2,191 | 2,191 | 6,573 |
| Senior Driver | 0.75 | 2,666 | 2,666 | 2,666 | 7,999 |
| Senior Driver - Kasulu, Tanzania | 0.75 | 2,486 | 2,486 | 2,486 | 7,457 |
| Driver | 4.50 | 12,751 | 12,751 | 12,751 | 38,254 |
| Driver - Kasulu, Tanzania | 2.25 | 8,292 | 8,292 | 8,292 | 24,876 |

| Item | FTE | | | | |
|---|---|---|---|---|---|
| Driver - Pretoria, South Africa | 1.50 | 4,710 | 4,710 | 4,710 | 14,129 |
| Driver - Kampala, Uganda | 1.50 | 4,710 | 4,710 | 4,710 | 15,349 |
| Driver - Mbarara, Uganda | 0.67 | 1,705 | 2,558 | 2,558 | 6,822 |
| Driver - Kyaka, Uganda | 0.67 | 1,705 | 2,558 | 2,558 | 6,822 |
| Driver - Kigali, Kabarone, Karongi and Kirehe Rwanda | 3.00 | 6,711 | 6,711 | 6,711 | 20,133 |
| Senior Janitor - Kampala, Uganda | 1.50 | 4,251 | 4,251 | 4,251 | 12,752 |
| Senior Janitor - Kampala, Uganda | 0.75 | 1,989 | 1,989 | 1,989 | 5,967 |
| Janitor | 18.75 | 40,410 | 40,410 | 40,410 | 121,231 |
| Janitor - Dar es Salaam, Tanzania | 0.75 | 2,012 | 2,012 | 2,012 | 6,035 |
| Janitor - Kasulu, Tanzania | 2.25 | 6,036 | 6,036 | 6,036 | 18,108 |
| Janitor - Pretoria, South Africa | 3.00 | 7,345 | 7,345 | 7,345 | 22,036 |
| Janitor - Kampala Uganda | 1.50 | 4,621 | 4,621 | 4,621 | 13,864 |
| Janitor - Mbarara Uganda | 1.33 | 3,081 | 4,621 | 4,621 | 12,323 |
| Janitor - Kyaka Uganda | 0.67 | 1,540 | 2,311 | 2,311 | 6,162 |
| Janitor - Kigali, Kabarone, Karongi and Kirehe Rwanda | 3.75 | 6,493 | 6,493 | 6,493 | 19,478 |
| **FTE TOTAL** | **888.04** | | | | |
| Allowances | | | | | - |
| Education | | 98,750 | 98,750 | 98,750 | 296,250 |
| Housing/Utilities | | 426,000 | 426,000 | 426,000 | 1,278,000 |
| Shipping/Relocation | | 35,000 | 35,000 | 35,000 | 105,000 |
| Overtime and Temporary Staff | | 88,473 | 88,473 | 88,473 | 265,419 |
| **FRINGE BENEFITS** | | **1,077,905** | **2,167,725** | **2,172,777** | **5,418,403** |
| International Hire | | 481,161 | 487,167 | 488,915 | 1,457,243 |
| Local Hire | | 596,744 | 1,680,558 | 1,683,857 | 3,961,160 |
| **TRAVEL** | | **7,264,275** | **6,466,219** | **6,664,039** | **20,394,533** |
| Local/In-Country | | | | | |
| Program in country travel | | 2,792,619 | 2,429,778 | 2,494,953 | 7,717,349 |
| Administrative in country support | | 63,885 | 70,728 | 64,085 | 198,699 |
| Regional | | | | | |
| Program Regional travel | | 4,027,383 | 3,638,063 | 3,719,741 | 11,385,187 |
| Administrative Regional support | | 267,064 | 197,272 | 258,151 | 722,487 |
| International (list each trip) | | | | | - |
| Senior Management (Nairobi -Washington-Newyork) | | - | 10,487 | 11,137 | 21,624 |
| Cultural Orientation (Nairobi - Silver Spring) | | - | 3,399 | 5,888 | 9,287 |
| Reporting working group (Nairobi-Rosslyn,Virginia) | | - | 6,408 | - | 6,408 |
| START (Nairobi-Middle East) | | 3,240 | - | - | 3,240 |
| Home Leave travel | | 88,500 | 88,500 | 88,500 | 265,500 |
| Headquarters Staff Travel | | | | | |
| US Domestic Travel | | 2,080 | 2,080 | 2,080 | 6,240 |
| International Travel | | 19,504 | 19,504 | 19,504 | 58,512 |
| **EQUIPMENT** | | **856,042** | **78,900** | **-** | **934,942** |
| Non-Expendable equipment (list items with acquisition c | | | | | |
| Motor Vehicles | | 518,617 | - | - | 518,617 |
| Generators and Power Backup | | 158,820 | 18,900 | - | 177,720 |
| Access Control System | | 72,605 | 10,000 | - | 82,605 |
| Network Switches | | 30,000 | - | - | 30,000 |
| Fire Suppression System | | 40,000 | - | - | 40,000 |
| Audio Visual Conferencing Equipment | | 6,000 | - | - | 6,000 |
| Bulk Printer | | 10,000 | - | - | 10,000 |
| Other Non-Expendable Equipment | | 20,000 | 50,000 | - | 70,000 |
| **SUPPLIES** | | **1,713,333** | **764,054** | **528,346** | **3,005,732** |
| Office supplies | | 415,122 | 394,544 | 390,202 | 1,199,867 |
| COVID Specific supplies | | - | - | - | - |
| Software costs | | 620,760 | 193,700 | 81,820 | 896,280 |
| Broadcast Speaker System | | 15,015 | - | - | 15,015 |
| Scanners | | 33,425 | 5,500 | - | 38,925 |
| Furniture | | 216,724 | 56,405 | - | 273,129 |
| Network Firewall | | 19,500 | - | - | 19,500 |
| Television set | | 5,200 | 1,000 | - | 6,200 |
| Mobile Phones | | 38,457 | 31,281 | - | 69,738 |
| Laptops | | 100,000 | - | - | 100,000 |
| Kitchen Appliances | | 14,896 | 300 | - | 15,196 |
| Digital Signature Pads | | 29,160 | - | - | 29,160 |
| Printers | | 31,300 | 12,000 | - | 43,300 |
| Cameras | | 15,950 | - | - | 15,950 |
| CCTV Systems | | 61,500 | - | - | 61,500 |
| Bulk Filing Cabinets | | 11,500 | | | 11,500 |
| Audio Visual Conferencing Equipment | | 8,500 | 4,000 | - | 12,500 |
| Repairs and Maintenance for IT Equipment | | 33,000 | 22,500 | 15,000 | 70,500 |
| IT Misc Equipment | | 2,000 | 1,500 | - | 3,500 |
| Vehicle Maintenance | | 41,324 | 41,324 | 41,324 | 123,972 |
| **CONTRACTUAL** | | **492,671** | **518,211** | **572,761** | **1,583,642** |
| Annual Maintenance contracts/agreements | | 76,861 | 76,861 | 76,861 | 230,583 |
| Building Service Charge | | 81,462 | 151,462 | 81,462 | 314,386 |
| Custodial/Building Maintenance | | 60,500 | 50,500 | 50,500 | 161,500 |
| Professional fees | | 41,000 | 42,000 | 85,750 | 168,750 |
| Security guards & alarm services | | 154,288 | 154,288 | 154,288 | 462,863 |
| Vehicle Security - Tracking Service | | 2,460 | 2,000 | 2,800 | 7,260 |
| Consultancies | | 76,100 | 41,100 | 121,100 | 238,300 |
| **CONSTRUCTION** | | **-** | **-** | **-** | **-** |
| Not applicable | | | | | |
| **OTHER DIRECT COSTS** | | **1,492,743** | **1,918,662** | **1,425,129** | **4,836,535** |
| Bank Fees | | 34,925 | 34,925 | 34,925 | 104,775 |
| Printing costs | | 76,901 | 76,901 | 76,898 | 230,701 |
| Dedicated Internet Networks | | 204,000 | 204,000 | 204,000 | 612,000 |
| Fiber Internet | | 133,500 | 133,500 | 133,500 | 400,500 |
| Insurance of Motor Vehicles and Equipment. | | 32,050 | 32,050 | 14,550 | 78,650 |
| Office Repairs and Upgrades | | 66,286 | 66,286 | 66,286 | 198,858 |
| Office Utilities | | 73,103 | 73,103 | 73,103 | 219,309 |
| Postage/Courier | | 44,640 | 44,640 | 44,640 | 133,920 |
| Network and Electrical Cabling | | 49,459 | 40,000 | 5,000 | 94,459 |
| Satellite Phone fees | | 5,300 | 5,300 | 5,300 | 15,900 |
| Space Rental | | 485,745 | 925,223 | 488,593 | 1,899,562 |

| | | | | | |
|---|---|---|---|---|---|
| Staff Training and Development | | | 115,041 | 119,441 | 115,041 | 349,523 |
| Voice and Data Services | | | 117,000 | 117,000 | 117,000 | 351,000 |
| Leased Equipment | | | 32,250 | 32,250 | 32,250 | 96,750 |
| Miscellaneous direct costs | | | 13,199 | 12,199 | 12,199 | 37,597 |
| Headquarters Expenses | | | 9,344 | 1,844 | 1,844 | 13,032 |
| **INIDIRECT COSTS** | | | **3,062,635** | **3,464,968** | **3,472,363** | **9,999,966** |
| Indirect cost rate | 35% | | 3,062,635 | 3,464,968 | 3,472,363 | 9,999,966 |
| **TOTAL PROGRAM BUDGET** | | | **23,632,085** | **23,110,922** | **22,583,674** | **69,326,681** |



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

# Budget Narrative

**Table of Contents**

A.    Personnel ................................................................................................................... 5
    International Hire ................................................................................................. 6
    Local Hire     .......................................................................................................14
    Allowances .........................................................................................................56
B. Fringe Benefits ...........................................................................................................57
    International Hire ...............................................................................................57
    Local Hire ..........................................................................................................57
C. Travel .........................................................................................................................58
    Local/In-Country Travel ...................................................................................58
    Home Leave .......................................................................................................69
    Headquarters Staff Travel .................................................................................69
    Non-Expendable Equipment .............................................................................70
E. Supplies ......................................................................................................................72
    Software (total amount requested: .....................................................................73
F. Contractual .................................................................................................................77
H. Other Direct Costs .....................................................................................................80
    Utilities ..............................................................................................................81
    Space Rental ......................................................................................................82
    Miscellaneous Direct Costs ..............................................................................83
    Headquarters Expenses .....................................................................................84
I.    NICRA ......................................................................................................................84



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

## Executive Summary

Church World Service (CWS) is pleased to submit a budget proposal for **$69,326,681** for FY24 (Q2-Q4) in response to the U.S. Department of State, Bureau of Population, Refugees and Migration (PRM) FY 2024 Directed Announcement for Resettlement Support Center (RSC) Africa (SFOP0009766).

Please note that all FTEs in the Personnel section have been recalculated with 75% as the baseline, to correspond to Q2-Q4. Individual salaries have been similarly recalculated based on three quarters. Tables throughout the Travel section also reflect Q2-Q4 costs only.

In FY24, RSC Africa plans to increase its total departures from approximately **22,000** individuals to **40,000-45,000** individuals (7,394 individuals in Q1 and 32,605-37,605 individuals in Q2-Q4). This means significant processing increases from FY23 to FY24 (Q1-Q4) in the following key areas:

- Prescreening interview activity will increase by **7.15%**
- Support to DHS adjudication interviews is expected to increase by **5.76%**
- Post-CIS action: **10%** of applicants in the pipeline who are post-CIS are expected to depart in FY24
- Cultural Orientation training will increase by approximately **89.6%**
- Departures are projected to increase by **81.8%**

We are proud to work with PRM on the necessary investments in people, training, technology, and travel that will significantly increase departures in FY24 (Q1-Q4) and set us up well for more departures in the coming years. Though our departures will increase by 81.8%, we are pleased to note that our travel budget is decreasing by 2%. To accomplish this boost in field activity and support in-office processing and administrative activity, we will decrease staffing by 26% to a total FTE of 888 (including headquarters staff).

.

Inflation across our Country Offices in Kenya (8.1%), Tanzania (4.0%), South Africa (7.19%) Uganda (9.1%), and Rwanda (14.1%) is expected to grow in line with global inflation rates. The cost for Equipment and Supplies has increased relatively due to the weakening of the local currencies. In FY24 the cost of equipment will continue to increase as inflation rates are expected to go up within the new fiscal year as a ripple effect to global market prices and devaluation currencies which will also affect staff earning due to lost purchasing power.

CWS is poised to continue to provide our signature high quality processing throughout sub-Saharan Africa to contribute towards the global goal of departing up to 125,000 refugees.

## Introduction

This **$69,326,681  budget** (Q2-Q4) will enable CWS to assist the Bureau in preparing the necessary casework for persons in sub-Saharan Africa eligible for interview by the Department of Homeland Security's (DHS) U.S. Citizenship and Immigration Services (USCIS), in support of the U.S. Refugee Admissions Program (USRAP). In FY24, CWS proposes to leverage its 75+



years of refugee resettlement experience and 30+ years of refugee processing experience as RSC Africa to provide cost-effective and equitable service provision to all refugee applicants across sub-Saharan Africa.

CWS is planning to depart **40,000-45,000** refugees from sub-Saharan Africa in FY24 (7,395 individuals (Q1) and 32,605-37,605 individuals (Q2-Q4)). Should targets change, CWS will work with PRM to adjust allocation numbers, FY24 work plans and this budget. To depart **40,000-45,000** refugees, CWS plans to prescreen **51,422** individuals and support USCIS' adjudication of **44,568** (with 32,605-37,605 departures, 38,236 prescreened, and 30,654 presented to USCIS in Q2-Q4).

This budget is built on the following key assumptions:

- Key USRAP partners will meet or beat the required USCIS interviews, security check return rates and numbers, and exit permits required for CWS to project 40,000-45,000 departures.
- The rates at which cases are unable to progress swiftly and predictably through the USRAP pipeline due to short and long-term holds, no-shows, changes in case information or composition, denials of applications by USCIS, and other factors in accordance with USRAP SOPs will remain consistent or improve as compared with previous years' rates. Continuing to expand local processing capacity through CWS Africa's country offices in Uganda, Rwanda, South Africa, and Tanzania will be key to ensuring flexibility, scalability, and cost-effectiveness of the RSC Africa operation, in service to anticipated RSC Africa departures for FY24.
- PRM and RPC have made the decision that START access throughout sub-Saharan Africa will be via a live internet connection. CWS continues to work towards having dedicated internet access in all processing locations and has completed this infrastructure work in 76% of the targeted processing locations. The line-item exchange rate for all budgeted expenses is $1.00 US Dollar (USD) = 122 Kenyan Shillings (KSH); 2,330 Tanzanian Shillings (TZ); and 17 South African Rand (ZAR): 3,700 Uganda Shilling (UGX); 1,070 Rwanda Francs (RWF)

CWS is proposing 1,214 full-time staff positions, constituting 888 full-time equivalents (FTEs) for Q2-Q4, to be allocated to the RSC Africa operation. This represents a 26% decrease in the proposed FTE compared to FY23, to conduct prescreening interviews for 38,236 individuals, support DHS interviews for 30,654 individuals, and provide 26,908 individuals with cultural orientation training sessions to enable 32,605-37,605 departures in the last three quarters of FY24.

The **personnel** line of this budget contains additional information about this proposed staffing model and its associated costs. As described in detail below, these positions are a combination of international and local hires in Kenya, Tanzania, South Africa, Uganda and Rwanda. FTE for each position is expressed as a percentage corresponding to the amount of time proposed to be spent on RSC Africa activity.

In FY24 recognizing the rapid and significant growth over the past two years – RSC Africa will expand our management structure to ensure robust support of program implementation across all offices. A new regional structure will ensure effective program implementation and compliance,



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

as well as continuity and effective collaboration with all partners, and with PRM. To that same end, the large Kenya team will be re-organized to form country and/or regional processing teams instead of dividing teams by processing stage. This will allow us to better mirror partner organization structure, increase continuity of approach across our country offices, and build rapport and processing efficiencies over time as teams own and develop expertise in country-specific pipelines. Because of these significant changes, and as noted below, there are a number of new positions proposed, even as some existing positions are removed or reconfigured to fit into this new structure. While there is some overall headcount increase, the majority of new positions will be filled by current staff.

Annual salaries are calculated based on a 12-month period (October 2023 – September 2024). CWS is committed to attracting, retaining, and valuing talented and motivated staff in all positions. Over its 76-year history, CWS has routinely reviewed its compensation philosophy to ensure it is consistent with our mission, vision, and values. In FY23, CWS updated its compensation philosophy, which CWS believes will enable the organization to continue to advance its mission of transforming communities through just and sustainable responses to hunger, poverty, displacement, and disaster. This philosophy states:

> *To accomplish our mission, we must attract, retain and value talented and motivated staff in all positions. CWS compensation programs are designed to support these goals by ensuring all employees' compensation is competitive and is administered consistently and in accordance with established guidelines and salary ranges which promote fair and equitable pay levels. Pay for selected strategic roles or geographies may reflect the depth of technical skill and expertise needed to carry out the required functions and responsibilities.*

This philosophy undergirds all CWS' global compensation and benefits policies, including the FY23-FY24 salary scales and allowance schedules upon which personnel costs in this budget are based. In line with the compensation philosophy, in FY21 CWS engaged an outside consultant to conduct a market analysis for domestic (U.S.) and international work in regions where CWS operates. Based upon the results of this survey, CWS is committed to managing salaries to achieve an overall pay position across the organization at the median of the competitive market, and to reviewing salary scales on a biennial basis to ensure salaries are meeting this objective.

CWS believes that informed and data-driven salary increases are necessary to achieve our mission and vision. Factors that guide salary reviews include the need to attract, retain and value staff with the required technical competencies to rebuild, grow, and strengthen USRAP now and in the future. Other factors include attraction and retention of scarce competencies especially for mission critical roles, and the prevailing economic situation within RSC Africa countries of operation. In line with this, RSC Africa has included a 13% budgetary provision in FY24 to cushion against the increase in cost of living, change in political regime(s) and resultant laws within the RSC Africa countries of operation. The provision will also cater for any merit increases and salary scale adjustments in alignment with the Birches annual salary survey (the latter of which are ongoing as part of a multi-year staged adjustment project).

The **fringe benefits** line of this budget identifies the cost of fringe benefits offered to employees. The proposed fringe benefit rate for international hires has been updated to 31.38% in FY24 while



the proposed fringe benefit rate for local hires remains at 31.38%. The CWS' fringe benefits package includes health insurance (16.20%), life insurance (0.12%), disability insurance (0.32%), liability insurance (1.34%), Federal Insurance Contributions Act (FICA) taxes (7.65%), unemployment insurance (0.70%), retirement (4.5%), other fringe (0.05%) and Workers Compensation (0.50%).

In addition to local processing activities conducted within countries in which CWS has local processing capacity, CWS proposes to continue processing refugees through the model of "circuit rides," or the deployment of staff to processing locations across the continent, in FY24. This model ensures cost effective and flexible RSC processing activity. The **travel** line of this budget reflects costs associated with meeting PRM's objectives for refugee processing in sub-Saharan Africa – a vast coverage area including over 25 processing countries in a given fiscal year. Section II below provides additional information on the assumptions underpinning these budgeted travel costs. Additional information on the **equipment, supplies, contractual, construction, other direct costs,** and **other indirect costs** budget lines is also included below.

**A. Personnel**                                                    **= $23,152,929**

**Headquarters Staff (4.01 FTE)** (amount requested: **$527,927**)

**Note**: Headquarters staff costs are calculated using the position's base salary and FTE allocation, multiplied by the CWS fringe benefit rate of **31.38%.**

*Vice President, Programs* is responsible for the provision of senior management oversight of the CWS Africa program and other international and domestic CWS programs. 1 FTE @ $215,000/year x 20% of time x 1.3138 = $56,493 @ 75% = $42,370.

*Senior Director, Operations* provides technical assistance and oversight to the Africa-based Administration Department to ensure effective operation of RSC Africa programming. This individual is replacing the Director for Global Operations, as the admin-related headquarters representative. 1 FTE @ $164,178/year x 10% of time x 1.3138 = $21,570 @75% = $16,177.

*Director, Program Compliance* provides technical assistance and oversight on grant management and compliance to CWS' USG-funded programs. 1 FTE @ $124,150/year x 40% of time x 1.3138 = $65,243@75% = $48,932.

*Director, International Human Resources* will support the Human Resources Business Partner with ensuring RSC compliance to HR policies and local labor laws, and will support HR-related strategy, planning and management at the RSC. 1 FTE @ $105,000/year x 50% of time x 1.3138 = $68,975 @75% = $51,731.

*Associate Director, Refugee Processing* serves as the primary point of contact between CWS and PRM as relates to CWS Africa, as well as the CWS headquarters focal point for CWS Africa programmatic monitoring. Based in Washington, DC, this position conducts formal program monitoring annually and reports to the Vice President for Programs. 1 FTE @ $124,150/year x 90% of time x 1.3138 = $146,797*75% = $110,098.

*Associate Director, Program Compliance* reports to the CWS Director for Program Compliance and provides additional technical assistance and oversight capacity to ensure RSC Africa program



compliance, with a focus on finance and operations. 1 FTE @ $88,500/year x 20% of time x 1.3138 = $23,254 @ 75%=$17,441.

*Senior Director, Security* provides safety and security guidance and oversight to CWS programs worldwide, including on critical incident management. This individual is replacing the Director for Global Security as the safety- and security-related headquarters representative. 1 FTE @ $130,000/year x 20% of time x 1.3138 = $34,159 @ 75% = $25,619.

*Senior Monitoring & Evaluation Officer (formerly Senior Monitoring & Evaluation Associate)* reports to the Associate Director, Refugee Processing and provides additional capacity to conduct monitoring to ensure RSC Africa's programmatic compliance with PRM and other US government regulations and guidelines. 1 FTE @ $76,625/year x 100% x 1.3138 = $100,700 @75% = $75,525

*Program Integrity Specialist* reports to the CWS Director, Program Compliance and coordinates global investigation reports and contributes to the development of overall complaint mechanisms for CWS globally. The PIS also regularly interfaces with RSC in monthly check-ins and supports development and update of field guidance on safety during investigations, and interview protocols when required. This individual is replacing the Compliance Program Associate. 1 FTE @ $80,000/year x 10% of time x 1.3138 = $10,510 @ 75% = $7,882.

*Human Resources Business Partner* is a US-based member of the RSC Administration team, working to support internationally hired staff members and ensure compliance with both CWS global HR policy and local labor law and policy. The position will also provide support and oversight on HR-related strategy, planning and management. 1 FTE @ $76,625/year x 75% x 1.3138 = $75,502@ 75% = $56,627.

*Finance Officer* is a US-based member of the RSC Administration team, working together with Africa-based staff to ensure compliance with CWS global finance policy and to provide headquarters support and oversight on financial strategy, planning, management, and reporting. 1 FTE @ $76,625/year x 100% x 1.3138 = $100,700 @ 75% = $75,525.

**International Hire** (total amount requested = **$4,588,930** )

*Regional Representative for Africa.* This individual will continue to provide strategic direction and operational oversight of CWS programs throughout sub-Saharan Africa. It is anticipated that 33% of their time will be devoted to the RSC Africa program. The position is budgeted @ $162,706/year x 25% of time = $40,270.

*Deputy Regional Representative, Operations.* This is a new position, responsible for the management of the CWS Africa administrative functions overseeing finance, operations, and information technology. This position will work closely with the CWS Regional Representative for Africa, RSC Director, and other stakeholders to ensure compliance with CWS global policies, donor guidelines, best practices, compliance to local laws within CWS Africa countries of operation, and achievement of operational goals in a cost-effective manner. It is estimated that the Regional Deputy Regional Representative for Operations will spend 50% of their time working on RSC activities. This position is budgeted @ $161,000/year x 38% of time (50% of 9 Months) = $60,375.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Regional Human Resources Director.* This is a new position responsible for the delivery of key HR services and infrastructure in line with CWS's strategy for efficient and effective services at multiple levels. Working closely with HQ, the Regional CWS Director for HR and Country Office leadership, the role will drive the implementation and adaptation of HR global initiatives and practices across the region. S/He will serve as advisor and counsel to maximize staffing resources and performance, ensure the efficiency of work processes, and contain institutional risk within the RSC Africa program. It is estimated that the Regional Human Resources Director will spend 66% of their time working on RSC activities. The position is budgeted @ $161,000/year x 50% of time (66% of 9 Months) = $79,695.

*RSC Director.* This individual will continue to be responsible for all fiscal and operational management and for ensuring compliance with the terms of the DOS/PRM Cooperative Agreement and all established CWS policies and procedures. The position is budgeted @ $161,000/year x 75% of time = $120,750.

*Deputy Director for Administration/Operations.* This individual will be responsible for leading the management of financial resources, physical assets, and information technology at RSC Africa. This position will work closely with the CWS Deputy Regional Representative for Operations, RSC Director, Deputy Directors and Administration leadership to ensure compliance with 2 CFR 200 requirements and applicable country laws in Kenya, Tanzania, South Africa, Uganda and Rwanda, to ensure that RSC Africa achieves its operational goals in a cost-effective manner. The position is budgeted @ $127,000/year x 75% of time = $95,250.

*Deputy Director, Program Implementation (formerly Deputy Director).* This individual will oversee/monitor RSC Africa daily operations across all country offices in coordination with Country Representatives and Programs leadership. This individual will be the main Point of Contact for coordinating program implementation with PRM. The position is budgeted @ $127,000/year x 75% of time = $95,250.

*Deputy Director, Program Development and Quality.* This is a new position; this individual will oversee/monitor RSC Africa's compliance and strategic planning. The individual will be the main Point of Contact liaising with Programs teams, compliance teams and PRM, ensuring program development with a data-driven focus on the future. The position is budgeted @ $127,000/year x 75% of time = $95,250.

*Country Representative – Dar es Salaam, Tanzania.* This individual will continue to be the primary CWS representative in Tanzania, representing the organization to the government, partners, community, and other stakeholders. This position is responsible for the overall operation and coordination of all CWS Africa activities in Tanzania. The position spends 70% of their time on RSC activities. The position is budgeted @ $105,000/year x 53% of time = $55,125.

*Country Representative – Pretoria, South Africa.* This individual will continue to be the primary CWS representative in South Africa, representing the organization to the government, partners, community, and other stakeholders. This position is responsible for the overall operation and coordination of all CWS Africa activities in South Africa. The position spends 70% of their time on RSC activities. This position is budgeted @ $105,000/year x 53% of time = $55,125.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Country Representative – Kampala, Uganda.* This individual will continue to be responsible for the overall operation and coordination of all CWS Africa activities in Uganda. The position is the primary CWS representative in Uganda, representing the organization to the government, partners, community, and other stakeholders. The position spends 100% of their time on RSC activities. This position is budgeted @ $105,000/year x 75% of time = $78,750.

*Country Representative – Kigali, Rwanda.* This individual will continue to be responsible for the overall operation and coordination of all CWS Africa activities in Rwanda. The position is the primary CWS representative in Rwanda, representing the organization to the government, partners, community, and other stakeholders. This position is budgeted @ $105,000/year x 75% of time = $78,750.

*Associate Director of RSC Programs – East & Southern Africa (from current Grade 10 headcount).* This is a new position; this individual will be responsible for providing senior-level leadership in the overall coordination and management of Programs activities in East and Southern Africa. This position is budgeted @ $105,000/year x 75% of time = $78,750.

*Associate Director, Program Compliance (from current Grade 10 headcount).* This individual will continue to ensure understanding of and monitor program compliance and integrity across all country offices. The individual will oversee the regional program integrity, monitoring, evaluation and learning, and policy compliance teams, be a key resource for compliance staff in country offices, and closely liaise with the RSC Africa Director on all fraud allegations. The position is budgeted @ $105,000/year x 75% of time = $78,750.

*Senior Manager, Projections and Pipeline (title change from Circuit Ride Support Coordinator).* This individual will provide global oversight of the RSC Africa pipeline. The individual will manage annual projections at regional level from submission to departure. They will also coordinate projections across country offices. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Manager, Africa Regional Deployment Unit (ARDU) (formerly ARDU Coordinator).* This individual will continue to be responsible for coordinating activities in ARDU, which provides deployments to UNHCR and referring agencies to assist with increased referrals to USRAP and resolving deferrals. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Manager, Monitoring, Evaluation, Accountability, and Learning (MEAL).* This is a new position, based in Nairobi; this individual will be responsible for all MEAL-related program activities, providing technical MEAL leadership for all teams with specific attention to data quality and use. They will be the reporting lead, coordinating all PRM and HQ reports with country offices, focused on compliance and accomplishment of goals and objectives. The position is projected for hire in Q2. It is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Manager, Program Integrity (formerly Program Integrity Coordinator).* This individual will continue to be responsible for managing the Program Integrity Unit and Program Integrity strategy across all offices. The position will support the onboarding of Country Office Program



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

Integrity Specialists and ensure they are working in coordination with the regional Program Integrity Unit. This position is budgeted @ $88,500 /year x 75% of time = $66,375.

*Senior Program Manager – Support & Compliance (from current Grade 9 headcount).* This is a new position; this individual will oversee the Projects, Correspondence, and Compliance units within the Kenya Country Office. The position will oversee pipeline management and Correspondence units' workflow. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Program Manager – Central Africa (from current Grade 9 headcount).* This is a new position; this individual will be responsible for the overall coordination of all USRAP activities in Cameroon, the Congos and Burundi. The position will be based in the Kenya Country Office. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Manager, Special Caseloads.* This is a new position, based in Nairobi; this individual will be responsible for the Special Caseloads unit. They will work with all Country Offices to ensure expedited processing and processing of special caseloads by providing oversight and training. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Manager, Data Analytics & Visualization.* This is a new position, based in Nairobi; this individual will oversee a team of analysts that use data and pipeline knowledge to provide Programs leadership with the information they need for data-driven planning and decision making. The position is projected for hire in Q3. It is budgeted @ $88,500/year x 50% of time = $44,250.

*Senior Program Manager– Kasulu, Tanzania. (Formerly Program Coordinator, Kasulu, Tanzania).* This individual will continue to be responsible for the overall operation and coordination of all program activities in Tanzania, which includes the Field Processing, Cultural Orientation, ARDU, and Processing Support Departments in Tanzania, and will ensure compliance with processing policies and procedures. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Program Manager – Kampala, Uganda. (Formerly Program Coordinator, Kampala, Uganda)* This individual will continue to be responsible for the overall operation and coordination of all program activities in Uganda, which includes the Field Processing, Cultural Orientation, ARDU, and Processing Support Departments in Uganda, and will ensure compliance with processing policies and procedures. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Senior Program Manager – Kigali, Rwanda. (Formerly Program Coordinator, Kigali, Rwanda).* This individual will continue to be responsible for the overall operation and coordination of all program activities in Rwanda, which includes the Field Processing, Cultural Orientation, ARDU, and Processing Support Departments in Rwanda, and will ensure compliance with processing policies and procedures. This position is budgeted @ $88,500/year x 75% of time = $66,375.

*Program Manager, In-Processing - Kampala, Uganda (formerly ARDU Manager, Kampala, Uganda).* This individual will be responsible for the overall management of in-processing activities including ARDU, Case Intake, Prescreening, and Refugee Communications in Uganda



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

while ensuring compliance with all Processing Guides. This position is budgeted @ $80,000/year x 75% of time = $60,000.

This position has been changed to a local hire. *Cultural Orientation Manager – Pretoria, South Africa.* This is a new position; individual will coordinate CO activities in the South Africa office; monitor and update CO policies and procedures; provide organizational and administrative support to CO program staff; liaise with external partners on circuit ride matters; monitor circuit ride-related expenditures; and provide needed manager level oversight of the CO team (the current international CO Supervisor will be promoted and that position will become national). This position is budgeted @ $80,000/year x 75% of time = $60,000.

Two *In-Processing Managers (from current Grade 8 headcount).* These positions are new and are based in Nairobi; these individuals will be responsible for the overall management of in-processing activities including ARDU, Case Intake, Namechecks and Prescreening while ensuring compliance with all Processing Guides. This position is budgeted @ 2 staff @ $80,000/year x 75% of time = $120,000.

Two *Out-Processing Managers (from current Grade 8 headcount).* These positions are new and are based in Nairobi; these individuals will be responsible for all out-processing activities including USCIS adjudication, Medicals, Assurances, Travel and Cultural Orientation while ensuring compliance with all Processing Guides. This position is budgeted @ 2 staff @ $80,000/year x 75% of time = $120,000.

Two *Circuit Ride Support & Case Quality Managers (from current Grade 8 headcount).* These positions are new and are based in Nairobi; these individuals will oversee all activities related to circuit ride support including Child Minders, Interpreters, Support Specialists and Training Assistants. This position is budgeted @ 2 staff @ $80,000/year x 75% of time = $120,000.

*Program Manager, Out-Processing – Kampala, Uganda (formerly Field Processing Manager, Kampala, Uganda). This* individual will be responsible for all out-processing activities in Uganda including USCIS Adjudication and Cultural Orientation while ensuring compliance with all Processing Guides. This position is budgeted @ $80,000/year x 75% of time = $60,000.

*Monitoring, Evaluation, Accountability, and Learning (MEAL) Manager.* This individual is responsible for the daily monitoring of RSC activities. They will also work to evaluate and assess training needs for staff in collaboration with the Learning and Development Manager. The position is budgeted @ $80,000/year x 75% of time = $60,000.

*Program Integrity Manager.* This individual will continue to be responsible for managing the Fraud Mailbox and directly overseeing fraud and compliance-related investigations at RSC Africa. This includes ensuring all investigations are conducted effectively, completed in a timely manner and identified gaps are resolved with relevant stakeholders. This position's oversight will extend to the Childminder and Interpreter Units, ensuring compliance with local laws and regulations. This position is budgeted @ $80,000/year x 75% of time = $60,000.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Program Manager – Kasulu, Tanzania.* This individual will continue to be primarily responsible for management of USRAP activity in Tanzania. The position oversees Cultural Orientation, ARDU and Processing Support Departments in Kasulu, and ensures compliance with processing policies and procedures. The position will work collaboratively with the Program Manager (N) to provide oversight of Tanzania program activities. This position is budgeted @ $80,000/year x 75% of time = $60,000.

*Program Manager (Field) – Kigali, Rwanda.* This is a new position. This individual will to be primarily responsible for management of USRAP activity in Rwanda. The position will oversee the Field Processing and Cultural Orientation Departments in Rwanda and ensure compliance with processing policies and procedures. The position will also provide indirect support to ARDU in Rwanda. This position is budgeted 1 FTE @ $80,000/year x 75% of time = $60,000.

*Program Manager (Field) - Mbarara/Kyaka Uganda.* This is a new position. The individual will be primarily responsible for management of both Mbarara and Kyaka Field Offices in Uganda. The position will oversee both Program and Admin teams for both Field Offices and ensure compliance with processing policies and procedures. The position will be based in Mbarara, Uganda. The position is budgeted at 1 FTE @ $80,000/year @50% of time = $40,000.

Two *ARDU Supervisors.* These individuals will continue to train ARDU staff assigned to them and oversee the implementation of deployments in their purview across the East and Southern Africa regions. This position is budgeted @ 2 staff @ $66,828/year x 75% of time = $100,242.

*ARDU Supervisor, Kampala, Uganda.* This individual will continue to train ARDU staff assigned to them and oversee the implementation of deployments in their purview across the East and Southern Africa regions. This position is budgeted @ $66,828/year x 75% of time = $50,121.

*Case Processing Supervisor.* This individual will continue to oversee the USCIS Admin unit. The individual will provide oversight to Senior Case Processing Assistants, coordinate workflow in the unit and collaborate with other units/departments. units responsible for non-field-based processing activities and supervise staff in their units. This position is budgeted @ $66,828/year x 75% of time = $50,121.

*Special Caseloads Supervisor –* This is a new position, based in Nairobi; this individual will be POC for Operations / Protection Mailboxes, and will provide direct supervision to Specialists and broad oversight of the team, act as POC for departmental management routines and broad processing coordination with other units/departments/country offices as it pertains to weekly/monthly workflows. The position is projected for hire in Q2. It is budgeted @ $66,828/year x 75% of time = $50,121.

Five *Field Processing Supervisors.* These individuals will be responsible for the planning and implementation of Prescreening and Adjudications circuit rides. The position will work with Caseworkers and Senior Caseworkers to ensure the projected circuit rides are completed and the set number of individuals are pre-screened and USCIS adjudications supported. This position is budgeted @ 5 staff @ $66,828/year x 75%0% of time = $250,605.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Field Processing Supervisor - Kasulu, Tanzania.* This individual will continue to supervise and evaluate Senior Caseworkers and Caseworkers in Kasulu, Tanzania. The position is responsible for the planning and implementation of all circuit rides in their purview. This position is budgeted @ $66,828/year x 75% of time = $50,121.

*Field Processing Supervisor - Kampala, Uganda.* This individual will supervise and evaluate Senior Caseworkers and Caseworkers in Kampala, Uganda. The position will be responsible for the planning and implementation of all circuit rides in their purview. The position is necessitated by program expansion and the opening of a new office in Kampala, Uganda. @ $66,828/year x 58% of time = $38,983.

Three *Field Office Supervisors - Rwanda (each for Kabarore, Karongi and Kirehe field office).* These are new positions; the individuals will primarily be responsible for implementing field processing activities at Kabarore, Karongi and Kirehe field offices and will supervise and evaluate Senior Caseworkers and Caseworkers based at the field offices. The position will also provide indirect oversight and support cultural orientation and administrative functions based at the Kabarore field office. The position is necessitated by introduction of field offices in Rwanda in FY24. These positions are budgeted @ $66,828/year x 75% of time = $150,363.

Eight *Resettlement Experts Level 2.* These individuals will continue to be regularly deployed to UNHCR offices for profiling, verification support, referral writing and review. They provide field training to new ARDU staff. The position has increased by one FTE in FY24 due to response to UNHCR increased support needs in RRF review. These positions are budgeted @ 8 staff @ $58,588/year x 75% of time = $351,527.

*Program Integrity Specialist.* This individual will continue to be responsible for fraud and malfeasance prevention training and review in the countries covered by the Kenya office. The position is responsible for maintaining fraud reporting tools and will conduct fraud-related investigations as appropriate. This position is budgeted @ $58,008/year x 75% of time = $43,506.

*Program Integrity Specialist – Kasulu, Tanzania.* This individual will continue to be responsible for fraud and malfeasance prevention training and review in Tanzania. This position is responsible for maintaining fraud reporting tools, conducting fraud related investigations as appropriate, and ensuring a robust integrity and compliance culture in the Kasulu office. This position is budgeted @ $58,013/year x 75% of time = $43,509.

*Program Integrity Specialist – Pretoria, South Africa.* This individual will continue to be responsible for fraud and malfeasance prevention training and review in South Africa. This position is responsible for maintaining fraud reporting tools, conducting fraud related investigations as appropriate, and ensuring a robust integrity and compliance culture in the Pretoria office. This position is budgeted @ $58,008/year x 75% of time = $43,506.

*Program Integrity Specialist – Kampala, Uganda.* This individual will continue to be responsible for fraud and malfeasance prevention training and review in Uganda. The position is responsible for maintaining fraud reporting tools, conducting fraud related investigations as appropriate, and



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

ensuring a robust integrity and compliance culture in the Kampala office. This position is budgeted @ $58,008/year x 75% of time = $43,506.

*Program Integrity Specialist – Kigali, Rwanda.* This individual will continue to be responsible for fraud and malfeasance prevention training and review in Rwanda. The position is responsible for maintaining fraud reporting tools, conducting fraud related investigations as appropriate, and ensuring a robust integrity and compliance culture in the Kigali office. This position is budgeted @ $58,008/year x 75% of time = $43,506.

*Family Reunification (P3) Specialist.* This individual will continue to be responsible for overseeing the processing of the P3 Family Reunification pipeline. The individual will continue to manage the chain of custody for DNA samples, including DNA counseling, sample collection, and shipping, developing and implementing SOPs for AOR Screening and DNA collection to adhere to USRAP guidelines. The position is budgeted @ $58,008/year x 75% of time = $43,506.

*Welcome Corps (P4) Specialist.* This position is new and is based in Nairobi; this individual will closely monitor and report on the P4 category cases and pipeline. This position is budgeted @ $58,008/year x 75% of time = $43,506.

*START Training and Engagement Specialist - Pretoria, South Africa.* This is a new position and will lead the training and engagement activities for START users in South Africa as the Country Office continues to onboard new hires and build bench strength and when new changes come through from the RPC. This position is responsible for creating awareness and providing opportunities for staff to build START knowledge. The position is projected for hire in Q2. It is budgeted @ $58,008/year x 75% of time = $43,506.

*START Training and Engagement Specialist – Kampala, Uganda.* This is a new position. The individual will be responsible for supporting Uganda's Program Management team with quality checks reports, workload planning reports, and ensuring all Uganda Program staff are trained and properly utilizing such reports and tools and enhancing the overall quality of cases processes. The individuals will also lead the training and engagement activities for START users in Uganda as the Country Office continues to onboard new hires and build bench strength and when new changes come through from the RPC. This position is responsible for creating awareness and providing opportunities for staff to build START knowledge. The position is projected for hire in Q3. It is budgeted @ $66,828/year x 42% of time = $27,845.

*START Training and Engagement Specialist – Kigali, Rwanda.* This is a new position and will lead the training and engagement activities for START users in Rwanda as the Country Office continues to onboard new hires and build bench strength, and when new changes come through from the RPC. This position is responsible for creating awareness and providing opportunities for staff to build START knowledge. The position is projected for hire in Q2. It is budgeted @ $43,506/year x 58% of time = $33,838.

Seven *Resettlement Experts Level 1.* These individuals will continue to be deployed to UNHCR offices within sub-Saharan Africa for profiling, verification support, deferral follow-ups and RRF



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

writing. The position has decreased by two FTE based on anticipated promotions and increased efficiencies. The position is budgeted @ 7 staff @ $52,890/year x 75% of time = $277,673.

Seven *Senior Caseworkers.* These positions will continue to be responsible for conducting prescreening interviews and supporting USCIS adjudications. The Senior Caseworker will be specifically responsible for conducting Quality Control interviews and providing support to the P3 program by conducting DNA testing when needed. The Senior Caseworker position has decreased from 18 FTE in FY23 to 7 FTE (3 PRE, 4 ADJ) in FY24. This position is budgeted for 7 staff @ $51,282/year x 75% of time = $269,229.

**Local Hire**          (Total amount requested $ **16,091,403**)

*Local Programs Staff*

*Associate Director of RSC Program – Great Lakes, West and Central Africa (from current Grade 10 headcount).* This is a new position; this individual will be responsible for providing senior-level leadership in the overall coordination and management of Programs activities in Great Lakes, West, and Central Africa. The position is budgeted @ $64,373/year x 75% of time = $48,280.

*Associate Director of Strategic Planning (from current Grade 10 headcount).* This is a new position; this individual will bring together data analytics and visualization, technology and pipeline knowledge to make strategic programmatic planning decisions. The position is budgeted @ $64,373/year x 75% of time = $48,280.

*Senior Program Manager – Kenya, Sudan (from current Grade 9 headcount).* This is a new position; this individual will be responsible for the overall coordination of all USRAP activities in Kenya and Sudan. The position will be based in the Kenya Country Office. The position is budgeted @ $49,785/year x 75% of time = $37,339.

*Senior Program Manager – Horn of Africa (from current Grade 9 headcount).* This is a new position; this individual will be responsible for the overall coordination of all USRAP activities in Ethiopia and Djibouti. The position will be based in the Kenya Country Office. The position is budgeted @ $49,785/year x 75% of time = $37,339.

*Senior Program Manager – West Africa (from current Grade 9 headcount).* This is a new position; this individual will be responsible for the overall coordination of all USRAP activities in Chad, Niger, Senegal, Ghana, Ivory Coast, Liberia, Mali, Mauritania, and Nigeria. The position will be based in the Kenya Country Office. This position is budgeted @ $49,785/year x75% of time = $37,339.

*Senior Manager, Processing Compliance (from current Grade 9 headcount).* This is a new position; this position will support all country offices in understanding and implementing Processing Guides, with oversight of the START and Learning and Development teams. They will also coordinate with country office staff to ensure compliance with Processing Guides. This position is budgeted @ $49,785/year x75% of time = $37,339.

*Senior Manager, Circuit Rides.* This is a new position; this individual will be responsible for high level coordination of Circuit Rides across all country offices working closely with Country Office



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

circuit ride support staff. They will also coordinate circuit ride communication with PRM and other USRAP partners.  This position is budgeted @ $49,785/year x 75% of time = $37,339

*Program Coordinator – Pretoria, South Africa.* This individual will continue to be primarily responsible for the overall management and coordination of USRAP activities in Pretoria. The position will support USRAP activities in the Southern Region processing locations which includes providing oversight, supervision and coordination of field processing, case processing and cultural orientation activities. This position also works in close collaboration with the Country Representative to ensure compliance with processing policies and procedures.  The position is budgeted @ $59,929/year x 75% of time = $44,946.

*Communications Senior Manager.* This is a new position in FY24 (changed from an international hire); this individual will oversee regional compliance with RSC Africa communications and branding requirements. They will ensure professional and consistent internal communication. They will support upper-level management with executive level communication. This individual will oversee the Public Information team. The position is projected for hire in Q3. It is budgeted @ $49,786/year x 50% of time = $24,893.

*Compliance Manager – Nairobi, Kenya.* This is a new position; this individual will ensure compliance with PRM guidelines in the Kenya multi-country office, in coordination with Compliance staff at the regional level, and oversee the Library, START, and Program Integrity staff in the country office. This position is budgeted @ $38,439/year x 75% of time = $28,829.

*Cultural Orientation Curriculum Development & Evaluation Manager.* This individual will continue to coordinate CO activities across RSC offices; monitor and update CO policies and procedures; provide organizational and administrative support to CO program staff; liaise with external partners on circuit ride matters; and monitor circuit ride related expenditures. This was formerly an international position. It is budgeted @ $39,179/year x 75% of time = $29,384.

*Correspondence Manager (formerly Communications Manager).* This individual will continue to be responsible for the management of the Partner Communications Unit and two Refugee Communications Units. They are also responsible for all emails, letters, and face-to-face channels of communication for USRAP applicants, authorized third parties, family members, petitioners, U.S. Ties, and other general inquiries. The position will ensure all responses provided are in line with the USRAP Integrity & Compliance guide, while ensuring turnaround time per the PRM Objectives and Indicators. The position is budgeted @ $39,179/year x 75% of time = $29,384.

*Call Center Manager.* Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process. @ $39,179/year x 25% of time = $9,795

*Special Caseloads Manager (formerly Protection Manager).*  The position is responsible for the management and processing of specialized caseloads (expedite cases, family reunification, P3, welcome corps, and FTJ), and ensuring caseload-specific SOPs are followed. This was formerly an international position. It is budgeted @ $38,439/year x 75% of time = $28,829.

*START Policy Manager (formerly START Data Conversion Manager).* This individual will continue to be responsible for coordinating with RPC on the processing guides, all RSC user



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

material and general USRAP process flow and training. The individual will monitor country office compliance with START related policy. This position is budgeted @ $39,179 /year x 75% of time = $29,384.

*START Systems Solutions Champion.* This individual will continue to engage staff and support refugee processing in START. The position will lead to the engagement with the RPC on START User Acceptance Testing to provide RSC with the latest updates on system development and support knowledge sharing back to respective units. This was formerly an international position. It is budgeted @ $38,439/year x 75% of time = $28,829.

*Learning and Development Manager (formerly Training Manager).* This individual will be responsible for oversight of staff training and development to ensure training is completed as per PRM and CWS HQ requirements. They will oversee the development of training materials and coordination of RSC-wide training in topics like leadership and compliance. This position will support all country office training staff to identify training needs, provide logistics support to subject matter experts, and engage facilitators to fill identified training gaps. This position is budgeted @ $39,179/year x 75% of time = $29,384.

*Data Integrity Manager.* This individual will continue to be responsible for ensuring the integrity of refugee case processing data. This position acts as the focal point for all non-IT communication with the RPC. This position will oversee statistical reports generated within the organization's operations and will be responsible for the quality and coherence management/control of all refugee data entered in START. This position is budgeted @ $39,179/year x 75% of time = $29,384.

*Interpreter/Childminder Manager (formerly Interpreter Manager).* This individual will be responsible for management and oversight of the Interpreter/Childminder (ICM) Unit, ensuring proper interpreter and childminder identification, clearance, training, and circuit ride support. This is a new position and is necessitated by increased processing activity and corresponding interpretation and childminding needs. The position is budgeted @ $39,179/year x 75% of time = $29,384.

Two *In-Processing Managers (from current Manager headcount).* This is a new position and will be responsible for the overall management of in-processing activities including ARDU, Case Intake, Namechecks and Prescreening while ensuring compliance with all Processing Guides. This position is budgeted @ 2 staff @ $39,525/year x 75% of time = $59,288.

Two *Out-Processing Managers (from current Manager headcount).* This is a new position and will be responsible for the overall management of out-processing activities including USCIS Adjudications, Medicals, Assurance, Travel and Cultural Orientation while ensuring compliance with all Processing Guides. This position is budgeted @ 2 staff @ $39,179/year x 75% of time = $58,769.

*Projects Manager – Pipeline (from current Manager headcount).* This is a new position and will be responsible for the overall management of USCIS Admin units and Projects unit. The individual will lead the teams in pipeline management, liaise with country offices on task specific training needs and communicate with USCIS on case updates.  The position is projected for hire in Q2. It is budgeted @ $38,439/year x 75% of time = $28,829.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Special Projects Manager.* This individual will be responsible for organizing, leading, and implementing projects as assigned by the Director and Deputy Director – Program Development and Quality. They will be the main focal points for high-level visitors and liaise with the relevant Administrative Officers on logistics. One position transitioned to the Admin department. The position is budgeted @ 1 FTE @ $38,439/year x 75% of time = $28,829.

Two *Circuit Ride Support and Case Quality Managers (from current Manager headcount).* This is a new position; these individuals will oversee all activities related to circuit ride support including Child Minders, Interpreters, Specialists, Case Quality Senior Specialists, and Training Assistants. This position is budgeted @ 2 staff @ $39,872.5/year x 75% of time = $58,769.

*Program Manager - Kasulu, Tanzania.* This individual will continue to be primarily responsible for the management of USRAP activity in Tanzania. The position oversees Cultural Orientation, Case Processing, ARDU and Processing Support Departments in Kasulu, and ensures compliance with processing policies and procedures. Direct oversight of the Field Processing department is split between this manager and the Program Manager (I) position as the teams have increased from two to four. The position will work collaboratively with the Program Manager (I) to provide coverage of Tanzania program activities. This position is budgeted @ $38,715/year x 75% of time = $29,036.

*Compliance Manager – Pretoria, South Africa (formerly Compliance Supervisor).* This individual will ensure compliance with PRM guidelines in the South Africa office, in coordination with Compliance staff at the regional level, and oversee the Library, START, and Program Integrity staff in the country office. This position is budgeted @ $42,042/year x 75% of time = $31,532.

Two *Field Processing Managers – Pretoria, South Africa.* These individuals will continue to be responsible for the overall management of field team staff and field activities in southern Africa, including conducting AOR, prescreening activities, overseeing DNA collection, projecting circuit rides, and ensuring departmental compliance with all SOPs. This position is budgeted @ 2 staff @ $50,514/year x 75% of time = $75,771.

*Case Processing Manager – Pretoria, South Africa.* This individual is responsible for supporting the Case Processing unit and all non-field based USRAP processing activities in the South Africa Country Office, from submission to departure. This position will provide oversight and support to the newly set up CP team in Pretoria. The position is budgeted @ $43,716/year x 75% of time = $32,787.

*Program Manager (Processing) – Kigali, Rwanda.* This is a new position and will be primarily responsible for the management of USRAP activity in Rwanda. The position will oversee Case Processing, Refugee Communications, and Library Departments in Rwanda, and ensure compliance with processing policies and procedures. . The position is projected for hire in Q3. It is budgeted @ $30,609/year x 33% of time = $10,203.

Twenty-four *Field Processing Supervisors.* These individuals will be responsible for the planning and implementation of Prescreening and Adjudications circuit rides. The position will work with Caseworkers and Senior Caseworkers to ensure the projected circuit rides are completed, and the set number of individuals are pre-screened and support is provided to USCIS for the projected



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

number of individuals to be adjudicated. This position increased by 4 FTE in FY24 to support the significant increase in processing activities. This position is budgeted @ 24 staff @ 29,639/year x 75% of time = $533,508.

Three *Field Processing Supervisors – Kasulu, Tanzania.* These individuals will continue to be responsible for the supervision of all field team staff assigned to them and for the planning and implementation of all circuit rides in their purview. The position works closely with the other Processing Supervisors and Circuit Ride Specialists and supervises Senior Caseworkers and Caseworkers in Kasulu. The position is budgeted @ 3 staff @ $33,892.33/year x 75% of time = $76,257.

Five *Field Processing Supervisors – Pretoria, South Africa*. These individuals will continue to supervise and evaluate Senior Caseworkers and Caseworkers in Pretoria, South Africa. The position is responsible for the planning and implementation of all circuit rides in their purview. The position is budgeted 5 staff @ $37,172 x 75% of time = $139,227.

Two *Field Processing Supervisors – Kampala, Uganda*. These individuals will supervise and evaluate Senior Caseworkers and Caseworkers in Kampala, Uganda. The position is responsible for the planning and implementation of all circuit rides in their purview. The position is budgeted @ 2 staff @ $25,470/year x 75% of time = $38,205.

*Field Office Supervisor – Kyaka, Uganda*. This is an existing position but is being moved to Field Offices in Uganda. This position will supervise Field Processing staff (Caseworkers and Senior Caseworkers), as well as CO staff (Senior CO Trainers & CO Trainers) based in the new Field Office in Kyaka. Staff in the Field Offices will be closer to the refugees, and this will allow for continuous processing of cases (mainly prescreening, CO and other ad hoc case actions) without having to depend on periodic circuit rides, thereby increasing output. The position is budgeted at 1 FTE @ $25,470/year x 75% of time = $19,102.

*Special Caseloads Supervisor*. This is a new position; this individual will be the point of contact for Operations / Protection Mailboxes, provide direct supervision to Specialists and broad oversight of the team, and be the point of contact for departmental management routines and broad processing coordination with other units/departments/country offices as it pertains to weekly/monthly workflows. The position is projected for hire in Q2. It is budgeted @ $29,640/year x 75% of time = $22,230.

Two *START Policy Supervisors (formerly START Data Conversion Supervisors)*. These individuals will continue to assist the START Policy Manager in coordinating with RPC on the processing guides, all RSC user material and general USRAP process flow and training. They will continue to coordinate and support data collection analysis of the current START data and field usage in START. The position is budgeted @ 2 staff @ $30,239/year x 75% of time = $45,358.

*START Training and Engagement Supervisor*. This individual will continue to be responsible for overseeing START training and engagement activities by monitoring and addressing START training needs in coordination with Programs leads and Country Office Representatives. They will



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

provide support to START Training and Engagement staff in country offices. The position is budgeted @ $29,639/year x 75% of time = $22,230.

Three *ARDU Supervisors*. These individuals will continue to supervise ARDU staff assigned to them and oversee the implementation of UNHCR deployments in their purview in the East and Southern Africa regions. The position is budgeted @ 3 staff @ $29,466/year x 75% of time = $66,299.

*ARDU Supervisor - Kasulu, Tanzania*. This individual will continue to supervise and train ARDU staff assigned to them and oversee the implementation of UNHCR deployments in Tanzania. The position is budgeted @ $27,644/year x 75% of time = $20,733.

*ARDU Supervisor – Pretoria, South Africa*. This individual will continue to supervise and train ARDU staff assigned to them and oversee the implementation of UNHCR deployments in the southern region. This position was previously international. It is budgeted @ $37,075/year x 75% of time = $27,806.

*Public Information Supervisor*. This individual will continue to be responsible for the daily supervision of Public Information Specialists. They will continue to manage the workload of the unit including external messaging for USRAP partners and beneficiaries. The position will also ensure PRM and CWS branding requirements are adhered to and will manage companies contracted to assist with design material development. The position is budgeted @ $30,239/year x75% of time = $22,679.

*Data Integrity Supervisor, USRAP (formerly Data Integrity Supervisor)*. This individual will continue to be responsible for leading more technically involved projects within the Data Integrity Department, assisting the Data Integrity Manager in increasing the technical capacity of the Data Analysts and ensuring the timely and accurate preparation of standard and ad hoc statistical and operations reports. The position will be responsible for leading the team that supports reporting by all units within the Programs team. The position is budgeted @ $30,239/year x 75% of time = $22,679.

*Data Integrity Supervisor, Administration (formerly Data Integrity Supervisor)*. This individual will continue to be responsible for leading more technically involved projects within the Data Integrity Department, assisting the Data Integrity Manager in increasing the technical capacity of the Data Analysts, and ensuring the timely and accurate preparation of standard and ad hoc statistical and operations reports. This position will be responsible for leading the team that supports reporting by the finance, human resources, and procurement units within the administration department. The position is budgeted @ $30,239/year x 75% of time = $22,679.

Seven *Cultural Orientation Supervisors*. These individuals will continue to provide overall management and coordination in preparing for circuit rides and providing direct classroom instruction when in the field. The position will also ensure compliance of RSC Africa SOPs as well as monitor adherence to CO curricula. The position is budgeted @ 7 staff @ $29,659/year x 75% of time = $155,712.

*Cultural Orientation Supervisor – Kasulu, Tanzania*. This position will continue to provide overall management and coordination in preparing for CO circuit rides in Tanzania and providing direct



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

classroom instruction when in the field. The position will also ensure compliance of RSC Africa SOPs as well as monitor adherence to CO curricula. The position is budgeted @ $35,268/year x 75% of time = $26,451.

*Cultural Orientation Supervisor – Pretoria, South Africa.* This position will continue to provide overall management and coordination in preparing for CO circuit rides in South Africa and providing direct classroom instruction when in the field. The position will also ensure compliance of RSC Africa SOPs as well as monitor adherence to CO curricula. This position was initially an international hire. The position is budgeted @ $36,559/year x 75% of time = $27,419.

*Cultural Orientation Supervisor – Kampala, Uganda.* This individual will provide overall management and coordination in preparing for CO circuit rides in Uganda and providing direct classroom instruction when in the field. The position will also ensure compliance of RSC Africa SOPs as well as monitor adherence to CO curricula. The position is budgeted @ $25,470/year x75% of time = $19,102.

*Cultural Orientation Supervisor – Kigali, Rwanda.* The position will provide overall management and coordination in preparing for CO circuit rides in Rwanda and providing direct classroom instruction when in the field. The position will also ensure compliance of RSC Africa SOPs as well as monitor adherence to CO curricula. The position is budgeted @ $23,632/year x 75% of time = $17,724.

Thirteen *Case Processing Supervisors.* These individuals will each be responsible for supervising Case Processing functions for one of four different regions covered by the Kenya multi-country office. The position is budgeted @ 13 staff @ $30,239/year x 75% of time = $294,832.

*Case Processing Supervisor – Kasulu, Tanzania (formerly Processing Support Supervisor – Kasulu, Tanzania).* This role will oversee all Case Processing and Library functions in Kasulu. The role will be to directly supervise Senior Case Processing Assistants and the Library Officer. The position was formerly titled Processing Support Supervisor. The position is budgeted @ $27,644/year x 75% of time = $20,733.

Three *Case Processing Supervisors – Pretoria, South Africa.* These individuals will oversee units responsible for non-field-based processing activities and supervise senior case processing and case processing assistant staff in their units in South Africa. The position is budgeted @ 3 staff @ $37,086/year x 75% of time = $ 83,444.

*Case Processing Supervisor - Kigali, Rwanda.* This is a new position, necessitated by the Case Processing Unit being rolled out in Rwanda in FY24. The individual will oversee all case processing activities in Rwanda and supervise all case processing assistant staff in Rwanda. This position is budgeted @ $23,632/year x 50% of time = $ 11,816.

*Case Processing Supervisor – Kampala, Uganda (formerly Processing Support Supervisor - Kampala).* This individual will be responsible for Case Processing travel unit functions that will be rolled out in Kampala, as well as overseeing the library cabinet and day-to-day library operations. The position will also build case processing knowledge and capacity in preparation for additional Case Processing functions (M&A) roll out in Kampala in FY25. The position is budgeted @ $25,470/year x 75% of time = $19,102.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

Four *Correspondence Supervisors*. These individuals will continue to be responsible for the daily supervision of the Correspondence Units. They will be responsible for managing daily workloads and ensuring quality and efficiency in all refugee and partner communication, case composition updates in START, deferral updates and communication with UNHCR via monthly reports. The position has been increased by 1 FTE to support the increased workload. The position is budgeted @ 4 staff @ $29,639/year x 75% of time = $88,918

Four *Circuit Ride Support Supervisors.* These individuals will be responsible for the day-to-day running of the Circuit Ride Unit, including providing oversight to the Circuit Ride Specialists as they support all travelling teams in circuit ride planning. The position is increasing by two necessitated by the new Kenya org structure, one staff per region.  The position is budgeted @ 2 staff @ $30,239/year x 75% of time and 2 new staff @ $30,774/year x 75% of time = $90,717.

*Call Center Interpreter Supervisor.*  Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process   @ $21,844/year x 25% of time = $ 5,461.

Two *Learning and Development Supervisors (formerly Training Supervisors).* These individuals will be responsible for overseeing RSC-wide training initiatives and supporting country office training staff. They will also work with Programs management to identify training needs and create training courses including onboarding materials.  This position is budgeted @ 2 staff @ $30,239/year x 75% of time = $45,359.

*Interpreter/Childminder Supervisor (formerly Interpreter Supervisor).* This individual will continue to be responsible for the recruitment and training of contract Interpreters and Childminders in all processing locations. The position will also manage the Contractor Management System and ensure all contract and volunteer Interpreters and Childminders are screened and hired per integrity guidelines. The position will be responsible for developing and updating the Interpreter and Childminder training curricula in coordination with the Program Integrity Manager. The position is budgeted @ 1 staff @ $29,639/year x 75% of time = $22,230.

*Library Supervisor.* This individual will continue to be responsible for the daily management and tracking of all refugee case files in the two Kenya libraries, maintaining a record of all requests for files by individual staff members, and ensuring physical file integrity, while coordinating together with the START team the shredding and disposition of most files. The position is budgeted @ $30,239/year x 75% of time = $22,679.

*Senior Travel Projections Specialist (formerly Projections Specialist, Circuit Rides).* This position will be responsible for providing targeted pipeline management of the pre-CIS pipeline and collaborating across the organization to create annual and quarterly travel projections. They will develop tools to increase projections efficiency, enhance projections reports, and work with Software Development colleagues to explore enhanced automation in projections. This position is budgeted @ $30,239/year x 75% of time = $22,679.

*Senior Departure Projections Specialist (formerly Projections Specialist, Case Processing).* This individual will monitor processing trends, develop projections reports and other reports per PRM request, and review RPC reports. The position is budgeted @ $29,639/year x 75% of time = $ 22,230.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

Two *Senior Case Quality Specialists.* These individuals will continue to be responsible for supporting the development of QC reports and tools, ensuring processing staff are trained and properly utilizing such reports and tools, and enhancing the overall quality of cases processed by Processing staff. This position is increasing by one FTE to support the new Kenya team structure and is budgeted at 2 staff @ $29,639/year x 75% of time = $44,459.

*Senior Case Quality Specialist – Kasulu, Tanzania.* This is a new position; this individual will be responsible for supporting the development of QC reports and tools, ensuring processing staff are trained and properly utilizing such reports and tools, and enhancing the overall quality of cases processed by Processing staff in the Kasulu office. This position is budgeted @ $27,644/year x 75% of time = $20,733.

*Program Monitor.* This position is new; this individual will assess program performance and adherence to internal policies and SOPs. With the Monitoring Specialist and as part of the MEAL team, they will work to develop a robust performance assessment system at the organization. The position is projected for hire in Q2. The position is budgeted @ $22,692/year x 75% of time = $17,019.

Three *Curriculum Development and Evaluation Specialists.* These individuals will ensure compliance with all PRM-required CO learning objectives and indicators and provide technical assistance to CO Supervisors and Trainers on successfully implementing CO curricula. The position is increasing by one staff to better support all offices. The position is budgeted @ 3 staff @ $22,693/year x 75% of time = $51,058.

Two *Interpreter/Childminder Specialists.* This position is new; these individuals will have the capacity to manage different contractor (Interpreter and Childminder) management projects. The position will also assist the Interpreter/Childminder Supervisor in the development of training curricula for contractors. The position is budgeted @ 2 staff @ $23,094/year x 75% of time = $34,039.

*Interpreter/Childminder Specialist – Kampala, Uganda.* This position is new; this individual will manage contractors (Interpreter and Childminder) in Uganda, including training, identification, and compliance. The position will also assist the Interpreter/Childminder Supervisor (Nairobi, Kenya) in the development of training curricula for contractors. The position is budgeted @ $21,646/year x 75% of time = $16,235.

Eight *Circuit Ride Specialists.* These individuals will continue to be responsible for ensuring the smooth planning and execution of field-based circuit rides. The Circuit Ride Specialists will maintain up-to-date knowledge of all circuit rides, initiate, and manage circuit ride-related communication with operations staff and partners and assist operations staff with circuit ride planning and schedule coordination. The position is budgeted @ 8 staff @ $22,659/year x 75% of time = $135,952.

*Circuit Ride Specialist – Kasulu, Tanzania.* This individual will continue to be responsible for ensuring the smooth planning and execution of field-based circuit rides in Tanzania. The Circuit Ride Specialist will maintain up-to-date knowledge of all circuit rides, initiate, and manage circuit ride-related communication with operations staff and partners and assist operations staff with



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

circuit ride planning and schedule coordination in Tanzania. The position is budgeted @ $25,647/year x 75% of time = $ 19,235.

*Circuit Ride Specialist – Pretoria, South Africa*. This individual will be responsible for ensuring the smooth planning and execution of field-based circuit rides in the Southern Africa region. The Circuit Ride Specialist will maintain up-to-date knowledge of all circuit rides, initiate, and manage circuit ride-related communication with operations staff and partners and assist operations staff with circuit ride planning and schedule coordination. The position is budgeted @ $29,373/year x 75% of time = $22,029.

Two *Circuit Ride & Scheduling Specialists – Kampala, Uganda (formerly Circuit Ride Specialist – Kampala, Uganda)*. These individuals will continue to ensure the smooth planning and execution of field-based circuit rides in Uganda. The Specialists will maintain up-to-date knowledge of all circuit rides, initiate, and manage circuit ride related communications with operations staff and partners and assist operations staff with circuit ride planning and schedule coordination. These individuals will also be responsible for ensuring the smooth planning and execution of scheduling activities for all travelling teams in Uganda. The position is being increased by one staff to cover the workload increase and additional job functions. The position is budgeted 2 FTE @ $23,811/year x75% of time = $ 35,716.

*Case Quality Specialist, Field Processing – Pretoria, South Africa.* The individual will be responsible for supporting the development of QC reports and tools specific to the southern Africa caseload, ensuring Field Processing staff are trained and properly utilizing such reports and tools, and enhancing the overall quality of case processes by FP staff. It is budgeted @ $29,379/year x 75% of time = $ 22,034.

*Family Reunification (FTJ-R) Specialist.* This position will continue to oversee the FTJ-R pipeline, author FTJ-R-related policies and procedures, and ensure efficient processing of cases with U.S.-based relatives. This position will also oversee the development and training on FTJ-R processing for Programs staff, while working closely with the USCIS Field Office Director (FOD) and the FOD team in the processing of the FTJ-R caseload in Kenya, Uganda, and Burundi. The position is budgeted @ $24,348/year x 75% of time = $18,261.

*Child Protection Specialist.* This individual will continue to be responsible for overseeing the processing of the minor caseload, ensuring the smooth and effective processing of minor children in vulnerable situations and/or outside of the nuclear family structure. This position is responsible for liaising with key USRAP partners including domestic Resettlement Agencies on placements for unaccompanied children entering the URM Program, and training Programs staff on processing of this specialized caseload. This position was previously international. It is budgeted @ *$22,693*/year x 75% of time = $17,019.

*Expedite Specialist.* This individual will continue to be responsible for overseeing the processing of expedited refugee cases, including high profile cases and Embassy referrals. The position regularly reviews and manages the expedite pipeline, working closely with PRM, IOM, USCIS and other USRAP partners to ensure cases are processed as expeditiously as possible. This position was previously international. It is budgeted @ $21,844/year x 75% of time = $16,383.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Best Interest Determination Specialist – Kasulu, Tanzania.* This individual will continue to be deployed to UNHCR and referring agencies to prepare Best Interest Determinations for minors being considered for resettlement to the U.S. from Tanzania. The position is budgeted @ $25,647/year x 75% of time = $19,235.

*START Training and Engagement Specialist (formerly START Engagement Specialist).* This individual will continue to work with the START Training and Engagement Supervisor in the creation and roll-out of engagement activities for all START users as we continue to onboard new hires and build bench strength. This position is responsible for creating awareness and providing opportunities for staff to build START knowledge. The position is budgeted @ $22,693/year x 75% of time = $17,019.

*START Training and Engagement Specialist – Kasulu, Tanzania.* This is a new position. This individual will work with the START Training and Engagement Supervisor in the creation and roll-out of engagement activities for all START users as we continue to onboard new hires and build bench strength. This position is responsible for creating awareness and providing opportunities for staff to build START knowledge. The position is budgeted @ $22,648/year x 75% of time = $16,986.

*Program Integrity Specialist.* This individual will be responsible for oversight of the fraud and malfeasance prevention training and review. The position is responsible for maintaining fraud reporting tools and will conduct fraud-related investigations as appropriate. This position is budgeted @ $22,693/year x 75% of time = $17,019.

*Monitoring, Evaluation, Accountability, and Learning (MEAL) Specialist.* This individual will work with the MEAL Manager to provide daily monitoring of RSC activities. They will also support evaluation and assessment of training needs for new staff. This position has been created to respond to the need to monitor and assess the impact of the program to enhance accountability and provide learning opportunities. The position is budgeted @ $22,693/year x 67% of time = $15,128.

Three *Public Information Specialists.* These positions will continue to be responsible for updating refugee informational materials, and other internal information materials as per the branding guidelines of both PRM and CWS Africa. The position will also conduct Public Information Outreach missions across the region and manage refugee feedback mechanisms. The increase in FTE by one additional staff is due to program expansion and anticipated increases in Outreach missions, material development, and refugee survey management activities. The position is budgeted @ 3 staff @ $23,571/year x 75% of time = $53,034.

*Refugee Communication Specialist – Kasulu, Tanzania (formerly Communication Specialist – Kasulu, Tanzania).* The individual is part of the partner communications unit within Refugee Communications – Correspondence. The position will assist in specific functions within the Tanzania country office regarding partner and refugee communication (deferral updates, hold reports, virtual deferral meetings with UNHCR/Referring Agencies, refugee letters and gate inquiries), as well as general support of the other correspondence functions for the region (partner case status inquiries, MyCase website password requests, and refugee emails from the region). This position is budgeted @ $24,625/year x 75% of time = $18,469.



*Refugee Communication Specialist – Pretoria, South Africa (formerly Communication Specialist – Pretoria, South Africa)*. The individual will be part of the partner communications unit within Refugee Communications – Correspondence. The position will assist in specific functions within the South Africa country office regarding partner and refugee communication (deferral updates, hold reports, virtual deferral meetings with UNHCR/Referring Agencies, refugee letters and gate inquiries from the country office), as well as general support of the other correspondence functions for the region (partner case status inquiries, MyCase website password requests, and refugee emails from the region). This position is budgeted @ $29,357/year x 75% of time = $22,018.

*Refugee Communication Specialist – Kampala, Uganda.* The individual will be part of the partner communications unit within Refugee Communications – Correspondence. The position will assist in specific functions within the Uganda country office regarding partner and refugee communication (deferral updates, hold reports, virtual deferral meetings with UNHCR/Referring Agencies, refugee letters and gate inquiries from the country office), as well as general support of the other correspondence functions for the region (partner case status inquiries, MyCase website password requests, and refugee emails from the region). The new position will support the increase in the scope of work/functions decentralized to the Uganda Country Office.  This position is budgeted for 1 staff @ $21,646/year x 75% of time = $16,235.

*Refugee Communication Specialist – Kigali, Rwanda.* This position is new; the individual will be part of the partner communications unit within Refugee Communications – Correspondence. The position will assist in specific functions within the Rwanda country office regarding partner and refugee communication (deferral updates, hold reports, virtual deferral meetings with UNHCR/Referring Agencies, refugee letters and gate inquiries from the country office), as well as general support of the other correspondence functions for the region (partner case status inquiries, MyCase website password requests, and refugee emails from the region). The new position will support the increase in the scope of work/functions decentralized to the Rwanda Country Office.  This position is budgeted for 1 staff @ $20,084/year x 75% of time = $15,063.

Two *Call Center Quality & Process Analysts.* Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process. @ 2 staff @ $21,844/year x 25% of the time = $ 10,922.

Four *Learning and Development Specialists.* This position is new but replaces four Staff Trainer roles. These individuals will work with the Learning and Development Supervisors to identify and address regional and PRM-directed training needs and help create training courses and materials. The position is budgeted at 4 staff @ $22,693/year x 75% of time = $68,078.

*Two Instructional Designers.* This position is new but replaces two Staff Trainer roles. These individuals will be the technical lead on all training courses/materials within the RSC Africa eLearning platform and coordination with developers. The position is budgeted at 2 staff @ $22,693/year x 75% of time = $34,039.

Five *Staff Trainers.* These individuals will continue to provide daily training support to Programs and Administration teams. The position will be responsible for day-to-day training activities which includes assisting in training development, scheduling, and delivery of training, and administering



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

job knowledge assessments. This position is budgeted @ 5 staff @ $23,133/year x 75% of time = $86,748.

*Staff Trainer – Kasulu, Tanzania.* This individual will assist in the development of training materials and deliver training to RSC staff to ensure all are compliant with SOPs. The trainer will work closely with all departments in Kasulu and assist in designing and administrating assessments to ensure compliance. The position will work directly with the Training Unit in Nairobi to ensure all training programs developed are implemented in Kasulu. The position is budgeted @ $22,703/year x 75% of time = $17,027.

*Staff Trainer – Pretoria, South Africa.* This individual will continue to assist in the development of training materials and deliver training to RSC staff to ensure all are compliant with SOPs. The trainers will work closely with all departments in Pretoria and assist in designing and administering assessments to ensure compliance. The position will work closely with the Training Unit in Nairobi to ensure all training programs developed are implemented in Pretoria.  The position is budgeted @ 1 staff @ $30,250/year x 75% of time = $22,688.

*Staff Trainer – Kampala, Uganda.* This individual will assist in the development of training materials and deliver training to RSC staff to ensure all are compliant with SOPs. The trainer will work closely with all departments in Kampala and assist in designing and administrating assessments to ensure compliance. The position will work directly with the Training Unit in Nairobi to ensure all training programs developed are implemented in Kampala. The position is budgeted @ $*21,646*/year x 25% of time = $5,412.

*Staff Trainer – Kigali, Rwanda.* This individual will assist in the development of training materials and deliver training to RSC staff to ensure all are compliant with SOPs. The trainer will work closely with all departments in Kigali and assist in designing and administrating assessments to ensure compliance. The position will work closely with the Training Unit in Nairobi to ensure all training programs developed are implemented in Kigali. The position is budgeted @ $20,084/year x 75% of time = $15,063.

Nine *Data Analysts*. The positions will continue to be responsible for the development and generation of regular and ad hoc statistical reports used in pipeline management and quality assurance. The team will support reporting needs in the finance, human resources, and procurement units within the administration department. It is budgeted @ 9 staff @ $23,513/year x 75% of time= $158,715.

Ten *Resettlement Experts Level 2*. These individuals will continue to be regularly deployed to UNHCR offices for profiling, verification support, referral writing and review. They provide training to new ARDU staff. The position is budgeted @ 10 staff @ $23,181/year x 75% of time= $173,859.

*Resettlement Expert Level 2 – Kasulu, Tanzania.*  This individual will continue to be regularly deployed to UNHCR offices for profiling, verification support, referral writing and review. They will also provide training to new ARDU staff. The position is budgeted @ $20,098/year x 75% of time = $15,074.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Library Officer – Pretoria, South Africa.* This position will continue to ensure accuracy and integrity of records and improve handling of refugee files in the Pretoria File Library. This individual will be responsible for the daily management and tracking of all RSC case files in Pretoria and maintaining a record of all requests for files by individual staff members, ensuring physical file integrity, as well as performing regular file audits. This position is budgeted @ 1 staff @ $20,315/year x 75% of time = $15,237.

Two *Senior Call Center Representatives.* Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process. @ 2 staff @ $17,367/year x 25% of time = $ 8,683

Two *Senior Call Center Interpreters.* Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process. @ 2 staff @ $17,367/year FY24 x 25% of time = $ 8,683.

Eighty-two *Senior Caseworkers.* These positions will continue to be responsible for conducting prescreening and supporting USCIS adjudication interviews. The Senior Caseworker will be specifically responsible for conducting Quality Control interviews and providing support to the P3 program. The Senior Caseworker position has increased by 2 FTE in FY24 to support the increase in processing activities and to offset the decrease in International Senior Caseworker positions. This position is budgeted for 82 staff @ $17,719/year x 75% of time = $1,089,719.

Twelve *Senior Caseworkers – Kasulu, Tanzania.* The position will continue to be responsible for traveling to the field to conduct prescreening interviews and/or facilitate adjudication interviews conducted by USCIS in Kasulu. The Senior Caseworker is specifically responsible for conducting Quality Control interviews and may take on other projects as assigned. This position is budgeted @ 12 staff @ $20,098/year x 75% of time = $180,885.

Eighteen *Senior Caseworkers - Pretoria, South Africa.* These individuals increase the capacity of the FP team which will result in increased pre-screening and CRs in Southern Africa. These individuals will continue to be responsible for traveling to the field to conduct prescreening interviews and/or facilitate adjudication interviews conducted by USCIS in southern Africa. Senior Caseworkers are specifically responsible for conducting Quality Control interviews and may take on other projects as assigned. The position increased by nine FTE in FY23 due to program expansion within the Southern Africa region. This position is budgeted @ 18 staff @ $20,935 x 75% of time = $282,618.

Seven *Senior Caseworkers – Kampala, Uganda.* The position will continue to responsible for traveling to the field to conduct prescreening interviews and/or facilitate adjudication interviews conducted by USCIS in Uganda. The Senior Caseworker will be specifically responsible for conducting Quality Control (QC) interviews and may take on other projects as assigned. This position has decreased by four FTE in Kampala, as new staff are hired in field offices. The position is budgeted @ 7 staff @ $14,983/year x 75% of time = $78,662.

Two *Senior Caseworkers – Mbarara, Uganda.* This position is new but moving existing headcount from Kampala. Like their counterparts in Kampala, the position will be responsible for conducting prescreening interviews and/or facilitating adjudication interviews conducted by USCIS in



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

Uganda. The Senior Caseworker will be specifically responsible for conducting Quality Control (QC) interviews and may take on other projects as assigned. This new FTE will support increased prescreening and USCIS activities and Kampala field office growth. The position is budgeted @ 2 staff @ $14,983/year x 75% of time = $22,475.

Two *Senior Caseworkers – Kyaka, Uganda.* This position is new but moving existing headcount from Kampala. Like their counterparts in Kampala, the positions will be responsible for conducting prescreening interviews and/or facilitating adjudication interviews conducted by USCIS in Uganda. The Senior Caseworker will be specifically responsible for conducting Quality Control (QC) interviews and may take on other projects as assigned. This new FTE will support increased prescreening and USCIS activities and Kampala field office growth. The position is budgeted @ 2 staff @ $14,983/year x75% of time = $22,475.

Six *Senior Caseworkers – Kigali, Rwanda.* The position will be responsible for conducting prescreening interviews and/or facilitate adjudication interviews conducted by USCIS in Rwanda. The Senior Caseworker is specifically responsible for conducting Quality Control interviews and may take on other projects as assigned. Two positions will be based in Kabarore and Karongi field offices each, and one position will be based in Kigali and Kirehe field office each. This position has been increased by two staff due to anticipated workload and introduction of field offices in Rwanda. The position is budgeted @ 6 staff @ $13,902/year x 50% of time = $41,706.

Twelve *Resettlement Expert Level 1.* These individuals will continue to be deployed to UNHCR offices for profiling, verification support, deferral follow-ups and RRF writing. This position is budgeted @ 12 staff @ $17,367/year x 75% of time = $156,301.

Two *Resettlement Expert Level 1 – Kasulu, Tanzania.* These individuals will continue to be deployed to UNHCR offices for profiling, verification support, deferral follow-ups and RRF writing. The position is budgeted @ 2 staff @ $19,484 /year x 75% of time = $29,227.

*Resettlement Expert Level 1 – Pretoria, South Africa.* This individual will continue to be deployed to UNHCR offices for profiling, verification support, deferral follow-ups and RRF writing. The position is budgeted @ 1 staff @ $20,374/year x 75% of time = $15,281.

Two *Resettlement Expert Level 1 – Kampala, Uganda.* These individuals will be deployed to UNHCR offices for profiling, verification support, deferral follow-ups and RRF writing. The position is budgeted @ 2 staff @ $14,983/year x 75% of time = $22,475.

Thirteen *Cultural Orientation Senior Trainers.* In addition to continuing to provide direct classroom instruction, the Senior Trainers will travel on solo circuit rides across all locations in Africa and provide overall management and coordination in preparing for circuit rides. The position is budgeted @ 13 staff @ $18,807/year x 75% of time = $183,369.

Three *Cultural Orientation Senior Trainers – Kasulu, Tanzania.* These individuals will continue to provide direct classroom instruction, support CO training initiatives on solo circuit rides, and provide overall management and coordination in preparing for circuit rides in Kasulu. This position is budgeted @ 2 staff @ $20,098/year x 75% of time = $45,221.

Three *Cultural Orientation Senior Trainers – Pretoria, South Africa.* This individual will be responsible for direct classroom instruction, supporting CO training initiatives on solo circuit rides



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

and providing overall management and coordination in preparing for circuit rides in southern Africa. The position is budgeted @ 3 staff @ $20,773/year x 75% of time = $46,738.

Two *Cultural Orientation Senior Trainers – Kampala, Uganda.* This position will provide direct classroom instruction, support CO training initiatives on solo circuit rides and provide overall management and coordination in preparing for circuit rides in Uganda. This position is budgeted @ 2 staff @ $ 14,983 /year x 75% of time = $22,475.

Two *Cultural Orientation Senior Trainer – Mbarara, Uganda.* These are new positions that will provide direct classroom instruction, support CO training initiatives on solo circuit rides and provide overall management and coordination in preparing for circuit rides in the new field office in Kabingo, Uganda. This position is budgeted @ 2 staff @ $ 14,983 /year x 75% of time = $ 22,476*Cultural Orientation Senior Trainer – Kyaka, Uganda. These* are new positions that will provide direct classroom instruction, support CO training initiatives on solo circuit rides and provide overall management and coordination in preparing for circuit rides in the new field office in Kyaka, Uganda. This position is budgeted @ 2 staff @ $ 14,983 /year x 75% of time = $22,475.

Four *Cultural Orientation Senior Trainers – Kigali, Rwanda.* These individuals will provide direct classroom instruction, support CO training initiatives, and provide overall management and coordination in preparing for CO training activities in Rwanda. One position will be based in Kigali and one each in the respective field offices in Kabarore, Karongi and Kirehe. This position has been increased by two staff due to anticipated workload and introduction of field offices in Rwanda. This position is budgeted @ 4 staff @ $13,902/year x 50% of time = $27,804.

Twelve *Senior Case Processing Assistants, Protection.* This position will continue to monitor the pipeline and manage cleanup projects under the Protection Unit – Minors, Expedite, P3s and FTJ-R caseloads. The CPA II positions that were in FY23 will have the SCPA job title in FY24 since the job grade and role are similar, no change in FTE. This position is budgeted @ 12 staff @ $17,367/year x 75% of time = $156,301.

Forty-one *Senior Case Processing Assistants, Correspondence.* This position will continue to answer refugees, partners, congress, attorney, and U.S Tie case status inquiries, handle deferrals, and partner reports. The CPA II positions that were in FY23 will have the SCPA job title in FY24 since the job grade and role are similar. The position will increase by 11 FTE in FY24 due to the increase in face-to-face email and letter communication from refugees. This position is budgeted @ 41 staff @ $17,367/year x 75% of time = $534,029.

Fifty-five *Senior Case Processing Assistants.* This position will continue to answer inquiries from group mailboxes, monitor the pipeline and manage clean-up projects. The position will continue to be responsible for applying in-depth USRAP knowledge to process refugee case files. The CPA II positions that were in FY23 will have the SCPA job title in FY24 since the job grade and role are similar, no change in FTE. This position is budgeted @ 55 staff @ $17,367/year x 75% of time = $716,381.

Four *Senior Case Processing Assistants – Kasulu, Tanzania.* These individuals will be responsible for using START to process cases and applying in-depth USRAP knowledge to process refugee case files, particularly with respect to Case Intake and Scheduling functions. The roles will also be responsible for performing Library Unit functions to ensure monitoring and tracking of physical



refugee files in Tanzania. This position is budgeted @ 4 staff @ $16,489/year x 75% of time = $49,468.

Three *Senior Case Processing Assistants – Pretoria, South Africa.* This position will answer inquiries from group mailboxes, monitor the pipeline, and manage clean-up projects. This position is budgeted @ 3 staff @ $20,938/year x 75% of time = $47,111.

Thirty-one *Cultural Orientation Trainers* will continue to be primarily responsible for preparing approved refugees for resettlement in the United States through direct classroom instruction in various locations. This position is reduced by 8 FTEs in Kenya, in favor of increased CO staffing in other offices. The position is budgeted @ 31 staff @ $13,772/year x 75% of time = $320,200.

Seven *Cultural Orientation Trainers – Kasulu, Tanzania.* These individuals will continue to be primarily responsible for preparing approved refugees for resettlement in the United States through direct classroom instruction in Kasulu. This position is budgeted @ 7 staff @ $114,999/year x 75% of time = $78,743.

Nine *Cultural Orientation Trainers – Pretoria, South* Africa. These individuals will be primarily responsible for preparing approved refugees for resettlement in the United States through direct classroom instruction throughout southern Africa. The position has increased by three FTE in FY24 due to program expansion and reintroduction of CO responsibilities. This position is budgeted @9 staff @ 15,740 x 75% of time = $106,245.

*Three Cultural Orientation Trainers – Kampala, Uganda.* This position will continue to be primarily responsible for preparing approved refugees for resettlement in the United States through direct classroom instruction in Uganda. This position will support program expansion in the Kampala country office. The position is budgeted @ 3 staff @ $13,921/year x 75% of time = $31,322.

Three *Cultural Orientation Trainers, Rwanda.* This position will continue to be primarily responsible for preparing approved refugees for resettlement in the United States through direct classroom instruction in Rwanda. Each of these positions will be based in one of the three field offices in Kabarore, Karongi, and Kirehe. This position is decreased by two FTE, in favor of increased Senior Trainer headcount. The position is budgeted @ 3 staff @ $11,742/year x 75% of time = $26,420.

Ninety-seven *Caseworkers*. These individuals will continue to be responsible for conducting prescreen interviews and facilitating adjudication interviews conducted by USCIS. The position is budgeted @ 97 staff @ $12,871/year x 75% of the time = $936,331.

Twenty-eight *Caseworkers – Kasulu, Tanzania*. The position will continue to be responsible for traveling to the field to conduct prescreening interviews and/or facilitate adjudication interviews conducted by USCIS in Tanzania. The position is budgeted @ 28 staff @ $15,521/year x 75% of time = $325,945.

Twenty-eight *Caseworkers – Pretoria, South Africa.* These individuals will continue to be responsible for traveling to the field to conduct prescreening interviews and/or facilitate adjudication interviews conducted by USCIS in southern Africa. The position is budgeted @ 28 staff @ $15,903/year x 75% of time = $333,959.



Seventeen *Caseworkers – Kampala, Uganda*. The position will be responsible for traveling to the field to conduct prescreening interviews and/or facilitate adjudication interviews conducted by USCIS in Uganda. This position has decreased by 3 FTE in Kampala, as new staff are hired in field offices. The position is budgeted @ 17 staff @ $13,921 x 75% of time = $177,492.

*Caseworker – Mbarara, Uganda*. This position is new. Like their counterparts in Kampala, the position will be responsible for conducting prescreening interviews and/or facilitating adjudication interviews conducted by USCIS in Uganda. This position will support increased prescreening activities and Kampala country office expansion. This position will change location from Kampala to Kabingo. The position is budgeted @ $13,921 x 75% of time = $10,441.

*Caseworker – Kyaka, Uganda*. This position is new. Like their counterparts in Kampala, the position will be responsible for conducting prescreening interviews and/or facilitating adjudication interviews conducted by USCIS in Uganda. This position will support increased prescreening activities and Kampala country office expansion. This position will change location from Kampala to Kyaka. The position is budgeted @ $13,921 x 75% of time = $10,441.

Sixteen *Caseworkers – Kigali, Rwanda*. The position will be responsible for conducting prescreening interviews and/or facilitating adjudication interviews conducted by USCIS in Rwanda. Five positions will be based in Kabarore, five in Karongi, four in Kirehe and two in Kigali. This increase by six FTE is to support Rwanda country and field office expansion. The position is budgeted @ 10 existing staff @ $11,742/year x 75% of time = $88,065 and 6 new staff x 75% of time = $52,839. Total = $140,904.

*Two Senior Program Integrity Assistants.* These individuals will continue to assist the Program Integrity Senior Manager to ensure all USRAP processing is free from fraud and malfeasance, by assisting with the delivery of trainings to staff and contractors on the PRM Integrity & Compliance Guide, ethics, and fraud prevention. This position will also provide support for investigation follow-up, data collection, and reporting. This position is budgeted @ 2 staff @ $13,338 x 75% of time = $20,007.

Four *Senior Interpreter Support Assistants.* These individuals will continue to provide capacity in managing different contractor (Interpreter and Childminder) management projects. The position will assist in running quality assurance reports on all contractor management systems to ensure compliance as per the PRM Integrity & Compliance guide. The position will also assist the Interpreter Supervisor in the development of training curricula for contractors. The position is budgeted @ 4 staff @ $13,338/year x 75% of time = $40,013.

*Senior Interpreter Support Assistant – Kasulu, Tanzania.* This individual will continue to provide capacity in managing different contractor (Interpreter and Childminder) management projects in Tanzania. The position will assist in running quality assurance reports on all contractor management systems to ensure compliance as per the PRM Integrity & Compliance guide. The position will also assist the Interpreter Supervisor in the development of training curricula for contractors. The position is projected for hire in Q2 although it had been projected for FY23. It is budgeted @ $15,296/year x 75% of time = $11,472.

*Senior Interpreter Support Assistant – Pretoria, South Africa.* The individual will provide capacity in managing different contractor (Interpreter and Childminder) management projects. The position will assist in running quality assurance reports on all contractor management systems to ensure



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

compliance as per the PRM Integrity & Compliance guide. The position will also assist the Interpreter Supervisor in the development of training curricula for contractors. The position is budgeted @ $15,461/year x 75% of time = $11,596.

Forty-two *Case Processing Assistants*. This position will be responsible for all case processing functions. This position is budgeted @ 42 staff @ $13,338/year x 75% of time = $420,138.

Seven *Case Processing Assistants - Pretoria, South Africa*. These positions will continue to support the case processing activities for the South Africa country office. These positions will be responsible for using START to process cases. This position is budgeted @ 7 staff @ $15,953 x 75% of time = $83,753.

Seven *Call Center Representatives*. Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process.. This position is budgeted @ 7 staff @ $12,043/year x 25% of time = $21,076

Three *Call Center Interpreters*. Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process. @ 3 staff @ $13,338/year x 25% of time = $ 10,003.

*Call Center Interpreter – Kasulu, Tanzania*. Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process@ $13,240/year x 25% of time = $ 3,310.

Two *Call Center Interpreters – Kampala, Uganda*. Following the decision to hold off on funding the launch of a call center for this fiscal year, this position will be declared redundant. Budgeted for 3 months to allow time for the redundancy process @ 2 staff @ $10,161 /year x 25% of time = $ 5,080.

Three *Childminder Support Assistants*. These individuals will assist in the recruitment, hiring, and training of contract childminders in sub-Saharan Africa. The position is budgeted @ 3 staff @ $10,374/year x 75% of time = $23,341.

*Childminder Support Assistant – Pretoria, South Africa*. This is a new position to support growth in South Africa CO activities; this individual will assist in the recruitment, hiring, and training of contract childminders in South Africa. The position is budgeted @ $11,965/year x 75% of time = $8,974.

Eleven *Interpreter Support Assistants*. These individuals will continue to assist in the recruitment, hiring, and training of contract interpreters in sub-Saharan Africa. They will also interpret for USRAP activities when needed, translate written materials into key refugee population processing languages, and conduct contract interpreter observations for prescreening, USCIS, and Cultural Orientation circuit rides. The position is budgeted @ 11 staff @ $10,108 x 75% of time = $83,387.

Five *Cultural Orientation Curriculum Development & Evaluation Program Assistants (Formerly Cultural Orientation Program Assistants)*. The position will continue to provide CO teams in the field with logistical support, updating START and CO trip preparations. The CO Program Assistants will also periodically provide classroom-based support for CO Trainers. This position



is decreased by four FTEs as more CO tasks are transitioned to country offices. This position is budgeted @ 5 staff @ $10,374/year x 75% of time = $38,902.

One *Cultural Orientation Program Assistants – Pretoria, South Africa.* This individual will provide CO teams in the field in southern Africa with logistical support, updating START and CO trip preparations. The CO Program Assistant will also periodically provide classroom-based support for CO Trainers. The position is budgeted @ 1 staff @ $11,544/year x 75% of time = $8,658.

Three *Library Assistants.* The Library Assistants will continue to work in the main library in Nairobi to oversee the safe handling of refugee files, create refugee pre-screening folders, and assist with the disposition of files due to paper light processing and EROP. This position is budgeted @ 3 staff @ $10,374/year x 75% of time = $23,341.

Six *Training Program Assistants.* These individuals will continue to support program staff in completing administrative tasks necessary for successful training preparation, execution, conclusion, and follow-up. The position has increased by one FTE in FY24 due to program restructuring; this will allow for one assistant in each of the four regions covered by the Kenya office, as well as two assistants to support the Learning and Development Supervisors. This is budgeted @ 6 staff @ $10,666/year x 75% of time = $47,995.

### Local Admin Staff

*Regional RSC Africa HR Director.* The individual will continue to be responsible for the management of the HR department, working closely with the RSC Director for the entire RSC Africa region. It is estimated that the HR Director will spend 100% of their time working for RSC Africa. The position is budgeted @ $64,373/year x 75% of time = $48,280.

*Director of IT. (Formerly Regional IT Coordinator)* This is a regional role based in Kenya primarily responsible for providing direction, planning, organizing and oversight of CWS RSC Africa Information Technology (IT) operations. Areas of responsibility include compliance and information security (risk) management, IT strategic planning and budgeting, IT governance advisory and consultancy, technical operations oversight, operational support, and IT human resources development. The position is budgeted @ $61,800 /year x 72% of time = $ 46,349.

*Director, Finance and Operations. (Formerly Finance Coordinator)* This is a regional role based in Kenya that will continue to provide overall financial strategy to ensure the financial health of CWS Africa by providing daily management and oversight of all financial functions and operating budgets, drafting all financial statements, charts, dashboards, and fiscal presentations for the RSC. This individual will continue to be responsible for annual budget preparation, financial planning and management, accounting and payroll operations, and reporting and analysis in accordance with U.S. Government audit requirements and CWS standards for all locations. This position is budgeted @ $64,373/year x 75% of time = $48,280.

*Regional Security Risk Senior Manager. (Formerly Staff Security Coordinator)* This is a regional role based in Kenya that will continue to be responsible for developing and ensuring the systematic application of safety and security policies for all RSC operations, including its work at the CWS Africa office in Nairobi and processing sites throughout sub-Saharan Africa. The position advises



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

CWS Africa management in developing and applying security procedures and supports field teams to conduct their activities in a secure manner. The position spends 85% of their time working on RSC activities and 15% on broader CWS Africa activities. This position is budgeted @ $50,707/year x 64% of time = $32,326.

*Senior Information Security Manager. (Formerly Information Security Coordinator)* This is a regional role based in Kenya that is primarily responsible for maintaining the security posture of the information system, performing continuous monitoring, and ensuring CWS Africa remains compliant with the NIST 800-53 information security standards as required by PRM. This individual is tasked with the development, adoption and enforcement of information security policies, procedures, and standards. This position is budgeted @ $49,785/year x 75% of time = $37,339.

*Senior Manager, Property, Travel & Logistics. (Formerly Administration Coordinator)* This is a regional role based in Kenya that will continue to oversee the planning, training, quality control, monitoring and evaluation of the General Services and Travel Logistics Units. This position works closely with the Programs Coordinators and directly supervises office management, property, procurement, and travel logistics functions of the organization. This position is budgeted @ $57,945/year x 75% of time = $43,459.

*Internal Audit Coordinator.* the individual will provide independent assurance that organizational risk management, governance and internal control processes, policies and procedures are operating effectively, and will provide independent and objective evaluations of RSC Africa financial and operational business activities. The position is budgeted @ $72,372/year x 75% of time = $54,279.

*Senior Manager, Procurement. (Formerly Procurement Coordinator)* This is a regional role based in Kenya, responsible for overseeing all aspects of the Procurement Unit, which includes strategic planning, budget preparation, procurement planning, contracts management, coordination and management of procurement functions, vendor management, preparation of procurement reports and supporting all CWS Africa offices. This position is budgeted @ $49,911/year x 75% of time = $37,433.

*Senior Manager, Finance and Budgeting. (Formerly Finance Manager)* This role will continue to provide support to the daily finance operations of RSC Africa's accounting and budgeting units, to include budgets, drafting of monthly financial statements, charts, dashboards and cash and bank management that will guide the day-to-day support to programs. This position is budgeted @ $49,785/year x 75% of time = $37,339.

*Senior Information Technology Manager.* This is a regional role based in Kenya which will be primarily responsible for ensuring daily effective, efficient, and secure operation of all IT systems within CWS Africa and managing systems, network, and IT support related activities. This position is budgeted @ $49,785/year x 75% of time = $37,339.

*Senior Software Development Manager. (Formerly Software Development Manager)* This is a regional role based in Kenya which will be primarily responsible for planning, directing, and coordinating all the activities related to writing software programs managing the entire software development life cycle, third party systems acquisition, integration, and systems analysis. Re-



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

grading is proposed because the position is already performing duties exceeding the current grade. This position is budgeted @ $49,785/year x 75% of time = $37,339.

*Finance and Administration Manager – Pretoria, South Africa.* This individual will be responsible for overseeing all administrative, human resources, IT, logistics and finance functions in Pretoria, ensuring compliance, proper running of all administrative functions and overall staff knowledge. This position is budgeted @ $48,166/year x 75% of time = $36,125.

*Grants, Award, and Compliance Manager.* This is a new position. The individual will be responsible for overall grants and awards management to include grants set up in the new CWS ERP system, grants kick–off, continuous monitoring, and close-out. They will ensure that key staff have a clear understanding of donor compliance requirements in a rapid but controlled fashion throughout the project management cycle and that there is a complete audit trail of the implementation and reporting for all awards with a focus on day-to-day operations. This individual will review all contracts before submission to HQ. The position is budgeted @ *$38,439*/year x 75% of time = $28,829.

*Software Development Manager. (Formerly Software Development Supervisor)* This position will continue to be responsible for defining software features and taking the lead in developing software applications by studying operations, designing, developing, and installing software solutions, and managing the entire software development life cycle. Re-grading is proposed because the position is already performing duties exceeding the current grade. This position is budgeted @ $38,439/year x 75% of time = $28,829.

*Human Resources Manager, Compensation, Benefits & Staff Wellness (formerly Human Resources Manager).* This role is based in Kenya and ensures compliance with CWS staff policies as well as local labor laws and is responsible for the overall management and assessment of all internal training and staff care efforts. The role will be responsible for the day-to-day supervision of the human resources department operations. This position is budgeted @ $38,439/year x 75% of time = $28,829.

*Human Resources Manager, Organization Development and Change (formerly HR System Change Manager).* This role is based in Kenya and will be responsible for ensuring HR system change initiatives meet objectives on time and on budget by increasing employee adoption and usage. The position will focus on the changes, processes, systems and technology, job roles and organizational structures. The role will support implementation of the new HRIS and Finance ERP and ensure all systems are integrated. The position will oversee the Senior Human Resource Officer OD and HRIS and Senior Human Resources Assistant, HR Records. This position is budgeted @ $38,439/year x 75% of time = $28,829.

*Human Resources Manager, Talent Acquisition (formerly Talent Acquisition Manager).* This role is based in Kenya and will provide overall management of the talent acquisition unit amidst organizational growth. The Talent Acquisition Manager is responsible for finding, recruiting, hiring – and retaining – talented candidates. The role will oversee the planning, development, and implementation of an effective talent acquisition strategy for the organization; perform sourcing to fill open positions and anticipate future needs; plan and conduct recruitment and selection processes (interviews, screening). This individual will assist in employee retention and



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

development. The role will be responsible for the talent acquisition team at regional level. This position is budgeted @ $41,250/year x 75% of time = $30,938.

*Human Resources Manager – Pretoria, South Africa.* This is a new role based in Pretoria and will be responsible for overseeing the HR function within CWS South Africa. This includes responsibility for country office recruitment, compensation, benefits, training and development, labor relations and HR administration. This position ensures that CWS Africa's HR priorities and targets are met and that standard operating procedures are strictly adhered to. S/he will model the organizational values of CWS and will support colleagues to understand and live these values. This position is budgeted @ $43,206/Year x 75% of time = $32,404.

*Human Resources Manager – Kampala, Uganda.* This position will be responsible for overseeing the HR function within CWS Uganda. This includes responsibility for country office recruitment, compensation, benefits, training and development, labor relations and HR administration. This position ensures that CWS Africa's HR priorities and targets are met and that standard operating procedures are strictly adhered to. S/he will model the organizational values of CWS and will support colleagues to understand and live these values. This position is budgeted @ $32,990/year x 75% of time = $24,742.

*Human Resources Manager – Kigali, Rwanda.* This position will be responsible for overseeing the HR function within CWS Rwanda. This includes responsibility for country office recruitment, compensation, benefits, training and development, labor relations and HR administration. This position ensures that CWS Africa's HR priorities and targets are met and that standard operating procedures are strictly adhered to. S/he will model the organizational values of CWS and will support colleagues to understand and live these values. This position is budgeted @ $30,609/year x 75% of time = $22,957.

*IT Support Services Manager (formerly IT Manager).* This position will continue to oversee operation of the increased IT Support services with the expanded hybrid work setup and coordination of IT Support for Circuit Rides across the continent. This position is budgeted @ $ 38,439/year x 75% of time = $ 28,829

*Technical Lead - Network and Infrastructure (formerly Senior Network Administrator).* This position will oversee the running and monitoring of the CWS Africa Network Operations Centre (NOC) to support operation of the Wide Area Network (WAN) across the continent, comprising all country office Local Area Networks (LANs), Dedicated Internet Networks (DINs) in all field processing locations, roaming and Work From Home (WFH) users. The role also ensures that the network operates securely by implementing and monitoring network protection measures for intrusion prevention and detection (IPS/IDS). This position is budgeted @ $38,439/year x 75% of time = $28,829.

*Technical Lead – Systems and CloudOps (formerly IT Technical Supervisor).* The position is responsible for oversight of day-day running and administration of CWS Africa on-premise and cloud based systems; assisting the Senior IT Manager in evaluating and implementing new systems and cloud infrastructure; working with other IT staff in systems, software and network administration to support business functions; communicating on START technical matters with RPC IT staff, liaising with CWS HQ IT staff on systems administration matters and supervising



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

the Systems Administration IT staff. Re-grading is proposed because the position is already performing duties exceeding the current grade. This position is budgeted @ $38,439/year x 75% of time = $28,829.

*Special Projects Manager - Admin.* This individual will be responsible for organizing, leading, and implementing projects as assigned by Administration leadership. They will be the main focal point for high-level visitors and liaise with the relevant Administrative Officers on logistics. The position is budgeted @ $38,439/year x 75% of time = $28,829.

*Property Manager (formerly Property Manager, Facilities, Equipment & Assets).* This is a regional role based in Kenya that will continue to be responsible for building maintenance including construction, renovation, equipment, and assets and fleet management. The position also provides technical support and oversight of facility and property management functions for CWS sub-offices across the region. This position is budgeted @ $38,439 x 75% of time = $28,829.

Two *Procurement & Contracts Managers* - This is a regional role based in Kenya that will continue to be responsible for overseeing all aspects of the Procurement Unit, which includes strategic planning, budget preparation, procurement planning, contracts management, coordination and management of procurement functions, vendor management, preparation of procurement reports and supporting all CWS Africa offices. There is an increase of one more FTE due to the increased coverage within the region. The positions are budgeted @ 2 staff @ $39,179 x 75% of time = $58,769.

*Procurement Manager – Kasulu, Tanzania.* This is a new position, necessitated by segregation of duties by country office and aligned with the new procurement process to ensure country office compliance to policy requirements. It will be responsible for overseeing all aspects of the Procurement Unit in Tanzania, which includes strategic planning, budget preparation, procurement planning, contracts management, coordination and management of procurement functions, vendor management, and preparation of procurement reports for the country offices. This position is budgeted @ $34,530/year x 75% of time = $25,898.

*Procurement Manager – Pretoria, South Africa.* This is a new position, necessitated by segregation of duties by country office and aligned with the new procurement process to ensure country office compliance to policy requirements. It will be responsible for overseeing all aspects of the Procurement Unit in South Africa, which includes strategic planning, budget preparation, procurement planning, contracts management, coordination and management of procurement functions, vendor management, and preparation of procurement reports for the country office. This position is budgeted @ $42,042/year x 75% of time = $31,532.

*Procurement Manager – Kampala, Uganda.* This position will continue to be responsible for overseeing all aspects of the Procurement Unit in the Uganda office, which includes strategic planning, budget preparation, procurement planning, contracts management, coordination and management of procurement functions, vendor management, and preparation of procurement reports for the country office. This position is budgeted @ $32,990/year x 75% of time = $24,742.

*Procurement Manager – Kigali, Rwanda.* This is a new position, necessitated by segregation of duties by country office and aligned with the new procurement process to ensure country office compliance to policy requirements. It will be responsible for overseeing all aspects of the



Procurement Unit in Rwanda, which includes strategic planning, budget preparation, procurement planning, contracts management, coordination and management of procurement functions, vendor management, and preparation of procurement reports and supporting for the country office.  This position is budgeted @ $30,609/year x 75% of time = $22,957.

*Security Risk Manager.* This is a new position and will assist the Senior Manager in developing and ensuring the systematic application of safety and security policies for all RSC operations, including its work at the CWS Africa office in Nairobi and processing sites throughout sub-Saharan Africa.  This position is budgeted @ 1 staff @ $38,439/year x 75% of time = $28,829.

*Regional Security Risk Manager – Dar Es Salaam, Tanzania.* This individual will continue to be responsible for ongoing safety and security assessment and implementation of CWS Africa safety and security procedures in Tanzania. The position provides direct support to CWS Africa staff both in safety and security matters and regularly participates in information gathering and attends appropriate forums in Tanzania. This position is budgeted @ $34,530/year x 75% of time = $25,898.

*Regional Security Risk Manager – Pretoria, South Africa.* This position will continue to be responsible for ongoing safety and security assessment and implementation of CWS Africa safety and security procedures in the Pretoria office and sub-regional operations.  This position provides direct support to CWS Africa staff in safety and security matters and regularly participates in information gathering and attends appropriate forums in South Africa.  This position is budgeted @ $57,401/year x 75% of time = $43,051.

*Security Risk Manager – Kampala, Uganda.* The individual will be responsible for ongoing safety and security assessment and implementation of CWS Africa safety and security procedures in Uganda. The position provides direct support to CWS Africa staff both in safety and security matters and regularly participates in information gathering and attends appropriate forums in Uganda. This position is budgeted @ $32,990/year x 75% of time = $24,742.

*Security Risk Manager – Kigali, Rwanda.* The individual will be responsible for ongoing safety and security assessment and implementation of CWS Africa safety and security procedures in Rwanda. The position provides direct support to CWS Africa staff both in safety and security matters and regularly participates in information gathering and attends appropriate forums in Rwanda. This position is budgeted @ $30,609/year x 75% of time = $22,957.

*Finance and Administration Manager – Dar es Salaam, Tanzania.* This position will continue to oversee the Finance and Administration unit in the Tanzania office, managing the day-to-day finance functions and acting as the liaison between Tanzania and the Nairobi office. The position will oversee the finance and IT functions in Tanzania.  This position is budgeted @ 1 staff @ $34,530/year x 75% of time = $25,898.

*Finance and Administration Manager – Kampala, Uganda.* This is a new position. This individual will be responsible for overseeing all administrative, IT, logistics and finance functions in Uganda. This is a position created to lead the finance and administration units for the Uganda office, liaising between Uganda and Nairobi on day-to-day finance and admin operations to ensure compliance, proper running of all administrative functions and overall staff knowledge.  This position is budgeted @ $32,990/year x 75% of time = $24,742.



*Finance and Administration Manager – Kigali, Rwanda.* The individual will be responsible for overseeing all administrative, IT, logistics and finance functions in Rwanda. This is a position created to lead the finance and administration units for Rwanda liaising with Nairobi on the day-to-day finance and admin operations to ensure compliance, proper running of all administrative functions and overall staff knowledge. This position is budgeted @ $30,609/year x 75% of time = $22,957.

*Travel & Logistics Manager.* This position will continue to be responsible for overseeing all travel and circuit ride logistics, supporting logistics personnel in all locations. This position is budgeted @ $40,139/year x 75% of time = $30,104.

Two *IT Support Supervisors.* These positions will continue to be primarily responsible for coordinating technical/systems and staff support; communicating on START technical matters with the RPC support staff, coordinating circuit ride IT support across Africa and supervising the IT Support Specialists. This position is budgeted @ 2 staff @ $29,640/year x 75% of time = $44,459.

*IT Supervisor – Kasulu, Tanzania.* This position will take the lead in providing IT support to the Tanzania offices for processing and administrative staff, coordinating regional circuit rides, providing technical assistance and maintenance of software and hardware and supervising the Tanzania IT Specialist. This position is budgeted @ $31,140 x 75% of time = $23,355.

*IT Supervisor – Pretoria, South Africa (formerly Senior IT Officer).* This position will continue to take the lead in providing IT support to Pretoria office processing and administrative staff. The position is primarily responsible for taking the lead in ensuring the effective, efficient, and secure operation of all computer systems within the RSC Africa Pretoria office by managing all activities related to IT. The position coordinates regional circuit rides, provides technical maintenance on software and hardware, and supervises the Pretoria IT Specialists. This position is budgeted @ $38,267 x 75% of time = $28,700.

*IT Supervisor – Kampala, Uganda.* This position is primarily responsible for taking the lead in ensuring the effective, efficient, and secure operation of all computer systems within the RSC Africa office in Kampala by managing all activities related to IT. The position leads IT support in the office for programs and administrative staff, coordinates regional circuit rides, provides technical maintenance on software and hardware, and supervises the Kampala IT Specialist. This position is budgeted @ $28,017 x 75% of time = $21,013.

*IT Supervisor – Kigali, Rwanda.* This is a new position necessitated by the creation of the CWS Africa office in Rwanda. The position is primarily responsible for taking the lead in ensuring the effective, efficient, and secure operation of all computer systems within the RSC Africa office in Kigali by managing all activities related to IT. The position leads IT support in the office for programs and administrative staff, coordinates regional circuit rides, provides technical maintenance on software and hardware, and supervises the IT Specialist. This position is budgeted @ $23,632/year x 75% of time = $17,724.

Two *Procurement Supervisors.* This position will continue to be responsible for planning, organizing and supervising the procurement functions of supplies, equipment and services. It is also responsible for maintaining good relations with suppliers, ensuring accurate documentation



to Finance in accordance with CWS SOPs, and supporting all CWS Africa offices. This has been increased by 1 FTE to cover the increase in workload due to budget growth. This position is budgeted @ 2 staff @ $30,239/year x 75% of time = $45,359.

*Property Supervisor, Facility & Fleet Management.* This individual will continue to be responsible for supervision of construction and renovations, space management, management of maintenance contractors and vehicle management. Their primary role is to oversee staff that install, inspect, repair, and maintain building systems, including mechanical, electrical, plumbing, transport management and vehicle maintenance. This position is budgeted @ $30,239/year x 75% of time = $22,679.

*Property Supervisor,* Assets and Stores. This individual will continue to be responsible for the overall management and maintenance of the CWS Africa properties, stores, assets and supplies. This position is budgeted @ $30,239/year x 75% of time = $22,679.

Two *Travel Logistics Supervisors.* These individuals will continue to be responsible for planning, organizing, controlling, and coordinating all travel and logistics activities within the region in accordance with the CWS SOPs. This position is budgeted @ 2 staff @ $30,239/year x 75% of time = $45,359.

Two *Senior Finance Specialists, Treasury, Payables, & Budget Reporting Compliance (formerly Senior Budget & Reporting Specialist; Senior Finance Specialist).* This is a regional role based in Kenya that works with Programs teams in all locations to ensure budget spending is per plan and to conduct variance analyses. Responsibilities include funds management and cash forecasting on a quarterly basis for all Program needs. This position oversees management of budgets, budget monitoring and reporting and ensuring compliance with CFR 200. This position is budgeted @ 2 staff @ $31,670/year x 75% of time = $47,504.

*Senior Finance Specialist, GL Reporting and Travel.* This is a new position (replacing the Finance Accountant) and will be primarily responsible for the accounting and disbursement of U.S. government funds, preparation of financial reports, and daily management of cash and bank accounts. This position is budgeted @ $29,639 x 75% of time = $22,230.

*Senior Finance Specialist – Pretoria, South Africa.* This is a new position and will be primarily responsible for the accounting and disbursement of U.S. government funds, preparation of financial reports, and daily management of cash and bank accounts for the South Africa County office. This position is budgeted @ $36,559 x 75% of time = $27,419.

*Senior Security Risk Management Specialist (formerly Assistant Staff Security Coordinator).* This is a Nairobi based position that will continue to participate in staff security-related information gathering and attend appropriate forums in Kenya, as well as provide security monitoring, analysis, and recommendations for all countries under the Kenya office coverage area. The position serves as the security focal point for all program activities and security risk management related to in-country and regional staff and programs. The Specialists will also provide direct support to staff in both safety and security matters. The position increases by three FTE to support increased field activity. This position is budgeted @ 1 FTE @ $29,639/year x 75% of time = $22,230.



*Senior Specialist, Talent Acquisition (formerly HR Supervisor, Talent Acquisition).* This position will continue to be responsible for supporting the full life cycle of recruiting, including succession planning, sourcing, candidate screening and reporting. This position will pro-actively formulate job descriptions, source, advertise, shortlist, interview, reference check and conduct final negotiations for open positions. Additionally, the position holder will work closely with management on all diversity issues related to recruitment and ensuring fairness in the recruitment process. The position holder will follow recruitment strategies to increase CWS RSC Africa talent pool and pipelines and will provide input to ensure CWS Africa has diverse global talent that performs at a high level responding to the changing needs of the organization. The position supervises the Senior Human Resource Officers. This position is budgeted @ $30,239/year x 75% of time = $22,679.

*Senior DevOps Specialist (formerly DevOps Specialist).* This is an existing position whose title has been renamed from DevOps specialist to Senior DevOps specialist to match the senior roles and responsibilities in advisory, code review and oversight. The individual will collaborate with software developers, system operators and other IT staff members to manage code releases, write unit and integration tests as well as manage the user acceptance test processes. They will cross and merge the barriers that exist between software development, testing and operations teams and keep existing networks in mind as they design, plan and test.  This position is budgeted @ $29,640/year x 75% of time = $22,230.

Two *Senior Information Security Officers.* This position is primarily responsible for development, adoption and enforcement of the information security framework (NIST 800-53) policies, procedures and standards, regular network monitoring, vulnerability scanning, internal information security audits and data protection advisory.  This position is budgeted @ 2 staff @ $29,640/year x 75% of time = $44,459.

*Senior Information Security Officer – Pretoria, South Africa.* This position will be primarily responsible for maintaining the security posture of systems in the Pretoria office by performing continuous monitoring and ensuring that the office remains compliant with all relevant security standards. This position works closely with the Nairobi based information security team to ensure that the entire CWS Africa information system remains in compliance with the NIST 800-53 information security framework and other risk management policies and procedures. This position is budgeted @ $37,884/year x 75% of time = $28,413.

*Senior Network Administrator.* This individual will continue to be primarily responsible for taking the lead in administration, managing, and monitoring of IT network infrastructure for the main and site offices, circuit rides and end users. This position is budgeted @ $29,640 year x 75% of time = $22,230.

*Senior Systems Administrator.* This position will continue to be primarily responsible for taking the lead in the administration, managing, and monitoring of IT on-premise and cloud-based systems for the main and site offices, circuit rides and end users.  This position is budgeted @ 1 staff @ $22,640/year x 75% of time = $22,230.

*Human Resources Specialist - Protocol.* This position is responsible for the management of CWS staff legal status in their respective work locations. This includes application and renewal of



exemption permits, work permits, resident permits visas, Tax identification numbers, diplomatic cards, and/or dependent passes as may be applicable in CWS work locations in the region. The position will ensure the appropriate legal status is applied for and followed up in a timely and efficient manner as well as ensuring proper records and documentation are maintained for applications, correspondence, and reports. The position also supports the HR department to prepare documentation during staff exit. The position will also support the regional and country management team in establishing and maintaining external relations, especially with the host country governments in the region. This position is budgeted @ $36,318/year x 75 of time = $27,239.

*Human Resources Supervisor – Dar Es Salaam, Tanzania (formerly Human Resources Officer).* This individual will be responsible for administering employee benefit packages, international staff residency requirements, on-boarding new employees, administering local staff payroll, assisting in updating employee personnel files and records and ensuring CWS Africa personnel policies and practices are in accordance with Tanzania labor laws and CWS global policies. This position has been moved from Kasulu to Dar Es Salaam and changed from HR Officer grade 5 to a supervisory role grade 7 to provide the leadership needed for the unit in Tanzania. This position is budgeted @ $27,644/year x 75% of time = $20,733.

*Human Resources Supervisor – Pretoria, South Africa (formerly Senior HR Officer).* This individual will take the lead in providing HR Administration support to the Pretoria office and will ensure compliance with CWS staff policies as well as local labor laws. They are responsible for overall staff care, administration of payroll for local staff, and benefits administration. The position has transitioned from grade 6 to grade 7, with responsibility for the day-to-day supervision of the human resources department operations in Pretoria. It is budgeted @ $37,176 x 75% of time = $27,882.

*Human Resources Supervisor – Kigali, Rwanda (formerly Senior HR Officer).* This individual will take lead in providing HR Administration support to the Rwanda office and will ensure compliance with CWS staff policies as well as local labor laws. They are responsible for overall staff care, administration of payroll for local staff, and benefits administration. The position has transitioned from grade 5 to grade 7, with responsibility for the day-to-day supervision of the human resources department operations in Rwanda.  This position is budgeted @ $23,632 x 75% of time = $17,724.

*Administration Supervisor – Kasulu, Tanzania.* This position will continue to oversee the administrative and office management functions in Tanzania office and coordinate office operations and procedures to ensure organizational effectiveness, efficiency, and safety. The position ensures the Kasulu office Programs Division is properly supported.  This position is budgeted @ $31,140 x 75% of time = $23,355.

*Administration Supervisor – Pretoria, South Africa.* This position will continue to oversee the administrative and office management functions in Pretoria and coordinate office operations and procedures to ensure organizational effectiveness, efficiency, and safety. The position ensures the Pretoria office Programs Division is properly supported. This position is budgeted @ 1 staff @ $36,559 x 75% of time = $27,419.

Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Administration Supervisor – Kampala, Uganda.* The position will continue to oversee the administrative and office management functions in Kampala and coordinate office operations and procedures to ensure organizational effectiveness, efficiency, and safety. The position ensures the Kampala office Programs Division is properly supported.    This position is budgeted @ $32,594/year x 75% of time = $24,446.

*Administration Supervisor – Kigali, Rwanda.* This position will be responsible for overseeing the administrative and office management functions in Kigali and coordinating office operations and procedures to ensure organizational effectiveness, efficiency, and safety. This position will ensure the Programs Division in Rwanda is properly supported. This position is budgeted @ $23,632/year x 75% of time = $17,724.

*Senior Procurement Specialist – Pretoria, South Africa.* This is a new position which will be responsible for planning, organizing, and supervising the procurement of supplies, equipment, and services for the South Africa country office.  It is also responsible for maintaining good relations with suppliers, ensuring accurate documentation to Finance in accordance with CWS SOPs. This position is budgeted @ $36,559/year x 75% of time = $27,419.

Two *Office Managers.* These individuals are primarily responsible for overall front office activities, including the reception area and for coordinating office operations and procedures ensuring organizational effectiveness, efficiency and safety. The Office Managers support the Senior Management Team with administrative tasks. They provide direct supervision to the Senior Administrative Assistants, Receptionists, Senior Janitors and Janitors.  The position is budgeted @ 2 staff @ $26,126/year x 75% = $39,189.

*Internal Audit Manager.* This is a new position, responsible for performing all aspects of internal audit assignments (planning, fieldwork, reporting, and action follow up), to evaluate the adequacy and effectiveness of risk management, internal control, and governance processes. The role contributes to an efficient and effective internal audit department that supports CWS in the management of risks and achievement of objectives. This position is budgeted @ $38,440/year x 75% = $28,830.

Thirteen *IT Support Specialists (formerly Senior IT Support Assistants).* These individuals will continue to be primarily responsible for helpdesk request resolution and assisting end users working in the field, office and from home (WFH) with resolving computer software and hardware problems and supporting remote audio-visual refugee processing. These positions are budgeted @ 13 staff @ $22,512/year x 75% of time = $219,497.

*IT Specialist – Kasulu, Tanzania (formerly IT Officer).* This position is primarily responsible for assisting with the daily maintenance of the organization's computer, network systems, service desk management and assisting individual staff with resolving computer software and hardware problems (staff support). This position has been re-graded to align with similar positions in other country offices, and to better match assigned roles and responsibilities. It is budgeted @ $22,648/year x 75% = $16,986.

Two *IT Specialists – Pretoria, South Africa.*  This position is primarily responsible for assisting with the daily maintenance of the organization's computer, network systems, service desk



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

management and assisting individual staff with resolving computer software and hardware problems (staff support). The position has increased by 2 FTE, one of which will replace the IT Officer, so as to align with existing positions in other country offices, and to better match required roles and responsibilities. This position is budgeted @ 2 staff @ $29,712/year x 75% = $44,568.

*IT Specialist – Kampala, Uganda.* This is an existing position just title has been renamed from Senior IT Officer to IT Specialist to align with other country offices and the organization chart. This position is primarily responsible for assisting with the daily maintenance of the organization's computer, network systems, service desk management and assisting individual staff with resolving computer software and hardware problems (staff support). This position is budgeted @ $21,647/year x 75% = $16,235.

*IT Specialist – Kigali, Rwanda.* This is an existing position whose title has been renamed to IT Specialist from IT Officer and re-graded to align with other country offices similar existing positions and to match the roles and responsibilities assigned to this position. This individual will provide support to Rwanda-based processing and administrative staff in providing technical assistance and maintenance of software and hardware. This position is budgeted @ $20,084 x 75% of time = $15,063.

*Two Network Administrators.* These individuals will continue to be primarily responsible for assisting the Senior Network Administrator in administration, managing, and monitoring of IT network infrastructure, circuit rides and staff support. This position is budgeted @ 2 staff @ $23,513/year x 75% of time = $35,270.

Two *Systems Administrators.* These individuals will continue to be responsible for assisting the Senior Systems Administrator in administration, managing, and monitoring of IT on-premise and cloud-based systems, circuit rides and staff support. This position is budgeted @ 2 staff @ $23,571/year x 75% of time = $35,356.

Two *Software Developers*. These positions will continue to be responsible for design, development, installation, testing, and maintenance of bespoke and existing software systems. This position has been decreased by 2 FTE based on reassessment of need. It is budgeted @ 2 staff @ $23,765 x 75% of time = $35,647.

Two *Senior Finance Officers – Budgets & Reporting/Awards and Compliance.* This individual will be responsible for supporting the coding of transactions, providing relevant budget codes as per the chart of accounts and ensuring sufficiency of available funds. They will assist with the day-to-day budget management and monitoring in consultation with Programs Managers, Admin leads, and Country Representatives. This position is budgeted @ 2 staff @ $23,765 x 75% of time = $35,648.

*Senior Human Resources Officer – Organizational Development & HRIS. (Formerly Human Resources Systems Change Officer)* This is a new position, upgraded from grade 5 to 6. The Senior HR Officer, Organizational Development and HRIS is responsible for overseeing day to day implementation of the organization HRIS system and system change initiatives. This role involves preparing and documenting standard operating procedures and protocols pertaining to the use of human resources information systems. This position ensures CWS Africa's HR system priorities and targets are met. This position is budgeted @ $22,693/year x 75% of time = $17,019.



*Senior Human Resources Officer – Compliance and Employee Relations.* This position will support the HR Manager in overseeing compensation, benefits and staff wellness and will be responsible for ensuring compliance with relevant laws and regulations (both internal and external). The individual is also responsible for providing counseling services to employees, participating in recruitment and dismissal processes, and performing employee background checks. They also communicate HR policies, collect, and analyze employee data, and oversee employee training. Their role is crucial in compliance reporting (e.g., PRM, ICG) and Police clearance reporting. This position is budgeted @ $22,692 year x 75 % of time = $17,019.

*Senior Human Resources Officer – Employee Wellness and Benefit*. This position will work with the HR Manager in overseeing compensation, benefits and staff wellness and will support the overall responsibility of HR functions including the new employee orientation. S/he will handle front-line employee inquiries, assist in implementation of Global HR initiatives and practices, and will support the Lead to maximize staffing resources and performance, promote a positive organizational culture, minimize risk, and ensure efficiency of work processes through review of insurance bills and enrolment into benefit schemes. This position is budgeted @ 1 Staff @ $ 22,692 year x 75% of time = $17,019.

Two *Senior Human Resources Officers - Talent Acquisition*. This position is responsible for management of the full recruitment cycle, including sourcing, advertising, shortlisting, interview, reference check, conducting final negotiations for open positions and reporting. This position will follow up on recruitment strategies to increase CWS RSC Africa talent pool and pipelines and will provide input to ensure CWS Africa has diverse global talent that performs at a high level responding to the changing needs of the organization. The SHROs will implement CWS Africa Recruitment best practices that ensure timely selection of top talent and will manage the administration of the human resources policies, procedures, and programs. This position is budgeted @ 2 staff @ $ 22,692/year x 75% of time = $34,038.

*Senior Human Resources Officer – Compensation.* The position will work with the HR Manager to support organizational efforts to improve retention, engagement and reward for its talent that supports delivery of its strategic mandates through development and management of strategic reward schemes, and related policy, process, and guidelines. The position also ensures that the organization's compensation, classification and benefits policies and practices are in line with current labor market trends and best practices to attract high quality staff to enable the organization to address transformation goals. This role will support monthly payroll processing, salary surveys and international staff payroll changes/ benefits. This position is budgeted @ 1 staff @ $ 22,692/year x 75% of time = $17,019.

Three *Senior Procurement Officers.* These individuals will continue to be responsible for planning and coordinating the daily tasks of the Procurement Officers, managing the procurement functions of supplies, equipment, and services.   This position is budgeted @ 3 staff (2 existing, 1 new) @ $24,163/year x 75% of time = $54,367.

*Senior Procurement Officer – Kigali, Rwanda.* This is a new position. This individual will be responsible for planning and coordinating the daily tasks of the Procurement Officer, and managing the procurement functions of supplies, equipment, and services for the Rwanda country

office. The position is necessitated by establishment of operations in Rwanda. This position is budgeted @ 1 staff @ $20,084/year x 75% of time = $15,063.

Two *Senior Travel Logistics Officers*. These positions will continue to coordinate day-to-day travel logistics work, take the lead in onboarding new staff and serve as back-up Logistics Officers, in addition to being mentors to the Officers. This position is budgeted @ 2 staff @ $23,182/year x 75% of time = $34,772.

*Senior Travel Logistics Officer – Dar Es Salaam, Tanzania.* This is a new position that will be responsible for the coordination of logistics for all CWS travel based out of the Tanzania office, as well as preparing travel itineraries of official CWS staff travel in accordance with CWS SOPs. The role will offer supervisory oversight of the Travel Logistics Unit in Tanzania. This position is budgeted @ $22,648/year x 75% of time = $16,986.

*Senior Travel Logistics Officer – Pretoria, South Africa.* This position will be responsible for the coordination of logistics for all CWS travel based out of the Pretoria office, as well as preparing travel itineraries of official CWS staff travel in accordance with CWS SOPs. This position is budgeted @ $29,912/year x 75% of time = $22,434.

*Senior Travel Logistics Officer – Kampala, Uganda.* This individual will be responsible for the coordination of logistics for all CWS travel based out of the Kampala office, as well as preparing travel itineraries of official CWS staff travel in accordance with CWS SOPs. This position is budgeted @ $23,811/year x 75% of time = $17,858.

*Senior Administration Officer – Mbarara, Uganda.* This is a new position; the individual will primarily be responsible for providing administrative support to program activities implemented at a new Kabingo field office. The position will supervise field-based Store Officer, Driver and Janitor. The position is budgeted @ 1 staff @ $14,431/year x 67% of time = $14,431.

*Senior Administration Officer – Kyaka, Uganda.* This is a new position; the individual will primarily be responsible for providing administrative support to program activities implemented at a new Kyaka field office. The position will supervise field-based Store Officer, Driver and Janitor. The position is budgeted @ 1 staff @ $14,431/year x 67% of time = $14,431.

*Senior Projects Support Officer.* This position will continue to be responsible for effective management and development of new projects once data collection and analysis are executed. The position will also serve other projects while working with the Special Projects Managers. This position is budgeted @ $22,693/year x 75% of time = $17,019.

*Accountant – Payroll and Training (formerly Finance Accountant).* This individual will continue to be responsible for monthly payroll processing, updating and statutory deductions payment, as well as for supporting daily operations of the budgeting, reporting and compliance team. This position is budgeted @ 1 staff @ $22,693/year x 75% of time = $17,019.

Four *Accountants (formerly Finance Accountant).* These individuals will continue to be responsible for daily expenditures, management and maintenance of financial records, bank and cash management supporting program implementation through facilitation of financial



requirements in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ 4 staff @ $22,693/year x 75% of time = $68,078.

*Senior Finance Officer – Dar Es Salaam, Tanzania.* This is a new position, created to support the increased financial transactions anticipated in Tanzania and offer financial technical expertise that is currently missing in the admin team. This individual will be responsible for managing all finances in the Tanzania office including supervising daily expenditures and management and maintenance of financial records in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ $22,648/year x 75% of time = $16,986.

*Senior Finance Officer – Kampala, Uganda (formerly Finance Officer).* This position will support the increased financial transactions anticipated in Uganda and offer financial technical expertise that is currently missing in the admin team. This individual will be responsible for managing all finances in the Kamapala office including supervising daily expenditures and management and maintenance of financial records in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ $23,761/year x 75% of time = $17,820.

*Senior Finance Officer – Kigali, Rwanda.* This position will support the increased financial transactions anticipated in Rwanda and offer financial technical expertise that is currently missing in the admin team. This individual will be responsible for managing all finances in the Kigali office including supervising daily expenditures and management and maintenance of financial records in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ $20,084/year x 75% of time = $15,063.

Three *Security Risk Management Specialists* (formerly Staff security officers): The 3 specialists will be responsible for daily security operations at country level and tracking all security management elements at country level, work with security vendors in liaison with internal stakeholders on all security related outsourced services, supporting the review of already developed Security management plans, writing and updating of log sheets, and ensuring staff have strong capacities in safety and security procedures with support of Senior Security Risk Management Specialist. Serve as Security focal points within assigned areas of operations. The positions will provide direct support to program and non-program travelers on matters of safety and security prior, during and after field mission activities. These positions are budgeted at 3 FTE @ $22,692/year @75% of time = $51,058.

*Senior Property Officer – Pretoria, South Africa.* This is a new position necessitated by increased program activity in South Africa. The individual will be responsible for the overall management and maintenance of the CWS Africa properties in South Africa, including office compounds and vehicles. This position is budgeted @ $29,373/year x 75% of time = $22,029.

Eight *Travel Logistics Officers.* These individuals will continue to be responsible for the coordination and follow-up of logistics for all CWS travel, as well as preparing travel itineraries of official CWS staff travel in accordance with the CWS SOPs within the region and internationally. These positions will continue to provide support to all CWS offices.  The position has increased by 2 FTE to cater to increased field activities It is budgeted @ 8 staff @ $17,398/year x 75% of time = $104,385.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Travel Logistics Officer – Kasulu, Tanzania.* This individual will be responsible for the coordination and follow-up of logistics for circuit rides out of the Kasulu office, as well as preparing travel itineraries for official staff travel in accordance with relevant SOPs. This position is budgeted @ $18,871/year x 75% of time = $14,153.

Two *Travel Logistics Officers – Pretoria, South Africa.* This position will continue to be responsible for the coordination and follow-up of travel logistics for circuit rides out of the Pretoria office, as well as preparing travel itineraries for official staff travel in accordance with the relevant SOPs. This position has increased by 1 FTE to manage increased travel activities across the southern Africa region, and to ensure business continuity. It is budgeted @ 2 staff @ $20,249/year x 75% of time = $30,373.

*Travel Logistics Officer – Kampala, Uganda.* This is a new position, the individual will be responsible for the coordination and follow-up of logistics for circuit rides out of the Uganda office, as well as preparing travel itineraries for official staff travel in accordance with relevant SOPs. This position is budgeted @ $14,983 x 75% of time = $11,237.

*Logistics Officer (Fleet and Travel) - Kigali, Rwanda.* This is a new position, combining travel and fleet management responsibilities based on local requirements. This individual will coordinate and follow logistics for circuit rides out of the Kigali office, prepare travel itineraries for official staff travel in accordance with relevant SOPs, and manage the Rwanda office fleet. This position is budgeted @ $13,902 x 75% of time = $10,427.

Six *Procurement Officers.* These individuals will continue with the responsibility of carrying out the purchasing and procurement of supplies, equipment, and services, and ensuring vendor and contract management. This position will also maintain purchasing records, ensure sufficient stock levels, facilitate accurate documentation to Finance, and support all CWS Africa offices. This position is increased by 2 FTE to support additional procurement needs. It is budgeted @ 6 staff @ $20,756/year x 75% of time = $93,402.

*Procurement Officer – Kasulu, Tanzania (formerly Senior Procurement Assistant).* This individual will be responsible for assisting with purchasing and procurement of supplies, equipment, and services for the Tanzania office, maintaining purchasing records and facilitating accurate documentation in accordance with SOPs. The position has been upgraded from grade 4 to grade 5 to support expanded procurement functions within the country office. This position is budgeted @ $16,489/year x 75% of time = $12,367.

Two *Procurement Officers – Pretoria, South Africa (formerly Senior Procurement Assistant).* This individual will take the responsibility for the purchase and procurement of supplies, equipment, and services, and ensure vendor and contract management for the South Africa country office. This position will also maintain purchasing records, ensure sufficient stock levels, and facilitate accurate documentation for Finance. The position is changing from grade 4 to grade 5 to support expanded procurement functions within the country office. This position is budgeted @ 2 staff @ $20,938/year x 75% of time = $31,407.

*Procurement Officer – Kampala, Uganda.* This individual is responsible for carrying out the purchasing and procurement of supplies, equipment, and services, and ensuring vendor and contract management for the Uganda country office. This position will also maintain purchasing



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

records, ensure sufficient stock levels, and facilitate accurate documentation for Finance. This position is budgeted @ $14,983/year x 75% of time = $11,237.

Five *Property Officers.* These individuals will continue to provide support to the IT and General Services Units on management of RSC assets and equipment, inventory control, running of errands and building management. The positions also manage vehicles, drivers, and janitors. It is budgeted @ 5 staff @ $22,123/year x 75% of time = $82,962.

*Property Officer – Pretoria, South Africa (formerly General Services Officer).* The individual will provide support to the IT and General Services Units on management of RSC assets and equipment, inventory control, running of errands and building management for the South Africa country office. The position also manages vehicles, drivers, and janitors. This position is budgeted @ $20,938/ year x 75% of time = $15,704.

*Property Officer – Kampala, Uganda.* The individual will provide support to the IT and General Services Units on management of RSC assets and equipment, inventory control, running of errands and building management for the Uganda country office. The position also manages vehicles, drivers, and janitors. This position is budgeted @ $16,482/year x 75% of time = $12,361.

*Facilities and Stores Officer – Kigali, Rwanda.* This is a new position necessitated by the establishment of offices in Kigali and in the field in FY24. The individual will primarily be responsible for asset management, servicing of the assets and General Office facilities maintenance at the Kigali office. The position is budgeted @ $13,902 x 75% of time = $10,427.

*Finance Officer – Kasulu, Tanzania.* This individual will be responsible for managing all finances in the Kasulu office including supervising daily expenditures and management and maintenance of financial records in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ 16,489/year x 75% of time = $12,367.

Two *Finance Officers – Pretoria, South Africa.* This position will be responsible for managing all finances in the Pretoria office including supervising daily expenditures and management and maintenance of financial records in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position has been increased by 1 FTE due to increased financial activities anticipated within the southern Africa region resulting from budget expansion. It is budgeted @ 2 staff @ $21,239/year x 75% of time = $31,857.

*Security Risk Officer – Pretoria, South Africa.* This is a new position, necessitated by increased staffing and program activity in South Africa. This individual will be responsible for ongoing safety and security assessments and implementation of CWS Africa safety and security procedures across southern Africa. This individual provides direct support to staff both in safety and security matters and regularly participates in information gathering and attends appropriate forums in South Africa. This position is budgeted @ $20,938/year x 75% of time = $15,704.

*General Services Officer – Kasulu, Tanzania.* This individual will be responsible for managing the Kasulu office grounds, inventory, and supplies. The position will also oversee General Services functions at the Kasulu office. This position is budgeted @ $16,946/year x 75% of time = $12,710.



*Administrative Officer – Kampala, Uganda (Formerly General Services Officer).* This is a new position; this individual will provide administrative support to the Uganda Country Representative. The position also supports the larger Uganda country program strategic initiatives with administrative, research, and other support as needed. The position will also serve as the Point of Contact for high level visitors and provide management support as may be needed. The position will supervise the Senior Administrative Assistant at the Kampala office. This position is budgeted @ $14,983/year x 75% of time = $11,237.

Four *Human Resources Officers, Talent Acquisition (formerly Senior Human Resources Assistant).* This position supports the Senior Human Resources Officer - Talent Acquisition to proactively source, advertise, reference check and do final negotiations for open positions. This position will help in interviewing, following up on recruitment strategies to increase the CWS RSC Africa talent pool and pipelines, and will provide input to ensure CWS Africa maintains a diverse global talent that performs at a high level responding to the changing needs of the organization. This position will be upgraded from grade 4 to 5. It is budgeted @ 4 staff @ $17,367/year x 75% of time = 52,100

*Human Resources Officer, Compensation & Payroll Administration (formerly Senior Human Resources Assistant).* This position supports the Senior HR Officer - Compensation & Payroll Administration by supporting the payroll process and compensation initiatives. The position will be responsible for review of insurance bills; enrolment into benefit schemes; compensation-related HRIS functions (e.g., timesheets). This position will be upgraded from grade 4 to 5. It is budgeted @ $17,367/year x 75% of time = $13,025.

*Human Resources Officer, Employee Wellness & Benefits Administration (formerly Senior Human Resources Assistant).* The individual will work with Senior HR Officer and will support in managing all employee benefit programs in the organization from leave of absence to retirement plans. The position will support in review of insurance bills and enrolment into benefit schemes. This position will be upgraded from grade 4 to 5. It is budgeted @ $17,367/year x 75% of time = $13,025.

*Human Resources Officer – Kasulu, Tanzania (formerly Senior Human Resources Assistant).* This individual will be responsible for proper maintenance of HR records/files in Kasulu to ensure an efficient and effective filing system, and other HR-related assignments in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position has been upgraded from grade 4 to 5 to encompass all HR related functions within the country office. It is budgeted @ $16,489/year x 75% of time = $12,367.

Two *Human Resources Officers – Pretoria, South Africa (formerly Senior Human Resources Assistant).* This position will be responsible for proper maintenance of HR records/files in Pretoria, South Africa to ensure an efficient and effective filing system, and other HR-related assignments in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position will offer all HR related functions within the country office. This position has been upgraded from grade 4 to 5 to encompass all HR related functions within the country office. It is budgeted @ 2 staff @ $20,938/year x 75% of time = $31,407.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

*Human Resources Officer – Kampala, Uganda.* This individual will be responsible for proper maintenance of HR records/files in the Uganda country office, and to ensure an efficient and effective filing system, and other HR-related assignments in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position will support the Human Resource Manager to offer all HR related functions within the country office. This position is budgeted @ $14,983/year x 75% of time = $12,329.

*Human Resources Officer - Kigali, Rwanda.* This individual will be responsible for proper maintenance of HR records/files in Kigali Rwanda to ensure an efficient and effective filing system, and other HR-related assignments in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position will offer all HR related functions within the country office. This position is budgeted @ $13,902/year x 75% of time = $10,427.

Two *Administrative Officers.* These are Nairobi-based positions that will provide administrative support to the RSC Director and other Admin directors, as well as to larger strategic initiatives with administrative, research, and other support as needed. These individuals will also serve as the point of contact for high-level visitors and provide management support as may be needed working closely with the Directors. This position is budgeted @ 2 staff @ $17,770/year x 75% of time = $26,655

*Administrative Officer – Kigali, Rwanda.* This is a new position; this individual will provide administrative support to the Rwanda Country Representative. The position also supports the larger Rwanda country program strategic initiatives with administrative, research, and other support as needed. The position will also serve as the Point of Contact for high level visitors and provide management support as may be needed. The position will supervise the Receptionist and the Janitors at the Kigali office. This position is budgeted @ $13,902/year x 75% of time = $10,427.

Three *Field Administrative Officers – Rwanda.* These are new positions, located in each of the three new country field offices (Kabarore, Karongi and Kirehe). The individuals will primarily be responsible for providing administrative support to program activities implemented at the field level. The position will supervise field-based Drivers and Janitors. The position is budgeted @ 3 staff @ $13,902/year x 75% of time = $31,280.

Five *Senior Finance Assistants.* These individuals will be responsible for managing the day-to-day petty cash and bank management and supporting the accountants with the daily finance operation duties. The increase in FTE has been necessitated by the growth in grant size which has led to increased volume of work supporting the Kenya office. The position is budgeted @ 5 staff @ $11,834/year x 75% of time = $44,378.

*Finance Officer – Kampala, Uganda (Two Senior Finance Assistants deleted and replaced with this position).* This individual will be responsible for managing all finances in the Uganda office including supervising daily expenditures and management and maintenance of financial records in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ 14,983.2/year x 75% of time = $11,237.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

S*enior Finance Assistant – Kigali, Rwanda.* This is a new position necessitated by expansion of program activities in Rwanda. This individual will be responsible for daily expenditures, management, and maintenance of finance records/files in the Rwanda office, and other finance-related assignments in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ $11,742/year x 75% of time = $8,807.

Two *Senior Human Resources Assistants, HR Records (formerly Human Resources Assistant – System Change).* This position will support all internal and external HR-related inquiries or requests and maintain digital and electronic employee records. The individuals will assist in organizing and updating HR records on the RSC fileserver staff support/administration of letters; troubleshooting the new CWS HRIS coordinating on onboarding; managing the HR Helpdesk; performing onboarding documents audits; maintaining HR files to ensure an efficient and effective filing system; and other HR-related assignments in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. This position is budgeted @ 2 staff @ $13,338/year x 75% of time = $20,007.

One *Senior Human Resource Assistant – Kampala, Uganda.* This position will be responsible for proper maintenance of HR records/files in Kampala. He/She will ensure there is an efficient and effective filing system, and other HR-related assignments in accordance with DOS/PRM guidelines and CWS Africa policies and procedures. The position is increased by 1 FTE to support the recruitment, hiring and support of additional staff in Uganda. It is budgeted @ 1 staff @ $13,921/year x 75% of time = $10,441.

Two *Senior Administration Assistants.* These individuals will continue to provide overall administrative support to the Nairobi offices. This position is budgeted @ 2 staff @ $13,722/year x 75% of time = $20,582.

*Senior Administration Assistant – Dar es Salaam, Tanzania.* This individual will continue to provide overall administrative support to the Dar es Salaam office. This position is budgeted @ $15,296/year x 75% of time = $11,472.

Two *Senior Administration Assistant – Kasulu, Tanzania.* This position will continue to provide overall administrative support to the Kasulu office. The position is increased by 1 FTE to support the management of the guest houses. This position is budgeted at 2 staff @ $15,296/year x 75% of time = $22,944.

*Senior Administration Assistant – Kampala, Uganda.* This individual will continue to provide overall administrative support to the Kampala office. This position is budgeted @$10,364/year x 75% of time = $7,773.

*Senior Procurement Assistant – Kampala, Uganda.* This individual will be responsible for assisting with purchasing and procurement of supplies, equipment, and services at the Kampala office, maintaining purchasing records and facilitating accurate documentation in accordance with SOPs. This position is budgeted @ $13,885/year x 50% of time = $6,943.

*Senior Property Assistant – Kampala, Uganda.* This individual will provide additional support to the Administration Unit on management of RSC assets and equipment, inventory control, running

of errands and building management. This position is budgeted @ $13,885/year x 75% of time = $13,885.

Three *Stores Assistants (formerly Senior General Services Assistant).* This position is responsible for managing the supplies stores in Nairobi, managing stock levels, receiving supply items, issuing to staff and packing items for circuit rides. This position is budgeted @ 3 staff @ $13,677/year x 75% = $30,773.

*Senior Finance Assistant Cashier and Payroll.* This is a new position necessitated by increased travel activities. This individual will ensure coordinated pre-and post-travel management as well as banking, including bank errands based in Nairobi, as well as assist in other finance-related activities as appropriate. This position is budgeted @ $13,336/year x 75% of time = $10,003.

*Property Assistant – Pretoria, South Africa.* This individual will be responsible for general administrative support to the Pretoria office, assisting with purchasing and procurement of supplies, equipment, and services, maintaining purchasing records and facilitating accurate documentation in accordance with SOPs. This position is budgeted @ $15,971/year x 75% of time = $11,979.

*General Office Assistant – Pretoria, South Africa.* This is a new position; the individual will continue to be responsible for the receipt and distribution of office supplies and maintenance of accurate records and inventories and oversee the store. The position is budgeted @ $11,965/year x 75% of time = $8,974.

*Staff Security Assistant – Pretoria, South Africa.* This is an existing role downgraded from officer to Assistant. The position is necessitated by increased staffing and program activity in South Africa. This individual will be responsible for ongoing safety and security assessments and implementation of CWS Africa safety and security procedures in South Africa. This individual provides direct support to staff both in safety and security matters and regularly participates in information gathering and attends appropriate forums in South Africa. The position is budgeted @ $11,537/year x 75% of time = $8,652.

Two *Receptionists.* These individuals will be responsible for receiving and directing telephone calls, assisting visitors, and controlling access to the CWS Africa Nairobi offices, as well as clerical duties as assigned. One staff member will be based at Capital West and one at West End Towers. This position is budgeted @ 2 staff @ $10,666/year x 75% of time = $15,998.

*Receptionist - Kigali, Rwanda.* This is a new position necessitated by the opening of the Kigali office. This individual will be responsible for receiving and directing telephone calls, assisting visitors, and controlling access to the CWS Africa Rwanda office, as well as clerical duties as assigned. This position is budgeted @ $8,764/year x 75% of time = $6,573.

*Senior Driver.* This is a Nairobi-based position that will manage and assign driver duties including vehicle maintenance, delivery and pick-up of mail, travel packets, medical exams, transporting files to and from the FOD and the office of the Refugee Coordinator, and providing official transportation for CWS staff. This position is budgeted @ $10,655/year x 75% of time = $7,999.

*Senior Driver – Kasulu, Tanzania.* This is a new position that will provide oversight of Drivers and ensure vehicle maintenance and fleet management in support of increased program activities at the Kasulu office. This position is budgeted @ $9,942/year x 75% of time = $7,457.

Six *Drivers.* These individuals will be primarily responsible for vehicle maintenance and running of errands for the Nairobi offices, including delivery and pick-up of mail, travel packets, medical exams, transporting files to and from the FOD and the office of the Refugee Coordinator, and providing official transportation for CWS staff. This position is budgeted @ 6 staff @ $8,501/year x 75% of time = $38,254.

Three *Drivers – Kasulu, Tanzania.* These individuals will be primarily responsible for vehicle maintenance, delivery, and pick-up of mail, running errands, and providing official transportation for CWS staff in Kasulu. The position has increased by one to support the expansion of the fleet in Tanzania. This position is increased by 1 FTE to accommodate expanded field activity. It is budgeted @ 3 staff @ $11,056/year x 75% of time = $24,876.

Two *Drivers – Pretoria, South Africa.* These individuals will be primarily responsible for vehicle maintenance, delivery, and pick-up of mail, running errands, and providing official transportation for CWS staff in Pretoria.  This position is budgeted @ 2 staff @ $9,420/year x 75% of the time = $14,129.

Two *Drivers – Kampala, Uganda.* This position will continue to be primarily responsible for vehicle maintenance, delivery and pick-up of mail, travel packets, medical exams, transporting files to and from the office of the Refugee Coordinator, and providing official transportation for CWS staff in Kampala. This position is increased by 1 FTE in FY24 due to the Country Office increase in staff and program expansion. This position is budgeted @ 2 staff @ $10,233/year x 75% of time = $15,349.

*Driver – Mbarara, Uganda.* This is a new position, necessitated by the opening of a new field office in FY24. This individual will be primarily responsible for vehicle maintenance, delivery and pick-up of mail, travel packets, medical exams, transporting files to and from the office of the Refugee Coordinator, and providing official transportation for CWS staff in Mbarara. This position is budgeted @ 1 staff @ $6,822/year x 67% of time = $6,822.

*Driver – Kyaka, Uganda.* This is a new position, necessitated by the opening of a new field office in FY24. This individual will be primarily responsible for vehicle maintenance, delivery and pick-up of mail, travel packets, medical exams, transporting files to and from the office of the Refugee Coordinator, and providing official transportation for CWS staff in Kyaka. This position is budgeted @ 1 staff @ $6,822/year x 67% of time = $6,822.

*Driver – Kigali, Kabarore, Karongi and Kirehe, Rwanda. There will be one staff in each office. One existing in Kigali and new staff for each field office.* These individuals will be primarily responsible for vehicle maintenance and delivery and pick-up of mail, travel packets, medical exams, transporting files to and from the office of the Refugee Coordinator, and providing official transportation for CWS staff in Kigali. This position is budgeted @ 4 staff @ $6,711/year x 75% of time = $20,133.

Two *Senior Janitors.* These individuals will be primarily responsible for coordinating and overseeing all janitorial needs of CWS Africa, ensuring a conducive working environment in the Nairobi offices. This position is budgeted @ 2 staff @ $8,501/year x 75% of time = $12,752.

*Senior Janitor – Kampala, Uganda.* This individual will be primarily responsible for coordinating and overseeing all janitorial needs of CWS Africa, ensuring a conducive working environment in the Kampala office. This position is budgeted @ $7,956/year x 75% of time = $5,967.

Twenty-five *Janitors.* These individuals will be responsible for interior maintenance of the CWS Africa Nairobi offices, including running errands, preparing refreshments, setting up training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. FTE has increased by 4 due to an increase in Nairobi office space to accommodate additional staff and program activities. This position is budgeted @ 25 staff @ $6,466/year x 75% of time = $121,231.

*Janitor – Dar es Salaam, Tanzania.* This individual will be responsible for interior maintenance of the CWS Africa office in Dar es Salaam, including running errands, preparing refreshments, setting up training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. This position is budgeted @ $8,048/year x 75% of time = $6,036.

Three *Janitors – Kasulu, Tanzania.* These individuals will be responsible for interior maintenance of the CWS Africa office in Kasulu, including running errands, preparing refreshments, setting up training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. The position is being increased by one FTE to offer support for the new office space in Kasulu. This position is budgeted @ 3 staff @ $8,048/year x 75% of time = $18,108.

Four *Janitors – Pretoria, South Africa.* These individuals will be responsible for interior maintenance of the CWS Africa office in Pretoria, including running errands, preparing refreshments, setting up training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. The position is budgeted @ 4 staff @ $7,345/year x 75% of time = $22,036.

Two *Janitors – Kampala, Uganda.* These individuals will be responsible for interior maintenance of the CWS Africa office in Kampala, including running errands, preparing refreshments, setting up training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. The position is budgeted @ 2 staff @ $9,243/year x 75% of time = $13,864.

Two *Janitors – Mbarara, Uganda.* This position will be responsible for interior maintenance of the new CWS Africa field office in Mbarara, including running errands, preparing refreshments, setting up training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. This position is budgeted @ 2 staff @ $12,323/year x 67% of time = $12,323.

*Janitor – Kyaka, Uganda.* This position will be responsible for interior maintenance of the new CWS Africa field office in Kyaka, including running errands, preparing refreshments, setting up



training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. The position is budgeted @ 1 staff @ $6,162/year x 67% of time = $6,162.

Five *Janitors – Kigali, Kabarore, Karongi and Kirehe, Rwanda.* Two positions are already existing for Kigali office and three new positions that will be responsible for interior maintenance of the new CWS Africa field offices in Kabarore, Karongi, and Kirehe, including running errands, preparing refreshments, setting up training and meeting rooms, load/offloading deliveries, accompanying contractors/vendors as needed, supporting offsite worksite set-up. The position is budgeted @ 5 staff @ $5,194/year x 75% of time = $19,478.

**Annual Increase/Cost of Living Adjustment:**

CWS will provide annual increases and/or cost of living adjustments per the organization's global compensation philosophy, in accordance with established salary scales, CWS policies and procedures, and for RSC Africa, in coordination with PRM-approved annual budgets.

**Allowances** (total amount requested: **$1,679,250**)
This section includes projected expenses for CWS Africa international staff members in accordance with the CWS International Employment Staff Handbook and the CWS Africa International Staff Benefits Scale, which is approved on an annual basis. The following are the benefits that CWS will provide to its international staff, in accordance with its international employment policy and known benefits and is estimated using known and projected staff turnover.

| Allowance | Description | |
|---|---|---|
| Education | It is estimated that 27 school-going dependents of international staff of different cadres will benefit from education allowance. The average cost per child is $15,000 per year.<br>• Regional Representative – 1 child @ $15,000/child x 25% of time = $3,750<br>• 26 children @ $15,000/child x 75% time = $292,500 | $296,250 |
| Housing/Utilities | Housing stipend provided to management and supervisory staff in accordance with CWS Africa benefits policies. Monthly housing stipends range from $1,000 to $3,000 based on grade level. Housing allowance calculated at different rates depending on Staff level as shown below.<br>• 76 FTEs Q2 = $426,000<br>• 76 FTEs Q3 = $426,000<br>• 76 FTEs Q4 = $426,000 | $1,278,000 |
| Shipping/Relocation | Projected shipping/relocation allowances for 21 new staff who qualify for the allowance in FY24, as shown below at an average of $5,000 per staff. This also includes the transport related allowance provided to | $105,000 |

Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

| | Staff in Tanzania to relocate from Kasulu office to Dar es salaam office<br><br>• 5 Senior Officers and Officers<br>• 8 Supervisors, Managers and Coordinators<br>• 2 Directors<br>• 2 Country Representatives<br>• 4 Tanzania Staff | |
|---|---|---|
| **Total Allowances** | | **$ 1,679,250** |

**Overtime and Temporary Staff** (Total amount requested: **$265,419**)

This line item will cover the expected costs of staff working beyond normal working hours and extra time to achieve targets.

- **Overtime** (total amount requested: **$106,168**) is in accordance with CWS Africa Personnel Policies for overtime pay of eligible local and international staff for this budget period.
- **Temporary staff** (total amount requested: **$159,251**) covers short-term staff to be enlisted for periods when permanent staff members are on extended leave (e.g., maternity leave or long-term medical absence) and for audits and special projects.

The amount budgeted quarterly for combined Overtime and Temporary staff costs is as follows:

- **Q2** =        $ 88,473
- **Q3** =        $ 88,473
- **Q4** =        $ 88,473

**B. Fringe Benefits**                                                    **$ 5,418,403**

**Note:** Fringe benefit calculations exclude headquarters staff positions. Individual headquarters staff salaries have historically been calculated to include fringe (see note on p.5 above).

**International Hire** (total amount requested: **$1,457,243** )
This line item will include fringe benefits provided for the CWS Africa international staff in accordance with CWS policies. The international staff fringe benefits package includes health, medical and life insurance, pension benefits, and statutory deductions and is calculated at 31.38% of salaries.

**Local Hire** (total amount requested: **$3,961,160** )
CWS Kenyan National Staff will be provided with a comprehensive benefits package that includes medical and life insurance, Kenyan Government Social Security, Kenyan Government (Work Injury Benefits Act) WIBA insurance, and an employer contribution to the Pension Fund. Staff at other country offices will be provided with like benefits based on local labor practice. This cost will be calculated at 31.38% of salaries.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

**C. Travel**                                                                    **$20,394,533**

CWS Africa will continue to plan circuit ride schedules in consultation with PRM and other USRAP partners, particularly USCIS. Regular travel throughout sub-Saharan Africa will be required to prescreen, provide USCIS support, CO training, admin, and other processing-related travel at the volume required to depart 40,000-45,000 individuals in FY24.

The following travel requests are based on projections running from Q2 to Q4 and may also be revised based on the number of cases and individuals submitted for processing in each country, security considerations for both CWS Africa and USCIS personnel, and due to fluctuating public health situations in the region, closure of airports or airspace, and extreme weather events. CWS Africa travel policies and procedures follow CWS and U.S. Government standards for per diem rates in each location. Compared to FY23, CWS proposes no change to per diem rates in FY24; per diem rates for travel within Africa are calculated at 50% of U.S. Government per diem rates by city or location, and per diem rates for travel outside of Africa are calculated at 100% of U.S. Government rates. Rates will continue to be monitored throughout the budget period and adjusted if necessary. All staff members fly U.S. air carriers whenever possible in accordance with the Fly America Act.

Airfare, airport taxes, visa fees, excess baggage, lodging, workspace rental, travel communications, security and ground transportation are projected expenses for this budget period based on the previous year's expenses but using updated rates where necessary to reflect recent increases. All figures in the following line items are rounded up to the nearest whole dollar.

**Local/In-Country Travel** (total amount requested: **$7,916,048**)
The following Local/In-Country Travel line items include the projected expenses required for staff to travel to locations within those countries where CWS has offices, to conduct processing of eligible refugees. This includes Kenya (to the Kakuma and Dadaab refugee camps), Tanzania, South Africa, Uganda, and Rwanda. In some cases, processing activity in these countries may also be noted as Regional Travel (see the corresponding section below), when teams traveling from Nairobi conduct circuit rides to these countries to augment local capacity.

***Programs Local/In-Country Travel*** (total amount requested: **$7,717,349**)

**ARDU** (total amount requested**: ($202,971)**
This line item includes the projected expenses for ARDU activity to support UNHCR and/or referring NGOs to increase referrals to the USRAP, resolve deferrals, and support CRs within the country of operations. In addition to travel-related costs, this line item includes projected costs for ground transport, excess baggage and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | ARDU | 24 | 12 | $ 1,800 | $ 21,680 | $ 21,329 | $ 34,872 | $ 79,681 |
| South Africa | In Country | ARDU | 4 | 2 | $ - | $ - | $ - | $ 400 | $ 400 |
| Tanzania | In Country | ARDU | 9 | 3 | $ - | $ 220 | $ 13,560 | $ 33,001 | $ 46,780 |
| Uganda | In Country | ARDU | 8 | 8 | $ - | $ 30,816 | $ 10,194 | $ 35,100 | $ 76,110 |

**Cultural Orientation** (total amount requested: **$2,347,266**)



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

This line item includes projected expenses required for staff travel to conduct CO circuit rides for eligible refugees in Kenya, South Africa, Tanzania, Rwanda, and Uganda. In addition to travel-related costs, this line item includes projected costs for interpreters, childminders, ground transport, workspace hire, excess baggage, security and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | Cultural Orientation | 30 | 9 | 3,360 | 14,240 | 14,245 | 204,177 | 236,022 |
| Rwanda | In Country | Cultural Orientation | 43 | 13 | $ - | $ 78,766 | $ 27,063 | $ 617,022 | $ 722,851 |
| South Africa | In Country | Cultural Orientation | 5 | 2 | $ 6,000 | $ 22,680 | $ 6,764 | $ 69,099 | $ 104,543 |
| Tanzania | In Country | Cultural Orientation | 35 | 11 | $ - | $ 123,790 | $ 37,342 | $ 569,956 | $ 731,088 |
| Uganda | In Country | Cultural Orientation | 39 | 12 | $ - | $ 68,088 | $ 22,105 | $ 462,568 | $ 552,761 |

**Field Processing** (total amount requested: **$4,891,021**)
This line item includes projected expenses for Field Processing staff travel for refugee interviews (prescreening, USCIS, data collection, AOR screening, and DNA testing). In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, excess baggage security and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | Field Processing | 165 | 18 | $ 16,270 | $ 133,240 | $ 132,209 | $ 1,324,897 | $ 1,606,616 |
| Rwanda | In Country | Field Processing | 120 | 11 | $ - | $ 183,570 | $ 78,908 | $ 565,414 | $ 827,892 |
| South Africa | In Country | Field Processing | 25 | 3 | $ 16,000 | $ 32,200 | $ 9,363 | $ 115,697 | $ 173,259 |
| Tanzania | In Country | Field Processing | 114 | 6 | $ - | $ 252,395 | $ 110,521 | $ 818,501 | $ 1,181,417 |
| Uganda | In Country | Field Processing | 179 | 19 | $ - | $ 246,535 | $ 78,929 | $ 776,374 | $ 1,101,837 |

**Protection** (total amount requested: **$2,217**)
This line item will include the projected expenses for protection mission activities, which comprises child protection within Kenya. In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, excess baggage security and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | Protection | 2 | 1 | $ 600 | $ 320 | $ 385 | 912 | 2,217 |

**Refugee Communications** (total amount requested: **$54,953**)
This line item will include the projected expenses for refugee information (outreach) sessions, refugee open hours and country office-based staff travel for training purposes. In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, excess baggage security and communication.

| fice | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Rwanda | In Country | Refugee Communication | 6 | 3 | $ - | $ 5,368 | $ 1,752 | $ 17,364 | $ 24,484 |
| Tanzania | In Country | Refugee Communication | 3 | 3 | $ - | $ 3,135 | $ 846 | $ 12,936 | $ 16,917 |
| Uganda | In Country | Refugee Communication | 8 | 6 | $ - | $ 4,840 | $ 2,112 | $ 6,600 | $ 13,552 |

**Interpreter Unit** (total amount requested: **$81,906**)
This line item includes the projected expenses for travel within Kenya for Interpreter and Childminder identification missions. In addition to travel-related costs, this line item includes



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

projected costs for ground transport, workspace hire, interpreters, childminders, excess baggage security and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | Interpreter & Child Minder | 4 | 1 | $   1,200 | $   1,120 | $   1,232 | $   17,964 | $   21,516 |
| Uganda | In Country | Interpreter & Child Minder | 8 | 2 | $   - | $   3,520 | $   590 | $   56,280 | $   60,390 |

**Program Integrity** (total amount requested: **$5,949**)
This line item will include projected expenses for Program Integrity staff to conduct compliance and anti-fraud trainings. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Uganda | In Country | Program Integrity | 6 | 6 | $   - | $   1,560 | $   788 | $   3,600 | $   5,948 |

**Management and Training** (total amount requested: **$32,180**)
This line item will include projected travel expenses for country-based staff travelling within the country for support to field teams, program integrity and monitoring. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | Management and Training | 61 | 5 | $   - | $   - | $   - | $   1,000 | $   1,000 |
| Tanzania | In Country | Management and Training | 6 | 2 | $   4,500 | $   17,100 | $   6,660 | $   2,920 | $   31,180 |

**Travel medical related expenses** (total amount requested: **$98,885**)
This line item covers COVID tests, vaccinations, transport, and accommodation expenses for COVID-safe processing activity including case processing, prescreening, and data collection. Costs are estimated based on reduced needs in FY24 due to the evolving COVID-19 situation. Should these assumptions prove false, costs may need to be adjusted. Kenya Office, total projected: $49,442

- Uganda Office, total projected: $12,361
- Rwanda Office, total projected: $12,361
- Tanzania Office, total projected: $12,361
- South Africa Office, total projected: $ 12,361

*Admin Local/In-Country Travel* (total amount requested: **$198,699**)

**Security Risk Management** (total amount requested: **$38,962**)
This line item will include projected travel expenses for country-based security team to provide security support, assessments and clearance to country offices and teams in the field and is based on circuit ride projections. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

**CWS** Church World Service

Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | Security Risk | 1 | 1 | $ 100 | $ 680 | $ 693 | $ 306 | 1,779 |
| South Africa | In Country | Security Risk | 4 | 2 | $ 1,200 | $ 5,600 | $ 1,744 | $ 1,590 | 10,134 |
| Tanzania | In Country | Security Risk | 3 | 3 | $ 900 | $ 3,150 | $ 1,551 | $ 9,450 | 15,051 |
| Uganda | In Country | Security Risk | 9 | 9 | $ - | $ 5,020 | $ 1,478 | $ 5,500 | 11,998 |

**Travel and Logistics** (total amount requested: **$5,849**)
This line item will incorporate projected travel expenses for country-based Logistics staff to provide support to field teams within the country. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Rwanda | In Country | Travel & Logistics | 6 | 3 | $ - | $ 1,328 | $ 621 | $ 2,400 | $ 4,349 |
| Tanzania | In Country | Travel & Logistics | 1 | 1 | $ - | $ - | $ - | $ 1,500 | $ 1,500 |

**Finance Support** (total amount requested: **$11,454**)
This line item will incorporate projected travel expenses for Tanzania-based finance staff to provide technical support to field teams within Tanzania. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Tanzania | In Country | Finance | 9 | 5 | $ 2,700 | $ 2,750 | $ 1,504 | $ 4,500 | $ 11,454 |

**Ground Transport** (total amount requested: **$63,004**)
This line item will incorporate projected ground transport expenses within the countries where CWS has country offices.
- South Africa Office, total projected: $7,416
- Kenya Office, total Projected: $24,721
- Rwanda Office, total projected: $7,416
- Uganda Office, total projected: $16,034
- Tanzania Office, total projected: $7,416

**Human Resources** (total amount requested: **$10,124**)
This line item will incorporate projected travel expenses for Uganda- and Tanzania-based HR staff to provide technical support to field teams in-country. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Tanzania | In Country | HR | 8 | 6 | $ 1,500 | $ 3,330 | $ 1,599 | $ 2,280 | $ 8,709 |
| Uganda | In Country | HR | 2 | 1 | $ - | $ 720 | $ 295 | $ 400 | $ 1,415 |

**Information Technology** (total amount requested: **$25,285**)



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

This line item will incorporate projected travel expenses for IT staff to provide technical support to field teams within the respective countries. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Uganda | In Country | IT | 4 | 4 | $ - | $ 1,304 | $ 618 | $ 3,000 | $ 4,922 |
| Rwanda | In Country | IT | 3 | 3 | $ - | $ 1,640 | $ 606 | $ 5,600 | $ 7,845 |
| South Africa | In Country | IT | 2 | 1 | $ 600 | $ 3,640 | $ 1,190 | $ 975 | $ 6,405 |
| Tanzania | In Country | IT | 2 | 2 | $ 600 | $ 3,300 | $ 1,332 | $ 880 | $ 6,112 |

**Procurement** (total amount requested: **$19,864**)
This line item will incorporate projected travel expenses for country-based procurement staff to provide technical support to field teams within the country. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | In Country | Procurement | 2 | 2 | $ 300 | $ 360 | $ 424 | $ 1,362 | $ 2,446 |
| Rwanda | In Country | Procurement | 6 | 3 | $ - | $ 1,068 | $ 621 | $ 2,400 | $ 4,089 |
| Tanzania | In Country | Procurement | 4 | 2 | $ 1,200 | $ 4,500 | $ 1,887 | $ 600 | $ 8,187 |
| Uganda | In Country | Procurement | 4 | 4 | 0 | 1,394 | 647 | 3,101 | 5,142 |

**Property** (total amount requested: **$6,957**)
This line item will incorporate projected travel expenses for Rwanda- and Uganda-based property staff to provide technical support to field teams within the country. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Rwanda | In Country | Property | 6 | 3 | $ - | $ 1,260 | $ 603 | $ 2,400 | $ 4,263 |
| Uganda | In Country | Property | 2 | 2 | $ - | $ 1,080 | $ 413 | $ 1,200 | $ 2,693 |

**Leadership** (total requested **$17,198**)
This line item will include projected expenses for the Leadership Team to provide operational oversight and conduct monitoring visits. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| South Africa | In Country | Leadership | 2 | 1 | $ - | $ - | $ - | $ 450 | $ 450 |
| Tanzania | In Country | Leadership | 3 | 3 | $ 600 | $ 3,250 | $ 1,435 | $ 4,420 | $ 9,705 |
| Uganda | In Country | Leadership | 14 | 6 | $ - | $ 3,449 | $ 1,693 | $ 1,900 | $ 7,042 |



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

**Regional Travel** (total amount requested: **$12,107,674**)
The following Regional Travel line items include projected expenses for all facets of refugee processing and support functions across CWS Africa's coverage area, that do not occur in countries with local infrastructure (i.e., Kenya, South Africa, Tanzania, Uganda, and Rwanda) and are projected to be completed by staff from the noted country office. As stated above, some activity projected to take place in these countries may also be included in the below figures, in relation to circuit rides sent from Kenya to augment existing local capacity.

***Programs Regional Travel*** (total amount requested: **$11,385,187**)

**ARDU** (total amount requested: **$1,469,861**)
This line item will include projected expenses for ARDU activity undertaken on staff deployments to UNHCR and/or NGO offices to increase referrals to the USRAP, resolve deferrals, and support CRs. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | ARDU | 83 | 51 | $ 86,949 | $ 651,006 | $ 276,591 | $ 455,315 | $ 1,469,861 |

**Case Processing** (total amount requested: **$38,156**)
This line item will include projected expenses for a Senior Program Manager and Projects Manager to attend partner meetings and conduct monitoring and training visits, as well as for Nairobi-based Case Processing staff seconded to the country offices for training and support for select Case Processing functions transitioned to country offices. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Case Processing | 6 | 3 | $ 5,100 | $ 8,800 | $ 2,916 | $ 4,220 | $ 21,036 |
| Tanzania | Regional | Case Processing | 4 | 1 | $ 3,000 | $ 5,800 | $ 2,820 | $ 5,500 | $ 17,120 |

**Circuit Ride Unit** (total amount requested: **$62,563**)
This line item will include projected travel expenses for Circuit Ride Unit staff to complete field assessments and is based on circuit ride projections. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Circuit Ride Unit | 16 | 12 | $ 17,450 | $ 22,367 | $ 8,697 | $ 14,048 | $ 62,562 |

**Cultural Orientation** (total amount requested: **$3,025,247**)
This line item will include projected expenses for Cultural Orientation trainings. In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, childminders, excess baggage, security and communication.

| Country Office | Travel type | Department | Number of Staff | No. Of Trips | T. Airfare | T. Lodging | T. MIE | T. Others | T. All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Cultural Orientation | 79 | 29 | $ 81,222.81 | $ 213,838.13 | $112,289.78 | $ 1,361,983.28 | $ 1,769,334.00 |
| South Africa | Regional | Cultural Orientation | 51 | 18 | $ 59,196.53 | $ 166,030.00 | $ 63,172.91 | $ 967,513.56 | $ 1,255,913.00 |



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

**Field Processing** (total amount requested: **$6,087,733**)

This line item will include projected expenses for Field Processing activity (pre-screening interviews, USCIS interviews, DCL interviews, AOR screening interviews, DNA testing, and field processing monitoring). In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, excess baggage, security and communication.

| Country Office | Travel type | Department | Number of Staff | No. Of Trips | T. Airfare | T. Lodging | T. MIE | T. Others | T. All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Field Processing | 391 | 66 | $ 371,355.04 | $ 728,612.03 | $ 367,858.00 | $ 2,810,028.92 | $ 4,277,854.00 |
| South Africa | Regional | Field Processing | 160 | 23 | $ 182,449.65 | $ 418,461.90 | $ 167,592.78 | $ 1,041,374.67 | $ 1,809,879.00 |

**Interpreter Unit** (total amount requested: **$523,967**)

This line item includes the projected expenses for travel within the region for Interpreter and Childminder identification missions. In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, childminders, excess baggage, security and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Interpreter & Child Minder | 40 | 10 | $ 47,340 | $ 32,284 | $ 14,448 | $ 429,895 | $ 523,967 |

**Program Integrity** (total amount requested: **$37,994**)

This line item will include projected expenses for Program Integrity staff to conduct compliance and anti-fraud trainings. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Program Integrity | 9 | 7 | $ 7,405 | $ 8,950 | $ 3,492 | $ 9,927 | $ 29,774 |
| South Africa | Regional | Program Integrity | 2 | 1 | $ 3,000 | $ 3,600 | $ 770 | $ 850 | $ 8,220 |

**Protection** (total requested: **$21,098**)

This line item will include the projected expenses for Protection mission activities, which comprise child protection within the region. In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, excess baggage security and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Protection | 10 | 7 | $ 7,425 | $ 4,328 | $ 2,099 | $ 7,246 | $ 21,098 |

**Refugee Communications** (total requested: **$112,157**)

This line item will include the projected expenses for refugee information (outreach) sessions, refugee open hours and country office-based staff travel for training purposes. In addition to travel-related costs, this line item includes projected costs for ground transport, workspace hire, interpreters, excess baggage security and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Refugee Communication | 17 | 12 | $ 13,055 | $ 13,838 | $ 6,066 | $ 46,353 | $ 79,312 |
| Rwanda | Regional | Refugee Communication | 3 | 1 | $ 1,980 | $ 4,200 | $ 924 | $ 366 | $ 7,470 |
| South Africa | Regional | Refugee Communication | 4 | 4 | $ 4,600 | $ 5,030 | $ 1,718 | $ 14,027 | $ 25,375 |

**START** (total amount requested: **$6,410**)
This line item will incorporate projected travel expenses for START staff to provide technical support to country offices. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | START | 3 | 3 | $ 2,550 | $ 1,750 | $ 650 | $ 1,460 | $ 6,410 |

***Admin Regional Travel*** (total amount requested: **$722,487**)

**Finance** (total amount requested: **$53,796**)
This line item will incorporate projected travel expenses for country-based Finance staff to provide technical support to field teams within the region. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Finance | 8 | 4 | $ 7,000 | $ 11,500 | $ 3,890 | $ 4,680 | $ 27,070 |
| South Africa | Regional | Finance | 4 | 2 | $ 6,000 | $ 10,400 | $ 2,156 | $ 800 | $ 19,356 |
| Uganda | Regional | Finance | 1 | 1 | $ 1,500 | $ 3,800 | $ 770 | $ 1,300 | $ 7,370 |

**Human Resources** (total amount requested: **$19,473**)
This line item will incorporate projected travel expenses for country-based HR staff to provide technical support to country offices within the region. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | HR | 3 | 3 | $ 2,750 | $ 4,620 | $ 1,508 | $ 5,010 | $ 13,888 |
| Uganda | Regional | HR | 2 | 1 | $ 3,000 | $ 1,600 | $ 385 | $ 600 | $ 5,585 |

**IT** (total amount requested: **$90,663**)
This line item will include projected travel expenses for IT staff to provide technical support to country offices and teams in the field and is based on circuit ride projections. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | IT | 19 | 15 | $ 16,436 | $ 33,713 | $ 15,086 | $ 4,280 | $ 69,515 |
| Rwanda | Regional | IT | 1 | 1 | $ 1,500 | $ 2,200 | $ 462 | $ 350 | $ 4,512 |
| South Africa | Regional | IT | 4 | 2 | $ 5,000 | $ 8,840 | $ 2,016 | $ 780 | $ 16,636 |

**Internal Audit** (total amount requested: **$29,800**)
This line item will incorporate projected travel expenses for Internal Audit staff to country offices and field locations within the region to perform financial, operational, system and process audits of the RSC Africa functions, and to report on the adequacy of internal controls and risk



management as a safeguarding to CWS Africa mission. **In addition to travel-related costs, this line item includes projected costs for ground transport and communication.**

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Internal Audit | 7 | 5 | $ 6,100 | $ 11,290 | $ 3,900 | $ 8,510 | $ 29,800 |

## Procurement (total amount requested: **$28,918**)

This line item will incorporate projected travel expenses for country-based Procurement staff to provide technical support to field teams within the region. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Procurement | 6 | 6 | $ 5,700 | $ 4,590 | $ 1,768 | $ 5,477 | $ 17,535 |
| Uganda | Regional | Procurement | 2 | 1 | $ 3,000 | $ 6,000 | $ 1,232 | $ 1,150 | $ 11,382 |

## Property (total amount requested: **$21,854**)

This line item will incorporate projected travel expenses for Property staff to provide technical support to country offices within the region. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Property | 5 | 4 | $ 3,200 | $ 7,150 | $ 2,372 | $ 4,358 | $ 17,080 |
| Uganda | Regional | Property | 1 | 1 | $ 1,500 | $ 2,000 | $ 424 | $ 850 | $ 4,774 |

## Security Risk Management (total amount requested: **$76,606**)

This line item will include projected travel expenses for the country-based Security Risk Management team to provide security support, assessments and clearance to country offices and teams in the field and is based on circuit ride projections. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Security | 4 | 4 | $ 3,300 | $ 2,160 | $ 859 | $ 3,660 | $ 9,979 |
| South Africa | Regional | Security | 16 | 8 | $ 16,998 | $ 13,666 | $ 5,455 | $ 9,935 | $ 46,054 |
| Tanzania | Regional | Security | 3 | 3 | $ 2,200 | $ 5,110 | $ 1,995 | $ 5,504 | $ 14,809 |
| Uganda | Regional | Security | 2 | 2 | $ 1,350 | $ 1,200 | $ 624 | $ 2,590 | $ 5,764 |

## Travel and Logistics (total amount requested: **$24,681**)

This line item will incorporate projected travel expenses for Logistics staff to complete assessments and monitoring within the region. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Travel & Logistics | 3 | 3 | $ 3,300 | $ 3,570 | $ 1,253 | $ 4,660 | $ 12,783 |
| Tanzania | Regional | Travel & Logistics | 4 | 2 | $ 3,200 | $ 3,280 | $ 2,618 | $ 2,800 | $ 11,898 |

**Leadership** (total amount requested: **$306,642**)
This line item will include projected expenses for the Leadership Team to provide operational oversight and conduct monitoring visits, and for country office leadership to travel to Nairobi for trainings and meetings. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| Country Office | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Leadership | 60 | 47 | $ 48,593 | $ 84,252 | $ 30,762 | $ 69,078 | $ 232,685 |
| Rwanda | Regional | Leadership | 3 | 3 | $ 1,500 | $ 3,000 | $ 693 | $ 1,500 | $ 6,693 |
| South Africa | Regional | Leadership | 6 | 3 | $ 9,000 | $ 10,800 | $ 2,310 | $ 1,200 | $ 23,310 |
| Tanzania | Regional | Leadership | 3 | 3 | $ 2,250 | $ 4,200 | $ 924 | $ 1,800 | $ 9,174 |
| Uganda | Regional | Leadership | 12 | 9 | $ 18,000 | $ 11,000 | $ 2,480 | $ 3,300 | $ 34,780 |

**Management and Training** (total amount requested: **$70,054**)
This line item will include projected travel expenses for Tanzania and Uganda country-based staff travelling to Nairobi for training and workshops, as well as Kenya-based staff travelling to country offices to conduct training. In addition to travel-related costs, this line item includes projected costs for ground transport and communication.

| | Travel type | Department | No. of Staff | No. of Trips | Total Airfare | Total Lodging | Total MIE | Total Others | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|
| Kenya | Regional | Management and Training | 26 | 13 | $ 17,800 | $ 11,840 | $ 4,700 | $ 5,160 | $ 39,500 |
| Tanzania | Regional | Management and Training | 6 | 2 | $ 9,000 | $ 12,000 | $ 2,541 | $ 901 | $ 24,442 |
| Uganda | Regional | Management and Training | 2 | 1 | $ 3,000 | $ 2,000 | $ 462 | $ 650 | $ 6,112 |

**International Travel** (total amount requested: **$370,811**)

This section includes projected expenses for international travel to be undertaken by RSC leadership and other staff to attend meetings and workshops convened by PRM, USRAP partners and CWS headquarters.

**Senior Management Workshop** (total requested: **$10,487**)
This line item will include projected expenses for one RSC Director's Workshop for three participants for seven days in Washington and New York. The expense will include the participation of Senior Management in meetings with USRAP partners and at CWS Headquarters.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

The RSC Director's Workshop is a PRM requirement.

| Country Office | Travel Type | Department | No of staff | No of trips | Total Airfare | Total Lodging | Total MIE | Visa | Transport | Communication | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenya | International | Senior Management | 3 | 1 | $ 6,000 | $ 1,728 | $ 1,659 | $ 450 | $ 450 | 200 | $ 10,487 |

Senior Management

Roundtrip airfare at $2,000 x 3 staff = $6,000
Accommodation at $96/night x 6 nights x 3 staff = $1,728
MIE at $79/day x 7 days x 3 staff = $1,659
Other projected costs of approximately $1,100 will cover visa, ground transport and communication.

**Senior Management and Program Integrity Workshop** (total requested: **$11,137**)
This line item will include projected expenses for one Program Integrity staff and two Senior Management staff for meetings for seven days in Washington in Q3 and Q4. The expense will include participation in meetings with USRAP partners and at CWS Headquarters.

| Country Office | Travel Type | Department | No of staff | No of trips | Total Airfare | Total Lodging | Total MIE | Visa | Transport | Communication | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenya | International | Senior Management | 2 | 1 | $ 4,000 | $ 1,152 | $ 1,106 | $ 300 | $ 450 | 200 | $ 7,208 |
| Kenya | International | Program Integrity | 1 | 1 | $ 2,000 | $ 576 | $ 553 | $ 150 | $ 450 | 200 | $ 3,929 |

Roundtrip airfare at $2,000 per trip/per staff x 3 staff = $6,000
Accommodation at $96/night x 6 nights x 3 staff = $1,728
MIE at $79/day x 7 days x 3 staff = $1,659
Other projected costs of approximately $1,750 will cover visa, ground transport and communication.

**Cultural Orientation Workshop and Exchange Program** (total amount requested: **$9,287**)
This line item will include projected expenses for CO staff to engage in leadership meetings.

- Leadership Meeting in Q4 for two participants in Silver Spring, Maryland (PRM requirement

| Country Office | Travel Type | Department | No of staff | No of trips | Total Airfare | Total Lodging | Total MIE | Visa | Transport | Communication | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenya | International | Cultural Orientation | 2 | 1 | $ 4,000 | $ 456 | $ 632 | $ 300 | $ 300 | 200 | $ 5,888 |

Cultural Orientation

Roundtrip airfare at $2,000 x 2 staff = $4,000
Accommodation at $76/night x 3 nights x 2 staff = $456
MIE at $79/day x 4 days x 2 staff = $632
Other projected costs of approximately $800 will cover visa, ground transport and communication.

,
- Provider's Workshop in Q3 for one participant in Silver Spring, Maryland (PRM requirement)

| Country Office | Travel Type | Department | No of staff | No of trips | Total Airfare | Total Lodging | Total MIE | Visa | Transport | Communication | Total All Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenya | International | Cultural Orientation | 1 | 1 | $ 2,000 | $ 304 | $ 395 | $ 150 | $ 350 | 200 | $ 3,399 |

Providers Workshop

Roundtrip airfare at $2,000 x 1 staff = $ 2,000
Accommodation at $76/night x 4 nights x 1 staff = $304
MIE at $79/day x 5 days x 1 staff = $395
Other projected costs of approximately $700 will cover visa, ground transport and communication.



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

**Reporting Working Group Meeting** (total amount requested: **$6,408**)
This line item will include projected expenses for two CWS Africa staff members to participate in one Reporting Working Group Meeting for five days in Rosslyn, Virginia. This is a PRM requirement.

| Reporting WG | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Country Office | Travel Type | Department | No of staff | No of trips | Total Airfare | Total Lodging | Total MIE | Visa | | Transport | Communication | Total All Costs |
| Kenya | International | Reporting WG | 2 | 1 | $ 4,000 | $ 768 | $ 790 | $ 300 | $ 350 | $ 200 | $ 6,408 |

 Roundtrip airfare at $2,000 x 2 staff = $4,000
 Accommodation at $96/night x 4 nights x 2 staff = $768
 MIE at $79/day x 5 days x 2 staff = $790
 Other projected costs of approximately $850 will cover visa, ground transport and communication.

**START** (total amount requested: **$3,240**)
This line item will include projected expenses for one Systems Solutions Champion in-person meeting for one participant for five days in the Middle East (location subject to change). This is a PRM requirement.

| Compliance | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Country Office | Travel Type | Department | No of staff | No of trips | Total Airfare | Total Lodging | Total MIE | Visa | | Transport | Communication | Total All Costs |
| Kenya | International | Compliance-START | 1 | 1 | $ 1,000 | $ 800 | $ 790 | $ 100 | $ 350 | $ 200 | $ 3,240 |

 Roundtrip airfare at $1,000 x 1 staff = $1,000
 Accommodation at $200/night x 4 nights x 1 staff = $800
 MIE at $158/day x 5 days x 1 staff = $790
 Other projected costs of approximately $650 will cover visa, ground transport and communication.

**Home Leave** (total amount requested: **$265,500**)

This line item will include projected expenses for international staff eligible for Home Leave. One hundred ninety-two staff/dependents (an average of two per family) will be eligible for Home Leave in FY23 in accordance with the CWS benefits policy.  The estimated costs for staff Home Leave include $2,000 per round-trip airfare.

- 40 staff/average three dependents x $2,200/round-trip airfare each = $265,500

**Headquarters Staff Travel** (total amount requested: **$64,752**)

**US Domestic Travel** (amount requested: **$6,240**)
This line item will include budgeted cost of roundtrip travel, accommodation, MIE, and ground transportation for headquarters staff overseeing CWS Africa to travel between New York and Washington, DC, including for periodic consultation with PRM about CWS Africa and the USRAP. Six three-day trips proposed in FY24.

- Roundtrip airfare/train fare at $400 x 6 trips = $2,400
- MIE at $80/day x 6 trips x 3 days = $1,440
- Accommodation at $200/night x 6 trips x 2 nights = $2,400



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

**International Travel** (amount requested: **$58,512**)
This line item includes budgeted cost of roundtrip travel, accommodation, MIE, airport tax, visa fees, and ground transportation for headquarters staff overseeing CWS Africa to travel between New York/Washington, DC, and sub-Saharan Africa for programmatic and administrative monitoring. Includes visits to CWS Africa central office in Kenya and visits on rotational basis to CWS Africa offices in Tanzania, South Africa, and others.

- Roundtrip Airfare at $2,000 x 9 trips (travel b/t US and sub-Saharan Africa) = $18,000
- Field Airfare at $1,000 x 6 trips (travel b/t office/field locations in Africa) = $6,000, 2MIE at $89/day x 12 days x 9 trips = $9,612
- Accommodation at $200/night x 12 nights x 9 trips = $21,600
- Airport Tax/Visa Costs at $100 x 9 trips = $900
- Ground Transportation at $100/day x 24 days = $2,400

**D. Equipment**                                                    **$934,942**

These line items include projected expenses for necessary equipment for this budget period.

**Non-Expendable Equipment (list items with an acquisition cost of $5,000 or more)**

**Motor Vehicles** (total amount requested: **$518,617**)
This line item includes the estimated cost of motor vehicle purchases for various RSC offices.

- One 32-seater, 6 Speed Automatic Transmission Common Rail Engine or Equivalent Vehicle. The vehicle is needed for additional field fleet for program activities in Kasulu, Tanzania. The vehicle will support the movement of staff to the refugee camps for processing and will reduce the vehicle hire cost.
  - 1 Vehicle x $140,000 per unit = **$140,000**
- One 5-Seater, 4 X4, Land Cruiser Prado TXL Automatic Transmission Vehicle - Dar es Salaam, Tanzania.
  - 1 Vehicle x $90,867 per unit = **$90,867**
- One 7-seater, 4 x 4, 6 Speed Automatic Transmission Vehicles for the Kampala, Uganda office.
  - 1 Vehicle x $80,000 per unit = **$80,000**
- Three 10-Seater, 4 X 4 Manual transmission Vehicles, one for each field office (Kabarore, Karongi, and Kirehe) in Rwanda. These vehicles will support movement of staff to the refugee camps for processing activities and will reduce the cost of hiring vehicles as well as the cost of transporting refugees from the camps to the current processing locations.
  - 3 Vehicles x $69,250 per unit = **$207,750**

**Generators and Power Backup** (total amount requested: $ **177,720**)



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

This line item includes estimated purchase costs of generators for country offices and field offices, and a hybrid battery backup system for the two offices in South Africa (necessitated by the need for continuous power availability during loadshedding).

- One unit 20-25 KVA Generator for Makere Guest House, Tanzania x $20,000 per unit = **$20,000**
- Three units 10-15 KVA Generators for the three field offices in Rwanda x $10,000 per unit = **$30,000**
- One unit 300 KVA Generator for Pretoria, South Africa x $13,820 per unit = **$13,820**
- One unit 20-25 KVA Generator for Kampala, Uganda x $25,000 per unit = **$25,000**
- Hybrid battery backup system for continuous availability, sustainable and reduces carbon impact for two offices in South Africa due to load shedding experienced in this region S2 units x $35,000 per unit = **$70,000**
- 16 KVA Uninterruptible Power Supply (UPS) for Kampala, Uganda, 1 unit x $18,900 per unit = **$18,900**

**Access Control System** (total amount requested: **$82,605**)
This line of items is for installation of access control systems in existing and new offices in Uganda, Kenya, Tanzania and Rwanda.
- Access control and alarm system expansion for Tanzania office **$8,000**
- 3 Access Control and Alarm Systems for Rwanda offices x $6,535 per unit = **$19,605** (less budgeted deposit in quarter 1 of $5,000) = **$14,605**
- 1 Access Control System for the Nairobi West End office x $30,000 per unit = **$30,000**
- 4 Access Control Systems Ubiquiti Unifi Access for the Uganda offices - Kampala Control system @ $20,000 and 2 field offices x $5,000 per unit = $10,000. Total Cost = **$30,000.**
- **Network switches** (total amount requested: **$ 30,000**)
- Purchase of 4 managed network switches for Kasulu and Makere office @$6,000 = **$24,000**
- Purchase of 1 managed network switch for Pretoria office @$6,000 = **$6,000**

**Fire Suppression System** (total amount requested: **$40,000**)
This line item is for installation of a Fire Suppression system for the Server room and IT stores in the Rwanda office to meet NIST guidelines.
- 1 fire suppression system, Kigali, Rwanda x $40,000 per unit = **$40,000**

**Audio Visual Conferencing Equipment** (total amount requested: **$6,000**)
This line item is for purchase of an Audio-Visual conferencing kit.
- Audio-Visual live streaming kit, Nairobi, Kenya = **$6,000**

**Bulk Printer** (**t**otal amount requested: **$10,000**)
This line item will include projected costs for a bulk printer for the Kigali office in Rwanda
- One Bulk printer @ $10,000 for Kigali, Rwanda = $ 10,000

**Other Non-Expendable Equipment** (Total amount requested = **$70,000**)

**CWS** Church World Service

Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

This line item includes projected costs for:
- 
- 1 trunk carriage, Pretoria, South Africa x $10,000 per unit = **$10,000**
- Purchase and Installation of an Air Conditioning (AC) System in Kigali Office server Room @ $10,000 = **$10,000**
- Purchase of a backup Precision AC Unit for the data centre in the Nairobi office @ $50,000 = **$50,000**


**E. Supplies**                                                                                    **$3,005,732**

**Office Supplies- Kenya, Tanzania, South Africa, Uganda and Rwanda** (total amount requested: **$1,199,868**)
These figures are projected for general office supplies and toners for all offices. Costs have increased over FY23 due to improved assessment of need and changes to the way supplies are categorized by department. RSC has increased the number of staff and offices. Most staff are working 100% from the office e.g., in South Africa, Uganda, Tanzania, while others (Kenya) remain on a hybrid model. Given this shift in work posture, there is an increase in the cost of supplies compared to the previous year.
- Nairobi, Kenya **- $450,020**
  a. Admin - $267,925
  b. ARDU - $2,731
  c. Cultural Orientation - $24,795
  d. Case Processing - $42,087
  e. Field Processing - $32,190
  f. Refugee Communications - $24,064
  g. Interpreter Unit - $8,228
  h. Automotive Supplies - $ 48,000
- Kasulu, Tanzania **- $283,704**
  a. Admin - $136,440
  b. Cultural Orientation - $43,344
  c. Case Processing - $16,651
  d. Field Processing - $72,005
  e. Automotive Supplies - $15,264
- Pretoria, South Africa **- $176,684**
  a. Admin - $45,000
  b. ARDU - $1,600
  c. Cultural Orientation - $44,700
  d. Case Processing - $28,000
  e. Field Processing - $45,600
  f. Refugee Communications - $0
  g. Interpreter Unit - $984
  h. Automotive Supplies - $10,800
- Kampala, Uganda **- $177,674**
  a. Admin - $59,958





Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

    b. ARDU - $1,258
    c. Cultural Orientation - $48,751
    d. Case Processing - $5,766
    e. Field Processing (USCIS) - $21,033
    f. Pre-screening supplies - $25,341
    g. Automotive Supplies - $15,566

- Kigali, Rwanda - **$111,787**
  - a. Admin - $23,001
  - b. ARDU - $3,473
  - c. Cultural Orientation - $38,844
  - d. Field Processing - $39,269
  - e. Automotive Supplies - $7,200

**Software** (total amount requested: **$896,280**)
This line item will cover the following software purchases and/or license renewals (which are purchased centrally for use in all RSC Africa offices).

- Financial Management System (Cost to cover Sage system during transition to the new ERP) @ $30,000/year = $30,000
- Endpoints Secure Internet Gateway 1300 licenses renewal @ $40/license/year = $52,000
- Helpdesk System license renewal @ $40,000/year = $40,000
- Hosting and Software as a Service (SAAS) subscriptions and licenses @ $70,000/year = $70,000
- HPE CarePack Enterprise Servers care and support services renewal @ $16,000/year = $16,000
- Information Security Awareness and Training System subscription renewal 1300 licenses @ $34/license/year = $44,200
- IT Network Monitoring and Assets Management System @ $40,000/year = $40,000
- Microsoft 365 Suite licenses renewal, additional Security add-ons @$333,720= $333,720
- Mobile Device Management System 100 licenses renewal @ $90/year = $9,000
- Pre-Employment Talent Assessment Platform hiring assessments and skills system subscription renewal @ $9,000/year = $9,000
- Project and Tasks Management System PMS Enterprise subscription renewal 170 @ $312/license/year = $53,040
- Remote Control Software 130 licenses support renewal @ $200/license/year = $26,000
- Travel Security Management System subscription renewal @ $25,000/year = $25,000
- Unified Call Manager (UCM) for the office telephone system   licenses renewal @ $60,000/year = $60,000
- Vulnerability Scanning System 1,016 licenses renewal @ $20/license/year = $20,320
- WinZip 1300 licenses renewal @ $35/license = $45,500.
- Payroll Software @ $22,500

**Broadcast Speaker System (t**otal amount requested: **$15,015**)
This line item will include projected costs for emergency broadcasting speakers for the offices in Tanzania (Kasulu and Dar Es Salaam) and Rwanda



- 5 Broadcasting Speakers for Kasulu and Dar es Salaam @ $1,500 per speaker = $7,500
- 5 Broadcasting Speakers for Kampala @$900 = $4,500
- 5 Emergency Broadcast speakers for Rwanda @ $603 per speaker = $3,015

**Scanners (**total amount requested: **$ 38,925)**
This line item will include projected costs for bulk and portable scanners for the South Africa, Uganda, Tanzania, and Rwanda offices and traveling teams (Field Processing and ARDU).
- 10 bulk document scanners for Tanzania @ $1,100 each = $11,000
- 10 Portable document scanners for the Pretoria, South Africa Field Processing team @ $170 each = $1,700
- 10 Bulk heavy duty scanners for the Pretoria, South Africa ARDU team @ $1,360each = $13,600
- 5 bulk document scanners for Uganda @ $1,100 each = $5,500
- 5 Portable document scanners for Uganda @ $200 each = $1,000
- 25 Portable document scanners for Rwanda @ $245 each = $6,125

**Furniture (**total amount requested: **$273,129)**
This line item will include projected costs for purchase of furniture for all locations necessitated by increased staffing and new office setup.
- Nairobi, Kenya – 150 chairs @ $300 = $45,000; 150 workstations @ $300 = $45,000; 1 Conference room table @ $1,574 = $1,574; 25 Conference room chairs @ $287 = $7,175; 3 Executive desks @ $780 = $2,340; 150 Pedestals @ $98 = $14,700; 10 phone lockers @ $4,095 = $40,950; 20 laptop lockers @ $192 = $3,840. **Total = $160,579**
- Tanzania – 50 office chairs @ $150 = $7,500; 50 office tables @ $236 = $11,800; 5 filing cabinets @ $300 = $1,500. **Total = $20,800**
- Pretoria, South Africa – 10 office chairs @ $250 = $2,500; 10 Tables @ $250 = $2,500. **Total = $5,000**
- Uganda (Kampala, Mbarara and Kyaka field offices, and case processing site) - 49 desks/pedestals @ $380 and 90 chairs @ $190 = $35,720; 24 storage shelves @ 350 = $8,400; 6 laptop lockers (3 each for 2 field offices) @ $550 = $3,300; 2 phone lockers for field offices @ 550 = $1,100; 4 filing cabinets (2 for each field office) @ $290 = $1,160; mothers room furniture for 2 field offices (5 tables @ $277) = $1,385; 3 conference tables @ $850 = $2,550; 3 kitchen cabinets @ $300 = $900; 3 reception desks @ $300 = $900; 3 suggestion boxes @ $90 = $270; 3 waiting area chairs @ $240 = $720. **Total = $56,405**
- Kigali, Rwanda – 3 phone lockers @$1,100 = $3,300; 33 office desks @$350 = $11,500; 33 office chairs @$330 = $10,890; 33 Pedestals @$85 = $2,805; 3 laptop lockers @ $600 = $1,800. **Total = $30,345**

**Network firewalls (**total amount requested: **$19,500)**
This line item is for purchase of network firewalls for perimeter network protection.
- Purchase of 1 Backup firewall for Kasulu office @ $4,000 = **$4,000**
- Purchase of 1 Backup firewall for Kampala office @ $4,000 = **$4,000**
- Purchase of 3 Firewall devices for the three worksites in the camps in Rwanda @ $2,500 = **$7,500**



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

- Purchase of 1 Backup firewall for Kigali office @ $4,000 = **$4,000**

**Television sets** – (total amount requested: **$6,200**)
This line item is for the purchase of television sets for childminders and Cultural Orientation rooms, the Kampala boardroom, and the reception area and Security Office in Kigali.
- 1 Television set for Kasulu, Tanzania x $1,200 per unit = $1,200
- 3 Television sets for Kampala, Uganda x $1,000 per unit= $3,000
- 2 Television sets for Kigali, Rwanda x $1,000 per unit = $2,000

**Mobile phones** – (total amount requested: **$69,738**)
This line item is for purchase of mobile phones for all offices.
- Nairobi, Kenya - 125 Smart Phones x $510 and 200 keypad/button phones x $17 = $67,150 (less $10,412 deposit budgeted under Q1) = 56,738
- Kasulu, Tanzania - 5 Mobile phones x $600 per unit = $3,000
- Kigali, Rwanda - 20 Mobile Phones x $500 = $10,000

**Laptops** (total amount requested: **$100,000**)
This line item is for the purchase of new laptops for new hires and to end of life ones.
- 100 new laptops for Virtual Processing for Kenya @$1,000 each = $100,000

**Kitchen Appliances** (total amount requested: **$15,196**)
This line item is for the purchase of kitchen appliances for all country office locations.
- 4 Fridges and Microwaves for Nairobi, Kenya = $3,200
- 1 Fridge for Kasulu, Tanzania x $1,073 per unit = $1,073
- 3 Water dispensers for Kasulu, Tanzania x $250 per unit = $750
- 3 Microwaves for Kasulu, Tanzania x $200 per unit = $600
- 2 Microwaves for Mbarara & Kyaka offices x $150 per unit=$300
- 2 Microwaves for Pretoria, South Africa x $150 per unit = $300
- 1 Fridge for Pretoria, South Africa x $1,500 per unit = $1,500
- 3 Fridges for Kampala, Uganda x $811 per unit = $2,433
- 4 Fridges, one for Kigali and 3 for the field offices Rwanda x $1000 per unit = $4,000
- 4 Microwaves, one for Kigali and 3 for the field offices, Rwanda x $260 per unit = $1,040

**Digital Signature Pads** (total amount requested: **$29,160**)
This line item will include projected costs for digital signature pads for the offices in South Africa, Rwanda, Tanzania and Kenya.
- 100 digital signature pads for Kenya @ $162 each = $16,200
- 5 digital signature pads for the South Africa Field Processing team @ $162 each = $810
- 50 digital signature pads for Tanzania @ $162 = $8,100
- 25 digital signature pads for Rwanda @ $162each = $4,050

**Printers (t**otal amount requested: **$43,300**)



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

This line item will include projected costs for printers for the offices and field teams in Rwanda, Uganda, South Africa, and Tanzania.

- 6 portable printers for Rwanda @ $800 each = $4,800
- 2 label printers for Uganda; 1 for IT @ $500 and 1 for Case Processing $1,000 = $1,500
- 4 Black and White printers for Uganda @ $1,500 each = $6,000
- 3 photo printers for South Africa @ $500 each = $1,500
- 7 printers for Kasulu office @ $1,500 each and one label device @ $1,500 = $12,000
- 1 color printer for Nairobi Office @ 4,900
- 3 card printers for Uganda @ $2,000 each = $6,000
- 3 wireless printers for South Africa @ $1,200 each = $3,600
- 3 medium printers @ $1,000 each for Kigali, Rwanda = $ 3,000

**Cameras** (total amount requested: **$15,950**)
This line item will include projected costs for cameras and card readers for the offices in Tanzania, South Africa, Rwanda, and Uganda

- 1 Camera for Kasulu, Tanzania @ $1,200 each = $1,200
- 5 card readers for Tanzania @ $30 each = $150
- 6 Cameras for South Africa @ $1,000 each = $6,000
- 5 card readers for Uganda @ $80 each = $400
- 5 digital cameras with bags for Uganda @ $1,500 each = $7,500
- 1 Camera for Rwanda @ $700 each = $700

**CCTV Systems** (total amount requested:  $61,500)
This line item is for the installation of CCTV systems in the new offices in Kenya, Tanzania, Uganda, and Rwanda.

- Purchase and installation of CCTV cameras, Nairobi, Kenya (West End Offices) for 50 units at $300 per unit = $15,000
- Purchase and installation of CCTV cameras, Tanzania offices (Dar es Salaam and Kasulu) or 50 units at $300 per unit = $15,000
- Purchase and installation of CCTV cameras, Uganda offices (Kampala, Kibingo and Kyaka) for 55 units at $300 per unit = $16,500
- Purchase and installation of CCTV cameras, Rwanda offices (Kabarore, Karongi, and Kirehe) for 50 units at $300 per unit = $15,000

**Audio Visual Conferencing Equipment** (total amount requested: **$12,500**)
This line item is for purchase of Audio-Visual conferencing kits.

- Audio-Visual live streaming kit, Kasulu, Tanzania **= $4,500**
- 4 Group video conferencing sets, Kampala, Uganda x $2,000 per unit = **$8,000**

**Bulk Filing Cabinets** (total amount requested: **$ 11,500**)
This line item is for purchase of Bulk Lock and Key Filing Cabinets in the Kampala and Pretoria offices. The cabinet for Pretoria will be used to store documents in finance, HR and procurement units. The cabinet for Kampala will be used for storage of Pre-CIS FTJ-R files.

- 1 Bulk filing Cabinet, Pretoria, South Africa 5 Units X 2,000 per unit = **$10,000**
- 1 Bulk filing Cabinet, Kampala, Uganda x $1,500 per unit = **$1,500**



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

**Repairs and Maintenance for IT Equipment** – (total amount requested **$70,500)**
This line item will include estimated costs for maintenance and repair of laptops, phones, printers and other IT equipment and facilities for all offices.
- Repair of laptops, phones, and printers Kasulu, Tanzania = $ 10,000
- Repair of laptops, phones, and printers Pretoria, South Africa = $7,500
- Repair of laptops, phones, and printers Nairobi, Kenya = $35,000
- Repair of laptops, phones, and printers Kampala, Uganda = $10,000
- Repair of laptops, phones, and printers Kigali, Rwanda = $8,000

**IT Miscellaneous Equipment** (total amount requested: $ **3,500)**
This line item will be for purchase of CR network devices and monitors for offices in Rwanda and Tanzania.

| Country | Equipment | Jan–Mar 2024 | Apr – Jun 2024 | Jul – Sep 2024 | Total | Budget Notes |
|---------|-----------|--------------|----------------|----------------|-------|--------------|
| Rwanda | CR Switches | 2,000 | | | 2,000 | Purchase of 8 network switches for field processing sites @ $250 each |
| Tanzania | Monitors | | - | 1,500 | - | 1,500 | Purchase of 6 monitors @ $250 each |

**Vehicle Maintenance** (total amount requested: **$123,972)**
This line item will be for anticipated maintenance, service, annual inspection etc. for all official vehicles in all locations.
- Nairobi, Kenya Vehicle maintenance = $22,500
- Leased vehicle Nairobi, Kenya $44,262
- Kasulu, Tanzania Vehicle maintenance = $2,400
- Pretoria, South Africa Vehicle maintenance & repairs = $30,000
- Kampala, Uganda Vehicle maintenance = $9,810
- Kigali, Rwanda Vehicle maintenance = $15,000

**F. Contractual**                                                  **$1,583,642**

**Annual Maintenance Contracts/Agreements** (total amount requested: **$230,583**)
This item reflects projected cost of maintenance of the UPS, fire suppression units, air conditioning units, CCTV cameras, generators, and travel risk management contract renewal fee in all locations. This line item will cover the cost of maintenance of equipment through service agreements in Kenya, Uganda and Rwanda. In Tanzania, the costs will cover the estimated cost of repairs and maintenance of 3 circuit ride accommodation sites and offices in Kasulu and Makere and a CWS processing site in Nyarugusu refugee camp.

- Nairobi, Kenya = $164,958
- Kasulu, Tanzania = $22,500
- Kampala, Uganda = $18,000
- Kigali, Rwanda = $25,125



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

**Building Service Charge** (total amount requested: **$314,386**)

This line item will cover the service charge cost for the Nairobi, Kampala and Kigali offices including additional office space and the off-site store. The cost includes security guards, electricity and cleaning of common areas, provision of water and generator services. This is projected at a total of $39,348 @0.20/sqft for Capital West, $40,159 @0.20/sqft for West End (plus 16%VAT), $640 for Kippro Centre , and $70,000 for service charge reconciliation ($40,000 for Capital West and $27,707.384 for West End). The service charge cost is estimated based on previous year's spending.

- Kenya = $234,358
- Tanzania = Cleaning services for Makere & Nyarugusu work site per annum = $16,002
- Uganda = $25,830
- Rwanda = $38,196

**Custodial & Building Maintenance** (total amount requested: **$161,500**)

This line item will include projected expenses for building maintenance and custodial services of buildings in all locations as well as anticipated additional office space in FY24.

- Nairobi, Kenya = $60,000
- Kasulu, Tanzania = $11,250
- Pretoria, South Africa = $70,000
- Kampala, Uganda = $7,500
- Kigali, Rwanda = $12,750

**Professional fees** (total amount requested: **$168,750**)

This line item is for projected legal, accounting and audit fees for all locations, as well as network license fees for the Uganda and Tanzania offices. Also included are annual audit fees for the Kenya and South Africa offices, as well as estimated audit fees for Tanzania, Uganda and Rwanda.

*Legal Fees* (**$102,000**)
- Nairobi, Kenya= 30,000
- Kasulu, Tanzania =$9,000
- Pretoria, South Africa = $30,000
- Kampala, Uganda = $10,500
- Kigali, Rwanda = $22,500

*Accounting and Audit Fees* (**$66,750**)
- Nairobi, Kenya = $28,750
- Pretoria, South Africa = $24,000
- Kasulu & Dar es Salaam, Tanzania = $6,000
- Kampala, Uganda = $5,000
- Kigali, Rwanda = $3,000

**Security Guards & Alarm Services** (total amount requested: **$462,863**)

This line item will cover the full cost of security for all locations. This allows CWS Africa to have full control of all entry points and to assure compliance with RSO requirements and includes expenses for security guards to be on site on days when refugee interviews or CO classes are taking place. This figure is based on past annual expenses.

- Nairobi, Kenya = $151,200
- Kasulu, Tanzania = $107,183
- Pretoria, South Africa = $56,250
- Kampala, Uganda = $73,890
- Kigali, Rwanda = $74,340

**Vehicle Security - Tracking Service** (total amount requested: **$7,260**)
This line item will include projected expenses for the annual service fees for anti-theft car tracking recovery service for all locations. This is necessary due to the high incidence of auto theft in all locations. This figure is based on past annual expenses and projected additional expenses for the office.

- Nairobi, Kenya = $1,260
- Pretoria, South Africa = $3,000
- Kampala, Uganda = $3,000

**Consultant Expenses** (total amount requested: **$ 238,300**)

***Special Projects Consultant*** - (**$28,500**)
This line item is for payment of Special Projects consultancy fees for the entire year. The Special Project Consultant assists with HRIS system implementation, coordinates senior strategic planning events and workflow automations in the Administration Department.

- 1 Special Projects Consultancy x $3,166.7/month x 9 months = $28,500

***Human Resources Recruitment Consultant*** - (**$28,800**)
This line item is for payment of Human Resources Recruitment consultant fees to help develop performance-based HR management structures and systems and performance appraisal review

- 1 HR consultancy x $ 3,200/month x 9 months = $28,800

***Office Support Management Consultant*** - (**$25,000**)
This line item is budgeted for a consultant to support with office management specific projects and tax advisory services.

- 1 consultant x 250/day x 25 days/month x 4 months = $25,000

***Information Security Consultant*** - (**$40,000**)
This line item is for payment of Information System Security Consultant fees for Data Protection statutory requirements analysis

- 1 Information Security Consultant x $250/hour x 160 hours = $40,000

***South Africa Office Consultancies*** - (**$16,000**)



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

- *Consultant for POPIA Act Implementation* ($10,000)

  South Africa Government requires mandatory POPIA Compliance. The consultant will assist the South Africa office in ensuring RSC Africa compliance with the Protection of Personal Information Act (POPIA) and other applicable local legislation governing data privacy. Activities will include conducting a gap analysis, and development of POPIA policy, procedure, training materials and a framework for quality control.

  3 months @ $3,333.30 per month

- *Payroll Consultant* (**$6,000**)

  For payroll system support and diplomatic status registration to ensure CWS South Africa local statutory compliance.

### NIST Audit Consultant - ($100,000)

This line item is to support review of the NIST information security framework audit, development of corrective actions and validation @ $100,000.

- 2 NIST Audit Consultants x $25,000/month x 2 months = $100,000

### G. Construction                                                        $0

Not applicable.

### H. Other Direct Costs                                        $4,836,535

**Bank Fees** (total amount requested: **$104,775**)
This amount covers the cost of daily banking charges on monies and payments processed through the various financial institutions used in CWS Africa locations.

- Kenya = $85,650
- Tanzania = $7,125
- South Africa = $3,750
- Uganda = $1,950
- Rwanda = $6,300

**Printing Costs** (total amount requested: **$230,701**)
This line item represents the costs of printing posters, student workbooks, welcome guides, text materials, curriculum, and activity materials for Cultural Orientation. Costs are estimated per office per year.

- Nairobi, Kenya = $120,702
- Pretoria, South Africa = $19,950
- Kampala, Uganda = $63,049
- Kigali, Rwanda = $27,000

**Dedicated Internet Networks (DINs)** – (total amount requested: **$612,000**)

- This line will include the cost of installation, maintenance and subscription renewal of dedicated internet networks for RSC Africa field processing locations estimated at a



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

combined monthly cost of $68,000 per month. Dedicated Internet Networks (DINs) - 9Months x $68,000/month = $612,000Kenya total = $306,000

- Tanzania total = $61,200
- South Africa total = $91,800
- Uganda total = $91,800
- Rwanda total = $61,200

**Fiber Internet** - (total amount requested: **$400,500**)
This line item will include the cost of primary and backup fiber internet link subscriptions for RSC Africa offices estimated at a combined monthly cost of $44,500 - 9 Months x $44,500 = $400,500.

- Kenya total = $ 143,226
- Tanzania total = $126,000
- South Africa total = $16,855
- Uganda total = $31,626
- Rwanda total = $82,793

**Insurance (Equipment & Motor Vehicles)** (total amount requested: **$78,650**)
This line item will include projected expenses for fire, theft, loss, and damage insurance coverage for all expendable office equipment including all vehicles in all locations.  It also includes insurance for money in transit. This figure is based on past annual expenses, accounting also for increased CWS staffing and field presence.

- Nairobi, Kenya = $20,000
- Kasulu & Dar Es Salaam, Tanzania = $18,150
- Pretoria, South Africa = $15,000
- Kampala, Uganda = $10,500
- Kigali, Rwanda = $15,000

**Office Repairs and Upgrades** - (total amount requested: **$198,858**)
This line item is for repairs and upgrades of new office space in Nairobi, Kigali, Kampala, Mbarara (Uganda) and Kyaka (Uganda). This is necessary to ensure the offices are modified to our needs. These include pre-occupation builders works, such as electrical systems upgrade, HVAC system upgrade, painting etc.

- Nairobi, Kenya = $12,858
- Kampala, Uganda = $150,000
  For upgrades to additional office spaces (Kampala, Kyaka and Mbarara) to support case processing activities. This includes mechanical, electrical and plumbing (MEPs) and office partitioning.
- Kigali, Rwanda = $12,000 for general office repairs
- Projected Security Upgrades for Rwanda Office including special security equipment/installation, e.g., smoke detectors and fire rated doors, burglar proof doors @$24,000 = $24,000

**Utilities** (total amount requested: **$219,309**)



This will cover the cost of electricity and fuel for generators for all locations for 9 months. These costs will also include gas for the Makere Guest House and water for the Dar es Salaam office.
- Nairobi, Kenya at 9 months x 2 Offices x $6,666.67/month = $120,000
- Dar es Salaam & Kasulu, Tanzania at 9 months x 2 Offices x $704.16/month = $12,675
- Pretoria, South Africa at 9 months x 2 Offices x $3,333.33/month = $60,000
- Kampala, Uganda at 9 months x 1 Office x $459.33/month = $4,134
- Kigali, Rwanda at 9 months x 1 Office x $2,500/month = $22,500

**Postage/Courier -** (total amount requested: **$133,920**)
This line item will include projected expenses for local and international postage charges paid mostly for DHL for this budget period, estimated at $14,880/month for 9 months and for all offices combined
- Kenya total: $77,520
- Tanzania total: $9,000
- South Africa total: $37,500
- Uganda total: $4,500
- Rwanda total: $5,400

**Network and Electrical Cabling -** (total amount requested: **$94,459**)
This line item will cover the cost of structured network and electrical cabling for the four country offices.
- Kenya = $40,000
- South Africa = $15,000
- Uganda = $9,459
- Rwanda = $30,000

**Satellite Phone Fees** (total amount requested: **$15,900**)
This line item will cover the cost of Thuraya and Iridium subscriptions for all sites, calculated at a combined quarterly cost of $5,300 for 9 months.
- Kenya total = $6,000
- South Africa total = $1,800
- Tanzania total = $1,800
- Uganda total = $4,500
- Rwanda total = $1,800

**Space Rental -** all locations (total amount requested: **$1,899,562**)
This line item will include rental expenses for all locations.  It incorporates an annual 5% rent escalation for Nairobi office space.
- Nairobi (Capital West, Kippro Centre {office storage}, West End House) = 9 Months x 3 Offices x $36,985.80/month = $998,616
- Kasulu Office ($28,080 annually), Dar es Salaam Office ($43,613 annually), 3 circuit rite accommodation site ($185,008 annually), plus additional office space for Kasulu ($65,000 annually) = $321,701 (less $136,195 budgeted in Q1). Total = $185,506
- Pretoria, South Africa = 9 Months x 2 Offices x $17,500/month = $315,000



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

- Kampala, Uganda = 9 Months x 1 Office x 11,800/month = $ 106,200
- Kampala, Uganda (additional case processing space) = 9 Months x 1 Office x 3,000/month = 27,000
- Kigali, Rwanda = 9 Months x 1 Office x $29,693/month = $267,240

**Staff Training and Development** - (total amount requested: **$349,523**)

This line item includes training on case processing guidelines and interview techniques, financial procedures, supervisory training for managers, cross cultural training, child protection, sexual harassment, defensive driving, and computer skills.  It also covers training requirements mandated by PRM, as well as staff appreciation and staff professional development activities.  It includes both the organization of training activities and acquisition of training materials and resources.

- Kenya = $229,476
- Tanzania = $26,574
- South Africa = $41,673
- Uganda = $28,779
- Rwanda = $18,621
- This line item also includes projected expenses for subscriptions to Professional bodies (e.g., Accountancy, HR and procurement - ACCA, ICPAK, KISM & HRM) and MIE (staff police clearance check) fees, membership fees (e.g., CIPC, HR, ACCA, CICA) subscriptions, other professional fees for the South Africa office. The budgeted amount for all offices combined = $4,400

**Voice and Data Services -** (total amount requested: **$351,000**)

This line item will include the cost of mobile phone voice, data, and landline charges for all offices, and to facilitate remote work.

- Kenya = $200,925
- Tanzania = $18,450
- South Africa = $100,125
- Uganda = $15,750
- Rwanda = $15,750

**Leased Equipment-(Total requested $96,750)**

This line item includes the costs of leasing printers in Nairobi and South Africa.

| South Africa | Leased Equipment | | 5,250 | 5,250 | 5,250 | 15,750 | Lease of 4 multifunction bulk printers-copiers for Pretoria @$15,750 |
| Kenya | Leased Equipment | | 27,000 | 27,000 | 27,000 | 81,000 | Lease of 15 multifunction bulk printers-copiers for Nairobi @$81,000 |

**Miscellaneous Direct Costs -** (Total amount requested: **$37,597**)

This includes Estimated costs for recruitment fees, cleaning services, security upgrades, bulk SMS blast fees, and office printing

- Recruitment related costs at US$ 777.80per month = $7,000
- Advertisement cost $ 2,000 per Quarter for Kenya = $6,000
- Advertisement cost $ 750 per Quarter for Tanzania= $2,250
- Advertisement cost $ 750 per month for South Africa = $2,250
- Advertisement cost $ 750 per Quarter for Uganda = $2,250



Funding Opportunity Number: SFOP0009766
FY 2024, Directed Announcement for Resettlement Support Center (RSC) Africa

- Advertisement cost $ 750 per Quarter for Rwanda = $2,250
- Projected expenses for outsourced photocopying and printing for Pretoria office paid per page printed or photocopied at US$1,000 per month = $9,000
- Estimated cost of Bulk SMS blast fees for PRE, CIS, CO appointment SMS alerts across sub-Sahara Africa; Program Integrity and Public Information targeted USRAP applicant SMS campaigns; and CWS RSC Africa security alert SMS at US$733 per month = $6,597

**Headquarters Expenses** (total amount requested: **$13,032**)

**Other HQ Direct Costs** (total amount requested **$13,032**)

**Communication** (total requested: **$2,475**)
This line item includes projected expenses for telephone and international courier services related to the headquarters administration and oversight of CWS Africa.

**Photocopies & Printing** (total requested: **$414**)
This line item includes projected expenses for photocopying and printing related to the headquarters administration and oversight of CWS Africa.

**Office Stationery & Supplies** (total requested: **$579**)
Line item includes projected expenses for office stationery and supplies related to the headquarters administration and oversight of CWS Africa.

**Equipment Purchase** (total requested: **$7,500**)
This line item includes projected expenses toward the costs of replacement laptops and IT equipment for headquarters staff devoted to administration and oversight of CWS Africa.

**Staff Training & Development** (total requested: **$2,064**)
This line item includes projected expenses toward professional development training for headquarters staff assigned to work on the RSC.

**I. NICRA**                                            **$ 9,999,966**

This amount is calculated by applying the current predetermined CWS indirect cost rate (NICRA) of 35% to the total personnel (allowances included) and fringe benefits.

- $23,152,929 personnel + $5,418,403 fringe benefits *35% = $9,999,966

**TOTAL BUDGET REQUEST**                    **$ 69,326,681**



# United States Department of the Interior

### OFFICE OF THE SECRETARY
#### Washington, DC 20240

---

**Nonprofit Organization**
**Indirect Cost Negotiation Agreement**

---

**EIN:** 13-4080201

**Date:** 01/19/2023

**Organization:**

Church World Services, Inc.
P.O. Box 968
Elkhart, IN 46515

**Report Number:** 2022-0867

**Filing Ref.:**
Last Negotiation Agreement
   dated: 03/11/2021

The indirect cost rates contained herein are for use on grants, contracts, and other agreements with the Federal Government to which Public Law 93-638 and/or 2 CFR Part 200 apply subject to the limitations contained in Section II.A. of this agreement.  The rates were negotiated by the U.S. Department of the Interior, Interior Business Center, and the subject organization in accordance with the authority contained in applicable regulations.

**Section I:  Rate**

---

| Start Date | End Date | Rate Type | | | | | |
|---|---|---|---|---|---|---|---|
| 07/01/2022 | 06/30/2023 | Provisional | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Fringe Benefits | 31.38 % | (A) | All | All Programs |
| | | | Indirect | 35.00 % | (B) | All | All Programs |
| 07/01/2023 | 06/30/2024 | Provisional | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Fringe Benefits | 31.38 % | (A) | All | All Programs |
| | | | Indirect | 35.00 % | (B) | All | All Programs |

**(A) Base**:  Total direct salaries and wages, excluding fringe benefits.

**(B) Base**:  Total direct salaries and wages, including fringe benefits.

**Treatment of fringe benefits**:  Fringe benefits applicable to direct salaries and wages are treated as direct costs; fringe benefits applicable to indirect salaries and wages are treated as indirect costs.

**Treatment of paid absences**: Vacation, holiday, sick leave, and other paid absences are included in salaries and wages and are claimed on grants, contracts, and other agreements as part of the normal cost for the salaries and wages. Separate claims for the costs of these paid absences are not made.

## Section II:  General

A. **Limitations:**  Use of the rate(s) contained in this agreement is subject to any applicable statutory limitations. Acceptance of the rate(s) agreed to herein is predicated upon these conditions: (1) no costs other than those incurred by the subject organization were included in its indirect cost rate proposal, (2) all such costs are the legal obligations of the grantee/contractor, (3) similar types of costs have been accorded consistent treatment, and (4) the same costs that have been treated as indirect costs have not been claimed as direct costs (for example, supplies can be charged directly to a program or activity as long as these costs are not part of the supply costs included in the indirect cost pool for central administration).

B. **Audit:**  All costs (direct and indirect, federal and non-federal) are subject to audit.  Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based will be compensated for in a subsequent negotiation.

C. **Changes:**  The rate(s) contained in this agreement are based on the accounting system in effect at the time the proposal was submitted.  Changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rate(s) in this agreement may require the prior approval of the cognizant agency.  Failure to obtain such approval may result in subsequent audit disallowance.

D. **Rate Type:**
   1. Fixed Carryforward Rate:  The fixed carryforward rate is based on an estimate of the costs that will be incurred during the period for which the rate applies.  When the actual costs for such period have been determined, an adjustment will be made to the rate for a future period, if necessary, to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

   2. Provisional/Final Rate:  Within six (6) months after year end, a final indirect cost rate proposal must be submitted based on actual costs.  Billings and charges to contracts and grants must be adjusted if the final rate varies from the provisional rate.  If the final rate is greater than the provisional rate and there are no funds available to cover the additional indirect costs, the organization may not recover all indirect costs.  Conversely, if the final rate is less than the provisional rate, the organization will be required to pay back the difference to the funding agency.

   3. Predetermined Rate:  A predetermined rate is an indirect cost rate applicable to a specified current or future period, usually the organization's fiscal year.  The rate is based on an estimate of the costs to be incurred during the period.  A predetermined rate is not subject to adjustment.

E. **Rate Extension:**  Only final and predetermined rates may be eligible for consideration of rate extensions. Requests for rate extensions of a <u>current</u> rate will be reviewed on a case-by-case basis.  If an extension is granted, the non-Federal entity may not request a rate review until the extension period ends.  In the last year of a rate extension period, the non-Federal entity must submit a new rate proposal for the next fiscal period.

F. **Agency Notification:**  Copies of this document may be provided to other federal offices as a means of notifying them of the agreement contained herein.

G. **Record Keeping:**  Organizations must maintain accounting records that demonstrate that each type of cost has been treated consistently either as a direct cost or an indirect cost.  Records pertaining to the costs of program administration, such as salaries, travel, and related costs, should be kept on an annual basis.

H. **Reimbursement Ceilings:**  Grantee/contractor program agreements providing for ceilings on indirect cost rates or reimbursement amounts are subject to the ceilings stipulated in the contract or grant agreements.  If the ceiling rate is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

**Section II: General** (continued)

I.  **Use of Other Rates:**  If any federal programs are reimbursing indirect costs to this grantee/contractor by a measure other than the approved rate(s) in this agreement, the grantee/contractor should credit such costs to the affected programs, and the approved rate(s) should be used to identify the maximum amount of indirect cost allocable to these programs.

J.  **Other:**

1.  The purpose of an indirect cost rate is to facilitate the allocation and billing of indirect costs.  Approval of the indirect cost rate does not mean that an organization can recover more than the actual costs of a particular program or activity.

2.  Programs received or initiated by the organization subsequent to the negotiation of this agreement are subject to the approved indirect cost rate(s) if the programs receive administrative support from the indirect cost pool.  It should be noted that this could result in an adjustment to a future rate.

3.  This Negotiation Agreement is entered into under the terms of an Interagency Agreement between the U.S. Department of the Interior and the cognizant agency.  No presumption of federal cognizance over audits or indirect cost negotiations arises as a result of this Agreement.

4.  Organizations that have previously established indirect cost rates—exclusive of the 10% *de minimis* rate—must submit a new indirect cost proposal to the cognizant agency for indirect costs within six (6) months after the close of each fiscal year.

**Section III:  Acceptance**

Listed below are the signatures of acceptance for this agreement:

By the Nonprofit Organization

Church World Services, Inc.

*Joanne Rendall*
DocuSigned by:
2D8FCE7B3E004E4...
_____
Signature

Joanne Rendall
_____
Name:

CFO
_____
Title:

2/1/2023
_____
Date

By the Cognizant Federal Government Agency

US Department of State

*Craig Wills*
DocuSigned by:
B47DB1F4A5DB4BF...
_____
Signature

Craig Wills
_____
Name:
Division Chief
Indirect Cost & Contract Audit Division
Interior Business Center
_____
Title:

1/19/2023
_____
Date

Negotiated by: Muberra Guvenc
Telephone: (916) 930-3816

Next Proposal Due Date:  12/31/2023



## CWS Africa Risk Analysis

| PRM Risk Categories | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| **Fiduciary and Legal Risks** | Resettlement of radicalized applicants or applicants with links to Foreign Terrorist Organizations (FTOs) designated by the Secretary of State, or other known terrorist or armed non-state groups | Low | High | Adherence to U.S Department of State policy in relation to section 219 of the Immigration and Nationality Act (INA), not to work or associate with FTOs designated by the Secretary of State. Per PRM requirements, verify applicant information and identities, follow the RPC SOPs on conducting data collection, pre-screening, security check vetting and CIS interviews, and inform applicants to always tell the truth. RSC Supervisors and Managers also conduct file review and unannounced pre-screening monitoring and observations. |
| | Fraud risk that involves using suppliers with conflicts of interest or vendors involved in terrorism | Low | High | Use Vendor Disclosure Form for all vendors and run SAM.gov checks as per 2 CFR 200. |
| | Government restrictions on/barriers to NGO operation to include deliberate delays in registration/registration renewal process | Low | High | Maintain good relations with local authorities; strict adherence to all INGO regulations and laws as well as organizational requirements in countries of operation; retain reputable legal assistance. Monitor new developments and strictly adhere to any new country regulation(s) on INGO renewal processes in countries of operation. |
| | Employment of international/national full- or part-time RSC employees with criminal backgrounds | Low | Medium | Obtain police clearance certificates for all RSC Africa local personnel and PRM approved background checks for all international personnel to ensure that they are free from any criminal record. |
| | Employment of international/national full- or part-time RSC employees with ties to terrorist or armed non-state groups | Low | High | Obtain police clearance certificates for all local hires, to be renewed every two years. Conduct background checks on all international hires, to be renewed every five years. |



| | | | | |
|---|---|---|---|---|
| **Fiduciary and Legal Risks** | Employment of international/national full- or part-time RSC employees with financial or credit malfeasance background | Low | High | Background checks (including SAM.gov) conducted for all CWS staff; credit rating certificates or equivalent requested for all local and international staff. |
| | Employment of contract interpreters or other contractors with criminal records | Low | High | Due diligence background checks conducted for all contracted and hired staff to ensure that they have no criminal records. SAM.gov background checks conducted for all contractors and their firms to ensure they are free from any criminal ties or links with any FTOs. Where possible, interpreters are required to provide police certificates prior to working with RSC Africa. Coordinate with partners to conduct reference checks and to ensure interpreters have not been identified previously as possible bad actors. Track all derogatory information in the Contractor Management System. |
| | Fragility of national banking system affects liquidity and exchange rates | Medium | Medium | Continuous monitoring of exchange rates; timely identification of the need for budget re-alignment to address over- or under-inflation. |
| | Insufficient internal financial management control environment | Low | High | Continuous strengthening of policies, procedures, SOPs, and manuals through regular process reviews and improvements based on best practice and generally accepted accounting policies. |
| | | | | |
| | Fraud committed by an applicant to speed up the resettlement process | Low | High | Continued anti-fraud messaging to applicants, stringent quality control checks and applicant background checks. Constant monitoring of fraud inbox and investigation of reported potential applicant fraud. |
| | Staff breach of applicant confidentiality | Low | Medium | Provide robust trainings on the Integrity and Compliance Guide (ICG) on an annual basis and any time updates are released; maintain strict adherence to internal policies on the transport and handling of applicant information; encrypt all emails containing applicant PII (whether sent internally or externally) per ICG |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| Risks Affecting the Achievement of Program Objectives or Outcomes | | | | requirements; maintain close monitoring and supervision of staff with access to applicant information. |
|---|---|---|---|---|
| | Staff engagement in external malfeasance | Low | Medium | Provide mandatory annual and new hire training on ethics and fraud prevention, including the risks to RSC Africa when staff are engaged in external malfeasance. When staff work from home, remote monitoring and review of work on applicant cases provides a "virtual line of sight." Any work or action taken on an applicant's case is documented in START, allowing for a record of events that can be investigated if there is any suspected fraud or malfeasance. |
| | Non-disclosure of staff-applicant personal relationships | Low | Medium | Continued staff training on the importance of transparency, conflicts of interest, and ethics; enforce fraud prevention measures. Encourage staff to come forward and disclose their relationships. |
| | Non-disclosure of staff-interpreter personal relationships | Low | Medium | Continued staff training on the importance of transparency, conflicts of interest, and ethics; enforce fraud prevention measures. Encourage staff to come forward and disclose their relationships. |
| | An individual staff person's involvement with applicant case(s) at more than one stage of processing | Low | Low | Continued adherence to various policies and procedures already in place limiting a staff person's involvement in more than one aspect of processing a single case. Continued reliance on ICG requirements and digital quality control checks. |
| | Staff seconded to partner organization being involved in fraudulent activity or malfeasance at partner organization | Low | Medium | Instruct staff to follow RSC Africa policies and procedures regarding file security and use of personal mobile devices at workstations when seconded to partner organizations; implement policies and procedures for the recall and/or removal of staff seconded to partner organization upon receipt of conclusive fraud and malfeasance finding and provide robust ethics and fraud prevention trainings continuously throughout each year. |
| | Staff engagement in internal malfeasance | Low | Medium | Provide mandatory annual training on ethics and fraud prevention to include internal malfeasance; provide additional ICG-focused |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| | | | | training for supervisory and frontline staff; provide close monitoring and supervision.  When staff work from home, remote monitoring and review of work on applicant cases provides a "virtual line of sight." Any work or action taken on an applicant's case is documented in START, allowing for a record of events that can be investigated if there is any suspected fraud or malfeasance. |
|---|---|---|---|---|
| **Risks Affecting the Achievement of Program Objectives or Outcomes** | Staff person's disclosure of confidential applicant or refugee information to a third party | Low | High | Provide mandatory annual and new hire training in ethics and fraud prevention. Sensitize staff to consequences of unauthorized disclosures through anti-fraud messaging on a consistent basis. Ensure staff have read and signed the CWS Confidentiality Policy. When staff work from home, remote monitoring and review of work on applicant cases provides a "virtual line of sight." Any work or action taken on an applicant's case is documented in START, allowing for a record of events that can be investigated if there is any suspected fraud or malfeasance. |
| | Staff solicitation or acceptance of gifts, money, favors, or services from applicants (bribery) | Low | High | Provide mandatory annual and new hire training in ethics and fraud prevention. Sensitize staff to consequences of bribery through anti-fraud messaging on a consistent basis. Ensure staff have read and signed the CWS Code of Conduct which outlines the zero-tolerance policy for fraud.  Avoid any processing situations that would require a staff person and applicant(s) to be alone or away from other staff. Provide close monitoring and supervision. When staff work from home, remote monitoring and review of work on applicant cases provides a "virtual line of sight." Any work or action taken on an applicant's case is documented in START, allowing for a record of events that can be investigated if there is any suspected fraud or malfeasance. |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting the Achievement of Program Objectives or Outcomes** | Corrupt activity by staff to facilitate resettlement applications for individual(s) ineligible for USRAP | Low | High | Emphasize organizational values of transparency, integrity, and accountability through training and daily sensitization; provide mandatory annual and new hire training on ethics and fraud prevention; provide close monitoring and supervision.  Ensure quality controls and checks to ensure all cases are processed following PRM guidelines. Conduct background screenings for all staff to ensure no bad actors are hired by CWS. When staff work from home, remote monitoring and review of work on applicant cases provides a "virtual line of sight." Any work or action taken on an applicant's case is documented in the START database and allows for a record of events that can be investigated if there is any suspected fraud or malfeasance. |
| | Staff theft of organizational assets | Medium | Medium | Train/sensitize new staff on CWS Code of Conduct and Zero-Tolerance for Fraud policy; establish asset control procedures; monitor warehouse and storeroom activities. Use of cameras to monitor activities in the office and the stores. Provide only authorized access to stores through key control mechanisms. Property Unit signs out equipment for repairs to contractors using the Asset Movement Book, leaving a copy with the security guards at the gate upon exit. |
| | Staff seeking to secure contracts on behalf of goods and services providers where there are clear conflicts of interest | Low | Medium | Provide mandatory annual and new hire training on ethics and fraud prevention with a focus on corruption, to include conflict of interest. Consistently apply current procurement policies and procedures. Any contract bid over $25,000 requires the formation of a committee to select the successful bidder. |
| | Market risk where suppliers deliver poor quality goods | Medium | High | Set clear expectations on the quality of goods and services required by RSC Africa as part of all Requests for Proposals; specifications provided by end users.  Ensure an adequate number of vendors are |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting the Achievement of Program Objectives or Outcomes** | | | | available. Identify and qualify the right suppliers; carry out market research to make decisions. Consistently apply current procurement policies and procedures. |
| | Performance risk involving late deliveries, high costs. | Medium | High | Give vendors feedback regarding issues and source new vendors when necessary. Procurement team pre-qualifies vendors using set criteria. |
| | Implementation risk involving insufficient financial capability of vendor for major projects | Low | High | Request financial statements for large scale projects (review conducted by Finance team); site visit conducted by RSC Africa Security team to confirm vendors have sufficient established operations. |
| | Office access by unauthorized individual(s) | Low | Medium | Enforce access control systems and procedures; deploy qualified contract security guards and install security cameras at all office locations. A valid reason to visit the CWS offices is a requirement for all persons on premises, and all guests are always escorted by a staff member. |
| | Unauthorized CWS staff accessing applicant case files in transit | Low | High | Institute policies and procedures whereby staff prepare documents for transit (using secured flight bags and trunks, etc.) ensuring that only they or PRM staff can unlock them. Conduct close monitoring and supervision. |
| | Unauthorized RSC support staff accessing applicant case files in transit (i.e., drivers) | Low | Medium | Enforce existing RSC Africa policies and procedures whereby staff prepare applicant documents for transit (using secured flight bags and trunks, etc.) ensuring that only they or PRM staff can unlock them. Train/instruct staff not to attempt to open secured trunks or flight bags with applicant materials or to accept applicant case files and documents not secured in a trunk, flight bag, or other authorized and secured vessel. |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting the Achievement of Program Objectives or Outcomes** | Individuals not affiliated with the RSC accessing applicant case files in transit (i.e., customs officials) | Medium | High | Enforce existing RSC Africa policies and procedures whereby staff prepare applicant documents for transit (using secured flight bags and trunks, etc.) ensuring that only they or PRM staff can unlock them. While cooperating with authorities, ensure RSC staff member is present during any inspection of trunks. Ensure trunks with PII are properly labeled and do not include any items that may encourage officials to open and inspect. |
| | Field worksite access breached by unauthorized third party | Medium | High | Require safety and security assessments for all proposed field worksites; require all field worksites to adhere to strict security guidelines and, when in use by RSC Africa, qualified contract security guards must be present before, during, and after staff work hours (to include night patrols); provide Staff Security Unit oversight of field activities/worksites. |
| | Applicant assumption of another person's identity | Medium | High | Enhanced vetting methods include the deployment of staff in countries to gather additional information on applicants. RSC Africa is currently using the Biometric Identity Management System to verify biometric information of UNCHR-referred applicants in all locations, and confirms applicant identity for FTJ and P3 cases by using photo confirmation. Photo identification is requested at each refugee interaction to confirm identity. |
| | Staff violation of policies and standard operating procedures | Low | Medium | Require semi-annual/annual training on policies and standard operating procedures and jobs skills for all departments. Confirm knowledge through post-training assessments and run regular quality control checks. Implement and record consequences for violations, conduct annual evaluations to review performance that includes compliance with policies and procedures; perform close monitoring and supervision. |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| | Negative perception of the organization/reputation by partner organizations | Low | High | Adhere to organizational values of transparency, integrity, ownership and collaboration, and emphasize commitment to values when working with partner organizations; require annual and new hire training in ethics and fraud prevention to include a module on organizational values and the consequences of staff not adhering to those values; perform close monitoring and supervision. |
|---|---|---|---|---|
| | Negative perception of the organization/reputation by host governments | Low | High | Stay abreast of and follow local laws and regulations with regard to registration, operation, etc.; adhere to organizational values of transparency, integrity, ownership and collaboration, and emphasize commitment to values when working with host government; require annual and new hire training in ethics and fraud prevention to include a module on organizational values and the consequences of staff not adhering to those values. |
| | Negative perception of the organization/reputation by vendors | Low | Medium | Adhere to organizational values of transparency, integrity, ownership and collaboration and emphasize commitment to values when working with vendors; require annual and new hire training in ethics and fraud prevention to include a module on organizational values and the consequences of staff not adhering to those values; perform close monitoring and supervision. |
| | Staff sexual exploitation or abuse of program participants | Low | High | Implement mandatory training for staff on Prevention of Sexual Exploitation and Abuse (PSEA+) during on-boarding and on an annual basis; put in place internal reporting mechanism and response protocols; conduct close monitoring and supervision of staff. Require staff to read, understand and sign the CWS Child Safeguarding policy on an annual basis; |
| | Staff sexual harassment of program participants | Low | High | Implement mandatory training for staff on sexual harassment during on-boarding and on an annual basis; require staff to read, understand, and sign the CWS Child Safeguarding policy on an |



| Risks Affecting the Achievement of Program Objectives or Outcomes | | | | annual basis; put in place internal reporting mechanism and response protocols; conduct close monitoring and supervision. |
|---|---|---|---|---|
| | Staff sexual harassment of other staff | Low | High | Implement mandatory training for staff on sexual harassment during on-boarding and put in place internal reporting mechanism and response protocols; conduct close monitoring and supervision. |
| | Host government amendments/ad hoc changes to migration/refugee policies | Medium | High | Maintain good relations with government authorities; ensure strict adherence to all NGO regulations and laws, as well as organizational requirements of countries of operation; retain reputable legal assistance for guidance. |
| | Host government regulations/restrictions on international versus local staff (based on subject matter expertise) | Medium | High | Maintain good relations with government authorities; ensure strict adherence to all NGO regulations and laws as well as organizational requirements of countries of operation; retain reputable legal assistance for guidance. |
| | Host government regulations/restrictions on the receipt and use of foreign funds by humanitarian agencies | Medium | High | Maintain good relations with government authorities; ensure strict adherence to all NGO regulations and laws as well as organizational requirements of countries of operation; retain reputable legal assistance for guidance. |
| | Host government NGO governing body implements burdensome/restrictive ad hoc changes to INGO operating policies | Low | High | Maintain good relations with government authorities; ensure CWS is in good standing with host government by adhering to all regulations and policies governing the operations of international NGOs; retain reputable legal assistance for guidance. |
| | Unintentional lack of compliance with host government policies and regulations | Low | Medium | Ensure all operations are conducted in line with the regulations of the host country; sensitize staff to local laws and customs of the country of operation. Pre-departure security briefing including destination customs and culture. |
| | New government Travel Restrictions affecting RSC staff movement - entry/exit, customs restrictions, lockdowns, block of airspace | Medium | High | Review contingency measures regularly. Maintain roster of potential evacuation facilitators to ensure they will be available if required. Establish networks with partner agencies (UNHCR, IOM), |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting the Achievement of Program Objectives or Outcomes** | | | | diplomatic missions and U.S Embassy to assure support with host country clearances should the need arise. |
| | Employment of unqualified staff | Low | Medium | Maintain rigorous selection criteria and processes; require annual and/or semi-annual staff skills training; conduct regular performance reviews. |
| | Lack of capacity to train staff | Low | High | Annually review the capacity and efficiency of the RSC Africa Training Unit. Train staff throughout the organization to provide training to their teams and peers (Train the Trainer). |
| | Lack of capacity to observe and monitor staff skills | Low | High | Per the Integrity and Compliance Guide, maintain organizational requirement that on all circuit rides and in the office setting, supervisory staff observe those under their supervision while carrying out their duties.   When staff work from home, remote monitoring and review of work on applicant cases provides a "virtual line of sight." Annual review of monitoring and evaluation capacity and efficiency will ensure compliance.  Conduct training needs assessments and implement findings. |
| | Systemic blind spots in the organization's fraud prevention measures | Low | High | Conduct an annual review of implementation and compliance percentage against the Integrity and Compliance Guide. Implement quarterly review of Integrity and Compliance Guide requirements. On an annual basis, complete a Fraud Risk Assessment that reviews the organization's fraud mitigation measures holistically, and reference throughout the year. |
| | High incidence of government institution corruption | Medium | High | Strict practice of zero tolerance for corruption at all levels per the Integrity and Compliance Guide; require staff to report all incidents to Program Integrity team, who informs RSC Director |
| | Extreme weather conditions affecting ability of staff travel to/from processing locations and CWS Africa offices | Medium | High | Monitor weather patterns and provide updates to the travelling staff; conduct pre-travel briefings for travelling staff. |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| | | | | |
|---|---|---|---|---|
| | Outbreak of disease near/at field worksites | Low | High | Identify and assess health facilities close to designated worksites; make staff aware of prevailing health conditions within areas of deployment. Conduct pre-departure security briefing for travelers and stay abreast of public health trends in areas of operation; review field safety and security protocols of specific area of operation. |
| | Outbreak of disease near/at CWS Africa offices | Low | High | Identify and assess health facilities close to CWS Africa offices; maintain an updated emergency contact list of health facilities within the health insurance panel; inform staff that are travelling to other CWS Africa office(s) of prevailing health conditions within the area(s). |
| | Anti-foreign sentiments | Medium | High | As appropriate, and specific to each identified Critical Incident, establish a Critical Incident Management Team; register all international staff with respective embassies; provide staff training/sensitization; Conduct security risk assessment of international staff residences to ensure they meet CWS Africa minimum operating security standards. |
| | Road accidents involving staff in transit for work purposes | Medium | High | Identify and assess suitable transport service providers; enforce road safety compliance; ensure all organizational and contracted vehicles are roadworthy and fully insured; develop road traffic accident contingency plan; train all drivers on road accident response protocols (reducing the likelihood and impact based on country specific SRA). |
| | Air travel accidents and disasters | Low | High | Provide pre-departure security briefings; use travel portal to track travelers including travel dates, destination and return dates. Use internationally recommended airlines; monitor travel through check-in procedures. On-arrival confirmation of all travelers |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| | | | | |
|---|---|---|---|---|
| | | | | provided through CR POCs to respective line managers and Staff Security. |
| | Budget over- or under-spending | High | Medium | Conduct regular review of spending through budget and review meetings; identify areas of under- or over-spending in advance to mitigate or realign the budget if necessary. |
| | | | | |
| **Information Technology Risks** | Cyber security risks | Medium | High | Adherence to NIST 800-53 security framework; automated staff cyber security awareness program using KnowBe4; annual RPC staff cyber security training; investment in technologies and strategies to mitigate data leak, loss or compromise; budgeted information security personnel responsible for information system security management. |
| | Unauthorized CWS staff accessing applicant personal identifying information (i.e., RDP, HR, Security, GSO, Finance, other RSC Admin staff, etc.) | Low | Medium | CWS staff adhere to the Integrity and Compliance Guide and confidentiality practices; maintain strict START access controls; require all CWS staff to participate in annual ethics and fraud prevention trainings and other anti-fraud activities; conduct close monitoring and supervision; adhere to NIST 800-53 systems access and authorization procedures requiring approvals for every system access. |
| | Third party access/theft of applicant personal identifying information or applicant files | Low | Medium | Require staff to read, sign, and understand the CWS Confidentiality policy; deploy qualified contract security personnel at worksites; install security cameras in key locations; implement data encryption, data leak/loss and prevention systems; require valid reasons for visit for all persons on premises; security system. Ensure all CWS RSC communications of applicant sensitive personally identifiable information (SPII) and personally identifiable information (PII) are encrypted when sending internally or externally. |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| | Third party access/theft of RSC data/information (laptop, modem, external hard drives, flash disks, satellite phones, servers, etc.) | Low | High | Conduct regular staff training on the Integrity and Compliance Guide, Information Technology policies and procedures; deploy qualified contract security personnel at worksites at all CWS Africa offices; install security cameras in key locations; require valid reason for visit for all persons on premises; install security alarm system. |
|---|---|---|---|---|
| **Information Technology Risks** | Access to internal network and malware installation | Medium | High | Recruit and retain qualified information technology network administration and security staff; implement information technology policies and procedures for staff to mitigate the vulnerability of the internal network; enroll and continuously run an automated staff cybersecurity awareness program using KnowBe4 system; implement intrusion prevention, detection and network vulnerability scanning systems; run frequent quality control checks to ensure that policies and procedures are being adhered to; continue incorporation of PRM and RPC requirements in the Integrity and Compliance Guide into organizational policy and IT SOP manuals; limit staff access to the internet to relevant websites to complete RSC Africa work; maintain firewall and NIST 800-53 cyber security framework per the Integrity and Compliance Guide. |
| | Staff taking photos of sensitive personally identifiable information (SPII) or non-sensitive personally identifiable information (PII). | Low | High | Enforce Personal Device Policy that restricts staff from bringing personal electronic devices that can take photos, record audio, or connect to the internet into the workspace. Restrict all RSC issued phones from taking photos or screenshots of information using a Mobile Device Management (MDM) system. Exceptions to this policy can only be approved by the CWS RSC Director or Deputy Director. Complete monitoring and QC spot checks to ensure these restrictions are followed. |



| | Unauthorized access to staff laptops | Low | High | All staff must lock their laptops when stepping away from their workstation. Laptops will automatically lock after five minutes of being unattended. All staff have unique network logins which are changed every 60 days and consist of at least 12 characters, have at least one number, a special character and one uppercase letter. |
|---|---|---|---|---|
| | Incidence of financial crime, to include check, wire transfer, and credit/debit card fraud | Low | Medium | Continued use of reputable banking and wire transfers service providers. |
| | | | | |
| **Risks Affecting Safety and Security of Personnel and Program Participants** | Reports of armed group or terrorist activity in/near locations where CWS maintains physical presence | Low | High | Implement office lockdown and active shooter procedures; enhance security around the office building; manning of the facility by trained contracted security guards, train staff on terror attack response; provide regular updates to all staff; seek support from law enforcement agents; monitor situation closely. |
| | Client physical aggression towards staff at CWS Africa offices or field worksites | Low | Medium | Train staff in client aggression and de-escalation response as well as provide staff with guidelines on dealing with aggression. Employ trained security guards at worksites. Employ interview set-ups that allow the staff to sit next to an exit; in CWS Africa offices and some worksites provide a barrier that separates the applicants from the staff interviewer. |
| | Employment of local and international staff with criminal or court contempt records | Low | High | PRM-approved employment background checks are conducted for all international staff; police clearance certificates are obtained for all national staff. |
| | Fire at CWS Africa offices or field worksites | Low | High | Maintain established fire safety and building evacuation procedures; train all staff on fire safety techniques; brief staff on fire safety policies for partner organizations and standalone worksites; equip CWS offices and worksites with fire safety equipment; avoid open fires. Fire escapes installed in the Nairobi |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting Safety and Security of Personnel and Program Participants** | | | | and Pretoria offices to ensure safe and orderly evacuation and drills conducted regularly. |
| | Acts of terrorism in/near field worksites | Medium | High | Regularly monitor situation; share analysis from partner agencies e.g., INSO, UNDSS, and police units; establish notification and response protocols in response to critical incident; suspend activities and withdraw staff until security clearance is provided. |
| | Acts of terrorism in/near CWS Nairobi office | Medium | High | Regularly monitor situation; share analysis from partner agencies e.g., INSO and police units; implement/drill lockdown and active shooter response procedures for individual office; establish notification and response protocols in response to critical incident; suspend activities and withdraw staff until security clearance is provided. |
| | Acts of terrorism in/near other CWS Offices | Low | High | Regularly monitor situation; share analysis from partner agencies e.g., INSO and police units; implement/drill lockdown and active shooter response procedures for individual office; establish notification and response protocols in response to critical incident; suspend activities and withdraw staff until security clearance is provided. |
| | Armed bandit attacks on vehicles in/near CWS processing locations | Low | High | Monitor/analyze local context.  Raise awareness among staff; employ enhanced security around worksites including deployment of security guards during CRs and monitoring of the situation; liaise with local authorities and police; coordinate security with IOM/UNDSS. |
| | Natural calamities including but not limited to earthquakes, floods, tornadoes, etc. | Low | High | Monitor weather/climate events and determine possible impact on staff and operations; ensure appropriate field security protocols, contingency plans and equipment safety are in place; raise staff awareness of possible vulnerabilities and recommended mitigation measures of reducing the impact. |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| | | | | |
|---|---|---|---|---|
| **Risks Affecting Safety and Security of Personnel** | Political violence related to national, regional, local elections in Kenya, South Africa, Tanzania, Rwanda, or Uganda where CWS has offices | Medium | High | Monitor/analyze local political context; adhere to Country Specific security plans and field specific security protocols and contingency plans; strictly enforce safety and security policies and procedures; always practice the principle of neutrality and non-partisanship. |
| | Reports of political demonstrations or civil unrest in/near staff field worksites or accommodations | Low | Medium | Monitor/analyze local political context; adhere to Country Specific security plans and field specific security protocols and contingency plans; strictly enforce safety and security policies and procedures; always practice the principle of neutrality and non-partisanship. |
| | Reports of political demonstrations or civil unrest in/near CWS offices in Kenya, South Africa, Tanzania, Rwanda, or Uganda | Medium | High | Monitor/analyze local political context; adhere to Country Specific security plans and field specific security protocols and contingency plans; strictly enforce safety and security policies and procedures; always practice the principle of neutrality and non-partisanship. |
| | Extreme weather conditions in/near CWS Nairobi office | Medium | High | Monitor local/regional weather conditions and advise staff, local partners, and applicants accordingly. |
| | Extreme weather conditions in/near South Africa, Uganda, or Rwanda offices | Low | Medium | Monitor local/regional weather conditions and advise staff, local partners, and applicants accordingly. |
| | Extreme weather conditions in/near Tanzania country office | Low | High | Monitor local/regional weather conditions and advise staff and applicants accordingly. |
| | Perception/knowledge of staff carrying large amounts of USD while on CRs by vendors (hotel, restaurateurs, contract staff) or transit staff (customs & immigration) | Medium | High | Reduce cash handling by use of credit cards, advanced electronic payment, and/or mobile payment; train all new staff on safe handling of cash in the field; all staff complete personal safety and security training. |
| | Generalized poor road safety/conditions | Medium | Medium | Establish and enforce safe driving and movement procedures for all contracted transport vendors in all processing locations; apply criteria for vehicle/driver selection; maintain all vehicles in roadworthy condition; maintain insurance cover by reputable insurance company and serviceable; equip all vehicles with |



| and Program Participants | | | | necessary tools and equipment; drivers are qualified and oriented to safe driving protocols. |
|---|---|---|---|---|
| | Poor police response to incidents of crime at field worksites and at CWS Africa offices | Medium | High | Liaise with multiple security and enforcement agencies; contract Mobile Response Team (MRT) service providers at all CWS Africa office locations. |
| | Processing activities that include advocacy for diversity (in hiring, Cultural Orientation, Safe Spaces for LGBTI clients, etc.) in countries or regions with conservative social beliefs | Low | Medium | All operations conducted in line with host country regulations; staff sensitized to local laws and customs of the country of operations; plan security briefings with partner organization security person of contact. Discuss potential impacts with local legal support. |
| | High crime rates in/near field worksites | Low | High | Regularly assess worksite safety and security; respond to identified risks/threats; require all staff to complete personal security training; conduct pre-departure security briefing of staff; liaise with Security POCs of partner agencies (e.g. INSO, UNDSS, U.S Embassy office of the RSO, local police, INGO security forums and private security firms); provide periodic security updates to staff while in the field; develop specific field security protocols and contingency plans for each operational area. |
| | High crime rates in/near existing CWS offices in Kenya, South Africa, Tanzania, Rwanda, or Uganda | Medium | High | Regularly assess worksite safety and security; respond to identified risks/threats; liaise with local partner security agencies within the office location for information sharing and situational updates; provide periodic security updates to staff on crime rates; provide guidance to staff on security measures; require all staff to complete personal security training; develop specific security plans for the individual offices; establish network with local and international agencies/security forums and local authorities. |
| | High incidence of police corruption at field worksites and/or in CWS office locations | Medium | High | Strict practice of zero tolerance to corruption at all levels per the Integrity and Compliance Guide; require staff to report all incidents |



| Risks Affecting Safety and Security of Personnel and Program Participants | | | | to Staff Security Coordinator and Program Integrity team through the Fraud Mailbox. |
|---|---|---|---|---|
| | Employment of contract staff in the field with ties to terrorist or armed non-state groups | Low | High | Due diligence background checks conducted before engaging any contractor; SAM.gov background checks conducted for all contractors and their firms to ensure they are free from any ties with FTOs. |
| | Infiltration of refugee camps by known terrorist or armed groups | Medium | High | Worksites regularly monitored and assessed for possible terror related risks; Conduct Security Risk Assessment in areas of operation (assess the risks of identified threats with mitigation measures), conduct processing activities outside refugee camps in a secure and protected worksite with control of physical security and access controls; employ due diligence and high-level security checks as per PRM guidelines at all levels. |
| | Recruitment of refugees by terrorist or armed groups | Medium | High | Regularly monitor RSC-designated worksites; suspend activities and withdraw staff until security clearance is provided. |
| | Reports of armed group or terrorist activity in/near field worksites | Medium | High | Continually monitor crime and armed group activity in operational areas; train staff on terror attack response; provide regular updates to all staff; enhance security around office buildings; seek support from law enforcement agents; regularly monitor RSC designated worksites; suspend activities and withdraw staff until security clearance is provided. |
| | Reports of armed group or terrorist activity in/near staff field accommodations | Low | High | Regularly assess field accommodations and ensure they are UNDSS cleared; establish network with partner agency security personnel and local enforcement agencies; train staff on terror attack response; provide regular updates to all staff; seek support from law enforcement agents; continuously monitor the situation closely. |
| | High incidence of road accidents | Medium | High | Establish and enforce safe driving and movement; ensure all vehicles are roadworthy and fully insured; equip all vehicles with |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting Safety and Security of Personnel and Program Participants** | | | | necessary tools and equipment; ensure drivers are qualified and train all drivers on road accident response protocols (reducing the likelihood and impact based on country specific SRA). |
| | Incidents of workplace violence (against staff and applicants) at CWS Africa offices | Low | Medium | Train all new staff on Lockdown and Active Shooter response protocols; regularly conduct Lockdown and Active Shooter response drills; enforce access and perimeter control procedures; maintain roller-shutter doors to prevent the access of bad actors into floors with staff; require office location protection measures to ensure maximum safety and security for staff, USCIS, applicants, interpreters, and other relevant parties; retain contracted security officers in all office locations. |
| | Incidents of workplace violence at field worksites | Low | Medium | Enforce security protocols to deter workplace violence at field site (interview rooms, assembly areas, etc.); enforce access and perimeter control procedures; office location protection measures to ensure maximum safety and security for staff, USCIS, applicants, interpreters and other relevant parties; contracted security officers in all office locations. |
| | High frequency of vehicle traffic jams near CWS offices or in/near field worksites | Low | Medium | Assess traffic patterns to ensure free flow of traffic to and from the offices or worksites; enforce movement procedures. |
| | Staff kidnapping/abduction or hostage-taking at CWS Africa offices or field worksites | Low | High | Regularly assess worksites and monitor kidnapping trends; conduct pre-travel briefing for all staff; enhance surveillance around the offices and field worksites; establish contingency plans; conduct crisis management team drills; liaise with state and non-state security agencies; train staff on kidnapping and hostage survival. |
| | Staff violation of safety and security policies and procedures | Low | Medium | Reinforce staff training and Staff Security manual roll-out; strictly adhere to staff safety and security procedures. |
| | Employment of contract security guards with criminal backgrounds | Low | High | Conduct due diligence on contracted security guards and obtain police clearance certificates; check references and licenses of |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting Safety and Security of Personnel and Program Participants** | | | | contracted security firms to confirm good professional standing. Run SAM.gov background checks on all security firms that are contracted. |
| | Employment of contract security guards vulnerable to bribery and solicitation of bribes | Low | Medium | Conduct due diligence and background checks and police clearance contracted security to ensure that they have no criminal records; check references and licenses of contracted security firms to confirm good professional standing. |
| | Employment of field vendors with criminal backgrounds or ties to terrorist or armed non-state groups | Low | High | Conduct due diligence and police background checks on all the contracted firms and owners. Run SAM.gov background checks on all field vendors that are contracted. |
| | Employment of field vendors without proper insurance, that do not meet minimum safety requirements (transportation and food vendors) | Low | High | Conduct due diligence checks on all the contracted transport and food service providers to ensure that they are legally recognized and fully licensed. Encourage staff to report any instances where they observe unsafe practices. |
| | Staff support of terrorist or armed groups | Low | High | Conduct SAM.gov background checks on all potential hires; obtain police clearance certificates for all local staff prior to hire, and every two years thereafter; run background checks for all international staff prior to hire, and every five years thereafter. |
| | Incomplete security information from partner agencies about field accommodations, country security assessments | Low | High | CWS Staff Security carry out independent security checks to validate information received from partners; ensure all the fieldwork and accommodation sites are secure and meet the minimum-security operating standards. |
| | Theft by third party (stealing from RSC staff, work site, office, etc.) | Low | High | Brief staff on prevalence of crimes in specific locations; secure access to RSC worksites; deploy professional security guards at all the offices and field worksites; install surveillance cameras in the offices; enforce perimeter security and access control procedures. |
| | Unauthorized third-party access to worksite (to include all CWS Africa offices). | Low | High | Enforce stringent access control policies; ensure all individuals at worksites and office always have identity badges with them clearly |



| | | | | |
|---|---|---|---|---|
| **Risks Affecting Safety and Security of Personnel and Program Participants** | | | | displayed as per the security policies. No walk-ins allowed, all visitors are accompanied by the host in the building and only visitors with prior appointments are allowed into the facility. |
| | Terrorist activity near/at field worksites | Medium | High | Monitor security threats (including possible acts of terror); develop localized response protocols and inform staff of responsibilities; recall field staff to CWS offices or to secure locations; establish and maintain contacts with partner agencies, diplomatic missions, and local law enforcement in incident response. |
| | Terrorist activity in/near CWS Africa offices | Low | High | Devise in-house research and reporting guidelines to ensure up-to-date and accurate information; liaise with partner organizations for information; join regional INGO security forum(s) e.g., Regional Security Advisors Forum (RSAF) to receive updated information and to communicate with security colleagues to increase situational awareness of terrorist activities, analysis of security situation in areas of operation. |
| | Outbreak of communicable disease near/at field worksites | Low | High | Reduce staff numbers deployed to the field by establishing remote processing capabilities (consistent with EO 14013 and approved by BPRM). Require health, safety, and security assessments prior to deployment of staff to field locations; institute policies and procedures for the safe and coordinated recall of staff in the event of a communicable disease outbreak. Conduct pre-briefings on location demography outlining possible communicable diseases and advise on preventive medication to carry. Monitor staff wellness and health; establish protocols to address disease outbreaks; promote high medical and personal hygiene standards among staff; engage with local health officials and medical providers to improve access to services. Ensure all travelers have medical insurance cover incorporating 3${}^{rd}$ country medical evacuation. |

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



| | | | | |
|---|---|---|---|---|
| | Outbreak of communicable disease near/at CWS Africa offices | Low | High | Monitor staff wellness and health; establish protocols to address disease outbreaks; promote high medical and personal hygiene standards among staff; engage with local health officials and medical providers to improve access to services. Utilize remote processing capabilities (consistent with EO 14013 and approved by BPRM) to allow processing to continue. |
| | Food or water contamination at CWS Africa offices or field worksites | Medium | High | Pre-travel evaluation and vaccination; promote high medical and personal hygiene standards among staff; engage with local health officials and medical providers to improve access to services. |
| | Staff health emergencies at field worksites or field accommodations | Low | High | Reduce staff numbers deployed to the field by establishing remote processing capabilities (consistent with EO 14013 and approved by BPRM). Ensure all travelers have medical insurance cover incorporating 3rd country medical evacuation; orient staff to medical insurance coverage and contact information; identify good health facilities around the designated worksites. |
| | Limited access to high quality health care facilities | Medium | High | Reduce staff numbers deployed to the field by establishing remote processing capabilities (consistent with EO 14013 and approved by BPRM). Engage insurance provider to identify recommended health facilities proximate to designated worksites. Ensure all travelers have medical insurance cover incorporating 3rd country medical evacuation. |
| | For travelers with underlying conditions, chronic illnesses etc., missed doses of medication due to cross-time zone travel or inadequate supply | Medium | High | Provide pre-travel screening and a resource to travelers with underlying conditions-ensuring they carry all necessary medication (certain medication may be prohibited in certain countries-hence need to advise travelers accordingly), and avail emergency contacts. |
| | Mental Health - traveler stress, anxiety, possible depression because of separation from family, exposure to foreign cultures | Medium | High | Pre-travel mental preparation to curb anxiety; CWS medical health insurance cover incorporating Employee Assistance Program (EAP); |



| | | | | Mandatory pre-departure security briefings conducted to all travelers before travel on official missions |
|---|---|---|---|---|
| | Staff infected with COVID-19 virus while at CWS Africa offices/on official mission | Low | Medium | Require all staff working in person to be fully vaccinated; provide testing upon demand; encourage staff to remain home when sick. Reduce staff numbers in the office or deployed to the field by establishing remote processing capabilities (consistent with EO 14013 and approved by BPRM) when necessary. Continue to provide any COVID-19 situational updates to staff through the All-Staff Communication Working Group. |
| | Lack of adequate health facilities to respond to an increase in COVID-19 infections | Medium | Medium | Reduce staff numbers deployed to the field by establishing remote processing capabilities (consistent with EO 14013 and approved by BPRM). Through CWS medical health insurance cover, identify and assess health facilities with capacity to manage COVID-19 patients and enlist within the health insurance panel. |



APPENDIX A                                    Risk Analysis Likelihood and Impact of Risk

| Rating | Likelihood | Description of Likelihood of Risk |
|--------|-----------|-----------------------------------|
| 1 | Low | Most likely will not occur, had infrequent occurrence in the past. (Unlikely) |
| 2 | Medium | Possible to occur / could happen. (Moderately Likely) |
| 3 | High | Likely to occur, has occurred in the past. (Likely) |

| Rating | Impact | Description of the Potential Impact of Risk |
|--------|--------|---------------------------------------------|
| 1 | Low | Limited delays to Organization's operations/projects, some minor injuries/possible stress to the staff and possible damage or loss to the organization's assets. (The impact is Minor) |
| 2 | Medium | Delays to the organization's operations/projects, non-life-threatening injuries/high stress to the organization's personnel, or some loss of the organization's assets. (The impact is Moderate) |
| 3 | High | Severe disruption of the organization's operations/projects, severe injuries to the organization's staff and significant loss to the organization's assets. (The impact is Severe) |





**APPENDIX B**

**Risk Analysis Matrix**





**CWS RSC Africa Key Personnel**

**Note: Upon PRM's approval of the FY24 budget and proposal narrative, an updated list of key personnel will be shared once staff have transitioned to these new proposed positions.**

**Erol Kekic** is CWS' **Senior Vice President, Programs**. Erol is a veteran in the fields of refugee resettlement, humanitarian assistance, and disaster response, and began his work with CWS in 2000. He assumed his current role in 2008 and leads CWS' efforts to address the needs of forcibly displaced individuals through resettlement and other durable solutions. The Senior Vice President, Programs provides strategic direction and oversight to all CWS programs, including RSC Africa, and represents CWS to USG, UNHCR and other USRAP partners. Prior to his work with CWS, Erol worked with other national and local NGOs in the U.S. and abroad, including refugee resettlement activities in the U.S. *This position will be funded by other sources.*

**Katherine Rehberg** is CWS' **Vice President, Programs**. In this capacity, she provides senior management oversight to RSC Africa and supervises the Associate Director, Refugee Processing and CWS Regional Representative for Africa. She previously worked for CWS at RSC Africa in several roles between 2014 – 2019, including serving as RSC Deputy Director from 2017 – 2019, where she oversaw the implementation of refugee resettlement processing across sub-Saharan Africa. Katherine holds a Masters in Refugee and Forced Migration Studies from the University of Oxford's Refugee Studies Centre and a BA in International Affairs. In addition to her work with CWS, Katherine has managed and advised programs serving refugees and displaced communities in Sudan, Egypt, and the United States.

**Senior Director, Operations.** This individual will provide technical assistance and oversight to the Africa-based Administration Department to ensure effective operation of RSC Africa programming. This individual is replacing the Director for Global Operations, as the admin-related headquarters representative. This is a new position that is yet to be filled.

**Massimo Lowicki-Zucca** is CWS' **Director, Program Compliance**. In this capacity, he provides expert advice on donor requirements and regulations, training and guidance to program staff, routine monitoring and audit of programs to ensure compliance, and supports the development of policies, procedures and tools to enhance the organization's compliance environment. Massimo has over two decades of program design, management, and compliance experience around the world, including in humanitarian, development, and emergency contexts. He previously served as Chief of Party for several USAID-funded projects and has extensive experience with USG rules and regulations. He holds a master's in development studies from the University of London's School of Oriental and African Studies, a master's in economics from Bocconi University in Milan, and a BA in Economics.



**Catherine MacKay** is CWS' **Associate Director, Refugee Processing**. She serves as the primary point of contact between CWS and PRM as it relates to RSC Africa, as well as the CWS headquarters focal point for RSC Africa programmatic monitoring. She previously held positions with UNHCR in South Africa, Egypt and Geneva, working in resettlement and on policy issues overlapping asylum and migration. Her entry into the refugee field was as a provider of pro bono legal aid services to asylum seekers and refugees at Africa and Middle East Refugee Assistance (AMERA) in Egypt. Catherine holds a master's in international human Rights Law and a Graduate Diploma in Migration and Refugee Studies from The American University in Cairo, and a BA in Women's Studies and Italian.

***Associate Director, International Security***. This individual will provide safety and security guidance and oversight to CWS programs worldwide, including on critical incident management. This individual is replacing the Director for Global Security as the safety- and security-related headquarters representative. This is a new position that is yet to be filled.

**Thomas Tauras** is CWS' **Regional Representative for Africa**. Prior to assuming his current position, Tom served as USAID Office of Foreign Disaster Assistance Regional Senior Advisor for East and Central Africa, based in Nairobi, where he was responsible for funding disaster response programs in 14 countries that supported displaced victims of conflict and changing climate. Tom also served as Associate Vice President, Middle East and Eurasia, responsible for oversight of Save the Children U.S. programs - including programming support to refugees – in Egypt, Palestine, Jordan, Lebanon, Yemen, Iraq, Georgia, Azerbaijan, Armenia, Kazakhstan, Uzbekistan, Tajikistan and Kyrgyzstan. He has also served at the world headquarters of Save the Children in Connecticut as the Associate Vice President for International Operations, overseeing daily global operations for 42 countries. Tom is a graduate of the University of Notre Dame which recently honored him with the Dr Thomas Dooley Humanitarian Award. He was an active-duty infantry officer in the U.S. Army, serving in Okinawa, Japan. *Thomas is part of the Resettlement Support Center (RSC) Africa Senior Management team (SMT).*

**Scott Muttersbaugh** is the **RSC Africa Director**. Prior to moving into the Director's role in October 2016, Scott served as Deputy Director for Operations, overseeing nearly all aspects of case processing.  Prior to his appointment in this position, Scott served as the Field Team Coordinator at RSC Africa where he managed pre- screening and USCIS circuit rides as well as the P3 family reunification program.  Before joining RSC Africa, Scott worked at the Refugee Processing Center (RPC) as the Domestic and Overseas Operations Manager with SRA International in Arlington, Virginia.  He has also served as a Peace Corps Volunteer in Zambia.  Scott has a master's degree in international studies from the University of Denver.  *Scott is part of the RSC Africa SMT.*



**Nicole Irungu** is the **RSC Africa Deputy Director**.  Prior to moving into the Deputy Director's role in November 2019, Nicole served as Field Processing Coordinator, overseeing all aspects of the Field Processing Department, which includes pre-screening and USCIS circuit rides as well as the Circuit Ride Unit. Nicole has been with CWS/RSC Africa since 2009 and has held various positions. Before joining RSC Africa, Nicole worked as an Employment Counsellor at Employment Action Center in Minneapolis, Minnesota.  Nicole has a master's degree in Non-profit Leadership and Management from Arizona State University. *Nicole is part of the RSC Africa SMT.*

**Scholastica Wangui Ndirangu** is the CWS **Human Resource Regional Director** since March 2023. Before joining CWS, Scholastica worked as the Country Human Resources Manager at Plan International Kenya. Scholastica is a leader in People and Culture with over 19 years working experience in Human Resource Management and Organizational Development, mainly in the International NGO sector.  She holds a master's degree in business administration (Human Resource Option) from Catholic University of Eastern Africa, A Bachelor of Education degree in home science and technology from Moi university and a Diploma in Human Resource Management from Kenya Institute of Management. Schola is also trained in Bullet Proof Management, Green Belt Process Improvement, Critical Incidence Stress Management, HAY Methodology Job Evaluation, Practicing License By IHRM, Mediation, and conflict resolution, Practicing License.

**George Karani** is the **RSC Africa Regional Information Technology Coordinator** (FY23) / **Regional Information Technology Director** (FY24), responsible for ensuring the effective, efficient, and secure operation of all computer systems within CWS Africa by providing direction, planning, organizing, and managing all information and communication technology activities (ICT). George joined RSC Africa in June 2012 as an Applications Developer Intern, then later hired in November 2012 as a Temporary IT Specialist before being confirmed as IT Specialist in Staff Support in February 2014 and after moving to IT Specialist in Infrastructure in May 2015 and IT Manager from August 2017. Prior to joining RSC Africa, he worked at Orange Telkom, Kenya, as a Network Engineer Intern and Outlook solutions as a Statistical Analyst. He holds a bachelor's degree in Telecommunication and Information Technology from Kenyatta University, Kenya.

**Edward Gitau Nduati** is the **RSC Africa Finance Coordinator** (FY23) / **(Acting) Director, Finance and Operations** (FY24), responsible for RSC Africa's annual budget preparation, financial planning and management, accounting and payroll operations, and reporting and analysis through oversight of the finance unit. Prior to joining RSC Africa, he worked at Save the Children International. Edward has a Bachelor of Commerce (Finance option) degree and is a Chartered Accountant.



**Ann Boayue** is the CWS **Country Representative for South Africa**. Prior to joining she worked as a Refugee Assistant for the Bureau of Population and Refugees Migration (PRM) in Nairobi, Kenya. She served as a Quality Improvement Advisor for the Centers for Disease Control and Prevention (CDC) in Dar-es-Salaam, Tanzania. She also has extensive experience working domestically with the Reception and Placement Program, providing social services to newly arrived refugees. She has a Master of Social Work (MSW) and Master of Public Health (MPH) from Saint Louis University and a Bachelor of Science from Morgan State University.

**Enzo Vecchio** is the CWS **Country Representative for Tanzania**.  Prior to joining he was Regional Representative for Kenya/Somalia and East Africa regional programs for an international NGO. Enzo also worked for World Vision International for over 17 years where he held down various roles including Operations Director, Director for Humanitarian Affairs and National Director in numerous countries including Kenya, Somalia, Uganda, and Afghanistan, while also overseeing operations in Dubai and Iran. He has extensive experience in developing and leading change management processes with development organizations. He is a champion of rights-based development approaches and community empowerment. Enzo holds a Bachelor of Science in Mechanical Engineering from Royal Melbourne Institute of Technology.

**Tamba Emmanuel Danmbi-saa** is the CWS **Country Representative for Rwanda**. He is leading our expansion of refugee resettlement work in Rwanda, and throughout the Great Lakes Region. Tamba has extensive professional experience in Humanitarian and Development programming leadership roles at Regional and Country Office levels with over twenty years of progressive work experience, including over six years of senior management experience in complex emergency country settings. Tamba has extensive international experience and has worked in several countries around the world in partnership with UNHCR and IOM. Tamba holds a master's degree in international Cooperation and Humanitarian Aid from the KALU Institute of Humanitarian Aid Studies. He is completing his MBA in Leadership and Sustainability from the University of Cumbria.

**Karen Monken** is the **RSC Africa Senior Compliance Coordinator** (FY23) / **Associate Director of Program Compliance** (FY24), overseeing the Program Integrity, Data Integrity, START, and Training units. She previously served as the Director of Pre-Arrival and Initial Resettlement at HIAS and joined CWS RSC Africa in April 2023. Karen holds a master's degree in social work and a master's degree in public administration from The University of Texas at Arlington and a bachelor's in international studies from Baylor University.

**Susan Muraya** is the **Program Coordinator at RSC Africa's Uganda Country Office** in Kampala. She oversees the USRAP program activities (Field Processing, Cultural Orientation, ARDU, and Processing Support) at the Kampala Country Office. Prior to this role, she was the Refugee Communications Coordinator. She joined RSC Africa in October 2009 and has held several positions, including Caseworker, Public Information Supervisor, Adjudications Manager,



Processing Support Coordinator, and Refugee Communications Coordinator. Prior to joining RSC Africa, she worked as a Visa Fraud Analyst for Equity Bank. Susan has a Bachelor of Sciences in International Relations from the United States International University (USIU) Africa.

**Nyarai Faith Chirinda** is the **Program Coordinator at RSC Africa's South Africa Country Office** in Pretoria. She provides support to the Field Processing team to ensure quality, effective, and efficient case processing, and management. Prior to joining RSC, she worked in various organizations where she championed the elimination of child labor and unfair labor practices. Throughout her career, she has actively contributed towards designing, implementing, and monitoring projects aimed at eradicating poverty and promoting sustainable development. She also worked as a Program Manager leading a multi-provincial project for a UNHCR social implementing partner. Nyarai is a qualified social worker and community development practitioner. She holds a master's degree in social development- Specializing in Social Development Studies from the University of Cape Town (UCT).

**Grace Waiharo** is the **Resettlement Coordinator at RSC Africa's Tanzania Country Office**. She joined RSC Africa in January 2016 and has held several positions, including Senior Case Processing Assistant, Caseworker, Senior Caseworker, and Field Processing Supervisor. Grace has a Bachelor of Science in Computer Technology from Jomo Kenyatta University of Agriculture and Technology (JKUAT). She is currently pursuing a Master of Science in Project Management from the same institution.

**Samuel Njuguna** is the CWS Africa **Internal Auditing Coordinator**. His role is to perform financial, operational, system and process audits of the organization's functions, and to report on the adequacy, or otherwise, of the internal controls and risk management as a safeguarding to CWS Africa mission. Samuel joined CWS in January 2023. He has over 17 years' worth of practical experience having served in various leadership capacities within the Audit, Risk Management and Compliance functions in several. Samuel holds a Master of Business Administration degree (Finance option), from the University of Nairobi. Bachelor of Business Administration Accounting & Management majors from the university of Eastern Africa Baraton. He is a CPA (K), Certified Compliance and Ethics Professional (CCEI-P), and holder of an International Certificate in Risk Management (CIRM).

**William Charles** is the **RSC Africa Program Integrity Coordinator** (FY23) / **Senior Manager – Program Integrity** (FY24), responsible for overseeing the continued implementation and oversight of the Program Integrity Guidelines. He joined RSC Africa in May 2019 as a Program Integrity Assistant and later Program Integrity Specialist and Program Integrity Manager. Before joining the RSC, William was the Remote Placement Coordinator at United States Conference of Catholic Bishops (USCCB). William holds a bachelor's degree from Kent State University in Political Science and a minor in Economics.

CWS FY2024 Resettlement Support Center (RSC) Africa (SFOP0009766)



**Andi Juanda** is the **Africa Regional Deployment Unit (ARDU) Coordinator** (FY23) / **Senior Manager – ARDU** (FY24), overseeing experts and specialists deployed to UNHCR operations across the Africa region. Andi joined ARDU on 15 June 2021 as ARDU Manager. Before joining Africa, Andi was a Programs Director for CWS in Indonesia. He started his professional career with UNHCR in Indonesia in 2010 and moved to CWS in 2015 as a Deputy Program Manager, was promoted to a Program Manager position and in 2019, to Program Development Manager. In the same year, Andi was appointed as an ACT Alliance Indonesia Forum Co-Convener and a Member of the Board of Trustees of the Indonesia Humanitarian Forum. Andi holds a bachelor's degree in international relations.

**Robert Onyinge** is the **Staff Security Coordinator for RSC Africa** (FY23) / **Regional Security Risk Senior Manager** (FY24), ensuring all security-related matters affecting staff and organizational assets both at the Nairobi office and at RSC Africa Country Offices. Robert joined RSC Africa in March 2016 as an Assistant Staff Security Coordinator. Prior to joining, he worked as a Security Trainer in various organizations, security-related matters affecting staff and organizational assets at the Nairobi office and including Emirates Security (United Arab Emirates), Kenya Institute of Studies in Criminal Justice (KICJ) and Japan International Cooperation Agent (JICA). Robert holds a bachelor's degree in international Conflict Resolution and Peace Building specializing in Security and Conflict in Africa as well as Diplomas in Forensic & Criminal Investigations and Fingerprint Science and Technology.



**RSC Africa – RSC Africa Regional Leadership Organizational Chart – FY24**





- Regional Representative for Africa ★
- RSC Director ★
- Deputy Director Program Implementation ★
- Deputy Director Program Development & Quality ★
- Country Representative +
- Associate Director of RSC Program - East & Southern Africa +
- Associate Director of RSC Programs - Great Lakes West & Central Africa +
- Associate Director of Strategic Planning +
- Associate Director Program Compliance +
- Regional Security Risk Senior Manager +
- Program Coordinator- +
- Senior Manager Special Caseloads +
- Country Offices Program Senior Managers +
- Special Projects Manager +
- Senior Projects Support Officer
- Administrative Officer

Local Hire | International Hire | + Leadership Team | ★ Senior Management

RSC Africa – RSC Africa Regional Leadership Organizational Chart – FY24







**RSC Africa – RSC Director Organizational Chart – FY24**



**RSC Director**
★

**Deputy Director Program Implementation**
★

**Deputy Director Program Development & Quality**
★

**Regional RSC Africa HR Director**
+

**Director of Finance & Operations**
+

**Director of Information Technology**
+

**Country Representatatives (N/I)**
+

**Associate Director Program Compliance**
+

**Special Projects Manager (N)**
+

**Administrative Officer**

Local Hire

International Hire

+ Leadership Team

★ Senior Management



RSC Africa – Deputy Director Program Implementation
Organizational Chart – FY24





- Deputy Director, Program Implementation ★
  - Associate Director of RSC Program - East & Southern Africa +
    - Senior Manager, Africa Regional Deployment Unit +
    - Senior Manager Circuit Rides +
    - Senior Manager - Special Caseloads +
      - Special Caseloads Manager (N) +
        - Special Caseloads Supervisor
          - Child Protection Specialist
            - Senior Case Processing Assistant, Protection (N) - 3
          - Expedite Specialist
            - Senior Case Processing Assistant, Protection (N) - 3
        - Special Caseloads Supervisor
          - Family Reunification (FTJ-R) Specialist
            - Senior Case Processing Assistant, Protection (N) - 3
          - Family Reunification (P3) Specialist
            - Senior Case Processing Assistant, Protection (N) - 3
          - Welcome Corps (P4) Specialist
    - Senior Program Manager - Kenya, Sudan +
    - Senior Program Manager - Horn of Africa +
    - Senior Program Manager - Support & Compliance +
    - Senior Program Manager - Southern Africa +
  - Associate Director of RSC Programs - Great Lakes West & Central Africa +
    - Senior Program Manager - Tanzania +
    - Senior Program Manager - West Africa (N/I) +
    - Senior Program Manager - Central Africa +
    - Senior Program Manager - Uganda +
    - Senior Program Manager - Rwanda +



Local Hire | International Hire | + Leadership Team | ★ Senior Management



RESETTLEMENT
SUPPORT CENTER
RSC
AFRICA

RSC Africa – Deputy Director Program Quality & Development
Organizational Chart – FY24

CWS



RSC Director ★

Deputy Director Programs Development & Quality ★

Associate Director of Strategic Planning +

Associate Director Program Compliance +

Senior Manager - Data Analytics & Visualization +

Senior Manager Projections & Pipeline +

Senior Manager, Program Integrity +

Senior Manager Monitoring Evaluation Accountability & Learning (MEAL) +

Senior Manager Processing Compliance +

Special Projects Manager +

Data Integrity Manager +

Communications Manager +

Program Integrity Manager +

Interpreter/ Childminder Manager

Monitoring Evaluation Accountability & Learning Manager (MEAL) +

Cultural Orientation Curriculum Development & Evaluation Manager +

START Systems Solutions Champion +

START Policy Manager +

Learning & Development Manager +

Data Integrity Supervisor - USRAP

Data Integrity Supervisor - Administration

Senior Travel Projections Specialist

Senior Depature Projections Specialist

Public Information Supervisor

Interpreter/ Childminder Supervisor - 1

START Training and Engagement Supervisor

START Policy Supervisor - 2

Learning & Development Supervisor - 2

Public Information Specialist (3)

Interpreter/ Childminder Specialist - 2

Monitoring Evaluation Accountability & Learning Specialist (MEAL)

Curriculum Development & Evaluation Specialist - 3

Learning and Development Specialist - 4

Instructional Designer - 2

Data Analyst - 6

Data Analyst - 3

Program Monitor

Senior Program Integrity Assistant (2)

Cultural Orientation Curriculum Development & Evaluation Program Assistant - 5

Training Assistant (N) - 2

Local Hire | International Hire | Leadership Team | Senior Management



**RSC Africa – Country Offices  Organizational Chart – FY24**









**RSC Africa – Kenya Programs Leadership Organizational Chart – FY24**



Deputy Director Program Implementation

Associate Director of RSC Programs - Great Lakes , West & Central Africa

Associate Director of RSC Program - East and Southern Africa

Senior Program Manager - West Africa

Senior Program Manager - Central Africa

Senior Program Manager - Kenya / Sudan

Senior Program Manager - Horn of Africa

Senior Program Manager - Support & Compliance

Security Risk Manager, Kenya

Senior Security Risk Specilaist

Local Hire

International Hire

★ Senior Management

+ Leadership Team



RSC Africa – Kenya Pod Organizational Chart – FY24



RESETTLEMENT
SUPPORT CENTER
RSC
AFRICA

RSC Africa – Kenya Programs Support & Compliance
Organizational Chart – FY24

 CWS



**Associate Director of RSC Program - East & Southern Africa** +

**Associate Director Program Compliance** +

**Senior Program Manager- Support and Compliance.** +

**Projects Manager - Pipeline** +

**Correspondence Manager** +

**Call Center Manager** +

**Compliance Manager** +

**Program Integrity Manager** +

**Case Processing Supervisor - 1,1 (N/I)**

**Case Processing Supervisor - 3**

**Correspondence Supervisor - 4**

**Call Center Supervisor**

**Call Center Interpreter Supervisor**

**Library Supervisor**

**Program Integrity Specialist**

**Program Integrity Specialist**

**Staff Trainer - 5**

**START Training Engagement Specialist**

**Call Center Quality & Process Analyst - 2**

**Senior Call Center Interpreter - 2**

**Senior Case Processing Assistant - 6 (N)**

**Senior Case Processing Assistant - 6 (N)**

**Senior Case Processing Assistant, Correspondence - 41 (N)**

**Senior Call Centre Representative - 2**

**Call Center Representative - 9**

**Call Center Interpreter - 3**

**Library Assistant- 3 (N)**

**Local Hire/International Hire**

Local Hire

International Hire

+ Leadership Team

★ Senior Management



RSC Africa – Security Risk Management Organizational Chart – FY24

RESETTLEMENT
SUPPORT CENTER
RSC
AFRICA

**RSC Africa – Administration Department  Organizational Chart–FY24**

CWS

**RSC Director** ★

Regional RSC Africa HR Director ★

Director Finance & Operations ★

Director Information Technology (1) ★

Human Resources Department

Procurement Unit

Property, Office Management, Travel & Logistics Units

Finance Department

Information Technology Department

Information Security Department

Special Projects Manager

Administration Officer

Local Hire

International Hire

★ Leadership Team

★ Senior Management

Case 2:25-cv-00255-JNW   Document 35   Page 196 of 581

CWS

**RSC Director** ★

**Director of Finance & Operations (1)** ★

**Senior Manager Property, Travel and Logistics** +

**Senior Manager Procurement** +

**Property Manager** +

**Travel & Logistics Manager** +

**Procurement & Contracts Manager (2)** +

**Property Supervisor Stores & Assets**

**Property Supervisor Facility & Fleet Management**

**Office Manager (2)**

**Travel Logistics Supervisor (2)**

**Procurement Supervisor (2)**

**Property Officer Stores & Asset Management (3)**

**Property Officer Facility & Fleet Management (2)**

**Senior Administration Assistant (2)**

**Travel Logistics Officer (8)**

**Senior Travel & Logistics Officer (2)**

**Procurement Officer (6)**

**Senior Procurement Officer (3)**

**Stores Assistant (3)**

**Senior Driver**

**Receptionist (2)**

**Driver (6)**

**Senior Janitor (2)**

**Janitor (25)**

| Local Hire | International Hire | + Leadership Team | ★ Senior Management |



**RSC Africa – Administration Department - HR - Organizational Chart – FY24**





**RSC Africa – Administration Department - IT - Organizational Chart – FY24**

 CWS



 



RSC Africa – Finance Unit Organizational Chart

RESETTLEMENT
SUPPORT CENTER
RSC
AFRICA

**RSC Africa – South Africa Country Office Organizational Chart – FY24**

✝ CWS

Regional Representative for Africa

★ Country Representative

Program Coordinator

Regional Security Risk Manager

Compliance Manager

Field Processing Manager (2)

Cultural Orientation Manager

Case Processing Manager

Finance & Administration Manager

Human Resource Manager

Program Integrity Specialist

Staff Trainer (1)

Refugee Communications Specialist

START  Training and Engagement Specialist

Field Processing Supervisor (5)

Case Quality Specialist_Field Processing

Cultural Orientation Supervisor

ARDU Supervisor

Case Processing Supervisor(3)

Circuit Ride Specialist

General Services Supervisor

Senior Finance Specialist

Senior Information Security Officer

IT Supervisor

HR Supervisor

Security Risk Officer

Resettlement Expert Level  I

Senior Property Officer

IT Specialist (2)

Library Officer

Senior Caseworker (18)

Cultural Orientation Senior Trainer  (3)

Senior Travel Logistics Officer

Procurement Officer (2)

Finance Officer (2)

HR Officer (2)

Records and Reports Assistant

Caseworker (28)

Senior Interpreter Support Assistant

Cultural Orientation Trainers  (9)

Travel Logistics Officer (2)

Senior Case Processing Assistant (3)

Property Officer

Child Minder Support Assistant

Cultural Orientation Program Assistant  (1)

Case Processing Assistant(7)

Property Assistant

General Office Assistant

Staff Security Assistant

Driver(2)

Janitor(4)

Local Hire | International Hire | ✛ Leadership Team | ✛ Senior Management

RSC Africa – Tanzania Country Office Organizational Chart  (Programs) – FYY 24



**RSC Africa –  Tanzania Country Office Organizational Chart – FYY 24**





Regional Representative for Africa ★

Country Represenatative ★

Regional Security Risk Manager +

Finance and Administration Manager +

Procurement Manager +

Human Resource Supervisor

Program Integrity Specialist

Administration Supervisor

Information Technology Supervisor

Human Resource Officer

Procurement Officer

Senior Travel Logistics Officer

Information Technology Specialist

Senior Finance Officer

General Services Officer

Travel Logistics Officer

Finance Officer

Senior Driver

Senior Administrative Assistant - Kasulu (2)

Senior Administrative Assistant  Dar

Driver - Kasulu (3)

Janitors -Kasulu(3)

Janitor - Dar (1)

Local Hire

International Hire

Leadership Team +

Senior Management ★



CWS Africa – Uganda Country Office Organizational Chart







**CWS Africa –  Uganda Country Satellite Office
Organizational Chart**





RESETTLEMENT
SUPPORT CENTER
RSC
AFRICA

**CWS Africa – Uganda Country Office Organizational Chart**

CWS

Regional Representative for Africa (1)
★

Country Representative (1)
+

HR Manager (1)

Procurement Manager (1)

Finance and Administration Manager (1)

Security Risk Manager (1)

IT Supervisor (1)

Administration Supervisor (1)

IT Specialist (1)

Senior Finance Officer (1)

Senior Travel Logistics Officer (1)

Programs Integrity Specialist (1)

HR Officer (1)

Procurement Officer (1)

Finance Officer(1)

Property  Officer (1)

Administration Officer (1)

Travel Logistics Officer (1)

Senior HR Assistant (1)

Senior Procurement Assistant (1)

Senior Property Assistant (1)

Senior Administration Assistant (1)

Driver
(2)

Senior Janitor (1)

Janitor
(2)

Local Hire

International Hire

+ Leadership Team

★ Senior Management



# RSC Africa – Rwanda Country Office Organizational Chart – FY24







# RSC Africa – Rwanda - Kabarore Field Office Organizational Chart – FY24





Field Office Supervisor(1)

Senior Caseworker (2)

Caseworker (5)

Cultural Orientation Senior Trainer (1)

Cultural Orientation Trainer (1)

Field Administrative Officer (1)

Driver (1)

Janitor (1)

Local Hire

International Hire

+ Leadership Team ★

Senior Management

# RSC Africa – Rwanda - Karongi Field Office Organizational Chart – FY24





Field Office Supervisor(1)

Senior Caseworker (2)

Caseworker (5)

Cultural Orientation Senior Trainer (1)

Cultural Orientation Trainer (1)

Field Administrative Officer (1)

Driver (1)

Janitor (1)

Local Hire

International Hire

+ Leadership Team ★

Senior Management



**RSC Africa – Rwanda - Kirehe Field Office Organizational Chart – FY24**





**Field Office Supervisor(1)**

**Senior Caseworker (1)**

**Cultural Orientation Senior Trainer (1)**

**Field Administrative Officer (1)**

**Caseworker (4)**

**Cultural Orientation Trainer (1)**

**Driver (1)**

**Janitor (1)**



Local Hire | International Hire | + | Leadership Team ★ | Senior Management



# Security Plan
## Church World Service
## Nairobi, Kenya





**Security Plan:  Nairobi, Kenya**

*For:* Nairobi office staff members

*Purpose:* The purpose of this manual is to record all standard operating procedures followed by staff in relation to security at the Nairobi office.

*Principal Writer:* Robert Onyinge, Security Risk Management Coordinator.

*Document Approval:* The updated version of this document is to be reviewed and approved by CWS Senior Management Team (SMT) and CWS Africa Regional Representative.

---

### Document Change and Review History

This policy manual is a living document that is amended to reflect changes in policies and procedures, particularly standard operating procedures. When amendments are made to this document the process involves the following steps:

1) Redaction, usually by the Principal Writer
2) Review, usually by a member of senior leadership
3) Approval, usually by the Principal Approver
4) Archiving, on the shared server
5) Release (by email) to staff whose work is affected by the change

Each fiscal year this document is reviewed in its entirety to verify the policies and procedures contained herein are up-to-date, workable for the organization, and consistent with other SOPs. The table below identifies all amendments and reviews that have been made to this document.

### Document Change History

| Version # | Date of Release | Section(s) Revised | Principal Reviewer | Description of Revision or Review |
|---|---|---|---|---|
| 01 | 20 June 2017 | Format of Documen | Lauren Messing & Robert Onyinge | RSC Africa Security Plan 2015 adapted to fit into larger CWS Security |
| 02 | 30 April 2018 | Review | Robert Onyinge and Scott Muttersbaugh | Reviewed to reflect changes in policies and procedures, in line with |
| 03 | 30 May 2019 | Review | Robert Onyinge and Scott Muttersbaugh | Reviewed to reflect changes in policies and procedures, in line with |
| 04 | 22 June 2020 | Review | Robert Onyinge and Scott Muttersbaugh | Reviewed to reflect changes in policies and procedures, in line with |
| 05 | 01 June 2021 | Review | Robert Onyinge and John Kamau | Reviewed to reflect changes in policies and procedures, in line with |
| 06 | 24 June 2022 | Review | Robert Onyinge, George DU Preez and Michael O'Neill | Update of the emergency response procedures, phone tree communication and floor wardens. |
| 07 | 02 June 2023 | Review | Joshua Kirwa Mary Ihugo Francis Musyimi | Update to reflect the changes done on the Security Risk Management Unit and addition of West End Towers Office |

# Table of Contents

INTRODUCTION ........................................................................................................................... 4

I.   SCOPE AND COMPLIANCE .................................................................................................. 4

II.  AUTHORITIES AND REFERENCES ..................................................................................... 4

III. CWS AFRICA NAIROBI OFFICE OFF-SITE ASSEMBLY AREA .......................................... 4

IV.  CWS LOCATION, MISSION & RELATED ACTIVITIES ....................................................... 4

V.   CONTEXT & LOCATION SECURITY ASSESSMENT ........................................................... 4

VI.  TRAINING REQUIREMENTS FOR CWS AFRICA ............................................................... 5

VII. STAFF RESPONSIBILITIES .................................................................................................. 6

    a.  CWS Africa Regional Representative and RSC Africa Director ................................. 6

    b.  Security Risk Management Coordinator (SRMC) ........................................................ 6

    c.  Deputy Director for Administration ............................................................................. 6

    d.  Security back up/ Senior Field Processing Coordinator (SFPC) ............................... 7

    e.  Floor Wardens (For a list of Floor Wardens see Annex 2.) ....................................... 7

VIII. OFFICE POLICES AND STANDARD OPERATING PROCEDURES (SOPS) ....................... 7

    a.  Area threats/hazards ................................................................................................... 7

    c.  Organizational Policies and Procedures ................................................................... 8

    d.  Physical Security ......................................................................................................... 8

    e.  Communications .......................................................................................................... 9

    f.  Travel and Transportation: ....................................................................................... 10

    g.  Accommodation ........................................................................................................ 10

    h.  Travel by Road .......................................................................................................... 11

    i.  Event Planning .......................................................................................................... 11

    j.  Incident Reporting .................................................................................................... 11

    k.  Sexual Assault .......................................................................................................... 11

    l. Harassment ................................................................................................................ 12

IX.  MEDICAL RESPONSE & EVACUATION ............................................................................ 12

X.   EMERGENCY RESPONSES ................................................................................................ 13

    a.  Compromising of the Regional Representative ....................................................... 13

    b.  Natural Threats (earthquakes, hurricanes, extensive heat/cold): .......................... 13

    c.  Civil Unrest ............................................................................................................... 13

    d.  Active Shooter .......................................................................................................... 13

    e.  Lockdown .................................................................................................................. 14

    f.  Early Dismissal ......................................................................................................... 15

    g.  Shelter-in-Place ........................................................................................................ 16

    h.  Fire ............................................................................................................................ 16

ANNEXES .................................................................................................................................... 17

    ANNEX 1 – MAP ..................................................................................................................... 17

    ANNEX 2 – FLOOR WARDENS ............................................................................................ 21

    ANNEX 3 – PHONE TREE EXAMPLE ................................................................................... 23

    ANNEX 4 – EMERGENCY AND AMBULANCE SERVICES .................................................. 24

    ANNEX 5 - OPERATIONAL ALERT LEVELS AND SITUATIONAL INDICATOR ................. 26

    ANNEX 6 - SECURITY RISK ASSESSMENT TOOL ............................................................. 27

    ANNEX 7: Security Risk Assessment Tool .......................................................................... 27

**INTRODUCTION**

The purpose of this plan is to outline responsibilities, procedures, and actions to refer to in the case of a heightened security threat or emergency at Church World Service (CWS Africa) Nairobi Offices**.** All CWS Africa staff and visitors working at Nairobi or passing through the Nairobi office must be briefed on the below by the Security Risk Management Unit, or the Human Resources department (HR) and be able to respond accordingly.

**I.    SCOPE AND COMPLIANCE**

This security plan applies to all CWS Africa staff working – temporarily or permanently – at the Capital West Building and West End Towers in the Nairobi office. These regulations are in place to improve the safety and security of all CWS Africa staff, volunteers, clients, and the communities that host us; all staff are expected to comply with them. Any breaches will be referred to a direct supervisor and handled in a manner consistent with CWS HR policies.

**II.    AUTHORITIES AND REFERENCES**

This Security Plan has been developed by CWS Africa Security Risk Management Unit approved by the Senior Management Team (**SMT**) and is following the CWS Security Policy (**CWSSP**) from October 2017.

**III.    CWS AFRICA NAIROBI OFFICE OFF-SITE ASSEMBLY AREA**

- **Parklands Baptist Church,** the only rendezvous point.
- West End Front and Rear parking

**IV.    CWS LOCATION, MISSION & RELATED ACTIVITIES**

CWS Africa (which also houses RSC Africa) is located on the ground, 1st, 2nd, 3rd, 4th, 5th and 6th floors of the Capital West Building along Lantana Road (Junction of Rhapta Road and Lantana Road, opposite New Rehema House) and spanning both New Rehema House and Pride Inn Azure Hotel (Map Annex 1). It shares space with one other organization, i.e., Mobile Solutions Limited (5th floor) and the management of the building is located on 6th floor. A second office at West End Towers 7th and 8th floor. The structure is a commercial facility situated between Waiyaki way and Muthangari drive. The building is accessible from Waiyaki way whereas the exit gate leads to Muthangari drive. The building hosts several organizations, among them being AGRA, Safaricom PLC and Tullow Oil, the Ombudsman, INSO, USAID jijini project, ACEF, among others.

Capital West Building has its own full-time security staff of six individuals and formalized ties to local authorities. – including Kileleshwa Police Station with an established network of various actors including private security firms, law enforcement, security forums and local police deployed at Pride Inn Azure Hotel.

At West End Towers The building is close to the road from both the front and back side. Both gates have been fitted by barrier and spikes meant to stop fast approaching vehicles. The barriers are lifted once a search has been done on vehicles.

**V.    CONTEXT & LOCATION SECURITY ASSESSMENT**

The Capital West Building, under the management of Knight Frank, has a dedicated security force of eight individuals from Securex Security Company, while CWS Africa has a dedicated security force of four individuals from KK Security Limited. CWS Africa have their own entrance gate that only CWS Africa staff, visitors, contractors and applicants use when accessing any CWS Africa offices. The entrance to the building



is through the main reception area which is easily accessed from Lantana Road through Capital West Building.

At West End Towers Guards have shelters at both entrance/exit points and additionally, there is a lobby for security guard manning entrance and exit of the company. Private security guards are hired by the property management from reputable firms. There are six security guards from one company (Securex) manning both the exit and entrance of the compound during the day with one guard situated at the parking lot. The building is controlled by Bob Morgan. CWS Africa has a dedicated security force of two individuals from KK Security Limited on the 7th and 8th floor manning the office.

Inside Capital West Building, CWS Africa have their own assigned elevator which does not serve other tenants apart from CWS Africa staff and visitors. CWS Africa assigned elevator serves the ground, 1st, 2nd, 3rd, 4th, 5th and 6th floors. Any individual who has gained access to Capital West Building is required to have an identification tag obtained at the security check point that must be displayed at all times when in the building. All CWS Africa staff must wear issued I.D. badges and lanyards at all times.

Visitors and contractors are issued with badges labeled "Visitor" and "Contractor", respectively. Refugee applicants are issued separate badges based on the nature of their visit at CWS Africa offices. Any other visitors accessing Capital West Building apart from CWS Africa visitors, access the building using the gate behind the building commonly referred to as Gate B, where they surrender their identification document, their details are recorded, and they are issued with a badge.

CWS Africa security risk management unit retains strong relations with the local police, with formal and informal channels for communication and information sharing concerning potential risks (criminal and political). There are regular roving patrols and a constant police presence in the general area allowing for a quick response in the event of any emergency.

**Kileleshwa Police Station (Westlands - Dagoretti North)**

The area directly around Westlands where both offices are located is low to moderate risk. The closest police station to Capital West Building is Kileleshwa Police Station (1.5 km from Capital West Building).

> **Kileleshwa Police Station Contacts**
> Telephone: 020 3531854 / 0737 201 421
> Postal Address: 19727-00200 Nairobi
> E-mail: kileleshwapolicestation@yahoo.com

At West End Towers, Muthangari police station serves as the closest security facility which is 1.8 km or five minutes-away drive.

> **Muthangari Police Station contacts**
> Telephone: 020 4441163/ 441949 / 0721 369 999
> Postal Address: 19727-00200 Nairobi

## VI.    TRAINING REQUIREMENTS FOR CWS AFRICA

New staff receive a briefing on security when they begin their employment. This includes:
- An orientation to the Security Policy
- Access to the Security Manual and Security Plan on the file server
- A review of the security plan and how to respond to contingencies including (but not limited to):
  - Fire
  - Medical Emergency
  - Staff or client aggression and de-escalation
  - A demonstration or civil unrest
  - A crisis that requires hibernation or relocation/evacuation

**June 2023**

- - A general overview of the neighborhood
  - A review of any inherent security responsibilities including – but not limited to:
    - Travel requests
    - Cyber Security
    - Suspicion/Detection of theft or fraud
    - Suspicion/Detection of inappropriate workplace conduct
  - A review of how to respond to:
    - Sexual harassment/aggression/assault
    - Theft
    - Threats

In addition:
- All staff must complete CWS all-staff security awareness training.
- All staff must complete training in incident report writing.
- All CWS Africa staff are required to complete the United Nations Department of Safety and Security (UNDSS) BSAFE training (BSAFE) and cyber-security online course within the first month of their assignment. Certificates of completion must be submitted to the Human Resources Office for inclusion in staff personnel files.

## VII.    STAFF RESPONSIBILITIES

All CWS Africa staff have a role to play in promoting their own safety and security, and that of their colleagues. This includes actively participating in and complying with safety and security measures, following local cultural norms, adhering to the CWS Code of Conduct, and limiting consumption of alcohol. Further to that, the following positions have specific management responsibilities to implement and maintain an effective and pragmatic safety and security risk management system:

### a.  CWS Africa Regional Representative and RSC Africa Director

The CWS Africa Regional Representative and RSC Africa Director are responsible for ensuring that effective safety and security measures are implemented to mitigate risks to CWS Africa employees and visitors. The CWS Regional Representative and RSC Director are the final approving authorities for the distribution of security information and the designation of threat levels. Additionally, these individuals assist in the maintenance of security contacts with external organizations as needed.

### b.  Security Risk Management Coordinator (SRMC)

CWS Africa employs a full-time SRMC who is responsible for developing and ensuring the systematic application of safety and security policies for all CWS Africa Areas of Operation. The SRMC leads CWS Africa programs leadership in developing and applying security procedures during program design and coordinates with Security focal points and field teams to conduct their activities in a secure manner. The SRMC is tasked with enhancing and maintaining effective, harmonized critical incident management capabilities across CWS Africa Areas of Operation. S/he coordinates with the Regional Security Risk Managers to monitor safety and security trends, risks, and threat levels and their impact on CWS Africa personnel and programs and provides technical guidance and mitigation measures in support of program implementation. The SRMC provides security recommendations to CWS Africa Senior Management Team and Country Office staff, including periodic review of security trainings developed by Regional Security Mangers, security assessments, and staff support.

The SRMC reports to the CWS Africa Regional Representative and works closely with the RSC Africa Director.

### c.  Deputy Director for Administration

The Deputy Director for Administration is responsible for assisting in the development of all security policies and procedures. The Deputy Director for Administration has the responsibility of approving all related security expenditures. Additionally, this individual assumes all security decision-making authority in the absence of the CWS Africa Regional Representative and RSC Africa Director.

**June 2023**

6

**d. Security back up/ Senior Field Processing Coordinator (SFPC)**

The SFPC is responsible for ensuring all security protocols and procedures are implemented by Field Staff (Programs FP and Cultural Orientation) implementing all security protocols and procedures. Additionally, they must coordinate with the Security Risk Management Unit to ensure all pre-departure briefs and de-briefs are completed.

**e. Floor Wardens (For a list of Floor Wardens see Annex 2.)**

CWS Africa offices in Nairobi are spread across six floors of the Capital West Building. Each floor has a minimum of two Floor Wardens based on a ratio of one Floor Warden per 40 staff. For those floors with more than two Floor Wardens, one will be designated Head Floor Warden, and one Deputy Floor Warden. The Head Floor Warden and Deputy Floor Warden have the Floor Warden kits and have the following responsibilities:
- Maintain integrity of the Floor Warden Kit
- Liaise with supervisors and coordinators located on their respective floors.
- Coordinate/delegate responsibilities of the members of the Floor Warden team
- Conduct periodic awareness training for staff on respective floors.
- Liaise with the SRMU

General Responsibilities of Floor Wardens:
- Take lead in directing staff what to do in the event of an emergency (lockdown or emergency exit) and ensuring staff adhere to emergency standard operating procedures.
- Serve as the primary focal point for building evacuation or emergency exit, lockdown and fire procedures for their respective area.
- Periodically check the fire extinguishers to confirm they are serviced and up to date.
- Participate in periodic training sessions.
- Ensure the warden list of all staff on each floor is updated by managers.
- Ensure all assigned staff are accounted for during an emergency.
- Train new staff members on floor evacuation routes and procedures.
- Key control for respective floor.
- When alarm/Emergency is activated, the Floor Warden is responsible for ensuring all staff on their floor stop what they are doing and immediately vacate/exit the building.
- Conduct monthly checks of their area of responsibility and maintain Floor Warden Kit.

**VIII.    OFFICE POLICES AND STANDARD OPERATING PROCEDURES (SOPS)**

**a. Area threats/hazards**
- Staff should familiarize themselves with all emergencies exits, fire extinguisher points, First Aid cabinets and Automated External Defibrillators (AEDs).
- Staff should familiarize themselves with the 'shelter-in-place' rooms / areas that are located on 1st and 4th floor within Capital West Building. This is shown to staff during security orientation.
- Staff should familiarize themselves with the evacuation assembly point which is pointed out by the Staff Security Unit during the security orientation walk-through. Capital West Building has one fire assembly point, located at Parkland Baptist Church.
- Staff who arrive at or leave the compound outside of daylight hours should always pass through the main gate located along Lantana Road. daylight hours should always pass through the main gate

**b. Access**
- Staff must pre-announce any visitors to the building prior to their visit in an email sent to the Staff Security Unit one day prior to the intended visit, detailing the name of the visitor and purpose of the visit. No unauthorized visitor is allowed into the building.
- The reception main entrance door should remain closed. CWS Africa staff should use their respective proximity cards to gain access. The main doors leading to the 1st, 2nd, 3rd, 4th, 5th and 6th floor offices

shall remain locked at all times. Staff must use their proximity cards to gain access.

- All visitors – including those bringing deliveries, as well as vendors – should come in through the main gate along Lantana Road. Any vendor or those bringing deliveries shall get in touch with the host staff prior to arrival. For deliveries, the security guard shall notify the staff concerned, who will meet their party at the main gate.
- All vendors and authorized visitors must present identification and be signed in and out at the main gate with the security guards.
- No visitors should come through the back entrance (gate B behind the building, which other tenants use). All visitors should come in through the main gate and stop with the Receptionist, who will provide them with a visitor badge and escort them to the host office.
- All staff must have their identity badges with appropriate lanyards displayed on them while within the confines of the Capital West Building and remove them when exiting the building.
- Lost or stolen badges must be reported to the SRM and HR immediately.
- Any staff who has forgotten the badge should present any other form of identification to the security guard at the gate, who will then call the security office to verify that they are staff from existing staff records. After verification, the staff should proceed to the reception to be issued with "I FORGOT MY BADGE." Lanyard. If the staff does not have alternative identification, they should call their supervisor from the gate to accompany them to the reception.

### c. Organizational Policies and Procedures

- All new programs and events will include a risk assessment with mitigating measures to ensure that risks have been identified, mitigating measures are in place, and vulnerabilities are reduced. The program/activity must be within the CWS/RSC Africa Risk Threshold.
- Aside from on-boarding briefings, the Staff Security Coordinator will conduct a security briefing with all office staff bi-annually (or more often should the situation require).
- Staff should lock up valuables in assigned lockers and pedestals and switch off computers before leaving their workspace.
- Computers should be password protected, and lock automatically if they are unused for five minutes.
- Internal complaints or investigations will be filed through the Staff Security Unit by filling in an incident form and sending it to the Staff Security mailbox as per the CWS Africa Security Policy. These will initially be screened by SRM, who will investigate the matter and submit a report to the CWS Africa Regional Representative or RSC Director on the findings, who will then share with SMT for determination. As a general guideline:
  - o HR will investigate allegations of harassment or inappropriate conduct between employees.
  - o Allegations of fraud or misconduct will be investigated by the Program Integrity Specialist.
  - o Security incidents outside of the above – or with broad security implications for the office, staff or community – will be investigated by the SSC and reported to the Regional Representative.
- To purchase and pay for minor items and services, an M-Pesa mobile line has been issued to different staff at RSC Africa, under the control of the Deputy Director for Administration (DDA) economically and expeditiously. Actual administration of M-Pesa mobile lines will be delegated to the Finance Officer and the Senior Finance Assistant, or any other staff in Finance in the absence of the former. Please see the Finance Policy Manual for additional information on cash handling procedures.

### d. Physical Security

Security is everyone's responsibility. If any staff member sees something unsafe – whether it is a staff member, client, or community member involved – they should alert their direct supervisor and/or the SRMU by phone or by stepping into their office to report.

Staff working with clients should:

- Ensure that their interview room/office is set up in such a way that they cannot be trapped behind their furniture. Desks should be centered to allow individuals to move around them on either side.
- Ensure that their interview space is set up in such a way that there is a window between the two rooms, with the interviewer in one room and the interpreter and applicants in the other room, maintaining physical distance.



- Maintain an intercom or panic button that links directly with SRMU
- Have their office in an area with good visibility and – when possible – glass doors to allow for general oversight.
- Attend de-escalation training (as per training section) prior to working privately/unsupervised with clients.

**In the event of an emergency**, staff should:
- Listen to any announcements which are made via the PA system (incident specific direction may be given via the PA system). This is elaborated during the security orientation by the SRMU
- Move to a safe location
- Put their cell phones in silent mode in case of a lockdown
- Alert their direct supervisor
- Follow the appropriate activities as per announcement.

**e. Communications**

The Emergency Contact list contains emergency contact information for all CWS Africa staff. The HR Unit in liaison with SRMU maintains the Emergency Contact list. CWS employees are responsible for informing the SRMU and HR in case of any changes in employee contact information.

**Phone Tree Communication**

A phone tree is essentially a group notification system, whereby a network of people is organized in such a manner that information can be easily and quickly spread among the group. A phone tree is part of a sound crisis communication plan and is an effective way of communicating with a large number of employees. The CWS-Africa phone tree is based on the organizational chart.

**Activating Phone Tree Communication:**

In the event of an emergency and/or if circumstances warrant the need for quick staff notification, the phone tree will be activated (using the Emergency Contact List) by the CWS Regional Representative or any member of SMT. Information conveyed in the phone tree communication will be brief, but thorough.

Once activated, the Director and the SMT contact their respective direct reports and the chain continues.

**June 2023**

If a supervisor cannot be reached, then the Supervisor's supervisor will be responsible for contacting those direct reports. For example, if a Field Processing Supervisor (FPS) cannot be reached then the Field Processing Manager (FPM) is responsible for contacting the FPS' direct reports.

**Roles:**

**<u>Supervisory Staff</u>:**
Upon receiving a message, do the following:

1. Contact your direct reports using their primary (personal) numbers.
    - o Keep all direct reports' contacts saved in your phone as a group, which will allow you to quickly send a mass text.
    - o WhatsApp groups are also recommended. When sending a text, begin the message with EMERGENCY ALERT.
2. If the primary number is not reachable, use the secondary number.
3. Make direct calls to those who do not respond to the text / WhatsApp message within 30 minutes.

    *Note: Phone Tree is **not** to be utilized during an active Lockdown/Active Shooter situation. Follow Lockdown/Active Shooter protocols for accounting for all staff.*

4. If all listed numbers for a staff member are unreachable, contact their emergency contact person.
5. Email communication will be used as the last option.

Remember to keep your own supervisor well informed of who has been reached and who is unreachable. Best practice is to inform your supervisor once all of your direct reports confirm receipt of the message, or at the 30-minute mark (whichever comes first) shall not post negative or harassing comments about any individual or group related to work (staff, clients, and partners) on social media; personal preference comments on politics do not apply.
- All printed material containing sensitive information or personal identifying information must be shredded.

**f.   Travel and Transportation:**
Before traveling for any official mission, CWS Security Team will schedule a pre-departure security briefing at least 10 days (about 1 and a half weeks) before the date of departure through the travel portal. Respective Country Security focal points within the CWS Africa Security Unit will facilitate the session. For all international travel or travel to areas deemed Alert Level Yellow or higher (Annex 5):
- Staff must receive a security briefing with contingency plans/emergency contact info from CWS Africa Security Team.
- Staff must follow any specific stipulations relevant to the mission (check-in, curfew, movement restrictions, etc.)
- Staff must carry with them their work IDs when travelling for work-related purposes.
- Staff must arrange with the Property Supervisor to be picked up at their point of entry by a vetted and authorized vendor.
- The trip must be compliant with all guidance set out by the CWS Africa Security Policy (the hosting organization's security policies & plans must be vetted along with contingency plans, etc.); staff must comply with these vetted plans/policies.

CWS Africa staff travelling to areas assessed as alert level green receive a pre-departure briefing from the Staff Security Unit. The Staff travelling to the field will report arrival to their destination to Staff Security Unit as part of staff accountability in the field.

**g.   Accommodation**
- Hotel selection for staff travelling on duty must meet CWS Africa safety and security standards.
- Hotel selection for staff travelling to a location where CWS Africa has an office or affiliate will be vetted by the local CWS Africa security focal point in consultation with the SRM Unit.

**June 2023**

- If CWS Africa staff is travelling to a location where they have a partner group, the Staff Security Coordinator, in collaboration with the partner organization, will vet hotel selection.
- If CWS Africa staff is travelling to a location where there is no CWS Africa office, affiliate, or partner, the SRM Unit will vet hotel selection.

**h.  Travel by Road**
- All road travel in the field must take place between 06:00 am – 06:00 pm (18:00 hrs). If circumstances demand travel outside of this time, the Supervisor or Circuit Ride Point of Contact must seek written clearance from CWS Africa Security Team or member of CWS Africa SMT. Pick-up time to and from the airport is not restricted unless otherwise communicated by CWS Staff Security, as this depends on flight schedules.
- CWS Africa staff will never enter a vehicle being operated by someone under the influence of alcohol or drugs.
- Ground transport by motorcycle, "Tuk-tuk/Bhajaj" as commonly referred to, or motorbike is prohibited for work-related travel. If staff, choose to use such for personal travel – even during a work trip – they do so at their own risk.

**i.  Event Planning**
Risk assessments should be conducted prior to the planning of any CWS Africa-sponsored event to ensure risks have been identified and mitigated to the extent possible. The assessment must consider:
- The type of event
- The political climate
- The location (context and stakeholder analysis); and
- Potential vulnerabilities.

Events preparation must include event-specific security plans with maps, emergency contacts, and contingency plans/SOPs.

**j.  Incident Reporting**
Any internal incident involving harassment or inappropriate staff behavior will be reported to HR. Any security incident – or suspicion of a security incident – will be reported to the SRMU immediately, or if this is not possible, not more than 24 hours from the time of the incident.

Any specific threats – by phone, email or in person – will be reported to the Staff Security Unit and, unless the SMT determines otherwise, reported to the police.

Incidents of non-threatening external harassment (emails or non-aggressive phone calls) will be handled on a case-by-case basis, and routinely recorded. No further action will be taken if the incident does not create the feeling of an unsafe space. In the event they do create an unsafe space, they will be handled as potential threats.

All security incident reports are to be completed when security incidents affect staff, programs, clients, or assets, ideally within 24 hours of the incident. Prior to completing the report, incidents should be communicated to SRM Unit or Human Resources or a member of the Senior Management Team, as soon as it is safe to do so, using any effective means (i.e., phone call, email, SMS, WhatsApp, etc.). The SRM Unit and/or Human Resources will alert the appropriate senior manager(s), who will determine the next steps on a case-by-case basis.

Timely, accurate incident reporting:
1. allows CWS Africa to offer support to those affected.
2. provides data to analyze patterns and trends to better understand the operational context.
3. gives insight into training needs and allocation of resources.
4. guides adjustments to the CWS Africa security measures.

**k.  Sexual Assault**
The threat of rape and sexual assault is real and may affect CWS staff directly or indirectly. CWS has a duty

to ensure steps are taken to reduce the likelihood of such incidents occurring and establish protocols to mitigate the impact. It is hugely distressing for a survivor, their family, the country office, and the whole CWS community, and has the potential to leave survivors with lifelong physical and psychological health problems.

It is important for all staff to understand CWS's key **standards and principles** regarding sexual assault. These principles must be at the heart of all responses:

a. CWS believes that no sexual assault is ever acceptable, and that no individual can ever be blamed for becoming the victim/target of a sexual assault.
b. CWS will ensure that appropriate medical care and support is available as soon as possible to survivors of sexual assault and rape.
c. CWS will offer choices that empower the survivor as much as possible but will always intervene if the survivor could be at further risk.
d. CWS will provide support and advice on legal and justice processes and will not prosecute without the survivor's consent.
e. CWS will respect the confidentiality of the survivor and keep the number of people informed of a case to a minimum.

Based on assault incident analysis, criminals often target individuals who are alone/isolated or who appear to be unfamiliar with their surroundings. Assaulters are also likely to target individuals using alcohol. Most incidents occur at night and/or on weekends.

If a staff member faces any form of sexual assault, they are encouraged to contact the HR office immediately. HR will do everything possible to support affected staff and to maintain confidentiality. Staff are advised that CWS medical providers will have to be informed of the circumstances, but HR will ensure that as few people as possible are involved. HR maintains strict protocols for such situations, which are available to staff upon request.

### I. Harassment

CWS Africa does not condone staff harassment in any way, shape or form. Specific harassment policies are outlined in the CWS Code of Conduct and CWS Africa Employee Handbook. Any incidents of harassment or unwanted attention among CWS Africa staff should be reported to HR. Any incidents of harassment or unwanted attention coming from outside CWS Africa should be reported to the SRM Unit.

### IX.   MEDICAL RESPONSE & EVACUATION

If there is a medical emergency:
- Remain calm and focused
- Call an ambulance (Annex 4).
- Identify if anyone in the office is First Aid certified, and if so allow them to take over the situation (note: all floor wardens are First Aid trained)
- Be prepared to provide:
  - Exact location of emergency (floor and room number/location)
  - If calling, call Kileleshwa police station (+254 (0) 203531854) which is the nearest police station to the office. Make sure to give the address of the office you are working from - Capital West Building on the intersection of Lantana Road and Rhapta Road, opposite New Rehema House, in Westlands or West End Towers on Muthangari Road in Westlands.
  - Type of emergency (heart attack, asthma attack, choking, bleeding, fall, etc.)
  - Give the patient's approximate age, gender, known medical history, allergies, name, etc.
- Clear the area of anyone not involved in the emergency
- If medical services are en route, contact the front desk or building security and ensure there is a clear path for the medical responders
- If the patient is being evacuated, but is okay to be moved, they can be moved to the interpreter/childminding room on the first floor near the main entrance.
- Be aware of the surrounding area conditions (type of floor, smoke in the area, hazardous materials)

- Stay with the patient and manage the emergency to the best of your ability but stay within your competencies.
- Note: There is a list of hospitals and contact info in Annex 4. Aga Khan Hospital in Parklands is the nearest emergency hospital (3.5 km away).

## X.    EMERGENCY RESPONSES

### a.    Compromising of the Regional Representative

In the event of a major catastrophic occurrence that compromises the Regional Representative, the responsibilities and decision-making authority will be assumed by the RSC Africa Director.

In the event that the RSC Director is also compromised the decision-making authority will be assumed by the Deputy Director for Administration.

### b.    Natural Threats (earthquakes, hurricanes, extensive heat/cold):

In the event of a major catastrophic occurrence – or the expectation of such an occurrence – as would compromise this location or the vicinity of Westlands or the greater Nairobi area:

- Follow the instructions given by the Regional Representative who will determine the safest option (i.e. shelter in place or evacuate the office building).
- If there is an expectation that the situation will take an extensive period and/or require an emergency response, the Regional Representative will switch operations to the Contingency Response Office in the Pretoria office in South Africa or Kasulu office in Tanzania.

### c.    Civil Unrest

- In the event that civil unrest – such as a demonstration – is occurring in the immediate vicinity of any CWS Africa office: Alert the Regional Representative or SRMU
- The Regional Representative in coordination with the SRM Unit will alert staff, HQ, security and the local police. Local police should be dispatched to the area to deescalate the situation and ensure against violence.
- Listen to the Regional Representative for specific instructions for sheltering-in-place and entering/exiting the building.
- Avoid identifying yourself to the demonstrators (remove name tags) and/or discussing their grievances with them.
- Avoid moving through the affected area if possible. If you absolutely must move through the crowd, do so in groups; moving quickly through the easiest and least dense portion.
- If the demonstration is specific to CWS, the Staff Security Unit will be dispatched to the area to monitor whether there is any escalation.

### d.    Active Shooter

In the event there is an active shooter at Capital West Building, any CWS Africa staff can access intercom and broadcast the message warning of an active shooter. The staff member using the appropriate communication medium will announce a clear voice "**LOCKDOWN. LOCKDOWN. LOCKDOWN**". If the location of the shooter(s) is known this should be announced also. This announcement will be followed by an SMS blast from the SRMC indicating the location and any instructions. CWS Africa staff who are outside the building during an active shooter event should not return to the office until an 'all clear' announcement is made. Upon learning of an active shooter, CWS staff should remain calm, turn out the lights, and listen.  Quickly determine the most reasonable way to protect your own life. If the location of an attacker is known, move as far from the attacker as possible or to the safest place possible. If the location of the attacker is unknown, attempt to get to the safest place possible and evaluate the best way to move away from an attacker. This means pre-identifying "Safe Areas" where personnel can relocate during an incident. Every property will have unique aspects which will need to be considered.

Any amount of delay provides more time for law enforcement to respond.

**Avoid/Get Away**

Locate threat and move away from it. Be sure to:

- Have an escape route and plan in mind
- Evacuate the building regardless of whether others agree to follow
- Leave your belongings behind
- Help others escape, if possible
- Warn others in the area where the active shooter may be
- Do not attempt to move wounded people

**Deny/Find Cover**

If it is not possible to get away, find a place to hide where the active shooter is less likely to find you. Your hiding place should:

- Be out of the active shooter's view (i.e., an office with a closed and locked door)
- Provide protection if shots are fired in your direction (behind a stone wall)
- Not trap you or restrict your options for movement

Once you have found a place to hide:

- Lock and barricade the door
- Silence your cell phone and vibration
- Turn off any source of noise (i.e., radios, televisions)
- Hide behind large, solid items (i.e., cabinets, desks)
- Remain quiet

**Defend**

As a last resort, and only when your life is in imminent danger, attempt to disrupt, distract, and/or incapacitate the active shooter by:

- Using any available object as a weapon
- Acting as aggressively as possible against him/her
- Taking simultaneous action by multiple people
- Throwing heavy items and improved weapons

**When Law Enforcement Arrives**

Law enforcement responders will be well-armed and have a single objective – locate and disable the shooter(s).  As such they will not answer questions, assist staff, or attend to the injured.  Once law enforcement arrives CWS Africa staff should:

- Remain calm, and follow officers' instructions
- Put down any items in your hands (i.e., bags, jackets)
- Immediately raise hands and spread fingers
- Shout out where you are – alert them to your presence (if safe to do so)
- Keep hands visible at all times
- Avoid making quick movements toward officers such as holding on to them for safety
- Avoid pointing, screaming and/or yelling
- Do not stop to ask officers for help or direction, just proceed in the direction from which officers are entering the premises
- Follow their directions, do not argue or resist rescuers
- The police may treat you like a suspect – accept this and do as you are told, even if they handcuff you

Once staff have reached a safe location or an assembly point, they will likely be held in that area by law enforcement until the situation is under control, and all witnesses have been identified and questioned. Do not leave until instructed by law enforcement authorities to do so.

**e.  Lockdown**

Under certain threats, in order to reduce risk, it is advisable for all staff to gather in a secure location until the nature of the threat can be determined. In such situations, a lockdown of a CWS Africa facility may be initiated.

Several scenarios may trigger a lockdown including, but not limited to, a natural disaster or security threat or breach.

- Upon hearing the lockdown initiation signal, staff should
  - Remain in current location and take cover
  - Move away from windows and doors
  - Seek cover under a hard surface when possible
  - Remain calm, quiet, and alert
  - Do not contact the Staff Security Unit (as they will be trying to access information about the event and advise SMT)
  - Wait for instruction from Floor Wardens

If in the hallway/bathroom, shelter in the nearest restroom and lock the door, and communicate location to your supervisor.

If working from the West End offices safe havens will be found in the corridors leading to washrooms and external kitchens. Roller shuts will be brought down, creating a zone to keep staff safe. Follow directions of your floor warden when following the lock down protocol.

**f.  Early Dismissal**

CWS Africa SMT may determine that an early dismissal is necessary if releasing staff is determined to be in staffs' security interest. For example, an early dismissal may be initiated in cases of pending political demonstrations, time-bound future threats, or poor weather.

CWS Africa SMT or the SRM Unit will initiate an early dismissal by making an announcement on the paging system, or via email. Staff should follow instructions provided and exit the building at the specified time.

In an early dismissal, staff should collect their personal belongings, including personal phones, and put away all work-related supplies and case files as if it were the end of a normal workday, before exiting the building.

**b. Building Evacuation**

Depending on the nature of a security threat, it may be necessary to evacuate Capital West and West End offices. The evacuation's goal is to exit the building as quickly and orderly as possible and to gather at a designated Rendezvous Point for a headcount and further instructions. The building may be evacuated in case of fire, building insecurity, or another event.

- Upon hearing the evacuation page, staff should:
  - Leave all belongings and work supplies
  - Do not stop at personal phone or other lockers
  - Exit the building as quickly as possible in an orderly manner
  - Exit the building through the designated emergency exits
  - Do not use elevators
  - Walk directly to the designated Rendezvous Point (RV)
    - Do not walk in the road or block traffic

    - Follow Floor Warden instructions
    - Do not stop to buy anything. This is not a tea break.
  - Assemble at the designated Rendezvous Point (RV): Parkland Baptist Church for Capital West Offices and front and rear parking at West End Towers.
  - Report to your own floor's Floor Warden (regardless of where you were at the time the evacuation was initiated) for a headcount – Wardens will be wearing reflector vests to be easily identified
  - Await instructions and headcount from Floor Wardens.
  - Communicate location to your supervisor
- While working from West End Offices:
  - Use the Side doors marked as emergency route.
  - Use the stairs – never try to use the lift during time of emergency
  - The emergency assembly points are at the front and back car park of the building.

**June 2023**

o   Report to your own floor warden

**g.   Shelter-in-Place**

Under unlikely circumstances (curfew, security incident, and weather events) CWS Africa staff may not be able to leave the office and must stay overnight. Safe havens are stocked with essential items that staff would need for an overnight. Each office should have sufficient drinking water and toilet facilities.

**h.   Fire**

Each floor has two fire alarms stations. They are located on the left side of the main entrance to the floor kitchen. Each floor has two kitchens, hence the two fire alarm buttons clearly marked in red.

The library section, which is located on the ground floor of the building, has a gas and energy fire suppression system.

**Identification of Fire Extinguishers:**
1.   <u>Type A</u>: Marked with **<span style="color:green">GREEN TRIANGLE</span>** with the letter A.
     o   To be used on paper, wood, textiles and trash.
     o   CAUTION: Not to be used on electrical fires.
2.   <u>Type B</u>: Marked with a **<span style="color:red">RED SQUARE</span>** with the letter B.
     o   To be used on burning liquids. Gasoline, oil or solvents.
3.   <u>Type C</u>: Marked with **BLACK CIRCLE** with the letter C.
     o   To be used on electrical fires, or electrical equipment
     o   Note: Each agency that has printing shops, mailrooms, should provide this type of extinguisher in these areas

**Use of Fire Extinguishers**

All the floors are fitted with fire extinguishers including the two kitchens on each floor (1st, 2nd, 3rd, 4th, 5th and 6th floor) and a fire blanket.
- *To Operate*: Pull the pin and hold the extinguisher upright. Aim the nozzle at the base of the fire and squeeze the lever, using a side-to-side motion. Ensure you have a clear exit and only use an extinguisher as a last resort.

**June 2023**

**ANNEXES**

**ANNEX 1 – MAP**
**Neighborhood Plan (Satellite)**



Pride Inn Azure Hotel

Capital West Building
CWS/RSC Africa, Nairobi office



**Capital West Building**



**Direction to Capital West building**



**June 2023**

**Main Entrance (Gate A)**



**West End Offices**







June 2023

**ANNEX 2 – FLOOR WARDENS**

**GROUND FLOOR (Library and Store)**
**Library**
1.  Charles Simiyu (Head Floor Warden)
**Stores**
1.  Kelvin Murimi Nyagah (Head Floor Warden)
2.  Emmanuel Cheruiyot (Deputy)

**1ST FLOOR**
1.  SRMOS on duty (Head floor Warden)
2.  Lispy Ajwang'
3.  Belinda Oriaro
4.  Mercy Wambui Kori

**2ND FLOOR**
1.  Anne Ndungu
2.  Ronald O. Onyango
3.  Terry Joy Kanana
4.  Everesto Nyaosi Mogaka
5.  Hillary Musyoka Nzioki
6.  Boaz Evan Sewe Ngoye
7.  Lance Orwa Ouma
8.  Stephanie Njeri Muigai
9.  Caroline Gichohi

(All the above are trained floor wardens and on rotational basis, depending on who is in the office)

**3RD FLOOR**
1.  Elvis Obiero (Head Floor Warden)
2.  Susan Muchai (Deputy)
3.  Margaret Njeru
4.  Knowleys Tabu
5.  Emmanuel Wanyama
6.  Stanley Chege Muchiri

**4TH FLOOR**
1.  Philip Kihanya (Head Floor Warden)
2.  Moses Muthoka (Deputy)
3.  Francis Mungai Ngethe
4.  William Charles III

**6TH FLOOR**
1.  John Kagondu (Head Floor Warden)
2.  Michael Kendagor (Deputy)
3.  Alice Barasa
4.  Peter Kamande

**June 2023**

**West End offices floor wardens**

1. Wing A
   - Nally Thece
   - Collins Otieno Oboo
   - Anthony Mghanga Mshila
   - Hannah Otinga Abulkarim

2. Wing B
   - Belinda Oriaro
   - Lispy Ajwang'

3. Wing C
   - Brenda Wanjiku Muthoni
   - Fredrick Kilonzo Musyoki
   - Lucy Waithera Macharia
   - Evans Wabomba Sitati

**ANNEX 3 – PHONE TREE EXAMPLE**



**Contact Numbers:**

Thomas Tauras – +254 799 743 714

Scott Muttersbaugh– +254 727 077 832

Nicole Irungu- +254 700 118 141

Robert Onyinge – +254 723 161 531

Joshua Kirwa – +254 797 290 006

**June 2023**

**ANNEX 4 – EMERGENCY AND AMBULANCE SERVICES**

**Police: Kileleshwa Police Station**
Telephone: 020 3531854/ 0737 201 421
Postal Address: 19727-00200 Nairobi
E-mail: kileleshwapolicestation@yahoo.com

**Hospital: Aga Khan**
Location: 3rd Parklands Avenue, Nairobi, Kenya,Open 24 hours; Phone:
+254 20 3662000



Distance from CWS/RSC Africa office: 4.3 KM about 16-minute drive from Capital West Building

**Utilities**
- **Electric: –** Elexe Company Ltd – POC David: 0722 298 411
- **Plumbing/Water: –** Jomaki Plumbing – POC Washington Mwangi: 0721 874 565
- **Heating/Cooling: –** Express Cooling Services – POC Robert: 0722 911 710/0722 746 650

**June 2023**

**CWS**

**Ambulance Services**

| NAME | SPECIALTY | PHYSICAL ADDRESS | TELEPHONE NO | SERVICES |
|------|-----------|------------------|--------------|----------|
| Resolution Insurance Co. | Done through Resolution | E-Plus | +254 700 395395/ +254 738 395395 | Air and road services |
| St. John Ambulance Kenya | Ambulance | St. John House, Harambee Avenue | +254 020 244444/210000/ +254 721225285 | Ambulance Services |
| West Ambulance | Ambulance | Natu Court, Opp. Nakumatt Prestige | +254 733445526/ +254 723445526 | Ambulance Services |
| Emergency Plus Medical Services | Ambulance | South C, Red Cross Road, Off Popo Road | +254 700395395/ +254 738395395 | Ambulance Services |
| Amref Flying Doctor Service | Ambulance | Wilson Airport, Langata Road | +254 020 6992000/ +254 020 6992299/ +254 020 6000090/ +254 020 6002492 | Air & Road Evacuations |
| AAR Ambulance Services | Ambulance | 2nd Floor, Williamson House, 4th Ngong Avenue | +254 020 2715319, +254 020 725225225/ +254 734 225225/ +254 020 717375/ +254 020 2717374/ +254 020 2717376/ +254 730 655000 | Ambulance Services |

**June 2023**

**ANNEX 5 - OPERATIONAL ALERT LEVELS AND SITUATIONAL INDICATOR**

| Operational Alert Level* | Situation Indicators | Staff Action |
|---|---|---|
| **1: Green** | ▪ Minor insignificant and isolated incidents, curfews, riots, theft<br>▪ No immediate threats to CWS Africa in Nairobi, Kenya. | ▪ Fully operative<br>▪ Security Plans & Relocation, evacuation, suspension, and hibernation plans reviewed |
| **2: Yellow** | ▪ Tension and minor incidents at checkpoints<br>▪ Minor clashes/civil unrest between anti-refugee groups without civilian casualties<br>▪ NGOs affected accidentally but no injuries on staff<br>▪ Attack – by hate group or terrorist organization but not specifically against NGOs<br>▪ Violence or criminality increases around the area of operation Anti-refugee climate agitates/unnerves clients<br>▪ Substantially increased threat reporting against CWS Africa | ▪ Fully operative but with frequent contact to local police and other NGOs in info network<br>▪ Decision on whether to close office outside of working hours i.e., 6pm<br>▪ Relocation, evacuation, suspension, and hibernation plans rehearsed.<br>▪ Weekly meetings with SMT & security situation reports |
| **3: Orange** | ▪ Escalation of violent demonstrations against CWS Africa, CWS Africa interests or similar organizations<br>▪ Continuation of large-scale demonstrations at Westlands, Nairobi with moderate likelihood for escalation/violence<br>▪ Major clashes w/ hate groups that incur civilian casualties **in Nairobi.**<br>▪ Communal/Criminal violence affecting civilians directly in Westlands, Nairobi area.<br>▪ Serious but isolated attacks by hate groups or terrorists on civilians in Nairobi.<br>▪ Martial law in-acted due to substantial civil-unrest | ▪ Partly operative/non-essential staff allowed to work from home<br>▪ Hand-over key activities and documents to partners<br>▪ Local partners encouraged not to work in field (hibernation)<br>▪ Ready for relocation, evacuation<br>▪ Daily situation reports<br>▪ Daily meetings w/security network<br>▪ Daily meetings w/CMT regarding security decisions |
| **4: Red** | ▪ Breakdown in law and order<br>▪ Repeated attacks on civilians and vital installations in Nairobi and Westlands area.<br>▪ Deliberate, repeated attacks on CWS, NGOs or civilian groups<br>▪ Full scale armed conflict<br>▪ Continuation of large-scale demonstrations against CWS and/or its interests in Nairobi with a high likelihood for violence | ▪ Program suspended/ ended – staff work from home<br>▪ HQ CMT convenes with president to consider media statement |

**ANNEX 6 - SECURITY RISK ASSESSMENT TOOL**



**ANNEX 7: Security Risk Assessment Tool**

| Extreme | Immediate response and extreme measures required. Is the risk acceptable? |
|---|---|
| High | Implement Specific safety and security measures and Contingency Plans |
| Moderate | Significant safety and security measures required |
| Low | Requires heightened awareness and additional procedures |
| Negligible | Managed by routine security and safety procedures |

# Security Plan

## Tanzania Country office
## Church World Service

## Dar es salaam Office
### De Ocean Plaza Plot No.400, Toure Drive, Msasani Area.

### And

## Kasulu Office
### Kasulu Township, Mlimani area, Kigoma



# Tanzania Country Security Plan: Kasulu office and Dar es salaam office Tanzania.

*For*: Kasulu office and Dar es salaam office staff members.

*Purpose*: This manual aims to record all standard operating procedures and contingency plans followed by staff concerning safety and security risk management at the Kasulu office and Dar es salaam office**.**

*Principal Writer:* John Kamau, (Kasulu Site Manager (2018-2021 review period), Robert Onyinge (Staff Security Coordinator) and Petro Peter Jengela (Regional Risk Security Manager)

*Document Approval:* The updated version of this document is to be reviewed and approved by CWS Africa Regional Representative and RSC Africa Director

## Document Change and Review History

This policy manual is a living document that is amended to reflect changes in policies and procedures, particularly standard operating procedures. When amendments are made to this document the process involves the following steps:

1. Redaction, usually by the Principal Writer
2. Review, usually by a member of senior leadership
3. Approval, usually by the Principal Approver
4. Archiving, on the shared server
5. Release (by email) to staff whose work is affected by the change.

Each fiscal year this document is reviewed in its entirety to verify the policies and procedures contained herein are up-to-date, workable for the organization, and consistent with other SOPs. The table below identifies all amendments and reviews that have been made to this document.

## Document Change History

| Version # | Date of Release | Section(s) Revised | Principal Reviewer | Description of Revision or Review |
|---|---|---|---|---|
| #1 | May 2017 | Format and review of the document | Regional Representative | RSC Africa Security Plan 2015 was adapted to be in line with CWS Security Plan. |
| #3 | June 2019 | Annual review and format of the document | John Kamau and Robert Onyinge | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan |
| #4 | June 2021 | Annual review and format of the document | Joshua Kirwa, Michael O'Neil and George Du Preez | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan |
| #5 | June 2022 | Annual review and format of the document | Robert Onyinge and Peter Petro Jengela | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan |
| #6 | June 2023 | Annual review and format of the document | Petro Peter Jengela Enzo Vecchio Robert Onyinge | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan |

**June 2023**


## Table of contents

I. Introduction ......................................................................................................... 6

II. Scope and Compliance ...................................................................................... 6

III. Authorities and References .............................................................................. 6

IV. CWS off-site Assembly Area ............................................................................ 6

V. CWS Location, Mission & Related Activities .................................................. 7

VI. Context & Location Security Assessment ...................................................... 9

VII. Training Requirements for Kasulu Office ..................................................... 9

VIII. Staff Responsibilities .................................................................................... 10

    a.  CWS Africa Regional Representative and RSC Africa Director .................. 10

    b.  Staff Security Coordinator (SSC) ................................................................ 10

    c.  Country Representative ................................................................................ 10

    d.  Security Risk Manager ................................................................................ 10

    e.  Program Managers ...................................................................................... 11

    f.  Floor Wardens ............................................................................................ 11

IX. Office Policies and Standard Operating Procedures (SOPs) ...................... 12

    a. Area threats/hazards .................................................................................. 12

    b. Access ........................................................................................................ 12

    c. Organizational Policies and Procedures ................................................... 13

    d. Cash and Payment Procedures ................................................................. 13

    e. Physical Security ........................................................................................ 13

    f. Communications ......................................................................................... 14

    g. Travel and Transportation .......................................................................... 15

    h. Accommodation .......................................................................................... 15

    i. Travel by Road ........................................................................................... 15

    j. Event Planning ........................................................................................... 15

    k. Incident Reporting ...................................................................................... 16

    l. Sexual Assault ............................................................................................ 16

    m. Harassment .............................................................................................. 17

X. Medical Response & Evacuation ..................................................................... 17

XI. Emergency Responses ..................................................................................... 17

    a. Compromising of Country Representative ................................................. 17

    b. Natural Threats (earthquakes, hurricanes, extensive heat/cold) .............. 17

    c. Civil Unrest ................................................................................................. 17

    d. Attack against the Office ............................................................................ 18

    e. Active shooter situation ............................................................................. 18

    f. Lockdown .................................................................................................... 19

    g. Early Dismissal .......................................................................................... 20

    h. Building Evacuation .................................................................................... 20

    i. Shelter-in-Place .......................................................................................... 21

    j. Fire ............................................................................................................. 21

XII. Annexes ............................................................................................................ 22

Annex 1 – Security Tree ...........................................................................................22
Annex 2 – Emergency Telephone Numbers ...............................................................23
Annex 4: Security Risk Assessment Tool ..................................................................25

**PHOTO 01. Dar es salaam Office building.**



**PHOTO 2. Dar es salaam Office building (First Floor)**



**PHOTO 3. Kasulu Office**



## I. INTRODUCTION

The purpose of this plan is to outline responsibilities, procedures, and actions to refer to in the case of a heightened security threat or incident at Kasulu office and Dar es salaam office and involving staff and programs managed through the Tanzania Country Office. All CWS staff working at – or passing through – the Kasulu office and Dar es salaam office must be briefed on the below by the Regional Security Risk Manager or Tanzania Country Representative and be able to respond accordingly.

## II. SCOPE AND COMPLIANCE

This security plan applies to all CWS staff working – temporarily or permanently – at Kasulu office and Dar es salaam office. These regulations are in place to improve the safety and security of all CWS staff, volunteers, clients, and the communities that host us; all staff are expected to comply with them. Any breaches will be referred back to a direct supervisor and handled consistently with CWS HR policies.

## III. AUTHORITIES AND REFERENCES

This Security Plan has been developed by the Regional Security Risk Manager, reviewed by CWS Africa Security Coordinator and Tanzania Country Representative in line with the CWS Security Policy (CWSSP) from October 2017.

## IV. CWS OFF-SITE ASSEMBLY AREA

- Primary:  Parking lot within the office compound (For Kasulu office)
- Secondary:  UNHCR compound (For Kasulu office)
- Parking lot within the office compound (For Dar Office)

### MAP 1: Aerial Map of Kasulu Area



**MAP 2: Aerial Map of Dar es salaam Office (De ocean Plaza building).**



## V. CWS LOCATION, MISSION & RELATED ACTIVITIES

Church World Service, KSO is located in Kasulu Township, Mlimani area, opposite UNHCR Field Office, Kasulu, and adjacent to the IRC Field Office in Kasulu (see Map 1 above). KSO is an operational base that supports CWS activities in North-Western Tanzania, primarily in Nyarugusu Refugee Camp and in Makere. Nyarugusu Refugee Camp is about 68 kilometers away from Kasulu and hosts about 132,000 refugees from the Democratic Republic of Congo and Burundi. There are no direct services provided to clients at the KSO, thus there is no heavy traffic flow of people in and out of the office.

### LOCATION OF THE DAR ES SALAAM OFFICE BUILDING
De Ocean Plaza is an office apartment in Tanzania Dar es salaam located on Masaki, Plot No.400, Toure Drive, Msasani Area. The office known as Office Apartment no. 5 situated on the first floor of left wing measuring 220 square meters.

## MAP 3: CWS Operation Area in Northwestern Tanzania



Two unarmed KK security guards' man the office compound during the day and two during the night. The guards are stationed at the security desk next to the main gain gate of the compound. The Regional Security

Risk Manager and the Administration Supervisor keep important emergency contacts, e.g. the UNHCR Field Safety Associate (FSA), local police, hospital etc. (see Annex 2). The staff access the office block via the 'Entrance' in the map below, which doubles as an emergency exit. There are two other entries to the building which also serve as emergency exits i.e., Emergency Exits 1 and 2.

**MAP 4: Aerial Photo of the Kasulu Office**



**MAP 5: CWS Kasulu Office Floor Plan (Kiombwa Street Kasulu, KIGOMA.)**



## VI.    CONTEXT & LOCATION SECURITY ASSESSMENT

The KSO is manned by two unarmed KK security guards throughout the day. Two-day guards are on duty from 06:00 to 18:00, and two-night guards are on duty from 18:00 to 06:00. The guards are stationed at the main gate, and control access to the compound.

CWS staff must always produce their badge when accessing the building, whereas the visitors must sign a visitors' book before they are issued with a visitor's badge and escorted to the office building.

Kasulu is a relatively stable area classified as Security Level II as per the UN security classification (i.e., the site has minimal / few security threats). Major security incidents experienced in the Kasulu area include armed robbery, highway banditry, illegal possession of firearms, burglary, and poaching; all of which are related to cross-border crime, as Kasulu is only 54 kilometers away from Tanzania's border with Burundi.

Most incidents are crimes of opportunity, targeting people carrying bags, backpacks, computer cases, cameras, purses, or items left in plain sight inside a vehicle. Most of these snatch-and-grab  crimes involve unarmed assailants. Assailants tend to operate in small groups, where only one person may overtly take part in a mugging. If the victim resists, additional members may appear with a knife, a machete, or, on occasion, a firearm. Bag snatchings from passing vehicles are extremely common and dangerous, mainly if the victim is using a bag with a cross-body strap. Few sidewalks exist, so pedestrians must walk on the street; assailants drive near their intended victim, and an assailant grabs a bag and may drag the victim until the bag's strap breaks. Many tourists, expatriates, and Tanzanians have suffered injuries from to minor road rash to extensive injuries. In at least one case, a foreign visitor died in such an incident.  Residential burglaries are common. Inadequate perimeter walls, minimal lighting, non-existent/weak grilles, and poorly paid/trained guards who often fall asleep contribute to security challenges.

Though there is not a formal relationship or information sharing between the local police and the KSO. The Head of Office and the Security Risk Manager keep the emergency numbers of the local authorities. The Head of Office receives weekly regional security updates from UNHCR Security staff.

## VII.    Training Requirements for Tanzania Country Office

New staff receive a briefing on security when they begin their employment. This includes:
- o   A security briefing when they begin their employment, including:
    - ▪   A review of the Security Policy
    - ▪   Receipt of the Security Manual and Security Plan
- o   A review of the security plan and how to respond to contingencies including (but not limited to):
    - ▪   Fire
    - ▪   Medical Emergency
    - ▪   Staff or client aggression
    - ▪   A demonstration or civil unrest
    - ▪   A crisis that requires hibernation or relocation
- o   A general overview of the neighborhood
- o   A review of any inherent security responsibilities including – but not limited to:
    - ▪   Travel requests
    - ▪   Cyber Security
    - ▪   Suspicion/Detection of theft of fraud

- ▪ Suspicion/Detection of inappropriate workplace conduct
  - o A review of how to respond to:
    - ▪ Sexual harassment/aggression/assault
    - ▪ Theft
    - ▪ Threats

Additionally:

- o All staff must complete CWS all staff security awareness training.
- o All staff must complete training on incident report writing.
- o All staff must complete the United Nations Department of Safety and Security (UNDSS), <u>BESAFE training</u>, and cyber-security online course within the first three months of their employment. Certificates of completion must be submitted to the Human Resources Office for inclusion in staff personnel files.

## VIII.    STAFF RESPONSIBILITIES

All CWS Africa staff are 100% responsible for their own safety and security. This includes actively participating in and complying with safety and security measures, following local cultural norms, adhering to the CWS Code of Conduct, and limiting consumption of alcohol. It is important to note that the SRMU can only provide mitigation measures to limit risk to a level as low as reasonably possible (ALARP).

Further to that, the following positions have specific management responsibilities to implement and maintain an effective and pragmatic safety and security risk management system:

- • CWS Africa Regional Representative and RSC Africa Director, based in Nairobi.
- • CWS Africa Regional Representative and the RSC Africa Director are responsible for ensuring that effective safety and security measures are implemented to mitigate risks to CWS Africa employees and visitors.
- • The CWS Regional Representative and RSC Director are the final approving authorities for the distribution of security information and the designation of threat levels.

- • Additionally, these individuals assist in the maintenance of security contacts with external organizations as needed.

**Based in Nairobi, Kenya**

**(a) CWS Africa Regional Representative and RSC Africa Director**
The CWS Africa Regional Representative and RSC Africa Director are responsible for ensuring that effective safety and security measures are implemented so as to mitigate risks to CWS Africa employees and visitors. The CWS Regional Representative and RSC Director are the final approving authorities for the distribution of security information and the designation of threat levels. Additionally, these individuals assist in the maintenance of security contacts with external organizations as needed.

**(b) Staff Security Coordinator (SSC)**
CWS Africa employs a full-time SSC who is responsible for developing and ensuring the systematic application of safety and security policies for all CWS Africa Areas of Operation. The SSC leads CWS Africa programs leadership in developing and applying security procedures during program design and coordinates with Security focal points and field teams to conduct their activities in a secure manner. The SSC is tasked with enhancing and maintaining effective, harmonized critical incident management capabilities across CWS Africa Areas of Operation. S/he coordinates with the Regional Security Risk Managers to monitor safety and security trends, risks, and threat levels and their impact on CWS Africa personnel and programs and provides technical guidance and mitigation measures in support of program implementation. The SSC provides security recommendations to CWS Africa Senior Management Team and Country Office staff, including periodic review of security trainings developed by Regional Security Managers, security assessments, and staff support.

The SSC reports to the CWS Africa Regional Representative and works closely with the RSC Africa Director.

**Based in Tanzania Country Office.**

**(c)  Country Representative**
Ensures that the CWS country office upholds all responsibilities – general and specific – related to the safety and security of staff and beneficiaries.

Works closely with Regional Security Risk Managers in developing, updating and implementing coherent and comprehensive Security Standard Operating Procedures (SOPs), in coordination with the RSC Nairobi office.

Liaises closely with the Staff Security Coordinator to ensure all field team staff comply with RSC Africa security guidelines.

**(d) Regional Security Risk Manager (SRM)**
The Regional Security Risk Manager is a full-time staff member tasked with overseeing all matters relating to safety and security and operations within the Dar es salaam office and Kasulu office. This individual is responsible for ensuring CWS Africa Minimum Operating Security Standards (MOSS) within Tanzania are met and maintained. The SRM works closely with the Staff Security Coordinator and the Staff Security specialist based in Nairobi. The SRM ensures that organizational duty of care standards are upheld, and periodically reviews security policies and procedures including the Tanzania country office security plan.

The SRM works with the line manager I. e., Country Representative, and as a team they take lead in the management and development of office security protocols, and support teams deployed within Tanzania with technical support and guidance from the Staff Security Coordinator based in Nairobi, Kenya.

**(e) Program Coordinator.**
- Ensure staff train and maintain first aid and AED certified individuals onsite.
- Ensure CWS senior management is fulfilling its commitments to incorporate security into the HR induction process and developing competence in security management via internal and external training.
- Ensure that CWS is fulfilling its commitment to include a risk assessment for Areas of Operation where program activities are undertaken.
- Ensure that all travel requests go through the appropriate channels and all work-related trips have relevant security briefings and contingency plans in place.
- Ensure that CWS senior management is committed to stress management (both incident related and cumulative)

In an emergency:
- Initiate warden system and conduct staff head count
- Secure Emergency Kit
- Act as Fire Wardens

**(f)  Floor Wardens**
CWS Africa's office in Kasulu is located in a one-story building. The Dar es salaam office is one floor (first floor) The offices have two floor wardens at a given time, one will be designated Head Floor Warden, and one Deputy Floor Warden. The Head Floor Warden and Deputy Floor Warden have the Floor Warden kits and have the following responsibilities:

- Maintain integrity of the Floor Warden Kit

**June 2023**

- Liaise with supervisors located on the floor.
- Coordinate/delegate responsibilities of the members of the Floor Warden team
- Conduct periodic awareness training for staff.
- Liaise with the Regional Security Risk

Manager

- General Responsibilities of Floor

Wardens:

- Take lead in directing staff what to do in the event of an emergency (lockdown or emergency exit) and ensuring staff adhere to emergency standard operating procedures.
- Serve as the primary focal point for building evacuation or emergency exit, lockdown, and fire procedures for their respective area.
- Periodically check the fire extinguishers to confirm they are serviced and up to date.
- Participate in periodic training sessions.
- Ensure the warden list is updated by supervisors.
- Ensure all assigned staff are accounted for during an emergency situation.
- Train new staff members on floor evacuation routes and procedures. Key control (Main entrance and the emergency exit doors).
- When alarm/Emergency situation is activated, the Floor Warden is responsible for ensuring all staff stop what they are doing and immediately vacate/exit the building.
- Conduct monthly checks of their area of responsibility and maintain Floor Warden Kit.

**(g) Tanzania Country Office Security Management Team**

The Tanzania Country Office Security Management Team coordinates the response and action in the event of an emergency. The following are members of the Security Management Team SMT:

- Tanzania Country Representative
- Regional Security Risk Manager
- Program Coordinator
- Finance admin Manager
- IT Supervisor
- Travel and Logistics Officer
- HR Supervisor

## IX.  TANZANIA COUNRTY OFFICE POLICIES AND STANDARD OPERATING PROCEDURES (SOPs)

**a.  Area threats/hazards**
- Staff should familiarize themselves with all emergency exits, fire extinguisher points, First Aid cabinets, and AEDs.
- Emergency exits areas labeled in Map 5 above.
- For Kasulu office the fire extinguishers are located at the main entrance, next to emergency exit two, in the kitchen, and right outside the store.
- First Aid kit is hung on the corridor where it is accessible to all staff.
- Staff should familiarize themselves with the 'shelter-in-place room/area.
- Staff should familiarize themselves with evacuation assembly points.
- Staff who arrive to or leave the compound outside of daylight hours should enter/exit the building via

the 'Entrance' and the compound via the main gate.

**b. Access**

- Staff must pre-announce any visitors to the building prior to their visit in an email sent to the Regional Security Risk Manager (in his absence send an email to GSO) one day prior to the intended visit, detailing the name of the visitor and purpose of the visit. No unauthorized visitor is allowed into the building.
- The security guards:
    - Scan the visitors, check their bags, collect their electronics and other belongings. The guards hold these belongings, and the visitor collects them when leaving the building.
    - Have the visitors sign the visitor's register and issue them with a visitor's/contractor's badge.
    - Escort the visitor to the reception area from where the host staff takes over.
- Upon completing their business at the office, the visitors are escorted to the gate from where they sign out in the visitor's book, return the visitor's/contractor's badge, collect their belongings, and leave the compound.
- Both the primary and back entrances should remain open during business hours and are only used by CWS staff.
- All visitors – including those making deliveries – should come to the office during regular working hours, i.e., 8.00 am – 16.30 pm. The Regional Security Risk Manager must approve any exemption to this. The security guard shall notify the General Service Officer, who will meet the party at the main gate.
- All vendors and authorized visitors must present identification and be signed in and out at the main gate with the security guards.
- No visitor should come through the back entrance at any time.
- Staff should always keep their work badges with them and should always be worn when in the office compound. Policies dictating lost or forgotten IDs are consistent with existing CWS policies.
- Staff should always remove their work badges when exiting the compound.

**c. Organizational Policies and Procedures**

- All new programs and events will include a risk assessment with mitigating measures to ensure that risks have been identified, mitigating measures are in place, and vulnerabilities are reduced. The program/activity must be within the CWS/RSC Africa Risk Threshold.
- Aside from on-boarding briefings, the security Risk Manager will conduct a security briefing with all office staff bi-annually (or more often should the situation require).
- Staff should lock up valuables in assigned lockers and pedestals and switch off computers before leaving their workspace.
- Computers should be password protected, and lock automatically if they are unused for five minutes.
- Internal complaints or investigations will be filed through HR as per the CWS Security Policy. These will initially be screened by HR and a member of the SMT to decide whether they will be investigated by HR, the SMT, or should involve CWS Security. As a general guideline:
- Allegations of harassment or inappropriate conduct between employees will be investigated by HR.
- The Kasulu based Program Integrity Specialist will investigate claims of fraud or misconduct. Security Incidents outside of the above – or with broad security implications for the office, staff or community – will be investigated by the Regional Security Risk Manager   in consultation with the Country Representative and the Security Management Team; see CWS Security Policy).

**d. Cash and Payment Procedures**

- Cash handling at the Kasulu office primarily consists of payments of vendors via petty cash and cash reimbursements by staff.
- Vendor payment:
  - M-Pesa payments to vendors are made by the Administration Supervisor/finance officer with appropriate approval per the procurement approval chart.
- Petty cash – not to exceed 2,000 USD or 4,000,000 Tshs – will remain in a locked cash box kept in a safe (preferably) or locked drawer during the day and must be locked in a safe at the close of business.
  - Access to – and information regarding – petty cash and cash payments will be restricted to the Country Representative (or Regional Security Risk Manager/Program Manager when the Country Rep is away), Administration Finance Manager
  - The two staff must go to withdraw the money together, for security purposes.
  - Every time cash is removed, the amount taken – and the amount remaining – will be recorded on the petty cash control sheet and signed on the petty cash voucher.
- Organizational Credit Cards: See Finance policy.

**e. Physical Security**
- Security is everyone's responsibility. If any staff member sees something unsafe – whether a staff member, client, or community member is involved – they should alert their direct supervisor and the Regional Security Risk Manager and the Head of Office. If the risk is critical, they should contact emergency services by calling **111** or **112**. For a medical emergency, call 115.
- Staff working with clients should:
  - Ensure that their office is set up so that they cannot be trapped behind their furniture. Desks should be centered to allow individuals to move around them on either side (see diagram below).



- Maintain an intercom or panic button that links directly with the security office.
  - Have their office in an area with good visibility and – when possible – glass doors to allow for general oversight.
  - Attend de-escalation training (as per training section) before working privately/unsupervised with clients.
- In the event of an emergency, staff should:
  - Listen to any announcements (incident-specific direction may be given via the intercom system or through other means)
  - Move to a safe location.
  - Alert their direct supervisor.
  - Follow the appropriate activities as per announcements and sections 9 and 10.

**f. Communications**

- The Security Risk Manager will maintain a dedicated radio linked to the Gardaworld Security Company.
- All emergency contact numbers (Annex 2) will be checked once per month, updated, and posted – with the Security Plan – in at least two accessible locations throughout the office.
- Warden systems are in place for emergencies or cancelation of work/programs.
  - A Phone Tree exists (see Annex 1) with specific responsibilities to ensure timely dissemination of information and accountability.
- The Administration Supervisor will ensure that the correct cell phone numbers of all staff have been entered into KSO emergency alert system and phone tree
- Social Media
  - Staff traveling to locations that are outside of alert level 1 (green) will not post their movement information (time, housing, vehicle info) on social media
  - Staff will not post negative or harassing comments about any individual or group related to work (staff, clients, and partners) on social media; personal preference comments on politics do not apply.
- All **printed material containing sensitive information will be shredded** using the shredder, located outside the security office.

**g. Travel and Transportation:**

- Before traveling for any official mission, the CWS Security Team will schedule a pre-departure security briefing at least ten days before the date of departure through the travel portal. Respective Country Security focal points withinhin the CWS Africa Security Unit will facilitate the session. Staff must follow any specific stipulations relevant to the mission (check-in, curfew, movement restrictions, etc.)
- Staff must arrange to be picked up at their entry point by a vetted driver upon arrival at the location.
- The trip must comply with all guidelines set out by the CWS Security Policy (the hosting organization's security policies & plans must be vetted along with contingency plans, etc.); staff must comply with these vetted plans/policies.
- CWS staff traveling to domestic offices assessed at Alert Level Green – or to meeting with clients or donors – will check in with the line supervisor and the Regional Security Risk Manager upon departure and arrival, to account for their whereabouts.

**h.  Accommodation**

- Hotel selection for staff traveling on duty must meet CWS/RSC Africa safety and security needs.
- Hotel selection for staff traveling to a location where CWS/RSC Africa has an office or affiliate will be vetted by the local CWS'/RSC Africa security focal point in consultation with the Staff Security unit.
- If CWS/RSC Africa staff is traveling to a location where they have a partner group, the Regional Security Risk Manager, in consultation with the Staff Security Coordinator – in collaboration with the partner organization – will vet hotel selection.

- If CWS/RSC Africa staff is traveling to a location with no CWS/RSC Africa office, affiliate, or partner, the security manager will vet hotel selection.

**i. Travel by Road**

- CWS vehicles should be maintained and routinely checked before use.
- All CWS Official Road travel must take place between 06:00 am – 06:00 pm (18:00 hrs.). If circumstances demand travel outside of this time, the Supervisor or Circuit Ride Point of Contact must

seek written clearance from CWS Africa Security Team or Country Representative's. staff will never enter a vehicle being operated by someone under the influence of alcohol or drugs.

- CWS will not use two-wheeled transport (motorcycle or motorbike) for work travel without a valid motorcycle license. If staff choose to use such for personal travel – even during a work trip – they do so at their own risk.
- CWS vehicles should be parked by 8.00 pm and should not move before 6.00 am. The Head of Office must approve any exemption to this.

**j. Event Planning**
- Risk assessments should be conducted before planning any event to ensure risks have been identified and mitigated to the extent possible. The evaluation must take into account:
  - The type of event
  - The political climate
  - The location (context and stakeholder analysis); and,
  - Potential vulnerabilities.
- Events preparation must include event-specific security plans with maps, emergency contacts, and contingency plans/SOPs.

   **k. Incident Reporting**
- Any internal incident involving harassment or inappropriate staff behavior will be reported to HR. Any security incident – or suspicion of a security incident – will be reported to the Security Risk Manager who will notify the Country Representative immediately, or if this is not possible, not more than 24 hours from the time of the incident.
- Any specific threats – by phone, email or in person – will be reported to the Regional Security Risk Manager and Country Representative. Any incident to be reported to the police should be brought to the attention of the Staff Security Coordinator and Regional Representative before engaging local authorities.
- Incidents of non-threatening external harassment (emails or non-aggressive phone calls) will be handled on a case-by-case basis, and routinely recorded. No further action will be taken if the incident does not create the feeling of an unsafe space. In the event they do create an unsafe space, they will be handled as potential threats.
- All security incident reports are to be completed when security incidents affect staff, programs, clients, or assets, ideally within 24 hours of the incident. Prior to completing the report, incidents should be communicated to Staff Security Unit or Human Resources or a member of the Senior Management Team, as soon as it is safe to do so, using any effective means (i.e. phone call, email, SMS, WhatsApp, etc.). The Staff Security Unit and/or Human Resources will alert the appropriate senior manager(s), who will determine next steps on a case-by-case basis.

**l. Sexual Assault**
The threat of rape and sexual assault is real and may affect CWS staff directly or indirectly. CWS has a duty to ensure steps are taken to reduce the likelihood of such incidents occurring and establish protocols to mitigate the impact. It is hugely distressing for a survivor, their family, the country office, and the whole CWS community. It has the potential to leave survivors with lifelong physical and psychological health problems.

All staff needs to understand CWS's key **standards and principles** regarding sexual assault. These principles must be at the heart of all responses:
- CWS believes that no sexual assault is ever acceptable, and that no individual can ever be blamed for becoming the victim/target of a sexual assault.
- CWS will ensure that appropriate medical care and support are available as soon as possible to survivors of sexual assault and rape.
- CWS will offer choices that empower the survivor as much as possible but will always intervene if the survivor could be at further risk.
- CWS will provide support and advice on legal and justice processes and not prosecute without the survivor's consent.

- CWS will respect the confidentiality of the survivor and keep the number of people informed of a case to a minimum.
- Based on assault incident analysis, criminals often target individuals who are alone/isolated or who appear to be unfamiliar with their surroundings. Assaulters are also likely to target individuals using alcohol. Most incidents occur at night and/or on weekends.
- If a staff member faces any form of sexual assault, they are encouraged to contact the HR office immediately. HR will do everything possible to support affected staff and to maintain confidentiality. Staff are advised that CWS medical providers will have to be informed of the circumstances, but HR will ensure that as few people as possible are involved. HR maintains strict protocols for such situations, which are available to staff upon request.

**m.Harassment**
- CWS Africa does not condone staff harassment in any way, shape or form. Specific harassment policies are outlined in the CWS Code of Conduct and CWS Africa Employee Handbook. Any incidents of harassment or unwanted attention among CWS Africa staff should be reported to HR. Any incidents of harassment or unwanted attention coming from outside CWS Africa should be reported to the Staff Security Unit

**n.  Social Media**
- CWS Africa staff should not post their travel plans or movement information (time, housing, vehicle info) on social media.
- CWS Africa staff shall not post negative or harassing comments about any individual or group related to work (staff, clients, and partners) on social media; personal preference comments on politics do not apply.
- All printed material containing sensitive information or personal identifying information must be shredded.

## X.   MEDICAL RESPONSE & EVACUATION

- If there is **a medical emergency**: Call 112 (police emergency hotline) or 115 (medical evacuation hotline).
- A minimum of five staff members should be trained in first aid. Some Field Processing and Cultural Orientation staff are trained in first aid.
- In the event of a medical emergency be prepared to provide:

  - Exact location of Emergency (floor and room number/location)
  - If calling 112 or 115, give the address as Mlimani area, opposite UNHCR Kasulu Field Office for Kasulu and 112 or 115, give the address as De Ocean Plaza office Masaki, Plot No.400, Toure Drive, Msasani Area.
  - Type of Emergency (heart attack, asthma attack, choking, bleeding, fall, etc.)
  - Give the patient's approximate age, gender, known medical history, allergies, name, etc.

- Clear the area of anyone not involved in the Emergency.
- If medical services are en-route, contact the front desk or building security and ensure there is a clear path for the medical responders.
- If the patient is being evacuated, but is okay to be moved, carefully move him or her to the front yard near the security office.
- Be aware of the surrounding area conditions (type of floor, smoke in the area, hazardous materials)
- Remain calm.
- Stay with the patient and manage the emergency to the best of your ability but stay within your competencies.

**Note**: There is a list of hospitals and contact info in Annex 2.

## XI.    EMERGENCY RESPONSES

### a.    Compromising of Country Representative

- The responsibilities and decision-making authority will be assumed by the Regional Security Risk Manager, in conjunction with the RSC Director and Staff Security Coordinator in Nairobi.
- If the Country Representative and the designated representatives are all compromised, the responsibilities and decision-making authority will be jointly assumed by the Regional Representative and SMT in Nairobi.

### b. Natural Threats (earthquakes, hurricanes, extensive heat/cold):

- In the event of a significant catastrophic occurrence – or the expectation of such an occurrence – as would compromise this location or the vicinity Kasulu office and Dar es salaam office compound, follow the instructions given by the Regional Security Risk Manager, who will alert staff to the safest option to hibernate and/or evacuate the office building.
- Should the problem be expected to last for an extensive period and need an emergency response, the Country Representative will open a Contingency Response Office in an area to be decided.

### c.    Civil Unrest
If civil unrest – such as a demonstration – is occurring near Kasulu office and Dar es salaam office (or against CWS specifically):
- Alert the Regional Security Risk Manager or Country Representative.
- The Country Representative will alert staff, Staff Security in Nairobi, and the local police. Local police should be dispatched to the area to deescalate the situation and ensure against violence.
- Listen to the Country Representative for specific instructions for sheltering-in-place and entering/exiting the build.
- Avoid identifying yourself to the demonstrators (remove name tags) and discussing their grievances with them Avoid moving through the affected area if possible. If you absolutely must move through the crowd, do so in groups moving quickly through the easiest and most minuscule dense portion.
- If the demonstration is specific to CWS, the Country Representative or the Regional Security Risk Manager will be dispatched to the area to monitor any escalation.

### d. Attack against the Office
If there is an attack on the Kasulu office, staff should:
- Follow incident-specific SOPs as per the CWS Security Manual (steer clear of windows in the case of an external explosion or shooting, look for cover and escape in a shooting at the office, etc.).
- Stay calm; the Kasulu office is located near the police station and next to UNHCR Field Office and other agencies. Dar es salaam office is located near Oyster Bay Police station.
- Contact the police, the Country Representative, the line supervisor, and the Regional Security Risk Manager.
- Listen for any specific directions (this will let you know if the building should be evacuated, and if so, the safest route).
- In the absence of an announcement, attempt to quickly ascertain the nature of the threat. If it is safe to evacuate the building, staff should move to the most appropriate assembly point; this should be the primary option, however:
- If it is not safe to evacuate – staff should move to the shelter-in-place room and contact the police and the Regional Security Risk Manager to alert them to your location.
- Initiate the SMS alert stating:
  - The nature of the threat.
  - Individuals not already on location should check-in by SMS but not come to the office.
  - For individuals within the office to come to the shelter in place room or evacuate.
  - If all staff cannot be accounted for within the first ten minutes – via the SMS alert and security tree – this should be flagged to the Country Representative, the line supervisor, and the Regional Security Risk Manager. The management will flag this to local law

enforcement agencies.
- o Once all staff are accounted for, this should be relayed to the Country Representative, the line supervisor, and the Regional Security Risk Manager. The Country Representative will flag this to the local law enforcement agency and will be the contact person to external agencies responding to the incident.
- If the building is evacuated – Office Wardens will search the floor for stragglers and report to the Regional Security Risk Manager. The office has three trained floor wardens.

### e. Active shooter situation Avoid/Get Away

Locate threat and move away from it. Be sure to:
- Have an escape route and plan in mind.
- Evacuate the building regardless of whether others agree to follow.
- Leave your belongings behind
- Help others escape, if possible
- Warn others in the area where the active shooter may be.
- Do not attempt to move wounded people.

**Deny/Find Cover**

If it is not possible to get away, find a place to hide where the active shooter is less likely to find you. Your hiding place should:
- Be out of the active shooter's view (i.e., an office with a closed and locked door). Provide protection if shots are fired in your direction (behind a stone wall)
- Not trap you or restrict your options for movement.
- Once you have found a place to hide:
- Lock and barricade the door.
- Silence your cell phone and vibration
- Turn off any source of noise (i.e., radios, televisions)
- Hide behind large, solid items (i.e., cabinets, desks)
- Remain quiet.

**Defend**

As a last resort, and only when your life is in imminent danger, attempt to disrupt, distract, and/or incapacitate the active shooter by:
- Using any available object as a weapon
- Acting as aggressively as possible against him/her
- Take simultaneous action by multiple people.
- Throwing heavy items and improved weapons

**When Law Enforcement Arrives**

Law enforcement responders will be well-armed and have a single objective – locate and disable the shooter(s). As such they will not answer questions, assist staff, or attend to the injured. Once law enforcement arrives CWS Africa staff should:
- Remain calm and follow officers' instructions.
- Put down any items in your hands (i.e., bags, jackets)
- Immediately raise your hands and spread your fingers.
- Shout out where you are – alert them to your presence (if safe to do so)
- Always keep your hands visible.
- Avoid making quick movements toward officers such as holding on to them for safety.
- Avoid pointing, screaming and/or yelling.
- Do not stop to ask officers for help or directions, just proceed in the direction from which officers are entering the premises.

**June 2023**

- Follow their directions, do not argue, or resist rescuers.
- The police may treat you like a suspect – accept this and do as you are told, even if they handcuff you.

Once staff have reached a safe location or an assembly point, they will likely be held in that area by law enforcement until the situation is under control, and all witnesses have been identified and questioned. Do not leave until instructed by law enforcement authorities to do so.

**f. Lockdown**

Under certain threats, to reduce risk, it is advisable for all staff to gather in a secure location until the nature of the threat can be determined. In such situations, a lockdown of a CWS Africa facility may be initiated. A number of scenarios may trigger a lockdown including, but not limited to, a natural disaster or security threat or breach.

Upon hearing the lockdown initiation signal (**one long whistle means "LOCKDOWN")** staff should:
- Remain in current location and take cover.
- Move away from windows and doors.
- Seek cover under a hard surface when possible.
- Remain calm, quiet, and alert.
- Do not contact the Country Representative and Regional Security Risk Manager (as they will be trying to access information about the event and advise floor wardens on the next course of action)
- Wait for instruction from Floor Wardens

**g. Early Dismissal**

The Country Representative, in consultation with SMT, may determine that an early dismissal is necessary if releasing staff is determined to be in the staff's security interest. For example, an early dismissal may be initiated in cases of pending political demonstrations, time-bound future threats, or poor weather. CWS Africa SMT or Head of office will initiate an early dismissal by making an announcement to all staff. Staff should follow the instructions provided and exit the building at the specified time. In an early dismissal, staff should collect their personal belongings, including personal phones, and put away all work-related supplies and case files as if it were the end of a normal workday, before exiting the building.

**h. Building Evacuation**

Depending on the nature of a security threat, it may be necessary to evacuate a CWS Africa facility. The goal of an evacuation is to exit the building as quickly and orderly as possible and to gather at a designated Rendezvous Point for a headcount and further instructions. The building may be evacuated in case of fire, building insecurity, or another event.

In the event that a relocation/evacuation is called for, staff should:
- Listen for any specific directions given by the Floor Wardens/deputy floor wardens.
- Leave all belongings and work supplies.
- Do not stop picking up a personal phone or at lockers to collect personal belongings.
- Exit the building as quickly as possible in an orderly manner.
- Exit the building through the designated emergency exits as directed by floor wardens.
- Staff must leave whatever they are doing **immediately** and proceed straight to the primary assembly point.
- Follow the **green signage.**
- No running, no pushing. Staff must exit in an orderly fashion.
- A headcount will be done at the assembly point, and further instruction will be provided.

> • Do not panic.
> • Do not collect personal items (such as locked phones).
> • If colleagues are not responding to the evacuation cue, inform them of the procedure and move quickly.
> • Guide visitors and applicants with you.

**MULTIPLE RAPID WHISTLES MEAN "EVACUATE"**

In the absence of an announcement, attempt to quickly ascertain the nature of the threat. <u>If it is safe to evacuate the building, staff should move to the assembly point</u> in the front yard.

Staff should move to the routine assembly point if the issue is local to the building and there are no external threats.

Staff should move to the non-routine primary assembly point if the building may be compromised, and safety is not an issue outside of the compound.

Staff should move to the secondary assembly point if the incident stops CWS staff from safely moving.

In the event that the entire area – or city – is unsafe, staff should move to their homes, or an area designated safe by the Kasulu police department and contact the Head of Office, line supervisor, and the Security Risk Manager, with their location.

**i. Shelter-in-Place**
Under unlikely circumstances (curfew, security incident, and weather events) CWS Africa staff may not be able to leave the office and must stay overnight.   Each office should have sufficient drinking water and toilet facilities in case of this eventuality.

**j. Fire**
The fire extinguishers are located at the main entrance, next to emergency exit two, in the kitchen, and right outside the store.

Identification of Fire Extinguishers:
- **Type A**: Marked with GREEN TRIANGLE with the letter A. To be used on paper, wood, textiles, and trash.
- CAUTION: Not to be used on electrical fires.
- **Type B**: Marked with a RED SQUARE with the letter B. To be used on burning liquids. Gasoline, oil, or solvents. **Type C**: Marked with BLACK CIRCLE with the letter C. To be used on electrical fires, or electrical equipment

- **To Operate:**
- Pull the pin and hold the extinguisher upright. Aim the nozzle at the base of the fire and squeeze the lever, using a side-to-side motion. Ensure you have a clear exit and only use an extinguisher as a last resort.

**Floor Warden and Deputy Floor Warden duties:**
The Floor Wardens are responsible for the overall management of the situation involving a fire including contacting authorities, ensuring staff safety, alerting CWS management, etc. The Deputy Floor Wardens are responsible for ensuring the speedy evacuation of staff and following up with local authorities.

Roles and responsibilities are outlined in the CWS Africa security manual.
- Head Floor Warden: Head of Office
- Deputy Floor Warden: Security Risk Manager/Security backup

# XII.   ANNEXES

## Annex 1 – Phone Tree Communication

A phone tree is essentially a group notification system, whereby a network of people is organized in such a manner that information can be easily and quickly spread among the group. A phone tree is part of a sound crisis communication plan and is an effective way of communicating with many employees. The CWS-Africa phone tree is based on the organizational chart."

### Activating Phone Tree Communication

In the event of an emergency and/or if circumstances warrant the need for quick staff notification, the phone tree will be activated (using the Emergency Contact List) by the Regional Security Risk Manager or Country Representative will Information conveyed in the phone tree communication will be brief, but thorough.

Once activated, the Director and the SMT contact their respective direct reports and the chain continues.

If a supervisor cannot be reached, then the Supervisor's supervisor will be responsible for contacting those direct reports. For example, if a Field Processing Supervisor (FPS) cannot be reached then the Field Processing Manager (FPM) is responsible for contacting the FPS' direct reports.

**Roles:**
**Supervisory Staff:**
Upon receiving a message, do the following:

1.  Contact your direct reports using their primary (personal) numbers.
    - o   Keep all direct reports' contacts saved in your phone as a group, which will allow you to quickly send a mass text.
    - o   WhatsApp groups are also recommended.
    - o   When sending a text, begin the message with EMERGENCY ALERT.
2.  If the primary number is not reachable, use the secondary number.
3.  Make direct calls to those who do not respond to the text / WhatsApp message within 30 minutes.

    *Note: Phone Tree is **not** to be utilized during an active Lockdown/Active Shooter situation. Follow Lockdown/Active Shooter protocols for accounting for all staff.*

4.  If all listed numbers for a staff member are unreachable, contact their emergency contact person.
5.  Email communication will be used as the last option.

Remember to keep your own Supervisor well informed of who has been reached and who is unreachable. Best practice is to inform your supervisor once all your direct reports confirm receipt of the message, or at the 30-minute mark (whichever comes first).

### Non-Supervisory Staff:

Upon receipt of a message, do the following:
1.  Respond back to your Supervisor IMMEDIATELY, and include the following information:
    a.  Confirmation that you have received the emergency alert message.
    b.  Confirmation that you understood the message.
    c.  What steps, if necessary, you will take in relation to the circumstances contained in the message.
    d.  Depending on the contents of the message, be sure to respond to all questions asked.

**June 2023**

**Annex 2 <u>Contact Numbers</u>**

1.  Enzo Vecchio (Country Representative): +255 753 945 876

2.  Peter Petro Jengela (Regional Security Risk Manager): +255 767 477 370

3.  Grace Waiharo (Program Coordinator): +255 753 946 120

4.  Administration Supervisor: +255 767 400 234

5.  Field Processing Supervisors: +255 753 946 365 and +255 748 341 800

6.  Cultural Orientation Supervisor: +255 767 221 925

7.  ARDU Supervisor: +255 757 630 079

    **Based in Nairobi**

8.  Joshua Kirwa: +254 797 290 006

9.  Robert Onyinge: +254 723 161 531

10. Scott Muttersbaugh: +254 727 077 832Annex 2 – Emergency Telephone Numbers

**Security Service Provider:**      GardaWorld Security, Tanzania

                                   Location: Mwanza Tanzania

                                   Tel:   +255 (0) 28 250 2658

                                   Fax:      +255 (0) 28 250 2198

                                   Mob: +255 (0) 753 356 620 / +255 (0) 788 712 616

                                   P.O. Box 2076, Mwanza, Tanzania

                                   www.KKSecurity.com

**Police Station:** Name: Mlimani Police Station, Kasulu

                   Contact: +255 752 677399

**UNHCR Field Security Associate:**      Michael Kiimbila

                                         Mobile: +255 756 258 315 / +255 692 098 415

                                         Email: kiimbila@unhcr.org


**Hospital 1:**      Kabanga Referral Hospital & School of Nursing, Kasulu

                    P.O. Box 42 Kasulu, Tanzania-East Africa

                    Tel: +255-686-664560 (Director); +255-788-381111 (Administrator); +255-755-049-236

                    (Doctor in charge)

E-mail: director@kabangarefhosp.net / kabangarefhospital@gmail.com / hospitalkabanga@gmail.com
Website: www.kabangarefhosp.net

**Kasulu office**

**Hospital 2:**    Mlimani Hospital Kasulu

Contact: +255 755 455255 (Dr. Mshana); +255 785 611616 (Dr. Bwashi)

**Sali International Hospital.**

Address: Yacht Club Rd, Dar es Salaam, Tanzania

Phone: **+255 786 217 938**

**London health centre**

Address: Kimveri Avenue, Dar es salaaam, Kinondoni, Kinondoni

Main Tel  **(255) 022 266 4839**

**(255) 0744 542 542**

**0676 542 542**

**The Agha khan main Hospital**

Location: Barrack Obama Road

Dar es Salaam, Tanzania.

Phone: **+255 22 211 5151/53**

Phone: **+255 699 116 136**

**Utilities:**

- Electric:        TANESCO Kasulu

    Emergency contact number: +255 692 292899

- Electrician: Mr. Mkisi +255 754546546 or +255 756799738

- Plumbing:     Mr. Sylvester Kechegwa, +255 765979121

- Water:        Kasulu Water Department

    P. O Box 9 Kasulu

    Tel: +255 028 028 10 019/

    Fax: +255 028 028 00 19

    Mobile: Manager +255 757 649964

    Email: waterdpksl@yahoo.com

- Transportation Vendor:  NZEBELE INVESTMENT,

    Email: nzebeleinvestment@gmail.com,

    Tel: +255 765 021 417

**June 2023**

**ANNEX 2: EVACUATION ASSEMBLY POINTS**



**Primary Assembly point Dar es salaam Office**



**Primary Assembly point Kasulu Office**

## Annex 3: Operational Alert Levels and Situational Indicator

| Operational Alert Level* | Situation Indicators | Staff Action |
|---|---|---|
| **1: Green** | ▪ Minor insignificant and isolated incidents, curfews, riots, theft<br>▪ No immediate threats to CWS Africa in Kasulu, Tanzania. | ▪ Fully operative<br>▪ Security Plans & Relocation, evacuation, suspension and hibernation plans reviewed |
| **2: Yellow** | ▪ Tension and minor incidents at checkpoints<br>▪ Minor clashes/civil unrest between anti-refugee groups without civilian casualties<br>▪ NGOs affected accidentally but no injuries on staff<br>▪ Attack – by hate group or terrorist organization but not specifically against NGOs<br>▪ Violence or criminality increases substantially around the area of operation Anti-refugee climate agitates/unnerves clients<br>▪ Substantially increased threat reporting against CWS Africa | ▪ Fully operative but with frequent contact to local police and other NGOs in info network<br>▪ Decision on whether to close office outside of working hours i.e. 6pm<br>▪ Relocation, evacuation, suspension and hibernation plans rehearsed.<br>▪ Weekly meetings with SMT & security situation reports |
| **3: Orange** | ▪ Escalation of violent demonstrations against CWS Africa, CWS Africa interests or similar organizations<br>▪ Continuation of large-scale demonstrations at Kasulu, Tanzania with moderate likelihood for escalation/violence<br>▪ Major clashes w/ hate groups that incur civilian casualties in Kasulu.<br>▪ Communal/Criminal violence affecting civilians directly in Kasulu, Tanzania area.<br>▪ Serious but isolated attacks by hate groups or terrorists on civilians in Kasulu.<br>▪ Martial law in-acted due to substantial civil-unrest | ▪ Partly operative/non-essential staff allowed to work from home<br>▪ Hand-over key activities and documents to partners<br>▪ Local partners encouraged not to work in field (hibernation)<br>▪ Ready for relocation, evacuation<br>▪ Daily situation reports<br>▪ Daily meetings w/security network<br>▪ Daily meetings w/CMT regarding security decisions |
| **4: Red** | ▪ Breakdown in law and order<br>▪ Repeated attacks on civilians and vital installations in Tanzania and in particular Kasulu area.<br>▪ Deliberate, repeated attacks on CWS, NGOs or civilian groups.<br>▪ Full scale armed conflict<br>▪ Continuation of large scale. demonstrations against CWS and/or its interests in Kasulu with a high likelihood for violence | ▪ Program suspended/ ended – staff work from home.<br>▪ HQ CMT convenes with president to consider media statement |



## Annex 4: Security Risk Assessment Tool

| | |
|---|---|
| **Extreme** | Immediate response and extreme measure required.  Is the risk acceptable? |
| **High** | Implement Specific safety and security measures and Contingency Plans |
| **Moderate** | Significant safety and security measures required |
| **Low** | Requires heightened awareness and additional procedures |
| **Negligible** | Managed by routine security and safety procedures |

# Security Plan

## Church World Service Pretoria and ARDU

**Vivier & Joubert 490**

**Fehrsen St Office**

**39 Ingersol Road Menlyn**

**Office RDP**

**Johannesburg**

**Durban**



jjjjjjj



# Security Plan: Pretoria, Johannesburg, and Durban Office; South Africa

**For**: All CWS/RSC/RDP Staff members in South African Offices

**Purpose**: This manual aims to record all standard operating procedures to be followed by staff concerning security at the **Pretoria, Johannesburg,** and **Durban offices.**

**Principal Writer**: George Du Preez, Regional Security Risk Manager, Southern Africa to be reviewed by Robert Onyinge, Staff Security Coordinator.

**Document Approval**: The document is to be approved by CWS Senior Management Team (SMT) and CWS Africa Regional Representative.

### Document Change and Review History

This policy manual is a living document that is regularly amended to reflect changes in policies and procedures, particularly standard operating procedures. When amendments are made to this document, the process involves the following steps:

1. Redaction, usually by the Principal Writer
2. Review, usually by a member of senior leadership
3. Approval, usually by the Principal Approver
4. Archiving, on the shared server
5. Release (by email) to staff whose work is affected by the change

Every fiscal year this document is reviewed in its entirety to verify the policies and procedures contained herein as up-to-date, workable for the organization as a whole, and consistent with other SOPs. The table below identifies all amendments and reviews that have been made to this document.

### Document Change History

| Version # | Date of Release | Section(s) Revised | Principal Reviewer | Description of Revision or Review |
|---|---|---|---|---|
| 01 | May 2017 | Format of Document | Katie Gerber and Basil Netshifhire | RSC Africa Security Plan 2015 adapted to fit into larger CWS Security Plan. |
| 02 | June 2018 | Review | Katie Gerber and Basil Netshifhire | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan |
| 03 | 30 May 2019 | Review | Katie Gerber and Basil Netshifhire | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan |
| 04 | June 2020 | Review | Robert Onyinge, Harlene Sokaloo, and Scott Muttersbaugh | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan |
| 17 | May 2021 | Review | George Du Preez, Robert Onyinge and Joshua Kipkurgat Kirwa | Reviewed to reflect changes in policies and procedures, in line with the CWS Security Plan |
| 18 | June 2022 | Review | George Du Preez, Robert Onyinge and Michael O'Neill | Reviewed to reflect changes in policies and procedures, in line with the CWS Security Plan |
| 19 | June 2023 | | George Du Preez | Reviewed to reflect changes in policies and procedures, in line with the CWS Security Plan |



I. INTRODUCTION ........................................................................................ 37
II. SCOPE AND COMPLIANCE ........................................................................ 37
III. AUTHORITIES AND REFERENCES ........................................................... 37
IV. ................................... CWS OFF-SITE ASSEMBLY AREA (SEE ANNEX 1 and 2 FOR MAPS) ........................................................................................................ 37
i. Brooklyn Office ..........................................................................................37
ii. Ingersol Office ...........................................................................................37
iii. RDP Office Johannesburg ........................................................................37
iv. RDP Office Durban ...................................................................................38
V. CWS LOCATION ........................................................................................ 38
i. Brooklyn Office, Pretoria ............................................................................38
ii. Ingersol Office, Menlyn Maine, Pretoria ....................................................38
VI. ............................................................ CONTEXT & LOCATION SECURITY ASSESSMENT ........................................................................................................ 38
VII. TRAINING REQUIREMENTS .................................................................... 38
VIII. STAFF RESPONSIBILITIES ..................................................................... 39
i. Staff Security Coordinator (SSC) ...............................................................39
ii. Country Representative .............................................................................39
iii. Regional Security Risk Manager-Southern Africa .....................................39
iv. Program Managers ...................................................................................40
v. Floor Wardens ...........................................................................................40
vi. Pretoria Office Security Management Team .............................................40
IX. ....... PRETORIA OFFICE POLICIES AND STANDARD OPERATING PROCEDURES (SOPs) ........................................................................................................ 41
X. ACCESS TO THE BUILDINGS .................................................................... 41
XI. ............................................................ ORGANIZATIONAL POLICIES AND PROCEDURE ........................................................................................................ 41
XII. CASH PROCEDURES ............................................................................... 41
XIII. PETTY CASH REIMBURSEMENT ........................................................... 41
XIV. ................................................................................. PHYSICAL SECURITY 41
XV. COMMUNICATIONS ................................................................................. 42
XVI. ....................................................................... TRAVEL AND TRANSPORTATION 42
XVII. ..................................................................................... ACCOMMODATION 43
XVIII. TRAVEL BY ROAD 43
XIX. ...................................................................................... EVENT PLANNING 43
XX. INCIDENT REPORTING ............................................................................ 43
XXI. ..................................................................................... SEXUAL ASSAULT 43
XXII. ......................................................................................... HARASSMENT 44







**XXIII.MEDICAL RESPONSE & EVACUATION** ........................................................... **44**

**XXIV. EMERGENCY RESPONSES** ......................................................................... **44**

**XXV.NATURAL THREATS (EARTHQUAKES, HURRICANES, EXTENSIVE HEAT/COLD)** . **45**

**XXVI. CIVIL UNREST** .......................................................................................... **45**

**XXVII.** .................................................................................**ACTIVE SHOOTER**
        **45**

**XXVIII.** ...............................................................................................**BOMB THREAT**
        **46**

**XXIX. SHELTER-IN-PLACE** ................................................................................ **46**

**XXX.LOCKDOWN** .............................................................................................. **47**

• **Equipment in Safe Room/shelter-in-place location** ......................................... 47

• **Early Dismissal** ............................................................................................... 47

**XXXI. BUILDING EVACUATION** ........................................................................... **47**

**XXXII.** .................................. **MULTIPLE RAPID WHISTLES MEAN "EVACUATE"**
        **48**

• **Fire Emergency** ...............................................................................................48

• **Use of Fire Extinguishers** ...............................................................................48

• **Floor Warden and Deputy Floor Warden duties** ..............................................48

**XXXIII.** .......................................................................................**PHONE TREE**
        **48**

**ANNEX 1 – PHONE TREE** ................................................................................ **49**

**ANNEX 2 - CONTACT NUMBERS AT PRETORIA OFFICE** .................................. **50**

**EMERGENCY TELEPHONE NUMBERS** .................................................................**50**

**External Contacts:** ...............................................................................................50

**Sexual Assault:** ...................................................................................................50

**Child Abuse/Neglect:** ...........................................................................................50

**Hospitals:** ............................................................................................................50

**Utilities:** ...............................................................................................................51

**ANNEX 3 - MAP OF THE LOCATION OF OFFICE (490 FEHRSEN STREET, PRETORIA)** ..... **52**

**ANNEX 4 - EVACUATION ASSEMBLY POINTS** .................................................. **52**

**Primary Assembly point Brooklyn Office – Main gate next to the guard room** .................................52

**Primary Assembly point Brooklyn Office – Main gate next to the guard room** .................................53

**Secondary Assembly point – Cherry Lane Shopping Centre parking area opposite the office**.........53

**ANNEX 5 - LOCATION OF SHELTER IN PLACE** ................................................ **54**

**Ingersol Office Complex Primary Evacuation Assembly Point** ...............................54

**Primary and Secondary Evacuation Points** ..........................................................55

**ANNEX 6 - OPERATIONAL ALERT LEVELS AND SITUATIONAL INDICATOR** ...... **56**

**ANNEX 7 - SECURITY RISK ASSESSMENT TOOL** ............................................ **57**


**496 Fehrsen Street Pretoria**



**36 Ingersol Road Main Office Complex Pretoria**



**RDP Office Johannesburg**



**RDP Office Durban**



**I.    INTRODUCTION**

The purpose of this plan is to outline responsibilities, procedures and actions to refer to in the case of a heightened security threat or emergency in Pretoria, Johannesburg and Durban, South Africa. All CWS staff working in or passing through the offices must be briefed on the information below by the Regional Security Risk Manager (RSRM), Security Management Risk Assistant, or the Country Representative.

**II.   SCOPE AND COMPLIANCE**

This security plan applies to all CWS and RDP staff – temporary or permanent – in Pretoria, Johannesburg and Durban. These regulations are in place to effectively manage safety and security risks affecting all staff, volunteers, clients and the communities that host us; all staff are expected to comply with them. Any breaches will be referred to a direct supervisor and handled in a manner consistent with CWS Compliance policies.  RSC Africa is responsible for the overseas processing of refugees for resettlement to the United States. The RSC in Pretoria covers 11 southern Africa countries i.e. Angola, Botswana, Malawi, Mozambique, Namibia, Zambia, South Africa, Madagascar, Lesotho, Swaziland and Angola. There is a regular, moderate flow of guests coming to the offices for various purposes. In addition, guests from partner organizations such as UNHCR, IOM, USCIS and the US Embassy visit the buildings.

**III.  AUTHORITIES AND REFERENCES**

This Security Plan has been developed by the South Africa Regional Security Risk Manager, reviewed by CWS Africa Security Coordinator in line with the CWS Security Policy (CWSSP) from October 2017.

**IV.  CWS OFF-SITE ASSEMBLY AREA** (SEE ANNEX 1 and 2 FOR MAPS)

   **i.    Brooklyn Office**

| | |
|---|---|
| Primary: | Open space parking area in front of the guard room |
| Secondary: | Cherry Lane Pick'nPay, Fehrsen Street |
| Tertiary: | Corner of Fehrsen Street and Muckelneuk Street |

   **ii.   Ingersol Office**

| | |
|---|---|
| Primary: | Demarcated area with standalone building shared |
| Secondary: | Between the entrance gate and college |
| Tertiary: | Empty parking area across the street |

   **iii.  RDP Office Johannesburg**

Primary:
Secondary:

Tertiary:

    **iv.**   **RDP Office Durban**
        Primary:
        Secondary:
        Tertiary**:**

## V.   CWS LOCATION

    **i.**   **Brooklyn Office, Pretoria**
A stand-alone building, opposite the Cherry Lane Shopping Centre near the Brooklyn roundabout. The building has two floors, connected by stairs only and a parking basement, reachable by stairs. The building has five entrances, four on the first floor and one entrance to the basement. People generally enter through the front entrance (marked in green on map one). The building is guarded full-time by a private security company. Two security staff rotate as per their roster, with two guards per shift, including one female guard during the day.

    **ii.**   **Ingersol Office, Menlyn Maine, Pretoria**
A standalone building on premises shared with an academic training college. The office is 100 meters from the nearest building and shares the same entrance, manned by Bidvest Security Company. The building has two floors, connected with stairs only, and a parking basement with two entrances leading to the first and second floors. Staff enters the building through the basement entrance leading individually to the first and second floors. The building and adjacent premises are guarded permanently by security guard services at the main gate. CWS Africa has two guards from 06:00 to 18:00. CWS Africa guards receive visitors at the main gate and escort them to the front main Entrance, to be handed over to the receptionist. The Resettlement Support Center (RSC Africa) staff occupies the first and second floors. CWS Relief and Development Program (RDP) staff occupy the first floor.

## VI.   CONTEXT & LOCATION SECURITY ASSESSMENT
The Brooklyn Office is guarded by a private security company, G4S Security Company. Access to the building is restricted to two front gates – one for pedestrians and one for vehicles. The gates are controlled with access tags (for employees) and by the security guards. Building security maintains strong relations with the main G4S offices, located in Centurion approximately 20 kilometers away. Additionally, the Brooklyn Police station is also close, about 2 kilometers away. Pretoria has a high rate of violent crime, petty theft and armed carjacking. According to the South African Police statistics, there has been an increase in crime in the Brooklyn area since 2020.

The Ingersol Office in Menlyn Maine is guarded by Bidvest Security Services. Access is controlled through one gate only. Bidvest guards contracted by CWS Africa receive visitors to the premises and escort them to front door of the main building. The security company offices are located in Hillcrest in the Garsfontein Police district, approximately five kilometers away. The Ingersol Office complex is located in a low crime environment.

## VII.   TRAINING REQUIREMENTS

    i.   New staff will receive a briefing on security when they begin their employment. This includes:
- Orientation on the Security Policy
- Access to the Security Manual and Security Plan on the file server
- Review of the security plan and how to respond to contingencies including, but not limited to:
- Fire and Medical Emergency training
- Staff or client aggression and de-escalation
- Demonstration or civil unrest
- Crisis that requires hibernation or relocation/evacuation
- General overview of the neighbourhood
- Review of any inherent security responsibilities including, but not limited to:
- Travel requests
- Cyber Security
- Suspicion/Detection of theft or fraud
- Suspicion/Detection of inappropriate workplace conduct

- • Review of how to respond to:
- • Sexual harassment/aggression/assault
- • Theft
- • Threats
- • In addition:
- • All staff must complete CWS all-staff security awareness training.
- • All staff must complete training on incident report writing.
- • All CWS Africa staff are required to complete the United Nations Department of Safety and Security (UNDSS) BSAFE training and Cyber-Security online course within the first month of their assignment. Certificates of completion must be submitted to the Human Resources Office for inclusion in staff personnel files.

## VIII.    STAFF RESPONSIBILITIES

All CWS Africa staff are 100% responsible for their own safety and security. This includes actively participating in and complying with safety and security measures, following local cultural norms, adhering to the CWS Code of Conduct, and limiting consumption of alcohol. It is important to note that the SRMU can only provide mitigation measures to limit risk to a level as low as reasonably practicable (ALARP).

Further to that, the following positions have specific management responsibilities to implement and maintain an effective and pragmatic safety and security risk management system:

- • CWS Africa Regional Representative and RSC Africa Director, based in Nairobi, Kenya.
- • CWS Africa Regional Representative and the RSC Africa Director are responsible for ensuring that effective safety and security measures are implemented to mitigate risks to CWS Africa employees and visitors.
- • The CWS Regional Representative and RSC Director are the final approving authorities for the distribution of security information and the designation of threat levels.
- • Additionally, these individuals assist in the maintenance of security contacts with external organizations as needed.

### i.    Staff Security Coordinator (SSC)

- • CWS Africa employs a full-time Safety and Security Risk Management Unit (SRMU) with a dedicated Security Risk Manager in all country offices, responsible for developing and ensuring the systematic application of safety and security policies for all CWS Africa Areas of Operation. The SRMU leads CWS Africa programs leadership in developing and applying security procedures during program design and coordinates with Security focal points and field teams to conduct their activities in a secure manner.
- • The SRMU is tasked with enhancing and maintaining effective, coordinated critical incident management capabilities across CWS Africa Areas of Operation.
- • The SRMU members coordinate with the respective Country Representatives and the SSC to monitor safety and security trends, risks, and threat levels and their impact on CWS Africa personnel and programs and provides technical guidance and mitigation measures in support of program implementation. The SRMU provides security recommendations to CWS Africa Senior Management Team and Country Office staff, including periodic review of security trainings developed by the SRMU, security assessments, and staff support. The SSC reports to the CWS Africa Regional Representative and works closely with the RSC Africa Director.

### ii.    Country Representative

The incumbent ensures that CWS upholds all responsibilities – general and specific – of management towards staff, client and community safety, and security throughout southern Africa. Liaises closely with the Staff Security Coordinator to ensure all field team staff comply with RSC Africa security guidelines.

### iii.    Regional Security Risk Manager-Southern Africa

- • The Regional Security Risk Manager (RSRM) is a full-time staff member tasked with overseeing all matters of safety and security and operations within the Southern African region. The RSRM is responsible for ensuring CWS Africa Minimum Operating Security Standards (MOSS) within the region are met and maintained. The RSRM works closely with the Staff Security Coordinator and other Security Risk Management Unit (SRMU) members

based in Nairobi. The RSRM ensures the organizational duty of care standards are upheld and periodically reviews security policies and procedures, including sub-office security plans.

- The RSRM works with the Country Representative and as a team, they take the lead in managing and developing sub-office security protocols and support program teams deployed within the Southern Africa region.

### iv.    Program Managers

- Ensure staff training and maintain first aid and certified firefighting staff members onsite.
- Ensure CWS senior management is fulfilling its commitments to incorporate security into the HR induction process and developing competence in security management via internal and external training.
- Ensure that CWS is fulfilling its commitment to include risk assessments for the Southern African Region where program activities are undertaken.
- Ensure that all travel requests go through the appropriate channels and all work-related trips have relevant security briefings and contingency plans in place.
- Ensure that CWS senior management is committed to stress management (both incident related and cumulative).

  ➢    In an emergency:
    - Initiate warden system and conduct staff head count
    - Secure Emergency Kit
    - Act as Fire Wardens

### v.    Floor Wardens

- CWS Africa offices in Pretoria occupy a two-story building, on the 1st and 2nd floors. Each floor shall have a minimum of two Floor Wardens, and this may change from time to time based on the number of staff occupying any given floor. For those floors with more than two Floor Wardens, one will be designated Head Floor Warden and one Deputy Floor Warden. The Head Floor Warden and Deputy Floor Warden keep the Floor Warden kits and have the following responsibilities:
  ➢    Maintain integrity of the Floor Warden Kit
  ➢    Liaise with supervisors located on their respective floors
  ➢    Coordinate/delegate responsibilities of the members of the Floor Warden team
  ➢    Conduct periodic awareness training for staff on respective floors
  ➢    Liaise with the Regional Security Risk Manager

  **General Responsibilities of Floor Wardens:**
- Take lead in directing staff in what to do in the event of an emergency (lockdown or emergency exit) and ensuring staff adhere to emergency standard operating procedures
- Serve as the primary focal point for building evacuation or emergency exit, lockdown and fire procedures for their respective area
- Periodically check the fire extinguishers to confirm their services are up to date
- Participate in periodic training sessions
- Ensure the warden list of all staff on each floor is updated by supervisors
- Ensure all assigned staff are accounted for during an emergency situation
- Train new staff members on floor evacuation routes and procedures
- Key control for respective floor (Main entrance and the emergency exit doors)
- When alarm/Emergency situation is activated, the Floor Warden is responsible for ensuring all staff on their floor stop what they are doing and immediately vacate/exit the building
- Conduct monthly checks of their area of responsibility, and maintain Floor Warden Kit

### vi.    Pretoria Office Security Management Team

- The Pretoria Country Office Security Management Team coordinates the response and action in the event of an emergency. The following are members of the Security Management Team SMT:
  ➢    Country Representative
  ➢    Regional Security Risk Manager-Southern Africa
  ➢    IT Officer
  ➢    Logistics Officer

June 2023

➤ HR Manager
➤ Finance Manager

## IX. PRETORIA OFFICE POLICIES AND STANDARD OPERATING PROCEDURES (SOPs)

Staff should familiarize themselves with all emergencies exits, fire extinguisher points and First Aid boxes.
First Aid kits are located at the Logistic office ground floor and the Country Representative's Office.
Emergency exits are all on the ground floor, in the Dining room, Training area, Conference room, Basement and Main entrance.

Staff should familiarize themselves with the 'shelter-in-place' room/area (Brooklyn office: the Country Representative's Office; Ingersol office: waiting area on 1st floor).
Staff should familiarize themselves with evacuation assembly points. On the ground floor, follow the green arrows or signage to the training area, conference room, dining room, and main doors of the building.
Staff who visit the office outside of regular business hours should enter and exit through the front main gate, as the only access point to the building.

## X. ACCESS TO THE BUILDINGS

- Staff must pre-announce any visitors to the Regional Security Risk Manager, the Country Representative, or the relevant superior.
- Both the primary and back entrances should always remain locked; doors should not be propped open.
- All visitors – including those making deliveries – should use the building's front entrance.
- All visitors must present their identification and be signed in and out.
- No visitor should come through the back entrance. If a visitor comes through the back entrance, the Regional Security Risk Manager should be informed, and the visitor must be escorted.
- Staff should always keep their building IDs and tags with them.

## XI. ORGANIZATIONAL POLICIES AND PROCEDURE

All new programs and events will include a risk assessment with mitigating measures to ensure that risks have been identified, mitigating measures are in place, and with reduced vulnerabilities. The program/activity must fall within the CWS Risk Threshold.
Aside from on boarding briefings, the Regional Security Risk Manager will conduct a security briefing with all office staff bi-annually (or more often should the situation require).
Staff should lock up valuables (including cell phones) and switch off computers before leaving their workspace.
Computers should be password-protected, and lock automatically if they are untouched for five minutes.

Management, non-management, and union grievances will all be equally prioritized and adequately addressed.
Internal complaints or investigations will be filed through HR as per the CWS Security Policy. These will initially be screened by HR and a member of the SMT to decide whether they will be investigated by HR, the SMT, or operations.
As a general guideline:
Allegations of harassment or inappropriate conduct between employees will be investigated by HR.
The Nairobi-based Program Integrity Specialist (PIS) will investigate claims of fraud or misconduct. Security Incidents outside of the above – or with broad security implications for the Office, staff, or community – will be investigated by the ADS and the Security Management Team (SMT; see CWS Security Policy).

## XII. CASH PROCEDURES

Cash handling at the Pretoria office primarily consists of payments for travel advances for staff and petty cash reimbursement.

## XIII. PETTY CASH REIMBURSEMENT

Petty cash will remain in a locked box in a safe (preferable) or locked drawer.
Access to – and information regarding – petty cash will be restricted to the Finance Officer, Country Representative and Administrative Assistant. Every time cash is removed, the amount taken will be noted along with a petty cash voucher issued.
Two staff must go to withdraw the money together, for security purposes.
The Pretoria office does not have an organizational credit card.

## XIV. PHYSICAL SECURITY

- Security is everyone's responsibility. If any staff member sees something unsafe – whether a staff member, client, or community member is involved – they should alert their direct supervisor and the Security Manager. If the risk is critical, they should contact emergency services by calling 10111 or 112. This number will solicit police response.

- Staff working with clients should ensure that their interview room/office is set up in such a way that they cannot be trapped behind the furniture. Desks should be centered to allow individuals to move around them on either side (see diagram below).



- Maintain an intercom or panic button that links to the G4S Security.  Have the office in an area with good visibility and – when possible – glass doors to allow for general oversight.  Attend de-escalation training (as per training section) before working privately/unsupervised with clients
- In the event of an emergency, staff should:
  - ➢ Listen to any announcements
  - ➢ Move to a safe bathroom and alert their direct Supervisor
  - ➢ Follow the appropriate activities as per announcements, and sections 9 and 10.

## XV.    COMMUNICATIONS
- The Country Representative will maintain a dedicated radio linked to G4S Security
- All emergency contact numbers will be checked once a month and any changes updated. Warden systems are in place for emergencies or cancellation of work/programs.  The Warden's List is kept next to the Country Representative's Office on the building's second floor.
- A Phone Tree exists with specific responsibilities to ensure timely dissemination of information and accountability.
- The Regional Security Risk Manager will ensure that all staff's correct cell phone numbers have been captured and entered into the Emergency alert system and phone tree.
- Staff traveling to locations outside of alert level 1 (green) will not post their movement information (time, accommodation, vehicle info) on social media.
- Staff will not post negative or harassing comments about any individual or group related to work (staff, clients, and partners) on social media; personal preference comments on politics do not apply.
- All printed material containing sensitive information will be shredded.

## XVI.    TRAVEL AND TRANSPORTATION
- Before traveling for any official mission, CWS Security Team will schedule a pre-departure security briefing through the travel portal at least 10 days prior to the date of departure. Respective Country Security focal points within the CWS Africa Security Unit will facilitate the session.
- For all international travel or travel to areas deemed Alert Level Yellow or higher:
  - ➢ Staff must receive a security briefing with contingency plans/emergency contact info from the security manager (as per CWS/RSC Africa Security Policy). Staff must follow all specific stipulations relevant to the mission (check-in, curfew, movement restrictions, etc.)

➢ Staff must carry their work IDs with them during work-related travels.
➢ Staff must arrange with the Logistics Department to be picked up at their entry point by a vetted and authorized vendor.
➢ The trip must comply with the CWS/RSC Africa Security Policy guidelines. The organization's security policies & plans must be vetted along with contingency plans, etc. and staff must comply with these vetted plans/policies.
➢ CWS/RSC Africa traveling to areas assessed as Alert Level Green will check in with their Supervisor, security manager upon departure for briefing and arrival for accountability.

## XVII.  ACCOMMODATION

- Hotel selection for staff traveling on duty must meet CWS/RSC Africa safety and security needs.
- Hotel selection for staff traveling to a location where CWS/RSC Africa has an office or affiliate will be vetted by the local CWS/RSC Africa security focal point in consultation with the Staff Security unit.
- If CWS/RSC Africa staff is traveling to a location where they have a partner group, the Regional Security Risk Manager, in consultation with the Staff Security Coordinator and in collaboration with the partner organization, will vet hotel selection.
- If CWS/RSC Africa staff is traveling to a location with no CWS/RSC Africa office, affiliate, or partner, the security manager will vet hotel selection.

## XVIII.  TRAVEL BY ROAD

All CWS/RSC Africa hired, or organizational vehicles should be maintained and routinely checked before use.
Whenever possible, staff should not travel during hours of darkness, whether for work or personal reasons.
CWS/RSC Africa staff will never enter a vehicle being operated by someone under the influence of alcohol or drugs. Ground transport by motorcycle or Tuk-tuk/Baja is prohibited for work-related travel. If staff choose to use such for personal travel, they do so at their own risk.

## XIX.  EVENT PLANNING

- Risk assessments should be conducted before planning any event to ensure risks have been identified and mitigated to the extent possible.
- The evaluation must take into account:
  ➢ Type of event
  ➢ Political climate
  ➢ Location (context and stakeholder analysis)
  ➢ Potential vulnerabilities.
  ➢ Events preparation must include event-specific security plans with maps, emergency contacts, and contingency plans/SOPs.

## XX.  INCIDENT REPORTING

- Any internal incident involving harassment or inappropriate staff behavior will be reported to HR. Any security incident – or suspicion thereof – will be reported to the security manager and the Supervisor copying the Country Representative immediately, or if this is not possible, not more than 24 hours from the time of the incident.
- Any specific threats – by phone, email, or in-person – will be reported to the Security Manager and, unless the SMT determines otherwise, to the police.
- Incidents of non-threatening external harassment (emails or non-aggressive phone calls) will be handled on a case-by-case basis, and routinely recorded. No further action will be taken if the incident does not create the feeling of an unsafe space. In the event they do create an unsafe space, they will be handled as potential threats.
- All security incident reports are to be completed when incidents affect staff at work, ideally within 24 hours of the incident occurring. Before completing the information, incidents should be communicated to Staff Security or Human Resources or a member of the Senior Management Team, as soon as is safe to do so, using any effective means to do so (i.e., phone call, email, SMS, WhatsApp, etc.). Staff Security and Human Resources will alert the appropriate senior manager(s), who will determine the following steps on a case-by-case basis. Incident reporting ensures there is a record on file to understand better the context we work in. This enables CWS to adjust security measures appropriately.

## XXI.  SEXUAL ASSAULT

The threat of rape and sexual assault is real and may affect CWS staff directly or indirectly. CWS must ensure steps are taken

to reduce such incidents' likelihood and establish protocols to mitigate the impact. It is hugely distressing for survivors and their families, the country office, and the whole CWS community. It has the potential to leave survivors with lifelong physical and psychological health problems.

All staff needs to understand CWS's essential standards and principles regarding sexual assault. These principles must be at the heart of all responses:

- CWS believes that no sexual assault is ever acceptable and that no individual can ever be blamed for becoming the victim/target of a sexual assault.
- CWS will ensure that appropriate medical care and support are available as soon as possible to survivors of sexual assault and rape.
- CWS will offer choices that empower the survivor as much as possible but will always intervene if the survivor could be at further risk.
- CWS will provide support and advice on legal and justice processes and not prosecute without the survivor's consent.
- CWS will respect the confidentiality of the survivor and keep the number of people informed of a case to a minimum.
- Based on assault incident analysis, criminals often target individuals who are alone/isolated or who appear to be unfamiliar with their surroundings. Assaulters are also likely to target individuals using alcohol. Most incidents occur at night and/or on weekends.
- If a staff member faces any form of sexual assault, they are encouraged to contact the HR office immediately. HR will do everything possible to support affected staff and to maintain confidentiality. Staff are advised that CWS medical providers will have to be informed of the circumstances, but HR will ensure that as few people as possible are involved. HR maintains strict protocols for such situations, which are available to staff upon request.

## XXII.   HARASSMENT

CWS Africa does not condone staff harassment in any way, shape or form. Specific harassment policies are outlined in the CWS Code of Conduct and CWS Africa Employee Handbook. Any incidents of harassment or unwanted attention among CWS Africa staff should be reported to HR. Any incidents of harassment or unwanted attention coming from outside CWS Africa should be reported to the Staff Security Unit.

## XXIII.   MEDICAL RESPONSE & EVACUATION

- If there is a medical emergency staff should immediately contact emergency services on 10111 or 112 (only from a cell phone).
- Identify if anyone in the Office is First Aid certified and if so, allow them to take over the situation
- In either circumstance, be prepared to provide:
- The exact location of the emergency (floor and room number/location)
- Type of emergency (heart attack, asthma attack, choking, bleeding, fall, etc.)
- Give the patient's approximate age, gender, known medical history, allergies, name, etc.
- Clear the area of anyone not involved in the emergency
- If medical services are en route, contact the front desk or building security and ensure there is a clear path for the medical responders
- If the patient is being evacuated but is safe to be moved, the best medical staging area is the primary training area.
- Be aware of the surrounding area conditions (type of floor, smoke in the area, hazardous materials)
- Remain calm
- Stay with the patient and manage the emergency to the best of your ability but stay within your competencies.

**Note:** There is a list of hospitals and contact info in Annex 2.

## XXIV.   EMERGENCY RESPONSES

### COMPROMISING OF THE COUNTRY REPRESENTATIVE
- In the event of a significant catastrophic occurrence that compromises the Office of the Country Representative:

  ➢ The responsibilities and decision-making authority will be assumed by the Regional Security Risk Manager, in conjunction with the RSC Director and Staff Security Coordinator in Nairobi.

➢ If the Country Representative and the designated representatives are all compromised, the responsibilities and decision-making authority will be jointly assumed by the Regional Representative and SMT in Nairobi.

**XXV.  NATURAL THREATS (EARTHQUAKES, HURRICANES, EXTENSIVE HEAT/COLD)**

In the event of a significant catastrophic occurrence – or the expectation of such an occurrence – that would compromise the location or the vicinity of the office:

- Follow the instructions given by the Country Representative and Regional Security Risk Manager, they will alert you to the safest option to either hibernate or evacuate the office building.
- Should the problem be expected to last for an extensive period and require an emergency response, the Head of Office will open a Contingency Response Office in an area to be identified by the Country Representative.

**XXVI.  CIVIL UNREST**

If civil unrest – such as a demonstration – is occurring near the offices, or against CWS specifically:

- Alert the Country Representative and program management. The Country Representative will alert staff, Staff Security in Nairobi, and the local police. Local police should be dispatched to the area to de-escalate the situation and safeguard against violence.
- Listen to the Country Representative for specific instructions for sheltering-in-place and entering/exiting the building.
- Avoid identifying yourself to the demonstrators (remove name tags) and discussing their grievances with them. Avoid moving through the affected area if possible. If you absolutely must move through the crowd, do so in groups and move quickly through the least dense area.
- If the demonstration is specific to CWS, the Country Representative or the Regional Security Risk Manager will be dispatched to the area to monitor any escalation.

**XXVII.  ACTIVE SHOOTER**

In the event there is an active shooter at any office, staff should steer clear of windows, stay calm and:

- Follow instructions from the Country Representative or the Regional Security Risk Manager.
- Listen for any specific directions (this will inform staff if the building should be evacuated, and if so, the safest route).
- In the absence of an announcement, attempt to quickly ascertain the nature of the threat and if it is safe to evacuate the building.
- CWS Africa staff who are outside the building during an active shooter event should not return to the office until an 'all clear' announcement is made.
- Upon learning of an active shooter, CWS staff should remain calm, turn out the lights, and listen. Quickly determine the most reasonable way to protect your own life. If the location of an attacker is known, move as far from the attacker as possible or to the safest place possible. If the location of the attacker is unknown, attempt to get to the safest place possible and evaluate the best way to move away from an attacker.
- This means pre-identified "Safe Areas" where personnel can relocate during an incident. Any amount of delay provides more time for law enforcement to respond.
- Avoid/Get Away
- Locate the threat and move away from it. Be sure to:
  ➢ Have an escape route and plan in mind
  ➢ Evacuate the building regardless of whether others agree to follow
  ➢ Leave your belongings behind
  ➢ Help others escape, if possible
  ➢ Warn others in the area where the active shooter may be
  ➢ Do not attempt to move wounded people

- If it is not possible to get away, find a place to hide where the active shooter is less likely to find you. Your hiding place should:
  ➢ Be out of the active shooter's view (i.e. an office with a closed and locked door)
  ➢ Provide protection if shots are fired in your direction (behind a brick wall)
  ➢ Not trap you or restrict your options for movement Once you have found a place to hide:
  ➢ Lock and barricade the door
  ➢ Silence your cell phone and vibration
  ➢ Turn off any source of noise (i.e. radios, televisions)

June 2023

- ➢ Hide behind large, solid items (i.e. cabinets, desks)
  - ➢ Remain quiet
  - ➢ Defend

- As a last resort, and only when your life is in imminent danger, attempt to disrupt, distract, and/or incapacitate the active shooter by:
  - ➢ Using any available object as a weapon
  - ➢ Acting as aggressively as possible against him/her
  - ➢ Taking simultaneous action by multiple people
  - ➢ Throwing heavy items and improved weapons

- When Law Enforcement Arrives:
  - ➢ Law enforcement responders will be well-armed and have a single objective – locate and disable the shooter(s). As such they will not answer questions, assist staff, or attend to the injured. Once law enforcement arrives CWS Africa staff should:
  - ➢ Remain calm, and follow officers' instructions
  - ➢ Put down any items in your hands (i.e., bags, jackets)
  - ➢ Immediately raise hands and spread fingers
  - ➢ Shout out where you are – alert them to your presence (if safe to do so)
  - ➢ Keep hands visible at all times
  - ➢ Avoid making quick movements toward officers such as holding on to them for safety
  - ➢ Avoid pointing, screaming and/or yelling
  - ➢ Do not stop to ask officers for help or direction, just proceed in the direction from which officers are entering the premises
  - ➢ Follow their directions, do not argue or resist rescuers
  - ➢ The police may treat you like a suspect – accept this and do as you are told, even if they handcuff you
  - ➢ Once staff have reached a safe location or an assembly point, they will likely be held in that area by law enforcement until the situation is under control, and all witnesses have been identified and questioned. Do not leave until instructed by law enforcement authorities to do so.
  - ➢ If it is not safe to evacuate – staff should move to the shelter-in-place room and await further instructions.

- Regional Security Risk Manager or the Country Representative.
  - ➢ Initiate the SMS alert, stating:
  - ➢ The nature of the threat
  - ➢ Those individuals not already on location should check-in by SMS but not come to the office
  - ➢ For individuals within the office to come to the Shelter in place room or evacuate
  - ➢ If all staff cannot be accounted for within the first ten minutes – via the SMS alert and security tree – this should be flagged to the Country Representative.
  - ➢ Once all staff are accounted for, this should be relayed to the Country Representative.
  - ➢ The Country Representative will be the contact person to external agencies responding to the incident.
  - ➢ In the event the building is evacuated – Fire Wardens, Country Representative and Regional Security Manager will search the floor for stragglers.

**XXVIII.    BOMB THREAT**
- If the agency or building is contacted with a bomb threat, or an unattended bag is discovered:
- Inform the Country Representative and the Regional Security Risk Manager; provide as many details as possible (Who, What, When, Where, why, and How?).
- In the event the Country Representative and the Regional Security Risk Manager cannot be reached, call the IT Officer.
- If you feel there is an immediate threat or concern, immediately call 10111.
- If a suspicious bag or item is discovered, immediately cordon off the area. Do not try to investigate the object yourself.
- Follow the directions of the lead element on the response; prepare for evacuation to the assembly point if so directed.

**XXIX.    SHELTER-IN-PLACE**
Under unlikely circumstances (curfew, security incidents, and weather events), CWS Africa staff may not be able to leave the office and must stay overnight. Each office should have sufficient drinking water and toilet facilities.

**XXX.    LOCKDOWN**

- Under certain threats, in order to reduce risk, it is advisable for all staff to gather in a secure location until the nature of the threat can be determined. In such situations, a lockdown of a CWS Africa facility may be initiated. A number of scenarios may trigger a lockdown including, but not limited to, a natural disaster or security threat or breach.
- Upon hearing the lockdown initiation signal, staff should:
  - ➢ Remain in current location and take cover
  - ➢ Move away from windows and doors
  - ➢ Seek cover under a hard surface when possible
  - ➢ Remain calm, quiet, and alert
  - ➢ The pre-designated Safe room/shelter-in-place location shall be the Country Representative's Office.
  - ➢ Floor Wardens/Deputies will provide a cue for staff to evacuate or take cover (lockdown)
  - ➢ One long whistle means **"LOCKDOWN"**
  - ➢ Staff must move immediately and safely from wherever they are to the Country Representative's Office.
  - ➢ Movement should be quick, but no running or pushing. Staff should not stop collecting personal items.
  - ➢ Staff must stay away from windows when moving to the Country Representative's office.
  - ➢ Staff should alert the Floor Wardens/Deputies to inform them of their location.
  - ➢ Floor Warden/Deputies will use the Warden's List to account for all staff.
  - ➢ Staff will remain in their respective locations until they receive the all-clear message/announcement from the Regional Security Risk Manager or the Country Representative.
  - ➢ Move quickly and assist others (including visitors and refugees).
  - ➢ Stay away from windows when moving.
  - ➢ Consider crawling to avoid being seen.
  - ➢ If you cannot safely proceed to the Country Representative's Office, close the door where you are and use available items to lock/barricade the door.
  - ➢ Remain calm.

- **Equipment in Safe Room/shelter-in-place location**
  - ➢ Radio
  - ➢ Supplies (non-perishable food) for survival
  - ➢ Water
  - ➢ First Aid bag
  - ➢ (All these are stocked to last for 72 hours until the area is cleared)

- **Early Dismissal**
  The Country Representative and the Regional Security Risk Manager in consultation with CWS Africa Regional Representative/RSC Director may determine that an early dismissal is necessary, if it is in staffs' security interest. For example, an early dismissal may be initiated in cases of pending political demonstrations, time-bound future threats, or poor weather. The Country Representative will initiate an early dismissal by making an announcement to all staff via SMS, or via email. Staff should follow instructions provided and exit the building at the specified time. In an early dismissal, staff should collect their personal belongings, including personal phones, and put away all work-related supplies and case files as if it were the end of a normal workday, before exiting the building.

**XXXI.    BUILDING EVACUATION**

- Depending on the nature of a security threat, it may be necessary to evacuate a CWS Africa facility. The goal of an evacuation is to exit the building as quickly and orderly as possible and to gather at a designated Rendezvous Point for a headcount and further instructions. The building may be evacuated in case of fire, building insecurity, or another event.
- In the event an evacuation is called for, staff should:
  - ➢ Listen for any specific directions given by the Floor Wardens/Deputy Floor Wardens.
  - ➢ Leave all belongings and work supplies.
  - ➢ Do not stop to pick up a personal phone or at lockers to collect personal belongings.
  - ➢ Exit the building as quickly as possible in an orderly manner
  - ➢ Exit the building through the designated emergency exits as directed by floor wardens.
  - ➢ In the absence of an announcement, attempt to quickly ascertain the nature of the threat. <u>If it is safe to evacuate the building, staff should move to the assembly point.</u>
  - ➢ Staff should move to the Primary assembly point if the issue is local to the building and there are no external threats.
  - ➢ Assembly points (Brooklyn office):

June 2023

CWS

> ➢ Primary (Open space at the main gate in front of the main building entrance and following the Assembly point board)
> ➢ Secondary (PicknPay parking)
> ➢ Tertiary (At the back of complex Corner of Fehrsen Street and Muck'leneuk Street).

**XXXII.  MULTIPLE RAPID WHISTLES MEAN "EVACUATE"**
- Staff must leave whatever they are doing immediately and proceed straight to the primary assembly point
- Follow the green signage
- <u>No running, no pushing</u>.  Staff must exit in an orderly fashion
- A headcount will be done at the assembly point, and further instruction provided

---

- Do not panic.
- Do not collect personal items (such as locked phones).
- If colleagues are not responding to the evacuation cue, inform them of the procedure and move quickly.
    - Guide visitors and applicants with you.

---

- **Fire Emergency**
- Each floor has a fire alarm and smoke detectors. They are located in all offices and passages.
- Each floor has one fire warden station located next to the internal main door
- Identification and location of Fire Extinguishers:
- The types of fire extinguishers in the building cover all types of fire:
- A - Wood, paper, textiles (CAUTION: Not to be used on electrical fires).
- B - Flammable liquids (gasoline, oil or solvents).
- C - Live electrical power
- There are nine fire extinguishers in the Brooklyn office building, located as follows;
- Basement - three fire extinguisher
- Ground floor - three fire extinguisher
- First floor - three fire extinguisher
- The building is also equipped with a water hose pipe on each floor.

- **Use of Fire Extinguishers**
  *To Operate*: Pull the pin and hold the extinguisher upright. Aim the nozzle at the base of the fire and squeeze the lever, using a side-to-side motion. Ensure you have a clear exit and only use an extinguisher as a last resort.

- **Floor Warden and Deputy Floor Warden duties**
  > ➢ The Floor wardens are responsible for the overall management of the situation involving a fire including contacting authorities, ensuring staff safety, alerting CWS management, etc. The Deputy Floor Wardens   are  responsible  for ensuring the speedy evacuation of staff and following up with local authorities.
  > ➢ Roles and responsibilities are outlined in the CWS Africa Security Manual.
  > ➢ Head Floor Warden: Stephanus Ungerer, Field Supervisor.
  > ➢ Deputy Floor Warden: Sharon Madevu, General Services Officer supported by Sanele Thabede, Janitor.

**XXXIII.  PHONE TREE**
If an emergency occurs in the Pretoria offices and information must be shared quickly, or accountability is taken, each Pretoria staff member – upon receiving the call/SMS- will inform the following person (chronologically) on the lists below. If an individual cannot be reached after three consecutive (and immediate) attempts, the caller will inform the Country Representative.
The Regional Security Risk Manager will maintain the phone tree contacts. When the process has run its course, the Regional Security Risk Manager will inform the Country Representative along with any information regarding specific security issues or accountability gaps.

**CWS**

**ANNEX 1 – PHONE TREE**

**CRISIS MANAGEMENT TEAM**

|   | Staff Name | | Title |
|---|---|---|---|
| 1 | Ann Boayue | +27 822 360 070 | Country Representative |
| 2 | George Du Preez | +27 723 102 179 | Regional Security Risk Manager Southern Africa |
| 3 | Mercy Mlambo | +27 647 311 778 | IT Officer |
| 4 | Nyarai Theresa Faith Chirinda | +27 608 946 555 | Program Coordinator |
| 5 | Heinnry Derrick Kalidozo | +27 609 979 092 | Admin & Finance Manager |
| 6 | Manasa Allan Ayami | +27 608 948 025 | IT Specialist |
| 7 | Sharon Madevu | +27 664 829 487 | Logistics Officer |
| 8 | Laurene Khumalo | +27 825 393 249 | Program Manager |
| 9 | Leah Motlagae Tlhoaele | +27 608 948 8101 | Human Resources |

June 2023

**ANNEX 2 - CONTACT NUMBERS AT PRETORIA OFFICE**

| | | | | |
|---|---|---|---|---|
| 1 | Norman Mukhaha | +27781975294 | Second Floor | Staff |
| 2 | Ann Boayue | +27822360070 | Second Floor | Country Representative |
| 3 | Florence Simfukwe | +27713775259 | Second Floor | Staff |
| 4 | Sharon Madevu | +27 | Second Floor | Staff |
| 5 | Anele Zondi | +27839286420 | Second Floor | Staff |
| 6 | GF Du Preez | +27723102179 | Second Floor | Regional Security Risk Manager- |
| 7 | Heinnry Derrick Kalidozo | +27 609 979 092 | Second Floor | Finance and Admin Manager |

**EMERGENCY TELEPHONE NUMBERS**
Zweli Moloi +27 664 829 487
Ann Boyue +27 82 236 0070
George Du Preez +27 72 310 2179
Joshua Kirwa +254 797 290 006
Robert Onyinge +254 723 161 531
Scott Muttersbaugh  +254 727 077 832

**External Contacts:**
Emergency Services: 10111 or 112
Brooklyn Police Station: +27 12 366 1700/1735
Fire Brigade: 10177
Fire & Rescue: +27 12 310 6300 or +27 12 358 2255
Emergency Medical Service: +27 12 358 2111 or +27 12 427 2111

**Sexual Assault:**
SAPS Head Office Wachthuis Building 231 Pretorius Street Pretoria
Tel: +27 12 3931 000
**Child Abuse/Neglect:**
Child Welfare South Africa – 086 142 4453
Department of Social Development 24-hour Command Centre – 0800 428 428 Life Groenkloof Hospital – +27 12 424 3600

**Hospitals:**

Little Company of Mary Hospital, 50 George Storrar Drive, Pretoria
+27 12 452 9400

Netcare Unitas Hospital, Clifton Avenue, Lyttleton, Centurion, Pretoria
+27 12 677 8000

Life Groenkloof Hospital, 50 George Storrar Drive, Pretoria
+27 12 424 3600

June 2023

Netcare Jacaranda Hospital, 213 Middelberg Street, Muckleneuk, Pretoria
+27 12 421 6700

Steve Biko Academic Hospital, Voortrekker Road, Pretoria
+27 12 354 1000

Louis Pasteur Hospital, 374 Francis Baard Street, Pretoria
+27 12 320 7421

Netcare Femina Hospital, 460 Belvedere Street, Arcadia, Pretoria
+27 12 304 1700

**Utilities:**
Fuel: Shell - Middel Straat Motors, 256 Dey St, Pretoria +27 12 460 7458
Electricity:  City of Tshwane +27 12 358 8514
Water: Water and Sanitation +27 12 358 9999
Property Manager (Plumbing/ heating and cooling) +27 82 784 1689

**ANNEX 3 - MAP OF THE LOCATION OF OFFICE (490 FEHRSEN STREET, PRETORIA)**



**ANNEX 4 - EVACUATION ASSEMBLY POINTS**

**Primary Assembly point Brooklyn Office – Main gate next to the guard room**



**Primary Assembly point Brooklyn Office – Main gate next to the guard room**



**Secondary Assembly point – Cherry Lane Shopping Centre parking area opposite the office**



**ANNEX 5 - LOCATION OF SHELTER IN PLACE**



**Ingersol Office Complex Primary Evacuation Assembly Point**



**Ingersol Office Complex Pretoria**



**Primary and Secondary Evacuation Points**

**ANNEX 6 - OPERATIONAL ALERT LEVELS AND SITUATIONAL INDICATOR**

| Operational Alert Level* | Situation Indicators | Staff Action |
|---|---|---|
| **1: Green** | • Minor insignificant and isolated incidents, curfews, riots, theft<br>• No immediate threats to CWS Africa in Pretoria, South Africa. | • Fully operative<br>• Security Plans & Relocation, evacuation, suspension and hibernation plans reviewed |
| **2: Yellow** | • Tension and minor incidents at checkpoints<br>• Minor clashes/civil unrest between anti-refugee groups without civilian casualties<br>• NGOs affected accidentally but no injuries on staff<br>• Attack – by hate group or terrorist organization but not specifically against NGOs<br>• Violence or criminality increases substantially around the area of operation Anti-refugee climate agitates/unnerves clients<br>• Substantially increased threat reporting against CWS Africa | • Fully operative but with frequent contact to local police and other NGOs in info network<br>• Decision on whether to close office outside of working hours i.e., 6pm<br>• Relocation, evacuation, suspension and hibernation plans rehearsed.<br>• Weekly meetings with SMT & security situation reports |
| **3: Orange** | • Escalation of violent demonstrations against CWS Africa, CWS Africa interests or similar organizations<br>• Continuation of large-scale demonstrations at Pretoria, South Africa with moderate likelihood for escalation/violence<br>• Major clashes w/ hate groups that incur civilian casualties in Pretoria.<br>• Communal/Criminal violence affecting civilians directly in Pretoria, South Africa area.<br>• Serious but isolated attacks by hate groups or terrorists on civilians in Pretoria.<br>• Martial law in-acted due to substantial civil-unrest | • Partly operative/non-essential staff allowed to work from home<br>• Hand-over key activities and documents to partners<br>• Local partners encouraged not to work in field (hibernation)<br>• Ready for relocation, evacuation<br>• Daily situation reports<br>• Daily meetings w/security network<br>• Daily meetings w/CMT regarding security decisions |
| **4: Red** | • Breakdown in law and order<br>• Repeated attacks on civilians and vital installations in South Africa and in particular Pretoria area.<br>• Deliberate, repeated attacks on CWS, NGOs or civilian groups<br>• Full scale armed conflict<br>• Continuation of large-scale demonstrations against CWS and/or its interests in Pretoria with a high likelihood for violence | • Program suspended/ ended – staff work from home<br>• HQ CMT convenes with president to consider media statement |

**ANNEX 7 - SECURITY RISK ASSESSMENT TOOL**



| Extreme | Immediate response and extreme measures required.  Is the risk acceptable? |
|---|---|
| **High** | Implement Specific safety and security measures and Contingency Plans |
| **Moderate** | Significant safety and security measures required |
| **Low** | Requires heightened awareness and additional procedures |
| **Negligible** | Managed by routine security and safety procedures |

# Security Plan

**Church World Service** UAP Nakawa Business
Park, Plot 3-5 Portbell Road,
**Kampala Office, Uganda**



**June 2023**

# Security Plan: Kampala Office, Uganda

*For:* Kampala office staff members

*Purpose:* The purpose of this manual is to record all standard operating procedures followed by staff in relation to security at the Kampala, Uganda office.

*Principal Writer*: Petro Peter Jengela, Regional security Risk Manager. Reviewed by Robert Onyinge, Staff Security Coordinator.

*Document Approval:* The updated version of this document is to be approved by CWS Senior Management Team (SMT) and CWS Africa Regional Representative

## Document Change and Review History

This policy manual is a living document that is amended to reflect changes in policies and procedures, particularly standard operating procedures. When amendments are made to this document the process involves the following steps:

6. Redaction, usually by the Principal Writer
7. Review, usually by a member of senior leadership
8. Approval, usually by the Principal Approver
9. Archiving, on the shared server
10. Release (by email) to staff whose work is affected by the change.

Each fiscal year this document is reviewed in its entirety to verify the policies and procedures contained herein are up-to-date, workable for the organization, and consistent with other SOPs. The table below identifies all amendments and reviews that have been made to this document.

## Document Change History

| Version # | Date of Release | Section(s) Revised | Principal Reviewer | Description of Revision or Review |
|---|---|---|---|---|
| 01 | June 2021 | Development of new security plan | Robert Onyinge | RSC Africa Security Plan 2021 adapted to fit into larger CWS Security Plan. Developed to capture policies and procedures to be adapted in Uganda office in line with the larger CWS security plan (October 2017) |
| 02 | June 2022 | Update of emergency contacts | Robert Onyinge and Aldo Vundru | Review of the emergency contacts sections, phone tree communication |
| 03 | June 2023 | Annual review and format of the document | Petro Jengela Tamba Robert Onyinge | Reviewed to reflect changes in policies and procedures, in line with CWS Security plan. |

**June 2023**

**Photo 1: Nakawa Business Park (Block C)**



2





**Table of Contents**

Security Plan: Kampala Office, Uganda ........ 59
Photo 1: Nakawa Business Park (Block C) ........ 60
INTRODUCTION ........ 4
SCOPE AND COMPLIANCE ........ 4
AUTHORITIES AND REFERENCES ........ 4
CWS AFRICA KAMPALA OFFICE OFF-SITE ASSEMBLY AREA ........ 4
CWS LOCATION, MISSION & RELATED ACTIVITIES ........ 5
CONTEXT & LOCATION SECURITY ASSESSMENT ........ 6
TRAINING REQUIREMENTS FOR CWS AFRICA ........ 6
STAFF RESPONSIBILITIES ........ 7
(a)CWS Africa Regional Representative and RSC Africa Director ........ 7
(b)Staff Security Coordinator (SSC) ........ 7
(c) Country Representative ........ 7
(d) Program Coordinator ........ 8
(e) Administration Supervisor ........ 8
(f) Security Risk Manager ........ 8
(g) Programs Managers ........ 8
(h) Floor Wardens ........ 8
Uganda Country Office Security Management Team ........ 9
OFFICE POLICES AND STANDARD OPERATING PROCEDURES (SOPS) ........ 9
(a) Area threats/hazards ........ 9
(b) Access ........ 9
(c) Organizational Policies and Procedures ........ 10
(d) Cash Procedures: ........ 10
(e) Physical Security ........ 10
(f) Communications ........ 11
(g) Travel and Transportation: ........ 13
(h) Event Planning ........ 13
(i) Incident Reporting ........ 13
(j) Sexual Assault ........ 13
(k) Harassment ........ 14
MEDICAL RESPONSE & EVACUATION ........ 14
EMERGENCY RESPONSES ........ 15
(a) Compromising of the Country Representative ........ 15
(b) Natural Threats (earthquakes, hurricanes, extensive heat/cold): ........ 15
(c) Civil Unrest ........ 16
(d) Targeted attack against the office ........ 16
(e) Lockdown ........ 18
(f) Early Dismissal ........ 18
(g) Building Evacuation ........ 18
(h) Shelter-in-Place ........ 18
(l) Fire ........ 18
ANNEXES ........ 20

## INTRODUCTION

The purpose of this plan is to outline responsibilities, procedures, and actions to refer to in the case of a heightened security threat or emergency at Church World Service (CWS Africa) Kampala Office (UAP Nakawa Business Park, Plot 3-5 Port Bell Road). All CWS Africa staff and visitors working at Kampala or passing through the Kampala, Uganda office must be briefed on the below by the Uganda Staff Security Officer upon arrival (on-arrival security briefing) and be able to respond accordingly.

## SCOPE AND COMPLIANCE

This security plan applies to all CWS Africa staff working – temporarily or permanently – at the Kampala office. These regulations are in place to improve the safety and security of all CWS Africa staff, volunteers, clients, and the communities that host us; all staff including those deployed in the office temporarily are expected to comply with them. Any breaches will be referred back to a direct supervisor and handled in a manner consistent with CWS HR policies.

## AUTHORITIES AND REFERENCES

This Security Plan has been developed by the Uganda Staff Security Officer, reviewed by CWS Africa Security Coordinator in line with the CWS Security Policy (CWSSP) from October 2017.

## CWS AFRICA KAMPALA OFFICE OFF-SITE ASSEMBLY AREA

- **Visitor's parking,** the only rendezvous point.



Rendezvous point



UAP Nakawa Business Park Plot 3-5 Port Bell Road

## CWS LOCATION, MISSION & RELATED ACTIVITIES

CWS Africa (which also houses RSC Africa) is located at UAP Nakawa Business Park, Plot 3-5 Port Bell Road, Block C level 5 on the right and the USAID Offices on the left. CWS shares space with a USAID office just next door on the right.

The Kampala Office will have its own full-time security guards: three (2) individuals during the day shift and three (2) during the night shift, totaling four security guards (24/7) with formalized ties to local authorities – including Kira Police Post with an established network of various actors including private security firms, law enforcement, INGO security forum and local police deployed patrolling along Nakawa business Park Port bell road.

Nearby major facilities include; Uganda Manufacturing grounds (UMA), Makerere University Business School (MUBS), Capital Shoppers Nakawa, Payroll Consultants Africa and Valley View Resort Seeta.

## CONTEXT & LOCATION SECURITY ASSESSMENT

**Kololo Police Post**

The UAP Nakawa Area, where the office is located, is moderate to high risk in terms of crime (house breaking, residential intrusion, and political unrests/violence due to proximity to the City Centre). The location also harbors Makerere Business School (MUBS) which receives a number of students, professionals and researchers within the country. The closest police station is Kira Police Post located 3.2km from the office building.

**Contacts**

Telephone: +256 714667787

HVW+739, Kira Rd, Kampala, Uganda

## TRAINING REQUIREMENTS FOR CWS AFRICA

New staff will receive a briefing on security when they begin their employment. This includes:
- An orientation to the Security Policy
- Access to the Security Manual and Security Plan on the file server
- A review of the security plan and how to respond to contingencies including (but not limited to):
  - Fire
  - Medical Emergency
  - Staff or client aggression and de-escalation
  - A demonstration or civil unrest
  - A crisis that requires hibernation or relocation/evacuation
- A general overview of the neighborhood
- A review of any inherent security responsibilities including – but not limited to:
  - Travel requests
  - Cyber Security
  - Suspicion/Detection of theft or fraud
  - Suspicion/Detection of inappropriate workplace conduct
- A review of how to respond to:
  - Sexual harassment/aggression/assault
  - Theft
  - Threats
  - Client Aggression and De-escalation

In addition:
- All staff must complete CWS all-staff security awareness training.
- All staff must complete training in incident report writing.
- All CWS Africa staff are required to complete the United Nations Department of Safety and Security (UNDSS) BSAFE training (BSAFE) and cyber-security online course, within the first month of their assignment. Certificates of completion must be submitted to the Human Resources Office for inclusion in staff personnel files.

## STAFF RESPONSIBILITIES

All CWS Africa staff are 100% responsible for their own safety and security. This includes actively participating in and complying with safety and security measures, following local cultural norms, adhering to the CWS Code of Conduct, and limiting consumption of alcohol. It is important to note that the SRMU can only provide mitigation measures to limit risk to a level as low as reasonably possible (ALARP).

Further to that, the following positions have specific management responsibilities to implement and maintain an effective and pragmatic safety and security risk management system:

- CWS Africa Regional Representative and RSC Africa Director, based in Nairobi.
- CWS Africa Regional Representative and the RSC Africa Director are responsible for ensuring that effective safety and security measures are implemented to mitigate risks to CWS Africa employees and visitors.
- The CWS Regional Representative and RSC Director are the final approving authorities for the distribution of security information and the designation of threat levels.

- Additionally, these individuals assist in the maintenance of security contacts with external organizations as needed.

**Based in Nairobi, Kenya**

### (a) CWS Africa Regional Representative and RSC Africa Director

The CWS Africa Regional Representative and RSC Africa Director are responsible for ensuring that effective safety and security measures are implemented so as to mitigate risks to CWS Africa employees and visitors. The CWS Regional Representative and RSC Director are the final approving authorities for the distribution of security information and the designation of threat levels. Additionally, these individuals assist in the maintenance of security contacts with external organizations as needed.

### (b) Staff Security Coordinator (SSC)

CWS Africa employs a full-time SSC who is responsible for developing and ensuring the systematic application of safety and security policies for all CWS Africa Areas of Operation. The SSC leads CWS Africa programs leadership in developing and applying security procedures during program design and coordinates with Security focal points and field teams to conduct their activities in a secure manner. The SSC is tasked with enhancing and maintaining effective, harmonized critical incident management capabilities across CWS Africa Areas of Operation. S/he coordinates with the Security Risk Managers to monitor safety and security trends, risks, and threat levels and their impact on CWS Africa personnel and programs and provides technical guidance and mitigation measures in support of program implementation. The SSC provides security recommendations to CWS Africa Senior Management Team and Country Office staff, including periodic review of security trainings developed by Regional Security Managers, security assessments, and staff support.

The SSC reports to the CWS Africa Regional Representative and works closely with the RSC Africa Director.
**Based in Kampala, Uganda**

### (c) Country Representative

Ensures that CWS maintains all responsibilities – general and specific – of management towards staff, client and community safety, and security.

#### (d) Program Coordinator

Assumes the responsibilities of the Country Representative, in his / her absence. The Program Coordinator also must review all security protocols and procedures that relate to Programs and Cultural Orientation. They also actively collaborate with the Staff Security Unit for implementation of safety and security measures.

#### (e) Administration Supervisor

The Administration Manager is responsible for assisting in the development of all security policies and procedures. The Administration Manager has the responsibility of reviewing all related security expenditures and communicating with the Country Representative and the Nairobi-based Deputy Director for Administration for approval. Additionally, this individual assumes all security decision-making authority in the absence of the Country Representative and Program Coordinator.

#### (f) Security Risk Manager

The Security Risk Manager will be tasked with the management and security operations of the day-to-day operations at the Kampala office and field locations where program staff are deployed for support and guidance on matters safety and security. The officer acts as the security focal point (SFP) in liaison with the Staff Security Unit based in Nairobi, Kenya.

The Security Risk Manager will monitor the evolving security situation in Uganda in coordination with other actors as per regional, sub-regional establish a network of contacts and represent and program guidelines and act as the local focal point for staff safety and security, coordinate establish a network of contacts and represent ion and information sharing between the relevant units. The Security R establish a network of contacts and represent isk Manager will be responsible for establishing a network of contacts and representing CWS Africa at country safety and security meetings with organization partners, among other roles and responsibilities as assigned.

#### (g) Programs Managers

- Ensure staff train and maintain first aid and AED certified individuals onsite.
- Ensure CWS senior management is fulfilling its commitments to incorporate security into the HR induction process and developing competence in security management via internal and external training.
- Ensure that CWS is fulfilling its commitment to include a risk assessment for Areas of Operation where program activities are undertaken.
- Ensure that all travel requests go through the appropriate channels and all work-related trips have relevant security briefings and contingency plans in place.
- Ensure that CWS senior management is committed to stress management (both incident related and cumulative)

In an emergency:
- Initiate warden system and conduct staff head count
- Secure Emergency Kit
- Act as Fire Wardens

#### (h) Floor Wardens

CWS Africa offices in Kampala share the floor with other offices. Once operations shift to the 4th floor, the office shall have a minimum of two Floor Wardens, and this may change from time to time based on the number of staff occupying the floor. One floor warden will be designated Head Floor Warden, and one Deputy Floor Warden. The Head Floor Warden and Deputy Floor Warden have the Floor Warden kits and have the following responsibilities:
- Maintain integrity of the Floor Warden Kit
- Liaise with supervisors located on their respective floors.

- Coordinate/delegate responsibilities of the members of the Floor Warden team
- Conduct periodic awareness training for staff on respective floors.
- Liaise with the Security Risk Manager

General Responsibilities of Floor Wardens:
- Take lead in directing staff what to do in the event of an emergency (lockdown or emergency exit) and ensuring staff adhere to emergency standard operating procedures.
- Serve as the primary focal point for building evacuation or emergency exit, lockdown, and fire procedures for their respective area.
- Periodically check the fire extinguishers to confirm they are serviced and up to date.
- Participate in periodic training sessions.
- Ensure the warden list is updated by supervisors.
- Ensure all assigned staff are accounted for during an emergency situation.
- Train new staff members on floor evacuation routes and procedures. Key control (Main entrance and the emergency exit doors).
- When alarm/Emergency situation is activated, the Floor Warden is responsible for ensuring all staff stop what they are doing and immediately vacate/exit the building.
- Conduct monthly checks of their area of responsibility and maintain Floor Warden Kit.

# Uganda Country Office Security Management Team

The Uganda Country Office Security Management Team coordinates the response and action in the event of an emergency. The following are members of the Security Management Team SMT:
- Uganda Country Representative
- Security Risk Manager
- Program Coordinator
- Finance admin Supervisor
- IT Supervisor
- Travel and Logistics Officer
- HR Supervisor/Manager

# OFFICE POLICES AND STANDARD OPERATING PROCEDURES (SOPS)

## (a) Area threats/hazards

- Staff should familiarize themselves with all emergency exits, fire extinguisher points, First Aid cabinets and Automated External Defibrillators (AEDs).
- Staff should familiarize themselves with the 'shelter-in-place' rooms / areas that are located on the 4th floor of the building. This will be shown to staff during security orientation.
- Staff should familiarize themselves with evacuation assembly point which is pointed out by the Staff Security Officer or floor warden Unit during security orientation walk through with staff. The UAP Nakawa block C building has one fire assembly point, located at the visitors parking lot, next to the security guards check in point.  All staff who arrive and exit the building during day/working hours will use the staircase leading to 4th floor of the building or the elevators.
- Staff who arrive to or leave the office outside of daylight hours should always pass through the main reception on the ground floor and exit the building using the main building entrance.

## (b) Access

- Staff must pre-announce any visitors to the building prior to their visit in an email sent to the Security Risk Manager copying their supervisor one day prior to the intended day of visit detailing the name of the visitor and purpose of the visit. Any un-authorized visitor/s is not allowed into the building compound.
- The reception main entrance door should remain closed.  CWS Africa staff should use their respective proximity cards/figure prints to gain access to CWS office on the 4th floor of the building. The main doors leading to the ground floor of the building shall be used by authorized and security cleared visitors, vendors, contractors, donor during office visits and partner agency personnel.

- Any vendor or those bringing deliveries shall get in touch with the host staff prior to arrival. For deliveries, the security guard shall notify the staff concerned who will meet their party at the main gate.
- All vendors and authorized visitors must present identification and be signed in and out at the main gate with the security guards.
- All visitors should come in through the main gate and stop at the receptionist who will provide them with a visitor badge and meet with their host at the reception area.
- All staff must have their identity badges with appropriate lanyards displayed on them within the confines of the office compound and remove them when exiting the building.
- Lost or stolen badges must be reported to the Staff Security Officer, HR and Administration Manager immediately.

### (c) Organizational Policies and Procedures

- All new programs and events will include a risk assessment with mitigating measures to ensure that risks have been identified, mitigating measures are in place, and vulnerabilities are reduced. The program/activity must be within the CWS/RSC Africa Risk Threshold.
- Aside from on-boarding briefings, the Security Risk Manager will conduct a security briefing with all office staff bi-annually (or more often should the situation require).
- Staff should lock up valuables in assigned lockers or pedestals and switch off computers before leaving their workspace.
- Computers should be password protected, and lock automatically if they are unused for five minutes.
- Internal complaints or investigations will be filed through HR as per the CWS Security Policy. These will initially be screened by HR and a member of the SMT to decide whether they will be investigated by HR, the SMT, or should involve CWS Security. As a general guideline:
  - o Allegations of harassment or inappropriate conduct between employees will be investigated by HR.
  - o Nairobi-based Program Integrity Specialist will investigate claims of fraud or misconduct.
  - o Security Incidents outside of the above – or with broad security implications for the office, staff or community – will be investigated by the Security Risk Manager in consultation with the Country Representative and the Security Management Team; see CWS Security Policy).

### (d) Cash Procedures:

In order to economically and expeditiously purchase and pay for minor items and services, a petty cash fund will be established at RSC Africa, and will be under the control of the Administration Manager. The Administration Manager will keep custody of the petty cash box, in a locked safe handled by the Administration Manager or in his or her absence the Country Representative, at the close of each business day. Actual administration of petty cash will be delegated to the Finance Assistant or the Finance Officer in the absence of the Finance Assistant.

For additional information on cash handling procedures, please see the Finance Policy Manual.

### (e) Physical Security

Security is everyone's responsibility. If any staff member sees something unsafe – whether it is a staff member, client, or community member involved – they should alert their direct supervisor and/or the Security Risk Manager through a phone call or stepping into their office to report.

Staff working with clients should:

- Ensure that their interview room/office is set up in such a way that they cannot be trapped behind their furniture. Desks should be centered to allow individuals to move around them on either side.

- 



- Maintain an intercom or panic button that links directly with the office of the Security Risk Manager when conducting any interviews within the office space.
- Have their office in an area with good visibility and – when possible – glass doors to allow for general oversight.
- Attend de-escalation training (as per training section) prior to working privately/unsupervised with clients.

**In the event of an emergency**, staff should:
- Listen to any announcements which are made via the PA system (incident specific direction may be given via the PA system). This is elaborated during the security orientation by the Security Risk Manager or his/her representative.
- Move to a safe location as directed by floor warden (4th floor of the building).
- Put their cell phones in silent mode in case of a lockdown.
- Alert their supervisor.
- Follow the appropriate activities as per the announcement.

**(f) Communications**

The Emergency Contact list contains emergency contact information for all CWS Africa staff in Uganda. The HR Unit in liaison with Security Risk Management Unit maintains the Emergency Contact list. CWS employees are responsible for informing the SRM Unit in case of any changes in employee contact information.

**Phone Tree Communication**

A phone tree is essentially a group notification system, whereby a network of people is organized in such a manner that information can be easily and quickly spread among each other. A phone tree is part of a sound crisis communication plan and is an effective way of communicating with a large number of employees. The CWS-Africa phone tree is based on the organizational chart.

**Activating Phone Tree Communication:**

In the event of an emergency and/or if circumstances warrant the need for quick staff notification, the phone tree will be activated (using the Emergency Contact List) by the CWS Regional Representative or any member of SMT. Information conveyed in the phone tree communication will be brief, but thorough.

Once activated, the Director and the SMT contact their respective direct reports and the chain continues.

If a supervisor cannot be reached, then the Supervisor's supervisor will be responsible for contacting those direct reports. For example, if a Field Processing Supervisor (FPS) cannot be reached then the Field Processing Manager (FPM) is responsible for contacting the FPS' direct reports.

**Roles:**
<u>**Supervisory Staff:**</u>
Upon receiving a message, do the following:

6.  Contact your direct reports using their primary (personal) numbers.
    - o  Keep all direct reports' contacts saved in your phone as a group, which will allow you to quickly send a mass text.
    - o  WhatsApp groups are also recommended.
    - o  When sending a text, begin the message with EMERGENCY ALERT.
7.  If the primary number is not reachable, use the secondary number.
8.  Make direct calls to those who do not respond to the text / WhatsApp message within 30 minutes.

    *<u>Note: Phone Tree is **not** to be utilized during an active Lockdown/Active Shooter situation. Follow Lockdown/Active Shooter protocols for accounting for all staff.</u>*

9.  If all listed numbers for a staff member are unreachable, contact their emergency contact person.
10. Email communication will be used as the last option.

Remember to keep your own Supervisor well informed of who has been reached and who is unreachable. Best practice is to inform your supervisor once all of your direct reports confirm receipt of the message, or at the 30-minute mark (whichever comes first).

<u>**Non-Supervisory Staff**</u>:
Upon receipt of a message, do the following:
   a.  Respond back to your Supervisor IMMEDIATELY, and include the following information:
       a.  Confirmation that you have received the emergency alert message.
       b.  Confirmation that you understood the message.
       c.  What steps, if necessary, you will take in relation to the circumstances contained in the message.
       d.  Depending on the contents of the message, be sure to respond to all questions asked.

**Social Media**
- CWS Africa staff should not post their travel plans or movement information (time, housing, vehicle info) on social media.
- CWS Africa staff shall not post negative or harassing comments about any individual or group related to work (staff, clients, and partners) on social media; personal preference comments on politics do not apply.
- All printed material containing sensitive information or personal identifying information must be shredded.

### (g) Travel and Transportation:

Before travel for any official mission, CWS SRM Unit will schedule a pre-departure security briefing at least 10 days before the date of departure through the travel portal. Respective Country Security focal points within the CWS Africa SRM Unit will facilitate the session.

For all international travel or travel to areas deemed Alert Level Yellow or higher (Annex 5):

- The travel request must be forwarded to the Security Risk Manager at least ten days prior and approved by the SRM Unit (as per CWS Security Policy).
- Staff must receive a security briefing with contingency plans/emergency contact info by the Staff Security Officer (as per CWS Security Policy).
- Staff must follow any specific stipulations relevant to the mission (check-in, curfew, movement restrictions, etc.)
- Staff must receive a health briefing by HR, the Staff Security Officer, or the line supervisor
- Staff must arrange to be picked up at their entry point by a vetted driver upon arrival at the location.
- The trip must comply with all guidelines set out by the CWS Security Policy (the hosting organization's security policies & plans must be vetted along with contingency plans, etc.); staff must comply with these vetted plans/policies.
- Staff must carry with them their work IDs when travelling for work-related purposes.
- Staff must arrange with the Logistics Officer to be picked up at their point of entry by a vetted and authorized vendor.
- The trip must be compliant with all guidance set out by the CWS Africa Security Policy (the hosting organization's security policies & plans must be vetted along with contingency plans, etc.); staff must comply with these vetted plans/policies.

CWS Africa staff travelling to areas assessed as alert level green receive a pre-departure briefing from the Staff Security Unit. The Staff travelling to the field will report arrival to their destination to Staff Security Unit as part of staff accountability in the field.

### Accommodation

- Hotel selection for staff traveling on duty must meet CWS/RSC Africa safety and security needs.
- Hotel selection for staff traveling to a location where CWS/RSC Africa has an office or affiliate will be vetted by the local CWS'/RSC Africa security focal point in consultation with the SRM Unit.
- If CWS/RSC Africa staff is traveling to a location where they have a partner group, the Regional Security Risk Manager, in consultation with the Staff Security Coordinator – in collaboration with the partner organization – will vet hotel selection.
- If CWS/RSC Africa staff is traveling to a location with no CWS/RSC Africa office, affiliate, or partner, the security manager will vet hotel selection.

### Travel by Road

- All road travel in the field must take place between 06:00 am – 06:00 pm (18:00 hrs). If circumstances demand travel outside of this time, the Supervisor or Circuit Ride Point of Contact must seek written clearance from Staff Security Unit or member of CWS Africa SMT. Pick up time to and from the airport is not restricted unless otherwise communicated by CWS Staff Security, as this depends on flight schedules.
- CWS Africa staff will never enter a vehicle being operated by someone under the influence of alcohol or drugs.
- Ground transport by motorcycles (commonly referred in Uganda as Boda-Boda) while on official mission is prohibited. If staff, choose to use such for personal travel – even during a work trip – they do so at their own risk.

### (h) Event Planning

Risk assessments should be conducted prior to the planning of any CWS Africa-sponsored event to ensure risks have been identified and mitigated to the extent possible. The assessment must take into account:

- The type of event
- The political climate
- The location (context and stakeholder analysis); and,
- Potential vulnerabilities.

Events preparation must include event specific security plans with maps, emergency contacts, and contingency plans/SOPs.

### (i) Incident Reporting

- Any internal incident involving harassment or inappropriate staff behavior will be reported to HR. Any security incident – or suspicion of a security incident – will be reported to the Security Risk Manager who will notify the Country Representative immediately, or if this is not possible, not more than 24 hours from the time of the incident.
- Any specific threats – by phone, email or in person – will be reported to the Security Risk Manager and Country Representative. Any incident to be reported to the police should be brought to the attention of the Staff Security Coordinator and Regional Representative before engaging local authorities.
- Incidents of non-threatening external harassment (emails or non-aggressive phone calls) will be handled on a case-by-case basis, and routinely recorded. No further action will be taken if the incident does not create the feeling of an unsafe space. In the event they do create an unsafe space, they will be handled as potential threats.
- All security incident reports are to be completed when security incidents affect staff, programs, clients, or assets, ideally within 24 hours of the incident. Prior to completing the report, incidents should be communicated to Staff Security Unit or Human Resources or a member of the Senior Management Team, as soon as it is safe to do so, using any effective means (i.e. phone call, email, SMS, WhatsApp, etc.). The Staff Security Unit and/or Human Resources will alert the appropriate senior manager(s), who will determine next steps on a case-by-case basis.

Timely, accurate incident reporting:

- allows CWS Africa to offer support to those affected.
- provides data to analyze patterns and trends to better understand the operational context.
- gives insight into training needs and allocation of resources.
- guides adjustments to the CWS Africa security measures

### (j) Sexual Assault

The threat of rape and sexual assault is real and may affect CWS staff directly or indirectly. CWS has a duty to ensure steps are taken to reduce the likelihood of such incidents occurring and establish protocols to mitigate the impact. It is hugely distressing for a survivor, their family, the country office, and the whole CWS community, and has the potential to leave survivors with lifelong physical and psychological health problems.

It is important for all staff to understand CWS's key **standards and principles** regarding sexual assault. These principles must be at the heart of all responses:

- CWS believes that no sexual assault is ever acceptable, and that no individual can ever be blamed for becoming the victim/target of a sexual assault.
- CWS will ensure that appropriate medical care and support is available as soon as possible to survivors of sexual assault and rape.
- CWS will offer choices that empower the survivor as much as possible but will always intervene if the survivor could be at further risk.

**June 2023**

- CWS will provide support and advice on legal and justice processes and will not prosecute without the survivor's consent.
- CWS will respect the confidentiality of the survivor and keep the number of people informed of the case to a minimum.
- Based on assault incident analysis, criminals often target individuals who are alone/isolated or who appear to be unfamiliar with their surroundings. Assaulters are also likely to target individuals using alcohol. Most incidents occur at night and/or on weekends.

If a staff member faces any form of sexual assault, they are encouraged to contact the HR office immediately. HR will do everything possible to support affected staff and to maintain confidentiality. Staff are advised that CWS medical providers will have to be informed of the circumstances, but HR will ensure that as few people as possible are involved. HR maintains strict protocols for such situations, which are available to staff upon request.

### (k) Harassment

CWS Africa does not condone staff harassment in any way, shape or form. Specific harassment policies are outlined in the CWS Code of Conduct and CWS Africa Employee Handbook. Any incidents of harassment or unwanted attention among CWS Africa staff should be reported to HR. Any incidents of harassment or unwanted attention coming from outside CWS Africa should be reported to the Staff Security Unit copying the Country Representative.

## MEDICAL RESPONSE & EVACUATION

If there is a medical emergency:
- Remain calm and focused.
- Call an ambulance (Annex 4).
- Identify if anyone in the office is First Aid certified, and if so allow them to take over the situation (note: all Floor wardens are First Aid trained)
- In either circumstance, be prepared to provide:
  - Exact location of emergency (floor and if in a room, the room number/location)
    - If calling police of a security situation that is eminent, call Kira Police Post +256 714667787 which is the nearest police station to the office, make sure to give the address as UAP Nakawa Business Park, Block C Level 4, on Portbell road, Nakawa Central region near Makerere Business School (MUBS).
  - Type of emergency (heart attack, asthma attack, choking, bleeding, fall, etc.)
  - Give the patient's approximate age, gender, known medical history, allergies, name, etc.
- Clear the area of anyone not involved in the emergency.
- If medical services are en route, contact the front desk or building security and ensure there is a clear path for the medical responders.
- If the patient is being evacuated, but is okay to be moved, they can be moved to the interpreter/childminding room on the first floor near the main entrance.
- Be aware of the surrounding area conditions (type of floor, smoke in the area, hazardous materials)
- Stay with the patient and manage the emergency to the best of your ability but stay within your competencies.
- Note: There is a list of hospitals and contact info in Annex 4. Kololo Hospital in Kololo is the nearest emergency hospital (1km away).



## EMERGENCY RESPONSES

### (a) Compromising of the Country Representative

In the event of a major significant catastrophic occurrence that compromises the Country Representative, the responsibilities and decision-making authority will be jointly assumed by Administration Manager and / or the Program Coordinator in Uganda.

In the event the Country Representative and the designated predecessors are all compromised, the responsibilities and decision- making authority will be assumed by the next following senior most staff.

### (b) Natural Threats (earthquakes, hurricanes, extensive heat/cold):

In the event of a major catastrophic occurrence – or the expectation of such an occurrence – as would compromise this location or the vicinity of UAP Nakawa Business Park or the greater Kampala area:

- Follow the instructions given by Country Representative or floor warden who will determine the safest option (i.e. shelter in place or evacuate the office building).
- In the event there's an expectation that the situation will take an extensive period and require an emergency response. In that case, the Country Representative will open a Contingency Response Office in an area to be decided on at that point in consultation with the Regional Representative and RSC Africa Director.

### (c) Civil Unrest

In the event that civil unrest – such as a demonstration – is occurring in the immediate vicinity of the Office location (or against CWS Africa specifically):

- Alert the Country Representative, Security Risk Manager and the line supervisor. The Country Representative will alert staff; the Staff Security Officer will alert the local police if the situation requires the police. Local police should be dispatched to the area to deescalate the situation and ensure against violence.
- Listen to the floor wardens for specific instructions for sheltering-in-place and entering/exiting the building.
- Avoid identifying yourself with the demonstrators (remove name tags) and discussing their grievances with them.
- Avoid moving through the affected area if possible. If you absolutely must move through the crowd, do so in groups, moving quickly through the easiest and least dense portion.
- If the demonstration is specific to CWS, the Country Representative or Security Risk Manager will be dispatched to the area to monitor any escalation.

### (d) Targeted attack against the office

If there is an attack on the Kampala Office, staff should:

- Follow incident-specific SOPs as per the CWS Security Manual (steer clear of windows in the case of an external explosion or shooting, look for cover and escape in the case of a shooting at the office, etc.)
- Stay calm, the Kampala office is in near the police station (Kira Police Post) and next to the residence of Slovenia Ambassador with armed guards and other diplomatic missions.
- Contact the police, the Country Representative, the line supervisor, and the Security Risk Manager
- Listen for any specific directions (this will let you know if the building should be evacuated, and if so, the safest route).
- In the absence of an announcement, attempt to quickly ascertain the nature of the threat. If it is safe to evacuate the building, staff should move to the most appropriate assembly point. This should be the primary option, however;
- If it is not safe to evacuate – staff should move to the shelter-in-place room and contact the police and the security focal point to alert them to your location.
- Initiate the SMS alert stating:
- The nature of the threat

  I. Those individuals not already on location should check-in by SMS but not come to the office
  II. For individuals within the office to come to the shelter in place room or evacuate
  III. If all staff cannot be accounted for within the first ten minutes – via the SMS alert and security tree – this should be flagged to the Country Representative, the line supervisor, and Staff Security Officer. The management will flag this to local law enforcement agencies.
  IV. Once all staff are accounted for, this should be relayed to the line supervisor, and the Security Risk Manager. The Country Representative will flag this to the local law enforcement agency.
  V. In the event If the building is evacuated – Office Wardens will search the floor for stragglers and report to the Country Representative.

Any amount of delay provides more time for law enforcement to respond.

**Active shooter situation**

**Avoid/Get Away**
Locate the threat and move away from it. Be sure to:
- Have an escape route and plan in mind.
- Evacuate the building regardless of whether others agree to follow.

- Leave your belongings behind
- Help others escape, if possible
- Warn others in the area where the active shooter may be.
- Do not attempt to move wounded people.

**Deny/Find Cover**

If it is not possible to get away, find a place to hide where the active shooter is less likely to find you. Your hiding place should:

- Be out of the active shooter's view (i.e., an office with a closed and locked door)
- Provide protection if shots are fired in your direction (behind a stone wall)
- Not trap you or restrict your options for movement.

Once you have found a place to hide:

- Lock and barricade the door.
- Silence your cell phone and vibration
- Turn off any source of noise (i.e., radios, televisions)
- Hide behind large, solid items (i.e., cabinets, desks)
- Remain quiet.

**Defend**

As a last resort, and only when your life is in imminent danger, attempt to disrupt, distract, and/or incapacitate the active shooter by:

- Using any available object as a weapon
- Acting as aggressively as possible against him/her
- Take simultaneous action by multiple people.
- Throwing heavy items and improved weapons

**When Law Enforcement Arrives**

Law enforcement responders will be well-armed and have a single objective – locate and disable the shooter(s).  As such they will not answer questions, assist staff, or attend to the injured.  Once law enforcement arrives CWS Africa staff should:

- Remain calm and follow officers' instructions.
- Put down any items in your hands (i.e., bags, jackets)
- Immediately raise your hands and spread your fingers.
- Shout out where you are – alert them to your presence (if safe to do so)
- Always keep your hands visible.
- Avoid making quick movements toward officers such as holding on to them for safety.
- Avoid pointing, screaming and/or yelling.
- Do not stop to ask officers for help or directions, just proceed in the direction from which officers are entering the premises.
- Follow their directions, do not argue, or resist rescuers.
- The police may treat you like a suspect – accept this and do as you are told, even if they handcuff you.

Once staff have reached a safe location or an assembly point, they will likely be held in that area by law enforcement until the situation is under control, and all witnesses have been identified and questioned. Do not leave until instructed by law enforcement authorities to do so

**June 2022**

**(e) Lockdown**

Under certain threats, in order to reduce risk, it is advisable for all staff to gather in a secure location until the nature of the threat can be determined. In such situations, a lockdown of a CWS Africa facility may be initiated. A number of scenarios may trigger a lockdown including, but not limited to, a natural disaster or security threat or breach.

- Upon hearing the lockdown initiation signal, staff should
  - Remain in current location and take cover.
  - Move away from windows and doors.
  - Seek cover under a hard surface when possible.
  - Remain calm, quiet, and alert.
  - Do not contact the Country Representative, and Security Risk Manager (as they will be trying to access information about the event and advise floor wardens on the next course of action)
  - Wait for instruction from Floor Wardens

**(f) Early Dismissal**

The Country Representative, in consultation with SMT may determine that an early dismissal is necessary if releasing staff is determined to be in the staff's security interest. For example, an early dismissal may be initiated in cases of pending political demonstrations, time-bound future threats, or poor weather.

CWS Africa SMT or Country Representative will initiate an early dismissal by making an announcement to all staff. Staff should follow the instructions provided and exit the building at the specified time.

In an early dismissal, staff should collect their personal belongings, including personal phones, and put away all work-related supplies and case files as if it were the end of a normal workday, before exiting the building.

**(g) Building Evacuation**

Depending on the nature of a security threat, it may be necessary to evacuate the office building. The goal of an evacuation is to exit the building as quickly and orderly as possible, and to gather at a designated Rendezvous Point for a headcount and further instructions. The building may be evacuated in case of fire, building insecurity, or another event.

- Upon hearing the evacuation page, staff should:
  - Leave all belongings and work supplies.
  - Do not stop at personal phone or other lockers to collect personal belongings.
  - Exit the building as quickly as possible in an orderly manner.
  - Exit the building through the designated emergency exits.
  - Walk directly to the designated Rendezvous Point (RV).
  - Assemble at the designated Rendezvous Points (RVs); Visitor's parking lot.
  - Report to your own floor's Floor Warden (regardless of where you were at the time the evacuation was initiated) for a headcount.
  - Await instructions and headcount from Floor Wardens.
  - Communicate location to your supervisor.

**(h) Shelter-in-Place**

Under unlikely circumstances (curfew, security incident, and weather events), CWS Africa staff may not be able to leave the office and must stay overnight. Each office should have sufficient drinking water and toilet facilities in case of this eventuality.

**(l) Fire**

The floor (4th Floor) of the building is fitted with fire extinguishers mounted on the walls with fitted identification.

**Identification of Fire Extinguishers:**

1. <u>Type A</u>: Marked with **<u>GREEN TRIANGLE</u>** <u>with the letter A</u>.
   o To be used on paper, wood, textiles and trash.
   o CAUTION: Not to be used on electrical fires.
2. <u>Type B</u>: Marked with a **<u>RED SQUARE</u>** <u>with the letter B</u>.
   o To be used on burning liquids. Gasoline, oil or solvents.
3. <u>Type C</u>: Marked with **<u>BLACK CIRCLE</u>** <u>with the letter C</u>.
   o To be used on electrical fires, or electrical equipment
   o Note: Each agency that has printing shops, mailrooms, should provide this type of extinguisher in these areas

**Use of Fire Extinguishers**
All the floors listed above are fitted with fire extinguishers including fire blanket in each kitchen.

- *To Operate*: Pull the pin and hold the extinguisher upright. Aim the nozzle at the base of the fire and squeeze the lever, using a side-to-side motion. Ensure you have a clear exit and only use an extinguisher as a last resort.

**June 2023**

## ANNEXES

**Annex 1 – MAP of the Neighborhood Plan (Satellite)**



UAP Nakawa Business Park, 3-5 Portbell Road

**CWS**

**Annex 2 – Phone Tree**

**Key Contacts**

| Name | Phone number |
|------|--------------|
| 1. (Vacant/hiring ongoing) (Security Risk Manager): POC Petro Jengela | +255 767 477 370 |
| 2. Susan Abok Kanyoma (HR officer): | + 256741672705 |
| 3. Country Representative: Tamba Danmbi-Saa: | +256 741914217. |

## Annex 4 – Emergency and Ambulance Services

### Police: Kira Police Post

Telephone: +256714667787 / 0414233814 / 0414250613
Lat., long.0.327924, 32.59204

### Ambulance services

Elpa Uganda Limited Block 10, Shop D13, Prime Tower, Plot 272, Kampala, Uganda
https://elpauganda.com/ +256 39 3228050 +256-772909931

City Ambulance Acacia (Babiha) Avenue, Kampala. https://cityambulance.net/ 039 2177174 Toll free: 0800111044

Ambulance Africa St. Peter's Church Kyebando, s, Gayaza Kampala Rd, Kampala
http://ambulanceafrica.com/about/ 0704 448406

St. John Ambulance Plot 29 Buganda Road Kampala/ Box 464 Buganda Rd, Kampala
http://stjohnuganda.org/ 041 4230671

Doctors' Plaza Medical Centre opposite Bank of Uganda, Adit Mall, Mbarara - Masaka Rd, Mbarara
0702 336110

Uganda Red cross Society Queens' Lane-Rubaga https://www.redcrossug.org/ 041 4258701

**June 2023**

**CWS**

## Annex 5: Operational Alert Levels and Situational Indicator

| Operational Alert Level* | Situation Indicators | Staff Action |
|---|---|---|
| **1: Green** | ▪ Minor insignificant and isolated incidents, curfews, riots, theft<br>▪ No immediate threats to CWS Africa in Kampala, Uganda. | ▪ Fully operative<br>▪ Security Plans & Relocation, evacuation, suspension, and hibernation plans reviewed |
| **2: Yellow** | ▪ Tension and minor incidents at checkpoints<br>▪ Minor clashes/civil unrest between anti-refugee groups without civilian casualties<br>▪ NGOs affected accidentally but no injuries on staff.<br>▪ Attack – by hate group or terrorist organization but not specifically against NGOs.<br>▪ Violence or criminality increases substantially around the area of operation Anti-refugee climate agitates/unnerves clients.<br>▪ Substantially increased threat reporting against CWS Africa | ▪ Fully operative but with frequent contact to local police and other NGOs in info network<br>▪ Decision on whether to close office outside of working hours i.e., 6pm<br>▪ Relocation, evacuation, suspension, and hibernation plans rehearsed.<br>▪ Weekly meetings with SMT & security situation reports |
| **3: Orange** | ▪ Escalation of violent demonstrations against CWS Africa, CWS Africa interests or similar organizations<br>▪ Continuation of large-scale demonstrations at Kampala, Uganda with moderate likelihood for escalation/violence<br>▪ Major clashes w/ hate groups that incur civilian casualties in Uganda.<br>▪ Communal/Criminal violence affecting civilians directly in Kampala, Uganda area.<br>▪ Serious but isolated attacks by hate groups or terrorists on civilians in Kampala.<br>▪ Martial law in-acted due to substantial civil-unrest | ▪ Partly operative/non-essential staff allowed to work from home.<br>▪ Hand-over key activities and documents to partners<br>▪ Local partners encouraged not to work in field (hibernation)<br>▪ Ready for relocation, evacuation<br>▪ Daily situation reports<br>▪ Daily meetings w/security network<br>▪ Daily meetings w/CMT regarding security decisions |
| **4: Red** | ▪ Breakdown in law and order<br>▪ Repeated attacks on civilians and vital installations in Uganda and in particular Kampala area.<br>▪ Deliberate, repeated attacks on CWS, NGOs or civilian groups.<br>▪ Full scale armed conflict<br>▪ Continuation of large-scale demonstrations against CWS and/or its interests in Kampala with a high likelihood of violence | ▪ Program suspended/ ended – staff work from home.<br>▪ HQ CMT convenes with president to consider media statement |

**June 2023**



**Annex 6: Security Risk Assessment Tool**

| Extreme | Immediate response and extreme measure required.  Is the risk acceptable? |
|---|---|
| High | Implement Specific safety and security measures and Contingency Plans |
| Moderate | Significant safety and security measures required |
| Low | Requires heightened awareness and additional procedures |
| Negligible | Managed by routine security and safety procedures |

**CWS**

## Policy & Procedure Manual

# Prevention of Sexual Exploitation and Abuse, Sexual Harassment, Child Safeguarding, and Human Anti-trafficking (PSEA+)

## Version 1 2022



**Policies and Procedures Manual- Version 1**

*For:* All CWS Africa staff

*Purpose*: The purpose of this manual is to record all standard operating procedures (SOPs) followed by all staff to operationalize the Prevention of Sexual Exploitation and Abuse and Sexual Harassment (PSEA+) policy in CWS Africa's programming.

*Electronic Version Saved* [Here](Here)

*Principal Writer:* Brenda Ingutia, Special Projects Manager
*Principal Approver:* Thomas Tauras, Regional Representative for Africa

*Authoritative/Reference Docs: Code of Conduct* and *Accountability to Affected Populations*

2

**CWS**

**Document Change and Review History**

This PP Manual is a "living" document that is amended, on average, (once monthly) to reflect changes in policies and procedures, particularly standard operating procedures (SOPs). These changes originate from internally. When amendments are made to this PP Manual the process involves the following steps: 1) Redaction, usually by the Team Leader or Public Information Manager; 2) Review, usually by a Team member or Public Information Manager; 3) Approval, usually by the Public Information Manager or Deputy Director for operations; 4) Archiving, on the share server under the Policies and Procedures Portal (\\jvasrv2k3a\Policies and Procedures Portal PPP); and 5) Release (by email) to Team staff and other staff in the organization whose work is determined to be affected by the change. The table below identifies all amendments that have been made to this document.

**Document Change History**

| Version # | Date of Release | Section(s) Revised | Description of Revision |
|-----------|-----------------|--------------------|-------------------------|
| 1 | 01 Dec 2022 | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Each CWS Africa fiscal year this PP Manual is reviewed in entirety to verify the policies and procedures contained herein are up-to-date, workable for the Team and organization, and consistent with other SOPs. The table below identifies who reviewed, approved and the date of review.

**Yearly Review History**

| Fiscal Yr | Team Reviewer | Organization Reviewer | Approver/Final Review Date |
|-----------|---------------|-----------------------|----------------------------|
| FY 2023 | | | |
| FY 2024 | | | |
| FY 2025 | | | |
| FY 2026 | | | |
| FY 2027 | | | |

3



## Table of Contents

**Introduction** ............................................................................................................. 6

**1.  Policy Environment** .............................................................................................. 6

**2.  Operationalization of PSEA+ Policy** ................................................................... 7

**3.  Complaint Mechanisms** ......................................................................................... 7

*Community-based Complaints Mechanisms (CBCM)* ................................................ 7

2.1 Suggestion Box ........................................................................................................ 7

*2.1.1 Handling submissions:* ......................................................................................... 8

2.2 Email ......................................................................................................................... 8

*2.2.1 Mailbox Management* ........................................................................................... 8

2.3 Toll free Line/Call Centre ......................................................................................... 8

*2.3.1 Line Management* .................................................................................................. 8

2.4 Feedback, Referral, and Resolution Mechanism (FRRM) ....................................... 9

2.4 Surveys ...................................................................................................................... 9

*2.4.1 Survey Management* ............................................................................................. 9

**3.  Data Quality and Analysis** .................................................................................... 9

**4.  Raising Beneficiary Awareness on SEA+** ............................................................ 9

*3.1 Staff Training* ........................................................................................................ 10

**5.  Complaints and Investigation** ............................................................................. 10

*4.1 Investigation Process* ............................................................................................ 10

**6.  Referral Pathways and Victim Support** .............................................................. 11

**7.  Reporting** ............................................................................................................. 12

**8.  Roles and Responsibilities** .................................................................................. 12

*7.1 PSEA+ Focal Point* ............................................................................................... 12

*7.2 External Stakeholders* ........................................................................................... 12

**Appendices** ............................................................................................................... 13

**Appendix 1: Minimum Operating Standards on PSEA (MOS-PSEA)** ................... 13

**Appendix 2: Country Action Plans** ........................................................................ 16

*i.    Kenya* ..................................................................................................................... 16

*ii.    South Africa* .......................................................................................................... 18

*iii.      Tanzania* ............................................................................................................ 20

*iv.      Uganda* ............................................................................................................... 21

*v.    Rwanda* .................................................................................................................. 23

**Appendix 3: Risk Assessment Tool** ....................................................................... 25

**CWS**

**Appendix 4: Fraud and SEA Reporting Call Script**............................................................................ 29



**CWS Africa Standard Operating Procedures on Operationalization of Prevention of Sexual Exploitation and Abuse and Sexual Harassment (PSEA+)**

## Introduction

CWS has zero tolerance on sexual exploitation, abuse, and harassment (SEAH). Consequently, CWS continues to actively put measures in place to prevent, report, investigate and respond to sexual exploitation, abuse, and harassment. CWS has accomplished this through conducting mandatory annual training sessions for all staff and requiring staff to acknowledge annually - through signing - their understanding of the policies around Prevention of Sexual Exploitation and Abuse and Sexual Harassment (PSEA+) and the available reporting channels.

As a member or Act Alliance, CWS is responsible for upholding and promoting the highest ethical and professional standards in its work. In line with the Inter-Agency Standing Committee's (IASC) strategic commitments for 2022 to 2026, CWS Africa is focusing on operationalizing its PSEA+ commitments into its two main programs – Resettlement Support Centre (RSC) and Relief, Development, and Protection (RDP).

This SOP has been developed as part of CWS Africa's commitment to zero tolerance to SEAH. The SOP details CWS Africa's strategy in operationalizing PSEA+ policy and all the related policies. It will also provide contextualized feedback and complaint mechanisms available at both local and national levels and methods of creating awareness to program beneficiaries. A review of the functionality of the mechanisms and the roles and responsibilities of different stakeholders will also be covered in this SOP.

## 1. Policy Environment

CWS Africa has developed this policy in accordance with the following:

i) *CWS Code of Conduct*.  The Code protects CWS' staff, partners, and project beneficiaries from sexual exploitation and abuse through empowering its staff and contractors with guidelines that enable them to make ethical decisions in both their professional and personal lives.

ii) *Child Safeguarding Policy*. This policy strengthens CWS Africa's mechanisms for the protection of affected populations and serves to minimize the risk of harm to children who encounter those employed by, or who are associated with, CWS.

iii) *Human Anti-trafficking Policy*. This policy is consistent with CWS Code of Conduct and our core values to protect and advance human dignity and human rights in our global humanitarian efforts.

iv) *Accountability to Affected Populations* Guidelines. These guidelines outline practices and procedures to improve the quality and quantity of beneficiary feedback within CWS program activities; and to guide CWS partner organizations, especially those receiving funding from CWS, in establishing or enhancing mechanisms that fulfil this objective.



v)    *The IASC Six Core Principles Relating to Sexual Exploitation and Abuse*. These principles guide CWS Africa's standards of conduct on sexual exploitation and abuse and identify prohibited and strongly discouraged conduct.

vi)    *Program Integrity SOP Manual*. This manual outlines CWS Africa's usage of the mailbox and the suggestion box as a feedback and complaint tool; and highlights the investigation process followed when conducting fraud-related investigations. The process will be the same for PSEA+ related investigations.

## 2.  Operationalization of PSEA+ Policy

CWS Africa demonstrates its commitment on zero-tolerance on SEA violations through its deliberate effort in mainstreaming PSEA+ in its operations. Before commencing any project and as part of the funding proposal submission package, CWS Africa will complete a risk assessment using the risk assessment tool in Appendix 3. Through regular monitoring of the risks, CWS Africa will enforce mitigation measures to adapt programs and organizational procedures. The established standard of operation will also be expected from those who work with CWS Africa and those sub-granted to implement a project on behalf of CWS Africa.

## 3.  Complaint Mechanisms

CWS Africa is committed to establish a safe, confidential, transparent, sensitive, and accessible complaints system which allows all potential complainants know where and how to submit a complaint. Considering the dynamics in each of the countries where CWS operates and the work CWS engages in, establishing a national-level mechanism that is supported by a local-level one is key in minimizing confusion amongst beneficiaries and providing clear referral pathways on investigations.

### Community-based Complaints Mechanisms (CBCM)

In line with the PSEA+ minimum operating standards (MOS-PSEA) by IASC[1] and considering its presence in different countries, CWS Africa will establish community-based complaint and feedback mechanisms systems in every project area by identifying and/or strengthening social structures at community level.  In addition, CWS will leverage the strengths of existing structures developed and implemented by the aid community in the locations it operates. This will help CWS Africa in ensuring that beneficiaries actively engage in channelling their complaints in a cultural-sensitive context.

### 2.1 Suggestion Box

CWS Africa has suggestion boxes in each of their workspaces in Kenya, Tanzania, South Africa, Uganda, and Rwanda where beneficiaries can lodge their complaints. The boxes are checked daily by Program Integrity Unit staff or a designated POC. Appendix XXX contains the sample form which can be used by anyone to lodge their complaint. The boxes receive different complaints although most are fraud related.

---

[1] The checklist on the MOS-PSEA is included in this SOP as an appendix. See appendix 1



### 2.1.1 Handling submissions:

Below are the end-to-end steps followed once the complaints are received:

1. Upon the receipt of a Suggestions Box submission, the staff member receiving the submission should:
    - Email a scanned copy to the Fraud Mailbox. Be sure the scan is of good quality and all parts are readable.
    - Shred the original document and delete the scanned copy from the Server.
2. The scanned copy sent to the Fraud Mailbox will be saved in the designated Fraud Mailbox sub-folder on PSEA+.
3. Review the complaint to establish responsibility, whether the suspected or alleged offender is CWS Africa's staff, contractor, or vendor.
4. Forward to the appropriate organization, if the suspected or alleged offender is a non-CWS Africa staff, contractor, or vendor. **Note**: Investigations can only be carried out by trained staff members. More information on Investigations is found in section 4 of this SOP.

## 2.2 Email

CWS Africa has an existing mailbox ([fraud@cwsafrica.org](mailto:fraud@cwsafrica.org)) which is dedicated to receiving complaints from staff, contractors, vendors, and program beneficiaries on suspected fraud and malfeasance. Give the likelihood of PSEA+ violations in harming the integrity of the program, CWS Africa will retain the same mailbox in receiving PSEA+ related complaints. In addition, usage of the email address has been promoted through various channels making it well known amongst majority of the program beneficiaries.

### 2.2.1 Mailbox Management

The Program Integrity team is responsible for manning the mailbox. The team follows the steps below in managing the mailbox:

1. Checks the mailbox daily, at minimum in the morning and before close of business.
2. Ensures that all emails sent to the Fraud Mailbox are responded to within 24-48 hours.
3. Color codes and files all emails as appropriate.
4. Forwards to the appropriate organization, if the suspected or alleged offender is a non-CWS Africa staff, contractor, or vendor.

## 2.3 Toll free Line/Call Centre

CWS Africa has established toll free lines through which beneficiaries can call to report any complaints they may have. These lines are contextualized to the program and feed into the national line which is in the custody of the Regional Representative's office for appropriate follow-up.  Beneficiaries can call the line and file their complaints with the staff who receives the call.

### 2.3.1 Line Management

Volunteer staff in the different countries will be assigned the line(s) on a rotational basis. These staff assigned must be trained on the basics of handling telephone complaints including how to solicit the information before they are assigned the lines.

The staff will reference the *Fraud and SEA Reporting Call Script in* appendix 4 when handling the calls.



### 2.4 Feedback, Referral, and Resolution Mechanism (FRRM)

CWS Africa is utilizing the FRRM in Uganda as a reporting tool for beneficiaries. UNHCR has partnered with other 68 organizations that deal with refugees and together have allowed refugees to call the FRRM call centre with a query for any of the 68 partners.  The call centre agents are multilingual and speak 8 of the local processing languages spoken by majority of the beneficiaries. They have received training from UNHCR on 120 various aspects of refugees and thus equipped to handle all calls. Below are the steps followed at the call centre.

1. The call centre agent responds to the caller and provides response to the query.
2.  Escalate the issue to the concerned partner for response/resolution if not able to conclusively give a response.

### 2.4 Surveys

Refugee Surveys (RS) are administered by RSC Africa staff when on Circuit Rides to collect feedback from refugee applicants. The survey is administered using a Tablet and the *Surveys Question pro* application. CWS Africa will incorporate surveys in other programs to leverage on the effectiveness of the tool ensuring that program beneficiaries are able to share feedback on the services provided.

To maintain the integrity of the survey, the staff member administering the survey and interpreter assisting should not be the same individuals who are providing services (including conducting interviews) on the field mission. Program beneficiaries should be reminded that the survey is optional and does not impact the service received.

### *2.4.1 Survey Management*

The Program Integrity Unit will review the completed surveys monthly to ensure that any discrepancies in data or reports of alleged fraud or malfeasance are followed up on promptly. The data will be compiled and shared with PRM on a quarterly and annual basis.

In addition to the listed mechanisms, CWS, through its AAP framework, uses the following mechanisms to obtain feedback from the beneficiaries.

1. Community meetings and multi-stakeholder consultations
2. Home visits with participants in direct service programs
3. As necessary, enlisting third parties to receive participant feedback and complaints and to advise on response.

### 3.   Data Quality and Analysis

CWS Africa, through the Monitoring, Evaluation, Accountability, and Learning (MEAL) team, will regularly review the functionality of the mechanisms in place with a view of improving the mechanisms to address emerging trends in the context in which it operates.  The report shared from this analysis coupled with the mitigation measures in the risk assessment will be used by management for planning.

### 4.   Raising Beneficiary Awareness on SEA+

In compliance with the IASC's MOS-PSEA, CWS Africa, with support from CWS HQ, has established mechanisms on raising awareness on PSEA+ alongside working with like-minded NGOs to advance its agenda in promoting an SEA-free environment. The mechanisms will



include information on the CWS Africa's standards of conduct and reporting mechanisms. Some of the activities used in creating awareness include:

i)      Mainstreaming of PSEA+ messaging in program work.
ii)     Regular joint public information outreaches.
   •   In areas where CWS has joined the PSEA+ networks, CWS will participate in activities spear-headed by the network to leverage on the network's existing linkages and partnerships.
iii)    Use of translated information, education, and communication (IEC) materials in every workspace and communities where CWS operates to sensitize program beneficiaries. Materials will be disseminated in the local language to ensure that target audience understand the contents.
iv)     Building capacity of stakeholders such as the refugee leaders and camp/settlement commandants, community leaders to support the beneficiaries in the reporting process.

*3.1 Staff Training*

In addition to the above, CWS will continue to strengthen the mechanisms established internally to raise awareness on SEA+ amongst its personnel. This will be done through provision of annual refresher training on the expected standards of conduct, the mechanisms to file complaints and reports of misconduct and the implications of breaching the standards. CWS, through the Training Unit, will ensure that new hires receive this training during their orientation as they begin their engagement with CWS Africa. Additionally, staff, partners, contractors (interpreters, childminders) community leaders and vendors will be trained on their responsibility to beneficiaries in safeguarding and reporting any violations regarding SEA+.

### 5.  Complaints and Investigation

CWS Africa's Program Integrity Unit has qualified personnel who conduct investigations on fraud- related allegations. CWS Africa will leverage this strength by forwarding all complaints to the Program Integrity team for investigations. The investigations will be done in collaboration with relevant internal and external stakeholders considering that the suspected or alleged offender may or may not be related to CWS Africa. The team will follow its procedures which are outlined in the *Program Integrity SOP Manual* and provided below.

*4.1 Investigation Process*

Upon receiving an allegation, the Program Integrity Unit should take the following steps:

   •   Review allegation and determine what additional information is needed while referring to the "key questions"[2]
   •   Utilize the Investigation Outline to plan the investigation.
   •   Draft and send response to the complainant.
   •   Inform respective Program Director that notification to the donor will be sent.
   •   Inform donor within 24 hours of allegation receipt.

---

[2] Key questions to consider during the investigation process:
   •   What is the allegation?
   •   What happened?
       ▪   What can be confirmed?
       ▪   What cannot be confirmed?
   •   Is the breach or violation an isolated incident or possible systemic issue?



- Respond and action any pending correspondence within 24-48 hours.
- Ensure clear and precise records are kept of the investigation process, including emails from the Fraud Mailbox, relevant documents obtained, and records of interviews conducted.
- Evidence and other information gathered during investigations are saved on the server, accessible only to those conducting investigations to include the Program Integrity Unit, RSC or RDP Director and the Senior Compliance Coordinator
- For allegations involving physical case documents or START case information, a case file review should be conducted.
  - Send an email request to the Case Processing Coordinators to facilitate the review. The request should include what information needs to be reviewed. This could include a full file review or a specific request to review updates on the case, applicant information, etc.
- All investigations, whether the allegations are substantiated, unsubstantiated, unfounded, or if a closure report concludes the matter, are finalized with a written report.
- If follow up actions have lasted more than two weeks, the Program Integrity Manager should be consulted about next steps and possible conclusion of the investigation.
- For RSC-related complaints, the Program Integrity Unit must inform the State Department's Office of the Inspector General (OIG) as part of the ICG requirements.

Investigations are expected to be completed within 3 months and feedback shared with the relevant structures including the complainants. Timely and thorough feedback is necessary in promoting trust and buy-in from the community.

In cases involving CWS Africa staff, the Senior Management Team (SMT) i.e., CWS Regional Representative, RSC Africa Director, and Senior Compliance Coordinator will determine the next steps including appropriate disciplinary actions.

In an event where the complainant is a witness, the investigation management team will determine how to proceed when the complainant wishes to withdraw their testimony owing to the risk posed on their personal safety.

### 6. Referral Pathways and Victim Support

CWS Africa, through the aid community and established networks for which it is a member, will ensure that SEA+ survivors have access to appropriate services through the referral pathways. This will differ from community to community based on what is operational. For example, in Tanzania, the PSEA+ Focal Point will liaise with the Gender Based Violence (GBV) Focal Point once they are in receipt of the allegation of abuse and/or exploitation. The GBV Focal Point will then determine the immediate medical, psychosocial, safety and security, and legal assistance needed and ensure the same is provided to the complainant within 48 hours of receiving the allegation.



### 7.    Reporting

CWS Code of Conduct requires all staff to report any known or suspected allegations on SEA+ with or without proof.  Staff are advised against conducting investigation to obtain proof before reporting. Nevertheless, all reports should be made in good faith.   In addition, staff are required to cooperate with any investigations procedures or requirements should they be called upon. CWS Africa will seek to operate within the local laws regarding reporting of SEA+ concerns while ensuring confidentiality, consent, and the wishes of the survivor of SEA+ are given priority.

### 8.    Roles and Responsibilities

#### 7.1 PSEA+ Focal Point

To demonstrate its commitment to providing a safe environment free from SEA for its beneficiaries, CWS Africa will designate Focal Points and their alternates, equip the with the skills and resources required to undertake their responsibilities. The Focal Points will also represent CWS Africa in the relevant networks to ensure that CWS Africa remains committed and compliant with the initiatives spearheaded by the networks. The Focal Points will report to a designated Senior Focal Point.

In line with the MOS-PSEA, the Focal Points will have the overall responsibility for the implementation of the PSEA+ policy in their locations. They will also be required to provide regular reports to senior management on the progress made through the Senior Focal Point. CWS Africa will ensure that the job descriptions and performance evaluation for each of the Focal Points is formalised with responsibility for PSEA+.

#### 7.2 External Stakeholders

CWS Africa requires all implementing partners, contractors, and other stakeholders it collaborates with in its operations to be subjected to the CWS Code of Conduct. An abridged version of the Code of Conduct highlighting the expectations of each stakeholder based on IASC Principles. Implementing partners will be required to demonstrate commitment to the CWS Code of Conduct in the management of their program.

### 9.   Compliance Controls

 CWS

**Appendices**

**Appendix 1: Minimum Operating Standards on PSEA (MOS-PSEA)**

| | PSEA Minimum Operating Standards | Key Indicators |
|---|---|---|
| 1 | **Effective Policy Development and Implementation** | • A policy stating standards of conduct, including acts of SEA, exists and a work plan to implement the policy is in place. <br><br> • The policy/standards of conduct have been conveyed to current staff and senior management <u>on repeated occasions (such as inductions and refresher trainings)</u>. |
| 2 | **Cooperative Arrangements** | • SG's Bulletin (ST/SGB/2003/13) or respective codes of conduct are included in general contract conditions. <br><br> • SG's Bulletin (ST/SGB/2002/9) Regulation governing the status basic rights and duties of officials other than secretariat officials and experts on mission. <br><br> • SG's Bulletin (ST/SGB/2008/5) Prohibition of discrimination, harassment including sexual harassment and abuse of authority. <br><br> • SG's Bulletin on protection against retaliation for reporting misconduct and for cooperating with duly authorized audits or investigations. (ST/SGB/ 2017/2) <br><br> • Procedures are in place to receive written agreement from entities or individuals entering cooperative arrangements with the agency that they are aware of and will abide by the standards of the PSEA policy. <br><br> • Ensure that MOUs are developed and signed with Operational Partners and clearly articulate clauses on PSEA and secure commitment from Operational Partners to abide by the Secretary General's Bulletin. |

13

**CWS**

| | PSEA Minimum Operating Standards | Key Indicators |
|---|---|---|
| 3 | **A dedicated department/focal point is committed to PSEA** | <ul><li>A dedicated focal point has the overall responsibility for the development and implementation of PSEA policy and activities.</li><li>The responsible focal point is required to regularly report to senior management on its progress on PSEA through the Senior Focal Point on PSEA.</li><li>Staff members dealing with PSEA have formalized responsibility for PSEA in their job description, performance appraisal or similar.</li><li>They have received systematized training on PSEA, and the time committed to PSEA is commensurate with the scale of implementation required under the current situation of the organisation.</li></ul> |
| 4 | **Effective community-based complaints mechanisms (CBCM), including victim assistance.** | <ul><li>Organisations/agencies to participate in community based complaint mechanisms that are jointly developed and implemented by the inter-agency community adapted to the specific locations.</li><li>Each organisation/agency complies with the Inter Agency SEA Community-Based Complaint Referral Pathway outlining procedures for complaint.</li><li>Ensure that each camp has a complaint box with SOPs developed for its management.</li><li>Staff members and beneficiaries are adequately sensitized and aware of their obligations to report allegations of SEA.</li><li>Ensure minimum measures are in place to provide support and assistance to victims/survivors of SEA in a timely manner.</li></ul> |



| | PSEA Minimum Operating Standards | Key Indicators |
|---|---|---|
| 5 | **Effective recruitment and performance management** | • The organisation makes sure that all candidates are required to sign and actually sign the Code of Conduct before being offered a contract.<br><br>• Each organisation commits to improving its system of reference checking including screening and vetting for former misconduct.<br><br>• Supervision and performance appraisals include adherence to participation in Code of Conduct trainings (or similar) that includes PSEA.<br><br>• Performance appraisals for Senior Management include the adherence to create and maintain an environment which prevents sexual exploitation and abuse and promotes the implementation of the ST/SGB/2003/13 and/or inter agency code of conduct. |
| 6 | **Effective and comprehensive mechanisms are established to ensure awareness-raising on SEA amongst personnel** | • Staff receives annual refresher training on the standards of conduct, learn about the mechanism to file complaints and reports of misconduct and the implications of breaching these standards.<br><br>• Training on misconduct (specifically mentioning SEA) forms part of the induction process.<br><br>• Staff members are aware of their obligation to report SEA/misconduct and that there is a policy for protection from retaliation in place. |

**CWS**

|   | PSEA Minimum Operating Standards | Key Indicators |
|---|---|---|
| 7 | **Internal complaints and investigation procedures in place** | • Written procedures on complaints/reports handling from staff members or beneficiaries are in place.<br><br>• Staff members are informed on a regular basis of how to file a complaint/report and the procedures for handling these.<br><br>• Standard investigation operating procedures or equivalent issued and used to guide investigation practice.<br><br>• Investigations are undertaken by experienced and qualified professionals who are also trained on sensitive investigations such as allegations of SEA.<br><br>• Follow-up with IGO investigations on reported cases is done regularly and in a consistent manner.<br><br>• Substantiated complaints have resulted in either disciplinary action or contractual consequences and, if not, the entity is able to justify why not. |

**Appendix 2: Country Action Plans**
*Kenya*

| Action Point | Person/Department Responsible | Timeframe | Comments |
|---|---|---|---|
| 1. Identify and plug into local PSEA+ workgroup | | | |
| 2. Nominate and train PSEA+ focal points to represent CWS Africa in the workgroup | | | |
| 3. Incorporate PSEA+ focal point roles and responsibilities in identified staff's job description | | | |
| 4. Conduct an SEA risk assessment for the project/program and develop a plan on addressing | | | |

16

**CWS**

| | | | |
|---|---|---|---|
| gaps identified based on the Minimum Operating Standards for PSEA | | | |
| 5. Design or adapt the project/program based on the recommendations from the risk assessment | | | |
| 6. Establish local complaints and feedback mechanisms | | | |
|     a. Develop scripts used by staff managing the call centre | | | |
|     b. Incorporate PSEA+ questions in the Refugee Surveys | | | |
|     c. Train identified staff on how to recognize SEA and solicit information from callers before referring the complaint. | | | |
| 7. Build staff, partners, subgrantees, etc. capacity on the beneficiary-centred approach towards mitigating against SEA and the complaint mechanism specific to their location | | | |
|     a. Create awareness to our contractors and vendors on their responsibility relating to PSEA+ | | | |
| 8. Design and host targeted community awareness raising campaigns on PSEA+ and on complaint mechanisms using variety of media in appropriate locations in collaboration with the Public Information team | | | |
|     a. Develop IEC materials translated to the local languages spoken in Kenya | | | |



*South Africa*

| Action Point | Person/Department Responsible | Timeframe | Comments |
|---|---|---|---|
| 1. Identify and plug into local PSEA+ workgroup | | | |
| 2. Nominate and train PSEA+ focal points to represent CWS Africa in the workgroup | | | |
| 3. Incorporate PSEA+ focal point roles and responsibilities in identified staff's job description | | | |
| 4. Conduct an SEA risk assessment for the project/program and develop a plan on addressing gaps identified based on the Minimum Operating Standards for PSEA | | | |
| 5. Design or adapt the project/program based on the recommendations from the risk assessment | | | |
| 6. Establish local complaints and feedback mechanisms | | | |
| a. Develop scripts used by staff managing the call centre | | | |
| b. Incorporate PSEA+ questions in the Refugee Surveys | | | |
| c. Train identified staff on how to recognize SEA and solicit information from callers before referring the complaint. | | | |
| 7. Build staff, partners, subgrantees, etc. capacity on the beneficiary-centred approach towards mitigating against SEA and the complaint mechanism specific to their location | | | |

18



| | | | |
|---|---|---|---|
| a. Create awareness to our contractors and vendors on their responsibility relating to PSEA+ | | | |
| 8. Design and host targeted community awareness raising campaigns on PSEA+ and on complaint mechanisms using variety of media in appropriate locations in collaboration with the Public Information team | | | |
| a. Develop IEC materials translated to the local languages spoken in Kenya | | | |

19



*Tanzania*

CWS Africa is part of the Kigoma PSEA Inter-Agency Network which is a UNHCR-led association that is made up of organizations that operate in the Kigoma region. Two staff from the Kasulu office represent us in the network and have so far benefited from capacity building activities initiated by the network.

| Action Point | Person/Department Responsible | Timeframe | Comments |
|---|---|---|---|
| 1. Identify and plug into local PSEA+ workgroup | | | Done |
| 2. Nominate and train PSEA+ focal points to represent CWS Africa in the workgroup | | | Done |
| 3. Incorporate PSEA+ focal point roles and responsibilities in identified staff's job description | | | |
| 4. Conduct an SEA risk assessment for the project/program and develop a plan on addressing gaps identified based on the Minimum Operating Standards for PSEA | | | |
| 5. Design or adapt the project/program based on the recommendations from the risk assessment | | | |
| 6. Establish local complaints and feedback mechanisms | | | |
|     a. Develop scripts used by staff managing the call centre | | | |
|     b. Incorporate PSEA+ questions in the Refugee Surveys | | | |
|     c. Train identified staff on how to recognize SEA and solicit information from callers before referring the complaint. | | | |

20

**CWS**

| | Person/Department Responsible | Timeframe | Comments |
|---|---|---|---|
| 7. Build staff, partners, subgrantees, etc. capacity on the beneficiary-centred approach towards mitigating against SEA and the complaint mechanism specific to their location | | | |
|     a. Create awareness to our contractors and vendors on their responsibility relating to PSEA+ | | | |
| 8. Design and host targeted community awareness raising campaigns on PSEA+ and on complaint mechanisms using variety of media in appropriate locations in collaboration with the Public Information team | | | |
|     a. Develop IEC materials translated to the local languages spoken in Kenya | | | |

### *Uganda*

Owing to its presence in Uganda, CWS Africa has joined the already established mechanism of feedback, referral, and reporting – FRRM. The FRRM does not only receive PSEA-related complaints but any complaints that refugees may have. CWS Africa is committed to investigate and take appropriate action on any complaints received through the FRRM regarding their staff, contractors, and vendors. Additionally, CWS Africa will continue to strengthen its internal systems to mitigate against any SEA.

| Action Point | Person/Department Responsible | Timeframe | Comments |
|---|---|---|---|
| 1. Identify and plug into local PSEA+ workgroup | | | |
| 2. Nominate and train PSEA+ focal points to represent CWS Africa in the workgroup | | | |

**CWS**

| | | | |
|---|---|---|---|
| 3. Incorporate PSEA+ focal point roles and responsibilities in identified staff's job description | | | |
| 4. Conduct an SEA risk assessment for the project/program and develop a plan on addressing gaps identified based on the Minimum Operating Standards for PSEA | | | |
| 5. Design or adapt the project/program based on the recommendations from the risk assessment | | | |
| 6. Establish local complaints and feedback mechanisms | | | |
|    a. Develop scripts used by staff managing the call centre | | | |
|    b. Incorporate PSEA+ questions in the Refugee Surveys | | | |
|    c. Train identified staff on how to recognize SEA and solicit information from callers before referring the complaint. | | | |
| 7. Build staff, partners, subgrantees, etc. capacity on the beneficiary-centred approach towards mitigating against SEA and the complaint mechanism specific to their location | | | |
|    a. Create awareness to our contractors and vendors on their responsibility relating to PSEA+ | | | |
| 8. Design and host targeted community awareness raising campaigns on PSEA+ and on complaint mechanisms using variety of media in appropriate | | | |

22



| | | | |
|---|---|---|---|
| locations in collaboration with the Public Information team | | | |
| a. Develop IEC materials translated to the local languages spoken in Kenya | | | |

*Rwanda*

| Action Point | Person/Department Responsible | Timeframe | Comments |
|---|---|---|---|
| 1. Identify and plug into local PSEA+ workgroup | | | |
| 2. Nominate and train PSEA+ focal points to represent CWS Africa in the workgroup | | | |
| 3. Incorporate PSEA+ focal point roles and responsibilities in identified staff's job description | | | |
| 4. Conduct an SEA risk assessment for the project/program and develop a plan on addressing gaps identified based on the Minimum Operating Standards for PSEA | | | |
| 5. Design or adapt the project/program based on the recommendations from the risk assessment | | | |
| 6. Establish local complaints and feedback mechanisms | | | |
| a. Develop scripts used by staff managing the call centre | | | |
| b. Incorporate PSEA+ questions in the Refugee Surveys | | | |

**CWS**

| | | | |
|---|---|---|---|
| c. Train identified staff on how to recognize SEA and solicit information from callers before referring the complaint. | | | |
| 7. Build staff, partners, subgrantees, etc. capacity on the beneficiary-centred approach towards mitigating against SEA and the complaint mechanism specific to their location | | | |
| a. Create awareness to our contractors and vendors on their responsibility relating to PSEA+ | | | |
| 8. Design and host targeted community awareness raising campaigns on PSEA+ and on complaint mechanisms using variety of media in appropriate locations in collaboration with the Public Information team | | | |
| a. Develop IEC materials translated to the local languages spoken in Kenya | | | |



## Appendix 3: Risk Assessment Tool

| Categories of Risk | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions | Person/Department Responsible | Due Date |
|---|---|---|---|---|---|---|
| **Context and External Environment**<br><br>*(Cultural attitudes, lack of awareness)* | Lack of awareness amongst project beneficiaries | High | High | Conduct regular awareness-raising sessions in partnership with other stakeholders to reach more beneficiaries | | |
| | Underreporting among victims because of cultural beliefs | High | High | Establish reporting channels to enable victims to report SEAH complaints | | |
| | Do the country context present opportunities for CWS personnel to commit PSEA+? (e.g., the existence of a legal and/or open commercial sex industry; high proportion of the population living in poverty or unemployed; cultural tolerance of exchange of money or gifts for sex between consenting adults; cultural practice of early child marriage; a weak rule of law system that is unlikely to be able to hold CWS personnel to account for criminal acts) | High | High | Conduct awareness training sessions for staff on country specific context during security briefs<br><br>Regular update of SOP | | |
| | CWS staff being approached by the local population and solicited for sex? (e.g., CWS personnel are targeted by commercial sex workers, guests, in hotel bars or clubs) | High | High | Conduct regular awareness-raising sessions for CWS staff in partnership with other stakeholders | | |

**CWS**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Program**<br><br>*(Do No Harm, engaging contractors)* | Poor program design that does not factor beneficiaries' involvement | Moderate | Moderate | Involve beneficiaries and communities in the design phase of the programme | | |
| | Engagement of contractors convicted for PSEA+ violations | Moderate | Moderate | Robust vetting mechanisms for all contractors to safeguard the vulnerable groups from unsuitable individuals | | |
| | CWS Program staff do not report PSEAH which result in allegations not being investigated an no assistance provided to victims | Moderate | High | Staff to receive cultural orientation training.<br>Security training and incident management | | |
| | | | | | | |
| **Human Resources**<br><br>*(Safe recruitment, training)* | Employment of staff convicted on SEA+ violations | Moderate | High | Conduct background checks prior to recruitment | Human Resources | Ongoing |
| | Lack of awareness amongst staff resulting to PSEAH+ breaches | Moderate | High | Mandatory training sessions during induction for new hires and annual trainings for seasoned staff | Training Unit | Ongoing |
| | To what extent do CWS personnel know what are the standards of conduct on PSEAH? (e.g., whether contingents received adequate pre-deployment training on PSEA; whether mandatory PSEA training was completed). | Moderate | Moderate | Mandatory training sessions annually | | |
| | | | | | | |
| **IT, Media and Communication**<br><br>*(Photos taken during various activities, consent)* | Lack of standard operating procedures on when and how to use images of program beneficiaries. | Low | High | Establish clear reporting procedures for using media consent forms. | Public Information | |

26



|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Establish guidance on maintaining beneficiaries' dignity when taking and downloading their images |  |  |
|  | Public perception that the CWS is taking no or too little action when PSEA allegations are reported | High | High | Significant delays in the start or completion of SEA investigations CWS releases too little information on SEA allegations or too late |  |  |
|  | Staff store or share online indecent images, video or information of PSEA+ victims. | Medium | High | Regular awareness and training programs |  |  |
|  |  |  |  |  |  |  |
| **Governance and Leadership**<br><br>*(Leadership's experience in strengthening PSEA structures)* | Leadership ignorance of applicable policies and procedures | Moderate | Moderate | Training and awareness on PSEAH procedures and SOP's |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Partners**<br><br>*(Do they have similar strengths in addressing PSEA)* | Working with partners without safeguarding arrangements embedded in their program implementation plan | High | High | Conduct due diligence with partners to obtain evidence of the safeguarding arrangements in place |  |  |
|  | Failure by partners to act in cases where PSEA is substantiated resulting in a perception of impunity | High | High | Continues awareness programs. |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**CWS**

 **CWS**

## Appendix 4: Fraud and SEA Reporting Call Script

The below is a guideline on the flow of the call and how the incidence is escalated to the Program Integrity unit.

**CCR:** Thank you for calling RSC Africa, this is [CCR/SCCR Name]. Whom am I speaking with?
**Caller:** *{The caller responds}*
**CCR:** How May I help you [Caller Name]?
**Caller:** *{Narrates the fraud or SEA incident}*
**CCR:** *{Raises an escalation ticket by logging the issue on the CRM tool capturing the below information}*

Nature of Call (selects from a drop down)
- Inbound
- Outbound

Caller Reason (selects from a drop down)
- Fraud
- SEA

Call Type (selects from a drop down)
- Impersonation
- Bribe
- Document Falsification
- Harassment
- Sexual Exploitation & Abuse
- Human Trafficking
- Discrimination
- Rude / Arrogant
- Use of Force
- Deny services.

CCR captures the actual incident detailing the below on the description box.
a.    Caller's full name
b.    Contact Phone: alternative or preferred #
b.    Case Number (if applicable)
c.    Descriptions of Incident:
- Who did it
- When did it happened?
- Where did it happen?
- How did it happen?
- What happened/ what did you see, observe or experience?

*{CCR after capturing the above information, submits the ticket with pending status and this is immediately forwarded to the PI unit within the CRM tool PI group, and an email can be configured to send a notification to the* fraud@cwsafrica.org *mailbox. If need be, the ticket can be configured to be only access to PI unit and CC supervisors}*

29

... 



**CCR:**   RSC Africa has a ZERO tolerance to fraud/SEA. This information shall be treated with high level of confidentiality and will not affect your case processing in any way.

**CCR:**   Is there anything else I can assist you with?

**Caller:**

YES *(CCR assist on the secondary issue or give more clarity on the primary issue)*

NO *(CCR closes the call).* Thank you for calling RSC Africa**.**

**NB:** If caller does not want to give full details raise a ticket on the same and assist them with the [Fraud@CWSAfrica.org](mailto:Fraud@CWSAfrica.org) email to submit the incident anonymously.

**Next Step**:
1. Program Integrity investigates on the matter to conclusion.
2. Updates the caller on the closure of the matter (if need be)
3. PI closes the ticket with notes on the issue and action take.

**References**

1. Code of Conduct Policy
2. Child Safeguarding Policy
3. Call Centre Manual
4. Public Information SOP
5. Program Integrity SOP



**CHURCH WORLD SERVICE, INC.**
**Accountability to Affected Populations**

| | |
|---|---|
| Title: | Accountability to Affected Populations |
| Reason for Guidelines: | Best Practice<br>Contract or Grant Requirement |
| Applicable to[1]: | CWS Worldwide<br>Affiliates<br>Partners<br>Sub-Grantees |
| Policy, Procedure and Resource Adjacencies: | Anti-Human Trafficking Policy<br>Child Safeguarding Policy<br>Code of Conduct Policy<br>Gender Equality Policy<br>US Employee Handbook<br>Whistleblower Policy<br>Complaints and Grievance Procedure |
| Guidelines Steward: | Vice President, Programs |
| Frequency of Review: | 3 years |
| Date Approved: | June 4, 2021 |

---

[1] Policies and procedures that apply to affiliates, partners or sub-grantees may be applied directly as CWS policies or, in some cases, by the other party having their own similar policy.  This will be specified in written agreements with other parties.

**Table of Contents**

1.  INTRODUCTION ..................................................................................................3

2.  LEADERSHIP AND GOVERNANCE .......................................................... 3

3.  TRANSPARENCY ................................................................................................ 4

4.  FEEDBACK AND COMPLAINTS ................................................................ 5

5.  PARTICIPATION................................................................................................. 5

6.  DESIGN, MONITORING AND EVALUATION ........................................ 6

## 1. <u>INTRODUCTION</u>

As a humanitarian organization, CWS seeks to ensure that it is accountable to the adults and children who participate in and benefit from its program activities. This guidance reflects CWS's ongoing commitment to accountability to affected populations (AAP) and outlines CWS's practices and procedures to improve the quality and quantity of beneficiary feedback within CWS's program activities. It also serves to guide CWS partner organizations, especially those receiving funding from CWS, in establishing or enhancing mechanisms that fulfill this objective.

The thematic focus of this guidance reflects the five commitment areas established by the [Inter-Agency Standing Committee (IASC) Taskforce on AAP](). In line with these commitments, CWS pursues accountability to affected populations in five areas: (1) leadership and governance; (2) transparency; (3) feedback and complaints; (4) participation; and (5) design, monitoring, and evaluation.

CWS reviews and, as needed, updates this document on an annual basis, drawing on lessons from its work in the areas of emergency response, refugee resettlement, sustainable development, policy advocacy, and other activities. In addition to practices and procedures identified in this guidance, CWS may also establish, as necessary, specific AAP requirements in individual programs and/or with specific partners.

This guidance aligns with existing institutional commitments that relate to AAP, including the CWS Code of Conduct Policy, Child Safeguarding Policy, Anti-Human Trafficking Policy, Gender Equality Policy, Whistleblower Policy, and Employee Handbook, as well as codes of conduct and policies established by the ACT Alliance and other coalitions of which CWS is a member. These commitments include adherence to: the ACT Alliance Quality and Accountability Framework; the ACT Alliance Code of Conduct for the Prevention of Sexual Exploitation and Abuse, Fraud and Corruption and Abuse of Power; the ACT Alliance Code of Good Practice; the Inter-Agency Standing Committee Guidelines for the Prevention of Sexual Exploitation and Abuse; the InterAction Private Voluntary Standards (PVO); and the Principles of the Code of Conduct for the International Red Cross and Red Crescent Movement and NGOs in Disaster Relief.

## 2. <u>LEADERSHIP AND GOVERNANCE</u>

CWS is committed to promoting accountable and transparent ways of working with all stakeholders, including:

- Recognizing, promoting and protecting CWS's stakeholder rights, including the right to give feedback, raise a concern and/or complain;

- Striving for high quality and continuous improvement in CWS's humanitarian, development, and advocacy work; and

- Increasing the level of stakeholder satisfaction with CWS's work.

AAP-related commitments have been integrated within the strategic and operational plans of all CWS departments and programs. CWS's leadership is responsible to ensure that the AAP components of these plans are fully implemented within the programs under their responsibility, including in program prioritization, planning, implementation and monitoring and evaluation. CWS' executive leadership report to the CWS CEO and President, who is accountable to the CWS Board of Directors to uphold its commitment as CWS's governance body to engage communities at the local level, assure mutual accountability, and engage constituents in the life and work of CWS.

CWS seeks to ensure that representatives of affected populations can participate in policy development processes and other decision-making in meaningful and democratic ways. This includes strengthening the capacity of affected populations to identify needs and solutions, and to voice these to relevant government, international and non-governmental agencies. CWS offices and program teams are encouraged to invite representatives from affected populations, including current or former program participants, to serve on advisory committees or other bodies that guide and inform CWS in its work.

## 3. <u>TRANSPARENCY</u>

CWS strives for open and transparent communication with affected populations, including individuals and communities that participate in CWS program activities. When feasible, it is best practice to communicate CWS's intended objectives with affected populations throughout the project cycle, including needs assessment, design, implementation, evaluation, and transition or phase-out. CWS expects that this public information be disseminated among affected populations and/or posted at CWS offices and project sites, and that it includes key elements of CWS's programs, including specifying when services provided are free of charge.

CWS approaches to promote transparency with affected populations may include community forums, dedicated email or phone hotlines, social media, and other context-specific communication tools. Offices and program teams should establish benchmarks for quality and timeliness of provision of information and response to inquiries, while ensuring that CWS's performance is monitored against these benchmarks. As part of its commitment to transparency, CWS is increasingly working towards providing affected populations with clear information on the code of conduct it expects of its staff, thus clarifying for affected populations the standards to which CWS staff can be held.

4.  **FEEDBACK AND COMPLAINTS**

CWS's commitment to feedback and complaints mechanisms is enumerated in CWS Code of Conduct Policy, CWS Whistleblower Policy and the ACT Alliance Complaints Policy. Importantly, these policies outline the CWS commitment to "prevent sexual exploitation and abuse, fraud and corruption, and abuse of power," "create a safe environment through which stakeholders can voice a concern, without fear of reprisal or unfair treatment" and "ensure that complaints are addressed fairly, appropriately, and in a  timely manner." The CWS mechanism for receiving and handling complaints thus includes the means necessary to appropriately respond to sensitive complaints, including those that relate to sexual exploitation and abuse.

CWS's mechanisms for receiving direct feedback from affected populations include concerns or grievances that they may have. For direct service activities, information on access to this mechanism is to be included within "client rights and responsibility" guidelines or  similar documents and shared with participants when newly entering CWS service programs. Existing mechanisms include:

- Email and phone "hotlines" that can be used to share feedback and complaints with CWS offices and program teams,

- Complaint/Suggestion boxes at project sites and CWS-administered facilities,

- Surveys of participants in capacity-building and direct services activities,

- Community meetings and multi-stakeholder consultations,

- Home visits with participants in direct service programs,

- As necessary, enlisting third parties to receive participant feedback and complaints and to advise on response.

Further information on CWS's approach to investigating concerns is available within the CWS Code of Conduct Policy. These Guidelines include the necessary procedures to plan and carry out an investigation, which include the nine characteristics of effective mechanisms, as defined by the BSO/ICVA "Guidelines for Receiving  and Investigations allegations of abuse and exploitation by humanitarian workers."

5.  **PARTICIPATION**

CWS strives for meaningful participation of affected populations in program  design, implementation, and evaluation. CWS is committed to applying SPHERE's Core

Standard 1 (people-centered humanitarian response), including through the following:

- In program and project assessments and evaluations, CWS staff will strive to listen to an inclusive and balanced range of affected persons: women and men of all ages, girls, boys, andother vulnerable people affected by the situation or disaster, as well as the wider population. (Adapted from the SPHERE Core Humanitarian Standard on Quality and Accountability).

- CWS will ensure systems of community representation are fair and representative, and that the most marginalized, vulnerable, and affected have a voice, including appropriate consideration of gender, age, diversity, and special needs. (Adapted from IASC Tool 1, CAAP Commitment 4.1).

- CWS will strive to progressively increase beneficiaries' decision making-power and ownershipof programs during the course of a program or disaster response. (Adapted from  SPHERE Core Humanitarian Standard on Quality and Accountability).

## 6.  DESIGN, MONITORING AND EVALUATION

As an ACT Alliance member, CWS is committed to strong design, monitoring and evaluation systems and processes, as outlined in the ACT Alliance PME Handbook. CWS's design and M&E processes and practices are designed to be accountable to affected populations, including in the communication of information related to program design and M&E to beneficiaries and local communities (e.g., project objectives, activities and results), as well as in the channels and means of communication, such as languages used and literacy levels assumed. The responsible use of data and M&E processes ensures that data which is collected and used for reporting is valid and reliable, taking into account its impact on affected communities (e.g., their safety and security, privacy, possible unintended consequences of collecting and sharing information and data, etc.).

CWS's design and M&E processes and practices ensure that beneficiary feedback and inclusion is meaningfully taken into account. At a minimum, this refers to the inclusion of beneficiaries as information and data sources for program design and M&E, such as beneficiary input  and feedback during needs assessments, routine reporting, and program evaluation. Where possible, programs should consider approaches to design, monitoring and evaluation that are increasingly participatory, such as including communities in data collection and analysis, identifying evaluation questions, and deciding if, what and how to evaluate projects and programs.

Existing practices include:

- Beneficiary surveys and focus groups,

- Community participatory planning committee,

- Consultations with community leaders and/or community representatives,

- Participation of beneficiary representatives in needs assessments,

- Most Significant Change (MSC) tool that program participants complete independently,

- "Graffiti activities" and other participatory evaluation tools tailored for youth,

- Discussion of findings from internal or external evaluations with program beneficiaries and use of evaluation findings in participatory planning activities.

*This action supersedes all prior corporate actions, including policy, resolutions or other statements, with respect to the subject matter addressed herein.*

**English Language.** *Regardless of the language in which this document was initially prepared, the English language version of the same, approved in writing by Church World Service, Inc., is deemed the official record of these guidelines for the purposes of interpretation and implementation. In the event of actual or apparent conflict or ambiguity in interpretation between any expressed provision of the English language version of this document and the expressed provisions of any non-English language version of the same, the English language version officially approved by Church World Service, Inc. shall control to the extent necessary to resolve such actual or apparent conflict or ambiguity.*

# CWS CODE OF CONDUCT POLICY

**For the prevention of sexual exploitation and abuse, fraud and corruption, and abuse of power**

CWS is a member of the ACT Alliance.

Adapted from the ACT Alliance Code of Conduct, approved on February 5, 2011

(Revisions: 9/2016; 11/2016; 3/2022)

**CWS**
cwsglobal.org

# 1. Introduction

Members of the ACT Alliance have a common commitment to prevent sexual exploitation and abuse, fraud and corruption, and abuse of power. As a member of the ACT Alliance, CWS is responsible for upholding and promoting the highest ethical and professional standards in its work.

The CWS management has a responsibility to ensure that all staff are aware of this Code of Conduct, that they understand what it means in concrete behavioral terms and how it applies to their program context. Dissemination of this Code is supported by two CWS guidance documents, namely, these guidelines[1] and the ACT Guidelines for Complaints Handling and Investigations (2010).

Annex B provides definitions of key terms used in this policy document.

# 2. Purpose

The main purpose of the CWS Code of Conduct is to promote greater accountability among the people with whom we work in our humanitarian and development programs. The Code seeks to protect staff as well as every adult and child with whom we work from abuse by individuals or groups from within CWS and its partners. The Code is intended to serve as a guide for CWS staff to make ethical decisions in their professional lives and at times in their private lives.

# 3. Scope

The CWS Code of Conduct applies to all CWS staff, including temporary personnel such as consultants and volunteers who work in CWS programs. The term "staff" will be used hereinafter in this document for all full-time and temporary CWS personnel.

All CWS offices are encouraged to promote the spirit and principles of the CWS Code of Conduct among their partner organizations.

The Code of Conduct shall be signed yearly by all CWS staff. All staff are responsible for ensuring that the Code is complied with.

---

[1] This document is an adaptation of the revision of the December 2008 ACT International "Guidelines for compliance and complaints mechanisms - code of conduct on sexual exploitation, abuse of power and corruption for staff members of the ACT International alliance".


cwsglobal.org

## 4. CWS Code of Conduct

The CWS Code of Conduct outlines the key responsibilities of all CWS staff in relation to respect for the welfare and rights of the people with whom they work in the development and humanitarian context. The Code is designed to assist staff to better understand the obligations placed upon their conduct, as to prevent the following: Sexual Exploitation and Abuse (SEA), all forms of harassment, fraud and corruption, security breaches, conflict of interest, and unethical business practices.

Therefore, all CWS staff shall at all times:

- Respect and promote fundamental human rights[2] without discrimination.

- Treat all communities with whom we work -- including crisis-affected populations, Internally Displaced Persons (IDPs) and refugees -- fairly and with respect, courtesy, dignity and according to International Laws and Standards. [3]

- Promote the implementation of the CWS Code of Conduct by contributing towards the creation and maintenance of an environment that prevents sexual exploitation and abuse, abuse of power and corruption.

- Report immediately any knowledge, concerns or substantial suspicions of breaches of the Code to her/his line manager and/or senior management of the CWS office or department (or following procedures established by complaints mechanisms), who is expected to take prompt investigative action.

- Be aware that knowingly withholding, or failure to disclose, information about any reports, concerns or substantial suspicions of breaches of this Code of Conduct constitutes grounds for disciplinary measures, up to and including termination.

- Feel protected by CWS's commitment to providing a safe environment through which to voice a concern, without fear of reprisal or unfair treatment as articulated in the CWS Complaints Policy and Disciplinary Procedures 2010.

- Uphold the highest standards of accountability[4], efficiency, competence, integrity and transparency in the provision of goods and services in the execution of their job.

- When requested, cooperate with any investigation into alleged breaches related to this Code.

**CWS**
cwsglobal.org

**4.1 Sexual Exploitation and Abuse**[5]

Sexual exploitation and abuse is one form of Gender-Based Violence. CWS recognizes that Sexual Exploitation and Abuse can occur in any development or humanitarian setting. In humanitarian crises, however, the dependency of affected populations on humanitarian agencies for their basic needs creates an additional ethical responsibility and duty of care on the part of all CWS staff.

To protect CWS stakeholders in all situations, CWS staff shall while on duty and off duty:

- Understand that sexual exploitation and abuse by staff involved in development and humanitarian work constitute gross misconduct and are therefore grounds for immediate termination of employment.[6]

- Never engage in any sexual activity with children (persons under the age of 18) regardless of the age of majority or age of consent locally. Sexual activity with children is prohibited within CWS. Mistaken belief in the age of a child is not a defense.

- Not accept, solicit or engage in the "buying" of or profiting from sexual services. This is applicable to CWS staff both within and outside of working hours.

- Never exploit the vulnerability of any target group in the context of development and humanitarian work or allow any person/s to be put into compromising situations.

- Know that the exchange of money, employment, goods or services for sex, including sexual favors or forms of humiliating, degrading or exploitative behavior is prohibited. This includes exchange of assistance that is due to beneficiaries.

- Never abuse a position to withhold development or humanitarian assistance, or give preferential treatment, in order to solicit sexual favors, gifts, payments of any kind, or advantage.

- Given the increased vulnerability of populations in crisis situations, staff are prohibited from engaging in sexual relationships with members of crisis-affected populations since such relationships are based on inherently unequal power dynamics and undermine the credibility and integrity of humanitarian aid work.

- When working with children, avoid actions or behaviors which may constitute poor practice and never act in ways that may place a child at risk of abuse. (Adhere to CWS Child Safe-guarding Policy.)

- In countries in which CWS undertakes long-term development work, an employee who engages in a long-term sexual relationship with a member of the community which is benefiting from a CWS program, and/or with another employee, is encouraged to inform his or her manager about the relationship to prevent the perception of a conflict of interest.

- Where a humanitarian worker develops concerns or suspicions regarding sexual abuse or exploitation by a fellow worker, whether in the same agency or not, he or she must report such concerns via established agency reporting mechanisms.

- Humanitarian workers are obliged to create and maintain an environment which prevents sexual exploitation and abuse and promotes the implementation of their code of conduct. Managers at all levels have particular responsibilities to support and develop  systems which maintain this environment."

**CWS**
cwsglobal.org

CWS promotes the integration of a gender-sensitive perspective into efforts to effectively prevent and respond to sexual abuse and exploitation.

## 4.2 Harassment

CWS staff shall never commit any act or form of harassment as it results in physical, sexual or psychological harm or suffering to individuals. CWS does not tolerate any form of workplace violation such as harassment (including sexual, gender and racial harassment), bullying and discrimination, that is, any unwelcome comment or behavior that is offensive, demeaning, humiliating, derogatory, or any other inappropriate behavior that fails to respect the dignity of an individual.

Therefore, all CWS Staff shall:

- Treat everyone with dignity and respect in the workplace. Speak with civility and kindness, listen carefully, and consider others' wellbeing. [7]

- Never commit any act or form of harassment as it causes physical, sexual, psychological or emotional harm or suffering to individuals.

- Never engage in any behavior, deliberate or otherwise, that makes the recipient feel persecuted, vulnerable and powerless.

- Understand what constitutes harassment, recognize early signs of sexual, gender and racial harassment (among others) and take swift action to prevent and resolve.

- Understand what constitutes bullying, empower staff that are affected by it, develop strategies for reducing and stopping it, and take necessary disciplinary action against those found to have committed an act or form of harassment.

- Violent, harassing or discriminatory behavior of any kind directed toward another person in the workplace or in the communities with which CWS works is unacceptable and shall not be tolerated.

## 4.3 Romantic Relationship in the Workplace

CWS strongly believes that a work environment where employees maintain clear boundaries between employee personal and business interaction is most effective for conducting business and enhancing productivity. Although this Code of Conduct does not prevent the development of friendships or romantic relationships between co-workers, it does establish boundaries as to how relationships are conducted during working hours and within the working environment.

Under no circumstances may an employee be involved in a romantic or sexual relationship with a client currently receiving services from CWS. Employees are prohibited from dating clients and may be disciplined for such actions, up to and including termination of employment.

An employee who is involved in a romantic relationship with another employee may not occupy a position in the same department as, work directly for or supervise the employee with whom he or she is involved.



CWS reserves the right to take prompt action if an actual or potential conflict of interest arises concerning individuals who engage in personal, romantic or sexual relationship that may affect the terms and conditions of employment.  Supervisors and managers are prohibited from dating subordinates and may be disciplined for such actions, up to and including termination of employment.

When a conflict or the potential for conflict arises because of a romantic relationship between employees, even if there is no line of authority or reporting involved, the employees may be separated by reassignment, or terminated from employment.  If such a personal relationship between employees develops, it is the responsibility and obligation of the employees involved to disclose the existence of the relationship to the department director, manager or human resources.

When a conflict or a potential for conflict affecting terms and conditions of employment arises because of the relationship, the individuals concerned will be given the opportunity to decide who is to be transferred to another position, or terminated, if no position is available.  If no decision is made within 30 calendar days of the offer to resolve the situation, CWS will determine who is to be transferred or, if necessary, terminated from employment.

## 4.4 Fraud and corruption

CWS has a zero-tolerance approach to fraud and corruption as articulated in its 2009 Anti-Fraud and Corruption Policy (see Annex B for definitions). CWS staff shall never take advantage of their position when working with communities, partners or other CWS stakeholders. Therefore, CWS staff shall:

- Promote a culture of honesty and openness among CWS staff and management.

- Be transparent in all work-related financial transactions.

- Never steal, misuse or misappropriate funds or property, ensuring that financial and other resources are used solely for the intended purposes. This applies also to any other income generated such as any interest received/earned on the funds.

- Protect all information accessed during the course of their employment with CWS and comply with all controls established by CWS regarding use of information.

- Avoid disclosure of confidential information to unauthorized persons without appropriate consent of CWS except as permitted under applicable CWS policy and/or Federal, State and Local laws.

- Never engage in "non-arms length transactions",[8] document or check forgery, money laundering, taking of commissions and influencing tender process for improper benefit and theft.

- Create a work environment in which communities and staff can safely and confidentiality raise and report all serious concerns about suspected fraud and corruption.

- Never knowingly support individuals or entities involved in illegal activities.



- Never deliberately destroy, falsify, alter or conceal evidence material to an investigation or make false statements to investigators in order to materially influence or impede investigations into corrupt, fraudulent, coercive or collusive allegations.

- Conduct all business in accordance with internationally accepted practices and procedures and uphold the highest standards of accountability and transparency in relations to finances, management and governance, where relevant.

### 4.5 Unethical business practices

CWS promotes moral and ethical business practices. Therefore all CWS staff shall:

- Always follow transparent, accountable and honest practices when receiving cash donations from the public ear-marked for humanitarian or development purposes.

- Never use or accept a bribe in the form of money, goods and or services to secure a contract for services when dealing with suppliers in any development or humanitarian work.

- Never take part in activities that generate personal, organizational or collective profit such as buying or selling when such activities may affect or appear to affect CWS' credibility or integrity.

- Never share in the profits or budget leftovers as kick backs, cuts or discounts for personal or organizational benefits.

- Declare any known or potential conflicts of interest to their employer (e.g. direct relationship with service providers, vendors or suppliers of goods for CWS program).

- Never accept any gifts or other favors that may influence the performance of staff functions or duties. Gifts are defined as, but not limited to: services, travel, entertainment, material goods, among others. In order to respect national and local traditions and conventional hospitality, minor token gifts such as pens, calendars, desk diaries, etc. can be accepted.

- Never use illegal labor, child labor and forced labor in any work area.

- Always pay compulsory State taxes and comply with national business law and international standards.

- Always strive for the highest health, safety and environmental standards in all program work.

- Ensure, where possible, that goods purchased are produced and delivered under conditions that do not involve the abuse or exploitation of any persons and have the least negative impact on the environment.

- Never use or distribute known unsafe products or supplies in any development or humanitarian setting.

**CWS**
cwsglobal.org

**4.6 Security breaches**

CWS places the security and safety of all staff and those with whom we work as a top priority and will strive to do all that it reasonably can to ensure that staff are secure as they go about their work. Security is an individual as well as an organizational responsibility, therefore all CWS staff shall:

- Adhere to the CWS security principles and guidelines9
- Never use or possess weapons or ammunition of any kind while on duty10
- Never drive a vehicle while under the influence of alcohol or any illegal substance and comply with the laws of the country in which they are working in relation to both.

# 5. Complaints and Disciplinary Procedures

Violation of this Code of Conduct will not be tolerated and may, in accordance with relevant legislation, lead to internal disciplinary actions, dismissal or even criminal prosecution.

Each staff member of CWS has a responsibility to handle and respond to any allegations of misconduct received from stakeholders. CWS has established systems for investigating, recording and dealing with misconduct. Complaints are investigated promptly, while maintaining discretion and confidentiality and protecting the rights of all individuals involved. Breaches of the Code of Conduct shall be reported immediately to senior management.

Those who wish to lodge a complaint about an alleged breach of the Code by a member of CWS staff should lodge their complaint as soon as possible after s/he becomes aware of the concern.

The complaint may be lodged through the following:

> Email:  ComplianceHotline@cwsglobal.org
> USA and Canada (English): 855-670-0080
> USA and Canada (Spanish): 800-216-1288
> Canada (French): 855-725-0002
> Mexico (Spanish): 01-800-681-5340
> All other countries: 800-603-2869 (must dial country access code first.  Click here for access codes and dialing instructions)
> Via Web: www.lighthouse-services.com/cwsglobal

Toll-free numbers and additional country-specific links are available on Annex A.

Any CWS staff person purposely making false accusations about any action by another CWS staff which is in breach of the Code of Conduct will be subject to disciplinary action, up and including termination of employment.



Footnotes:

2 As set out, for example, in the Universal Declaration of Human Rights, 1948, see:
http://www.un.org/en/documents/udhr/index.shtml

3 Standards include for example the Code of Conduct for The International Red Cross and Red Crescent
Movement and NGOs in Disaster Relief (www.ifrc.org/publicat/conduct/) and the Sphere Standards 2011 version
(http://www.sphereproject.org/)

4 This includes professional conduct in relations to accountable and transparent organization procedures in relation
to finances, governance, and management as well as adhering to international standards such as those noted in
footnote 4 above.

5 See ACT Guidelines on the prevention of SEA 2008, revised 2010. For tools and resources in support of
prevention of SEA, see also http://www.un.org/en/pseataskforce/tools_responses.html

6 In countries where it is a legal obligation to report allegations of child abuse or sexual assault to the national
police, CWS management should take into consideration whether, how and when to inform national authorities.
The survivor's view shall be sought, as people who report abuse may be at risk from the police in some countries.

7 This includes communities with whom CWS works.

8 The arm's length principle is the condition or the fact that the parties to a transaction are independent and on an
equal footing. Such a transaction is known as an "arm's-length transaction".

9 For guidance, please refer to the Security Handbook, and the complementary Principles of Safety and Security.

10 In exceptional cases of high insecurity, CWS staff may contract external security services that are armed. It is
expected however that regular CWS house guards with individual CWS contracts are unarmed CWS personnel.

Annex A



- **Primary Website: www.lighthouse-services.com/cwsglobal**

| Language Abbreviation | Language Name | Direct URL |
|---|---|---|
| ara | Arabic | www.lighthousegoto.com/cwsglobal/ara |
| ben | Bengali | www.lighthousegoto.com/cwsglobal/ben |
| csm | Chinese (Simplified) | www.lighthousegoto.com/cwsglobal/csm |
| ctr | Chinese (Traditional) | www.lighthousegoto.com/cwsglobal/ctr |
| cze | Czech | www.lighthousegoto.com/cwsglobal/cze |
| dan | Danish | www.lighthousegoto.com/cwsglobal/dan |
| dut | Dutch | www.lighthousegoto.com/cwsglobal/dut |
| eng | English | www.lighthousegoto.com/cwsglobal/eng |
| fil | Filipino | www.lighthousegoto.com/cwsglobal/fil |
| fin | Finnish | www.lighthousegoto.com/cwsglobal/fin |
| fre | French | www.lighthousegoto.com/cwsglobal/fre |
| geo | Georgian | www.lighthousegoto.com/cwsglobal/geo |
| ger | German | www.lighthousegoto.com/cwsglobal/ger |
| gre | Greek | www.lighthousegoto.com/cwsglobal/gre |
| heb | Hebrew | www.lighthousegoto.com/cwsglobal/heb |
| hin | Hindi | www.lighthousegoto.com/cwsglobal/hin |
| hun | Hungarian | www.lighthousegoto.com/cwsglobal/hun |
| ind | Indonesian | www.lighthousegoto.com/cwsglobal/ind |
| ita | Italian | www.lighthousegoto.com/cwsglobal/ita |
| jpn | Japanese | www.lighthousegoto.com/cwsglobal/jpn |
| kor | Korean | www.lighthousegoto.com/cwsglobal/kor |
| lav | Latvian | www.lighthousegoto.com/cwsglobal/lav |
| may | Malay | www.lighthousegoto.com/cwsglobal/may |
| nor | Norwegian | www.lighthousegoto.com/cwsglobal/nor |
| pol | Polish | www.lighthousegoto.com/cwsglobal/pol |
| por | Portuguese | www.lighthousegoto.com/cwsglobal/por |
| rum | Romanian | www.lighthousegoto.com/cwsglobal/rum |
| rus | Russian | www.lighthousegoto.com/cwsglobal/rus |
| slo | Slovak | www.lighthousegoto.com/cwsglobal/slo |
| som | Somali | www.lighthousegoto.com/cwsglobal/som |
| spa | Spanish | www.lighthousegoto.com/cwsglobal/spa |
| swe | Swedish | www.lighthousegoto.com/cwsglobal/swe |
| tha | Thai | www.lighthousegoto.com/cwsglobal/tha |
| tur | Turkish | www.lighthousegoto.com/cwsglobal/tur |
| ukr | Ukrainian | www.lighthousegoto.com/cwsglobal/ukr |
| vie | Vietnamese | www.lighthousegoto.com/cwsglobal/vie |

- **Toll-Free Telephone:**
    **Direct Dial**
    - ○ **English speaking USA and Canada: 855-670-0080**
    - ○ Spanish speaking USA and Canada: **800-216-1288**
    - ○ French speaking Canada: **855-725-0002**
    - ○ Spanish speaking Mexico: **01-800-681-5340**
    **AT&T USADirect**
    - ○ **All other countries: 800-603-2869** (must dial country access code first click here for access codes and dialing instructions)

- **E-mail:** reports@lighthouse-services.com (must include company name with report)

- **Fax:** (215) 689-3885 (must include company name with report)

**CWS**
cwsglobal.org

## Annex B: Key terms and definitions

**Abuse of power:** Abuse of power includes any abusive behavior (physical, psychological, sexual or emotional) by a person in a position of authority and trust against someone in a position of vulnerability and/or dependency.

**Bullying** is aggression expressed psychologically and emotionally rather than physically. The term is used to describe a repeated pattern of negative, intrusive, violating behavior against one or more targets and comprises constant trivial fault-finding criticism, refusal to value and acknowledge, undermining, discrediting and a host of other behaviours.[15]

**Complainant:** The person making the complaint, including the alleged survivor of the sexual exploitation and abuse or another person who becomes aware of the wrongdoing.

**Discrimination:** Discrimination means exclusion of, treatment of, or action against an individual based on social status, race, ethnicity, color, religion, gender, sexual orientation, age, marital status, national origin, political affiliation or disability.

**Corruption** is the "offering, giving, soliciting or acceptance of an inducement or reward which may improperly influence the action of any person"

**Fraud** is an intentional distortion, deceit, trickery, and perversion of truth or breach of confidence, relating to an organization's financial, material, or human resources, assets, services and/or transaction, generally for the purpose of personal gain or benefit. Fraud is a criminal deception or the use of false representations to gain an unjust advantage.

**Harassment:** Harassment means any unwelcome comment or behavior that is offensive, demeaning, humiliating, derogatory, or any other inappropriate behavior that fails to respect the dignity of an individual. Harassment can be **committed by** or **against** any member of the community with whom we work, partners, employee, vendor or other individual visiting or doing business with an agency (see definition of sexual harassment further below).

**Minor:** A person under age 18 (a child according to the definition in the Convention for the Rights of the Child).

**Gender based violence (GBV):** "Any harm that is perpetrated against a person's will; that has a negative impact on the physical or psychological health, development, and identity of the person; and that is the result of gendered power inequities that exploit distinctions between males and females, among males and among females. Although not exclusive to women and girls, GBV principally affects them across all cultures. Violence may be physical, sexual, psychological, economic, or socio-cultural."[16] Gender-based violence may manifest in numerous ways: domestic violence, battering, rape and marital rape, female genital mutilation, torture, trafficking, and forced prostitution, dowry-related violence, marriage and in certain cases, violence perpetrated or condoned by the state.

**Sexual abuse:** Sexual abuse is action or threatened physical intrusion of a sexual nature, including inappropriate touching, by force or under unequal or coercive conditions.

---

15 Adapted from http://www.bullyonline.org/workbully/mobbing.htm - website of the National UK Workplace bullying advice line
16 Ward, Jeanne. (2002). *If Not Now, When? Addressing Gender-Based Violence in Refugee, Internally Displaced and Post-Conflict Settings.* New York: The Reproductive Health in Conflict Consortium.

**Sexual exploitation:** Sexual exploitation means any action or attempted abuse of a position of vulnerability, differential power or trust, for sexual purposes, including, but not limited to, profiting monetarily, sexually or politically from the sexual exploitation of another (UN SG Bulletin, 9 October 2003). In these situations, the potential victim believes she/he has no other choice than to comply; this is not consent and it is exploitation. Some examples include, but are not limited to:

- Humanitarian/development worker demanding (or accepting) sex in exchange for material assistance, favors, or privileges.
- Teacher insisting on (or accepting) sex in exchange for passing grade or admission to class.
- Refugee leader demanding (or accepting) sex in exchange for favors or privileges.
- Security worker insisting on (or accepting) sex in exchange for safe passage.
- Driver demanding (or accepting) sex to give a female person a seat in the vehicle.

Exploitation is using one's position of authority, influence or control over resources, to pressure, force or manipulate someone to do something against their will or unknowingly, by threatening them with negative repercussions such as withholding project assistance, not approving an employee's work support requests, threatening to make false claims about an employee in public, etc.

**Sexual harassment:** Sexual harassment means any unwelcome sexual advance, comment, expressed or implied sexual demand, touch, joke, gesture, or any other communication or conduct of a sexual nature, whether verbal, written or visual, by any person to another individual within the scope of work. Sexual harassment may be directed at members of the same or opposite sex and includes harassment based on sexual orientation. Sexual harassment can occur between any one or more individuals, employee or beneficiary, regardless of their work relationship.

**Subject of the complaint**: The person alleged to have perpetrated the misconduct in the complaint (BSO/HAP)

**Survivor or victim** – the person who is, or has been, sexually exploited or abused. This term implies strength, resilience and the capacity to survive (BSO/HAP).

**Protection:** Ensuring that individual basic human rights, welfare and physical security are recognized, safeguarded and protected in accordance with international standards.

**Workplace violence:** Any incident in which a person is abused, threatened or assaulted in circumstances relating to their work. These behaviors would originate from customers, co-workers at any level of the organization. This definition would include all forms or harassment, bullying, intimidation, physical threats/assaults, robbery and other intrusive behaviors (ILO).

**cwsglobal.org**

## Signing the Policy:

The electronic version of this policy is <u>available here</u>.

If you have not already agreed to the terms of the policy by submitting the electronic form, please do so now by following the link above.

U.S. DEPARTMENT OF STATE
# STANDARD TERMS AND CONDITIONS FOR FEDERAL AWARDS
### EFFECTIVE OCTOBER 21, 2020

| | | | |
|---|---|---|---|
| * | **A.** | Introduction | 02 |
| * | **B.** | Order of Precedence | 02 |
| * | **C.** | Applicability | 02 |
| * | **D.** | Department of State Responsibilities | 03 |
| | **E.** | Recipient Responsibilities and Compliance with Federal Requirements | 03 |
| | **F.** | Universal Identifier and System of Award Management | 04 |
| | **G.** | Reporting Subaward and Executive Compensation Information | 04 |
| * | **H.** | Award Term for Trafficking in Persons | 04 |
| * | **I.** | Never Contract with the Enemy | 04 |
| * | **J.** | Nonprocurement Debarment and Suspension | 05 |
| | **K.** | Governmentwide Requirements for Drug-Free Workplace | 05 |
| * | **L.** | Domestic Preference for Procurements | 05 |
| | **M.** | Prior Approval Requirements | 06 |
| * | **N.** | Branding and Marking | 06 |
| * | **O.** | Government-financed Air Transportation | 07 |
| * | **P.** | Mandatory Disclosure | 07 |
| * | **Q.** | Conflict of Interest | 07 |
| * | **R.** | Restrictions on Lobbying | 08 |
| * | **S.** | Prohibition Against Assignment | 08 |
| | **T.** | Indirect Costs | 09 |
| | **U.** | Audits | 09 |
| * | **V.** | Termination | 09 |
| * | **W.** | Appeals | 10 |
| | **X.** | Closeout | 10 |
| * | **Y.** | Nondiscrimination in Department of State Programs | 11 |
| * | **Z.** | Prohibition of Assistance to Drug Traffickers | 12 |
| * | **AA.** | Prohibition on Use of Funds for Performance or Research Respecting Abortions or Involuntary Sterilization | 12 |
| * | **BB.** | Policy Guidance | 12 |
| | | Appendix 1 | 13 |
| | | Appendix 2 | 14 |
| * | | Appendix 3 | 17 |
| | | Appendix 4 | 19 |

*Applicable to Awards to Individuals

## A. INTRODUCTION

These Standard Terms and Conditions for Federal Awards outline the Department of State's mandatory award terms as required by Title 2—Grants and Agreements, of the Code of Federal Regulations. Certain applicable Federal administrative standards are incorporated by reference. Electronic copies containing the complete text of the Code of Federal Regulations are available at https://www.ecfr.gov.

The recipient shall provide the principal investigator(s) or project director(s) with a copy of these terms and conditions, including the award provisions, and any subsequent changes to the award. Electronic copies of these Terms and Conditions are publicly available at https://www.state.gov/about-us-office-of-the-procurement-executive/.

These term and conditions may be duplicated, copied or otherwise reproduced as appropriate.

## B. ORDER OF PRECEDENCE

In the event of any inconsistency between provisions of the award, the inconsistency will be resolved by giving precedence in the following order:

(1) Applicable laws and statutes of the United States, including any specific legislative provisions mandated in the statutory authority for the award.

(2) Code of Federal Regulations (CFR)

(3) Standard Terms and Conditions

(4) Award Provisions

(5) Other award documents and attachments

## C. APPLICABILITY

| Organization Type | Applicable Administrative Requirements |
|---|---|
| Domestic Non-federal entity (including state, local government, Indian tribe, institution of higher education (IHE), or nonprofit organization) | • 2 CFR 200: Subparts A through F <br> • 2 CFR 600 & 601 |
| Foreign Non-Profit Organization | • 2 CFR 200: Subparts A through E <br> • 2 CFR 600 & 601 |
| Domestic & Foreign For-Profit Organization | • 2 CFR 200: Subparts A through D <br> • 2 CFR 600 & 601 <br> • 48 CFR Part 30 & 31 |
| Individuals | • None |
| Foreign Public Entities (Including Public International Organizations) | • None |

## D.  DEPARTMENT OF STATE RESPONSIBILITIES

The Department of State (hereinafter referred to as the Department) has overall responsibility for Department-funded awards, including providing oversight for technical, programmatic, financial and administrative performance.

Grants Officer (GO):

Authorized by a warrant issued by the Department's Procurement Executive, the GO is responsible for all actions on behalf of the Department, including entering into, amending, or terminating the award. In addition, the GO is responsible for the administrative coordination and liaison with the recipient. The GO is the only person authorized to approve changes to any of the requirements in the award.

Grants Officer Representative (GOR):

In accordance with Department policy, the GO is responsible for all aspects of the award, but may designate technically qualified personnel to join in the administration of grants. The GOR is delegated by the GO and responsible for the programmatic, technical, and/or scientific aspects of the award. The recipient should direct all correspondence related to programmatic and budgetary issues to both the GO and GOR.

## E.  RECIPIENT RESPONSIBILITIES AND COMPLIANCE WITH FEDERAL REQUIREMENTS

The recipient is responsible for notifying the Department of any significant problems relating to the administrative, programmatic or financial aspects of the award.

The recipient has full responsibility for the management of the project or activity supported under the award and for adherence to Federal regulations, the award provisions, and these terms and conditions. Although the recipient is encouraged to seek the advice and opinion of the GO and/or the GOR on special problems that may arise, such advice does not diminish the recipient's responsibility for making prudent and sound administrative judgments under the circumstances prevailing at the time the decision was made and should not imply that the responsibility for operating decisions has shifted to the Department.

In addition to the requirements specified in 2 CFR 200.331, these terms and conditions flow down to all subrecipients and must be included in the recipient's subaward instrument. Depending on the type of entity, all subrecipients and subcontractors are subject to the Federal regulations specified in provision *C–Applicability* of these terms and conditions.

Nothing in this provision alters the recipient's responsibility for conduct of the project and compliance with all applicable laws and regulations.

## F.  UNIVERSAL IDENTIFIER AND SYSTEM OF AWARD MANAGEMENT

In compliance with 2 CFR 25.220, the Department has adopted the Award term—System for Award Management and Universal Identifier Requirements. The full text of this award term is included as Appendix 1 to these terms and conditions.

## G.  REPORTING SUBAWARD AND EXECUTIVE COMPENSATION INFORMATION

In compliance with 2 CFR 170.220, the Department has adopted the Award term—Reporting Subawards and Executive Compensation. The full text of this award terms is included as Appendix 2 to these terms and conditions.

Awards that are deemed "sensitive" and therefore do not require Federal Funding Accountability and Transparency Act (FFATA) reporting will be designated in the award provisions stating that the award is not subject to the FFATA subaward reporting requirements as outlined in the Office of Management and Budgets (OMB) guidance issued August 27, 2010.

## H.  AWARD TERM FOR TRAFFICKING IN PERSONS

In compliance with 2 CFR 175.15(a), the Department has adopted the Award term—Trafficking in Persons. The full text of this award term is included as Appendix 3 to these terms and conditions.

## I.  NEVER CONTRACT WITH THE ENEMY

In accordance with 2 CFR 183, the following terms apply if the award exceeds $50,000 and is performed outside the United States, including U.S. territories, and is in support of a contingency operation in which members of the Armed Forces are actively engaged in hostilities. It does not apply to the authorized intelligence or law enforcement activities of the Federal Government.

I.  Prohibition on Providing Funds to the Enemy

A.  The recipient must—

1. Exercise due diligence to ensure that none of the funds, including supplies and services, received under this grant or cooperative agreement are provided directly or indirectly (including through subawards or contracts) to a person or entity who is actively opposing the United States or coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities, which must be completed through 2 CFR 180.300 prior to issuing a subaward or contract and;

2. Terminate or void in whole or in part any subaward or contract with a person or entity listed in SAM as a prohibited or restricted source pursuant to subtitle E of Title VIII of the NDAA for FY 2015, unless the Department of State provides written approval to continue the subaward or contract.

B. The recipient may include the substance of this clause, including paragraph (A) of this clause, in subawards under this grant or cooperative agreement that have an estimated value over $50,000 and will be performed outside the United States, including its outlying areas.

C. The Department of State has the authority to terminate or void this grant or cooperative agreement, in whole or in part, if the Department becomes aware that the recipient failed to exercise due diligence as required by paragraph (A) of this clause or if the Department becomes aware that any funds received under this grant or cooperative agreement have been provided directly or indirectly to a person or entity who is actively opposing coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities.

II. Additional Access to Recipient Records

A. In addition to any other existing examination-of-records authority, the Federal Government is authorized to examine any records of the recipient and its subawards or contracts to the extent necessary to ensure that funds, including supplies and services, available under this grant or cooperative agreement are not provided, directly or indirectly, to a person or entity that is actively opposing United States or coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities, except for awards awarded by the Department of Defense on or before Dec 19, 2017 that will be performed in the United States Central Command (USCENTCOM) theater of operations.

B. The substance of this clause, including this paragraph (B), is required to be included in subawards or contracts under this grant or cooperative agreement that have an estimated value over $50,000 and will be performed outside the United States, including its outlying areas.

## J. NONPROCUREMENT DEBARMENT AND SUSPENSION

In compliance with 2 CFR 180.20, the Department has adopted the OMB guidance in subparts A through I of 2 CFR 180 (and as supplemented by 2 CFR 601), as the Department's policy and procedures for nonprocurement debarment and suspension.

## K. GOVERNMENTWIDE REQUIREMENTS FOR DRUG-FREE WORKPLACE

In compliance with 2 CFR 182.20, the Department has adopted the OMB guidance in subparts A through F of 2 CFR 182 (and supplemented by 22 CFR 133), as the Department's policies and procedures for the drug-free workplace requirements.

## L. DOMESTIC PREFERENCE FOR PROCUREMENTS

In accordance with 2 CFR 200.322, the recipient should to the greatest extent practicable under the award, provide a preference for the purchase, acquisition, or use of goods, products, or materials produced in the United States (including but not limited to iron, aluminum, steel, cement, and other

manufactured products). The requirements of this section must be included in all subawards including all contracts and purchase orders for work or products under the award.

For purposes of this section:

"Produced in the United States" means, for iron and steel products, that all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States.

"Manufactured products" means items and construction materials composed in whole or in part of non-ferrous metals such as aluminum; plastics and polymer-based products such as polyvinyl chloride pipe; aggregates such as concrete; glass, including optical fiber; and lumber.

## M.   PRIOR APPROVAL REQUIREMENTS

In addition to prior approval requirements specified in 2 CFR 200.308, the recipient must receive prior approval in order to transfer funds between direct cost categories when the Federal share of the award exceeds the Simplified Acquisition Threshold ($250,000) and the cumulative amount of such transfers exceeds or is expected to exceed 10 percent of the total budget as last approved by the Department. When requesting approval for budget revisions, the recipient must use the same format for budget information that was used in the application.

## N.   BRANDING AND MARKING

All programs, projects, assistance, activities, and public communications to foreign audiences, partially or fully funded by the Department, must be marked appropriately overseas with the standard U.S. flag in a size and prominence equal to (or greater than) any other logo or identity. The recipient may continue to use existing logos or program materials; however, a standard rectangular U.S. flag must be used in conjunction with such logos. Recipients wishing to use the Department of State seal in addition to the U.S. flag must receive prior written permission from the GO.

This requirement does not apply to the recipient's own corporate communications or in the United States. For general questions about the Department marking policy and overall branding strategy, please contact VisiblyAmerican@state.gov.

The recipient must appropriately acknowledge the U.S. Government support in all dealings with program participants, and in press releases, ceremonies, dedications, interviews, publicity, etc. Furthermore, the recipient must coordinate publicity, ceremonial events, dedications, etc., with the sponsoring Department office or embassy office and public affairs officer.

For all Department funded awards, publications or articles resulting from the award must acknowledge the support of the Department and include a disclaimer of official endorsement as follows: "*This [article] was funded [in part] by a grant from the United States Department of State. The opinions, findings and conclusions stated herein are those of the author[s] and do not necessarily reflect those of the United States Department of State*." The recipient must ensure that this disclaimer be included on all brochures, flyers, posters, billboards, or other graphic artwork that are produced under the award.

## O. GOVERNMENT-FINANCED AIR TRANSPORTATION

All Federal government financed international air transportation is required by 49 U.S.C. 40118, commonly referred to as the "Fly America Act," to use U.S. air carrier service for all air travel and cargo transportation services. One exception to this requirement is transportation provided under a bilateral or multilateral air transport agreement, to which the U.S. government and the government of a foreign country are parties, and which the Department of Transportation has determined meets the requirements of the Fly America Act.

Current "Open Skies Agreements" that are in effect can be found here: https://www.gsa.gov/policy-regulations/policy/travel-management-policy/fly-america-act.

It is the recipient's responsibility for making determinations and documenting the decision as to whether an exemption to this requirement applies.

Exceptions vary depending on the direction of travel and are outlined in 41 CFR 301-10.136 and 41 CFR 301-10.137.

## P. MANDATORY DISCLOSURE

Consistent with 2 CFR 200.113, the recipient and any subrecipient must disclose, in a timely manner, in writing to the Department or pass-through entity all violations of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the award. Recipients that have received a Federal award including the term and condition outlined in Appendix 4 are required to report certain civil, criminal, or administrative proceedings to SAM (currently FAPIIS). Failure to make required disclosures can result in any of the remedies described in 2 CFR 200.340.

Disclosures must be made to:

> U.S. Department of State
> Office of Inspector General
> P.O. Box 9778
> Arlington, VA 22219
> Phone: 1-800-409-9926 or 202-647-3320
> Website: https://oig.state.gov/hotline

If the total value a recipient's currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the award, then you as the recipient must comply with Appendix 4 of these terms and conditions.

## Q. CONFLICT OF INTEREST

In accordance with 2 CFR 200.318, the recipient must maintain written standards of conduct covering conflicts of interest and governing the action of its employees engaged in the selection, award, and administration of contracts. In addition, the recipient must also maintain written standards of conduct covering organizational conflicts of interest.

The recipient must disclose any conflict of interest, including organizational conflicts of interest, and the recipient's approach for resolving the conflict of interest to the GO for the award within ten (10) calendar days of the discovery of the conflict of interest. Upon notice from the recipient of a potential conflict of interest and the approach for resolving it, the GO will make a determination regarding the effectiveness of the recipient's actions to resolve the conflict of interest within thirty (30) calendar days of receipt of the recipient's notice, unless the GO advises the recipient that a longer period is necessary. The recipient must not request payment from the Department for costs for transactions subject to the conflict of interest pending notification of the GO's determination. The recipient's failure to disclose a conflict of interest may result in cost disallowances.

## R.    RESTRICTIONS ON LOBBYING

In accordance with 31 USC 1352, the recipient is required to abide by the policy and procedures codified at 22 CFR 138 et seq. By accepting the award, the recipient agrees that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $20,134 and not more than $201,340 for each such failure.

## S.    PROHIBITION AGAINST ASSIGNMENT

Notwithstanding any other provision of the award, the recipient must not transfer, pledge, mortgage, or otherwise assign the award, or any interest therein, or any claim arising thereunder, to any party or parties, bank trust companies, or other financing or financial institutions.

## T.  INDIRECT COSTS

A non-profit organization which has not previously established an indirect cost rate with a Federal agency, that believes the Department should be its cognizant agency, shall submit its initial indirect cost proposal immediately after the organization is advised that the award will be made and, in no event, later than three months after the effective date of the award. When requested by the recipient, the GO will provide instructions on how to submit the indirect cost rate proposal.

## U.  AUDITS

All U.S. recipients (not including for-profit organizations) that expend $750,000 or more during the recipient's fiscal year in Federal awards must have a single or program-specific audit conducted for that year in accordance with the provisions of 2 CFR Part 200 Subpart F. In addition, the recipients are subject to the audit requirements found in the Single Audit Act of 1984, 31 U.S.C. 7501-7506. The cost of an audit may be charged to the award in accordance with 2 CFR 200.425.

All foreign recipients that expend $750,000 or more during the recipient's fiscal year in Department of State awards must have a single or program-specific audit conducted for that year in accordance with these terms and conditions. In the event the recipient undergoes an audit for another Federal agency, a second audit does not need to be procured so long as the Department's funding was analyzed under the same audit. A program-specific audit means an audit of one Federal award program. Single audit means an audit that includes both the recipient's financial statements and the Department awards received to be conducted in accordance with Generally Accepted Government Auditing Standards (GAGAS).

The audit must be independently and professionally executed in accordance with GAGAS either prescribed by a government's Supreme Audit Institution with auditing standards approved by the Comptroller General of the United States, or in accordance with the host country's laws or adopted by the host country's public accountants or associations of public accountants, together with generally accepted international auditing standards. However, foreign entity audits consistent with International Standards for Auditing or other auditing standards are acceptable with the GO's approval.

The Department and its authorized representatives have the legally enforceable right to examine, audit, and copy, at any reasonable time, all records in the Department's possession pertaining to the award. Furthermore, the Inspector General or any of his or her duly authorized representatives shall have access to any pertinent books, documents, papers and records of the recipient. Information accessible to the Inspector General includes written, printed, recorded, produced, or reproduced by any mechanical, magnetic, or other process or medium. The Department reserves the right to make audits, inspections, excerpts, transcriptions or other examinations as authorized by law of the recipient's documents and facilities.

## V.  TERMINATION

In compliance with 2 CFR 200.340, any award may be terminated in whole or in part as follows:

(1) By the Department, if the recipient fails to comply with the terms and conditions of the award;

(2) By the Department, to the greatest extent authorized by law, if the award no longer effectuates the program goals or agency priorities;

(3) By the Department with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;

(4) By the recipient upon sending to the Department GO written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if the Department determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, the Department may terminate the award in its entirety; or

(5) By the Department pursuant to termination provisions included in the award provisions.

## W.  APPEALS

If the recipient fails to comply with Federal statutes, regulations or the terms and conditions of the award, the GO may take appropriate action including, but not limited to, withholding payments, disallowing costs, suspending or terminating the award, or initiating suspension and debarment proceedings.

In accordance with 2 CFR 200.341, the GO will provide the recipient an opportunity to object and provide information and documentation challenging the action. The recipient has 30 days after receiving the written notification to submit its appeal. The recipient's appeal should contain:

A cover letter with a brief statement of the recipient's argument and the disputed factual, legal, or other issues.

(1) the date the recipient received the GO's decision;

(2) the amount of disallowed costs in dispute (if applicable); and

(3) any other relevant documents.

## X.  CLOSEOUT

In accordance with 2 CFR 200.345, the closeout of the award does not affect any of the following:

(1) the right of the Department to disallow costs and recover funds on the basis of a later audit or other review.

(2) The requirement for the recipient to return any funds due as a result of later refunds, corrections, or other transactions including final indirect cost rate adjustments.

(3) The ability of the Department to make financial adjustments to a previously closed award such as resolving indirect cost payments and making final payments.

(4) Audit requirements in subpart F of 2 CFR 200.

(5) Property management and disposition requirements in 2 CFR 200.310 through 200.316.

(6) Records retention as required in 2 CFR 200.334 through 200.337.

After closeout of the award, a relationship created under the award may be modified or ended in whole or in part with the consent of the Department and the recipient, provided the responsibilities of the recipient referred to above including those for property management as applicable, are considered and provisions made for continuing responsibilities of the recipient, as appropriate.

The recipient may charge the award during closeout for the costs of publication or sharing of research results if the costs are not incurred during the period of performance of the award.

## Y.   NONDISCRIMINATION IN DEPARTMENT OF STATE PROGRAMS

**Nondiscrimination on the Basis of Handicap in Programs or Activities Receiving Federal Financial Assistance**

In accordance with 29 USC 701 et seq., the recipient is required to abide by the policy and procedures codified at 22 CFR 142, which is designed to eliminate discrimination on the basis of handicap in any program or activity receiving Federal financial assistance.

**Nondiscrimination in Federally-Assisted Programs of the Department of State — Effectuation of Title VI of the Civil Rights Act of 1964**

In accordance with 42 USC 2000d et seq., the recipient is required to abide by the policy and procedures codified at 22 CFR 141, which stipulates that no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity receiving Federal financial assistance from the Department of State.

**Nondiscrimination on the Basis of Age in Programs or Activities Receiving Federal Financial Assistance**

In accordance with 42 USC 6101 et seq., the recipient is required to abide by the governmentwide policy and procedures codified at 45 CFR 90 and as supplemented by 22 CFR 143, which prohibits discrimination on the basis of age in programs or activities in the United States receiving Federal financial assistance.

**Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance**

In accordance with 20 USC 1681 et seq., the recipient is required to abide by the policy and procedures codified at 22 CFR 146, which prohibits discrimination on the basis of sex in any education program or activity receiving Federal financial assistance.

## Z.  PROHIBITION OF ASSISTANCE TO DRUG TRAFFICKERS

In accordance with 22 USC 2291f, the recipient is required to abide by the policy and procedures codified at 22 CFR 140, which is designed to ensure that Federal assistance funds are not provided to or through any individual or entity that:

(1) Has been convicted of a violation of, or a conspiracy to violate, any law or regulation of the United States, a State or the District of Columbia, or a foreign country relating [to] narcotic or psychotropic drugs or other controlled substances; or

(2) Is or has been an illicit trafficker in any such controlled substance or is or has been a knowing assistor, abettor, conspirator, or colluder with others in the illicit trafficking in any such substance.

## AA. PROHIBITION ON USE OF FUNDS FOR PERFORMANCE OR RESEARCH RESPECTING ABORTIONS OR INVOLUNTARY STERILIZATION

The recipient agrees that in accordance with 22 USC 2151b(f) no foreign assistance funds provided by the award shall be used to:

(1) pay for the performance of abortions as a method of family planning or to motivate or coerce any person to practice abortions (Helms Amendment, 1973).

(2) pay for the performance of involuntary sterilizations as a method of family planning or to coerce or provide any financial incentive to any person to undergo sterilizations (Involuntary Sterilization Amendment, 1978).

(3) pay for any biomedical research which relates, in whole or in part, to methods of, or the performance of, abortions or involuntary sterilization as a means of family planning (Biden Amendment, 1981).

Furthermore, the recipient agrees in accordance with the Department of State's annual appropriation bill, that no funds provided by the award may be used to lobby for or against abortion (Siljander Amendment, 1981).

## BB. POLICY GUIDANCE

The recipient shall comply with the following Executive Orders as applicable:

(1) E.O. 12432 – Minority business enterprise development

(2) E.O. 13224 - Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten to Commit, or Support Terrorism

(3) E.O. 13279 - Equal Protection of the Laws for Faith-Based and Community Organizations

# A<span>PPENDIX</span> 1

I.   System for Award Management and Universal Identifier Requirements

   A.   Requirement for System for Award Management

   Unless you are exempted from this requirement under 2 CFR 25.110, you as the recipient must maintain current information in the SAM. This includes information on your immediate and highest level owner and subsidiaries, as well as on all of your predecessors that have been awarded a Federal contract or Federal financial assistance within the last three years, if applicable, until you submit the final financial report required under this Federal award or receive the final payment, whichever is later. This requires that you review and update the information at least annually after the initial registration, and more frequently if required by changes in your information or another Federal award term.

   B.   Requirement for Unique Entity Identifier

   If you are authorized to make subawards under this Federal award, you:

   1.   Must notify potential subrecipients that no entity (see definition in paragraph C of this award term) may receive a subaward from you until the entity has provided its Unique Entity Identifier to you.

   2.   May not make a subaward to an entity unless the entity has provided its Unique Entity Identifier to you. Subrecipients are not required to obtain an active SAM registration, but must obtain a Unique Entity Identifier.

   C.   Definitions

   For purposes of this term:

   1.   System for Award Management (SAM) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. Additional information about registration procedures may be found at the SAM internet site (currently at https://www.sam.gov).

   2.   Unique Entity Identifier means the identifier assigned by SAM to uniquely identify business entities.

   3.   Entity includes non-Federal entities as defined at 2 CFR 200.1 and also includes all of the following, for purposes of this part:

      a.   A foreign organization;

      b.   A foreign public entity;

      c.   A domestic for-profit organization; and

      d.   A domestic or foreign for-profit organization; and

      e.   A Federal agency.

   4.   Subaward has the meaning given in 2 CFR 200.1.

   5.   Subrecipient has the meaning given in 2 CFR 200.1.

# APPENDIX 2

I. Reporting Subawards and Executive Compensation

    A. Reporting of first-tier subawards.

        1. Applicability. Unless you are exempt as provided in paragraph D. of this award term, you must report each action that equals or exceeds $30,000 in Federal funds for a subaward to a non-Federal entity or Federal agency (see definitions in paragraph E. of this award term).

        2. Where and when to report.

            a. The non-Federal entity or Federal agency must report each obligating action described in paragraph A.1. of this award term to http://www.fsrs.gov.

            b. For subaward information, report no later than the end of the month following the month in which the obligation was made. (For example, if the obligation was made on November 7, 2010, the obligation must be reported by no later than December 31, 2010.)

        3. What to report. You must report the information about each obligating action that the submission instructions posted at http://www.fsrs.gov specify.

    B. Reporting total compensation of recipient executives for non-Federal entities.

        1. Applicability and what to report. You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

            a. The total Federal funding authorized to date under this Federal award equals or exceeds $30,000 as defined in 2 CFR 170.320;

            b. In the preceding fiscal year, you received—

                i. 80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), and

                ii. $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and,

            c. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

        2. Where and when to report. You must report executive total compensation described in paragraph B.1. of this award term:

            a. As part of your registration profile at https://www.sam.gov.

      b.  By the end of the month following the month in which this award is made, and annually thereafter.

C.  Reporting of Total Compensation of Subrecipient Executives.

    1.  Applicability and what to report. Unless you are exempt as provided in paragraph D. of this award term, for each first-tier non-Federal entity subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

      a.  in the subrecipient's preceding fiscal year, the subrecipient received—

        i.  80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards) and,

        ii.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal financial assistance subject to the Transparency Act (and subawards); and

      b.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

    2.  Where and when to report. You must report subrecipient executive total compensation described in paragraph C.1. of this award term:

      a.  To the recipient.

      b.  By the end of the month following the month during which you make the subaward. For example, if a subaward is obligated on any date during the month of October of a given year (i.e., between October 1 and 31), you must report any required compensation information of the subrecipient by November 30 of that year.

D.  Exemptions.

    1.  If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

      a.  Subawards, and

      b.  The total compensation of the five most highly compensated executives of any subrecipient.

E.  Definitions. For purposes of this award term:

    1.  Federal Agency means a Federal agency as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C. 552(f).

    2.  Non-Federal entity means all of the following, as defined in 2 CFR part 25:

    a. A Governmental organization, which is a State, local government, or Indian tribe;

    b. A foreign public entity;

    c. A domestic or foreign nonprofit organization; and,

    d. A domestic or foreign for-profit organization.

3. Executive means officers, managing partners, or any other employees in management positions.

4. Subaward:

    a. This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

    b. The term does not include your procurement of property and services needed to carry out the project or program (for further explanation, see 2 CFR 200.331).

    c. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

5. Subrecipient means a non-Federal entity or Federal agency that:

    a. Receives a subaward from you (the recipient) under this award; and

    b. Is accountable to you for the use of the Federal funds provided by the subaward.

6. Total compensation means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)).

# APPENDIX 3

I.   Trafficking in persons.

    A.  Provisions applicable to a recipient that is a private entity.

        1.  You as the recipient, your employees, subrecipients under this award, and subrecipients' employees may not—

            a.  Engage in severe forms of trafficking in persons during the period of time that the award is in effect;

            b.  Procure a commercial sex act during the period of time that the award is in effect; or

            c.  Use forced labor in the performance of the award or subawards under the award.

        2.  We as the Federal awarding agency may unilaterally terminate this award, without penalty, if you or a subrecipient that is a private entity —

            a.  Is determined to have violated a prohibition in paragraph A.1 of this award term; or

            b.  Has an employee who is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph A.1 of this award term through conduct that is either—

                i.  Associated with performance under this award; or

                ii. Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 CFR part 601.

    B.  Provision applicable to a recipient other than a private entity. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if a subrecipient that is a private entity—

        1.  Is determined to have violated an applicable prohibition in paragraph A.1 of this award term; or

        2.  Has an employee who is determined by the agency official authorized to terminate the award to have violated an applicable prohibition in paragraph A.1 of this award term through conduct that is either—

            a.  Associated with performance under this award; or

            b.  Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 CFR part 601.

    C.  Provisions applicable to any recipient.

1. You must inform us immediately of any information you receive from any source alleging a violation of a prohibition in paragraph A.1 of this award term.

2. Our right to terminate unilaterally that is described in paragraph A.2 or b. of this section:

    a. Implements section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)), and

    b. Is in addition to all other remedies for noncompliance that are available to us under this award.

3. You must include the requirements of paragraph A.1 of this award term in any subaward you make to a private entity.

D. Definitions. For purposes of this award term:

1. "Employee" means either:

    a. An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

    b. Another person engaged in the performance of the project or program under this award and not compensated by you including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

2. "Forced labor" means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

3. "Private entity":

    a. Means any entity other than a State, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 CFR 175.25.

    b. Includes:

        i. A nonprofit organization, including any nonprofit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 CFR 175.25(b).

        ii. A for-profit organization.

4. "Severe forms of trafficking in persons," "commercial sex act," and "coercion" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

# APPENDIX 4

I. Reporting of Matters Related to Recipient Integrity and Performance

    A. General Reporting Requirement

    If the total value of your currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient during that period of time must maintain the currency of information reported to the System for Award Management (SAM) that is made available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.

    B. Proceedings About Which You Must Report

    Submit the information required about each proceeding that:

        1. Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

        2. Reached its final disposition during the most recent five-year period; and

        3. Is one of the following:

            a. A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

            b. A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

            c. An administrative proceeding, as defined in paragraph E.1. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

            d. Any other criminal, civil, or administrative proceeding if:

                i. It could have led to an outcome described in paragraph B.3.a., b., or c. of this award term and condition;

                ii. It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

                iii. The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

C.  Reporting Procedures

Enter in the SAM Entity Management area the information that SAM requires about each proceeding described in paragraph B of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM because you were required to do so under Federal procurement contracts that you were awarded.

D.  Reporting Frequency

During any period of time when you are subject to the requirement in paragraph A of this award term and condition, you must report proceedings information through SAM for the most recent five year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

E.  Definitions

For purposes of this award term and condition:

1.  Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (e.g., Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

2.  Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

3.  Total value of currently active grants, cooperative agreements, and procurement contracts includes—

    a.  Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

    b.  The value of all expected funding increments under a Federal award and options, even if not yet exercised.

# EXHIBIT 2



## U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>HIAS INC | 2. Assistance Type: |
|---|---|
| 3. Address<br>1300 SPRING STREET SUITE 500<br>SILVER SPRING, MD<br>20910-3634<br>USA | ■ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |
| 4. Recipient POC: Tatyana Rapaport<br>Phone Number: 214-748-3647<br>Email: tatyana.rapaport@hias.org | |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>XG6JMUVNY2F3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.018 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0354 |
| 11. Period of Performance<br>Start Date 2024-10-01   End Date 2025-09-30 | | 12. Amendment Number |

| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430009-1037-PRM-2511--<br>SPRMCO24CA0354-4122-RPADM002-031000-----<br>2024FDSTRRM1041-SPRMCO24CA0354-M-TX9-HA.1    $2,162,335.00 | 14. Funds Certified By<br>*Erin Schumacher*<br>Erin Schumacher |
|---|---|

### Funding Distribution

| 15. | Total Prior Costs | New Costs | Total Cost |
|---|---|---|---|
| U.S. Share of Costs | | $2,162,335.00 | $2,162,335.00 |
| Recipient Share of Costs | | $0.00 | $0.00 |
| Total Costs | | $2,162,335.00 | $2,162,335.00 |

16. Purpose of the Federal Award Activity

Provide regional refugee processing service for U.S. refugee admissions

17. Specific Award Conditions
☐ Attached

### Agreement

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name Sabrina Lustgarten | 19a. Grants Officer Name Latoya Meredith |
|---|---|
| 18b. Recipient Signature<br>*Sabrina Lustgarten (electronically signed)* | 19b. Grants Officer Signature<br>*Latoya Meredith (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy)<br>2024-09-27 | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2024-09-26 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

U.S. STATE OF DEPARTMENT
AWARD PROVISION



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1)  FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

  SPRMCO24CA0354

2)  FEDERAL SHARE OF AWARD:

  $(USD)2,162,335.00

3)  PURPOSE AND OBJECTIVES OF AWARD:

  1. Purpose:

      HIAS INC (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Support "Resettlement Support Center Austria." The Recipient shall:

      i. Assist persons seeking or suggested for admission to the United States under the United States Refugee Admissions Program (hereinafter referred to as "applicants") to complete applications for consideration;

      ii. Assist the U.S. government ("Government") in the processing of such applications;

      iii. Conduct Cultural Orientation for approved applicants; and

      iv. Collect information from applicants that will enable resettlement agencies to make decisions regarding appropriate placement.

      The Recipient shall carry out this award in accordance with its proposal dated 2024-06-09 and any

revisions to which both parties agree to in writing.

The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

2. <u>Objectives and Expected Outcomes:</u> The Recipient agrees to perform the program and meet the specific objectives below:

The Recipient agrees to the Objectives and Indicators detailed within the attached Recipient's proposal (Attachment A) and as stated in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Purpose/Scope of Award.

4)  CONTACT INFORMATION:

a.  <u>Grants Officer:</u>

- Name: Brittany M Carter
- Bureau/Mission: Office of the Comptroller (PRM/C)
- Section:
- Address: 2025 E. Street, NW 8th Floor, 20522
- Telephone: 771-204-5707
- Email: carterbm1@state.gov

b.  <u>Grants Officer Representative:</u>

- Name: Edmund Fleetwood Dunstan
- Bureau/Mission: Office of Refugee Admissions (PRM/A)
- Section:
- Address: 2025 E. Street, NW 8th Floor, 20522
- Telephone: 917-723-4681
- Email: DunstanEF@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $933,823.00 | $0.00 | $933,823.00 |
| b) Fringe Benefits | $280,801.00 | $0.00 | $280,801.00 |
| c) Travel | $66,702.00 | $0.00 | $66,702.00 |

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| d) Equipment | $23,966.00 | $0.00 | $23,966.00 |
| e) Supplies | $145,143.00 | $0.00 | $145,143.00 |
| f) Contractual | $84,467.00 | $0.00 | $84,467.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $271,038.00 | $0.00 | $271,038.00 |
| i) Total Direct Costs (Lines a-h) | $1,805,940.00 | $0.00 | $1,805,940.00 |
| j) Indirect Costs | $356,395.00 | $0.00 | $356,395.00 |
| k) US Share of Costs (Lines i-j) | $2,162,335.00 | $0.00 | $2,162,335.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Predetermined | 20.00% | See NICRA for applicable base. |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2022-12-02.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-31 | 2025-04-30 |
| 2025-04-01 | 2025-06-30 | 2025-07-30 |

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-10-01 | 2025-09-30 | 2026-01-28 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-31 | 2025-04-30 |
| 2025-04-01 | 2025-06-30 | 2025-07-30 |
| 2024-10-01 | 2025-09-30 | 2026-01-28 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration

(hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Admissions
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Amman

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14)  WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

N/A

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this

award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES
OR EQUIPMENT

   N/A

21)  PROCUREMENT OF "COVERED MATERIALS":

   N/A

# U.S. Department of State
# Award Provisions
# Bureau Addendum



## 13) SUBSTANTIAL INVOLVEMENT:

A. Bureau:
1. The Assistance Office acting as the Grants Officer's representative:
   a) Provides overall policy guidance and program direction.
   b) Reviews and comments on proposed budget for the Recipient.
   c) Reviews and comments on proposed changes or revisions in terms of this agreement.
   d) Periodically visits and evaluates the general performance of the Recipient's operations under this agreement to ensure that the established objectives are being successfully met, maintains contact, including site visits and liaison, with the Recipient, assists the Grants Officer in the review of required Recipient Program and Financial Progress Reports to verify timely and adequate performance, and provides the Bureau regular written reports on whether performance is in compliance with all the terms and conditions of this agreement.
2. Office of the Comptroller acting as the Grants Officer:
   a) Reviews and negotiates with the Recipient's headquarters the Recipient's budget and any subsequent requests for funding.
   b) Prepares and executes the cooperative agreement, interprets the terms thereof, arranges for payment, works with the Recipient's headquarters for the overall administration of the funded activities, and is the mandatory control point of record for all official communications and contacts with the Recipient that may affect the budget, the project scope, or terms and conditions of the award.
   c) Considers requests for amendments to the cooperative agreement and, upon determination of appropriateness, prepares and executes formal amendments to the cooperative agreement. Only the Grants Officer may amend the cooperative agreement.
   d) Only as applicable, for any construction activities identified in the proposal or budget, any proposed modification to the site location, statement of work, budget (to include re-alignment of costs), or project duration must be pre-approved by the Grants Officer in writing. The Grants Officer has the right to halt construction.
B. Refugee Coordinator acting as the Bureau's overseas representative:

1. Acts as liaison, as required with applicable Governments, the United Nations High Commissioner for Refugees (UNHCR), and other appropriate organizations respecting issues involving this program.
2. Monitors and evaluates the general performance of the Recipient's operations under this agreement to ensure that the established objectives are being successfully met, and provides the Bureau reports on whether the performance is in compliance with the terms of this agreement.
3. Analyzes and reports to the Bureau on any proposed budget adjustments, identifying items that may require special consideration and recommending whether the proposed budget or portions thereof be approved or disapproved.

## 15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

### A. Reporting and Monitoring:

Copies of the reports required herein shall be submitted through the SAMS Domestic grants management system at **https://mygrants.service-now.com** using the Post Award Task functionality for this agreement number. The Recipient is required to submit quarterly program and financial reports based on the schedule outlined in Section 12.

**Program Progress Report Requirements:**

Each report should address the objectives and indicators detailed within the attached Recipient's proposal (Attachment A) and the extent to which they were accomplished. The final report should also contain a brief summary of the activities carried out during the full period of the agreement.

Each program report will follow the template provided by the PRM/A Program Officer. This template is designed to ease the reporting requirements while ensuring that all required elements are addressed. By submitting each program report through the SAMS Domestic grants management system, the Recipient is certifying that to the best of their knowledge and belief that the report is correct and complete for performance of activities for the purposes set forth in the award documents.

Should the Recipient implement this project through the award of $15,000 or more to a sub-recipient(s), the Recipient must include the activities of each organization in the program reports. These reports shall include the full name of each sub-recipient, the amount of funding authorized, a description of the activities performed, and a brief assessment of how the activities were carried out.

Each report should also note any changes made or anticipated with regard to staffing requirements, security arrangements or other aspects of the funded program. Should any change or anticipated change affect the use of funds or the rate of expenditure, special mention should be highlighted in the report.

In addition to the regular reports described above, the Recipient shall promptly inform the Bureau, in writing, should any special circumstance be encountered that is likely to delay or prevent the Recipient from meeting the objectives set forth in Section 3.

**Federal Financial Report Requirements:**

Expenses to be charged against this agreement must be for actual costs incurred for authorized activities that are adequately documented and that can be confirmed through an audit. Expenses based on an average or prorated share of costs that do not represent individually identified costs or those that cannot be specifically confirmed through an audit shall not be charged to or reported under this agreement.

Financial reports shall be submitted based on the schedule outlined in Section 12. Reports reflecting expenditures for the Recipient's overseas and United States offices shall be completed in two parts: 1) in accordance with the Federal Financial Report (FFR SF-425) and submitted electronically in the Department of Health and Human Services' Payment Management System; and 2) an additional programmatic report in accordance with the items of expenditure categories set forth under Section 5 reflecting separately the costs being charged to this agreement. **The quarterly Federal Financial Report (FFR SF-425) and the separate programmatic line item expenditure reports must be transmitted as a Post Award Task through https://mygrants.service-now.com.**

Should the Recipient have awarded $15,000 or more to a sub-recipient for the implementation of a portion of this project, the reports shall identify the name and amount of funds given to each sub-recipient organization.

A final line item expenditure report shall include the total charges for each budget category reflected in Section 5 including charges for post-performance activities such as audits and evaluations.

Should the Recipient receive refunds or rebates after the reporting period, these must be returned with a revised final Federal Financial Report and programmatic line item expenditure report within thirty (30) days of the receipt of such refunds or rebates.

A revised final certified Federal Financial Report must be submitted for any subsequent adjustment of costs including any refunds and audit and indirect cost rate determination adjustments.

For the Recipient that has an approved USG indirect cost rate:

When a final NICRA rate is not yet established, the Recipient shall submit an interim final Federal Financial Report (FFR) in lieu of the Final FFR required by the schedule outlined in Section 12. The interim final FFR must show final NICRA rates for any

year for which they are available and indicate provisional rates for any years that final rates are not available.

A revised final Federal Financial Report, including any allowable post performance charges for an audit and/or an evaluation, shall be submitted within sixty (60) days from the date the Recipient countersigns an indirect cost rate agreement with its cognizant government agency that establishes final rates applicable to the validity period of this agreement.  This final Federal Financial Report shall have the authorized charges detailed by the time period covered by each different indirect cost rate in effect during the validity period of this agreement.

**Inventory Report:**

A report shall be submitted **as a Post Award Task through** **https://mygrants.service-now.com** within thirty (30) days prior to the expiration of this agreement listing all items and purchase price of all non-expendable tangible personal property having a useful life of more than one year and having a current per unit fair market value of $5,000 or more per unit which were purchased with funds provided under this or a previous PRM agreement.

This report must include the following information for each item purchased: description, date of purchase, serial number, source of funding for the property (including the applicable award number), and the country in which the item was used.

This required inventory report shall include any items of non-expendable tangible personal property that were purchased under a previous Bureau funding arrangement that continue to be used in activities funded under this agreement having a current per unit fair market value of $5,000 or more per unit.

The required inventory report shall also include the Recipient's specific recommendations for the disposition of each item of non-expendable tangible personal property.  In certain circumstances, the proposed disposition may include a recommendation to retain specified items for continued use in other Bureau funded activities or similar activities carried out by the Recipient.  If such property is no longer required for authorized activities, a recommendation for final disposition, e.g., sale, donation or disposal, shall be specified.

If no qualifying non-expendable tangible personal property requires reporting, the recipient shall upload a statement reporting there is no relevant property to report under this agreement.

## B.  Responsibilities of the Recipient

The Recipient shall perform its responsibilities under this agreement in coordination with the Bureau and in a manner consistent with United States law and policy, as well as applicable laws of the countries where activities are performed.

4

a.  Program Management

1. Coordinate with U.S. government agencies, non-governmental organizations, and international organizations involved with the U.S. Refugee Admissions Program (USRAP) as described in Attachment A.

2. In compliance with the Bureau's policy that all funded activities be implemented in a manner that fully meets the standard of conduct established by the Inter-Agency Standing Committee (IASC) Task Force on Protection from Sexual Exploitation and Abuse in Humanitarian Crises, ensure that the activities conducted with funds provided under this agreement are implemented in accordance with the Recipient's established code of conduct previously submitted to the Bureau referenced in its proposal (Attachment A).  The Bureau reiterates the importance of ensuring that comprehensive protection measures are in place for preventing and addressing sexual exploitation and abuse of persons of concern and that allegations of sexual exploitation and abuse by Recipient staff are reported to Bureau.

3. Should any change be made to the Recipient's code of conduct during the validity period of this agreement, inform the Bureau in writing within thirty (30) days of the changes for consideration of whether the revised code continues to meet the Bureau's standard of core principles.

4. With regard to religious persecution in particular, the Recipient shall ensure that its personnel take into account in their work the considerations reflected in the International Religious Freedom Act concerning country-specific conditions, the right to freedom of religion, methods of religious persecution practiced in foreign countries, and applicable distinctions within a country between the nature of and treatment of various religious practices and believers.

5. The Recipient is reminded that U.S. Executive Order and U.S. law prohibits transactions with, and the provision of resources and support to, individuals and organizations associated with terrorism.  It is the legal responsibility of the Recipient to ensure compliance with these Executive Orders and laws.  This provision must be included in all sub-contracts/sub-awards issued under this agreement.

6. The U.S. Government is opposed to prostitution and related activities, which are inherently harmful and dehumanizing, and contribute to the phenomenon of trafficking in persons.  None of the funds made available under this agreement may be used to promote, support, or advocate the legalization or practice of prostitution.  Nothing in the preceding sentence shall be construed to preclude assistance designed to ameliorate the suffering of, or health risks to, victims while they are being trafficked or after they are out of the situation that resulted from such victims being trafficked.  This provision shall be incorporated into all sub-agreements under this agreement.

7. The Recipient shall use relevant Sphere Standards as the basis for design, implementation, and evaluation of all Bureau funded projects.

8. Branding and Marking Strategy.  Unless a waiver is issued in Section 14, the Recipient shall recognize the United States Government's funding for activities specified under this award at the project site with a graphic of the U.S. flag accompanied by one of the following two phrases based on the level of funding for the award:

Fully funded by the award: "Gift of the United States Government"

Partially funded by the award: "Funding provided by the United States Government"

PRM highly encourages the inclusion of recognition of funding through social media posts in proposals branding and marking strategy. Recipients should tag PRM's Twitter account @StatePRM and/or Facebook account @State.PRM (rather than using hashtags).  Additionally, the applicable U.S. Embassy should be tagged as well.

Updates of action taken to fulfill this requirement must be included in quarterly program reports to PRM.

All programs, projects, assistance, activities, and public communications to foreign audiences, partially or fully funded by the Department, should be marked appropriately overseas with the standard U.S. flag in a size and prominence equal to (or greater than) any other logo or identity. The requirement does not apply to the Recipient's own corporate communications or in the United States.

The Recipient should ensure that all publicity and promotional materials underscore the sponsorship by or partnership with the U.S. Government or the U.S. Embassy. The Recipient may continue to use existing logos or project materials; however, a standard rectangular U.S. flag must be used in conjunction with such logos.

Do not use the Department of State seal without the express written approval from PRM.

Sub non-Federal entities (sub-awardees) and subsequent tier sub-award agreements are subject to the marking requirements and the non-Federal entity shall include a provision in the sub non-Federal entity agreement indicating that the standard, rectangular U.S. flag is a requirement.

Exemptions from this requirement may be allowable but must be agreed to in writing by the Grants Officer.  Requests should be initiated with the Grants Officer and Grants Officer Representative. Waivers issued in Section 14 are applied only to the exemptions requested through the Recipient's proposal for funding and any subsequent negotiated revisions.

In the event the non-Federal entity does not comply with the marking requirements as established in the approved assistance agreement, the Grants Officer Representative and the Grants Officer must initiate corrective action with the non-Federal entity.

9. Accord the Bureau and its authorized representatives the legally enforceable right to examine, audit and copy, at any reasonable time, all records in its possession pertaining to this agreement.

10. Assist the Bureau, as appropriate, in evaluating the Recipient's performance under this agreement by facilitating access to all relevant systems and records and to all persons directly involved under this agreement.

11. Assist, as requested, in obtaining and maintaining statistical and other information needed for the U.S. government to determine both the status of the program and the appropriate pool of applicants to be interviewed by U.S. government officials for possible admission to the United States. All information collected on individual cases must be recorded in START, according to START processing guidance. This case management system is maintained by PRM's Refugee Processing Center (RPC) in Arlington, Virginia.

12. Utilize PRM-generated Common Data Models as the source of truth for reporting on the status of RSC cases and the throughput of the RSC pipeline.

13. Unless otherwise directed for specific cases by PRM, prioritize processing for cases that have been in the USRAP pipeline the longest using the Post-U.S. Citizenship and Immigration Services (USCIS) Pipeline Dashboard Case-Level report in Tableau. As cases are pending processing with the International Organization for Migration (IOM), United Nations High Commissioner for Refugees (UNHCR), or USCIS beyond established guidelines, elevate these cases for the Refugee Coordinator and Program Officer for action, as well as raise them in the Post-USCIS Pipeline Management Partners Meeting, as relevant.

14. As guidelines are adopted for case processing times between key USRAP steps, meet the guidelines or get approval by PRM (to include RPC, Program Officer, and Refugee Coordinator), on changes to the guidelines based on unique processing conditions.

15. Maintain the confidentiality of case files and refugee data and follow the guidelines presented in the USRAP Integrity and Compliance Guide. Government records, including data and information on refugees may not be used, disclosed, or disseminated, except in connection with the administration of the USRAP (in accordance with guidance in the Integrity and Compliance Guide) and only with the prior written consent of the Department of State. All sharing of individual information is subject to the Privacy Act, 5 U.S.C. §552a, privacy policies of the Department of State and, for Special Immigrant Visas (SIV), Section 222(f) of the Immigration and Nationality Act (INA), 8 U.S.C.§ 1202(f). In accordance with these laws and relevant implementing regulations, refugee records, information, and data originating from START may not be shared, disclosed, or disseminated without prior written consent of the Department of State, no matter whether those records, information, or data have been transferred into another database and/or de-identified. Refugee data originating from the PRM refugee case processing system START may not be used for research purposes without the prior written consent of the Department of State. The policies and regulations of other government agencies, including the U.S. Department of Health and Human Services (HHS) and U.S. Department of Homeland Security (DHS), do not replace or supersede the laws, regulations, and policies of the Department of State regarding restrictions on the sharing

of refugee records, information, and data. PRM of the Department of State owns all data maintained in START except for information and records in START originating from and owned by another U.S. government agency, such as DHS.

16. PRM Admissions Program Announcements and other formal communications, including emails, from PRM are for USRAP partner use only and are not for further or public distribution. Such information cannot be forwarded outside the recipient organization, including to subsidiaries, without prior written approval from PRM.

17. Notify PRM and the Office of Inspector General (OIG) for the Department of State of all allegations of fraud or malfeasance within 24 hours of the allegation, consistent with 2 CFR §200.113, Department of State Standard Terms and Conditions, and the USRAP Integrity and Compliance Guide. Disclosures to the OIG should be sent through the OIG website: https://www.stateoig.gov/hotline.

18. Interview, through interpreters if required, applicants to determine their family composition, flight history, and to obtain other relevant information needed by the Government to determine their eligibility for admission to the United States as refugees and by resettlement agencies in the United States to arrange appropriate placement for those who are approved for admission as refugees. Note: Interview data collection requirements are subject to change.

19. Correspond, as necessary, with persons in the United States and other countries, with the offices of UNHCR, and with other referring agencies, to obtain additional information relating to the applicants' qualifications for admission to the United States.

20. Verify, to the extent possible, information provided by and about applicants, making written records of all communications relating to such verification efforts and ensuring accuracy of information recorded in START and case files.

21. Per START Processing Guides, and approved Local Standard Operating Procedures (SOPs), compile files and records for each applicant that accurately document all relevant information obtained from the applicant and others, and include all correspondence received or sent and records of all communications concerning the applicant, and do not deviate from START processing guidance without written approval from PRM's RPC.

22. Perform such other information-gathering tasks as may be requested by appropriate Government officials to assist them in determining the admissibility of applicants to the United States.

23. After this process of gathering and verifying information is complete, provide personnel to accompany or coordinate virtually for Government officials to interview the applicant to determine admissibility, based on review of the file and interview as determined by such officials.

24. Inform all applicants at the time the application process is initiated, and on other occasions as appropriate, of the importance of providing complete, accurate, and truthful information in connection with their applications for admission.

25. Establish and document systems and procedures to mitigate and prevent fraud and malfeasance in accordance, at a minimum, with the Integrity and Compliance Guide.

26. If the applicant is approved for admission as a refugee under the USRAP, complete out-processing requirements for the case, including arranging medical exams, obtaining sponsorship assurances, preparing travel packets in accordance with START processing guidance, and coordinating with IOM on travel arrangements.

27. Provide Cultural Orientation, with appropriate language interpretation if needed, to refugees who have been approved for resettlement in accordance with guidelines developed in conjunction with the Cultural Orientation Technical Assistance provider and included in PRM Cultural Orientation guidance. Cultural orientation materials are available from the Cultural Orientation Resource Exchange (CORE) at https://coresourceexchange.org.  The cultural orientation training will at a minimum address the following subjects: a) Travel; b) Role of the Resettlement Agency; c) Housing; d) Health, e) Cultural Adjustment; f) Rights and Responsibilities; g) Employment; and h) Education.

28. Perform other functions as requested by the Bureau to respond to emerging processing needs and supplement existing structures and resources with surge staff capacity to support processing in locations managed by different RSCs.

29. Subject to the Freedom of Information Act, 5 U.S.C. §552, the Privacy Act, 5 U.S.C. §552a, other applicable federal records statutes and Department regulations (5 FAM 480 and 460, including 22 C.F.R. Part 171), and the USRAP Integrity and Compliance Guide, respond to inquiries from applicants, the public, the Congress, and other Government agencies who have a particular interest in applicants on whom files are maintained.

30. Establish local SOPs only when absolutely necessary, ensuring compliance with USRAP policy guidance.  Receive written approval from PRM's RPC before instituting local SOPs that deviate from START Processing Guides.

31. Remain in close contact with the RPC, cooperating fully and at all times to ensure that collected refugee information, the START system, and related equipment remains secure, functional, up to date, and in compliance with Department of State guidance.

32. Treat all files on applicants as U.S. government records: create, maintain, protect, disclose, and dispose of such files and information therein only in accordance with the Freedom of Information Act, 5 U.S.C. 552, the Privacy Act, 5 U.S.C. 552a, other applicable federal records statutes and Department regulations (5 FAM 480 and 460, including 22 C.F.R. Part 171), the USRAP Integrity and Compliance Guide, and, for Special Immigrant Visas (SIV), Section 222(f) of the Immigration and Nationality Act (INA), 8 U.S.C.§ 1202(f), and inform all the Recipient personnel with access to such files and information of such laws and guidelines.

33. Make all information and records in its possession pertaining to applicants available upon request to the Bureau, the Refugee Coordinator, and relevant DHS, USCIS officers.

34. Instruct all persons in positions funded under this agreement that they have a duty to ensure that all relevant information in their possession bearing on an applicant's eligibility for admission to the United States, including information bearing on the applicant's credibility, is made available to the U.S. government.

35. Activities undertaken by the RSC must consider the needs of potentially vulnerable and underserved groups among the beneficiary population (such groups may include: women; children; adolescents; lesbian, gay, bisexual, transgender, or intersex (LGBTQI+) individuals; older persons; the sick; persons with disabilities; and members of minority communities).  Recipient must be able to demonstrate what steps have been taken to meet the specific and unique protection and assistance needs of these vulnerable groups effectively.

36. Staffing

The Recipient shall appoint a Director and Deputy Director of the Resettlement Support Center (RSC Director and RSC Deputy Director) who shall be responsible for the day-to-day supervision of all persons employed by the Recipient in positions funded under this agreement and for the day-to-day management of the Recipient's operations under this agreement.

No person shall be assigned to the position of RSC Director or RSC Deputy Director funded under this agreement without prior consultation with and the express written approval of the Bureau.

The Recipient shall (1) require any newly appointed RSC Director and RSC Deputy Director funded under this agreement who is in the United States at the time of the appointment to consult with the Bureau prior to assuming his or her duties; and (2) inform the Bureau when the RSC Director and RSC Deputy Director funded under this agreement are on leave in the United States to determine if consultations with the Bureau are needed.  Consultation will be with such offices within the Bureau and the Department of State as the Bureau determines to be appropriate.

The Recipient shall maintain and provide, on request to the Admissions Office, including the Refugee Coordinator, with the current organizational chart and position descriptions for all positions funded under this agreement.

The Bureau may request that the Recipient investigate and promptly resolve any performance issue involving any person in a position funded under this agreement; in addition, the Bureau may require the Recipient to remove or reassign any person in any position funded under this agreement when the Bureau determines, after consultation with the Recipient, that the interests of the United States may be compromised unless such action is taken.

The Recipient shall ensure that a comprehensive security background check is performed on each staff member (both locally hired and international) prior to his/her

employment under this cooperative agreement. Previously hired employees shall have a security background check performed retroactively. Should derogatory information be found in any reports, a copy of such report shall be submitted to the Refugee Coordinator at the appropriate U.S. Embassy for a final determination of approval for hiring. Background checks must be renewed every three years.

The Bureau, at its discretion, may require that the RSC Director and RSC Deputy Director funded under this agreement obtain a Government security clearance for access to classified information.

**The applicable NICRA(s) must be uploaded by the Recipient to the SAMS Domestic website as a Post Award Task through https://mygrants.service-now.com within thirty (30) days from the date the Recipient countersigns an indirect cost rate agreement with its cognizant government agency that establishes final rates applicable to the validity period of this agreement.** The Recipient should log into the SAMS Domestic website and access "Post-Award Activities" from the "Award/View Awards" record on the SAMS Domestic homepage. At this screen, select the appropriate award and then create "New" "Post Award Activities" to plainly label the "Activity Name" as the Final NICRA and include the date of agreement as well as the award number. For example, the activity name would read "Final NICRA-YYYY/MM/DD-SPRMCOxxCA####". The Recipient must then upload and submit the NICRA as "New" "Attachment Details".

### C. Additional Specific Provisions

1. Audits

   A copy of the appropriate audit or audits for activities specified by this cooperative agreement shall be uploaded by the Recipient to the SAMS Domestic website within thirty (30) days of issuance. The Recipient should log into the SAMS Domestic website and access "Post-Award Activities" from the "Award/View Awards" record on the SAMS Domestic homepage. At this screen, select the appropriate award and then create "New" "Post Award Activities" to plainly label the "Activity Name" as the Audit Report and include the date of audit as well as the award number. For example, the activity name would read "Audit Report-YYYY/MM/DD-SPRMCOxxCA####". The Recipient must then upload and submit the audit report as "New" "Attachment Details".

2. Funding Restrictions for the United Nations Relief and Works Agency (UNRWA)

   None of the funds awarded under this agreement may be made available for subawards, direct financial support, or otherwise used to provide any other payment or transfer to the United Nations Relief and Works Agency (UNRWA).

3. Noncompeting Application Requirements

Multi-year applications selected for funding by the Bureau will be funded in 12-month
increments based on the proposals submitted in the competing application and as
approved by the Bureau. Per the General NGO Guidelines, PRM cannot guarantee
funding for follow-on years. Awards for future years remain contingent upon
continuing need, the availability of appropriated funds and successful performance.
Continued funding requires the submission of a noncompeting continuation
application as follows:

1) Continuation applications must be submitted by the due date established in
   the directed announcement or not later than ninety (90) days from the
   proposed start date of the award, whichever date is earlier.  PRM will notify
   recipients through the directed announcement when continuation applications
   will be required earlier than ninety (90) days from the proposed start date of
   the award.  Late applications will jeopardize continued funding.
2) Applications must be signed by the Authorized Organization Representative
   (AOR) at the applicant organization on the submitted SF-424.
3) Pursuant to U.S. Code, Title 218, Section 1001, stated on OMB Standard
   Form 424 (SF-424), Department of State is authorized to consolidate the
   certifications and assurances required by Federal law or regulations for its
   federal assistance programs.
4) Proposal Content, Formatting and Templates: Please refer to the guidance
   contained in the General NGO Guidelines  https://www.state.gov/population-
   refugees-and-migration-funding-opportunities/. You must submit a complete
   application including the required documents as indicated in the directed
   announcement on MyGrants.

# 16)  SPECIFIC CONDITIONS:

A. Corrective Action Status

The Recipient's current audit available in the Federal Audit Clearinghouse for the
fiscal year ending September 30, 2023 states that the Recipient does not "qualify as
a low-risk auditee".  Due to this statement, all payments under this agreement shall
be on a reimbursement basis based on actual expenses only pending completion of
the following process:

a. The Recipient should, by letter to the Bureau (Office of the Comptroller), identify
   the condition(s) that resulted in the Recipient not qualifying as "a low-risk
   auditee"; address the impact of the condition(s) on specific Bureau funded
   programs as applicable; detail the corrective action(s) the Recipient has
   undertaken/is undertaking to address the condition(s); and provide the current
   status and the timeframe for completing the corrective action(s).

   b.   Upon receipt and review of the Recipient letter, the Bureau will determine if this special award condition should be removed and respond accordingly.

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**
[                    ]

**\* Other (Specify):**
[                    ]

**\* 3. Date Received:**
06/09/2024

**4. Applicant Identifier:**
[                    ]

**5a. Federal Entity Identifier:**
[                    ]

**5b. Federal Award Identifier:**
[                    ]

**State Use Only:**

**6. Date Received by State:** [          ]

**7. State Application Identifier:** [                    ]

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** HIAS, Inc.

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
13-5633307

**\* c. UEI:**
XG6JMUVNY2F3

**d. Address:**

| | |
|---|---|
| **\* Street1:** | 1300 Spring Street |
| Street2: | Suite 500 |
| **\* City:** | Silver Spring |
| County/Parish: | Montgomery |
| **\* State:** | MD: Maryland |
| Province: | |
| **\* Country:** | USA: UNITED STATES |
| **\* Zip / Postal Code:** | 20910-3634 |

**e. Organizational Unit:**

**Department Name:** North America

**Division Name:** [                    ]

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix: [          ]    **\* First Name:** Raphael

Middle Name: [          ]

**\* Last Name:** Marcus

Suffix: [          ]

Title: Chief Programs Officer

Organizational Affiliation:
[                    ]

**\* Telephone Number:** 301-844-7921    Fax Number: [                    ]

**\* Email:** raphael.marcus@hias.org

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Bureau of Population Refugees and Migration

**11. Catalog of Federal Domestic Assistance Number:**

19.018

CFDA Title:

Resettlement Support Centers (RSCs) for U.S. Refugee Resettlement

**\* 12. Funding Opportunity Number:**

DFOP0013457

**\* Title:**

FY 2025 PRM Notice of Funding Opportunity for Resettlement Support Centers (RSCs) Africa;  Asia;
Austria; Eurasia; Latin America; MENA; and TuME

**13. Competition Identification Number:**

DFOP0013457

Title:

FY 2025 PRM Notice of Funding Opportunity for Resettlement Support Centers (RSCs) Africa; Asia;
Austria; Eurasia; Latin America; MENA; and TuME

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

HIAS PROPOSAL FOR THE RESETTLEMENT SUPPORT CENTER (RSC) AUSTRIA

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `MD-08`                                    * b. Program/Project `00-000`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: `10/01/2024`                             * b. End Date: `09/30/2025`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 5,999,820.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 5,999,820.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on `           ` .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes  ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `          `                         * First Name: `Giovani`

Middle Name: `          `

* Last Name: `Simandjuntak`

Suffix: `          `

* Title: `Vice President, Budget & Fiscal Compliance`

* Telephone Number: `301-844-7295`          Fax Number: `          `

* Email: `giovani.simandjuntak@hias.org`

* Signature of Authorized Representative: `Giovani  Simandjuntak`          * Date Signed: `06/09/2024`

**HIAS**

Welcome the stranger.
Protect the refugee.

**HIAS PROPOSAL FOR THE RESETTLEMENT SUPPORT CENTER (RSC) AUSTRIA**

**1. Organizational Structure and Management**
HIAS, a 501(c)(3) nonprofit founded in New York in 1881 to welcome Jews fleeing the pogroms of Eastern Europe, is the world's oldest refugee assistance organization and well placed to continue the management of RSC Austria. Today, HIAS serves all forcibly displaced persons regardless of faith or ethnicity. HIAS' vision for a world in which refugees find welcome, safety, and opportunity supports the Department of State's Bureau (the Bureau) of Population, Refugees, and Migration's (PRM) core mission to provide protection, ease suffering and resolve the plight of persecuted and uprooted people around the world on behalf of the American people. Governed by a twenty-five-member Board of Directors, HIAS has an annual budget of over $200 million, and employs 1,694 staff globally, with 1,426 international staff and 268 staff based in the United States. Its worldwide Headquarters (HQ) is in Silver Spring, Maryland.

**A. Meeting the Expectations of the RSC Purpose** - This document proposes how HIAS will meet the expectations outlined in the PRM Notice of Funding Opportunity (NOFO) for RSC Austria with sub-offices in Croatia and Israel for Fiscal Year (FY) 2025. HIAS, through RSC Austria, fulfills the purpose to assist the Bureau in preparing the necessary casework for persons eligible for interview by the Department of Homeland Security's (DHS) Citizenship and Immigration Services (USCIS) in support of the United States (US) Refugee Admissions Program (USRAP). For individuals approved for resettlement in the RSC Austria region, HIAS provides assistance to the refugees by completing the additional requirements for refugee admission under Section 207 of the Immigration and Nationality Act. HIAS, through RSC Austria, requests the required security checks, coordinates the completion of the medical exam, and provides cultural orientation (CO) to eligible students. HIAS' RSC Austria additionally collects and maintains data to facilitate the services provided to refugees by Resettlement Agencies (RAs) in the US.

HIAS meets all eligibility requirements stipulated in the NOFO. For 24 years HIAS has demonstrated the expertise and skills necessary to successfully manage an RSC, operating in Austria since 2001, in Israel from 2016, and in Croatia since 2023. HIAS effectively fulfills the RSC purpose to provide regional refugee processing services for all USRAP applicants regardless of their nationality, religion, gender, sexual orientation, political opinion, race or ethnicity. HIAS has a proven track record of efficiently and effectively managing an RSC, consistently meeting processing targets, delivering a high level of compliance with PRM guidelines, maintaining excellent relationships with partners and host governments, and interacting sensitively with refugee applicants for a refugee-centric approach. As requested in the NOFO, HIAS will meet the 2,000 individual departure target (800 Israel; 300 Austria; 900 Croatia) through RSC Austria's main office located in Vienna, Austria and sub-offices in Zagreb, Croatia and Tel Aviv, Israel.

HIAS has extensive processing expertise with the profiles and specific requirements of the caseloads served in each RSC Austria location. HIAS is a global expert on the religious persecution faced by Iranian religious minorities, developing unique procedures and models for sensitive processing of this group. The Israeli refugee community identifies HIAS as a leader in the

1

protection of African asylum seekers in Israel, primarily through strategic litigation. In addition to serving the caseloads of RSC Austria, RSC staff responded to PRM's request for assistance with Operation Allies Welcome (OAW) at the end of 2021, processing Afghan parolees. RSC Austria staff supported RSC Eurasia through deployments with the processing of Afghan cases in eight European locations between June 2022 and May 2023. HIAS' RSC staff are among the most deployed to other RSCs, globally demonstrating their professionalism and flexibility.

HIAS is especially well placed to understand Resettlement Agency (RA) perspectives, as its RSC expertise is enriched by its decades-long experience as an RA. Since 1975, HIAS resettled 554,664 refugees to the United States, of which 430,606 came through the Lautenberg program. This experience enables HIAS to better understand RA perspectives and ensures that the RSC has the ability to collaborate equitably with all domestic RAs. HIAS additionally participates in PRM-led online sessions with representatives from each RA to address questions and to provide highlights on the Iranian Lautenberg Program, creating greater transparency and overall efficiencies. The RSC maintains contact with the RAs post-assurance for all caseloads in accordance with PRM guidance. HIAS' Regional Senior Vice President supported by the RSC Austria Director represents HIAS in Refugee Council USA (RCUSA) Executive meetings as well as in the quarterly Pre-Arrival Working Group meetings, providing pertinent information about RSC Austria to all RA representatives.

To ensure that RSC activities effectively consider the specific protection needs of potentially vulnerable and underserved groups, HIAS draws upon its knowledge of relevant caseloads, as well as upon HQ experts. HIAS is distinguished for expertise in LGBTQI+ programming, particularly in the context of homophobic environments, and always ensures that gender minorities are aware that the RSC is a 'safe space.' HIAS technical staff and RSC leadership train RSC staff to respond effectively and compassionately to vulnerable individuals, including those who have been subject to sexual abuse and/or torture, to promote a survivor-centered approach. RSC leadership provides staff training on HIAS' Code of Conduct, the prevention of sexual exploitation and abuse (PSEA), and safeguarding policies. During all activity, RSC staff ensure that accommodations and accessibility exist for all refugees, regardless of disabilities, providing safety and dignity. RSC staff note vulnerabilities in START per guidelines to ensure that relevant USRAP partners take this information into consideration throughout the resettlement journey. RSC staff process applicants' cases in the order that their applications and referrals were received. RSC staff provide all services in languages understandable to the refugee applicants.

HIAS' system security posture aligns with all PRM guidance as HIAS deems refugee data protection as critical across all areas of HIAS' work. HIAS has adopted Europe's General Data Protection Regulation as the gold standard of data protection compliance. HIAS is responsible for maintaining alignment with the National Institute of Standards and Technology (NIST) 800-53 moderate security framework based on a plan developed in FY23 as a top priority for all RSC and HQ IT staff, which HIAS will demonstrate in a certification exercise in FY25. HIAS is fully compliant with all refugee record guidelines included in the USRAP Manual's Integrity and Compliance (I&C) Guide and Appendix 3 of the NOFO, which ensures the RSC's ability to protect refugee data. HIAS and RSC Information Technology (IT) staff maintain an IT server room in accordance with PRM requirements, control physical RSC access, enforce START Rules of Behavior, ensure RSC staff receive annual information awareness training, maintain a roster of

2

users, keep a current network diagram, provide monthly vulnerability reports to PRM, implement incident handling, and manage a backup system for recovery. The I&C guide, which includes specific instructions on storing, communicating, and destroying refugee data, is a focus of the Refugee Data team, which is also responsible for policy review and compliance, the implementation of data integrity guidelines, and ongoing staff START training.

In sum, HIAS will deliver all RSC Austria program objectives by drawing on its successful track-record as 1) a Resettlement Agency with a deep understanding of the entire resettlement journey; 2) an established RSC in Austria since July 2001, with an operational presence since 1946; 3) having a historical presence in Israel and a deep understanding of asylum issues in that country; 4) having an established operational presence in Croatia; 5) having recent experience of establishing a new country office and efficiently standing-up processing capacity; 6) an expert in processing refugees benefitting from the Lautenberg Amendment, particularly Iranian religious minorities; 7) having the ability to manage and distribute Care and Maintenance (C&M) funds; 8) a US Department of State grantee; and 9) a historical advocate for refugees.

**B. Organizational Structure** - HIAS dedicates a total of .38 FTE of HIAS HQ staff time to the supervision of RSC Austria. The Chief Programs Officer provides oversight to all of HIAS' programs, including RSC Austria, at no cost to the Bureau. RSC Austria is a part of HIAS' North America division. This division is headed by the Senior Vice President (SVP) for North America Programs. The Regional SVP spends .30 FTE of their time ensuring that the RSC meets its programmatic and financial goals as well as remains compliant with all HIAS and PRM guidelines. This position is currently vacant but recruitment is actively underway. For FY25, a total of .30 FTE of this position's time is allocated to the oversight of RSC Austria which includes monitoring. Until this vacancy is filled, the Chief Programs Officer has direct HQ oversight for RSC Austria. When filled, this SVP position will report to the Chief Operations Officer (COO) of HIAS HQ. The COO reports to the Chief Executive Officer (CEO) of HIAS, who reports directly to HIAS' Board of Directors. The effort and time the COO and CEO of HIAS spend on RSC Austria supervision is not charged to PRM in FY25.

With regards to the CIO support, the CIO dedicates a portion of HQ IT and regional IT staff time to support the RSC Austria IT section. The Senior Director of IT (HQ), Regional IT Advisor for Africa & Eurasia, IT Officer, Africa & Eurasia, and IT Security & Network Engineer (HQ) are all part of the team that advises the RSC Austria IT and IT security staff. The CIO also meets on a weekly basis with the RSC Austria Director to discuss ongoing work and ensure all possible and reasonable resources are in place for the RSC Austria IT section. The CIO additionally meets with the IT & Security Advisor with PRM's Refugee Processing Center.

The Vice President, Global Safety and Security, allocates .03 FTE of their time to the RSC, ensuring that the RSC aligns with regional security requirements. The Manager of Budget and Fiscal Compliance dedicates .05 FTE of their time supporting the program on reporting, budget, and compliance issues. Additional HQ staff provide expertise to RSC staff in the areas of IT, Human Resources (HR), MEAL (Monitoring, Evaluation, Accountability and Learning) and safeguarding at no cost to the Bureau, which ensures strong management and program delivery in a cost-effective manner.

3

HIAS proposes an RSC structure in FY25 to achieve the stated departure target of 2,000 individuals. The RSC Director leads the RSC and reports to HIAS' Regional Senior Vice President. Two Program Heads covering Refugee Programs and Program Support work directly with the RSC Director to provide leadership. The two heads provide management oversight and ensure effective program delivery by focusing their department's work on thematic and geographic areas. Each department is divided into teams with the supervisors of each team reporting to their respective head, providing management staff with an appropriate number of direct reports (no more than seven) and allowing for staff growth.

As requested in the NOFO, the RSC's main office is located in Vienna, Austria, with sub-offices in Zagreb, Croatia and Tel Aviv, Israel. HIAS will continue to review the best value location (Vienna vs. Zagreb) as the Iranian Lautenberg program continues to grow in both locations. As vacancies arise in the program support team, HIAS will consider that these positions are placed in Zagreb, assuming that qualified candidates can be found within acceptable salary ranges. The updated FY25 proposal reflecting the doubled departure target already requires that a new office space is found in Zagreb to accommodate the required activities and additional staff. When identifying a new office location in Zagreb, HIAS will ensure that this new office space can accommodate future growth. HIAS will also consider relocation packages for current staff who are willing to relocate.

The Austria portion of the FY25 budget request reflects a higher per refugee costs than Israel and Croatia as the main office in Vienna includes 1) staffing in the areas of RSC leadership, administrative and refugee data support as well as two key refugee program teams (Program Access and Communication); 2) the centralized IT hub for all networking equipment; and 3) the associated costs for these staffing and equipment patterns. Significantly, the administration of the Iranian Lautenberg program requires that the majority of the processing work occur prior to arrival in the host countries of Croatia and Austria. The case processing work of the Program Access team based in Austria covers case creation, C&M deposit management, pre-vetting, and all steps related to the issuance of temporary residency and D Visas. These steps are complex and require Farsi speaking staff. The Communications team similarly requires Farsi speaking staff. The Farsi speaking population in Croatia is essentially non-existent. As Austria has a robust Farsi-speaking population, these positions can only be properly filled in Austria at this time. The tasks of the Croatia, Israel, and Austria Program teams are only comprised of pre-screening through departure.

HIAS additionally proposes to PRM that RSC Austria is renamed as RSC Central Europe. Should PRM approve this suggestion, HIAS will provide the necessary updates to relevant documents.

**C. Local & International FTEs** - For FY25, the proposed staffing for RSC Austria is 65.79 FTE, which includes .38 HIAS Headquarter support, .87 FTE of an international hire (RSC Director) and 64.54 FTE of locally hired staff in Austria (38.15 FTE), Israel (10.69 FTE), and Croatia (15.70 FTE). This proposed staffing represents an increase of 18.93 FTE from FY24. At this staffing level, RSC Austria has the human resources necessary to depart 800 individuals from Israel, 300 individuals through Austria and 900 individuals through Croatia. HIAS bases these departure numbers on current caseload data, D Visa allowances for the Iranian P2 Lautenberg caseload and anticipated growth.

4

The Refugee Programs department is comprised of six teams, each led by a manager in the areas of Israel Programs, Program Access, Austria Programs, Croatia Programs, CO and the newly proposed Communications team. These managers report to the Head of Refugee Programs (1.0 FTE). Refugee Program staffing levels are determined by a workload model based on indicators that expects staff to create up to four cases per day, conduct up to four pre-screening/pre-vetting interviews per day, and complete up to four case histories per day. For CO, RSC staff hold one 3-day CO class each week during the fiscal year.

The Israel Program Manager is supported by the Israel Program Assistant Manager, three Refugee Program Associates, and one Refugee Program and Interpretation Assistant as well as staff tasked with interpretation and childcare. In line with the NOFO departure target of 2,000 individuals, the Israel Program Team anticipates receiving up to 435 individual Priority 1 (P1) and Priority 4 (P4) referrals in calendar year 2025 in addition to receiving 218 referred P1 individuals from UNHCR in the first quarter of FY25. As of August 2024, a total of 159 individuals are in the out-processing phase of the USRAP, anticipated to depart in FY25's Q1. An additional 503 individuals are expected to participate in a USCIS circuit ride in Q4 of FY24. In summary, HIAS projects 800 refugee applicants will depart Israel in FY25.

The Israel Program Manager is responsible for all processing activities of the caseload in Israel as well as ensuring compliance with all PRM, START and HIAS guidelines. This individual is responsible for coordinating with partners such as USCIS, Panel Physicians, and IOM. The Program Assistant Manager provides back up to the Israel Program Manager. This role is responsible for ensuring all refugee processing activity for refugee applicants in Israel is provided in a timely manner and in line with guidelines. These responsibilities includes providing oversight for the associates and assistants in their daily tasks and taking on higher-level case processing issues. This is a new role for FY25. The three Refugee Program Associates perform a variety of tasks from case creation, prescreening, quality checks, support for USCIS circuit rides (CRs), coordination with panel physician for medical exams/specialists exams, out processing activities including coordinating with Israel's Ministry of Interior (MOI) for travel document preparation, transportation coordination and supporting departures in person at the airport. The Program and Interpretation Assistant acts as the focal point for all interpretation needs of the RSC sub-office in Israel, including interpretation for pre-screening and USCIS interviews as well as medical examinations. The HIAS Israel Director provides on the ground senior level support for the staff in Israel, while the RSC Director provides overall oversight. HIAS proposes 10.69 FTE for the Israel Program team, which is an increase of 2.58 FTE from FY24 levels due to the adjusted departure target.

The Program Access Manager is responsible for all Iranian Lautenberg case processing tasks prior to arrival in Croatia or Austria. The Program Assistant Manager, two Refugee Program Associates and six Program and Interpretation Assistants complete the unit. To prepare up to 128 individuals per month for arrival in host countries, the program access team management, associates and assistants must perform a variety of tasks starting with case creation and eligibility review of a minimum of 400 individuals per month in FY25, accounting for attrition and the current case creation backlog. Program Access staff must additionally conduct pre-vetting interviews, complete quality checks and manage the C&M process for 200 individuals per month in FY25, which factors in attrition and other factors. HIAS anticipates that these steps will result in the 128 individuals

5

needed to fill host country visa slots each month for Croatia and Austria. This team of Farsi speakers is based in Austria due to a significant lack of a Farsi-speaking community in Croatia. It is noteworthy this team spends significant effort on tasks unique to the Iranian Lautenberg program, including case creation based on RIF receipts, management of C&M funds (request, receipt and distribution), program eligibility review, submission of Croatian temporary residency applications, routine communication with host countries, D visa scheduling for host countries, health insurance registration and documentation related to the visa process. These tasks account for more than 50% of staff time at a rate managed by the manager. It is noteworthy that refugee communication will be shifted from this team from the newly created Communications team in FY25. A total of 10.00 FTEs are proposed in this unit for FY25, which is an increase of 2.20 FTE from FY24.

The Austria Program Manager is responsible for all case processing activity for Iranian Lautenberg cases in Austria. This team, including a Refugee Program Associate, one Program Assistant/CO Trainer and two Program and Interpretation Assistants, is responsible for registration of arrivals to Austria, provision of information resources upon arrival, completion of pre-screening, USCIS interview coordination, security check management, assurance processing, flight requests, and communication with refugee applicants. HIAS proposes a total of 5.0 FTEs in this unit for FY25, which is an increase of .60 FTE for FY25 with the inclusion of the part time CO trainer.

The Croatia Program Manager is responsible for all processing activities of the Iranian P2 Lautenberg caseload in Croatia as well as ensuring compliance with all PRM, START and HIAS guidelines. This individual is responsible for coordinating with partners such as USCIS, Panel Physician and IOM. This manager is additionally responsible for the overall administrative management of the sub-office, with support provided by key administrative managers in the RSC office in Vienna.. Moving into FY25, the Croatia Program Manager is supported by two assistant manager, with one responsible for the case processing needs of the office and one responsible for the administration needs of the office. The two Refugee Liaison Associates and six Program and Interpretation Assistants, as well as the Program Support staff mentioned below, complete this team. This team is responsible for the registration of arrivals, provision of information resources upon arrival, enrollment into the Croatian state health insurance plan, applications for Croatian residency permits, completion of pre-screening, USCIS interview coordination, security check management, assurance processing, flight requests, and local registration/de-registration. HIAS proposes 10.00 FTEs in this unit for FY25, which is an increase of 4.35 FTEs from FY24 levels due the increased departure target but taking into account the increased efficiencies in Croatian bureaucracies regarding temporary stay applications and mandatory health insurance requirements as well as the work of the proposed Communications Team.

The CO Manager maintains and develops the curriculum according to PRM and technical provider standards. In FY25, this manger role has been upgraded in title and FTE due to the increased CO workload projected. The CO Manager, based in Israel, leads the CO sessions in Tel Aviv and the two CO Trainers, based in Croatia (full time) and Austria (part time), lead the CO sessions in Zagreb and Vienna. CO staff will provide 60 to 70 CO trainings for 1,320 individuals during FY25. HIAS proposes a total of 2.50 FTEs for the CO team in FY25, which is an increase of 1.10 FTE.

6

HIAS proposes a total of 5.00 FTEs for the Communications team for FY25. This team is a new addition to RSC Austria in FY25. The Communications team will be comprised of 5.00 FTE, which includes a Refugee Communications Manager, a Refugee Communications Associate and three Refugee Communications Assistants. The staff of this team are fluent in Farsi and Tigrinya, which are the primary languages spoken by the caseload served by RSC Austria. This team is responsible for all written and verbal refugee communication with refugee applicants, US Ties, Resettlement Agencies and other entities. This team additionally manages the Open Hours in each RSC Austria office. By consolidating refugee communications at the RSC, HIAS ensures that RSC staff apply all PRM guidelines relating to communication consistently and in line with AAP protocols.

The Program Support department is comprised of six teams, each led by a manager or specialist in the areas of Human Resources (HR), Finance and Accounting, Office Management, Refugee Data, IT Security, and Information Systems (IS). These managers or specialists report to the Head of Program Support (1.0 FTE). All Program Support teams receive technical guidance from the respective HIAS HQ leads. The Refugee Data Manager is supported by the Systems Solution Champion (SSC), a Refugee Data Associate and a Program Documentation Associate (4.0 FTE total). The Refugee Data Team is responsible for all START reporting, system testing, business process change, START Power User oversight, Tableau reporting, training, and maintaining the Processing Guides (PGs) to maximize the use of START at the RSC. The IT Security Specialist (1.0 FTE) is responsible for IT security framework implementation and overall compliance with that framework and, new to FY25, is supported by an IT Security Specialist. The IS Manager and their three supporting staff handle the IS infrastructure of the RSC in all locations (4.0 FTE total). Both the IS Manager and IT Security Specialist report separately to the Head of Program Support to ensure separation of duties. The administrative program support staff based in Austria (8.15 FTE) handle the HR, finance and office management needs of the RSC. Program Support staff based in Croatia (4.70 FTE), providing finance and administrative tasks, have dotted reporting lines to their respective managers in Austria. The overall increase in finance and administrative staff is reflective of the increased departure target given the high administrative burden for payments in Croatia for visa, residency and health insurance requirements. Administration staff from HIAS country office (1.88 FTE) support the sub-office in Tel Aviv.

**D. Local and Headquarters Management and Oversight Policies** - The RSC Director and the department heads monitor the daily functioning, workload management, and caseload targets using management meetings, conference calls, expenditure reports, client feedback, no-show rates, monthly statistical reports, and quarterly START monitoring reports. HIAS summarizes this activity in quarterly progress reports to PRM. In FY25 upon completion of the recruitment and on-boarding of the Regional Senior Vice President at HIAS HQ, this position directly supervises the RSC Director, completes performance reviews, and conducts annual monitoring. In addition, the Regional Senior Vice President communicates daily by email and weekly by phone/online meetings with key RSC staff and liaises with PRM as needed. In the interim, the Chief Programs Officer provides the direct oversight to the RSC as described above in greater detail.

The RSC key managers involved in refugee processing are responsible for overseeing all USRAP activities in their respective areas under the supervision of the Head of Refugee Programs. The Head of Refugee Programs reports to the RSC Director and acts as backup for the program

management team in the event of absence. These RSC programmatic managers are responsible for ensuring the adherence to the START PGs throughout the RSC. The Refugee Processing Center (RPC) releases updates to the PGs to the RSCs regularly through START Knowledge. Upon release, RSC Austria's senior program staff review the PGs with appropriate teams, working through the updates to identify and discuss any points that require further clarification from RPC via GitHub. RSC Austria provides updates to the local guidance included in the PGs on a monthly or quarterly basis to the RPC, which are incorporated into the PG's. All RSC Austria staff with START access can view the guides in the Knowledge module. The Refugee Data Manager and their team are responsible for the update and maintenance of the procedural documentation for refugee processing and ensuring that all RSC Austria staff are regularly and comprehensively trained on the most current guidance, with understanding tested using RSC Austria's Learning Management System (LMS). RSC Austria additionally develops a robust MEAL plan to complement the Objectives and Indicators (O&I's). This MEAL plan provides a roadmap to all RSC managers to ensure consistent and timely collection of data for the quarterly program reports.

The Head of Program Support oversees all support functions of the RSC. The Head of Program Support reports to the RSC Director and acts as backup for the program support team in the event of absence. The program support staff are responsible for compliance with all finance, personnel, and IT guidelines provided by both HIAS HQ and PRM. These policies include HIAS' Code of Conduct, PSEA policies, the NIST 800-53 framework, and PRM's Integrity and Compliance Guide. RSC leadership reports on compliance via financials, required compliance reports, and personnel records.

**E. Acknowledgement of PRM Funding -** HIAS acknowledges on all materials shared with the refugee population as well as partner organizations that the work of the RSC is funded by PRM in accordance with the Cooperative Agreement between HIAS and PRM. HIAS additionally adheres to all PRM branding guidance, as evidenced in external and internal signage at the RSC, which includes a recognition of US Government funding and a graphic of the US flag.

## 2. Processing
In this proposal, HIAS includes for RSC Austria the infrastructure necessary to depart 800 P1 and P4-referred individuals from Israel and 1,200 P2 Lautenberg individuals from Austria (300 individuals) and Croatia (900 individuals). RSC Austria staff provide support to refugee applicants in these locations at all stages of USRAP processing, from case creation to departure, including many steps unique to the RSC. The existing infrastructure in all locations includes staff, an office, equipment, furniture, and external relationships which are keys to the success of the operation. The proposed organizational structure is scalable in all locations to accommodate increases and decreases in caseload. In addition, HIAS is authorized to conduct activities relating to the welfare, protection, or maintenance of refugees in Austria, Croatia, and Israel as a legal representative office of a foreign organization.

**A. Meeting Program Objectives and Requirements -** As of July 2024, the Iranian Lautenberg pipeline was 13,427 individuals. HIAS projects continued interest in the Lautenberg program with the restart in Austria combined with the expansion of the program to Croatia. The escalation in tensions between Iran and Israel also highlights a critical need for religious minorities to depart Iran expeditiously. In Israel for FY25, HIAS projects growing interest in the P4 (Welcome Corps)

8

program among the Eritrean asylum-seeker population in Israel, combined with the needed individual referrals from UNHCR. RSC Austria staff conduct all USRAP activity in a timely manner through START, adhering to PRM guidance and maintaining data cleanliness as required.

The chart below summarizes the overall work plan for RSC Austria for FY25 and includes projections for anticipated pre-screening interviews, USCIS interviews and refugee departures:

| FY25 | | Number of cases/ individuals for pre-screening interview, USCIS interview and departure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Israel | | | Croatia | | | Austria | | |
| | | PS[1] | USCIS[2] | Dep[3] | PS | USCIS | Dep | PS | USCIS | Dep |
| Q1 | Cases | 38 | - | 159 | 115 | 115 | 44 | 49 | 49 | 49 |
| | Pax | 128 | - | 271 | 196 | 196 | 75 | 84 | 84 | 84 |
| Q2 | Cases | 38 | 97 | 159 | 132 | 132 | 159 | 40 | 40 | 49 |
| | Pax | 128 | 330 | 271 | 225 | 225 | 271 | 68 | 68 | 84 |
| Q3 | Cases | 38 | - | 29 | 176 | 176 | 147 | 33 | 33 | 40 |
| | Pax | 128 | - | 100 | 300 | 300 | 250 | 60 | 60 | 68 |
| Q4 | Cases | 38 | 53 | 46 | 176 | 176 | 178 | 33 | 33 | 37 |
| | Pax | 128 | 182 | 158 | 300 | 300 | 304 | 60 | 60 | 64 |
| Total | Cases | 190 | 150 | 552 | 714 | 714 | 572 | 155 | 155 | 224 |
| | Pax | 512 | 512 | 800 | 1021 | 1021 | 900 | 272 | 272 | 300 |

1: Pre-screening interview; 2: USCIS interview; 3: Refugee Departures

*Program Access Team:* To initiate the process for an Iranian Lautenberg case, RSC Austria staff receive and enter the information from the digitally submitted Refugee Information Form (RIF) application into START to ensure compliance with data integrity guidelines and to ensure that data can be tracked. RSC Austria staff determine eligibility for the Lautenberg program based on guidance provided by PRM. RSC staff remotely pre-vet eligible refugee applicants in Iran, using PRM-approved platforms. RSC staff conduct the pre-vetting using a framework of questions agreed upon between PRM and USCIS, combined with gathering integral refugee biodata, special medical needs and information on vulnerabilities. RSC Austria staff request and track required security checks while concurrently requesting C&M funds from the US Ties. Once the pre-vetting is complete, security checks are clear, and US Ties deposit C&M funds, RSC staff determine the processing location (Austria or Croatia) for the case. RSC staff enter the required applicant data into consular appointment request systems to secure visa appointments for the applicants in Tehran at the host country's respective embassy. For applicants bound for Croatia, RSC staff additionally apply for Croatian temporary residency permits using agreed upon procedures for this caseload. RSC Austria staff provide counseling to all applicants on arriving to and transiting through their pre-selected host country. RSC works with the governments of Austria and Croatia, including US Embassies in both countries as required, to coordinate the process of transit visas and residency permits for qualifying individuals. The work of this team additionally includes the following: 1) Maintenance of cases in the Iranian P2 pipeline; 2) Receiving, reviewing, and tracking documentation submitted by US Ties/RAs via digital upload; 3) Managing incomplete and rejected applications in line with PRM guidance; 4) Processing requests for withdrawing applications; 5) Processing case transfers between RAs or affiliates; 6) Incomplete application follow-up; 7)

9

Creation of cases in START from RIFs received electronically; 8) RIF application audit; 9) Determining case eligibility; 10) Conducting remote pre-vetting interviews while quality checking data; 11) Requesting and tracking security check requests; 12) Requesting and tracking C&M funds deposits; and 13) Coordinating visa issuance and temporary residency permits.

*Austria Program Team:* This team is responsible for the processing steps upon the applicants' arrival in Austria. This team assists with the finalization of prescreening, supports all USCIS activity, and organizes all required out-processing steps. The work of the team includes interpretation for all interviews. The staff of this team also provide day-to-day support to the caseload as they transit Vienna for an average stay of 90-100 days. The scope of this team also includes the processing of Afghan and Iraqi P2s cases in Austria. The work of this team is as follows: 1) Gathering and updating the applicants' biographical information into START; 2) Completing the pre-screening interview; 3) Receiving and quality checking medical results; 4) Maintaining records for USCIS review and decisions; 5) Requesting assurances; 6) Tracking cases pending decisions from USCIS; 7) Tracking security clearances needed for further processing in accordance with PRM guidance; 8) Coordinating flights with IOM after requesting departure in START; and 9) Supporting cases that require special handling (such as medical cases or cases with issues with local authorities).

*Croatia Program Team:* This unit is responsible for all the processing steps upon the applicants' arrival in Croatia. This team assists with the finalization of prescreening, supports all USCIS activity, and organizes all required out-processing steps. The staff of this team also provide day-to-day support to the caseload as they transit Zagreb for an average stay of 90-100 days. The scope of the team includes interpretation for all interviews. The work of this team mirrors items listed above for the Austria Program Team with the notable addition of applying on behalf of applicants for temporary residency permits, biometric residency cards and the mandatory state health insurance as well as de-registering applicants upon departure.

*Israel Program Team:* This team is responsible for all processing steps for the Israel caseload, from case creation to departure. This team conducts prescreening, supports all USCIS activity, and organizes all required out-processing steps. The work of the team includes interpretation for all interactions. The work of this team is as follows: 1) Quality checking uploaded cases from UNHCR in START; 2) Updating in START the applicants' biographical information; 3) Completing the pre-screening interview; 4) Receiving and quality checking medical results; 5) Maintaining records for USCIS review and decisions; 6) Requesting assurances; 7) Tracking cases pending decisions from USCIS; 8) Tracking security clearances needed for further processing in accordance with PRM guidance; 9) Coordinating flights with IOM after requesting departures in START; 10) Supporting departures at the airport in lieu of IOM; 11) Supporting cases that require special handling (such as medical cases); 12) Ensuring compliance with all US Government, START and HIAS policies, particularly relating to program and data integrity.

*Communications Team:* This team, new in FY25, is responsible for all written and verbal communication for RSC Austria for refugee applicants, US Ties, Resettlement Agencies and partners, ensuring a positive customer service experience. This communication includes 1) Responding to written refugee inquiries; 2) Answering phone inquiries; 3) Managing all communication to refugee applicants on upcoming D Visa activity for Lautenberg cases; 4)

10

Managing all communication to refugee applicants on their Croatian temporary stay applications; 5) Communicating all appointment details for all caseloads in all locations; 6) Running Open Hours in all locations; 7) Sharing information on Care and Maintenance procedures; 8) Providing information on daily life in the transit locations, particularly when issues arise such as medical concerns. This team will use call center technology in FY25 to additionally track inquiries and respond in a timely manner, ensuring compliance with Objectives & Indicators targets. The team will take the lead on branding and external signage.

*Cultural Orientation Team*: RSC Austria anticipates providing CO classes to 1,320 applicants in FY25 in Austria, Croatia, and Israel combined. The average class size for the CO program is 20 students. This unit is comprised of a CO Manager who is responsible for the management of the CO Trainers as well as the maintenance and development of the CO curriculum. The CO Team Leader is supported by two CO Trainers, who are based in Croatia and Austria, as well as interpreters, as needed. These positions provide CO training in Austria, Croatia, and Israel.

*Program Support*: This department is responsible for overall administrative oversight, support, direction, and adherence to the terms of the Cooperative Agreement. This team consists of HR, Finance, Office Management, Refugee Data, Information Systems, and IT Security staff. The Refugee Data team focuses on compliance with program guidance, START reporting, PGs maintenance, and ensuring data integrity for the entire RSC. The IT team is responsible for the maintenance and management of all RSC computer equipment, Internet communications, and electronics. The IT staff ensures compliance with all US Government and HIAS policies related to data protection and system design. In FY25, RSC Austria is responsible for maintaining adherence to the NIST 800-53 controls.

**B. SOP Adherence -** The RPC releases SOP updates in the form of PGs on a monthly or quarterly basis to the RSCs through START knowledge. The RSC Austria's Refugee Data Manager reviews the guides with the appropriate teams with each release, holding meetings with the staff to walk through the updates and discuss any procedures that require further clarification from RPC. RSC staff raise questions on the guides via GitHub. RSC Austria program staff take quizzes in the RSC's Learning Management System (LMS) to confirm understanding of the PGs. The program managers additionally perform routine quality checks of staff work through reporting, spot checks, and observation. RSC Austria leadership provides updates to the local guidance included in the PGs on a quarterly basis to the RPC. All RSC Austria staff with START access can view the guides in the Knowledge module. In FY25, the Refugee Data team includes a staff member dedicated to the update and maintenance of the procedural documentation for refugee processing, ensuring that staff are up to date on the most current guidance.

**C. Communications with Refugee Applicants -** RSC Austria is fully compliant with PRM's Integrity and Compliance Guide, which covers appropriate communications with refugees. Refugee communication is under the purview of Refugee Communication Manager, new for FY25, with direct communication handled by the Refugee Communication Team. The Head of Refugee Programs and the program managers review the Guide upon each release, update related PGs, and provide compulsory training to all RSC staff that includes a detailed explanation of the key components of the Guide as it relates to their role. All staff have to confirm they have received the Guide and understood the guidance on an annual basis.

11

RSC leadership manages all PRM case inquiries, checking the latest status of the case, cross-checking any details with Refugee Programs staff and providing a response to PRM within one working day. The RSC Director manages Congressional, third-party, or public inquiries per PRM guidelines. RSC leadership communicates with other agencies and partners confidentially and efficiently, following all PRM guidelines on providing case information.

The Refugee Communications Team manages all aspects of refugee information and communications under the supervision of the Refugee Communication Manager, including case inquiries throughout the processing journey. The Refugee Communication Team provides key information on the USRAP, manage information and document submissions from applicants, and respond to applicant inquiries by email and telephone in line with PRM guidance. Applicants can submit case status inquiries regardless of their location or priority status. To track, manage, and respond to applicant communications effectively and to ensure all communications are compliant with PRM guidance, RSC Austria is proposing a Customer Relationship Management (CRM) system in FY25. RSC staff capture all communications with refugees, regardless of mode, in the CRM system, which allows for improved tracking of large volumes of correspondence, provides management information on response times, and enables quality and compliance audits to take place.

The Refugee Communication Team hosts in-person 'Open Hours' sessions for applicants who prefer face to face interaction. Applicants submit written inquiries in a secured mailbox at each location to ask questions about the status of their case. RSC staff provide answers in-person, in line with PRM guidelines. As the average length of stay in Croatia and Austria is only 90-100 days and most applicants have no local ties, applicants very much rely on the RSC as a resource for local knowledge during their time in transit. Communication staff provide information on the program applicants from the point of application until departure. Key messages to applicants include the "All Services Are Free," "No Contact" and "Safe Space" policies. Signs outlining these policies are posted in all RSC offices and temporary workspaces. All PAs receive a briefing from RSC staff about the USRAP process and about available mechanisms to submit suggestions, feedback, and complaints, including fraud, sexual exploitation and abuse. RSC staff reiterate key policies verbally along with details on contacting the RSC with inquiries or allegations, including suspected fraud. The RSC responds to these inquiries in line with PRM guidelines.

## 3. Cultural Orientation
**A. Curriculum Development** - Since 2001, RSC Austria has provided CO training to over 17,000 students. The formal curriculum and associated exercises, handouts and associated materials developed by RSC Austria CO staff addresses multiple cultures, educational backgrounds, and ages. The curriculum covers all of the information refugees traveling to the US will need to prepare them for departure and initial adjustment to life. Some of the 15 units covered include employment, the role of the RA, economic self-sufficiency and responsible credit, education, rights and responsibilities, cultural adjustment, health, travel to the US and issues related to parents, teens and the elderly. This curriculum is based on the USRAP Overseas CO Objectives and Indicators, as well as supplemental materials provided by the Cultural Orientation Resource Exchange (CORE), the PRM-funded CO technical provider. RSC CO staff review and update the curriculum on an ongoing basis, with revisions made as the demographics and needs of the caseloads change.

12

**B. Instruction and Delivery** - RSC Austria currently provides CO training to all approved applicants aged 15 and above, with a heavy emphasis on early self-sufficiency, employment, and cooperation with local resettlement agencies. Approximately 1,320 students (60-70 classes) will receive CO in FY25 in Austria, Croatia, and Israel. RSC CO staff deliver the 16-hour course, which occurs over a period of three days, one to two months before departure to the US. In some instances, shorter classes are provided when less than ten students are CO-eligible but pending immediate departure. While in the classroom, the trainer uses interpreters to convey all information clearly to the students. RSC Austria uses a variety of learner-centered activities in each class allowing students to spend more time doing and analyzing than listening and/or reading. This method of participatory learning has proven highly successful in the RSC Austria classroom, evidenced through pre- and post-assessment testing. These tests are graded and evaluated, allowing for future enhancements of the curriculum to confirm student comprehension. Both the CO Manager and the CO Trainers attend all CORE trainings and meetings to ensure a current understanding of the CO Objectives and Indicators. All RSC Austria staff involved in the CO program, including the Head of Refugee Programs and the RSC Director, observe segments of CO class to ensure adherence to protocols as well as to provide feedback to the trainer. Any incoming CO staff must pass all CORE modules for new CO providers before joining students in the classroom.

## 4. Coordination with Stakeholders

HIAS has excellent relationships with its external partners. RSC leadership meets regularly with all partners to discuss and resolve important issues. RSC leadership supplements these meetings with regular phone conversations and emails. Specific details outlining the status of partner collaboration are as follows:

_UNHCR_: In 2021, HIAS and UNHCR signed a global Memorandum of Understanding (MOU), which outlines their partnership relationship. As reflected in the MOU, HIAS has a close global working relationship with this vital partner to the USRAP and RSC Austria. For the Israel caseload, RSC works locally with the UNHCR/Israel office, meeting and communicating routinely to navigate issues related to local country conditions. RSC senior staff additionally includes UNHCR regional staff in all parts of the process, including reporting on trends and pipeline projections. HIAS regularly participates (at its own expense) in the Annual Tripartite Resettlement Consultations, Regional and Global UNHCR-NGO Consultations, the UNHCR Executive Committee meetings, and UNHCR-NGO Partnership Working Group Meetings and is a standing member of the UNCHR-Faith Based Organization (FBO) Task Force. HIAS has also led trainings of UNHCR staff on issues of resettlement, refugee protection, and sensitivity to sexual minorities.

_IOM & Panel Physician_: RSC Austria has excellent relationships with both IOM and the panel physicians' offices in all processing locations. For departures in all locations, the RSC works with IOM Vienna to request and coordinate flights. IOM staff provide departure support at the airport on the day of arrival for cases departing Austria and Croatia. IOM's regional medical team in Poland is the primary point of contact for medical screenings in all locations. RSC staff schedule all medical screenings conducted through the panel physician's office under contract with the US Embassy. The RSC staff are in routine contact with the physicians on all steps of the medical screening process, working closely with IOM and CDC. After flight requests have been submitted

13

to IOM, RSC staff request flights in START and provide the necessary documents to IOM. The RSC provides communication to the applicants on behalf of IOM regarding the logistics of the departure day. RSC Austria provides quarterly departure projections to IOM.

_US Embassies and Host Governments:_ HIAS, through RSC Austria, maintains critical relationships with the US Embassies in all locations of operation as well as the respective host governments. These relationships are especially critical in Croatia and Austria, where Iranian Lautenberg applicants live in transit for approximately 90-100 days. RSC Austria holds weekly calls with representatives from the US Embassies in Croatia and Austria to discuss program status and troubleshoot issues. RSC Austria meets weekly with working level counterparts in the Croatian government to discuss cases in country as well as pipeline. As demonstrated in FY23 and FY24, HIAS welcomes visits from both US Embassies and host governments, including roundtables with applicants. RSC Austria provides weekly case trackers to the embassies and bi-monthly trackers to the host governments to show progress and caseload movement. HIAS additionally coordinates closely with Israel's Ministry of Interior on all departures.

_USCIS:_ The USCIS International Refugee Affairs Division (IRAD) Desk Officer and the RSC senior managers communicate as needed via phone and/or email. Weekly calls are held to discuss such topics as scheduling, interpreters, and special cases. RSC Austria's relationship with USCIS focuses primarily on CR scheduling and challenging cases. Upon receipt of a USCIS CR plan, the RSC senior managers create weekly interview schedules for the USCIS interviewing officer.

_Other NGOs_: In addition to these USRAP partners, RSC Austria maintains excellent relationships with local representatives of faith-based organizations, including the Baha'i House, the Armenian Church, and the Jewish community. All of these organizations share HIAS' interest in the welfare and condition of the target population. In Israel, RSC staff have strong relationships with refugee assistance organizations and other groups working with vulnerable populations. Additionally, HIAS has developed and maintains contacts with US-based representatives of these communities.

## 5. Training, Monitoring, and Oversight

RSC Austria staff benefit from a thorough orientation upon hire and this emphasis on training continues throughout employment. This initial and ongoing training plan, overseen by management, ensures that 1) the RSC is fully compliant with all PRM guidelines and HIAS policies at every level of staff, and 2) allows staff to grow in areas that are complimentary to the RSC work. Much of this training is in-house with the help of the learning management system. In regard to monitoring, HIAS has proven year after year compliance with all PRM agreements and guidelines. In both the HIAS HQ and PRM monitoring visits, reports outlined the successful ways that RSC Austria achieved this compliance.

**A. Training -** All new staff joining RSC Austria are required to participate in an initial orientation, which highlights codes of conduct, personnel procedures, office standards, and fraud prevention. HR staff also provide a staff handbook which comprehensively covers all office policies. During the first weeks of employment, the staff member follows an individualized schedule for their onboarding and work training. This program is tailored according to the individual's position and responsibilities. At the conclusion of the probationary period, new staff have a good understanding of the role of the RSC, the organization's relationship with partners, and the duties of each

14

unit/department. HR holds a meeting with each staff member and their immediate supervisor at the end of the first month of employment to assess their understanding of the organization, outline their responsibilities, and set goals for the coming year.

Regular meetings are a key component of RSC Austria's training protocols and are held at each level of the organization. All staff meetings are held at least once a quarter, and both administrative and programmatic topics are discussed. Managers attend the bi-monthly Manager's Meeting. At these meetings, the management team discusses any new processing procedures, changes to administrative protocols, and future planning. Managers meet with their unit staff regularly to discuss issues within their units and decisions which have been made in the Manager's Meeting.

**B. Program Integrity Compliance** - To ensure continued compliance with PRM's USRAP manual, the Head of Program Support creates an internal report using the now discontinued PRM compliance report template at the end of the fiscal year and reviews this report in detail with the senior management team. RSC leadership provides annual training to all RSC staff on the details of these guidelines, with a specific emphasis on fraud reporting. Leadership provides interim trainings for any high impact mid-year update to these guidelines. Staff are required to read and sign the USRAP Integrity & Compliance Guide and HIAS's Code of Conduct as well as HIAS' Top 11 policies annually or when updated. All required trainings led by the RSC management team with support from HIAS HQ using the RSC LMS. Program integrity is a standing agenda topic for RSC Manager's Meetings.

**C. Monitoring Processing and Cultural Orientation Activities -** RSC leadership monitors the day to day functioning, workload management, and caseload targets through management meetings, conference calls, expenditure reports, client feedback, no-show rates, quarterly program reports and monthly statistical reports to summarize progress to PRM. HIAS' Senior Vice President supervises the RSC Director, completes performance reviews, and makes an annual site visit. In the FY25 budget proposal package, RSC Austria senior staff have developed a set of Objectives and Indicators as required. This document proposes additional outcome-based indicators for separate objectives, including indicators for CO, scheduling and coordinating medicals, and coordinating departures. Service Level Agreements (SLAs) are additionally included in the submitted document. Further information on the specifics of these Objectives and Indicators can be found in the budget submission package.

The CO Manager based in Israel is responsible for CO content and CO provision for the RSC. Regular meetings are held between the CO Manager and the CO trainers to discuss course content, classroom dynamics, and scheduling. The RSC Director and the Head of Refugee Programs regularly review the curriculum and observe CO training. In addition to this in-house support, the RSC Austria CO program draws much guidance from the CO technical assistance provider, CORE. This provider maintains copies of all of RSC Austria's CO materials, which they have reviewed. RSC Austria uses the CO Objectives and Indicators as a basis for the content of the course. Finally, the CO program conducts a pre- and post-test during the CO Sessions to best gauge in-class comprehension. The results from these tests allow the CO team to identify areas that need more information and support.

15

**D. Establishing and Documenting Procedures for Fraud Mitigation and Response -** Protocols are well established at the RSC to prevent and mitigate fraud. These protocols draw from established best practices and are fully compliant with all requirements identified in the current Integrity and Compliance Guide issued by PRM. The RSC staff handbook additionally details repercussions for staff found to have breached confidentiality or committed malfeasance, which include immediate suspension. Staff are required to read and sign the HIAS Code of Conduct and the Integrity and Compliance Guide annually. Annual trainings are provided to all staff on Ethics and Fraud Prevention. The Refugee Data team actively monitors compliance with SOPs/PGs through QC and RPC-provided Splunk reports as well as through direct management oversight. In addition, leadership conducts unannounced observations and file checks. In coordination with the Regional Refugee Coordinator, the RSC Director participates in an annual meeting with US Embassy Regional Security Offices and Consular Sections to share information on local fraud trends.

RSC Austria provides identification badges for all staff, worn at all times in the office and while on CRs. All visitors wear identification to indicate the purpose of their visit. Controlled access to the office locations is standard in all locations. RSC staff have access to spaces limited by their responsibilities. Except during Open Hours, access to the RSC offices is limited to refugees with appointments. Security staff physically screen all visitors before entry and ask visitors to surrender electronics. RSC staff log all communications with refugees in START. RSC staff report unsolicited communications from applicants to a manager. Standard email signatures are set up to include the message that "USRAP is Free" and all refugee communications and documents are provided on standard RSC letterhead. In all briefings to refugees, and at each interaction, RSC staff repeat anti-fraud messages and provide written information in a native language on "USRAP is Free." This information is also prominently displayed in all offices. Any data leaks are immediately reported to the RSC Director and PRM in turn, in accordance with the IT security framework policies and procedures as well as the Integrity and Compliance Guide.

Throughout processing, different staff review cases at each stage, ensuring that one person cannot unduly influence the processing of a case. Staff are trained to verify applicant identities at each interaction. All expedited requests are filtered through the Director prior to requesting PRM authorization. For Lautenberg cases, an eligibility review process is well established, and all rejected cases are approved by the RSC Director and documented in writing. Scheduling for all interviews is based on a "first come, first served" model, with exceptions for expedited cases. The RSC has established a dedicated email address and physical mailbox in both locations for reporting fraud and malfeasance. All messages go directly to senior management, who addresses them on a case-by-case basis, in consultation with PRM as needed. HIAS' whistleblower policy outlines mechanisms for staff and refugees to anonymously report on issues of concern.

RSC Austria IT systems are in compliance with PRM guidelines and RPC requirements, including password requirements, physical security of servers, and backup requirements. The proposed budget ensures that RSC Austria meets the IT equipment, software, and security requirements outlined in the NOFO. RSC Austria remains focused on being compliant with the NIST cybersecurity framework based on the United States' Federal Information Security Act (FISMA) 800-53 controls and other guidelines provided by the RPC.

**E. Reporting on Processing and CO Activities -** The RSC Austria Director provides quarterly reports to PRM in accordance with the Cooperative Agreement. These reports are completed using the template provided by PRM and include details on both processing and CO. HIAS submits all reports in a timely and complete manner. In addition, RSC Austria staff run reports from START using a Tableau platform daily for case management and statistical purposes. This allows appropriate staff to gauge case changes and determine next steps.

**F. Point of Contact at HIAS HQ**

| HIAS Points of Contact | |
|---|---|
| **HIAS HQ** | **RSC Austria for training, monitoring & oversight** |
| Chief Programs Officer (Acting POC) | RSC Director |
| Raphael Marcus<br>1300 Spring Street, Suite 500<br>Silver Spring, MD 20910 | Emily Russ, RSC Austria<br>Gudrunstrasse 184, Stiege 5<br>1100 Vienna, Austria |
| email: raphael.marcus@hias.org | email: Russ@hias-vienna.at |

## 6. Accountability to Affected Populations (AAP) Framework Summary

HIAS implements a comprehensive AAP Framework to ensure the inclusion of affected people in project development, implementation, and assessment. In alignment Core Humanitarian Standards (CHS), the framework pillars are communication and transparency; feedback and response; participation and inclusion; and learning and adaptation. HIAS' RSC staff share information about processing and expectations from RSC staff, both verbally and using posters, to convey information about the USRAP and RSC's role in the program. To support key messaging, RSC staff share information with USRAP partners to ensure consistency and availability to all applicants. To enable refugees to provide feedback and response, the RSC uses Complaint and Feedback Mechanisms (CFMs) that are accessible and appropriate for each context, including secure mailboxes, email addresses, and face-to-face interactions, concerns, and suggestions from affected people. The RSC Director is responsible for working with PRM and HIAS Headquarters to follow up on complaints. Should RSC leadership be implicated in a complaint or should an individual wish to make an anonymous complaint, HIAS utilizes a whistleblower policy through Ethics Point whereby staff and refugee applicants can report concerns. Information on this process is posted in the RSC offices. Additionally, RSC staff distribute satisfaction surveys in multiple languages to all adults. These mechanisms serve as anti-fraud and Safeguarding reporting channels.

To ensure participation and inclusion, RSC activities take account the specific needs of the most vulnerable. HIAS ensures that interpreters are available for all required languages, applicants can access either male or female staff, staff are trained on working with the LGBTQI+ population, and physical space is accessible for those with seen and unseen disabilities. RSC staff ensure learning and adaptation by integrating feedback into program activities where appropriate and may adjust communications or data collection forms based on refugees' experiences and recommendations. In addition, RSC Austria complies with all PRM guidance regarding AAP policies and procedures. HIAS recognizes that the provision of feedback mechanisms may elicit serious complaints or disclosures, so RSC leadership work with HIAS technical staff to develop CFM SOPs for use at RSC, which includes feedback and complaint-handling processes, procedures for responding to

17

feedback, record-keeping, and escalation. The RSC maintains a policy of strict confidentiality around all feedback received, and staff are trained to transmit and record complaints securely.

## 7. Gender Analysis

HIAS' RSC program services and support are delivered in the most equitable, participatory, and effective manner possible for people of all genders. HIAS incorporates a gender perspective at all stages of planning, preparation, decision-making, implementation, and assessment. Pre-displacement harm often forms a pattern in many cases of gender-based persecution, involving interconnected structural, physical, psychological and sexual violence. Cycles of displacement are common amongst survivors, usually involving being uprooted several times within the country of origin before flight. The harm experienced by individuals can rarely be unpacked to a single trauma. People who experience intersecting forms of marginalisation throughout their lives, because of gender, age, class, legal status, nationality, sexual orientation, and education, are less likely to have access to education and social or community structures that would otherwise promote their rights literacy, agency, and empower their narratives.

Patterns of violence and abuse continue through the refugee journey, and displacement significantly heightens risk of GBV. There are specific risks and experiences inherent to transit and flight, including trafficking, exploitation, domestic and intimate partner violence and sexual abuse. Most of these acts are committed in an environment of impunity, where the survivor has little or no recourse to protection. The perceived need to avoid authorities is also entrenched through the irregular nature of many movements, which instils a further fear in figures such as the police and border officials. Human trafficking is a particular threat to many individuals in transit.

The prevalence of GBV among displaced populations requires RSC staff to be prepared to recognize and respond to survivors. RSC leadership train staff to sensitively and safely identify and interview clients who have endured GBV at all stages of the processing journey. RSC will further develop HIAS's existing SOP to ensure survivors' safety is prioritized, their voices heard in terms of how they want to proceed, and they are offered support. Safeguarding staff from HIAS HQ work with the RSC to develop a network of local service providers that provide assistance and resources to vulnerable applicants and establish referral mechanisms to them. Although it is anticipated that many of the Lautenberg cases will come from intact family groups, RSC casework staff are trained to pay particular attention to vulnerable or at-risk groups which may exist within households i.e., single female-headed households, sexual and gender minorities, or other at-risk groups for special attention or expedited processing. Finally, HIAS is proud to be distinguished for its expertise in LGBTQI+ programming, particularly in the context of homophobic environments, and RSC staff ensure that gender minorities are aware that the RSC is a 'safe space,' by using relevant signage and appropriate case management.

## 8. Capacity Optimization Plan

**A. FY25 Target -** HIAS describes in sections above how the departure target of 2,000 individuals for FY25 through RSC Austria will be achieved. The staffing, equipment, infrastructure and other direct expenses needed to achieve this target are outlined in this proposal and are complemented by the detailed budget with accompanying narrative. In summary, HIAS proposes 65.79 FTE for the RSC, including HQ support. With a pipeline of over 13,000 Iranian Lautenberg individuals in Iran and an anticipated annual application rate of 1,500 persons per year, HIAS continues to work

through PRM to increase the allotment of transit visas to further reduce the pipeline backlog. Should the number of transit visas issued increase above the target of 128 visas per month for Austria and Croatia outlined in this NOFO in FY25, HIAS will work with PRM to adjust this proposal accordingly. For Israel, HIAS anticipates up to 435 referrals in FY25 from UNHCR and through the P4 program with two USCIS circuit rides occurring during the year. As the security situation in Israel remains volatile, HIAS continues to demonstrate overall flexibility in this environment. Limitations that may prevent HIAS from achieving the 2,000 departure target include 1) downward adjustments from host governments in visa issuance numbers and 2) continued violence in Israel.

**B. FY26 and FY27 Targets** – HIAS proposed a 65% increased departure target for RSC Austria from the original target of 1,000 individuals in FY25 to 1,650 individuals (Austria 350; Israel 300; Croatia 1,000) in FY26 and FY27 with an upwards budget adjustment of 28%. The Croatia target reflects an increase from 460 to 1,000 departures based on the government's commitment to issue up to 1,000 transit visas per year. The Austria target is based on an anticipated increase in the government's commitment to issue 28-30 transit visas per month, raising that target from 300 to 350 individuals. For Israel, the departure target remains in line with FY25 levels of 300 departures. To achieve this overall higher target, HIAS proposes a 18.5 FTE staffing increase, with 8.0 FTE added to the Program Access team, .5 FTE added to the Austria Program team, 1.5 FTE added to the Refugee Data team, 1.0 FTE added to the IT team, 1.0 FTE added receptionist, .5 FTE added to the finance team, 5.0 FTE added to the Croatia Program team and 1.0 FTE added to the CO team. These additions will primarily increase the RSC's pre-vetting capacity for cases in Iran, resulting in an increase of 590 visas issued each year (78% increase). Minimal infrastructure changes are required for these updated staffing levels, as the managerial, office and other foundational costs already proposed will absorb these additions. Appropriate adjustments to office supplies, IT equipment, security and software are included in the budgets for FY26 and FY27. Efficiencies found in FY26 and FY27 will include 1) the improved coordination with host governments for Iranian Lautenberg cases on visa issuance and state health insurance requirements; 2) a decreased case creation pipeline due to focus on this activity in FY24 and FY25; 3) the deployment of the CRM. These efficiencies will result in the ability of staff to focus their work on pre-vetting, pre-screening and out-processing activities. HIAS presents a summary of targets for FY25, FY26 and FY27 in the budget detail's summary tab.

**C. Cost Saving Measures** – To promote effective cost management of the Bureau's funds, RSC leadership holds regular budget meetings with managers to track past and upcoming expenses. In addition, HIAS follows a strict procurement policy which requires multiple quotes for items with higher value. HIAS keeps travel costs to a minimum through a budget minded travel policy which allows 75% of the posted US per diem rates. In addition, HIAS has corporate relationships with hotels for budget rates within walking distance to the respective local offices. HIAS uses long distance buses as opposed to planes for travel between Croatia and Austria. Salaries of RSC staff are benchmarked against other NGOs in similar working environments. To define the mid-point of each grade salary band, HIAS positions itself in the 50th percentile from the external benchmarking study. The IT team at both the RSC and HIAS HQ regularly reviews IT inventory to analyze the need for replacement or software. HIAS expands the usage of current software license to fit a new need of RSC Austria, in lieu of purchasing new software licenses as much as possible. Additionally, the IT team opts for several open source software packages that fit the

19

specific need of the IT team instead of the costly software alternatives. In FY25, HIAS will fund an external assessment of the RSC's adherence to the NIST/FISMA 800-53 framework. Finally, RSC leadership closely tracks the case processing targets for each team on a monthly basis to ensure that staff time is optimized against the stated Objectives and Indicators as well as other metrics. The metrics are based on the workload model that expects staff to create up to four cases per day, conduct up to four pre-screening/pre-vetting interviews per day, and complete up to four case histories per day.

**D. USCIS Direct Support** – The direct support that HIAS provides to USCIS operations in FY25 is listed in the table below in US dollars:

|  | Austria | Croatia | Israel | **FY2025** |
|---|---|---|---|---|
| Interpretation | 15,816 | 38,386 | 41,616 | **95,818** |
| Space | 9,773 | 11,918 | 36,798 | **58,489** |
| Security | 14,759 | 22,878 | 16,191 | **53,828** |
| Child Care | - | - | 4,647 | **4,647** |
|  | **40,348** | **73,182** | **99,252** | **212,782** |

*U.S. Department of State*
**Bureau of Population, Refugees, and Migration**
Office of Admissions

**FY 2025-FY 2027 RESETTLEMENT SUPPORT CENTER (RSC) BUDGET WORKSHEET (SUMMARY - ALL LOCATIONS)**

| Agency and RSC: | Date: | Budget Version: |
|---|---|---|
| HIAS / RSC Austria | 08-21-2024 | v2 |

| | | FY 2025 | | | | FY 2026 | FY 2027 | FY 2024 |
|---|---|---|---|---|---|---|---|---|
| | | October- December 2024 | January - March 2025 | April - June 2025 | July - September 2025 | FY 2025 Total | FY 2026 TOTAL | FY 2027 TOTAL | FY 2024 Approved Budget |
| PERSONNEL | | 933,823 | 990,012 | 1,008,301 | 975,012 | 3,907,148 | 3,716,318 | 3,829,373 | 2,797,849 |
| FRINGE BENEFITS | | 280,801 | 293,177 | 293,177 | 293,177 | 1,160,332 | 1,107,313 | 1,141,001 | 823,742 |
| TRAVEL | | 66,702 | 61,695 | 94,716 | 65,035 | 288,148 | 243,085 | 211,865 | 251,472 |
| EQUIPMENT | | 23,966 | 57,456 | 15,312 | - | 96,734 | 7,562 | 7,789 | 69,980 |
| SUPPLIES | | 145,143 | 57,477 | 54,741 | 49,378 | 306,739 | 247,177 | 192,180 | 325,706 |
| CONTRACTUAL | | 84,467 | 129,891 | 81,774 | 86,754 | 382,886 | 311,842 | 319,954 | 262,738 |
| CONSTRUCTION | | - | - | - | - | - | - | - | - |
| OTHER DIRECT COSTS | | 271,038 | 282,040 | 242,137 | 252,255 | 1,047,469 | 768,167 | 791,711 | 728,510 |
| | | | | | | | | | |
| TOTAL DIRECT COSTS | | 1,805,940 | 1,871,748 | 1,790,158 | 1,721,611 | 7,189,456 | 6,401,464 | 6,493,873 | 5,259,996 |
| | | | | | | | | | |
| INDIRECT COSTS | 20% | 356,395 | 362,858 | 354,969 | 344,322 | 1,418,544 | 1,278,781 | 1,297,217 | 1,038,004 |
| | | | | | | | | | |
| TOTAL PROGRAM BUDGET | | 2,162,335 | 2,234,606 | 2,145,127 | 2,065,933 | 8,608,000 | 7,680,245 | 7,791,090 | 6,298,000 |
| | | | | | | | | | |
| Refugees Pre-Screened | | 408 | 421 | 488 | 488 | 1,805 | 1,665 | 1,665 | 1,000 |
| Refugees Presented to DHS | | 280 | 623 | 360 | 542 | 1,805 | 1,665 | 1,665 | 1,050 |
| Refugees Departed for United States | | 430 | 626 | 418 | 526 | 2,000 | 1,650 | 1,650 | 1,000 |
| Refugees Trained in Cultural Orientation Programs | | 300 | 440 | 290 | 290 | 1,320 | 1,320 | 1,320 | 800 |

**FY 2025-FY 2027 RESETTLEMENT SUPPORT CENTER (RSC) BUDGET WORKSHEET (LOCATION SPECIFIC DETAIL)**

*Office of Admissions*
*Bureau of Population, Refugees, and Migration*
*U.S. Department of State*
*2*

| Agency, RSC and Location: | Date: | Budget Version: |
|---|---|---|
| HIAS / RSC Austria - Main Office Vienna, Austria | 08-21-2024 | v2 |

| | FY 2025 | | | | | FY 2026 | | FY 2027 | | FY 2024 (if applicable) | Comments for FY 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | October-December 2024 | January - March 2025 | April - June 2025 | July - September 2025 | FY 2025 Total | FTE | FY 2026 Total | FTE | FY 2027 Total | FTE | FY 2024 Approved Budget | |
| **PERSONNEL** | 595,375 | 641,389 | 659,678 | 626,389 | 2,522,831 | | 2,544,522 | | 2,620,175 | | 1,883,143 | |
| *International Hire* | | | | | - | | | | | | | |
| Project Director | 0.87 | 35,460 | 37,479 | 37,479 | 37,479 | 147,897 | 0.87 | 153,073 | 0.87 | 157,665 | 0.87 | 146,719 | 0.87 FTE Director |
| *Local Hire* | | | | | - | | | | | | | |
| Heads of Departments | 2.00 | 68,106 | 71,508 | 71,508 | 71,508 | 282,630 | 2.00 | 292,528 | 2.00 | 301,304 | 2.00 | 265,502 | 1.00 FTE Head of Refugee Programs, 1.00 FTE Head of Program Support |
| Program Support: Admin | 8.15 | 109,938 | 116,709 | 116,709 | 116,709 | 460,065 | 7.40 | 435,310 | 7.40 | 448,368 | 7.40 | 406,670 | 1.00 FTE Human Resources Manager, 0.90 FTE Finance and Accounting Manager, 1.00 FTE Office Management Specialist, 1.00 FTE Human Resources Associate, 0.75 FTE Accounting Associate, 1.50 FTE Administrative Associate, 1.00 FTE Administrative Assistant, 1.00 FTE Receptionist |
| Program Support: Refugee Data | 4.00 | 52,170 | 54,783 | 54,783 | 54,783 | 216,519 | 4.00 | 225,261 | 4.00 | 232,019 | 2.50 | 128,104 | 1.00 FTE Refugee Data Manager, 1.00 FTE Refugee Data Associate, 1.00 FTE System Solution Champion (SSC), 1.00 FTE Program Documentation Associate |
| Program Support: Information Systems/IT Security | 4.00 | 83,931 | 88,128 | 88,128 | 88,128 | 348,315 | 4.00 | 380,346 | 4.00 | 391,758 | 3.00 | 285,622 | 1.00 FTE Information Systems Manager, 1.00 FTE Network & Systems Support Administrator, 1.00 FTE IT Security Specialist, 1.00 FTE IT Security Officer |
| Program: Refugee Communications | 5.00 | 60,081 | 63,087 | 63,087 | 63,087 | 249,342 | | - | | - | | - | 1.00 FTE Refugee Communications Manager, 1.00 FTE Refugee Communications Associate, 3.00 FTE Refugee Communications Assistant |
| Program: Program Access | 10.00 | 118,065 | 123,972 | 123,972 | 123,972 | 489,981 | 15.80 | 744,066 | 15.80 | 766,387 | 7.80 | 343,446 | 1.00 FTE Program Access Manager, 1.00 FTE Program Access Assistant Manager, 2.00 FTE Program Access Associate, 6.00 FTE Program and Interpretation Assistant |
| Program: Austria | 5.00 | 61,944 | 65,043 | 65,043 | 65,043 | 257,073 | 4.90 | 256,764 | 4.90 | 264,466 | 4.40 | 223,037 | 1.00 FTE Austria Program Manager, 1.00 FTE Refugee Program Associate, 1.00 FTE Program and Interpretation Assistant, 1.00 FTE Program Assistant and CO Trainer |
| **FTE TOTAL** | 39.02 | | | | | | 38.97 | | 38.97 | | 27.97 | | |
| *Allowances* | | | | | | | | | | | | |
| Housing/Utilities | | 5,680 | 5,680 | 5,680 | 5,680 | 22,720 | | 22,720 | | 22,720 | | 22,512 | 95% housing allowance for 1 international hire |
| Education | | | | 33,289 | | 33,289 | | 34,454 | | 35,488 | | 30,542 | 95% of school fees for 1 children for 1 international hire |
| Relocation | | | 15,000 | | | 15,000 | | | | | | 30,989 | Relocation bonus for Farsi speakers from Austria to Croatia |
| **FRINGE BENEFITS** | | 178,613 | 187,917 | 187,917 | 187,917 | 742,364 | | 753,021 | | 775,407 | | 546,482 | |
| International Hire | | 12,342 | 12,948 | 12,948 | 12,948 | 51,186 | | 52,738 | | 54,116 | | 50,768 | At 30%; medical insurance, local salary taxes, pension and other U.S. and Austrian gov't requirements |
| Local Hire Vienna | | 166,271 | 174,969 | 174,969 | 174,969 | 691,178 | | 700,283 | | 721,291 | | 495,714 | At 30%; medical insurance, local salary taxes, pension and other Austrian gov't requirements |
| **TRAVEL** | | 15,395 | 15,660 | 40,401 | 26,950 | 98,406 | | 97,200 | | 100,115 | | 83,281 | |
| *Local/In-Country* | | | | | | | | | | | | |
| Case Processing | | 42 | 42 | 42 | 42 | 168 | | 234 | | 241 | | 100 | Local travel Vienna for programmatic purposes |
| Support/Admin | | 30 | 30 | 30 | 30 | 120 | | 124 | | 128 | | 100 | Local travel Vienna for operational purposes |
| *Regional* | | | | | | - | | | | | | |
| Case Processing | | 2,266 | 2,266 | 2,266 | 2,266 | 9,064 | | 9,381 | | 9,682 | | - | 8 trips for 1 person to Zagreb office for training and program activities support |
| IT Systems | | 3,664 | 4,797 | 3,664 | 4,797 | 16,922 | | 17,514 | | 18,039 | | 19,083 | IS Manager and IT Security Specialist to sub-offices for IT/NIST compliance and projects implementation - see budget narrative |
| Management | | 5,729 | 7,794 | 12,809 | 9,975 | 36,307 | | 32,869 | | 33,854 | | 20,280 | Leadership and management travel for monitoring, support and training - see budget narrative |
| Data Integrity | | 3,664 | - | 3,664 | - | 7,328 | | 7,584 | | 7,811 | | 1,198 | Refugee Data team to sub-offices for START support, training and monitoring |
| Support/Admin | | - | 731 | - | - | 731 | | 757 | | 780 | | - | RSC Austria Office Management Specialist to Zagreb for support |
| Vienna - CO Circuit Rides | | - | - | - | - | - | | - | | - | | 11,030 | |
| *International (list each trip)* | | | | | | - | | | | | | |
| SSC Workshop (START) Middle East | | - | - | - | 2,110 | 2,110 | | 2,184 | | 2,250 | | 2,524 | System Solution Specialist to START workshop in the Middle East |
| Reporting Workshop - Rosslyn, VA | | - | - | 7,440 | - | 7,440 | | 7,700 | | 7,931 | | 7,103 | 2 persons to Reporting Working Group Meeting |
| RSC Director's Workshop - Rosslyn, VA | | - | - | 6,766 | - | 6,766 | | 7,003 | | 7,213 | | 6,429 | 2 persons to Director's Workshop |
| CO Leadership Meeting - Silver Spring, MD | | - | - | - | 3,383 | 3,383 | | 3,501 | | 3,606 | | 3,215 | 1 person to CO Leadership Workshop |
| CO Provider's Workshop - Silver Spring, MD | | - | - | 3,720 | - | 3,720 | | 3,850 | | 3,966 | | 3,552 | 1 person to CO Provider's Workshop |
| RSC Austria Director to Tel Aviv/Amman | | - | - | - | - | - | | - | | - | | 4,488 | |
| Home Leave | | - | - | - | 4,347 | 4,347 | | 4,499 | | 4,634 | | 4,180 | 95% of home leave allowance for 1 international hire & dependents |
| **EQUIPMENT** | | 15,028 | 45,619 | 15,312 | - | 75,959 | | 7,562 | | 7,789 | | 32,048 | |
| *Non-Expendable equipment (list items with acquisition of $5,000 or more)* | | | | | | - | | | | | | |
| Furniture & Equipment | | 7,722 | - | - | - | 7,722 | | - | | - | | - | (New budget line item) Emergency shut off system $7,722 |
| Computer Hardware | | 7,306 | 45,619 | 15,312 | - | 68,237 | | 7,562 | | 7,789 | | 32,048 | 2x Network UPS $13,147, C2C back up for O365 $7,306, HA Firewall $21,120, 2x DC Server upgrade $15,312, 2x Cisco Switch $11,352 |
| *Leasing ($5,000 or more)* | | | | | | | | | | | | |
| Leased Equipment | | - | - | - | - | - | | - | | - | | - | |
| **SUPPLIES** | | 68,588 | 40,960 | 39,468 | 42,042 | 191,058 | | 189,330 | | 153,095 | | 209,649 | |
| *Office supplies* | | | | | | - | | | | | | |
| Office supplies | | 2,365 | 2,365 | 2,365 | 2,365 | 9,460 | | 9,755 | | 10,049 | | 15,759 | Printing supplies $2,412, office materials $4,208, kitchen supplies $1,024, cleaning supplies $984 and document shredding $832 |
| *Expendable equipment (list items with acquisition cost of $1,000-$5,000)* | | | | | | - | | | | | | |
| Furniture & Equipment | | 2,640 | - | - | - | 2,640 | | - | | - | | - | (New budget line item) Surveillance system upgrade $2,640 |
| Computer Hardware | | 18,876 | 17,160 | - | - | 36,036 | | 38,353 | | 18,294 | | 34,040 | Replacement 10 laptops (EOL) $17,160, Laptops for new staff $18,876 |
| *Other expendable equipment (cost less than $1,000) (consolidate like items)* | | | | | | | | | | | | |
| Furniture & Equipment | | 5,117 | 341 | 341 | 341 | 6,140 | | 622 | | 572 | | 2,007 | Sets of desks and chairs for new staff $4,777, misc. small furniture for the office $1,363 |

| | | | | | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Computer Hardware | 19,405 | 6,336 | - | - | 25,741 | 28,644 | 8,865 | | 25,833 | Computer monitors $11,616, docking stations $2,688, encryption keys $3,600, laptops $1,643, tablets $1,690, signature pads $1,307, YubiKeys 5 FIPS $6,336 |
| *Software* | | | | | | | | | | |
| Computer Licenses | 20,185 | 14,758 | 36,762 | 39,336 | 111,041 | 111,956 | 115,315 | | 132,010 | Renewals PaloAlto, Veritas Netbackup, ESET Mail security, Adobe, Rapid 7, 3CX, ME SDP, SSL and hosting, EasyDmarc, ME Log 360, ME AD Audit+, Zoom, Camtasia Screen Recorder, ME ADMAN, ME AE, ManageEngine DC10, Vizto, Ispring, CMR ticketing software for comm with applicants |
| **CONTRACTUAL** | **41,607** | **65,765** | **41,607** | **41,607** | **190,586** | **194,011** | **199,833** | | **125,550** | |
| *Building Maintenance* | | | | | - | | | | | |
| Cleaning and general maintenance | 11,544 | 11,544 | 11,544 | 11,544 | 46,176 | 51,486 | 53,031 | | 34,064 | Office cleaning contract and general building maintenance |
| *Security* | | | | | - | | | | | |
| Security guards | 19,635 | 19,635 | 19,635 | 19,635 | 78,540 | 99,353 | 102,334 | | 72,912 | 1 Guard, 5x/week for 7hrs/day @ $44/hr, excluding holidays |
| *Interpreters* | | | | | - | | | | | |
| Interpreters | | | | | - | | | | - | |
| *IT Security* | | | | | - | | | | | |
| IT Support/SLA extensions | 8,250 | 12,408 | 8,250 | 8,250 | 37,158 | 34,155 | 35,180 | | 13,865 | Systems support contracts $19,800, Cisco support for switches renewal $4,158 and unforeseen software support $13,200 |
| Review of communications digital security | | 20,000 | | | 20,000 | | | | - | Review of technology and protocols in communications with Iranian applicants |
| Offsite backup storage | 2,178 | 2,178 | 2,178 | 2,178 | 8,712 | 9,017 | 9,288 | | 4,709 | Secure offsite backup storage |
| **CONSTRUCTION** | - | - | - | - | - | | - | | - | |
| | | | | | | | | | | |
| **OTHER DIRECT COSTS** | **136,358** | **132,389** | **130,125** | **128,305** | **527,177** | **514,260** | **529,688** | | **431,773** | |
| *Space Rental* | | | | | - | | | | | |
| Office Space Vienna | 59,615 | 59,615 | 59,615 | 59,615 | 238,460 | 246,806 | 254,210 | | 212,102 | Office rent excluding C&M portion |
| *Utilities* | | | | | - | | | | | |
| Utilities Office Vienna | 38,086 | 38,086 | 38,086 | 38,086 | 152,344 | 140,777 | 145,001 | | 104,884 | Common building charges, heat & electricity, excluding C&M portion |
| *Maintenance & Repair* | | | | | - | | | | | |
| Office Vienna | 2,443 | 5,840 | 2,683 | 2,442 | 13,408 | 14,879 | 15,326 | | 13,165 | Service for time system $8,120, air conditioners $3,398, fire extinguishers $240 and misc. repairs $1,650 |
| *Communications* | | | | | - | | | | | |
| Telephone/Fax/Internet | 28,123 | 20,071 | 20,071 | 20,071 | 88,336 | 75,252 | 77,509 | | 60,598 | VOIP calling costs $38,776, mobile phone charges $19,644, Internet charges $21,864, mobile phones $8,052 |
| Postage/Courier | 82 | 82 | 82 | 82 | 328 | 245 | 252 | | 1,373 | Return of original documents to resettlement agencies, closed files to DHS & local postage of documents, files and equipment (incl. to Croatia and Israel) |
| *Leasing* | | | | | - | | | | | |
| Leased Equipment | 2,287 | 2,287 | 2,287 | 2,287 | 9,148 | 9,468 | 9,752 | | 7,088 | 4 NIST-compliant multifunctional printers |
| *Insurance* | | | | | - | | | | | |
| Property and liability | - | 686 | 1,579 | - | 2,265 | 2,344 | 2,414 | | 1,807 | Comprehensive building insurance: fire, theft, water damage, liability. |
| *Other (explain in comments)* | | | | | - | | | | | |
| Professional fees | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 6,210 | 6,396 | | 5,000 | Legal fees $1,000, Lawyers' fees $4,000, legal documents $1,000 |
| Background and security checks | - | - | - | - | - | | - | | - | |
| Staff development | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 | 11,150 | 11,485 | | 20,000 | Program support specialized training, incl. IT security, safety, computer skills and professional development |
| Bank charges | 1,722 | 1,722 | 1,722 | 1,722 | 6,888 | 7,129 | 7,343 | | 5,756 | |
| **INDIRECT COSTS** | **207,187** | **216,816** | **219,839** | **210,642** | **854,484** | **858,469** | **875,663** | | **655,976** | |
| Indirect cost rate 20% | 207,187 | 216,816 | 219,839 | 210,642 | 854,484 20% | 858,469 20% | 875,663 20% | | 655,976 | |
| **TOTAL PROGRAM BUDGET** | **1,258,151** | **1,346,515** | **1,334,347** | **1,263,852** | **5,202,865** | **5,158,375** | **5,261,765** | | **3,967,902** | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Refugees Pre-Screened** | 84 | 68 | 60 | 60 | 272 | 350 | 350 | | 240 |
| **Refugees Presented to DHS** | 84 | 68 | 60 | 60 | 272 | 350 | 350 | | 252 |
| **Refugees Departed for United States** | 84 | 84 | 68 | 64 | 300 | 350 | 350 | | 240 |
| **Refugees Trained in Cultural Orientation Programs** | 60 | 60 | 60 | 60 | 240 | 280 | 280 | | 192 |

**FY 2025-FY 2027 RESETTLEMENT SUPPORT CENTER (RSC) BUDGET WORKSHEET (LOCATION SPECIFIC DETAIL)**

*Office of Admissions*
*Bureau of Population, Refugees, and Migration*
*U.S. Department of State*
*2*

| Agency, RSC and Location: | Date: | Budget Version: |
|---|---|---|
| HIAS / RSC Austria - Sub-Office Zagreb, Croatia | 08-21-2024 | v2 |

| | FTE | October-December 2024 | January-March 2025 | April-June 2025 | July-September 2025 | FY 2025 Total | FTE | FY 2026 Total | FTE | FY 2027 Total | FTE | FY 2024 Approved Budget | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PERSONNEL** | | 174,774 | 180,039 | 180,039 | 180,039 | **714,891** | | **668,172** | | **688,220** | | **387,760** | |
| *Local Hire* | | | | | | **-** | | | | | | | |
| Program Support | 4.70 | 61,809 | 63,663 | 63,663 | 63,663 | **252,798** | 2.75 | **151,533** | 2.75 | **156,080** | 2.75 | **143,111** | 1.00 FTE Program Support Assistant Manager, 0.90 FTE Finance Coordinator, 1.80 FTE Administrative Associate, 1.00 FTE IT Officer |
| Program: Croatia | 10.00 | 103,134 | 106,248 | 106,248 | 106,248 | **421,878** | 10.65 | **433,393** | 10.65 | **446,396** | 6.65 | **217,994** | 1.00 FTE Croatia Program Manager, 1.00 FTE Refugee Program Assistant Manager, 2.00 FTE Refugee Program Associate, 6.00 FTE Program and Interpretation Assistant |
| Program: Cultural Orientation | 1.00 | 9,831 | 10,128 | 10,128 | 10,128 | **40,215** | 2.00 | **83,246** | 2.00 | **85,744** | 1.00 | **26,655** | 1.00 FTE Cultural Orientation Trainer |
| **FTE TOTAL** | 15.70 | | | | | | 15.40 | | 15.40 | | 10.40 | | |
| *Allowances* | | | | | | | | | | | | | |
| Housing/Utilities | | | | | | **-** | | | | | | | |
| Education | | | | | | **-** | | | | | | | |
| *Termination/Severance* | | | | | | | | | | | | | |
| **FRINGE BENEFITS** | | 52,432 | 54,012 | 54,012 | 54,012 | **214,468** | | **200,452** | | **206,466** | | **116,329** | |
| Local Hire Zagreb | | 52,432 | 54,012 | 54,012 | 54,012 | **214,468** | | **200,452** | | **206,466** | | **116,329** | At 30%; medical insurance, local salary taxes, pension and other Croatian gov't requirements |
| **TRAVEL** | | 4,563 | 4,563 | 4,563 | 2,833 | **16,522** | | **47,666** | | **19,587** | | **87,946** | |
| *Local/In-Country* | | | | | | **-** | | | | | | | |
| Case Processing | | 1,103 | 1,103 | 1,103 | 1,103 | **4,412** | | **6,483** | | **6,677** | | **800** | Local travel Zagreb for programmatic purposes |
| Program Support | | | | | | **-** | | | | | | | |
| *Regional* | | | | | | | | | | | | | |
| Case Processing | | 1,730 | 1,730 | 1,730 | 1,730 | **6,920** | | **7,162** | | **7,377** | | **-** | 4 trips for 1 person to Vienna office for training and program activities support |
| Management | | - | 1,730 | - | - | **1,730** | | **1,791** | | **1,845** | | **1,828** | 1 trip for 1 person to Vienna office for training and management meetings |
| IT Systems | | 1,730 | - | 1,730 | - | **3,460** | | **3,581** | | **3,688** | | **1,828** | 1 trip for 1 person to Vienna for onboarding and training |
| Other: All-Staff Training | | - | - | - | - | **-** | | **28,649** | | **-** | | **-** | (FY26) 1 trip for 16 persons to Vienna office for all-staff training |
| Croatia Finance Coordinator to Vienna | | - | - | - | - | **-** | | **-** | | **-** | | **1,828** | |
| Zagreb - PS/DHS Circuit Rides | | - | - | - | - | **-** | | **-** | | **-** | | **77,676** | |
| Zagreb - CO Circuit Rides | | - | - | - | - | **-** | | **-** | | **-** | | **3,964** | |
| *International (list each trip)* | | | | | | **-** | | | | | | | |
| | | | | | | | | **-** | | **-** | | | |
| **EQUIPMENT** | | 8,938 | - | - | - | **8,938** | | **-** | | **-** | | **37,932** | |
| *Non-Expendable equipment (list items with acquisition of $5,000 or more)* | | | | | | **-** | | | | | | | |
| Furniture & Equipment | | - | - | - | - | **-** | | **-** | | **-** | | | |
| Computer Hardware | | 8,938 | - | - | - | **8,938** | | **-** | | **-** | | **37,932** | (New budget line item) Office Access Control System $8,938 |
| *Leasing ($5,000 or more)* | | | | | | **-** | | | | | | | |
| Leased Equipment | | - | - | - | - | **-** | | | | | | **-** | |
| **SUPPLIES** | | 60,659 | 6,973 | 10,405 | 6,973 | **85,010** | | **54,554** | | **35,686** | | **83,439** | |
| *Office supplies* | | | | | | **-** | | | | | | | |
| Office supplies | | 6,555 | 6,555 | 6,555 | 6,555 | **26,220** | | **18,422** | | **18,975** | | **6,916** | Printing supplies $11,560, office materials $8,500, kitchen/cleaning supplies $5,096 and document shredding $1,064 |
| *Expendable equipment (list items with acquisition cost of $1,000-$5,000)* | | | | | | | | | | | | | |
| Furniture & Equipment | | 4,813 | - | - | - | **4,813** | | **-** | | **-** | | **-** | (New budget line item) |
| Computer Hardware | | 10,296 | - | 3,432 | - | **13,728** | | **13,848** | | **3,659** | | **36,620** | Replacement 2 laptops (EOL) $3,432, Laptops for new staff $10,296 |
| *Other expendable equipment (cost less than $1,000) (consolidate like items)* | | | | | | | | | | | | | |
| Furniture & Equipment | | 14,936 | 418 | 418 | 418 | **16,190** | | **5,840** | | **6,016** | | **21,002** | 4x lockable file cabinets for Program team $1,133, sets of desks and chairs $12,321, dishwasher $708, camera for applicants' photos $354, misc. small furniture for office $1,674 |
| Computer Hardware | | 24,059 | - | - | - | **24,059** | | **9,613** | | **-** | | **18,901** | Cabling for new office space $11,275, computer monitors $5,775, docking stations $1,980, mice, keyboard, headsets $1,069, signature pads $792, YubiKey 5 FIPS $3,168 |
| *Software* | | | | | | | | | | | | | |
| Computer Licenses | | - | - | - | - | **-** | | **6,831** | | **7,036** | | **-** | (New budget line item) (FY26-FY27) PaloAlto subscription |
| **CONTRACTUAL** | | 26,060 | 27,446 | 23,369 | 23,369 | **100,244** | | **62,970** | | **64,859** | | **53,168** | |
| *Building Maintenance* | | | | | | **-** | | | | | | | |
| Cleaning and general maintenance | | 11,189 | 11,189 | 8,498 | 8,498 | **39,374** | | **20,990** | | **21,620** | | | (New budget line item) Office cleaning contract and general building maintenance $33,992, small scale adaptation works in new office $5,382 |
| *Security* | | | | | | **-** | | | | | | | |
| Security guards | | 14,871 | 14,871 | 14,871 | 14,871 | **59,484** | | **41,980** | | **43,239** | | **53,168** | 2 Guards, 5x/week for 8hrs/day @ $4,957 per month |
| *IT Security* | | | | | | | | | | | | | |
| SLA extensions | | - | 1,386 | - | - | **1,386** | | **-** | | **-** | | | Cisco support for switch renewal |
| **CONSTRUCTION** | | **-** | **-** | **-** | **-** | **-** | | | | | | | |
| **OTHER DIRECT COSTS** | | 87,421 | 79,665 | 79,665 | 79,665 | **326,416** | | **154,355** | | **158,988** | | **139,098** | |
| *Space Rental* | | | | | | | | | | | | | |
| Office Space Zagreb | | 52,578 | 52,578 | 52,578 | 52,578 | **210,312** | | **96,744** | | **99,646** | | **88,460** | Office rent |
| Circuit Ride Workspace | | - | - | - | - | **-** | | **-** | | **-** | | **21,147** | |
| *Utilities* | | | | | | | | | | | | | |
| Utilities Office Zagreb | | 7,011 | 7,011 | 7,011 | 7,011 | **28,044** | | **-** | | **-** | | **-** | (New budget line item) Common building charges, heat & electricity |
| *Maintenance & Repair* | | | | | | | | | | | | | |
| Office Zagreb | | 815 | 815 | 815 | 815 | **3,260** | | **1,687** | | **1,739** | | **1,543** | Service air conditioners $568, Service fire extinguishers $424, misc. repairs $2,268 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer Hardware | | 4,565 | 4,565 | 4,565 | 4,565 | 18,260 | | 13,948 | | 14,367 | | (New budget line item) Service printers $6,600 and other equipment repairs $13,660 |
| Communications | | U.S. | | | | - | | | | | | *U.S. Department of State* |
| Telephone/Fax/Internet | | 4,730 | 2,640 | 2,640 | 2,640 | 12,650 | | 10,929 | | 11,257 | 1,570 | Phone charges $3,464, Internet charges $7,096, mobile phones $2,090 |
| Postage/Courier | | 128 | 128 | 128 | 128 | 512 | | 750 | | 773 | 1,099 | Return of original documents to resettlement agencies, closed files to DHS & local postage of documents, files and equipment (incl. to Austria) |
| Leasing | | | | | | - | | | | | | |
| Leased Equipment | | 708 | 708 | 708 | 708 | 2,832 | | 3,123 | | 3,217 | 1,308 | Secure multifunctional printer |
| Insurance | | | | | | - | | | | | | |
| Property and liability | | 2,833 | - | - | - | 2,833 | | 1,466 | | 1,510 | 1,415 | Comprehensive building insurance: fire, theft, water damage, liability. |
| Other (explain in comments) | | | | | | - | | | | | | |
| Professional fees | | 6,399 | 6,399 | 6,399 | 6,399 | 25,596 | | 15,318 | | 15,777 | 16,800 | Legal fees $1,500, Lawyers' fees $9,000, legal documents $1,500 and bookkeeping/tax advisory $13,596 |
| Staff development | | 1,875 | 1,875 | 1,875 | 1,875 | 7,500 | | 6,175 | | 6,360 | - | Program support specialized training, incl. languages (Farsi/Croatian), safety, computer skills and professional development |
| Office relocation | | 2,833 | - | - | - | 2,833 | | - | | - | - | Relocation to new office space |
| Bank charges | | 2,946 | 2,946 | 2,946 | 2,946 | 11,784 | | 4,215 | | 4,342 | 5,756 | |
| **INDIRECT COSTS** | | 81,182 | 70,540 | 70,411 | 69,378 | 291,511 | | 237,634 | | 234,761 | 173,548 | |
| Indirect cost rate | 20% | 81,182 | 70,540 | 70,411 | 69,378 | 291,511 | 20% | 237,634 | 20% | 234,761 | 20% 173,548 | |
| **TOTAL PROGRAM BUDGET** | | 496,029 | 423,238 | 422,464 | 416,269 | 1,758,000 | | 1,425,803 | | 1,408,567 | 1,079,219 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Refugees Pre-Screened** | 196 | 225 | 300 | 300 | 1,021 | 1,000 | 1,000 | 460 |
| **Refugees Presented to DHS** | 196 | 225 | 300 | 300 | 1,021 | 1,000 | 1,000 | 484 |
| **Refugees Departed for United States** | 75 | 271 | 250 | 304 | 900 | 1,000 | 1,000 | 460 |
| **Refugees Trained in Cultural Orientation Programs** | 180 | 180 | 180 | 180 | 720 | 800 | 800 | 368 |

**FY 2025-FY 2027 RESETTLEMENT SUPPORT CENTER (RSC) BUDGET WORKSHEET (LOCATION SPECIFIC DETAIL)**

*Office of Admissions*
*Bureau of Population, Refugees, and Migration*
*U.S. Department of State*
*2*

| Agency, RSC and Location: | Date: | Budget Version: |
|---|---|---|
| HIAS / RSC Austria - Sub-Office Tel Aviv, Israel | 08-21-2024 | v2 |

| | FY 2025 | | | | | FY 2026 | | FY 2027 | | FY 2024 (if applicable) | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October-December 2024 | January - March 2025 | April - June 2025 | July - September 2025 | FY 2025 Total | | FY 2026 Total | | FY 2027 Total | | FY 2024 Approved Budget | |
| **PERSONNEL** | FTE | 150,606 | 155,124 | 155,124 | 155,124 | 615,978 | FTE | 448,573 | FTE | 464,274 | FTE | 470,022 | |
| *Local Hire* | | | | | | - | | | | | | | |
| Program Support | 3.38 | 53,436 | 55,041 | 55,041 | 55,041 | 218,559 | 1.81 | 139,516 | 1.81 | 144,399 | 1.42 | 100,854 | 0.50 FTE Administrative Associate, 1.00 FTE IT Officer, 0.35 FTE HIAS Israel Country Director, 0.35 FTE HIAS Israel Finance Manager, 0.35 FTE HIAS Israel Bookkeeper, 0.35 FTE HIAS Israel HR Manager, 0.25 FTE HIAS Israel Admin Assistant, 0.07 FTE HIAS Israel Office Cleaner, 0.16 FTE Child Care |
| Program: Israel | 7.00 | 93,222 | 96,018 | 96,018 | 96,018 | 381,276 | 4.40 | 252,007 | 4.40 | 260,827 | 5.53 | 311,656 | 1.00 FTE Israel Program Manager, 1.00 FTE Program Assistant Manager, 3.00 FTE Refugee Program Associate, 1.00 FTE Program and Interpretation Assistant, 1.00 FTE Cultural Orientation Manager |
| Program: Israel - Interpreters PS/CIS/CO | 0.31 | 3,948 | 4,065 | 4,065 | 4,065 | 16,143 | 1.20 | 57,050 | 1.20 | 59,048 | 1.16 | 57,512 | 0.27 FTE CR Interpreter, 0.04 FTE Other Interpreter (Arabic, Chinese, Nuer) |
| **FTE TOTAL** | 10.69 | | | | | | 7.41 | | 7.41 | | 8.11 | | |
| *Allowances* | | | | | | - | | | | | | | |
| Housing/Utilities | | | | | | - | | | | | | | |
| Education | | | | | | - | | | | | | | |
| *Termination/Severance* | | | | | | - | | | | | | | |
| **FRINGE BENEFITS** | | 45,182 | 46,537 | 46,537 | 46,537 | 184,793 | | 134,572 | | 139,282 | | 141,007 | |
| Local Hire Israel | | 45,182 | 46,537 | 46,537 | 46,537 | 184,793 | | 134,572 | | 139,282 | | 141,007 | At 30%; medical insurance, local salary taxes, pension and other Israel gov't requirements |
| **TRAVEL** | | 37,106 | 37,702 | 37,702 | 35,252 | 147,762 | | 86,984 | | 76,821 | | 69,365 | |
| *Local/In-Country* | | | | | | - | | | | | | | |
| Case Processing: Israel staff | | 2,238 | 2,238 | 2,238 | 2,238 | 8,952 | | 3,822 | | 3,956 | | 4,402 | $1,532 to and from ride workspace and COs, $4,839 from airport, $2,581 ongoing |
| Case Processing: Refugee travel | | 24,194 | 24,194 | 24,194 | 24,194 | 96,776 | | 41,897 | | 43,319 | | 54,792 | $16,130 accommodation for applicants who live far outside Tel Aviv for pre-embarkation (fit to fly) and departure , $32,258 to and from medical exams, $48,388 to airport |
| Cultural Orientation: Refugee travel | | 4,940 | 4,940 | 4,940 | 4,940 | 19,760 | | 8,890 | | 9,246 | | | $19,760 transportation to and from CO for applicants who live outside Tel Aviv |
| Case Processing: Meals for PS/DHS/CO participants | | 1,430 | 1,430 | 1,430 | 1,430 | 5,720 | | 2,562 | | 2,652 | | 4,232 | |
| *Regional* | | | | | | - | | | | | | | |
| Case Processing | | 2,450 | 2,450 | 2,450 | 2,450 | 9,800 | | 10,143 | | 10,447 | | | 4 trips for 1 person to Vienna office for training and program activities support |
| Management | | - | 2,450 | - | - | 2,450 | | 2,536 | | 2,612 | | | 1 trip for 1 person to Vienna office for training and management meetings |
| Cultural Orientation | | 1,854 | - | 2,450 | - | 4,304 | | 4,455 | | 4,589 | | 5,939 | 2 trips for 1 person for support and monitoring |
| Other: All-Staff Training | | - | - | - | - | - | | 12,679 | | - | | | (FY26) 1 trip for 5 persons to Vienna office for all-staff training |
| *International (list each trip)* | | | | | | | | | | | | | |
| **EQUIPMENT** | | - | 11,837 | - | - | 11,837 | | - | | - | | - | |
| *Non-Expendable equipment (list items with acquisition of $5,000 or more)* | | | | | | - | | | | | | | |
| Furniture & Equipment | | - | - | - | - | - | | - | | - | | | |
| Computer Hardware | | - | 11,837 | - | - | 11,837 | | - | | - | | | Office Access Control System $6,821, Replacement Switch (EOL) $5,016 |
| *Leasing ($5,000 or more)* | | | | | | - | | | | | | | |
| Leased Equipment | | | | | | - | | | | | | - | |
| **SUPPLIES** | | 15,896 | 9,544 | 4,868 | 363 | 30,671 | | 3,293 | | 3,399 | | 32,618 | |
| *Office supplies* | | | | | | - | | | | | | | |
| Office supplies | | 363 | 363 | 363 | 363 | 1,452 | | 1,517 | | 1,570 | | 8,690 | Paper, file folders, photo printing supplies, other supplies incl. CO |
| *Expendable equipment (list items with acquisition cost of $1,000-$5,000)* | | | | | | - | | | | | | | |
| Computer Hardware | | 6,864 | 1,716 | 4,505 | - | 13,085 | | 1,776 | | 1,829 | | 5,462 | Replacement 1 laptop (EOL) $1,716, Laptops for new staff $6,864, Network UPS $4,505 |
| *Other expendable equipment (cost less than $1,000) (consolidate like items)* | | | | | | - | | | | | | | |
| Furniture & Equipment | | 824 | - | - | - | 824 | | - | | - | | 18,466 | Secure doorbell/video door phone |
| Computer Hardware | | 7,845 | 7,465 | - | - | 15,310 | | - | | - | | | Cabling for new office space $7,465, computer monitors $4,278, docking stations $1,390, mice and keyboards $751, Yubikeys 5 FIPS $1,426 |
| **CONTRACTUAL** | | 16,800 | 36,680 | 16,798 | 21,778 | 92,056 | | 54,861 | | 55,262 | | 84,020 | |
| *Building Maintenance* | | | | | | - | | | | | | | |
| Cleaning and general maintenance | | 3,846 | 3,846 | 3,846 | 3,846 | 15,384 | | 7,243 | | 7,497 | | 10,104 | $14,089 building maintenance for RSC Israel office, $1,295 for HIAS Israel office |
| *Security* | | | | | | - | | | | | | | |
| Security guards | | 8,002 | 15,705 | 8,002 | 10,308 | 42,017 | | 34,576 | | 35,786 | | 54,526 | $19,647 one security guard for 2 days per week @ 1,786 per month for 11 months, $16,191 two security guards for DHS interview days, $6,179 one security guard for CO |
| *Interpreters* | | | | | | - | | | | | | | |
| Interpreters | | 2,673 | 10,694 | 2,673 | 5,347 | 21,387 | | 4,776 | | 4,943 | | 19,390 | Tigrinya interpreter @ $534 per day for 40 days |
| *IT Security* | | | | | | - | | | | | | | |
| IT Support/SLA extensions | | 2,279 | 6,435 | 2,277 | 2,277 | 13,268 | | 8,266 | | 7,036 | | | (New budget line item) Systems support contracts $9,110, Cisco support for switches renewal $4,304 |
| **CONSTRUCTION** | | - | - | - | - | - | | - | | - | | - | |
| **OTHER DIRECT COSTS** | | 47,259 | 69,986 | 32,347 | 44,285 | 193,876 | | 99,552 | | 103,035 | | 157,639 | |
| *Space Rental* | | | | | | - | | | | | | | |
| Office Space Tel Aviv | | 20,526 | 20,526 | 20,526 | 20,526 | 82,104 | | 38,461 | | 39,807 | | 51,216 | $73,627 rent for RSC office space, $7,354 for RSC portion of HIAS Israel office, $1,123 rent for RSC portion of COA office |
| Circuit Ride Workspace | | | 24,532 | | 12,266 | 36,798 | | 30,066 | | 31,118 | | 58,164 | Rent of workspace for DHS Interviews (3 rooms) at the Metropolitan Hotel and CO |
| *Utilities* | | | | | | - | | | | | | | |

Office of Admissions
U.S. Department of State
3

| | | | | | | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities Office Tel Aviv | | 6,006 | 6,006 | 6,006 | 6,006 | 24,024 | | 11,276 | | 11,671 | 15,752 | $22,057 electricity and municipality fees for RSC office, $1,967 for RSC portion of HIAS Israel office |
| Maintenance & Repair | | | | | | - | | | | | | |
| Office Tel Aviv | | 13,674 | 13,673 | 239 | 238 | 27,824 | | 998 | | 1,033 | 9,889 | $955 RSC portion of Israel office, yearly maintenance of water purifier, printer cartridges/toners, renovation on new office, renovation of old office |
| Communications | | | | | | - | | | | | | |
| Telephone/Fax/Internet | | 3,641 | 3,641 | 3,641 | 3,641 | 14,564 | | 11,448 | | 11,848 | 5,228 | $6,013 office phone, mobile plans & internet charges for RSC office, $1,682 for RSC portion of HIAS Israel office, $6,869 upgraded internet connection |
| Insurance | | | | | | - | | | | | | |
| Property | | 1,804 | | 327 | | 2,131 | | 1,096 | | 1,134 | 1,382 | $1,804 comprehensive building insurance: fire, theft, water damage, liability insurance for RSC office, $327 for RSC portion of HIAS Israel office |
| Other (explain in comments) | | | | | | - | | | | | | |
| Professional fees | | 882 | 882 | 882 | 882 | 3,527 | | 3,686 | | 3,815 | 13,512 | $2,490 IT support, $1,037 psycho-social support |
| Bank charges | | 726 | 726 | 726 | 726 | 2,904 | | 2,521 | | 2,609 | 2,496 | |
| **INDIRECT COSTS** | | **62,570** | **71,114** | **58,675** | **60,668** | **253,027** | | **165,567** | | **168,415** | **190,934** | |
| Indirect cost rate | 20% | 62,570 | 71,114 | 58,675 | 60,668 | 253,027 | 20% | 165,567 | 20% | 168,415 | 20% 190,934 | |
| **TOTAL PROGRAM BUDGET** | | **375,419** | **438,524** | **352,051** | **364,007** | **1,530,000** | | **993,402** | | **1,010,488** | **1,145,605** | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Refugees Pre-Screened** | | 128 | 128 | 128 | 128 | 512 | 315 | 315 | 300 |
| **Refugees Presented to DHS** | | - | 330 | - | 182 | 512 | 315 | 315 | 314 |
| **Refugees Departed for United States** | | 271 | 271 | 100 | 158 | 800 | 300 | 300 | 300 |
| **Refugees Trained in Cultural Orientation Programs** | | 60 | 200 | 50 | 50 | 360 | 240 | 240 | 240 |

**FY 2025-FY 2027 RESETTLEMENT SUPPORT CENTER (RSC) BUDGET WORKSHEET (LOCATION SPECIFIC DETAIL)**

*Office of Admissions*
*Bureau of Population, Refugees, and Migration*
*U.S. Department of State*
2

| | Agency, RSC and Location: | Date: | Budget Version: |
|---|---|---|---|
| | HIAS / RSC Austria - HIAS HQ, USA | 08-21-2024 | v2 |

| | FY 2025 | | | | | FY 2026 | | FY 2027 | | FY 2024 (if applicable) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October-December 2024 | January - March 2025 | April - June 2025 | July - September 2025 | FY 2025 Total | FTE | FY 2026 Total | FTE | FY 2027 Total | FTE | FY 2024 Approved Budget | |
| **PERSONNEL** | FTE | 13,068 | 13,460 | 13,460 | 13,460 | 53,448 | FTE | 55,051 | FTE | 56,704 | FTE | 56,924 | |
| *Headquarters Staff* | | | | | | - | | | | | | | |
| Regional Senior VP for North America | 0.30 | 10,500 | 10,815 | 10,815 | 10,815 | 42,945 | 0.30 | 44,233 | 0.30 | 45,560 | 0.30 | 46,500 | 0.30 FTE Regional Senior VP for North America |
| Vice President, Global Safety & Security | 0.03 | 1,468 | 1,512 | 1,512 | 1,512 | 6,004 | 0.03 | 6,184 | 0.03 | 6,371 | 0.03 | 4,200 | 0.03 FTE Vice President, Global Safety & Security |
| Manager, Budget & Fiscal Compliance | 0.05 | 1,100 | 1,133 | 1,133 | 1,133 | 4,499 | 0.05 | 4,634 | 0.05 | 4,773 | 0.05 | 6,224 | 0.05 FTE Manager, Budget & Fiscal Compliance |
| FTE TOTAL | 0.38 | | | | | | 0.38 | | 0.38 | | 0.38 | | |
| *Allowances* | | | | | | - | | | | | | | |
| Housing/Utilities | | | | | | - | | | | | | | |
| Education | | | | | | - | | | | | | | |
| *Termination/Severance* | | | | | | - | | | | | | | |
| **FRINGE BENEFITS** | | 4,574 | 4,711 | 4,711 | 4,711 | 18,707 | | 19,268 | | 19,846 | | 19,924 | |
| HQ Staff | | 4,574 | 4,711 | 4,711 | 4,711 | 18,707 | | 19,268 | | 19,846 | | 19,924 | At 35%; medical insurance, social security, pension and other US gov't requirements |
| **TRAVEL** | | 9,638 | 3,770 | 12,050 | - | 25,458 | | 11,235 | | 15,342 | | 10,880 | |
| *Local/In-Country* | | | | | | - | | | | | | | |
| *International (list each trip)* | | | | | | - | | | | | | | |
| HQ President & CEO to Vienna | | - | 3,770 | - | - | 3,770 | | - | | 3,770 | | 2,708 | Site visit for meetings with Austrian gov't, US Embassy and/or PRM |
| HQ Programs Oversight (Vienna & Zagreb) | | 9,638 | - | - | - | 9,638 | | 4,993 | | 5,143 | | - | Site visits for programmatic monitoring |
| HQ Programs Oversight (Vienna & Tel Aviv) | | - | - | 12,050 | - | 12,050 | | 6,242 | | 6,429 | | - | Site visits for programmatic monitoring |
| HQ Regional Senior Vice President to Vienna, Zagreb and Tel Aviv | | - | - | - | - | - | | - | | - | | 8,172 | |
| **EQUIPMENT** | | - | - | - | - | - | | - | | - | | - | |
| *Non-Expendable equipment (list items with acquisition of $5,000 or more)* | | | | | | - | | | | | | | |
| Furniture & Equipment | | | | | | - | | | | | | | |
| Computer Hardware | | | | | | - | | | | | | | |
| *Leasing ($5,000 or more)* | | | | | | - | | | | | | | |
| Leased Equipment | | | | | | - | | | | | | - | |
| **SUPPLIES** | | - | - | - | - | - | | - | | - | | - | |
| *Office supplies* | | | | | | - | | | | | | | |
| Office supplies | | | | | | - | | | | | | | |
| *Expendable equipment (list items with acquisition cost of $1,000-$5,000)* | | | | | | - | | | | | | | |
| Furniture & Equipment | | | | | | - | | | | | | | |
| Computer Hardware | | | | | | - | | | | | | | |
| *Other expendable equipment (cost less than $1,000) (consolidate like items)* | | | | | | - | | | | | | | |
| Furniture & Equipment | | | | | | - | | | | | | | |
| Computer Hardware | | | | | | - | | | | | | | |
| *Software* | | | | | | | | | | | | | |
| Computer Licenses | | | | | | - | | | | | | | |
| Microsoft Pro Licenses | | | | | | - | | | | | | | |
| **CONTRACTUAL** | | - | - | - | - | - | | - | | - | | - | |
| *Building Maintenance* | | | | | | - | | | | | | | |
| Cleaning and general maintenance | | | | | | - | | | | | | | |
| *Security* | | | | | | - | | | | | | | |
| Security guards | | | | | | - | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interpreters | | | | | | - | | | | | | *Office of Admissions* |
| | Interpreters | | | | | - | | | | | | *Bureau of Population, Refugees, and Migration* |
| IT Security | | | | | | - | | | | | | *U.S. Department of State* |
| | SLA extensions | | | | | - | | | | | | 3 |
| **CONSTRUCTION** | | - | - | - | - | - | | - | | - | | - | |
| | | | | | | | | | | | | |
| **OTHER DIRECT COSTS** | | - | - | - | - | - | | - | | - | | - | |
| Space Rental | | | | | | - | | | | | | |
| Utilities | | | | | | - | | | | | | |
| Maintenance & Repair | | | | | | - | | | | | | |
| Communications | | | | | | - | | | | | | |
| Leasing | | | | | | - | | | | | | |
| Insurance | | | | | | - | | | | | | |
| Other refugee processing expenses | | | | | | - | | | | | | |
| Other (explain in comments) | | | | | | - | | | | | | |
| **INDIRECT COSTS** | | 5,456 | 4,388 | 6,044 | 3,634 | 19,522 | | 17,111 | | 18,378 | | 17,546 | |
| Indirect cost rate | 20% | 5,456 | 4,388 | 6,044 | 3,634 | 19,522 | 20% | 17,111 | 20% | 18,378 | 20% | 17,546 | |
| **TOTAL PROGRAM BUDGET** | | 32,736 | 26,329 | 36,265 | 21,805 | 117,135 | | 102,665 | | 110,270 | | 105,274 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Refugees Pre-Screened** | | - | - | - | - | - | | - | | - | - |
| **Refugees Presented to DHS** | | - | - | - | - | - | | - | | - | - |
| **Refugees Departed for United States** | | - | - | - | - | - | | - | | - | - |
| **Refugees Trained in Cultural Orientation Programs** | | - | - | - | - | - | | - | | - | - |



BUDGET NARRATIVE FOR
RESETTLEMENT SUPPORT CENTER (RSC) Austria
FEDERAL FISCAL YEAR 2025
October 1, 2024 – September 30, 2025
August 21, 2024

<u>Executive Summary for FY2025</u>

HIAS is pleased to submit a **total budget of $8,608,000** to operate RSC Austria (Austria main office combined with Croatia and Israel sub-offices) for the period October 1, 2024, through September 30, 2025. This total includes **direct costs of $7,189,456** that cover staffing and all operating expenses for offices in Austria, Croatia, and Israel, including staff travel between these three offices, as well as HQ oversight. Altogether, this proposal reflects the costs required to meet a processing target of 2,000 departures to the U.S. from Austria (300), Croatia (900), and Israel (800). It is notable that FY24 saw the inauguration of a new sub-office in Croatia and the re-establishment of normal processing in Austria following the March 2023 Lautenberg Program restart. Since the restart, HIAS has increased staffing levels for the RSC to address the complex process of pre-vetting, temporary stay applications and D Visa organization. The budget also includes **indirect costs of $1,418,544** as per HIAS' Negotiated Indirect Cost Rate Agreement (NICRA) of 20%.

Budget Structure: The budget herein presents realistic, reasonable, and justifiable costs of goods and services required for the efficient operation and management of the proposed program. The budget categories conform to PRM budgeting structures and HIAS explains these categories in further detail in the ensuing sections. HIAS bases the costs on experience with similar programs and the costs are fully allocable to the project.

<u>Key Assumptions and Highlighted Changes for FY25</u>

RSC Structure: As requested in the NOFO, the main office of RSC Austria is located in Vienna. Austria, with sub-offices in Zagreb, Croatia and Tel Aviv, Israel. The Austria portion of the budget reflects a higher per refugee costs than Israel and Croatia as the main office in Vienna includes 1) staffing in the areas of RSC leadership, administrative and refugee data support as well as two key refugee program teams (Program Access and Communication); 2) the centralized IT hub for all networking equipment; and 3) the associated costs for these staffing and equipment patterns. Significantly, the administration of the Iranian Lautenberg program requires that the majority of the processing work occur prior to arrival in the host countries of Croatia and Austria. The case processing work of the Program Access team based in Austria covers case creation, C&M deposit management, pre-vetting, and all steps related to the issuance of temporary residency and D Visas. These steps are complex and require Farsi speaking staff. The Communications team similarly requires Farsi speaking staff. The Farsi speaking population in Croatia is essentially non-existent. As Austria has a robust Farsi-speaking population, these positions can only be properly filled in

Austria at this time. The tasks of the Croatia, Israel, and Austria Program teams are only comprised of pre-screening through departure.

HIAS will continue to review the best value location (Vienna vs. Zagreb) as the Iranian Lautenberg program continues to grow in both locations. As vacancies arise in the program support team, HIAS will consider that these positions are placed in Zagreb, assuming that qualified candidates can be found within acceptable salary ranges. The updated FY25 proposal reflecting the doubled departure target already requires that a new office space is found in Zagreb to accommodate the required activities and additional staff. When identifying a new office location in Zagreb, HIAS will ensure that this new office space can accommodate future growth.

HIAS additionally proposes to PRM that RSC Austria is renamed as RSC Central Europe to better reflect the geography covered by the RSC. Should PRM approve this suggestion, HIAS will provide the necessary updates to relevant documents.


HIAS Headquarters Management Structure: RSC Austria is a part of HIAS' North America division. This division is headed by the Senior Vice President (SVP) for North America Programs. This position is currently vacant but recruitment is actively underway. For FY25, a total of .30 FTE of this position's time is allocated to the oversight of RSC Austria which includes monitoring. Until this vacancy is filled, the Chief Programs Officer has HQ oversight for RSC Austria and will charge hours based on actual time spent. HIAS estimates that once the SVP comes on board, they will spend 30 percent of their time supporting the RSC. When filled, this SVP position will report to the Chief Operations Officer (COO) of HIAS HQ. The COO reports to the Chief Executive Officer (CEO) of HIAS, who reports directly to HIAS' Board of Directors. The effort and time the COO and CEO of HIAS spend on RSC Austria supervision is not charged to PRM in FY25. In addition to this supervisory structure, HIAS HQ provides technical support to the RSC in many areas, including safeguarding, safety & security, finance, MEAL and Human Resources. With regards to the CIO support, the CIO dedicates a portion of HQ IT and regional IT staff time to support the RSC Austria IT section. The Senior Director of IT (HQ), Regional IT Advisor for Africa & Eurasia, IT Officer, Africa & Eurasia, and IT Security & Network Engineer (HQ) are all part of the team that advises the RSC Austria IT and IT security staff. The CIO also meets on a weekly basis with the RSC Austria Director to discuss ongoing work and ensure all possible and reasonable resources are in place for the RSC Austria IT section. The CIO additionally meets with the IT & Security Advisor with PRM's Refugee Processing Center.


Staffing:  HIAS bases the staffing presented on the project's anticipated organizational needs to support operations in Austria, Croatia, and Israel with adequate backstopping and coordination among partners, stakeholders, and HQ support staff. HIAS calculates staffing levels on anticipated throughput for all processing tasks as well as the time needed for required trainings. HIAS proposes a total of 65.79 FTE for RSC Austria, including staff in all three locations as well as in HIAS Headquarters. HIAS proposes 39.02 FTE in Austria, 15.70 in Croatia, 10.69 FTE in Israel and .38 FTE in HIAS Headquarters to achieve the 2,000 departure target.

To address the doubling of the departure target from 1,000 individuals in FY24 to 2,000 individuals in FY25, HIAS is proposing an increase of 18.93 FTE in FY25. This staffing increase includes the addition of a Communications Team, which consolidates and builds on existing communications

2

resources. This team will handle all written and verbal refugee communication for the RSC, ensuring consistent responses in line with PRM guidelines. The Refugee Communication Manager will head this team, based in the RSC's main office, due to limited language resources in Croatia and Israel for Farsi and Tigrinya, respectively.

For the remainder of the Refugee Program Department, HIAS proposes additional staff to the Israel sub-office to achieve 800 departures in that location in FY25. The additional staff includes an Assistant Manager, an IT Officer and a part-time administrative associate. Similarly, given the increase in departures out of Croatia to 900 individuals in FY25, significant staffing additions are requested. Two Assistant Managers will take responsibility in that sub-office for Refugee Programs and Program Support. Three program staff focusing on direct application interactions are added to the budget request. To address the heavily bureaucratic tasks required by the Croatian government upon the applicants' arrival, an Administrative Associate role is further added. The Austria Program team based in Vienna can accommodate the FY25 departure increase with FY24 funding levels. For the Program Access team, HIAS proposes a total of eight program staff in addition to the Manager and newly requested Assistant Manager. These staffing levels will ensure that HIAS will achieve up to 128 visa requests per month for Austria (28) and Croatia (100), taking into account significant attrition. Also reflective of the RSC growth in departures, HIAS proposes a change to the configuration of the Cultural Orientation (CO) team. HIAS proposes that the CO Manager is dedicated full time to the RSC. In addition, the CO trainer capacity will grow from 1.0 FTE to 1.5 FTE, with trainers based in both Zagreb and Vienna.

For the Program Support Department, HIAS requests enhancement of the Refugee Data team, including a dedicated Systems Solution Champion (SSC). To handle the additional financial tasks incurred by the RSC as a result of growth, HIAS proposes the addition of an Administrative Associate to the finance team to handle the increased demand of applicant activities related to banking, C&M and health insurance for all caseloads. HIAS also proposes the addition of an IT Security Officer, reporting to the IT Security Specialist. This addition will ensure appropriate back-up of IT security tasks for the RSC, which need to be properly segregated. This added role will be primarily responsible for documenting all NIST/FISMA related requirements under the oversight of the IT Security Specialist.

Program staff in Austria, Croatia, and Israel are cross-trained and responsible for completing multiple processes and steps throughout the cycle of a refugee application. A workload model based on indicators that expects staff to create up to four cases per day, conduct up to four pre-screening/pre-vetting interviews per day, and complete up to four case histories per day determines program staffing levels. For Cultural Orientation (CO), RSC staff hold one 3-day CO class each week during the fiscal year.

In addition to the tasks mentioned above, RSC Austria program staff are responsible for completing a number of activities in order to prepare a case for pre-vetting and arrival in the transit countries. Program Access staff create Lautenberg cases in START, review cases for eligibility, request Care & Maintenance (C&M) funds, schedule pre-vetting interview appointments, communicate with applicants, US Ties, and Resettlement Agencies (RAs), collect outstanding documents and update START, complete quality control process, schedule D Visa appointments via Austrian and Croatian online appointment systems, prepare applications for temporary stay in Croatia, collect applicant travel details and prepare applicants for arrival in Austria or Croatia.

3

After arrival, program staff in Croatia and Austria complete registration and pre-screening in START, complete quality control process, prepare cases for USCIS interviews, interpret for medical appointments with panel physicians, interpret for USCIS interviews, interpret for cultural orientation classes, communicate with external partners as necessary, and prepare refugees for departure to the US. Additionally, the program staff assist applicants with all logistics during their stays in Austria and Croatia, including scheduling all appointments and supporting any issues that may arise. For Croatia, HIAS highlights that RSC program staff additionally prepare and submit applications for biometric residency cards and state health insurance on behalf of the applicants.

In addition to casework, Israel program staff are responsible for updating acceptance to program tasks, completing multiple quality control processes, preparing cases for USCIS interviews, managing open hours for applicant inquiries, interpreting for USCIS interviews, interpreting for cultural orientation classes, communicating with external partners as necessary, managing all communication/scheduling/follow up with panel physician, managing and distributing travel reimbursements for applicants and preparing refugees for departure to the US. Additionally, program staff in Israel must support all departures at the airport.

HIAS has been thoughtful on the number of staff needed to depart efficiently and effectively the requested number of refugees in FY25. Having backup support within the team, particularly when it comes to Farsi and Tigrinya language skills, is important not to have any delays for USCIS interviews and other scheduled activities. HIAS recognizes that the amount of work necessary from the program team as it relates to START and Processing Guides is significant. Therefore, HIAS has factored in that all program staff need to spend on average two to three hours a week for team meeting and trainings.


Salaries:  For budgeting purposes, HIAS adjusts salaries at an average annual rate of 5% for Austria and 3% for Croatia and Israel, effective January 1, 2025. HIAS bases these inflation rates on local industry projections. HIAS benchmarks the salaries against similar organizations using tools and resources available through HIAS HQ. HIAS is currently analyzing its policies and procedures regarding compensation and has continued to establish title and grading structure in all country offices worldwide, including RSC Austria. The grade structure is on a 1-11 scale and HIAS grades positions according to the scope and complexity of the work.

HIAS updates salary scales of all countries on an annual basis according to an external benchmarking study. The main external provider is Birches, which focuses on the NGO sector and takes into consideration local staff salaries. HIAS establishes the salary scales in the local currency for base salaries before taxes. To define the mid-point of each grade salary band, HIAS positions itself in the 50th percentile from the external benchmarking study. Additionally, HIAS reviews inflation and cost of living indexes of each country prior to implementing a new annual salary scale.

An Organization Chart for RSC Austria is included in the NOFO submission package. Additionally, HIAS' established salary schedule, a Staffing Metrics Summary and Organizational Summary Table are included in Attachment A as additional tabs.

Per Diem Rates: HIAS bases per diem rates for lodging and M&IE on standardized current federal rates and modified by HIAS to reflect our policies and experience with reasonable costs for lodging, meals, and incidental expenses.

RSC Operating Costs: To achieve the 2,000 departure target for FY25, HIAS proposes an increase to operating costs to accommodate the required staffing and processing requirements. For this request, HIAS includes funds to rent larger offices in both Israel and Croatia due to the overall increase in staffing and processing numbers in both locations. Relevant increases to utilities, security, office supplies, computer hardware/software and furniture to accommodate this growth in these locations are included in this budget request. These increases ensure timely and program integrity compliant delivery of case processing services.

IT Security framework: HIAS includes expenses throughout this budget request to address the requirement for the RSC to maintain compliance with NIST/FISMA 800-53 moderate controls. Because of a PRM-led assessment against these controls in FY22, the budget includes funds for staffing, hardware, software, and physical alterations that allow the RSC to maintain compliance. Any costs associated with IT security framework remediation are not included in this budget, but funded separately through HIAS.

Negotiated Indirect Cost Rate Agreement (NICRA): Per HIAS' Negotiated Indirect Cost Rate Agreement with the federal government, HIAS charges indirect costs at the rate of 20.00% on modified total direct costs of the award, consistent with our NICRA.

Summary of Changes from FY2024

The section below provides a higher-level overview of the more salient points of the budget changes from FY24 to FY25.

1. Exchange Rate

   After the recovery of the Euro against US Dollar in the past year, RSC Austria's local currency has remained relatively volatile. Therefore, it was deemed appropriate to address inflation at a rate of 4% (except utilities at 10%) and use a current EUR/USD exchange rate of 1.10 (previous year: 1.09). HIAS uses the published exchange rate from OANDA.

2. Personnel & Fringe Benefits

   The budget in this category increased in FY24 because of restructuring the different areas of the RSC, as a result of the Iranian Lautenberg restart. In FY25 due to the increased departure target, HIAS proposes an increase in FTEs to meet the processing target of 2,000 departures (previous year: 1,000). HIAS includes a total of 65.79 FTE (previous year: 46.86) in the FY25 budget proposal.

3. Travel

   This proposal strives to include all international trips, which HIAS needs to achieve departure targets for FY25. In addition to all PRM-requested travel, this proposal includes prescreening, USCIS, and Cultural Orientation support trips between Austria, Croatia, and

Israel. In addition, trips are included for the RSC Refugee Program and Program Support staff between the three locations to ensure effective cooperation, monitoring, and oversight.

4. Equipment

In FY25, this category ensures the maintenance of and compliance with the NIST/FISMA requirements. These amounts correspond to update of certain equipment and installations in the new office spaces in Zagreb and Tel Aviv.

5. Supplies

HIAS carried out substantial purchases, particularly due to the opening of the sub-office in Croatia in FY24. However, the costs for FY25 are only slightly lower due to the increased staffing and processing activities.

6. Contractual

Increase to office cleaning contracts due to larger offices, security guards due to more applicant processing activities, as well as IT systems support contracts because of FY24 and FY25 purchases, including those for the new office spaces in Zagreb and Tel Aviv.

7. Other Direct Costs

With increased staffing and processing numbers, this proposal includes funds to rent larger offices in Zagreb and Tel Aviv, as well as increases to utilities, maintenance, communications, and bank fees.


**OVERVIEW OF RSC AUSTRIA'S STRUCTURE: Austria, Croatia and Israel combined**

Since FY24, the structure of RSC Austria is comprised of two departments: 1) Program Support and 2) Refugee Programs. The RSC Austria Director has oversight of the entire operation with support from two Heads, one for Program Support and the other for Refugee Programs. The supervisors of each team report to their respective Heads. This structure provides the management staff with an appropriate number of direct reports as well as allows for staff growth. In line with best practice, the RSC has no more than seven direct reports for each manager. HIAS proposes the following staffing to meet the processing targets for FY25 in Austria, Croatia, and Israel.

HIAS divides the Program Support department into teams led by the Human Resources Manager, the Finance Manager, the Office Management Specialist, the Refugee Data Manager, IT Security Specialist, and the Information Systems Manager reporting directly to the Head of Program Support.

A Human Resources Associate supports the Human Resources Manager. An Accounting Associate and two Administrative Associates support the Finance Manager. An Administrative Assistant and a Receptionist support the Office Management Specialist. A Refugee Data Associate, a Systems Solution Champion (SSC) and a Program Documentation Associate support the Refugee Data Manager. A Network & Systems Support Administrator supports the Information Systems Manager. An IT Security Officer supports the IT Security Specialist, who is responsible for NIST/FISMA maintenance and overall compliance with that framework. Both the IS Manager and IT Security Specialist report separately to the Head of Program Support.

Additionally, there are five Program Support staff based in Croatia. The Program Support Assistant Manager, the Finance Coordinator, two Administrative Associates, and the IT Officer. The Program Support Assistant Manager has a dotted reporting line to the Head of Program Support. Administration staff from HIAS' Country Office support the Israel sub-office.

The Refugee Programs Department includes refugee processing activity in Austria, Croatia, and Israel. HIAS further divides this department into teams, led by the Israel Program Manager, the Refugee Communications Manager, the Program Access Manager, the Austria Program Manager, the Croatia Program Manager, and the Cultural Orientation Manager. These positions all report to the Head of Refugee Programs.

The Israel Program Manager is responsible for all case processing activity in Israel, supported by a team, which includes the Israel Program Assistant Manager, the three Refugee Program Associates, the Program and Interpretation Assistant, and staff tasked with interpretation and childcare. The HIAS Israel Director provides on the ground senior level support for the staff in Israel, while the RSC Austria Director provides overall oversight to ensure compliance with PRM guidelines and outlined responsibilities.

The Refugee Communications Manager is responsible for all written and verbal refugee communication provided to refugee applicants, ensuring compliance with PRM communication guidelines. A team of one Refugee Communication Associate and three Refugee Communication Assistants who speak Farsi and Tigrinya will report to the Manager. This team will communicate with the refugee applicants using PRM-approved communication tools, providing case status updates, responding to inquiries, communicating appointment details, sharing information on the USRAP and corresponding with US Ties and Resettlement Agencies as appropriate.

The Program Access Manager is responsible for all Priority 2 (P2) Lautenberg case creation, pre-vetting, appropriate transit visa issuance, and assignment of cases to Croatia or Austria. This manager is supported by an Assistant Manager in this proposal. The process of granting temporary stay and D Visas for Croatia is labor intensive and requires up to five full time Farsi-speaking staff to achieve 100 visa requests per month. While the issuance of D Visas for Austria requires less steps, the D Visa scheduling process on the Austrian Government platform requires additional effort from previous practice prior to the restart and a total of three full time Farsi-speaking staff are required for this process. A team of Refugee Program Associates and Program and Interpretation Assistants supports the Program Access Manager.

The Austria Program Manager is responsible for all case processing activity for the Priority 2 (P2) Lautenberg Specter cases in Austria. A Refugee Program Associate and a team of Program and Interpretation Assistants support the manager.

The Croatia Program Manager is responsible for the overall management of case processing activity for the Priority 2 (P2) Lautenberg Specter cases in Croatia as well as the required administrative support. A Refugee Program Assistant Manager, two Refugee Program Associates and a team of Program and Interpretation Assistants support the manager for all case processing activities. A Program Support Assistant Manager in Croatia is added to the FY25 proposal to ensure sufficient administrative oversight in the sub-office. The Program Support team in Croatia includes finance, reception, general services and IT functions. This Program Support team spends significant time responding to Croatian Government requirements related to receiving and retaining temporary residency for applicants transiting Croatia.

The Cultural Orientation Manager is responsible for the management of the CO interpreters as well as the maintenance and development of the curriculum with support from the full-time CO Trainer based in Croatia and the part-time CO Trainer based in Austria. The CO Manager will provide CO classes to all Israel-based refugee applicants in FY25.

**Main Office: VIENNA, AUSTRIA**

The Austria office continues to serve as the main office of the RSC Austria, with staff taking the primary responsibilities for managing the Lautenberg caseload in Iran prior to arrival in either Austria or Croatia as well as taking the lead on all issues related to program support.

It is noteworthy that the Refugee Communications and Program Access teams must remain in Austria, regardless of departure targets for Lautenberg cases through Austria or Croatia, due to the difficulty in staffing Farsi-speaking positions in Croatia.

**AUSTRIA Line-Item Budget Narrative:**

**PERSONNEL - $2,522,831**

The budget includes the salaries for one international staff, in addition to locally hired staff in Austria, as well as the allowances for the international staff. HIAS proposes a total of 39.02 FTEs for FY25 for the RSC, which is an increase of 11.05 FTE from FY24 levels. At this staffing level, RSC Austria's main office has the human resources necessary to depart 300 individuals through Austria and support the processing activities for another 900 departures through Croatia and 800 departures through Israel. The Austria office continues to serve as the main office of RSC Austria, with staff taking the primary responsibilities for managing the Lautenberg caseload in Iran prior to arrival in either Austria or Croatia as well as taking the lead on all issues related to program support. Furthermore, this budget includes the layers of management and improved structure according to geography and function implemented in FY24. Finally, this budget also provides the required administration and IT support for the RSC work, including the ongoing maintenance of NIST/FISMA 800-53 controls.

For budgeting purposes, HIAS adjusts salaries at an average annual rate of 5% for Austria, effective January 1, 2025. HIAS bases these inflation rates on local industry projections. For more details, refer to the Key Assumptions section above.

PROGRAM SUPPORT DEPARTMENT

This department is responsible for overall program oversight, support, direction, and adherence to the terms of the Cooperative Agreement and other policy directives from PRM for the processing of the caseload in Austria, Croatia, and Israel. This team consists of Human Resources, Finance, Office Management, Refugee Data, Information Systems, and IT Security staff.

*Senior Leadership*

***International Hire – 0.87 FTE total; $147,897***

- *RSC Director - 0.87 FTE (headcount: 1); $147,897.* The RSC Director is responsible for the daily operations of the RSC and ensures total compliance with the Cooperative Agreement. The Director represents the RSC to local and international partners. The remaining 0.13 FTE is comprised of 0.11 FTE charged to HIAS HQ and 0.02 FTE to IOM's Cultural Orientation Abroad program.

### *Local Hire – 2.00 FTE total; $282,630*

- *RSC Heads of Departments.* The RSC Heads of Departments are responsible for supporting the daily operations of the RSC and working with the Director to ensure compliance with the Cooperative Agreement.

  - *Head of Refugee Programs - 1.00 FTE (headcount: 1); $141,315.* The Head of Refugee Programs oversees all the Program teams in all locations and caseloads.

  - *The Head of Program Support - 1.00 FTE (headcount: 1); $141,315* The Head of Program Support oversees all Program Support teams as the focal point for risk, data protection, NIST controls, and program compliance, as well as adhering to local laws and regulations.


<u>Program Support: Administration</u>

This working group is comprised of administration staff who handle finance, human resources, office management, procurement, reception, and other program support functions for the entire RSC.

### *Local Hire – 8.15 FTE total; $460,065*

- *Human Resources Manager – 1.00 FTE (headcount: 1); $77,496.* The HR Manager is responsible for all HR aspects, such as recruitment, on- and off-boarding of staff, overseeing training, ensuring compliance with all HR policies, and other administrative duties.

- *Finance and Accounting Manager – 0.90 FTE (headcount: 1); $81,459.* The Finance and Accounting Manager is responsible for all financial management and accounting issues for the RSC. The manager oversees financial systems for the program, monitors burn rates and tracks expenditures against budgets. This staff member works closely with the accounting staff and HIAS headquarters to ensure timely submission and accurate documentation of financial data.

- *Office Management Specialist – 1.00 FTE (headcount: 1); $57,519.* The Office Management Specialist is the Health, Safety & Security, and travel focal point. This role coordinates security in the office and communication/scheduling between the program and program support teams. This role is also responsible for procurement, petty cash, and visitor management oversight.

- *Administration Staff.* These FTEs represent the staff supporting the HR, Finance, Accounting, and Office Management functions:

  - *HR Associate – 1.00 FTE (headcount: 1); $46,254.* The HR Associate coordinates time and vacation management, staff policies and training, recruitment support;

9

- *Accounting Associate – 0.75 FTE (headcount: 1); $36,912.* The Accounting Associate coordinates maintains financial account entries and ensuring that all proper financial and programmatic documentation related to expenditures is submitted and filed;

- *Administrative Associate– 1.50 FTE (headcount: 2); $75,420.* The Administrative Associate completes refugee applicant health insurance management, expenditure tracking and burn rate monitoring support, payroll and monthly closing support;

- *Administrative Assistant– 1.00 FTE (headcount: 1); $44,418.* The Administrative Assistant provides purchasing support, office maintenance and repairs, reception back-up, and fixed funds management;

- *Receptionist– 1.00 FTE (headcount: 1); $40,587.* The Receptionist checks in visitors and refugee applicants while ensuring reception SOPs are followed, and manages all visitors and applicant activity calendar.

*Program Support: Refugee Data*

This team focuses on compliance with program guidance, START reporting, Standard Operating Procedure (SOP) maintenance, and ensuring data integrity for the entire RSC.

***Local Hire – 4.00 FTE total; $216,519***

- *Refugee Data Manager: 1.00 FTE (headcount: 1); $77,496.* The Refugee Data Manager ensures overall compliance with program guidance, oversees data integrity, prepares the annual and quarterly program reports and ensures staff compliance for all non-HR policies. This position also takes the lead on all MEAL initiatives as well as tracking progress for the Objectives & Indicators for FY25.

- *Program and Data Integrity Staff* are responsible for SOP and processing guide updates, program-related training, as well as creating and managing reports.

  - *Refugee Data Associate - 1.00 FTE (headcount: 1); $51,933.* The Refugee Data Associate supports the Refugee Data Manager on all START reporting in Tableau by ensuring program compliance and data integrity. This Associate additionally provides the management team with daily, weekly and monthly reports to map and track case processing activities.

  - *System Solution Champion (SSC) - 1.00 FTE (headcount: 1); $46,254.* This staff ensures that RSC Austria START users apply all START procedures, PRM Program Announcements, GitHub posts, and the USRAP manual consistently through trainings, information sharing and feedback.

  - *Program Documentation Associate – 1.00 FTE (headcount: 1); $40,836.* The Program Documentation Associate is responsible for updating all START Processing Guides for the RSC as well as ensure that updates from Program Announcement, GitHub posts and other sources are reflected in the RSC's documentation. This individual is also the focal point for GitHub questions and responses at the RSC.

*Program Support: Information Systems*

This team is a part of the Program Support Department and is comprised of the Information Systems Manager, the IT Security Specialist, the Network & Systems Support Administrator, and the IT Security Officer. IT staff in Croatia and Israel further support the IT team on the ground in these two sub-offices. Staff in this unit are responsible for the maintenance and management of all RSC computer equipment, Internet communications, and electronics. Another major component of the IT staff's responsibilities is to ensure compliance with all US Government and HIAS policies related to data protection and system design. In FY25, HIAS is responsible for maintaining adherence to the NIST/FISMA 800-53 controls at the RSC. The IT staff are proficient with Server/Client, network, mail servers, databases, security, and management.

To ensure that HIAS remained competitive within the IT market to retain qualified individuals, the organization, in October 2023, underwent a benchmarking and grade structure exercise with an outside benchmarking company (Mercer). During this process, the benchmarking data revealed that IT positions were competitive in the Austrian market. It showed that IT positions, especially with either ISO or NIST experience, were coming in higher in the market compared to other jobs that fell within the same grade. Given this, HIAS worked with the benchmarking company to ensure that the RSC had compensation ranges within each grade that would allow the RSC to hire and retain IT staff more aggressively within their respective salary scale of their grade. Moreover, in order to ensure that the current IT team, with the appropriate skill set, remains, HIAS has not only offered competitive compensations but has also provided competitive staff development opportunities and benefits that fall outside of base compensation, particularly learning and development opportunities for IT staff. In addition, RSC IT staff receives constant technical and development support through HIAS HQ's IT Department and participates in HIAS flextime scheme which assists with retention. Overall, IT hiring worldwide is very competitive and finding talented individuals for the teams is a top priority for HIAS.

### *Local Hire – 4.00 FTE total; $348,315*

- *Information Systems Manager – 1.00 FTE (headcount: 1); $103,857.* The Information Systems Manager is responsible for all RSC IT functions, including START support, communication systems, data integrity, NIST compliance, IT security, and equipment.

- *Network & Systems Support Administrator – 1.00 FTE (headcount: 1); $63,909.* The Network & Systems Administrator works closely with the IS Manager to monitor, manage and develop the organization's network infrastructure and implement additional security levels based on international standards, as well as provide timely and professional systems support to users at the hardware and software level, and to maintain a fit-for-purpose and secure technical operating environment. As this position was filled in mid-June 2024, this updated budget submission includes the actual salary for this staff.

- *IT Security Specialist – 1.00 FTE (headcount: 1); $103,857.* The IT Security Specialist is budgeted at the request of PRM. This dedicated system security staff member has an understanding of the NIST framework and acts as the point person on all RSC information security management systems issues. This individual takes the lead on ensuring RSC

Austria compliance with NIST. The salary for this role is in line with industry standards based on consultations with HIAS' IT department.

- *IT Security Officer – 1.00 FTE (headcount: 1); $76,692.* The IT Security Officer supports the IT Security Specialist by updating security framework documentation (policies and procedures), ensuring that changes are applied in a timely manner and tracking time sensitive requirements required by the security framework.


REFUGEE PROGRAMS DEPARTMENT

HIAS outlines the details of the work of each program team in this department based in Austria below.

*Refugee Communications Team*

HIAS proposes a total of 5.00 FTEs in this unit for FY25. This team is a new addition to RSC Austria in FY25 and is headed by a Refugee Communications Manager. All staff in this team are proficient in using e-mail, PCs, and Microsoft Windows applications and START. The staff of this team are fluent in Farsi and Tigrinya, which are the primary languages spoken by the caseload served by RSC Austria.

This team is responsible for all written and verbal refugee communication with refugee applicants, US Ties, Resettlement Agencies and other entities. This team additionally manages the Open Hours in each RSC Austria office. By consolidating refugee communications at the RSC, HIAS ensures that RSC staff apply all PRM guidelines relating to communication consistently and in line with AAP protocols. This communication includes the following:

- Responding to written refugee inquiries
- Answering phone inquiries
- Managing all communication to refugee applicants on upcoming D Visa activity for Lautenberg cases
- Managing all communication to refugee applicants on their Croatian temporary stay applications
- Communicating all appointment details for all caseloads in all locations
- Running Open Hours in all locations
- Sharing information on Care and Maintenance procedures
- Providing information on daily life in the transit locations, particularly when issues arise such as medical concerns

This team will use call center technology in FY25 to additionally track inquiries and respond in a timely manner, ensuring compliance with Objectives & Indicators targets. The team will take the lead on branding and external signage.


***Local Hire – 5.00 FTE total; $249,342***

- *Refugee Communications Manager – 1.00 FTE (headcount: 1); $79,644.* The Refugee Communications Manager is responsible for all written and verbal refugee communication

at RSC Austria, ensuring compliance with all PRM guidelines. The manager takes the lead on the development of all informational materials, templates, signage and branding.

- *Refugee Communications Associate – 1.00 FTE (headcount: 1); $47,937.* The Refugee Communications Associate acts as the backup for the Manager on all refugee communication. The Associate takes the lead on responses to unique inquiries in addition to their daily communications workload described above. This position also act as focal point for all communication and inquiries from the RAs for the P2 Lautenberg caseload in Iran, including correspondence and follow up related to the digital RIF upload process.

- *Refugee Communications Assistants – 3.00 FTE (headcount: 3); $121,761.* The Refugee Communications Assistants focus on responding to all written and verbal inquiries from refugees, US Ties and partners in additional to the tasks listed above. Inquiries received from the RA's which relate to case status updates, case composition changes and updated biographic information are handled by these staff members. These positions also manage refugee applicant communication and ensure compliance with Accountability for Affected Populations (AAP) protocols.

### *Program Access Team*

HIAS proposes a total of 10.00 FTEs in this unit for FY25. All staff in this team are proficient in using e-mail, PCs, and Microsoft Windows applications and START. This team responds to the needs of the Lautenberg caseload in Iran, from case creation to visa issuance. There is a current backlog of more than 13,000 individuals in Iran who have applied to the Iranian Lautenberg program.

It is noteworthy that the Program Access team must remain in Austria, regardless of departure targets for Lautenberg cases through Austria or Croatia, due to the difficulty in staffing Farsi-speaking positions in Croatia. Additionally, the Program Access team manages the entire process prior to arrival in either of the processing countries, while applicants are still in Iran.

The work of this team is as follows:

- Receiving documentation submitted by US Ties/RAs via digital upload
- Maintenance of cases in the Iranian Lautenberg pipeline
- Managing incomplete and rejected applications in line with PRM guidance
- Processing requests for withdrawing applications
- Processing case transfers between RAs or affiliates
- Incomplete application follow-up

Case Creation

- Creation of cases in START from Refugee Information Forms (RIFs) received electronically
- RIF application audit
- Determining case eligibility

Program Access processing

- Conducting remote pre-vetting interviews
- Requesting and tracking security check requests
- Requesting and tracking Care & Maintenance funds deposits
- Coordinating visa issuance and temporary stay approvals for both Austria and Croatia (HIAS provides further details of this process in the executive summary of this document).

### *Local Hire – 10.00 FTE total; $489,981*

- *Program Access Manager – 1.00 FTE (headcount: 1); $84,684.* The Program Access Manager is responsible for all processing activities of the Iranian P2 Lautenberg caseload in Iran as well as ensuring compliance with all PRM, START and HIAS guidelines. This individual is responsible for coordinating with resettlement agencies and other partners. A large part of this individual's responsibilities centers around the issuance of temporary stay and D Visas for Austria and Croatia.

- *Program Access Assistant Manager – 1.00 FTE (headcount: 1); $63,909.* The Program Access Assistant Manager is a new role for FY25. This position supports the Program Access Manager to provide direct oversight of the Program Access team as well as acts as the backup for the Manager. This position ensures compliance with all guidelines. The Assistant Manager works with the Manager to resolve complex case situation in addition to managing daily targets for the Program Access team.

- *Refugee Program Associates – 2.00 FTE (headcount: 2); $95,874.* The Refugee Program Associates provide leadership to the team of program assistants by acting as a point person for complex cases in Iran in the stage of processing prior to arrival in the transit country. These positions leads eligibility review by providing analyses to management of cases requiring further action. The Associates conduct the activities listed above.

- *Program and Interpretation Assistants – 6.00 FTE (headcount: 6); $245,514.* The Program and Interpretation Assistants cover all the responsibilities listed above, including entering new case information into START and translating information from Farsi to English. The team conducts pre-vetting interviews directly in Farsi and/or Armenian and Arabic and enter required biographical information into START. HIAS anticipates that this team spends approximately 50% of their time and effort coordinating the D Visa and temporary stay requests, schedules and issuances with the governments of Austria and Croatia.

### <u>Austria Program Team</u>

HIAS proposes a total of 5.00 FTEs in this unit for FY25. All staff in this team are proficient in using e-mail, PCs, and Microsoft Windows applications and START. This unit is responsible for all the processing steps for the caseload upon arrival in Austria. This team assists with the finalization of prescreening, supports all USCIS activity and organizes all required out-processing steps. The work of the team includes interpretation for all interviews. The staff of this team also provide day-to-day support to the caseload as they transit Vienna. The scope of this team also includes the processing of Afghan and Iraqi P2s cases in Austria.

The work of this team is as follows:

14

- Gathering and updating the applicants' biographical information into START
- Completing the pre-screening interview
- Receiving and quality checking medical results
- Maintaining records for USCIS review and decisions
- Monitoring USCIS approvals into START and requesting assurances
- Tracking cases pending decisions from USCIS
- Tracking security clearances needed for further processing
- Coordinating flights with IOM after requesting in START
- Dealing with cases that require special handling (such as medical cases or cases with issues with local authorities)
- Ensuring compliance with all US Government, START and HIAS policies, particularly relating to program and data integrity.

### *Local Hire – 5.00 FTE total; $257,073*

- *Austria Program Manager – 1.00 FTE (headcount: 1); $79,644.* The Austria Program Manager is responsible for all processing activities of the Iranian P2 Lautenberg caseload while in Austria as well as ensuring compliance with all PRM, START and HIAS guidelines. This individual is responsible for coordinating with partners such as USCIS, Panel Physician and IOM.

- *Refugee Program Associate – 1.00 FTE (headcount: 1); $47,937.* The Refugee Program Associate provides leadership to the team of program assistants by acting as a point person for complex cases in the Iranian P2 Lautenberg Program in transit in Austria, as well as takes the lead on managing of cases that require extra attention, such as medical cases.

- *Program and Interpretation Assistants – 2.00 FTE (headcount: 2); $83,238.* The Program and Interpretation Assistants cover all the responsibilities listed above, including entering new case information into START, interpreting for CO, and translating information from Farsi to English. The team conducts prescreening interviews directly in Farsi and/or Armenian and Arabic and enters required biographical information into START. They perform all out-processing activities in START, including assurance requesting, medical data quality checking and flight coordinating as well as any updates related to USCIS activity for cases in Austria.

- *Program Assistant and CO Trainer – 1.00 FTE (headcount: 1); $46,254.* The Program Assistant and CO Trainer fulfills the duties of the Program Assistant role listed above as well as provides CO training to applicants in Vienna under the supervision of the CO Manager.

### ALLOWANCES

The international staff in Austria receive housing and education allowances, as well as home leave (under the Travel category).

- *Housing/Utilities - $22,720 –* These funds provide housing funds for the international staff per HIAS policy.

- *Education - $33,289* – HIAS calculates the education allowance for one child of the international staff per HIAS policy.

HIAS proposes a relocation bonus as an incentive for Farsi speakers willing to relocate to Zagreb, Croatia.

- *Relocation - $15,000* – These funds represent $5,000 relocation bonus for three Farsi speakers to Croatia. This amount includes support for tax filings in the first year, in line with HIAS' policies.

## FRINGE BENEFITS - $742,364

*International Hire* - $51,186. This amount represents 30% of the total annual salary and benefits for the RSC Director. These amounts include medical insurance, local Austrian taxes, pension, and other U.S. and Austrian government requirements.

*Austria Local Hire* - $691,178. This amount represents 30% of the total annual salary for all 38.15 FTE locally hired staff. These amounts include medical and accident insurance (7%), local Austrian taxes (5%), pension (13.1%), unemployment (3.4%), and severance (1.5%).

## TRAVEL - $98,406

For all regional and international travel, HIAS calculates costs based on a survey of current airfares (or long-distance bus fares, when applicable) and hotel rates for each destination. For airfare, the rate is for flights with no more than one connection with a reasonable layover time on U.S. or EU-based carriers whenever possible, to comply with the provisions of the Fly America Act. For hotels, rates are on average for three or four-star accommodation in or near the city center. Per diem rates for meals and incidentals are set at 75% of the Federal Foreign Per Diem rates for the United States for travel outside of Austria and the US, and 50% for the first and last days of travel. Also included in the travel calculation are airport transfers (taxi, car service, and bus), excess baggage rates for the transportation of files and equipment, as needed, as well as visa-related travel costs. All travel complies with HIAS' Global Travel Policy.

### *In Country*

*Case Processing* - $168. These funds represent the cost of local travel within Vienna for delivering travel packets, travel to/from medicals to accompany applicants, when needed.

- 14 trips x $12/trip = $168

*Support/Admin* - $120. These funds represent the cost of local travel by taxi within Vienna for meetings with partners, such as embassy, IOM and the panel physician.

- 10 trips x $12/trip = $120

### *Regional*

16

Regional travel consists of thematic support, management oversight and monitoring visits. The cost details for these travels are as follows:

*Case Processing* - $9,064. These funds represent the cost of regional travel to support case processing, when needed.

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Air/Bus fare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Austria Program Team to Zagreb | 5 | 1 | 8 | $1,192 | $240 | $616 | $4,104 | $2,912 | **$9,064** |

*IT Systems* - $16,922. These funds represent the cost of regional travel for IT/NIST compliance and projects implementation in the sub-offices.

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Air/Bus fare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| RSC Austria IT Manager to Tel Aviv | 5 | 1 | 2 | $916 | $300 | $440 | $2,040 | $1,366 | **$5,062** |
| RSC Austria IT Manager to Zagreb | 5 | 1 | 4 | $596 | $120 | $308 | $2,052 | $1,456 | **$4,532** |
| RSC Austria IT Security Specialist to Tel Aviv | 5 | 1 | 2 | $916 | $300 | $440 | $2,040 | $1,366 | **$5,062** |
| RSC Austria IT Security Specialist to Zagreb | 5 | 1 | 2 | $298 | $60 | $154 | $1,026 | $728 | **$2,266** |

*Management* - $36,307. These funds represent the cost of regional travel for management oversight of activities in the sub-offices.

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Air/Bus fare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| NIST/FISMA Audit | | | | | | | | | |
| RSC Austria Director to Tel Aviv/Zagreb | 7 | 1 | 1 | $1,236 | $330 | $495 | $1,915 | $573 | **$4,549** |
| Monitoring | | | | | | | | | |
| RSC Austria Director to Tel Aviv | 7 | 1 | 1 | $458 | $150 | $220 | $1,530 | $956 | **$3,314** |
| RSC Austria Director to Zagreb | 4 | 1 | 6 | $894 | $180 | $462 | $2,310 | $1,746 | **$5,592** |
| Support, Training, & Monitoring | | | | | | | | | |
| RSC Austria Head of Refugee Programs to Tel Aviv | 5 | 1 | 2 | $916 | $300 | $440 | $2,040 | $1,366 | **$5,062** |
| RSC Austria Head of Refugee Programs to Zagreb | 5 | 1 | 2 | $298 | $60 | $154 | $1,026 | $728 | **$2,266** |
| RSC Austria Head of Program Support to Tel Aviv | 5 | 1 | 2 | $916 | $300 | $440 | $2,040 | $1,366 | **$5,062** |

17

| | No. of Days *incl. transit | No. of Travelers | No. of Trips | Air/Bus fare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| RSC Austria Head of Program Support to Zagreb | 5 | 1 | 2 | $298 | $60 | $154 | $1,026 | $728 | **$2,266** |
| RSC Austria Finance Manager to Tel Aviv | 5 | 1 | 1 | $149 | $30 | $77 | $513 | $364 | **$1,133** |
| RSC Austria Finance Manager to Zagreb | 5 | 1 | 2 | $298 | $60 | $154 | $1,026 | $728 | **$2,266** |
| RSC Austria HR Manager to Tel Aviv | 5 | 1 | 1 | $458 | $150 | $220 | $1,020 | $683 | **$2,531** |
| RSC Austria HR Manager to Zagreb | 5 | 1 | 2 | $298 | $60 | $154 | $1,026 | $728 | **$2,266** |

*Program Integrity* - $7,328. These funds represent the cost of regional travel for START support, training and monitoring in the sub-offices.

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Air/Bus fare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| RSC Austria Refugee Data Manager to Tel Aviv | 5 | 1 | 2 | $916 | $300 | $440 | $2,040 | $1,366 | **$5,062** |
| RSC Austria Refugee Data Manager to Zagreb | 5 | 1 | 2 | $298 | $60 | $154 | $1,026 | $728 | **$2,266** |

*Support/Admin* - $731. These funds represent the cost of regional travel for office management support in the Croatia sub-office.

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Air/Bus fare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Austria Office Management Specialist to Zagreb | 3 | 1 | 1 | $149 | $30 | $77 | $257 | $218 | **$731** |

## International Travel

International travel consists of the international trips requested by PRM and thematic support and monitoring.

*Travel requested by PRM*

At the request of PRM, HIAS includes funds for one SSC trip (1 participant), one Reporting Working Group trip (2 participants), one Director's Workshop trip (2 participants), one CO Leadership Workshop (1 participant), and one CO Provider's Workshop (1 participant):

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Airfare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| SSC Workshop (START) - Middle East | 5 | 1 | 1 | $686 | $150 | $165 | $726 | $383 | **$2,110** |
| Reporting Workshop - Rosslyn, VA | 7 | 2 | 1 | $2,288 | $400 | $550 | $3,096 | $1,106 | **$7,440** |
| RSC Director's Workshop - Rosslyn, VA | 6 | 2 | 1 | $2,288 | $400 | $550 | $2,580 | $948 | **$6,766** |

18

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CO Leadership Meeting - Silver Spring, MD | 6 | 1 | 1 | $1,144 | $200 | $275 | $1,290 | $474 | **$3,383** |
| CO Provider's Workshop - Silver Spring, MD | 7 | 1 | 1 | $1,144 | $200 | $275 | $1,548 | $553 | **$3,720** |

*Other International Travel: Home Leave (Personnel)* A total of $4,347 is included to cover 95% of airfare and related costs for international hire plus three family members per HIAS policy.

HIAS details the HQ monitoring travel costs under the HQ Oversight section.

## EQUIPMENT - $75,959

*Non-Expendable Equipment (acquisition cost $5,000 or more) - $75,959*

*Furniture & Equipment* - $7,722. HIAS requests funds for the acquisition of an emergency shut off system, which is a requirement from PRM to have a kill switch in the event that IT staff cannot shut down systems in the usual manner during an emergency.

Although this budget line item totaled $0 in FY24, the purchase of the aforementioned shut off system requires this inclusion in FY25.

*Computer Hardware* - $68,237. HIAS requests funds for the acquisition of the following:

- Two network UPS ($13,147) needed for backup power and safe shutdown in case of prolonged power failure. This is a requirement for NIST/FISMA as a part of the business continuity plan. The two network uninterrupted power supplies (UPS) replace the current UPS in the Austria server room, with upgraded monitoring features.

- One computer-to-computer (C2C) backup solution for MS Office 365 ($7,306) to mitigate risk due to data loss in support of our migration to MS Office 365. This is necessary for compliance along with the offsite data storage requirement, as a part of NIST/FISMA.

- Two HA (High-Availability) Firewalls ($21,120) to be configured in High-Availability cluster. This is needed for implementation of redundancy that supports our business continuity plan in the case of a faulty firewall.

- Two Servers (Domain Controller) upgrade ($15,312) are a NIST/FISMA requirement. They are replacement servers for primary and secondary Domain Controller with upgraded feature that supports FIPS-validated encryption.

- Two Cisco Switches ($11,352) are necessary to ensure business continuity and stability. One will replace a non-compliant switch and the second is a cold spare to be swapped in case of emergency.

**SUPPLIES – $191,058**

*Office supplies:* $9,460. Costs for general office supplies, based on historical usage, such as paper, file folders, printing supplies, and other general supplies incl. hand/surface sanitizers and document shredding.

- Printing supplies: 12 months x $201/month = $2,412
- Office materials: 12 months x $351/month = $4,208
- Kitchen supplies: 12 months x $85/month = $1,024 (only non-food items, e.g. dishwasher tabs, detergent, paper towels)
- Cleaning supplies: 12 months x $82/month = $984
- PII shredding: 8 months x $104/month = $832

*Expendable Equipment*

*Furniture & Equipment:* $2,640. These funds are included for an upgrade of the Austria office surveillance system. This project is for refreshing our current CCTV system to comply with NIST/FISMA requirement. HIAS plans to replace some components, as IT staff could not upgrade these components to meet compliance standards. The project includes a review of the current coverage points, a replacement of the CCTV cameras (including other components) and secure configurations for CCTV in the Vienna office.

Although this budget line item totaled $0 in FY24, the purchase of the aforementioned upgrade to the surveillance system requires this inclusion in FY25.

*Computer Hardware:* $36,036. These funds are included for replacement of old laptops nearing the end of service life (10 laptops x $1,716 = $17,160), as well as laptops for new staff (11 laptops x $1,716 = $18,876).

*Other Expendable Items*

*Furniture and Equipment:* $6,140. HIAS proposes these funds to purchase sets of desks and chairs for new staff (8 sets x $597 = $4,776) and other small furniture for the office and classrooms ($1,363).

*Computer Hardware:* $25,741. These funds are included for YubiKeys 5 FIPS (40 tokens x $158 = $6,336), as well as computer peripherals for new staff: computer monitors (11 pairs x $528 each = $11,616), docking stations (11 units x $330 = $3,630), mice and keyboards (16 sets x $72 = $1,162, incl. spares), headsets (16 units x $105 = $1,690, incl. spares), signature pads (3 units x $435 = $1,307).

## *Software*

*Computer Licenses:* $111,041. The funds requested are for programs required for regular staff use and IT management. HIAS proposes the purchase of software to include renewals and new purchases of the following software to meet demand with increased staff and to remain compliant with START, NIST/FISMA controls and program integrity requirements.

Products:

| | |
|---|---|
| PaloAlto (2 licenses) | 6,600 |
| Veritas Netbackup | 3,828 |
| ESET Mail security | 1,320 |
| Adobe (60 licenses) | 15,840 |
| Rapid 7 | 8,712 |
| 3CX | 1,452 |
| ME SDP | 11,088 |
| SSL and hosting, EasyDmarc (2 licenses) | 2,970 |
| ME Log 360 | 7,920 |
| ME AD Audit+ | 5,544 |
| Zoom for communications with applicants (10 licenses) | 3,960 |
| Camtasia Screen Recorder for trainings (2 licenses) | 924 |
| ME ADMAN | 3,828 |
| ME AE | 2,904 |
| ManageEngine DC10 | 10,032 |
| Zoom for management | 4,752 |
| Vizito (VMS) | 3,406 |
| Ispring (LMS) | 3,421 |
| CMR ticketing software solution for communications with applicants | 5,280 |
| Other (price increases and additional licenses) | 7,260 |
| *Total* | *$ 111,041* |

*unless otherwise noted, one license for each product

## CONTRACTUAL SERVICES - $190,586

### *Building Maintenance*

*Cleaning and Maintenance:* $46,176. This amount reflects the cost of the office-cleaning contract, based on actual expenses. 4.5 hours of cleaning per day is included.

### *Security*

*Security Guard*: $78,540. HIAS requests this amount to contract a security guard from G4S to provide extra support at the RSC during anticipated refugee applicant activity. These funds cover security guard services 5 days per week, 6.5 hours per day, excluding weekends and holidays. A security guard is required during all planned refugee applicant activity. HIAS HQ also has a policy that the organization uses an external security company in lieu of HIAS/RSC staff acting in a security guard capacity.

21

*IT Security*

*IT Service Level Agreements*: $37,158. This cost refers to expenses related to services required for systems support contracts ($19,800), Cisco support for switches renewal ($4,158) and unforeseen software support ($13,200).

*Review of communications digital security*: $20,000. These funds will cover a review of communications between RSC Austria and Iran that includes validation of its compliance within FISMA 800-53, recommendations to enhance secure communications and/or meet compliance requirements and report summarizing findings. This exercise was requested by PRM in the HIAS RSC Austria Negotiation Letter of Aug 7th, 2024.

*Offsite backup storage*: $8,712. This cost refers to secure offsite storage of backup tapes.

**CONSTRUCTION - $0**

**OTHER DIRECT EXPENSES - $527,177**

*Space Rental*: $238,460 HIAS requests this amount to cover the cost of rent in Austria. The rent reflects the cost of the entire work site, which includes interview rooms, waiting areas, classrooms, meeting rooms and storage space. The space is convenient to refugee applicants in Austria and has been RSO-approved. HIAS bases the budgeted amount for FY25 on current actual costs.

*Utilities*: $152,344. Based on historical costs, determined by the property owner per square meter and based on verified annual consumption. Includes heat and electricity, plus common building charges.

*Maintenance and Repairs* - $13,408. These costs reflect the need for service contracts for the time system ($8,120), air conditioners ($3,398), fire extinguishers ($240) and unexpected minor repairs ($1,650).

*Communication:*

*Telephone/Fax/Internet:* $88,336 is budgeted to cover the costs of telephone/voice over internet protocol (VOIP) ($38,776), mobile ($19,644), and Internet ($21,864) communications, as well as mobile phones (10 units x $805 = $8,052). These services are required to run START and email. The cost reflects programmatic communication in Iran and the US, to contact applicants and their US Ties. HIAS provides management staff and staff with certain external communication responsibilities with an RSC-issued mobile device. All costs including devices and monthly costs are included in the budget estimates.

*Postage/Courier:* $328. Postage and courier expenses are included for mailing paperwork and equipment, including to Croatia and Israel offices.

22

*Leased Equipment:* $9,148. These costs are budgeted for the leasing of four NIST-compliant multi-functional printers.

*Insurance*:  $2,265. These funds cover comprehensive building insurance for the RSC space, including fire, theft, water damage and liability.

*Other direct costs Austria:*

*Other Professional Fees:*  $6,000. These funds cover legal expenses relating to work permits and contracts, including legal fees ($1,000), lawyer's fees ($4,000) and legal documents ($1,000).

*Staff Development:* $10,000. These funds are included to provide required employee safety training for staff per Austrian local law. In addition, staff receive specialized IT security and other professional development trainings.

*Bank Charges:* $6,888. These requested fees reflect the estimated incurred bank fees in Austria.

**TOTAL DIRECT COSTS - $3,346,962**

**INDIRECT COSTS - $854,485** HIAS has a Negotiated Indirect Cost Rate Agreement (NICRA) of 20.00%, which HIAS applies on all direct costs except for equipment valued equal to or over $5,000.

HIAS applies this 20% rate to a modified total direct cost of $4,272,421.

**TOTAL PROJECT COSTS in AUSTRIA - $5,202,865**

**Sub-Office: ZAGREB, CROATIA**

The Croatia sub-office started operations in December 2023 with the onboarding of its first staff. The first Lautenberg applicants arrived in January 2024.

**CROATIA Line-Item Budget Narrative:**

**PERSONNEL - $714,891**

The budget includes the salaries for all locally hired staff in Croatia. HIAS proposes a total of 15.70 FTEs for FY25 for the RSC, which is an increase of 5.30 FTE from FY24 levels. At this staffing level, RSC Austria has the human resources necessary to depart 900 individuals through

Croatia, with supplemental programmatic support including communications and pre-arrival processes provided by the main office in Austria. This budget provides the required administration and IT local support for the RSC work, with oversight by the management team based in Austria.

PROGRAM SUPPORT DEPARTMENT

The Program Support department in Croatia provides local support to the Program staff based in the Croatia sub-office. The team is comprised of administration staff who handle finance, office management, reception, IT, and other administrative functions.

*Local Hire Croatia – 4.70 FTE total; $252,798*

- Program Support Assistant Manager – *1.00 FTE (headcount: 1); $67,557.* The Program Support Assistant Manager takes the lead on all administrative tasks for the Croatia sub-office, providing back up and support to the Croatia Program Manager. The responsibilities of this role includes supervision of all financial activities, oversight for HR tasks, office security and the daily running of the sub-office. This is a new role for FY25.

- *Finance Coordinator – 0.90 FTE (headcount: 1); $58,029.* The Finance Coordinator is responsible for the day-to-day financial operations in the Croatia sub-office, including recording financial transactions and ensuring that all proper financial and programmatic documentation related to expenditures are submitted and filed, as well as supporting local payroll and taxes.

- *Administrative Associate – 1.80 FTE (headcount: 2); $72,378.* The Administrative Associate supports payments, travel for staff between locations, local HR needs, petty cash, and purchasing. Tasks include making payments on behalf of applicants for residency fees and mandatory state health insurance.

- *IT Officer – 1.00 FTE (headcount: 1); $54,834.* The IT Officer provides help desk support to all locations and local network/system support, ensuring compliance with all PRM and HIAS guidelines.

REFUGEE PROGRAMS DEPARTMENT

HIAS proposes a total of 10.00 FTEs in this unit for FY25. All staff in this team are proficient in using e-mail, PCs, and Microsoft Windows applications and START. This unit is responsible for all the processing steps for the caseload upon arrival in Croatia. This team assists with the finalization of prescreening, supports all USCIS activity and organizes all required out-processing steps. The work of the team includes interpretation for all interviews. The staff of this team also provide day-to-day support to the caseload as they transit Zagreb, including coordinating with the Ministry of Interior on local registration and home visits.

The work of this team is as follows:

- Gathering and updating the applicants' biographical information into START
- Completing the pre-screening interview
- Receiving and quality checking medical results
- Maintaining records for USCIS review and decisions

- Monitoring USCIS approvals into START and requesting assurances
- Tracking cases pending decisions from USCIS
- Tracking security clearances needed for further processing
- Coordinating flights with IOM after requesting in START
- Handling cases that require special assistance (such as medical cases or cases with issues with local authorities)
- Ensuring compliance with all US Government, START and HIAS policies, particularly relating to program and data integrity
- Supporting refugee applicants to register locally, as required by the Croatian Government
- Enrolling applicants into the mandatory state health insurance plan

### *Local Hire Croatia – 10.00 FTE total; $421,878*

- *Croatia Program Manager – 1.00 FTE (headcount: 1); $69,459.* The Croatia Program Manager is responsible for all processing activities of the Iranian P2 Lautenberg caseload in Croatia as well as ensuring compliance with all PRM, START and HIAS guidelines. This individual is responsible for coordinating with partners such as USCIS, Panel Physician and IOM. This manager is additionally responsible for the overall administrative management of the sub-office, with support provided by key administrative managers in the RSC office in Vienna.

- *Refugee Program Assistant Manager – 1.00 FTE (headcount: 1); $52,641.* The Refugee Program Assistant Manager takes the lead on all refugee program activity for the Croatia sub-office, providing back up to the Croatia Program Manager. This role is responsible for ensuring all refugee processing activity for refugee applicants in transit in Croatia is provided in a timely manner and in line with guidelines. These responsibilities includes providing oversight for the associates and assistants in their daily tasks and taking on higher-level case processing issues. This is a new role for FY25.

- *Refugee Program Associates – 2.00 FTE (headcount: 2); $80,430.* The Refugee Program Associates provide leadership to the team of program assistants by acting as a point person for complex cases in the Iranian P2 Lautenberg Program in transit in Croatia, as well as takes the lead on managing of cases that require extra attention, such as medical cases.

- *Program and Interpretation Assistants – 6.00 FTE (headcount: 6); $219,348.* The Program and Interpretation Assistants cover all the responsibilities listed above, including entering new case information into START, interpreting for CO, and translating information from Farsi to English. The team conducts prescreening interviews directly in Farsi and/or Armenian and Arabic and enter required biographical information into START. They perform all out-processing activities in START, including assurance requesting, medical data quality checking and flight coordinating as well as any updates related to USCIS activity for cases in Croatia. These staff members support the refugee applicants during the required local registration and any other Croatian Government requirements for the temporary stay.

*Cultural Orientation*

HIAS anticipates providing Cultural Orientation (CO) classes to 1,320 applicants in FY25 in Austria, Croatia, and Israel combined. The average class size for the CO program is 20 students.

This unit is comprised of a CO Manager (based in Israel, see in Israel section below), who is responsible for the management of the CO Trainer as well as the maintenance and development of the CO curriculum. A full time CO Trainer, based in Croatia, and a part time CO Trainer, based in Austria, as well as interpreters, as needed, support the CO Manager. All positions provide CO training in Austria, Croatia and Israel, as needed.

***Local Hire Croatia – 1.0 FTE total; $40,215***

- *CO Trainer – 1.0 FTE (headcount: 1); $40,215.* The CO Trainer supports the CO Team Leader by providing CO training sessions primarily in Croatia but may support CO activity in Austria and Israel as needed.

## FRINGE BENEFITS - $214,468

*Croatia Local Hire* - $214,468. This amount represents 30% of the total annual salary for all locally hired staff. These amounts include Croatian health insurance fund (16.50%), severance (2.78% average), transportation allowance (2% average), and other common benefits in Croatia to meet local employment standards, which may include parking, supplemental health insurance (8.72%).

The rate of 30% is an average, taking into account variabilities inherent to the local job market, as well as government and legal requirements. As Zagreb is still a recent location, HIAS continues to work on the benefits package for Croatia-based staff.

## TRAVEL - $16,522

For all regional and international travel, HIAS calculates costs based on a survey of current airfares (or long-distance bus fares, when applicable) and hotel rates for each destination. For airfare, the rate is for flights with no more than one connection with a reasonable layover time on U.S. or EU-based carriers whenever possible, to comply with the provisions of the Fly America Act. For hotels, rates are on average for three or four-star accommodation in or near the city center. Per diem rates for meals and incidentals are set at 75% of the Federal Foreign Per Diem rates for the United States for travel outside of Austria and the US, and 50% for the first and last days of travel. Also included in the travel calculation are airport transfers (taxi, car service, and bus), excess baggage rates for the transportation of files and equipment, as needed, as well as visa-related travel costs. All travel complies with HIAS' Global Travel Policy.

*In Country*

*Case Processing* - $4,412. These funds represent the cost of local ground travel within Croatia for meetings, delivering travel packets, and travel to/from the airport, local registrations and medicals to accompany applicants.

- 50 weeks x 9 trips/week x $9.80/trip = $4,412

*Regional*

Regional travel consists of thematic support and management meeting at the main office. The cost details for these travels are as follows:

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Air/Bus fare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Case Processing** | | | | | | | | | |
| Croatia Program Team to Vienna | 5 | 1 | 4 | $596 | $120 | $308 | $3,780 | $2,116 | **$6,920** |
| **Management** | | | | | | | | | |
| Croatia Program Manager to Vienna | 5 | 1 | 1 | $149 | $30 | $77 | $945 | $529 | **$1,730** |
| **IT Systems** | | | | | | | | | |
| Croatia IT Officer to Vienna | 5 | 1 | 2 | $298 | $60 | $154 | $1,890 | $1,058 | **$3,460** |

## EQUIPMENT - $8,938

<u>Non-Expendable Equipment</u> *(acquisition cost $5,000 or more)* - $8,938

*Computer Hardware* - $8,938. HIAS requests funds for the installation of an access control system in the new office space in Zagreb.

## SUPPLIES – $85,011

<u>Office supplies</u>: $26,220. Costs for general office supplies, based on historical usage, such as paper, file folders, printing supplies, and other general supplies incl. hand/surface sanitizers and document shredding.

- Printing supplies: 12 months x $963/month = $11,560
- Office materials: 12 months x $708/month = $8,500
- Kitchen/Cleaning supplies: 12 months x $425/month = $5,096 (only non-food items under kitchen supplies, e.g. dishwasher tabs, detergent, paper towels)
- PII shredding: 10 months x $106/month = $1,064

<u>Expendable Equipment</u>

*Furniture and Equipment:* $4,813. HIAS requests funds for the acquisition of an emergency shut off system, which is a requirement from PRM to have a kill switch in the event that IT staff cannot shut down systems in the usual manner during an emergency.

*Computer Hardware:* $13,728. These funds are included for replacement of old laptops nearing the end of service life (2 laptops x $1,716 = $3,432), as well as laptops for new staff (6 laptops x $1,716 = $10,296).

<u>Other Expendable Items</u>

*Furniture and Equipment:* $16,190. HIAS uses these funds to purchase four lockable file cabinets ($1,133), sets of desks and chairs for new staff and interview rooms ($12,321), dishwasher for new office ($708), camera for applicants' photos ($356) and other miscellaneous small furniture ($1,674).

*Computer Hardware:* $24,059. These funds are included for cabling of new office space ($11,275), YubiKeys 5 FIPS (20 tokens x $158 = $3,168), as well as computer peripherals for new staff: computer monitors (6 pairs x $481 each = $5,775), docking stations (6 units x $330 = $1,980), mice, keyboards and headsets (6 sets x $178 = $1,069), signature pads (2 units x $396 = $792).

## CONTRACTUAL SERVICES - $100,244

### Building Maintenance

*Cleaning and Maintenance:* $39,374. This amount reflects an estimate of an office-cleaning contract for the new office space. 5 days/week of cleaning is included.

The office solution considered during the preparation of the FY24 budget had cleaning being included in the office rental. However, the actual rented space does not, so HIAS adds a separate contract with a cleaning company to FY25.

### Security

*Security Guard/Croatia*: $59,484. HIAS requests this amount to contract a security guard to provide extra support at the RSC during anticipated refugee applicant activity. These funds cover two security guard services five days per week, excluding weekends and holidays. A security guard is required during all planned refugee applicant activity. HIAS HQ also has a policy that HIAS uses an external security company in lieu of HIAS/RSC staff acting in a security guard capacity.

### IT Security

*IT Service Level Agreements*: $1,386. This cost refers to expenses related to services required for Cisco support for switch renewal.

Given that the office in Croatia is new, FY25 is the first year when HIAS needs support for the abovementioned switches renewal.

## CONSTRUCTION - $0

## OTHER DIRECT EXPENSES - $326,416

Space Rental: $210,312. HIAS requests this amount from PRM to cover the cost of rent in Croatia in FY25. The rent reflects an estimate for an entire work site, to accommodate the required activities and additional staff for a doubled departure target. When identifying a new office location in Zagreb, HIAS will ensure that this new office space can accommodate future growth.

*Utilities*: $28,044. HIAS estimates this amount for utilities of the new office space. It includes heat and electricity, plus common building charges.

*Maintenance and Repairs/Office Space* - $3,260. These costs reflect the need for service contracts for air conditioners ($568), fire extinguishers ($424) and unexpected minor repairs ($2,268).

*Maintenance and Repairs/Computer Hardware* - $18,260. These costs reflect the need for service for the printers ($6,600) and other unforeseen hardware repairs ($11,660).

Given that the Croatia office is new, HIAS did not foresee this type of expense in FY24.

*Communication:*

*Telephone/Fax/Internet:* $12,650 is budgeted to cover the costs of telephone ($3,464), and Internet ($7,096) communications, as well as mobile phones (4 phones x $523 = $2,090). These services are required to run START and email. Despite Program Access outgoing call costs being borne by the Austria office, the increase reflects the start of Lautenberg arrivals in Croatia in FY24, as well as additional mobile phones with mobile data plan as alternative means of contact with applicants and an upgraded internet connection for more secure and better speed. HIAS provides management staff and staff with certain external communication responsibilities with an RSC-issued mobile device. All costs including devices and monthly costs are included in the budget estimates.

*Postage/Courier*: $512. Postage and courier expenses are included for mailing paperwork and equipment.

*Leased Equipment:* $2,832. These costs are budgeted for the leasing of two secure multifunctional printers.

*Insurance/Croatia:* $2,833. These funds cover comprehensive insurance for the RSC space, including fire, theft, water damage and liability.

*Other direct costs Croatia:*

*Other Professional Fees:* $25,596. These funds cover legal expenses relating to work permits and contracts, including legal fees ($1,500), lawyer's fees ($9,000), legal documents ($1,500) and bookkeeping/tax advisory ($13,596).

*Staff Development:* $7,500. These funds are included to provide employee safety and specialized training, such as IT security, language (Farsi/Croatian) and computer skills.

In FY24, HIAS combined the entire RSC Austria staff development budget for all locations, as leadership in the main office approves these costs. Given the split of the budgets between local offices in the FY25 presentation, HIAS includes this line specifically for Croatia in FY25.

*Office Relocation:* $2,833. These funds will cover the moving costs to the new office. The doubled departure target already requires that a new office is found in Zagreb to accommodate the required activities and additional staff.

*Bank Charges:* $11,784. HIAS requests these costs to reflect the estimated bank fees incurred in Croatia.

**TOTAL DIRECT COSTS - $1,466,490**

**INDIRECT COSTS - $291,510** HIAS has a Negotiated Indirect Cost Rate Agreement (NICRA) of 20.00%, HIAS applies to all direct costs except for equipment valued equal or over $5,000.

HIAS applies this 20% rate to a modified total direct cost of $1,457,552.

**TOTAL PROJECT COSTS in Croatia- $1,758,000**

**Sub-Office: TEL AVIV, ISRAEL**

The Israel sub-office Program team processes mainly P1 UNHCR and P4 referrals.

**ISRAEL Line-Item Budget Narrative:**

**PERSONNEL - $615,978**

PROGRAM SUPPORT

The HIAS Israel office staff provide on the ground day to day administration support for the RSC staff in Israel.

    ***Local Hire Israel – 3.38 FTE total; $218,559***

- *Administrative Associate: 0.50 FTE (headcount: 1); $22,098.* The Administrative Associate provides general services, procurement and reception support to the Israel sub-office.

- *IT Officer: 1.00 FTE (headcount: 1); $61,683.* The IT Officer works with the IT team to provide local user support to the staff of the Israel sub-office, ensuring compliance with all PRM, HIAS and START guidelines.
- *HIAS Israel Director: 0.35 FTE (headcount: 1); $38,919.* The HIAS Israel Director supports the RSC in administration and finance issues and provide senior level oversight as needed.
- *HIAS Israel Finance Manager: 0.35 FTE (headcount: 1); $40,596.* The HIAS Israel Finance Manager supports the RSC in accounting and finance issues.
- *HIAS Israel Bookkeeper: 0.35 FTE (headcount: 1); $21,240.* The HIAS Israel Bookkeeper supports the HIAS Israel Finance Manager with bookkeeping activities.
- *HIAS Israel HR Manager: 0.35 FTE (headcount: 1); $18,393.* The HIAS Israel HR Manager supports the RSC in local HR issues.
- *HIAS Israel Administration Assistant 0.25 FTE (headcount: 1); $8,349.* The HIAS Israel Administration Officer supports the RSC in administration issues, such as procurement and facility maintenance.
- *Office Cleaner: 0.07 FTE (headcount: 1); $2,634.* The Office Cleaner provides cleaning services to the Israel office.
- *Child Care Provider: 0.16 FTE (headcount: 1); $4,647.* The Child Care Provider is a temporary position and provides childcare to children during USCIS activity in Israel.

## REFUGEE PROGRAMS DEPARTMENT

To effectively process the caseload in Israel and meet the departure target of 800 individuals, HIAS is proposing 7.31 FTE in FY25. All non-interpretation staff are proficient in using e-mail, PCs, and Microsoft Windows applications and START. This unit is responsible for all the processing steps for the caseload in Israel, from case creation to departure. This team conducts prescreening, supports all USCIS activity, and organizes all required out-processing steps.

The work of this team is as follows:

- Creating cases upon receipt of a referral from UNHCR or referring agency
- Gathering and updating the applicants' biographical information into START
- Completing the pre-screening interview
- Receiving and quality checking medical results
- Maintaining records for USCIS review and decisions
- Monitoring USCIS approvals into START and requesting assurances
- Tracking cases pending decisions from USCIS
- Tracking security clearances needed for further processing
- Coordinating flights with IOM after requesting in START
- Supporting departures at the airport in lieu of IOM
- Responding to inquiries from applicants, RAs and other partners
- Handling cases that require special assistance (such as medical cases or cases with issues with local authorities)
- Ensuring compliance with all US Government, START and HIAS policies, particularly relating to program and data integrity

### *Local Hire Israel: Program Staff – 7.00 FTE total; $381,276*

- *Israel Program Manager: 1.0 FTE (headcount: 1); $68,451.* The Israel Program Manager is responsible for all processing activities of the caseload in Israel as well as ensuring compliance with all PRM, START and HIAS guidelines. This individual is responsible for coordinating with partners such as USCIS, Panel Physicians, and IOM.

- *Program Assistant Manager – 1.0 FTE (headcount: 1); $61,089.* The Program Assistant Manager provides back up to the Israel Program Manager. This role is responsible for ensuring all refugee processing activity for refugee applicants in Israel is provided in a timely manner and in line with guidelines. These responsibilities includes providing oversight for the associates and assistants in their daily tasks and taking on higher-level case processing issues. This is a new role for FY25.

- *Refugee Program Associates – 3.0 FTE (headcount: 3); $144,246.* The Refugee Program Associates are responsible for all the steps listed above through START.

- *Program and Interpretation Assistant – 1.0 FTE (headcount: 1); $44,412.* The Program and Interpretation Assistant acts as the focal point for all interpretation needs of the RSC sub-office in Israel, including interpretation for pre-screening and USCIS interviews as well as medical examinations.

- *Cultural Orientation Manager – 1.0 FTE (headcount: 1); $63,078.* The Cultural Orientation Team Leader is responsible for the provision of CO to all eligible students served by RSC Austria in all locations. The CO Team Leader develops and maintains a curriculum in line with PRM and CORE requirements. This role additionally coordinates all logistics related to the provision of CO training. The CO Team Leader supervises the CO Trainer based in Croatia and the CO trainer based in Austria.

### *Local Hire Israel: Interpreters – 0.31 FTE total; $16,143*

- *Interpreters: 0.31 FTE (headcount: 2); $16,143.* The Tigrinya, Arabic and Nuer interpreters are hired on short term/part-time contracts to interpret during USCIS interviews.

## FRINGE BENEFITS - $184,793

*Israel Hire* - $184,793. HIAS requests funds to provide benefits to staff in Israel in accordance with local law at an estimated rate of 33.68%. This includes Social Security (3.55 - 7.6%), pension (6%), taxes (7.5%), foreign worker taxes when applicable (20%), and severance (8.33%).

The rate of 30% is an average across all Israel-based position, taking into account variabilities inherent to the positions, as well as government and legal requirements.

## TRAVEL - $147,762

For all regional and international travel, HIAS calculates costs based on a survey of current airfares (or long-distance bus fares, when applicable) and hotel rates for each destination. For airfare, the rate is for flights with no more than one connection with a reasonable layover time on U.S. or EU-

based carriers whenever possible, to comply with the provisions of the Fly America Act. For hotels, rates are on average for three or four-star accommodation in or near the city center. Per diem rates for meals and incidentals are set at 75% of the Federal Foreign Per Diem rates for the United States for travel outside of Austria and the US, and 50% for the first and last days of travel. Also included in the travel calculation are airport transfers (taxi, car service, and bus), excess baggage rates for the transportation of files and equipment, as needed, as well as visa-related travel costs. All travel complies with HIAS' Global Travel Policy.

*In Country*

*Case Processing: Israel staff* - $8,952. HIAS requests these funds to cover the cost of transportation for the Israel-based staff. These costs include local travel to and from circuit ride space for staff, local travel to and from the airport for refugee departures and funds for travel to other locations within Israel, such as to UNHCR. $1,532 of these funds are for travel to/from the CO worksite and USCIS worksite; $4,839 cover travel to/from the Israel airport; and $2,581 of these funds cover other activities such as local meetings and medical exams in Jerusalem.

*Case Processing: Refugee Travel* - $96,776. These funds are required to cover the cost of pre-embarkation accommodation for fit-to-fly applicants who live far from Israel, refugee transportation to and from medical exams (initial medical, immunizations, specialist fees, and pre-embarkation checks), cultural orientation, as well as to and from the airport for departure. HIAS requests a total of $16,130 for pre-embarkation accommodation; $32,258 for travel to Jerusalem for medical exams; and $48,388 for travel to the Israel airport.

*Cultural Orientation: Refugee Travel* - $19,758. These funds are required to cover the cost of travel to/from CO for individuals living outside of Israel.

*Cultural Orientation: Meals for CO participants* - $5,720. These funds are included to cover the cost of lunch for CO participants during full-day activities.

- 42 days x $136.20/day = $5,720

*Regional*

Regional travel consists of thematic support and management meeting at the main office. The cost details for these travels are as follows:

| Description | No. of Days *incl. transit | No. of Travelers | No. of Trips | Airfare | Excess Baggage | Airport Transfers | Lodging | M&IE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Case Processing** | | | | | | | | | |
| Israel Program Team to Vienna | 5 | 1 | 4 | $2,424 | $600 | $880 | $3,780 | $2,116 | **$9,800** |
| **Management** | | | | | | | | | |
| Israel Program Manager to Vienna | 5 | 1 | 1 | $606 | $150 | $220 | $945 | $529 | **$2,450** |
| **Cultural Orientation** | | | | | | | | | |
| CO Team Lead to Vienna | 5 | 1 | 1 | $606 | $150 | $220 | $945 | $529 | **$2,450** |
| CO Team Lead to Zagreb | 5 | 1 | 1 | $629 | $150 | $198 | $513 | $364 | **$1,854** |

## EQUIPMENT - $11,837

*Non-Expendable Equipment (acquisition cost $5,000 or more)* - $11,837

*Computer Hardware* - $11,837. These funds are included for replacement of one switch nearing the end of service life ($5,016) and for an access control system for new office space ($6,821).

These purchase were not necessary in FY24 and therefore, not added. As equipment approaches end of life, HIAS must replace these items in FY25. Additionally, given a new office space, new equipment must be installed.

## SUPPLIES – $30,671

*Office Supplies*: $1,452. Costs for general office supplies, based on historical usage, including paper, file folders, photo paper and other supplies, incl. for Cultural Orientation.

- General office supplies: 12 months x $100/month = $1,200
- CO supplies: 12 months x $21/month = $252

*Expendable Equipment*

*Computer Hardware*: $13,085. HIAS requests funds for the replacement of one old laptop nearing end of service life ($1,716), laptops for new staff (4 laptops x $1,716 = $6,864) and one network UPS ($4,505).

*Other Expendable Items*

*Furniture and Equipment:* $824. HIAS proposes to use these funds to purchase a secure doorbell/video door phone.

*Computer Hardware:* $15,310. These funds are included for cabling of new office space ($7,465), YubiKeys 5 FIPS (9 tokens x $158 = $1,426), as well as computer peripherals for new staff: computer monitors (4 pairs x $535 = $4,278), docking stations (4 units x $348 = $1,390), mice and keyboards (9 sets x $83 = $751, incl. spares).

## CONTRACTUAL SERVICES - $92,056

*Building Maintenance*

*Cleaning and Maintenance*: $15,384. This amount reflects the cost of the routine maintenance and small repairs of the RSC office in Israel ($14,089) and the portion the RSC program uses in the HIAS Israel office ($1,295).

*Security*

*Security Guard*: $42,017. These funds cover the costs of a security guard for two days per week at the RSC sub-office as well as two contracted security guards for the duration of the USCIS

circuit rides in Israel and one security guard for Cultural Orientation. The need for security presence during all RSC and USCIS activity derives from HIAS policy, RSO requirements and PRM's USRAP Manual. A security guard is required during all planned refugee applicant activity. HIAS HQ also has a policy that HIAS must use an external security company in lieu of HIAS/RSC staff acting in a security guard capacity.

- Security guard twice a week: 11 months x $1,786/month = $19,647
- Security guard for DHS CRs: 30 days x $540/day = $16,191
- Security guard for CO: 42 days x $147/day = $6,179

*Interpreters*: $21,387. HIAS proposes to hire one Tigrinya interpreter as a contractor during USCIS CRs to supplement the permanent interpreter on staff. These funds cover 40 days at a rate of $534/day and accommodate the ability to have two concurrent interviews during each circuit ride.

## IT Security

*IT Service Level Agreements*: $13,268. This cost refers to expenses related to services required for systems support contracts ($9,110) and Cisco support for switch renewal ($4,304).

These support agreements are necessary in FY25 for Israel because of the physical access control systems, secure printer and other network devices installed FY24, as well as those that will installed in the new office space.

## CONSTRUCTION - $0

## OTHER DIRECT EXPENSES - $193,876

*Space Rental*:

*Office Space*: $82,104. HIAS requests these funds from PRM to cover the cost of rent in Israel. The rent reflects the cost of renting a larger workspace that includes office space for staff as well as an area that can accommodate open hours and other applicant-related activities for the doubled departure target ($73,627). In addition, these costs include a portion of the HIAS Israel office ($7,354) and a portion of the COA office ($1,123) being used for RSC activities.

*Workspace for Israel Circuit Rides*: $36,798: These funds cover the cost of renting secure interview space for the one USCIS circuit ride, based on historical averages and number of pre-USCIS cases in current pipeline. The workspace is located in an RSO-approved hotel. These funds also include an allowance for an off-site CO class when class sizes exceed 15 students. HIAS uses an art school for this purpose. There is no need for external prescreening interview space as HIAS accommodates this activity in the Israel sub-office.

*Utilities*: $24,024. Based on historical costs, determined by the property owner per square meter. Includes heat and electricity, plus municipality fees.

*Maintenance and Repair*: $27,824. These funds cover the yearly costs of maintaining the water filtration system and copiers/printers service, as well as miscellaneous repairs ($955), as well as renovation of old office for handover ($13,434) and for new office ($13,435).

*Communication*:  $14,564. These expenses cover the costs of current telephone and Internet charges in the RSC office ($6,013), its portion of the HIAS Israel office ($1,682), as well as an upgraded internet connection for the RSC office ($6,869).

*Insurance*:  $2,131. These funds cover comprehensive building insurance for the RSC space, including fire, theft, water damage and liability ($1,804) and RSC portion of the HIAS Israel office ($327).

*Other:*

   *Other Professional Fees:* $3,527. For Israel, these funds represent the cost for local IT support ($2,490) as well as monthly psychosocial support for staff ($1,037).

   *Bank Charges:* $2,904. These requested fees reflect the estimated bank fees incurred in Israel.

**TOTAL DIRECT COSTS - $1,276,973**

**INDIRECT COSTS - $253,027** HIAS has a Negotiated Indirect Cost Rate Agreement (NICRA) of 20.00%, which HIAS applies on all direct costs except for equipment valued equal or over $5,000. HIAS applies this 20% rate to a modified total direct cost of $1,265,136.

**TOTAL PROJECT COSTS in Israel- $1,530,000**

**HQ Oversight: Silver Spring, MD, USA**

The HIAS HQ provides support and oversight to the RSC.

**HQ Line-Item Budget Narrative:**

**PERSONNEL - $53,448**

   ***HIAS Headquarters Staff – 0.38 FTE; total $53,448***

   - *Regional Senior Vice President for North America Programs – 0.30 FTE (headcount: 1); $42,945.* The Regional Senior Vice President supports the RSC Austria senior staff to

ensure the program meets programmatic and financial goals. The Senior Vice President for North America Programs leads this HQ program team.

- *Vice President, Global Safety & Security – 0.03 FTE (headcount: 1); $6,004.* The VP, Global Safety & Security provides safety and security support to the RSC.

- *Manager, Budget, and Fiscal Compliance (BFC) – 0.05 FTE (headcount: 1); $4,499.* The BFC Manager provides support on financial tracking and reporting, budget, and compliance issues.

## FRINGE BENEFITS - $18,707

HIAS Headquarters Staff - $18,707; Calculated at 35% of US-Based Employee Salaries and includes: FICA 9.41%; Medical Insurance 8.6%; Pension 3.40%, Disability 0.01%, Life Insurance 0.1%; Unemployment Insurance 0.25%; Worker's Compensation 0.58%; Housing & Meals 0.57%, Benefit for non-US Employees 5.20%, Vacation 6.29%, Tuition Assistance 0.15%, Other Salaries/Bonuses 0.44%.

## TRAVEL - $25,458

*International Travel:*

*HIAS HQ Monitoring –* HIAS calculates all international travel costs based on a survey of current airfares. For airfare, the rate is for flights with no more than one connection with a reasonable layover time on U.S.-based carriers, when possible, to comply with the provisions of the Fly America Act. For hotels, HIAS bases rates on the state Department Published rates. Per Diem rates for meals/incidentals are set at 75% of the State Department published rates, and 50% for the first and last days of travel.

- The President and CEO will make one round trip between Washington, DC, and Vienna, Austria. This trip will be for meetings with the Government of Austria, the US Embassy and/or PRM. HIAS expects the trip to take approximately 6 days.

- The Regional Senior Vice President North America and an Operations team member (e.g. Manager, Budget and Fiscal Compliance or VP, Global Safety and Security) will each make one monitoring trip between Washington, DC, Austria, and Croatia, for the required programmatic monitoring of the PRM-related activities. HIAS expects this trip to take approximately 6 days.

- The Regional Senior Vice President North America and an Operations team member (e.g. Manager, Budget and Fiscal Compliance or VP, Global Safety and Security) will each make one monitoring trip between Washington, DC, Austria, and Tel Aviv, for the required programmatic monitoring of the PRM-related activities. HIAS expects this trip to take approximately 6 days.

HIAS proposes a total of $25,458 for HIAS HQ leadership to travel to Austria, Croatia, and Israel for the reasons mentioned above. HIAS shows the cost calculations in the table below:

| Personnel | Origin-Destination | No. of Days | No. of Travelers | Airfare | Transfers | Lodging | M&IE | Visas/ Docs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Management** | | | | | | | | | |
| HQ President & CEO | Washington - Vienna | 6 | 1 | $1,300 | $250 | $1,575 | $635 | $10 | **$3,770** |
| HQ Regional Senior Vice President & Operations staff | Washington – Vienna – Zagreb | 6 | 2 | $2,500 | $320 | $1,453 | $536 | $10 | **$9,638** |
| HQ Regional Senior Vice President & Operations staff | Washington – Vienna – Tel Aviv | 6 | 2 | $2,500 | $320 | $2,469 | $726 | $10 | **$12,050** |

**EQUIPMENT - $0**

**SUPPLIES - $0**

**CONTRACTUAL - $0**

**CONSTRUCTION - $0**

**OTHER DIRECT COSTS - $0**

**TOTAL DIRECT COSTS - $97,613**

**INDIRECT COSTS - $19,522** HIAS has a Negotiated Indirect Cost Rate Agreement (NICRA) of 20.00%, which HIAS applies on all direct costs except for equipment valued equal or over $5,000.

HIAS applies this 20% rate to a modified total direct cost of $97,613.

**TOTAL HQ COSTS - $117,135**

**FY 2026 AND FY 2027 BUDGET**

In line with the Capacity Optimization Plan, HIAS proposes a 65% increased departure target for RSC Austria from 1,000 individuals in FY25 to 1,650 individuals (Austria 350; Croatia 1,000; Israel 300) in FY26 and FY27.

To achieve this higher target, HIAS proposes an 18.5 FTE staffing increase, detailed below:

- 1.5 FTE to Program Support/Administration;
- 1.5 FTE to Program Support/Refugee Data;
- 1.0 FTE to Program Support/Information Systems;
- 8.0 FTE to Refugee Programs/Program Access;
- 0.5 FTE to Refugee Programs/Austria Program;

- 5.0 FTE to Refugee Programs/Croatia Program;
- 1.0 FTE to Refugee Programs/Cultural Orientation.

These additions will primarily increase the RSC's pre-vetting capacity for cases in Iran, resulting in an increase of 590 visas issued each year (78% increase).

Minimal infrastructure changes are required for these updated staffing levels, as the managerial, office and other foundational costs already proposed will absorb these additions. Appropriate adjustments to office supplies, IT equipment, security and software are included in the budgets for FY26 and FY27.

Main Office Austria:

Building on the existing infrastructure and managerial expertise of the Austria office, with an additional 29% (including inflation of the period and NICRA), HIAS is able to scale up the capacity of RSC Austria in 46%, from 240 to 350 departures in FY26 and FY27, as follows:

**PERSONNEL**

To support the increased target in Austria, HIAS will strengthen the following teams:

- Program Support/Administration
  - 1.0 FTE Receptionist: FY26 $42,003; FY27 $43,263
  - 0.5 FTE Accounting/Administrative Associate: FY26 $25,136; FY27 $25,890
- Program Support/Refugee Data
  - 1.0 FTE System Solution Champion: FY26 $46,430; FY27 $47,823
  - 0.5 FTE Program Documentation Associate: FY26 $23,215; FY27 $23,911
- Program Support/Information Systems
  - 1.0 FTE IT Officer: FY26 82,684; FY27 $85,165
- Refugee Programs/Program Access
  - 2.0 FTE Refugee Program Associate: FY26 $99,220; FY27 $102,197
  - 6.0 FTE Program and Interpretation Assistant: FY26 $252,019; FY27 $259,580
- Refugee Programs/Austria Program
  - 0.5 FTE Program and Interpretation Assistant: FY26 $21,042; FY27 $21,673

It is noteworthy that increased capacity in the Program Access team, as well as Program Support teams, support the increased departures target through both Austria and Croatia. In particular, HIAS proposes the separation of the SSC role from the Refugee Data Manager to its own full time role in order for the Refugee Data Team to better support both the increased number of staff and estimated departures.

**FRINGE BENEFITS**

HIAS has added the corresponding fringe benefits at 30% of the Personnel increases listed above to the FY26 and FY27 budgets.

**TRAVEL**

HIAS has increased local travel for case processing to account for the higher departures target. However, since one of the regional trips (to escort NIST/FISMA auditors) is included only in FY25, the Travel category shows a slight decrease in FY26 and FY27.

**EQUIPMENT**

The emergency shut off system and two network UPS are purchases necessary only in FY25, resulting in a decrease of this category in FY26 and FY27.

**SUPPLIES**

There is a 48% increase from FY25 to FY26 (incl. inflation). This mainly represents the purchases of IT equipment setups and supplemental software licenses due to the increased staff levels, as well as office supplies due to increased programmatic activity.

From FY26 to FY27, this category decreases 19% due to the removal of the one-time purchases associated with new staff onboarding.

**CONTRACTUAL**

An increase of 15% (incl. inflation) from FY25 levels represents a necessary increase to office cleaning and security guards due to increased programmatic activity.

**OTHER DIRECT COSTS**

This category has increased 7% (incl. inflation) due to adjustments to communications (outgoing VOIP calls to applicants in Iran and postage), as well as service for time system and staff development to account for increased staffing.

**TOTAL DIRECT COSTS - FY26 $4,299,906; FY27 $4,386,102**

**INDIRECT COSTS – FY26 $858,469; FY27 $875,663**

HIAS' Negotiated Indirect Cost Rate Agreement (NICRA) of 20.00% applied on all direct costs except for equipment valued equal or over $5,000.

**TOTAL PROJECT COSTS in Austria - FY26 $5,158,375; FY27 $5,261,765**

Sub-Office Croatia:

Following the pre-arrival processes completed by the Program Access team and building on existing infrastructure of the Croatia office, with an additional 52% (including inflation of the

period and NICRA), HIAS is able to increase the throughput from Croatia by 117%, from 460 to 1,000 departures, as follows:

## PERSONNEL

To support the increased target in Croatia, HIAS will strengthen the following teams:

- Refugee Programs/Croatia Program
  - 5.0 FTE Program and Interpretation Assistant: FY26 $189,169; FY27 $194,844
- Refugee Programs/Cultural Orientation
  - 1.0 FTE CO Trainer: FY26 $41,623; FY27 $42,872

## FRINGE BENEFITS

HIAS has added the corresponding fringe benefits at 30% of the Personnel increases listed above to the FY26 and FY27 budgets.

## TRAVEL

HIAS has increased local travel for case processing to account for the higher departures target. HIAS has added regional travel for an all-staff training in Vienna in FY26. In FY27, international travel decreases back to FY25 levels adjusted for inflation in the period.

## EQUIPMENT

No equipment with purchase price equal or over $5,000 expected in FY26 or FY27.

## SUPPLIES

There is a 172% increase from FY25 to FY26 (incl. inflation). This increase mainly represents the purchases of IT equipment setups and supplemental software licenses due to the increased staff levels. HIAS has adjusted supplies due to increased programmatic activity, since processing in Croatia is paper- and printing-heavy with hardcopies submission to different government agencies.

From FY26 to FY27, this category decreases 35% due to the removal of the one-time purchases associated with new staff onboarding.

## CONTRACTUAL

An increase of 20% (incl. inflation) from FY25 levels represents a necessary increase to office cleaning and security guards due to increased programmatic activity.

## OTHER DIRECT COSTS

This category has increased 6% (incl. inflation) due to adjustments to postage costs and leasing of an additional and more efficient secure multifunctional printer, as well as staff development to account for increased staffing.

**TOTAL DIRECT COSTS - FY26 $1,188,169; FY27 $1,173,806**

**INDIRECT COSTS – FY26 $237,634; FY27 $234,761**

HIAS' Negotiated Indirect Cost Rate Agreement (NICRA) of 20.00% applied on all direct costs except for equipment valued equal or over $5,000.

**TOTAL PROJECT COSTS in Croatia - FY26 $1,425,803; FY27 $1,408,567**

Sub-Office Israel:

For Israel, the departure target remains in line with FY25 levels of 300 departures. All changes to FY26 and FY27 are attributable to inflation adjustment and removal of one-time costs (e.g. switch renewal), when applicable.

**TOTAL DIRECT COSTS - FY26 $827,835; FY27 $842,073**

**INDIRECT COSTS – FY26 $165,567; FY27 $168,415**

HIAS' Negotiated Indirect Cost Rate Agreement (NICRA) of 20.00% applied on all direct costs except for equipment valued equal or over $5,000.

**TOTAL PROJECT COSTS in Israel - FY26 $993,402; FY27 $1,010,488**



# United States Department of the Interior
## OFFICE OF THE SECRETARY
### Washington, DC 20240

**Nonprofit Organization**
**Indirect Cost Negotiation Agreement**

---

**EIN:** 13-5633307

**Date:** 12/02/2022

**Organization:**

HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910

**Report Number:** 2023-0018

**Filing Ref.:**
Last Negotiation Agreement
dated: 02/26/2021

The indirect cost rates contained herein are for use on grants, contracts, and other agreements with the Federal Government to which Public Law 93-638 and/or 2 CFR Part 200 apply subject to the limitations contained in Section II.A. of this agreement.  The rates were negotiated by the U.S. Department of the Interior, Interior Business Center, and the subject organization in accordance with the authority contained in applicable regulations.

**Section I:  Rate**

---

| Start Date | End Date | Rate Type | | | | | |
|---|---|---|---|---|---|---|---|
| 01/01/2023 | 12/31/2023 | Predetermined | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 20.00 % | (A) | All | All Programs |
| 01/01/2024 | 12/31/2024 | Predetermined | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 20.00 % | (A) | All | All Programs |

**(A) Base:**  Total direct costs, less capital expenditures and the portion of subawards in excess of the first $25,000.  Payments to resettlement communities are considered subcontracts and treated as direct costs, therefore subject to $25,000 limitation for the purpose of computing the indirect reimbursement amount applicable to the federal programs.

**Treatment of fringe benefits**:  Fringe benefits applicable to direct salaries and wages are treated as direct costs; fringe benefits applicable to indirect salaries and wages are treated as indirect costs.

**Treatment of paid absences**:  The costs of vacation, holiday, sick leave pay and other paid absences are included in the organization's fringe benefit rate and are not included in the direct cost of salaries and wages.  Claims for direct salaries and wages must exclude those amounts paid or accrued to employees for periods when they are on vacation, holiday, sick leave or are otherwise absent from work.

## Section II: General

A. **Limitations:**  Use of the rate(s) contained in this agreement is subject to any applicable statutory limitations. Acceptance of the rate(s) agreed to herein is predicated upon these conditions: (1) no costs other than those incurred by the subject organization were included in its indirect cost rate proposal, (2) all such costs are the legal obligations of the grantee/contractor, (3) similar types of costs have been accorded consistent treatment, and (4) the same costs that have been treated as indirect costs have not been claimed as direct costs (for example, supplies can be charged directly to a program or activity as long as these costs are not part of the supply costs included in the indirect cost pool for central administration).

B. **Audit:**  All costs (direct and indirect, federal and non-federal) are subject to audit.  Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based will be compensated for in a subsequent negotiation.

C. **Changes:**  The rate(s) contained in this agreement are based on the accounting system in effect at the time the proposal was submitted.  Changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rate(s) in this agreement may require the prior approval of the cognizant agency.  Failure to obtain such approval may result in subsequent audit disallowance.

D. **Rate Type:**
   1. Fixed Carryforward Rate:  The fixed carryforward rate is based on an estimate of the costs that will be incurred during the period for which the rate applies.  When the actual costs for such period have been determined, an adjustment will be made to the rate for a future period, if necessary, to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

   2. Provisional/Final Rate:  Within six (6) months after year end, a final indirect cost rate proposal must be submitted based on actual costs.  Billings and charges to contracts and grants must be adjusted if the final rate varies from the provisional rate.  If the final rate is greater than the provisional rate and there are no funds available to cover the additional indirect costs, the organization may not recover all indirect costs. Conversely, if the final rate is less than the provisional rate, the organization will be required to pay back the difference to the funding agency.

   3. Predetermined Rate:  A predetermined rate is an indirect cost rate applicable to a specified current or future period, usually the organization's fiscal year.  The rate is based on an estimate of the costs to be incurred during the period.  A predetermined rate is not subject to adjustment.

E. **Rate Extension:**  Only final and predetermined rates may be eligible for consideration of rate extensions. Requests for rate extensions of a <u>current</u> rate will be reviewed on a case-by-case basis.  If an extension is granted, the non-Federal entity may not request a rate review until the extension period ends.  In the last year of a rate extension period, the non-Federal entity must submit a new rate proposal for the next fiscal period.

F. **Agency Notification:**  Copies of this document may be provided to other federal offices as a means of notifying them of the agreement contained herein.

G. **Record Keeping:**  Organizations must maintain accounting records that demonstrate that each type of cost has been treated consistently either as a direct cost or an indirect cost.  Records pertaining to the costs of program administration, such as salaries, travel, and related costs, should be kept on an annual basis.

H. **Reimbursement Ceilings:**  Grantee/contractor program agreements providing for ceilings on indirect cost rates or reimbursement amounts are subject to the ceilings stipulated in the contract or grant agreements.  If the ceiling rate is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

I. **Use of Other Rates:**  If any federal programs are reimbursing indirect costs to this grantee/contractor by a measure other than the approved rate(s) in this agreement, the grantee/contractor should credit such costs to the

**Section II:  General** (continued)

affected programs, and the approved rate(s) should be used to identify the maximum amount of indirect cost allocable to these programs.

J.   **Other:**

1.   The purpose of an indirect cost rate is to facilitate the allocation and billing of indirect costs.  Approval of the indirect cost rate does not mean that an organization can recover more than the actual costs of a particular program or activity.

2.   Programs received or initiated by the organization subsequent to the negotiation of this agreement are subject to the approved indirect cost rate(s) if the programs receive administrative support from the indirect cost pool.  It should be noted that this could result in an adjustment to a future rate.

3.   This Negotiation Agreement is entered into under the terms of an Interagency Agreement between the U.S. Department of the Interior and the cognizant agency.  No presumption of federal cognizance over audits or indirect cost negotiations arises as a result of this Agreement.

4.   Organizations that have previously established indirect cost rates—exclusive of the 10% *de minimis* rate—must submit a new indirect cost proposal to the cognizant agency for indirect costs within six (6) months after the close of each fiscal year.

**Section III: Acceptance**

Listed below are the signatures of acceptance for this agreement:

By the Nonprofit Organization

HIAS, Inc.

DocuSigned by:

*Lara C. Moninghoff*

56827FEFDBF3434...

Signature

Laura Moninghoff

Name:

Chief Financial Officer

Title:

12/6/2022

Date

By the Cognizant Federal Government Agency

US Department of State

DocuSigned by:

*Craig Wills*

B47DB1F4A5DB4BF...

Signature

Craig Wills

Name:

Division Chief
Indirect Cost & Contract Audit Division
Interior Business Center

Title:

12/5/2022

Date

Negotiated by: Tony Pisarenko
Telephone: (916) 930-3812

Next Proposal Due Date: 06/30/2024



## Risk Analysis for Resettlement Support Center (RSC) Austria – FY25

The following document provides an analysis of risks at the Resettlement Support Center (RSC) Austria, which is responsible for activity in Austria, Israel, and Croatia. Risks listed below include those that can be mitigated by the RSC. The risks and mitigation measures listed below reflect input and analysis from the RSC Management Team as well as the Fraud Prevention and Ethics Committee (FPEC), led by the Head of Program Support. As such, the RSC Management Team is responsible for ensuring that these plans and actions are implemented. More specifically, should the plan and action fall under human resources (HR), the HR Manager at the RSC would take the lead. Similarly, should the plan and action fall under information technology (IT), the IT Manager or IT Security Specialist would take the lead. All plans and actions related to interactions with refugee applicants would be led by the local Program Manager with the oversight of the Head of Refugee Programs. The RSC Director holds ultimate responsibility for risk mitigation measures, consulting closely with the Head of Program Support, who is responsible for compliance. Finally, it should be noted that this analysis is a living document as risks do change over time. This document is revisited during the fiscal year by the FPEC and organized by the Head of Program Support.

|  | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting the achievement of program objectives or outcomes | Interpreters coaching or counseling refugee applicants during RSC and USCIS interviews. | Medium | Medium | <ul><li>Annual interpreter and use of interpreter training for all RSC employees engaged in interpretation, with a focus on word-for-word interpretation and avoidance of side-conversations.</li><li>Interpreter training at the beginning of each circuit ride covering the importance of word-for-word interpretation, avoiding side conversations, and adherence to the HIAS Code of Conduct.</li><li>The annual signing of HIAS Codes of Conduct for RSC employees and contracted interpreters.</li><li>Full implementation of HIAS' Code of Conduct, Confidentiality, No Contact Policy, and additional relevant operational policies & procedures.</li><li>Observation and evaluation of interpretation regularly.</li><li>Interpreter evaluation forms completed during pre-screening observation by HIAS RSC Austria's management and by the Department of Homeland Security (DHS) officers, following circuit rides.</li></ul> |
| Risks affecting the achievement of program objectives or outcome | Employees not meeting functional area targets | Low | Medium | <ul><li>Ensure managers have the training and development they need to provide feedback to employees and set clear expectations and strategy.</li><li>Implementation of HIAS' performance management system</li></ul> |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting the achievement of program objectives or outcomes | Employee uses HIAS/RSC Austria's name/logo for personal gain. For example, going to a business wearing a HIAS shirt or writing an email using a HIAS signature to negotiate a private purchase. | Low | Medium | • Training provided for all staff on internal reporting mechanism (Whistleblower Policy, EthicsPoint, and other anonymous reporting channels) for all employees. Full implementation of the Integrity and Compliance Manual, including annual training and reporting to PRM on compliance.<br>• Annual Fraud Prevention and Ethics training mandatory for all RSC employees.<br>• Enforcement of START User Rules of Behavior.<br>• Full implementation of HIAS' Code of Conduct, Confidentiality Policy as well as relevant operational policies and procedures.<br>• Whistleblower Policy in place for reporting to RSC Director and relevant HQ staff.<br>• Restricted distribution of HIAS labeled materials provided to staff. |
| Risks affecting the achievement of program objectives or outcomes | General distrust for the organization from applicant refugees. | Medium | Medium | • All information is standardized and distributed through official channels.<br>• All steps of the process are standardized and displayed transparently. Staff are trained to communicate with an emphasis on managing expectations and explaining the process, including open hours, timelines, and decision making abilities to refugee applicants.<br>• Refugee applicants are given the chance to ask questions and raise any concerns through written inquiries, in person during open hours, email, and/or anonymous concerns box near the front office door. |
| Risks affecting the achievement of program objectives or outcomes | Employee staffing changes, affecting the RSC's ability to meet outlined targets, such as case creation and departure goals. | Low | Medium (Austria) / High (Israel) | • Robust hiring and onboarding procedures in place, including an HR-dedicated employee.<br>• Completion of the salary benchmarking exercise with the intent for better staff retention and more competitive offers for new hires.<br>• Cross-training of staff to enable them to step into other positions and provide support as necessary, including between offices.<br>• Implementation of flexible scheduling as necessary.<br>• Manager approval is mandatory for all planned absences with the intent to always have a minimum number of interpreters available at any time.<br>• In Israel, maintain an active roster of previously contracted interpreters. |

## Risk Analysis for RSC Austria – FY25

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting the achievement of program objectives or outcomes | New procedures introduced that delay the processing of cases. | High | Medium | • Regular communication with PRM/RPC/DHS regarding new procedures including follow-up on guidance received with proactive clarification to limit the impact on processing to ensure smooth transition.<br>• Continual employee training and transparency on policy changes through regular team meetings, updates, and training.<br>• Focal point for all START updates and program announcements.<br>• SSC in place to document issues and report back to RPC as needed. |
| Risks affecting the achievement of program objectives or outcome | Donor funding used to hire vendor with ties to sanctioned groups. | Low | Medium | • HIAS HQ extensive procurement policy followed which includes multiple quotes and approves prior to engagement.<br>• All vendors are checked through multiple sanctions lists prior to engagement.<br>• HIAS HQ accounting tracking system in place to keep accurate records of all vendors, procurement processes, and checks.<br>• Dedicated procurement RSC staff to ensure consistent procurement processes. |
| Risks affecting the achievement of program objectives or outcome | Sanctioned groups or unqualified individuals gain access to the USRAP. | Low | High | • Extensive pre-vetting procedures in place prior to refugee applicants traveling to transit location.<br>• Pre-vetting procedure includes a thorough eligibility check with review of the detailed military, employment, and education history which was developed with PRM and DHS.<br>• Security checks are required to be completed and clear prior to travel to transit location for all refugee applicants.<br>• All PRM guidance is followed regarding security checks and reviews throughout the resettlement process and any concerns are immediately reported. |
| Risks affecting the achievement of program objectives or outcome | Complaint and feedback mechanisms are not used by applicants leading to complaints, including fraud and sexual exploitation and abuse, to go unreported. | Medium | High | • Information on mechanisms is shared via multiple channels and by multiple actors.<br>• Mechanisms are monitored for their accessibility, appropriateness, and use.<br>• Policies of confidentiality and non-retaliation are shared with all applicants.<br>• Multiple mechanisms are established allowing for use by preference. |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting the achievement of program objectives or outcome | Inappropriate contact with refugee applicants by an employee. | Medium | High | • Full implementation of the USRAP Integrity and Compliance Guide, and annual training and reporting to PRM on compliance.<br>• The internal mechanism for staff to report suspected inappropriate contact of their colleagues.<br>• Annual resigning for employees and contractors and regular reminders to employees regarding the RSC's No Contact Policy and Code of Conduct.<br>• Clear instruction to refugee applicants on the No Contact Policy during initial interactions and signage in waiting rooms.<br>• Full implementation of HIAS' Code of Conduct, Confidentiality Policy, non-retaliation, and all additional operational policies and procedures.<br>• Internal reporting mechanism (Whistleblower Policy, EthicsPoint, and other anonymous reporting channels) for employees and applicants.<br>• Consistent, accessible, and appropriate information sharing with participants on expected staff behavior.<br>• Establishment of complaint and feedback mechanisms for applicants to report wrongdoing. |
| Risks affecting the achievement of program objectives or outcome | Employees with friends and family in the program maintain ongoing contact throughout the entire process and tamper with the case. | Medium | Medium | • Full implementation of the USRAP Integrity and Compliance Guide, including annual training and reporting to PRM on compliance.<br>• No Contact Policy in place for all staff.<br>• USRAP Affiliation Form for applicants/US Ties to sign acknowledging if they have any relatives or friends working in the USRAP.<br>• Full implementation of HIAS' Code of Conduct, Confidentiality Policy, and additional operational policies and procedures, including QC check by multiple staff to ensure no staff influence on a case.<br>• Internal reporting mechanism (Whistleblower Policy, EthicsPoint, and other anonymous reporting channels) for employees. |

4

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting the achievement of program objectives or outcome | A disgruntled employee engages in actions aimed to harm the interests of the office. | Medium | High | • Full implementation of USRAP Integrity and Compliance Guide, including annual training and reporting to PRM on compliance.<br>• Ability to immediately lock down all START access, access to any other systems, computers, mobile devices, and physical building access upon any dismissal or suspicion of wrongdoing.<br>• Excellent relationships with the U.S. Embassy RSO and local police for preventing an event and following up on any incidents.<br>• Security cameras, metal detectors, fire/security alarm system in place. Emergency panic buttons that alert local police in Austria and Croatia. Regular drills practiced with employees on how to respond to different alarm tones.<br>• Internal reporting mechanism (Whistleblower Policy, EthicsPoint, and other reporting channels) for staff. |
| Risks affecting the achievement of program objectives or outcome | General dissatisfaction for the organization from applicant refugees. | Medium | Medium | • Information is regularly, timely, and accessibly shared with applicants through multiple channels.<br>• Multiple mechanisms are established allowing for dissatisfaction to be reported and addressed by staff.<br>• All steps of the process are standardized and displayed transparently. Staff are trained to communicate with an emphasis on managing expectations and explaining the process, including open hours, timelines, and decision-making abilities to refugee applicants.<br>• Processes and procedures are established on the response and if needed escalation, of all feedback and complaints received to ensure timely and appropriate response to applicants. |
| Risks affecting safety and security of personnel and beneficiaries | Accidents during travel, either by road or air. | Low | High | • Travel insurance issued for any HIAS employees traveling for RSC or HIAS related work.<br>• Safety & security training for all employees based on the RSC Security Handbook.<br>• HIAS Global Travel Policy reviewed with staff prior to travel with the travel focal point for each office.<br>• If traveling to a high-risk location, staff receives a pre-departure security briefing for their destination from HQ Safety & Security team and also locally to remind them of all travel policies and procedures.<br>• Communications group in case of emergency.<br>• All air travel is booked via a HIAS HQ travel agency.<br>• International SOS is aware of all RSC staff members travel itinerary and will be able to assist in the event of illness or other incidents. |

5

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting safety and security of personnel and beneficiaries | Cultural attitudes toward women and sexual minorities, increasing the risk for violence against applicants by national staff. | Low | High | • RSC staff are trained in prevention of safeguarding/SEA, review and sign code of conduct and all safeguarding policies.<br>• Applicants will be educated on their rights.<br>• Applicants have access to reporting methods, including the ability to report incidents and allegations anonymously.<br>• Additional staff training tailored to mitigate risk stemming from cultural norms and behaviors. |
| Risks affecting safety and security of personnel and beneficiaries | Duty of Care and staff wellness. | Low | Medium | • HIAS will provide Employee Resilience Program benefits via KonTerra to all staff, offering free and confidential specialist counseling and coaches for staff.<br>• HIAS will provide a competitive compensation and benefits package, including paid vacation and sick leave. |
| Risks affecting safety and security of personnel and beneficiaries | Attack on the RSC office or worksite by individuals intending to harm an operation identified with the United States of America. | Low | High | • Full implementation of USRAP Integrity and Compliance Guide, including annual training and reporting to PRM on compliance.<br>• HIAS global safety and security team and local focal points monitor internet and social media for threats.<br>• Reporting mechanism in place to bring suspected or anticipated violence to the immediate attention of key RSC and HQ staff.<br>• Excellent relationships with the US Embassy RSO and local police for preventing a terrorist event and following up on any incidents.<br>• Local law enforcement is aware of the presence of the RSC and a reporting procedure is in place in case of emergency.<br>• Security cameras, metal detectors, fire/security alarm system in place.<br>• Work with HIAS HQ to ensure the implementation of strict security protocols at the office.<br>• Appropriate safety & security management training for all employees, including RSC Security Handbook review.<br>• Communications group in place amongst employees in case of emergency. |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting safety and security of personnel and beneficiaries | Applicants are sexually abused by medical personnel during required medical examinations. | Low | Medium | • Applicants will be educated on their rights, what to expect during medical exams, and empowered to speak up if they have concerns or unexpected procedures occur.<br>• Applicants will be able to select same-sex medical personnel and support staff.<br>• Consistent, accessible, and appropriate information sharing with applicants on expected staff behavior.<br>• Applicants have access to reporting methods, including ability to report incidents and allegations anonymously. |
| Risks affecting safety and security of personnel and beneficiaries | Fire outbreak or other natural disaster at the RSC office or worksite. | Low | High | • Fire alarm system in place.<br>• Training to employees on evacuation procedures and fire training for select employees to learn how to properly use extinguishers.<br>• Fire extinguishers/fire blankets are serviced and replaced in accordance with local law.<br>• Strict evacuation protocols implemented and practiced.<br>• Local law enforcement is aware of the presence of the RSC and a reporting procedure is in place in case of emergency.<br>• Safety & security training for all employees based on the RSC Security Handbook.<br>• Communications group in place amongst employees in case of emergency.<br>• Applicants retain the originals of all documents.<br>• All documents submitted are entered and scanned and uploaded into START. |
| Risks affecting safety and security of personnel and beneficiaries | Health epidemic outbreak in country or globally. | Medium | High | • Safety & security training for all employees, including RSC Security Handbooks including information on how to handle health epidemics.<br>• Decision procedure in place for the Director to make decisions related to office closure in consultation with a local team and HIAS HQ task force.<br>• The ability for staff to work from home quickly if necessary, including procedures in place to request access for remote work and remote START access.<br>• Communications liaison on staff to notify refugee applicants immediately.<br>• Communications group in place amongst employees in case of emergency including office closure. |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting safety and security of personnel and beneficiaries | Violence caused by an aggrieved or unstable refugee applicant at the RSC office or worksite. | Moderate | High | <ul><li>Annual training for employees on de-escalating a tense situation with applicants while maintaining personal safety.</li><li>Panic buttons in interview rooms, at reception, and entrance.</li><li>Security guard present for all planned applicant interactions.</li><li>Reporting mechanisms and protocols in place to bring the event to the immediate attention of key RSC and HQ employees.</li><li>Excellent relationships with the US Embassy RSO and local police for immediate response and follow up on any incidents.</li><li>Local law enforcement is aware of the presence of RSC offices and a reporting procedure is in place in case of emergency.</li><li>Security cameras are monitored, metal detectors, and fire/security alarm system in place.</li><li>Work with HIAS HQ to ensure the implementation of strict security protocols at the office.</li><li>Safety & security training for all employees based on the RSC Security Handbook.</li><li>Communications group in place amongst employees in case of emergency.</li></ul> |
| Risks affecting safety and security of personnel and beneficiaries | Hate crime directed towards the RSC office or worksite due to the Jewish background of the organization. | Low | High | <ul><li>Full implementation of the Integrity and Compliance Manual, including annual training and reporting to PRM on compliance.</li><li>HIAS global safety and security team and local focal points monitor internet and social media for threats.</li><li>Reporting mechanism in place to bringing suspected or anticipated violence to the immediate attention of key RSC and relevant HQ employees.</li><li>Excellent relationships with the US Embassy RSO, the local Jewish community, and local police for preventing an event and follow up on any incidents.</li><li>Security cameras, metal detectors, and fire/security alarm systems all in place.</li><li>Local law enforcement is aware of the presence of the RSC and a reporting procedure is in place in case of emergency.</li><li>Work with HIAS HQ to ensure the implementation of strict security protocols at the office.</li><li>Safety & security training for all employees, including RSC Security Handbook review.</li><li>Communications group in place amongst employees in case of emergency.</li></ul> |

8

## Risk Analysis for RSC Austria – FY25

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting safety and security of personnel and beneficiaries | General instability in the countries of operation, such as a coup attempt or war. | Low (Austria & Croatia)/ High (Israel) | High | • Evacuation plans in place with annual unannounced drills.<br>• Regular meetings and direct contact with US Embassy RSO on anticipated events of concern.<br>• Safety & security training for all employees, including RSC Security Handbook review.<br>• Communications group in place amongst employees in case of emergency.<br>• Key safety staff in enrolled in STEP notifications from US Embassy and share with staff as necessary. |
| Risks affecting safety and security of personnel and beneficiaries | Regional or country instability resulting in the cancellation of processing and interviewing activity. | Low (Austria & Croatia) / High (Israel) | High | • In regular contact with RSO at US Embassy for up-to-date security information in all locations.<br>• Staff enrolled in STEP notifications from US Embassy and proactively shared with staff as necessary.<br>• Evacuation plans in place for all offices and worksites.<br>• Ability to increase the processing activity in stable locations while reducing activity in unstable locations, in consultation with PRM. |
| Risks affecting safety and security of personnel and beneficiaries | Terror attack in close proximity to the RSC area of operation. | Low | High | • Full implementation of the Integrity and Compliance Manual, including annual training and reporting to PRM on compliance.<br>• Reporting mechanism in place to bringing suspected or anticipated violence to the immediate attention of key RSC and relevant HQ employees.<br>• Excellent relationships with the US Embassy RSO, the local Jewish community, and local police for preventing an event and following up on any incidents.<br>• Security cameras, metal detectors, and fire/security alarm systems all in place.<br>• Local law enforcement is aware of the presence of the RSC and a reporting procedure is in place in case of emergency.<br>• Work with HIAS HQ to ensure the implementation of strict security protocols at the office.<br>• Safety & security training for all employees, including RSC Security Handbook review.<br>• Communications group in place amongst employees in case of emergency. |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Risks affecting safety and security of personnel and beneficiaries | HIAS staff or associated personnel (contracted service provider, vendor supplier) engages in the sexual abuse, assault or exploitation of a participant (onsite or offsite) | Low | High | <ul><li>Candidates for employment go through background checks, misconduct disclosure scheme checks, interviews and reference checks, sanctions list checks, and hire is contingent on successful completion of all screenings/checks (where applicable).</li><li>HIAS staff are trained in prevention of safeguarding/sexual exploitation and abuse, review and sign code of conduct and all safeguarding policies annually.</li><li>Programmatic environments are highly regulated, access is limited, and RSC offices are closely monitored by reception staff and program management in order to reduce the likelihood of abuse occurring in RSC offices.</li><li>All applicant contact occurs in regulated RSC work spaces in order to minimize opportunities for staff to be isolated/alone with refugee applicants.</li><li>Participants have access to reporting methods, including ability to report incidents and allegations anonymously through multiple reporting channels.</li></ul> |
| Risks affecting safety and security of personnel and beneficiaries | HIAS staff extort/exploit participants (demand labor, money, sex in exchange for services; threaten to derail resettlement efforts). | Low | High | <ul><li>Candidates for employment go through background checks, misconduct disclosure scheme checks, interviews and reference checks, sanctions list checks, and hire is contingent on successful completion of all screenings/checks (where applicable).</li><li>HIAS staff are trained in prevention of safeguarding/sexual exploitation and abuse, review and sign code of conduct and all safeguarding policies annually.</li><li>Standards regarding prohibition off off-site contact with participants is emphasized for all staff.</li><li>Participants have access to reporting methods, including ability to report incidents and allegations anonymously.</li></ul> |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Information technology risk | RSC employee provides confidential information to refugee applicant(s) and/or a third party. | Medium | High | • Full implementation of the USRAP Integrity and Compliance Guide, including annual training and reporting to PRM on compliance.<br>• Communication guidance incorporating how to treat refugee records and confidentiality.<br>• Internal mechanism (Whistleblower Policy, EthicsPoint and other reporting channels) for employees to report suspected fraud/malfeasance.<br>• Enforcement of the START Rules of Behavior guiding employee START, network, and computer usage.<br>• Signage and information are provided to refugee applicant(s) highlighting HIAS' policy of zero tolerance for bribery/fraud as well as emphasizing fraud reporting channels.<br>• Candidates for employment go through background checks, misconduct disclosure scheme checks, interviews and reference checks, sanctions list checks, and hire is contingent on successful completion of all screenings/checks (where applicable).<br>• The annual signing of Codes of Conduct and other policies.<br>• Information Technology (IT) security alerts in place for suspicious or unauthorized communication.<br>• Implementation of HIAS Headquarters (HQ) Clean/Clear Desk Policy. |
| Information technology risks | Applicants contact employees/ contractors via social media to gain information about their case. | High | Medium | • Full implementation of the USRAP Integrity and Compliance Guide, including annual training and reporting to PRM on compliance.<br>• All staff trained on the appropriate communication for their position following the Guidelines for the Treatment of Refugee Records (Chapter 1 of USRAP Integrity and Compliance Guide).<br>• Internal reporting mechanisms (Whistleblower Policy, EthicsPoint, and other anonymous reporting channels).<br>• No Contact Policy with annual signing and review.<br>• Full implementation of HIAS' Code of Conduct, Confidentiality Policy, and additional relevant operational policies and procedures. |

11

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Information technology risk | Mishandling of confidential information, to include refugee applicant(s) is (are) able to gain access to files or START database information | Low | High | • Full implementation of the USRAP Integrity & Compliance Guide, including annual training and, guidance on file/document handling, and computer and password protocols.<br>• Communication guidance regarding how to treat refugee records and confidentiality.<br>• Enforcement of the START Rules of Behavior guiding employee START, network, and computer usage.<br>• IT security alerts in place for different types of suspicious or unauthorized communication.<br>• Annual RSC-provided IT integrity training.<br>• Locked and secure file library accessible only to necessary employees. Files kept in locked, secure trunks during circuit rides. Policy and reporting mechanism for file/document mishandling.<br>• Policy in place stating that refugee applicants must be always escorted by an employee—applicants are also never left alone with computers and/or files in interview rooms.<br>• Implementation of HIAS Headquarters (HQ) Clean/Clear Desk Policy. |
| Information technology risks | Loss of START data, reports and email records. | Medium | High | • Full compliance with RPC and PRM IT data integrity guidance and data back-up procedures.<br>• Variety of cybersecurity measures/systems in place to protect against malware.<br>• RSC provided IT Security Training outlining best practices for preventing ransomware and other viruses as well as protecting refugee applicant data.<br>• RSC annual training on USRAP Integrity and Compliance Guide for all employees.<br>• Clear instructions for all employees on reporting IT-related concerns immediately to RPC and RSC IT staff.<br>• Enforcement of START Rules of Behavior guiding employee START, network, and computer usage.<br>• The digital application upload process using rsharenet prevents the loss or misplacement of paper applications received by mail. |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Information technology risk | START information altered | Low | High | • Full implementation of the USRAP Integrity and Compliance Guide, including annual training and reporting to PRM on compliance.<br>• START/Tableau reporting in place to catch inconsistent updating of data.<br>• Quality Control checks by different employees at key points in processing.<br>• START logins and access monitored by IT and management.<br>• Key functions and processing steps reserved for senior employees only.<br>• Annual employee training on ethics and preventing fraud.<br>• Internal reporting mechanism for employees to report suspected fraud to the RSC Director (Whistleblower Policy, EthicsPoint, and other reporting channels). |
| Information technology risk | Configuration change control | Medium | High | • Configuration change control is currently under deployment.<br>• Solutions are in place to request, approve, and monitor the proper implementation of these changes. |
| Information technology risk | System security plan | Medium | High | • SSP currently in process to be finalized and approved.<br>• Adequate funding requested in FY25 budget in order to review the accuracy of the plan.<br>• IT Security Specialist on staff to provide technical knowledge and support. |
| Information technology risk | Vulnerability scanning | High | High | • Rapid7 vulnerability scanning implemented with scanning scheduled weekly to cover devices across offices in Austria and Israel.<br>• A procedure for the remediation of findings has been established and running and is planned to be implemented the sub-office in Croatia in FY24. |
| Information technology risk | Denial of service protection | Medium | High | • The flood protection configuration is been reviewed and aligned to recommended network security best practice in the current configuration of the firewalls.<br>• Other advanced DDOS protection solutions are proposed to be purchased in order to minimize the risk of DOS attack. |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Information technology risk | Boundary and application protection | High | High | • Network separation is implemented at RSC Austria Vienna main office and Croatia sub-office by utilizing VLANs and firewalls.<br>• Up-to-date advance threat protection on perimeter firewall and zone protection is also configured accordingly.<br>• Review of the network segmentation is in progress for Israel sub-office with the possibility to implement traffic restriction inside the organization.<br>• New Switch to be implemented at Israel sub-office. |
| Information technology risk | Transmission of confidential information | High | High | • SSL certificates has been renewed and applied to running servers.<br>• Migration to Microsoft 365 with additional email security solutions is planned.<br>• Ongoing work with 3cx support to configure TLS 1.2 for the server and VOIP trunk. |
| Information technology risk | Cryptographic Protection | High | High | • Procedures that defines requirements for cryptographic key generation, distribution and destruction are currently in process to be developed.<br>• IT Security Specialist on staff to provide technical knowledge to properly address risk. |
| Information technology risk | Cryptographic Key Establishment and Management | Medium | High | • Procedures that define requirements for cryptographic key generation, distribution and destruction are currently in process to be developed.<br>• Currently, the encryption of devices, recovery key storage and monitoring are being handled with the Manage Engine Endpoint Management software. Keys generated for drive and tapes encryption are backed up on a drive location that is accessible only to privilege users (IT).<br>• Working with an IT security consultant to develop a draft for suitable cryptographic key management policies that would be enforced by the local IT team. |
| Information technology risk | Voice Over Internet Protocol | Medium | High | • Implementation of a comprehensive approach and documentation to securing VOIP technologies within the system is ongoing.<br>• Configuring VOIP trunk for TLS/SSL capabilities in in progress. |

**Risk Analysis for RSC Austria – FY25**

| | Description of Risk | Likelihood of Risk | Potential Impact of Risk | Risk Mitigation Plans/Actions |
|---|---|---|---|---|
| Information technology risk | Least Privilege | Medium | High | • A RBAC matrix is currently in progress to be finalized.<br>• Least privilege standards are in place across all IT systems and policies are being developed to clearly outline privileged access. |
| Information technology risk | Data sanitization | Medium | High | • Procedure for the digital sanitization of electronic media is in development in accordance with PRM guidelines. |
| Information technology risk | Alternate processing location | Medium | High | • Insurance coverage in the event of an emergency which requires short term lease of an alternative work site.<br>• O365 is in the phase of implementation which offers the possibility to work from an alternate site. In case of a disaster to our network infrastructure, O365 could be configured to make most assets available for normal users. |
| Fiduciary and legal risk | Theft of equipment or personal items of value from the RSC office or worksite. | Low | High | • Maintain an up-to-date inventory list and asset tracking of all equipment.<br>• All data stored on computers is encrypted and protected with strong passwords and VPN.<br>• Reporting mechanism in place to bring theft to the immediate attention of key RSC staff.<br>• Excellent relationships with the US Embassy RSO and local police for preventing local crime and following up on any incidents.<br>• Office insurance in place to replace lost items.<br>• Security cameras, metal detectors/guards with metal detector wands, fire/security alarm system in place.<br>• Security guards present during any scheduled activities. |

**Risk Analysis for RSC Austria – FY25**

| Fiduciary and legal risk | Acceptance by an employee /contractor of a bribe from an applicant in exchange for an offer of expedited processing or confidential case information. | Low | High | <ul><li>Reporting procedures in place for refugee applicants to report suspected fraud/bribery to the RSC Director in writing anonymously or via email.</li><li>Candidates for employment go through background checks, misconduct disclosure scheme checks, interviews and reference checks, sanctions list checks, and hire is contingent on successful completion of all screenings/checks (where applicable).</li><li>Full implementation of USRAP Integrity and Compliance Guide, including annual training and reporting to PRM on compliance.</li><li>Signage throughout the office informing refugee applicants that bribes or payment for services are prohibited.</li><li>All documentation supplied to applicants contains "Services are Free" messaging.</li><li>Surveys are regularly administered to measure refugee applicant's understanding of how to identify and report fraud to the RSC.</li><li>Internal mechanism (Whistleblower Policy, EthicsPoint and other anonymous reporting channels) for employees.</li><li>Zero tolerance policy in place for fraudulent behavior by employees, including accepting bribes.</li><li>Annual fraud prevention and ethics training for staff.</li><li>The annual signing of HIAS' Code of Conduct, Confidentiality Policy, No Contact Policy, and additional policies and procedures.</li></ul> |
|---|---|---|---|---|



# RSC Austria Key Personnel FY25

| Current position title | Staff name | Staff details |
|---|---|---|
| RSC Director | Emily Russ | US resettlement expert with over 25 years of refugee resettlement experience with USRAP, including domestic and overseas in multiple RSCs, 17 years of which at RSC Austria with an undergraduate degree |
| Head of Program Support | Emily Jeitler | Administrative and management professional with a master's degree in International Business Consultancy and over ten years of experience in HR, management, and executive administrative roles in international organizations |
| Head of Refugee Programs | Jessica Stauch | US resettlement expert with RSC Austria for over 10 years working in all aspects of refugee processing with previous employment with several NGOs and political campaigns in the US and a bachelor's degree in Political Science |
| Israel Program Manager | Zinabu Adhana | B.A. degree in Psychology and MA in Public Health Nutrition. With over 8 years of experience in key roles related to refugee resettlement and 3 years of experience as General psychologist and Program Coordinator |
| Cultural Orientation Team Leader | Rebecca De Vries | Trained mediator, democracy trainer, and trauma therapist with a graduate degree in international migration and over ten years of experience working in the field of refugees in Israel and Germany in a variety of roles from education, medical assistance, and legal support to project management |
| Austria Program Manager | Matthew Rhodes | Experienced US resettlement professional with over 13 years of experience at RSC Austria in a variety of program roles with a higher national diploma (UK) |
| Program Access Manager | David Smillie | Immigration and border governance expert with over ten years of experience as a UK Border Officer in addition to work with IOM and varied levels of RSC experience of nearly a decade and a bachelor's degree in Political Science |
| Croatia Program Manager | Biserka Ivanovic Sarkanovic | Program and project manager with over 20 years of experience, including leading the introduction of program based budgeting across Kosovo, and holds a master's degree in Public Affairs |
| Finance and Accounting Manager | Alline Waldhelm | Licensed lawyer in Brazil with a master's international tax law degree (LL.M.) in Austria with over 15 years of experience with accounting, controlling, finances and taxation |
| Finance Coordinator | Niko Finka | Finance professional with a master's degree in Business and Economics and more than 15 years of professional experience with a focus on financial management, audit, and grant management |
| HR Manager | Claudia Ferrari | HR professional with two master's degrees in HR and also Publishing and over seven years of varied HR experience internationally |
| Office Management Specialist | Dina Popov | Administrative professional with educational background in Geography, Tourism and Hotel Management with over ten years of experience in purchasing and office management |
| Refugee Data Manager | Joanna Mazurek | Experienced data and reporting professional with over four years of experience at RSC Austria working on reporting and SSC issues, postgraduate degree and courses in data analysis with previous professional experience in academic research |
| Information Systems Manager | Samuel Komolafe | IT management professional with more than 10 years working experience in IT, covering IT systems operation in support of various business processes with an undergraduate degree in computer science and currently enrolled at the University of Vienna for a masters in computer science |
| IT Security Specialist | André Eichhofer | IT security professional with over 5 years of IT Security experience in auditing IT systems, forensics, offensive security, penetration testing, and consulting plus additional years of experience in fraud investigation and a master's degree in law |



HIAS RSC Austria – FY25 Organizational Chart



RSC Austria Security Plan

The following document includes the security handbooks for all three RSC Austria offices: Vienna, Austria, Zagreb, Croatia, and Tel Aviv, Israel. Each handbook is provided to new staff during their first few days of employment and is reviewed with them for any questions or concerns. It includes details about physical access, visitors, how to address questions about our work, fire safety, first aid, emergency response plan, and how to report any concerns. These handbooks are reviewed regularly by the Head of Program Support with input from RSC leadership and HIAS HQ Global Safety and Security.





# Staff Security Handbook - Austria

*Please note that this document is confidential and only for staff of HIAS/RSC Austria.*

*The information in this document is subject to change and will be updated accordingly.*

  

**Security at HIAS/RSC Austria**

The safety and wellbeing of staff in our office is of paramount importance to me. I want you to feel safe and be safe in your work. You have the right to work in an environment free from harm, or from the fear of being harmed.

We all have a responsibility to know and to follow the procedures in place and to report any concerns we might have, however big or small.

This Security Handbook is intended to provide information on what you need to do both day-to-day and in an emergency situation. Please familiarize yourself with its contents.

If you have concerns about security, I need to know. Inside or outside office hours, you can contact me on 0699 1505 5530.

You will find guidance in this document about what to do in the event of an emergency. After following all guidance described in this document please also contact the following numbers: 0699 1505 5530 and 0660 4384152. You can also contact these numbers to report emergencies which occur after hours or when you are not in one of the RSC offices.

With best regards,


**Emily Russ**
**Director**

  

## Contents

Staff Security Handbook - Austria ................................................................................................ 1

  Security at HIAS/RSC Austria .................................................................................................. 2

  Contents ................................................................................................................................... 3

  Your chip key ........................................................................................................................... 4

  Your Personal Identification Number (PIN) ............................................................................ 4

  Entering the building ............................................................................................................... 4

  Entering the core office space ................................................................................................ 4

  Leaving the office .................................................................................................................... 4

  If you lose your chip key .......................................................................................................... 5

  If you forget your PIN .............................................................................................................. 5

  Keeping doors locked .............................................................................................................. 5

  Windows and Skylights ........................................................................................................... 5

  Files and Cabinets ................................................................................................................... 5

People in our office .................................................................................................................... 6

  Staff ID card ............................................................................................................................ 6

  Visitors .................................................................................................................................... 6

  Refugee Applicants ................................................................................................................. 6

Around our office building........................................................................................................... 7

Talking about the work we do ..................................................................................................... 8

Social Media ................................................................................................................................ 9

Fire Safety .................................................................................................................................. 10

  General Fire Safety ............................................................................................................... 10

  Fire Prevention ..................................................................................................................... 10

First Aid ...................................................................................................................................... 11

Health Concerns ........................................................................................................................ 11

In the event of an Emergency.................................................................................................... 12

  An aggressive / difficult applicant or visitor in our office.................................................... 12

  An emergency requiring evacuation (example: fire emergency) .......................................... 12

  A stay-in-place emergency (example: demonstration outside the office).......................... 13

  A hostile intruder/ Active shooter ....................................................................................... 13

How to report your concerns .................................................................................................... 14

  

**Keeping the office secure**

Your chip key

On the first day at work, all staff are issued a chip key. This will be used to clock in and out each day, and, when used with your Personal Identification Number (PIN), will give you access to the office. Depending on your work, you may also receive access to the file library using this same chip key.

Your Personal Identification Number (PIN)

All staff are asked to choose a PIN unique to you.  You will need your PIN to access the building and the core office space. PINs are changed every 60 days.

Entering the building

The staff entrance is at the back of the building.  You will need to use your chip key and your personal identification code (PIN) to enter.  Hold the chip key on the number pad until you hear a beep, and then enter your PIN.  You will hear the door click when it is open.  Please ensure the door closes securely behind you after you come in.  Please only use your fingertip to enter your PIN as using other tools (such as a key or a sharp object) will break the number pads.

Entering the office is only possible during normal business hours and only when the alarm is turned off.

If you forget your PIN or chip key, you need to press the intercom button.  A membe*r* of the reception team will check your identity through the camera and then open the door for you.

Entering the core office space

There are four internal doors leading to the core office space.  These can only be opened by authorized persons using a PIN and chip key.

The other internal doors leading to the core office space must remain closed.  Please make sure these doors close firmly behind you after you have used them.

Leaving the office

All doors in the office can be exited without needing a chip key or a PIN. However, staff should swipe their fob when leaving the building in order to keep accurate access records.

In normal circumstances, staff should leave the office using the back entrance.  Only in an emergency, where evacuation from the front is safest, should the front exit be used by staff.

  

If you lose your chip key

- If you lose your chip key during office hours, IMMEDIATELY inform the Office Management Specialist. Do not wait, hoping that you find them. In the absence of the Office Management Specialist, tell the Head of Program Support.
- If you lose your chip key outside office hours, IMMEDIATELY inform the Office Management Specialist. Do not wait until you get to the office the next day.
- If you cannot get hold of the Office Management Specialist, then inform the Head of Program Support.

The Office Management Specialist will ensure that the chip is immediately deactivated.

If you forget your PIN

If you forget your PIN, please talk to the Office Management Specialist who will have the chip key reprogramed with a new PIN.

Keeping doors locked

We have an open door policy in our office. However, please make sure that the file library is always locked.

The Office Management Specialist is responsible for ensuring the file library doors are always closed and locked. Reception staff are responsible for unlocking and locking the classrooms and the Waiting Room as necessary.

Windows and Skylights

At the end of your working day, please close the windows and skylights in your office.

Files and Cabinets

When you need to take a break or at the end of the day, please return files to the file library. If you have work documentation in the cupboards and drawers in your office, please ensure these are locked.

Electronic devices

All personal electronic devices that can take a picture or connect to the internet must remain in the designated areas.

  

**People in our office**

No one should be in our office without a good and valid reason.  Please be vigilant at all times.  If you see anyone acting suspiciously, please report this immediately to your manager, Office Management Specialist, Head of Program Support, or RSC Director.

You may see someone and you do not know why they are in the office.  In this case, If you are comfortable doing so, you can politely ask the person directly why they are on the premises.  If you are not comfortable doing this, please talk to the Office Management Specialist who will take action with the security guard.

Staff ID card

Please wear your photo staff badge at all times when in the office.  Please do not remove this badge from the office. If you lose this badge, please report it to the Office Management Specialist immediately.

Visitors

Visitors must always be accompanied by a staff member and must always prominently wear a visitor badge. This includes people working on repairs and maintenance in the office. The Office Management Specialist is responsible for all badges.

All visitors must also sign in using the visitor forms held at Reception. They must also leave any electronic devices which can take a picture or connect to the internet at Reception.

Sometimes, visitors will attend the office who have different privileges.  They may, for example, have the right to see data or to walk unaccompanied in the office.   In this rare exception, the Office Management Specialist will advise all staff per email prior to the visitors arriving on the premises.

Refugee Applicants

Refugee applicants must have an ID badge with them at all times. In most cases, they are issued a badge which is clearly displayed, indicating the reason for their visit. On arrival, their reason for being on the premises is checked and validated by Reception after being physically screened by the security guard. All applicants must also leave electronic equipment at reception using the check in/out tags.  If they have any other personal belongings, they should place them in the lockers by the front door. The receptionist should issue them the key for these lockers.

In the interview area refugee applicants must always be accompanied by a member of staff.  Refugee applicants should only be allowed in the Staff Only area with the permission of the Director and always accompanied by staff.

If it is not clear to you why an applicant is on the premises or if an applicant is unaccompanied in a restricted area, immediately ask them to explain the nature of their visit, and, if necessary, accompany them to where they should be.  Without exception, report the matter to the Austria Program Manager.

  

**<u>Around our office building</u>**

Please on your way to and from work and on your way in and out of the office, stay aware of what is happening around you:

- – Does anything seem unusual?
- – Is anyone watching or studying the building?

If you notice anything that doesn't feel right, or that seems unusual, however big or small, please immediately:

- – Tell your colleagues – you might find that someone else has noticed the same thing
- – Report this to the Office Management Specialist via email.

    

**Talking about the work we do**

An important part of our approach to security is our discretion.  We are careful to keep a low profile locally and in the media.  We are also cautious about the way we answer questions about our work.  In addition to the HIAS Global Confidentiality Policy all staff sign, please ensure you follow the guidance below:

| Can say: | Cannot give information regarding: |
|---|---|
| - HIAS has a contract with the US government to process refugees for resettlement to the US. <br> - We mostly work with Iranian religious minorities. <br> - There is an agreement between the governments to process the refugees in Austria. <br> - No one remains in Austria beyond the processing time. <br> - Our approval rates are very high. <br> - The applicants are responsible for themselves while in Austria. <br> - My job is [explain in very general terms but do not accidently give process information]. <br> - | - Numbers (for example of applications, applicants in Vienna, in our pipeline). <br> - The timescales involved, including the time applicants are in Vienna. <br> - The relationship between the governments involved. <br> - The D-Visa process, term or validity. <br> - The steps involved in the approval process. |

Please also note the following important points:

- It is ok to say "I don't know".
- Refer people to the HIAS website (hias.org) if they want to know more.
- If you are unsure about what you can or cannot say, please speak to your Manager or Director.
- If you are approached by a member of the press or media (online or otherwise) for information about our office, please do not answer any questions.  Refer them to the Director.

In response to a question about applicant numbers, you can refer people to The Worldwide Refugee Admissions Processing System website.

  

**Social Media**

We ask all staff to be careful in their use of social media for a number of reasons, including the following:

- to prevent refugee applicants approaching staff through social media
- to protect our applicants and their families who may not yet be in a place of safety
- to stop potential fraudsters finding out personal information about our staff and program which they may try to use against us
- to keep the work that we do 'low profile'

Being careful in our use of social media includes the following instructions:

1. Keep your privacy settings high for all your social media accounts – ensure that members of the public and refugee applicants cannot easily find you online
2. Regularly check your online visibility by googling yourself – if you can find yourself easily, then you need to increase your security settings
3. Never ever write online about the work that you do, even to friends and family
4. If you have a LinkedIn or other professional social media profile, ensure that it does not accidently reveal confidential information about our program or processes

If you are not sure whether the online content you are writing is acceptable, please talk to the Director who will advise.

If you need technical help, please contact the IT team who will be glad to advise.





**Fire Safety**

General Fire Safety

We have smoke detectors with a direct link to our security company who will contact the emergency services.  We also have four fire/evacuation alarm buttons, one at the end of each of the long corridors.  See map at the back of this handbook.  If you see a fire or smell smoke, please do not hesitate to press the fire alarm button.

The fire alarm is the same as the evacuation alarm – a long continuous and loud tone.

In the event of fire, please follow the process explained in detail below in section titled "An emergency requiring evacuation."

Always keep hallways and staircases clear of anything that could block an evacuation. If you notice something blocking an evacuation route, please inform the HR Manager.

There are six fire extinguishers in our office which are serviced in accordance with Austrian standards. Trained Area Wardens will try to put out the fire if safe to do so. The Area Wardens are listed on the fire escape plans in each office.

Fire Prevention

1.  Smoking is not allowed anywhere in the building.  There is a staff smoking area outside the office by the back door.
2.  When using the hot plates in the larger kitchen, stay in the kitchen the whole time the stove is on. Ensure there is nothing nearby (towels, plastic, paper, and clothing) that could accidently touch the hot plate and cause a fire.
3.  Immediately tell the Office Management Specialist if you notice a damaged electrical socket, a cracked, frayed or broken electrical cord, or any damaged electrical equipment.
4.  Our copiers and printers have a mechanism that prevents over-heating.  However, please inform IT immediately if the equipment you are using malfunctions or gives off a strange odor.
5.  Do not stack boxes, papers or files near to electrical supply sources.
6.  Please be vigilant and inform the Office Management Specialist if you notice anything that you think could cause a fire.

  

**First Aid**

There are two fully-stocked first aid boxes, one in each main corridor close to the copy room.  If you need first aid assistance, the list of qualified office First Aiders is on the side of each first aid box.

If you are involved in any kind of accident at work, or travelling to and from work, please inform the HR Manager immediately.

**Health Concerns**

In the event of a city, country or worldwide health epidemic, you will receive guidance from the Director regarding any changes to the working location, times and/or office guidelines. The Director will be monitoring the situation and make decisions in consultation a local team designated for this purpose and HIAS Headquarters.

  

### In the event of an Emergency

We need to be prepared for different emergency situations that could happen in our office. Please make sure you are thoroughly familiar with the emergency procedures and guidance for our office. If you have any questions or would like to report any concerns, please speak immediately to a Manager.

<u>An aggressive / difficult applicant or visitor in our office</u>

Very rarely, an applicant to our program may for whatever reason, become verbally or physically aggressive. The following guidance is intended to help you in this situation:

1. Ask the applicant to calm down in a controlled tone of voice. Try to control your tone and body language to be non-aggressive.
2. If working at reception or in a lower position to the applicant, stand to be at eye-level with the applicant, all the while trying to de-escalate the tension.
3. If the applicant does not calm down after the first warning, please call your manager or the security guard. Use the doorbell distress alarms or safety alarms to notify them if necessary. Once they arrive, please warn the applicant again to calm down.
4. If the applicant does not calm down after a second warning, please ask them to leave. The security guard will escort them out of the building.
5. If the security guard is not able to remove them from the building, then the police will be called by the receptionist.
6. If at any point the applicant becomes physically aggressive, please call security.
7. Your safety is the most important thing. If necessary, leave the area quickly and get to a place of safety where you can get help.

<u>An emergency requiring evacuation (example: fire emergency)</u>

- You will hear a continuous alarm
- The Meeting Point is the Car Park behind the office
- Immediately leave your room and head directly to the meeting point
- Normally, exit is through the front or back door, but there is also an evacuation exit in Room 11 and two moveable escape ladders are also available (see the evacuation plan displayed in each room)
- Your safety is worth more than your personal belongings – please leave straightaway
- If you are with applicants or other visitors, please calmly guide them to the Meeting Point
- If you are unsure, Area Wardens wearing hi-vis vests will tell you which exit and Meeting Point to use
- Once at the Meeting Point, please stand with your Manager for the roll call
- Inform applicants and visitors to stand in a group nearby
- Emergency Services will tell the Office Management Specialist when people can re-enter the building

  

<u>A stay-in-place emergency (example: demonstration outside the office)</u>

- You will hear a broken alarm tone which it set off by the security guard or receptionist
- The Director or Office Management Specialist will give audible instructions using the mega phone to tell staff where the danger is and the procedure to follow
- Area Wardens will help guide people to the correct meeting place and the staff member at Reception and security guard will immediately go into the Core Office Space, closing the reinforced door behind them
- Normally, staff and applicants will be told to gather in the hallway outside the Director's office
- If you are with applicants or other visitors, please do your best to ensure they understand and follow the instructions given
- In particular, <u>do not leave the reinforced Core Office Space</u> (it is possible to exit, but not to enter, in a Stay in Place emergency)
- Emergency Services will respond within minutes


<u>A hostile intruder/ Active shooter</u>

This situation is highly unlikely but it is important that you have information on how to protect yourself in the event that someone manages to enter the office with the intention of harming staff and other people in the office.  In the case of a hostile intruder, the guard or reception staff will press a panic button and this will result in the police arriving within minutes.

Stay calm and wait for instructions.

**Evacuate safely, if possible**
- Evacuate if given instructions to do so from the Director
- If there is an escape path, attempt to evacuate
- Leave your personal belongings behind
- Help others to escape if possible
- Prevent others from entering the area

**Hide**
- If evacuation is not possible, find a place to hide
- Lock and/or blockade the door
- Silence your cell phone
- Hide behind large objects, lower down on the floor
- Remain quiet

  

### How to report your concerns

If you have any concerns about safety or security in the office, big or small, it is important that you please speak up and let someone know.

You can contact your Manager, the Employee Safety Representative, the Human Resources Manager, Office Management Specialist, Head of Program Support, or the Director.

If for any reason you do not feel comfortable talking to anyone in the office, please contact EthicsPoint (0800-200-288, using code 888 208-3103 or through www.ethicspoint.com).

  

# Staff Security Handbook – Croatia

*Please note that this document is confidential and only for staff of HIAS/RSC Austria.*

*The information in this document is subject to change and will be updated accordingly.*

  

**Security at HIAS/RSC Austria**

The safety and wellbeing of staff in our office is of paramount importance to me. I want you to feel safe and be safe in your work. You have the right to work in an environment free from harm, or from the fear of being harmed.

We all have a responsibility to know and to follow the procedures in place and to report any concerns we might have, however big or small.

This Security Handbook is intended to provide information on what you need to do both day-to-day and in an emergency situation. Please familiarize yourself with its contents.

If you have concerns about security, I need to know. Inside or outside office hours, you can contact me on +43 0699 1505 5530.

You will find guidance in this document about what to do in the event of an emergency. After following all guidance described in this document please also contact the following numbers:
+43 699 1505 5530 and +43 660 4384152. You can also contact these numbers to report emergencies which occur after hours or when you are not in one of the RSC offices.

With best regards,


**Emily Russ**
**Director**

  

## Contents

Staff Security Handbook – Croatia.............................................................................................................1

    Security at HIAS/RSC Austria .............................................................................................................2

    Contents ...........................................................................................................................................3

    Your chip key ....................................................................................................................................4

    Your Personal Identification Number (PIN) .......................................................................................4

    Entering the office ............................................................................................................................4

    Exiting the office ..............................................................................................................................4

    Open doors .......................................................................................................................................4

    Files and Cabinets ............................................................................................................................4

Around our office building ...................................................................................................................4

People in our office .............................................................................................................................5

    Staff ID card .....................................................................................................................................5

    Visitors .............................................................................................................................................5

    Refugee Applicants ..........................................................................................................................5

Talking about the work we do .............................................................................................................6

Social Media .......................................................................................................................................7

Fire Safety ..........................................................................................................................................7

    General Fire Safety ..........................................................................................................................7

    Fire Prevention ................................................................................................................................7

First Aid ..............................................................................................................................................8

If you are involved in any kind of accident at work, or travelling to and from work, please inform the Administrative Officer immediately. ...................................................................................................8

Health Concerns .................................................................................................................................8

In the event of an Emergency...............................................................................................................8

    An aggressive / difficult applicant or visitor in our office........................................................................8

    An emergency requiring evacuation (example: fire emergency) ...........................................................9

    A stay-in-place emergency (example: demonstration outside the office)...........................................9

    A hostile intruder/ Active shooter....................................................................................................9

How to report your concerns ...............................................................................................................10

  

**Keeping the office secure**

Your chip key

On the first day at work, all staff are issued a chip key. This will give you access to the office. If you lose your chip key, please talk to the Administrative Officer.

Your Personal Identification Number (PIN)

All staff are asked to choose a PIN unique to you. You will need your PIN to access the building and the core office space. PINs are changed every 60 days.

Entering the office

Staff are only allowed to enter the office space during working hours using their fob and pin code.

Exiting the office

To exit the office space, use the button located next to the main door. Exiting the office is possible without a fob, but staff should also swipe their fob when exiting the office for accurate access records.

Open doors

All doors should remain open unless they need to be closed for confidentiality reasons. The door to the balcony should remain locked at all times.

Files and Cabinets

When you need to take a break or at the end of the day, please return files/PII to the file cabinet. If you have work documentation in the cupboards and drawers in your office, please ensure these are locked.

Electronic devices

All personal electronic devices that can take a picture or connect to the internet must remain in the designated areas.

**Around our office building**

Please on your way to and from work and on your way in and out of the office, stay aware of what is happening around you:

- Does anything seem unusual?
- Is anyone watching or studying the building?

If you notice anything that doesn't feel right, or that seems unusual, however big or small, please immediately:

- Tell your colleagues – you might find that someone else has noticed the same thing.
- Report this to the Director via email

  

**People in our office**

No one should be in our office without a good and valid reason.  Please be vigilant at all times.  If you see anyone acting suspiciously, please report this immediately to your manager or the Administrative Officer.

You may see someone and you do not know why they are in the office. In this case, If you are comfortable doing so, you can politely ask the person directly why they are on the premises. If you are not comfortable doing this, please talk to the Administrative Officer who will take action with the security guard.

<u>Staff ID card</u>

Please wear your photo staff badge at all times when in the office.  If you lose this badge, please report it to the Administrative Officer immediately.

<u>Visitors</u>

Visitors must always be accompanied by a staff member and must always prominently wear a visitor badge. This includes people working on repairs and maintenance in the office. The Administrative Officer is responsible for all badges.

All visitors must also sign in using the visitor management system held at RSC reception. They must also leave any electronic devices which can take a picture or connect to the internet at RSC reception.

Sometimes, visitors will attend the office who have different privileges.  They may, for example, have the right to see data or to walk unaccompanied in the office.  In this rare exception, the Director will advise all staff per email prior to the visitors arriving on the premises.

<u>Refugee Applicants</u>

Refugee applicants must have an ID badge with them at all times. They are issued a badge which is clearly displayed, indicating the reason for their visit. On arrival, their reason for being on the premises is checked and validated at RSC reception after being physically screened by the security guard.  All applicants must also leave electronic equipment at RSC reception using the lockers.

In the interview area refugee applicants must always be accompanied by a member of staff. If it is not clear to you why an applicant is on the premises or if an applicant is unaccompanied in a restricted area, immediately ask them to explain the nature of their visit, and, if necessary, accompany them to where they should be.  Without exception, report the matter to the Croatia Program Manager.

  

**Talking about the work we do**

An important part of our approach to security is our discretion. We are careful to keep a low profile locally and in the media. We are also cautious about the way we answer questions about our work. In addition to the HIAS Global Confidentiality Policy all staff sign, please ensure you follow the guidance below:

| Can say: | Cannot give information regarding: |
|---|---|
| - HIAS has a contract with the US government to process refugees for resettlement to the US. <br> - We mostly work with Iranian religious minorities. <br> - There is an agreement between the governments to process the refugees in Croatia. <br> - No one remains in Croatia beyond the processing time. <br> - Our approval rates are very high. <br> - The applicants are responsible for themselves while in Croatia. <br> - My job is [explain in very general terms but do not accidently give process information]. <br> - | - Numbers (for example of applications, applicants in Croatia, in our pipeline). <br> - The timescales involved, including the time applicants are in Croatia. <br> - The relationship between the governments involved. <br> - The D-Visa process, term or validity. <br> - The steps involved in the approval process. |

Please also note the following important points:

- It is ok to say "I don't know".
- Refer people to the HIAS website (hias.org) if they want to know more.
- If you are unsure about what you can or cannot say, please speak to your Manager or Director.
- If you are approached by a member of the press or media (online or otherwise) for information about our office, please do not answer any questions. Refer them to the Director.

In response to a question about applicant numbers, you can refer people to The Worldwide Refugee Admissions Processing System website.

  

**Social Media**

We ask all staff to be careful in their use of social media for a number of reasons, including the following:
– to prevent refugee applicants approaching staff through social media
– to protect our applicants and their families who may not yet be in a place of safety
– to stop potential fraudsters finding out personal information about our staff and program which they may try to use against us
– to keep the work that we do 'low profile'

Being careful in our use of social media includes the following instructions:
1. Keep your privacy settings high for all your social media accounts – ensure that members of the public and refugee applicants cannot easily find you online
2. Regularly check your online visibility by googling yourself – if you can find yourself easily, then you need to increase your security settings
3. Never ever write online about the work that you do, even to friends and family
4. If you have a LinkedIn or other professional social media profile, ensure that it does not accidently reveal confidential information about our program or processes

If you are not sure whether the online content you are writing is acceptable, please talk to the Director who will advise.

If you need technical help, please contact the IT team who will be glad to advise.

**Fire Safety**

General Fire Safety

We have smoke detectors which will alert the local fire department.  If you see a fire or smell smoke, please do not hesitate to press the fire alarm button. In the event of fire, please follow the evacuation plan for the building.

Always keep hallways and staircases clear of anything that could block an evacuation. If you notice something blocking an evacuation route, please inform the Administrative Officer.

Fire Prevention

1. Smoking is not allowed anywhere in the building.
2. Immediately tell the Administrative Officer if you notice a damaged electrical socket, a cracked, frayed or broken electrical cord, or any damaged electrical equipment.
3. Our copiers and printers have a mechanism that prevents over-heating.  However, please inform IT immediately if the equipment you are using malfunctions or gives off a strange odor.
4. Do not stack boxes, papers or files near to electrical supply sources.
5. Please be vigilant and inform the Administrative Officer if you notice anything that you think could cause a fire.

  

**First Aid**

There is a first aid box in the office, if you need first aid assistance, please contact the Administrative Officer.

If you are involved in any kind of accident at work, or travelling to and from work, please inform the Administrative Officer immediately.

**Health Concerns**

In the event of a city, country or worldwide health epidemic, you will receive guidance from the Director regarding any changes to the working location, times and/or office guidelines. The Director will be monitoring the situation and make decisions in consultation a local team designated for this purpose and HIAS Headquarters.

**In the event of an Emergency**

We need to be prepared for different emergency situations that could happen in our office. Please make sure you are thoroughly familiar with the emergency procedures and guidance for our office. If you have any questions or would like to report any concerns, please speak immediately to the Administrative Officer.

An aggressive / difficult applicant or visitor in our office

Very rarely, an applicant to our program may for whatever reason, become verbally or physically aggressive. The following guidance is intended to help you in this situation:

1. Ask the applicant to calm down in a controlled tone of voice. Try to control your tone and body language to be non-aggressive.
2. If working at reception or in a lower position to the applicant, stand to be at eye-level with the applicant, all the while trying to de-escalate the tension.
3. If the applicant does not calm down after the first warning, please call your manager or the security guard. Use the doorbell distress alarms or safety alarms to notify them if necessary. Once they arrive, please warn the applicant again to calm down.
4. If the applicant does not calm down after a second warning, please ask them to leave. The security guard will escort them out of the building.
5. If the security guard is not able to remove them from the building, then the police will be called by the Administrative Officer.
6. If at any point the applicant becomes physically aggressive, please call security.
7. Your safety is the most important thing. If necessary, leave the area quickly and get to a place of safety where you can get help.

  

<u>An emergency requiring evacuation (example: fire emergency)</u>

– You will hear a continuous alarm
– Immediately leave your room and head directly to the Meeting Point
– Your safety is worth more than your personal belongings – please leave straightaway
– If you are with applicants or other visitors, please calmly guide them to the Meeting Point
– Once at the Meeting Point, the Administrative Officer will take attendance to ensure all staff are accounted for
– Inform applicants and visitors to stand in a group nearby
– Emergency Services will tell the Administrative Officer when people can re-enter the building


<u>A stay-in-place emergency (example: demonstration outside the office)</u>

– You will be informed by the Administrative Officer that there is an emergency situation that needs your attention and action
– The Administrative Officer will give audible instructions to tell staff where the danger is and the procedure to follow
– The Administrative Officer will help guide people to the correct meeting place
– If you are with applicants or other visitors, please do your best to ensure they understand and follow the instructions given
– Emergency Services will respond within minutes

<u>A hostile intruder/ Active shooter</u>

This situation is highly unlikely but it is important that you have information on how to protect yourself in the event that someone manages to enter the office with the intention of harming staff and other people in the office.  In the case of a hostile intruder, the guard or reception staff will alert police immediately.

Stay calm and wait for instructions.

**Evacuate safely, if possible**
– Evacuate if given instructions to do so from the Administrative Officer
– If there is an escape path, attempt to evacuate
– Leave your personal belongings behind
– Help others to escape if possible
– Prevent others from entering the area

**Hide**
– If evacuation is not possible, find a place to hide
– Lock and/or blockade the door
– Silence your cell phone
– Hide behind large objects, lower down on the floor
– Remain quiet

May 2024

  

**How to report your concerns**

If you have any concerns about safety or security in the office, big or small, it is important that you please speak up and let someone know.

You can contact your Manager, the Administrative Officer, the Human Resources Manager, Head of Program Support, or the Director.

If for any reason you do not feel comfortable talking to anyone in the office, please contact EthicsPoint (0800-200-288, using code 888 208-3103 or through www.ethicspoint.com).

  

# Staff Security Handbook - Israel

*Please note that this document is confidential and only for staff of HIAS/RSC Austria.*

*The information in this document is subject to change and will be updated accordingly.*

  

**Security at HIAS/RSC Austria – Israel Office**

The safety and wellbeing of staff in our office is of paramount importance to me.  I want you to feel safe and be safe in your work.  You have the right to work in an environment free from harm, or from the fear of being harmed.

We all have a responsibility to know and to follow the procedures in place and to report any concerns we might have, however big or small.

This Security Handbook is intended to provide information on what you need to do both day-to-day and in an emergency situation.  Please familiarize yourself with its contents.

If you have concerns about security, I need to know.  Inside or outside office hours, you can contact me on +43 699 1505 5530.

You will find guidance in this document about what to do in the event of an emergency. After following all guidance described in this document please also contact the following numbers:
+43 699 1505 5530 and +43 660 4384152. You can also contact these numbers to report emergencies which occur after hours or when you are not in one of the RSC offices.

With best regards,


**Emily Russ**
**Director**

  

# Contents

Staff Security Handbook - Israel .................................................................................................1

   Security at HIAS/RSC Austria – Israel Office ...........................................................................2

   Your key ..................................................................................................................................4

   Entering the building ..............................................................................................................4

   If you lose your key ................................................................................................................4

   Keeping doors locked ............................................................................................................4

   Windows .................................................................................................................................4

   Files and Cabinets .................................................................................................................4

People in our office ..................................................................................................................5

   Staff ID card ...........................................................................................................................5

   Visitors ...................................................................................................................................5

   Refugee Applicants ...............................................................................................................5

Around our office building.......................................................................................................6

Talking about the work we do .................................................................................................7

Social Media ............................................................................................................................8

Fire Safety ...............................................................................................................................9

   General Fire Safety ...............................................................................................................9

   Fire Prevention .....................................................................................................................9

First Aid ...................................................................................................................................9

Health Concerns ......................................................................................................................9

In the event of an Emergency.................................................................................................10

   An aggressive / difficult applicant or visitor in our office....................................................10

   An emergency requiring evacuation (for example: fire) ......................................................10

   Rocket Attack.......................................................................................................................10

How to report your concerns ................................................................................................11

  

**Keeping the office secure**

Your key

On the first day at work, all staff are issued a key fob for the outer office door and a key for the office door. Individual codes are changed every 60 days by staff.

Entering the building

Entering the office is only possible during normal working hours.  A receptionist is stationed at the desk in the main lobby during these hours.  It is possible to enter the office outside of these hours in order to support activities, such as flights and medical examinations. A code is required to enter the main building whenever the guard is not on duty.

Entering the office

The office key must be used to enter the office in the morning, and reentering throughout the day can be done using the code pad or the key.

Leaving the office

All doors in the office can be exited without needing a key.  When leaving the office for the day make sure the file cabinet and office door where the cabinet is stored is locked as well as all office doors.

If you lose your key

Notify your manager immediately.

Keeping doors locked

We have an open door policy in our office.  However please make sure that the file cabinet and door to office where the cabinet is located is locked at the end of the day. All keys should be placed in the key safe.

Windows

At the end of your working day, please close the windows in your office.

Files and Cabinets

At the end of the working day, please return files to the file cabinet.  If you have work documentation in the cupboards and drawers in your office, please ensure these are locked. Files should never be left unattended.

  

**People in our office**

No one should be in our office without a good and valid reason.  Please be vigilant at all times.  If you see anyone acting suspiciously, please report this immediately to one of the Directors.

You may see someone and you do not know why they are in the office.  In this case, if you are comfortable doing so, you can politely ask the person directly why they are on the premises.  If you are not comfortable doing this, please talk to a Manager.

Staff ID card

Staff are required to wear their staff badge at all times in the office.  If for some reason you do not want to have your real name on your staff badge, you may, following consultation with your Manager and HR, choose an appropriate alias.

Electronic devices

Staff may leave their mobile and other electronic devices which can take pictures or connect to the internet in the designated area. They are not allowed in a space with applicant PII.

Visitors

Visitors (all non-RSC staff) must always be accompanied by a staff member and sign in.  This includes people working on repairs and maintenance in the office.  Visitors must leave phones and electronics in the designated area.

Sometimes, visitors will attend the office who have different privileges.  They may, for example, have the right to see data or to walk unaccompanied in the office.  In this rare exception, the RSC Director will advise all staff per email prior to the visitors arriving on the premises. If any visitors request access, please speak to the manager immediately.

Refugee Applicants

Refugee applicants must always be accompanied by a member of staff. The security guard will physically screen all applicants before interacting with RSC staff. All applicants should leave their electronic items in the designated area.

If it is not clear to you why an applicant is on the premises or if an applicant is unaccompanied in a restricted area, immediately ask them to explain the nature of their visit, and, if necessary, accompany them to where they should be. If necessary, inform the security guard to escort them out. Without exception, report the matter to your Manager.

  

**<u>Around our office building</u>**

Please on your way to and from work and on your way in and out of the office, stay aware of what is happening around you:

- Does anything seem unusual?
- Is anyone watching or studying the building?

If you notice anything that doesn't feel right, or that seems unusual, however big or small, please immediately:

- Tell your colleagues – you might find that someone else has noticed the same thing
- Report this to the Director and/or Manager.

  

**Talking about the work we do**

An important part of our approach to security is our discretion.  We are careful to keep a low profile locally and in the media.  We are also cautious about the way we answer questions about our work.  In addition to the HIAS Global Confidentiality Policy all staff sign, please ensure you follow the guidance below:

| Can say: | Cannot give information regarding: |
|---|---|
| - HIAS has a contract with the US government to process refugees for resettlement to the US.<br>- We mostly work with African asylum seekers in Israel.<br>- The applicants are responsible for themselves while in Israel.<br>- My job is [explain in very general terms but do not accidently give process information]. | - Numbers (for example of applications, applicants in Israel, in our pipeline).<br>- The timescales involved, including the time applicants are in the process.<br>- The relationship between the governments involved.<br>- The steps involved in the approval process. |

Please also note the following important points:

- It is ok to say "I don't know".
- Refer people to the HIAS website (hias.org) if they want to know more.
- If you are unsure about what you can or cannot say, please speak to your Manager.
- If you are approached by a member of the press or media (online or otherwise) for information about our office, please do not answer any questions.  Refer them to the Director.

In response to a question about applicant numbers, you can refer people to The Worldwide Refugee Admissions Processing System website.





**Social Media**

We ask all staff to be careful in their use of social media for a number of reasons, including the following:

- to prevent refugee applicants approaching staff through social media
- to protect our applicants and their families who may not yet be in a place of safety
- to stop potential fraudsters finding out personal information about our staff and program which they may try to use against us
- to keep the work that we do 'low profile'

Being careful in our use of social media includes the following instructions:

1. Keep your privacy settings high for all your social media accounts – ensure that members of the public and refugee applicants cannot easily find you online
2. Regularly check your online visibility by googling yourself – if you can find yourself easily, then you need to increase your security settings
3. Never ever write online about the work that you do, even to friends and family
4. If you have a LinkedIn or other professional social media profile, ensure that it does not accidently reveal confidential information about our program or processes

If you are not sure whether the online content you are writing is acceptable, please talk to your manage who will advise.

If you need technical help, please contact the IT team who will be glad to advise.

  

**Fire Safety**

General Fire Safety

The building has a fire alarm system.

In the event of fire, please take the stairway at the end of the hall downstairs and evacuate the building. Do not use the elevator.

When confirmed that all persons inside the office have exited, lock the office door.

Always keep hallways and staircases clear of anything that could block an evacuation.

Fire Prevention

1. Smoking is not allowed in the office.
2. Immediately tell the landlord via the HIAS Country Office Office Manager if you notice a damaged electrical socket, a cracked, frayed or broken electrical cord, or any damaged electrical equipment.
3. Please inform IT immediately if the equipment you are using malfunctions or gives off a strange odor.
4. Do not stack boxes, papers or files near to electrical supply sources.
5. Please be vigilant and inform your Manager if you notice anything that you think could cause a fire.

**First Aid**

A first aid kit is located in the office with the file library cabinet.

If you are involved in any kind of accident at work, or travelling to and from work, please inform the HIAS Israel Country Office Director and your manager.

**Health Concerns**

In the event of a city, country or worldwide health epidemic, you will receive guidance from the HIAS Israel Country Office Director on how best to remain safe on your way to and from the office. The RSC Director will be monitoring the situation and with guidance from the HIAS Israel Country Office Director and HIAS Headquarters, instructions will be given regarding working location and times.

  

### In the event of an Emergency

We need to be prepared for different emergency situations that could happen in our office. Please make sure you are thoroughly familiar with the emergency procedures and guidance for our office. If you have any questions or would like to report any concerns, please speak immediately to your Manager or to the Director.

<u>An aggressive / difficult applicant or visitor in our office</u>

Very rarely, an applicant to our program may for whatever reason, become verbally or physically aggressive. The following guidance is intended to help you in this situation:

1. Ask the applicant to calm down in a controlled tone of voice. Try to control your tone and body language to be non-aggressive.
2. If seated, stand to be at eye-level with the applicant, all the while trying to de-escalate the tension.
3. If the applicant does not calm down after the first warning, please call the guard, please warn the applicant again to calm down.
4. If the applicant does not calm down after a second warning, please ask them to leave and notify the security guard to come assist.
5. If you and the HIAS staff member are not able to remove them from the building, then the guard will call the police.
6. If at any point the applicant becomes physically aggressive, please call the security guard.
7. Your safety is the most important thing. If necessary, leave the area quickly and get to a place of safety where you can get help.

<u>An emergency requiring evacuation (for example: fire)</u>

– You will hear the fire alarm triggered by the building. Go to the stairway at the end of the hall.
– Go down the stairs and exit the building.
– Your safety is worth more than your personal belongings – please leave straightaway.
– If you are with applicants or other visitors, please calmly guide them to exit the building.
– Emergency Services will tell you when people can re-enter the building.

<u>Rocket Attack</u>
– In case there is a rocket attack near the building, there will be a city-wide alarm to warn the public. In such a case, exit the office. When confirmed that all persons inside the office have exited, lock the office door.
– Please exit within 90 seconds of the alarm going off.
– Go to the stairway at the end of the hall.
– Go down the stairs. The stairs lead to a shelter.
– Stay in the shelter until the alarm is off.

  

**How to report your concerns**

If you have any concerns about safety or security in the office, big or small, it is important that you please speak up and let someone know.

You can contact your Manager, Head of Program Support, the Human Resources Manager or RSC Director.

If for any reason you do not feel comfortable talking to anyone in the office, please contact EthicsPoint (0800-200-288, using code 888 208-3103 or through www.ethicspoint.com).



**Welcome the stranger.**
**Protect the refugee.**

**HIAS BOARD OF DIRECTORS RESOLUTION APPROVING THE REVISED**
**POLICY ON PROTECTION FROM SEXUAL EXPLOITATION AND ABUSE**

**WHEREAS**, HIAS, Inc. ("HIAS") takes very seriously concerns about safeguarding generally and safeguarding against sexual exploitation and abuse in particular;

**WHEREAS**, HIAS previously adopted a Safeguarding Policy to address this concern; and

**WHEREAS**, HIAS aims to conform its Policy with that of the international humanitarian sector;

**NOW, THEREFORE, BE IT:**

**RESOLVED,** upon resolution made and passed, that the HIAS Board of Directors approves the attached "Protection from Sexual Exploitation and Abuse Policy."

**Secretary's Certification:**

It is hereby certified by the undersigned that the foregoing resolution was duly approved at a meeting of the Board of Directors of HIAS, duly called and held in person on September 18, 2022 in Alexandria, Virginia at 12:00 p.m. EDT, and the foregoing resolution has been duly recorded in the meeting minutes of the Board and is in full force and effect.

DocuSigned by:

_____        9/22/2022
ABDD52A11E57469...
Philip. E. Wolgin, Secretary-Treasurer        Date

**Headquarters** 1300 Spring Street, Suite 500 • Silver Spring, MD 20910 • 301 844 7300 • hias.org

SILVER SPRING (HQ) • NEW YORK • ARUBA • AUSTRIA • BELGIUM • CHAD • COLOMBIA • COSTA RICA
ECUADOR • GREECE • GUYANA • ISRAEL • KENYA • MEXICO • PANAMA • PERU • UKRAINE • VENEZUELA



Welcome the stranger.
Protect the refugee.

# HIAS SAFEGUARDING POLICY FOR PROTECTION FROM SEXUAL EXPLOITATION AND ABUSE (PSEA)

## Purpose

In keeping with HIAS' vision and values and as referenced in its Code of Conduct, HIAS is committed to the protection of persons from any harm caused directly or indirectly due to their coming into contact with HIAS. HIAS expects that anyone working in the name of or on behalf of HIAS will treat all program participants with dignity and respect, and not engage in conduct that is exploitative or abusive. This HIAS Safeguarding Policy ("Policy") informs HIAS staff and associated personnel of their legal, contractual, and ethical responsibilities to safeguard all program participants and community members in all areas of HIAS' work wherever HIAS operates.

This Policy covers sexual exploitation and abuse caused by:

- The conduct of HIAS staff and associated personnel (together "Personnel"), and partners
- The design and implementation of HIAS' programs and activities, including operations, recruitment, procurement, fundraising and communications

This Policy does not cover:

- Sexual harassment in the workplace, which is addressed by HIAS' Discrimination and Harassment Policy
- Safeguarding concerns in the wider community not perpetrated by HIAS staff, associated personnel, or partners

See Appendix A for a glossary of terms and definitions.

## Applicability

This Policy applies to all HIAS staff and associated personnel globally (collectively referred to as "HIAS Personnel"). "HIAS Personnel" is defined as all: (a) permanent, fixed term, and temporary

staff; (b) board members; (c) outside consultants, independent contractors, and sub-contractors; (d) third-party representatives and agents; and (e) volunteers, community workers, interns and public service or fellows who conduct work on behalf of HIAS. This Policy also applies to external parties, such as HIAS' partners, sub-recipients, suppliers, and vendors, working for or receiving funding from HIAS ("HIAS Partner"). In short, this Policy applies to any individual or entity having a contractual relationship with HIAS and any individual or entity that is funded, in whole or in part, with HIAS resources or that acts on HIAS' behalf at HIAS' direction.

This Policy applies to the above parties in all locations, at all times, both during and outside of working hours.

HIAS maintains a zero-tolerance approach to any form of sexual exploitation or abuse. Adherence to this Policy is mandatory and non-compliance will lead to disciplinary action, which may be up to and including termination. For partners, violation of this Policy and failure to take appropriate corrective action may result in suspension or immediate termination of the partnership agreement and may also result in the party being deemed ineligible for future partnership agreements with HIAS.

Where any provision of this Policy conflicts with a law or regulation, the law or regulation shall govern and supersede the conflicting provision. Where the HIAS safeguarding standard is higher than the applicable national laws, HIAS' policy shall be followed.

## What is safeguarding?

This Policy specifically covers harm caused by sexual exploitation and abuse and forms part of HIAS' Safeguarding Framework. Safeguarding, more broadly, refers to the measures put in place to prevent, identify, and respond to exploitation, abuse, and other forms of harm caused by an organization and its partners, in order to protect the health, well-being and human rights of anyone who comes into contact with the organization.

## Policy Statement

**HIAS is committed to undertaking all its work in a manner that does not put any program participants or community members at risk of sexual exploitation, abuse, or other exploitative or abusive conduct.**

HIAS Personnel are humanitarian workers, subject to universally recognized humanitarian protection principles, including the principle of "do no harm." HIAS is committed to the core principles regarding the prevention of sexual exploitation and abuse laid out by the UN Secretary General in 2003[1] and in the Inter-Agency Standing Committee's (IASC) Six Core Principles Relating

---

[1] https://daccess-ods.un.org/access.nsf/Get?OpenAgent&DS=ST/SGB/2003/13&Lang=E

DocuSign Envelope ID: BB8A5446-4405-4B35-86E6-35645EB41877

to Sexual Exploitation and Abuse[2]. HIAS Personnel are required to comply with the following principles:

o   HIAS strictly prohibits Personnel and partners from engaging in sexual exploitation and/or abuse of program participants, community members, or anyone else. Sexual exploitation and abuse constitute acts of gross misconduct and are therefore grounds for termination of employment.

o   Sexual activity is prohibited with children (persons under the age of 18) regardless of the age of majority or age of consent locally. Mistaken belief regarding the age of a child is not a defense.

o   Exchange of money, employment, goods, or services for sex, including sexual favors or other forms of humiliating, degrading, or exploitative behavior is prohibited even when such transactions would be legal and/or consensual in the jurisdiction where they would occur. This includes exchange of assistance that is due to program participants.

o   Any sexual relationship is prohibited between HIAS Personnel and program participants that involves improper use of rank or position. Such relationships undermine the credibility and integrity of humanitarian aid work. HIAS requires that any Personnel who has an existing relationship or enters into a relationship with a program participant discloses the relationship to their Safeguarding Focal Point, HR Lead, or Country Director and notify the Office of General Counsel by telephone (1-888-559-8518), email (ethics@hias.org), or via www.hias.ethicspoint.com. A relationship may be permitted upon a determination by HIAS that it is not exploitative or based on unequal power, will not jeopardize the community's trust in HIAS' work, and does not present any conflict of interest for HIAS. Failure to disclose relationships will be considered a breach of this Policy.

o   Where a HIAS Personnel develops a concern or suspicion regarding sexual exploitation or abuse by a fellow aid worker, whether employed by HIAS or a partner agency, he or she must report such concerns via HIAS' reporting mechanisms. Failure to report knowledge, a reasonable suspicion, or concern of a safeguarding violation will be subject to disciplinary action, up to and including termination.

o Personnel are obliged to create and maintain an environment that prevents sexual exploitation and abuse and promotes the implementation of HIAS' Code of Conduct. Managers at all levels have responsibilities to support and develop systems that maintain this environment.

---

[2] https://interagencystandingcommittee.org/inter-agency-standing-committee/iasc-six-core-principles-relating-sexual-exploitation-and-abuse

In addition, all HIAS Personnel are obliged to:

- Contribute to creating and maintaining a culture and secure environment that prevents safeguarding violations and promotes the implementation of the Safeguarding Policy.
- Cooperate in any investigations of safeguarding concerns where their participation is needed.

Executives, Senior Management and Supervisors are obliged to:

- Hold themselves and others accountable for a working culture that prevents safeguarding violations and promotes the implementation of this Policy.
- Ensure any HIAS Personnel under their direct or indirect supervision receives, understands and agrees to comply with this Policy.
- Make sure that all Personnel have a level of knowledge and competence with regard to this Policy that is appropriate to their function and role.
- Take seriously and prioritize any allegation of conduct that violates this Policy and immediately report it to the General Counsel.
- Ensure, per the Whistleblowing Policy, that anyone who reports safeguarding concerns or participates in investigations is not retaliated against.
- Ensure that performance management of staff supports an accountable and safe organizational culture to prevent exploitation, abuse and other forms of harm.
- Ensure that staff with specialized duties for implementing this Policy have appropriate experience, training, and support available to them.
- Support and develop systems which reinforce the implementation of this Policy, including through appropriate staffing and resourcing.

HIAS will:

- Design and undertake all programs and activities (including data and content gathering) in a way that protects clients, beneficiaries of assistance, children, vulnerable adults and any other persons of concern from physical or psychological harm that may arise from coming into contact with HIAS Personnel.
- Implement stringent safeguarding procedures when recruiting, managing, and deploying HIAS staff and associated personnel, including but not limited to criminal background checks.
- Train all Personnel on the contents of this Policy and their specific responsibilities related to their job role and function.
- Display in conspicuous locations at all offices and project sites, in relevant working languages, awareness-raising material about this Policy, including the available reporting channels.
- Designate a focal point for every country office and sub office who can act as a resource for Personnel, program participants and community members; carry-out training and

4

awareness raising activities; and receive disclosures.
• Inform program participants and host communities about this Policy and how to report any concerns of safeguarding violations.
• Ensure multiple safe, confidential, and accessible complaint and feedback mechanisms are available to program participants and community members, as outlined in the Accountability to Affected Populations Guidance, and that procedures are in place to ensure that safeguarding reports are swiftly escalated to HIAS' General Counsel.
• Include the obligation to adhere to this Policy and any additional, related donor requirements in contractual agreements and memoranda of understanding with partners; assess partners' capacity and systems to comply with this Policy; and monitor partners' compliance with these obligations.
• Comply with national legislation in any activities involving contact with children and vulnerable adults (noting, however, that where HIAS sets a higher standard than national laws, it is expected that HIAS' policy will be followed).

## Reporting

HIAS requires all Personnel and partners to immediately report any safeguarding concerns to HIAS' General Counsel by telephone (1-888-559-8518), email (ethics@hias.org) or via www.hias.ethicspoint.com. Reports may also be submitted to Safeguarding staff or focal points where they are trained and in place. Reports may be submitted anonymously.

HIAS Personnel who are aware of conduct that violates this Policy and do not report it will be subject to discipline, up to and including termination.

Any staff reporting concerns or complaints will be protected from any form of retaliation or negative employment consequences, per HIAS' Whistleblowing Policy. Personnel who knowingly and willfully report false information will be considered in breach of this Policy and subject to disciplinary action.

HIAS will also accept complaints from external sources, such as program participants and other persons of concern, members of the public, partners, and official bodies, per the "Accountability to Affected Populations" procedures. If HIAS receives a complaint regarding another aid agency, HIAS will make its best effort to ensure that the complaint is properly directed to the corresponding agency.

In accordance with the risk reporting framework, HIAS' General Counsel shall report possible safeguarding violations to HIAS' Board of Directors and, per funder notice guidelines, determine if the funder/donor also receives a report. If the report constitutes criminal misconduct, it will also be disclosed to local authorities taking due account of the safety, security, and wishes of the survivor.

DocuSign Envelope ID: BB8A5446-4405-4B35-86E6-35645EB41877

## Investigations

HIAS will carry out independent, confidential, and survivor-centered investigations by trained investigators, recognizing the rights and interests of everyone involved, including the complainant, survivor (if different from the complainant), witnesses, and subject of complaint. Investigations will be carried out according to HIAS' Standard Operating Procedures for Dealing with Safeguarding Concerns. If necessary, HIAS may also refer reports to other agencies for investigation.

## Confidentiality

It is essential that confidentiality is maintained at all stages of the process when dealing with safeguarding concerns. Information relating to the concern and subsequent case management will be shared only on a need-to-know basis and will be kept secure at all times. Where a law, rule, or regulation, such as the European Union General Data Protection Regulation (GDPR), governs a person's access to information, HIAS will comply with that law, rule, or regulation while also keeping information related to the concern confidential at all times.

## Survivor-Centered Approach

HIAS is committed to responding to all reports of conduct that violate this Policy with a survivor-centered approach. This means that the safety, dignity, and well-being of the survivor are the primary considerations in all steps that HIAS takes in responding to safeguarding concerns and in taking precautions to minimize any additional harm to the survivor. HIAS will seek to ensure that survivors are referred to medical, psychosocial, legal, and safety support services, as appropriate and available, and according to the survivor's specific needs and wishes. HIAS will assist survivors with reporting incidents to the proper authorities should they so choose.

## Associated Policies

HIAS Code of Conduct
HIAS Safeguarding of Children Policy
Anti-Human Trafficking Policy
HIAS Whistleblowing Policy

## Changes and Updates to this Policy

HIAS reserves the right to make changes and updates to this Policy as required. If modified, the Policy will be communicated to all HIAS staff and associated personnel and posted on HIASnet, indicating the date of the latest revision.

**Document Type:** Board policy
**Version Number:** 2 (replaces Safeguarding Policy)
**Owner:** Director, Safeguarding
**Date of Approval:** September 18, 2022

**APPENDIX A**

**Program participant** is someone who directly receives goods or services from HIAS' program(s). Note that this Policy also covers exploitation and abuse caused by HIAS in the wider community where our programs are taking place.

**Child** is a person below the age of 18 - *UN Convention on the Rights of the Child, Article 1.*

**Harm** is physical, sexual, emotional abuse, neglect, and exploitation, and any other infringement of an individual's rights.

**Safeguarding children** means any action, measure, or structure to prevent and protect any child from harm.

**Safeguarding** is the measures put in place by organizations to prevent, identify and respond to harm that may be caused by inappropriate sexual activity, abuse or exploitation, or other exploitative or abusive conduct. It is the organization's responsibility to make sure their staff, operations and programs "do no harm" to anyone that comes in contact with the organization, especially children and vulnerable adults, and to not expose them to the risk of or actual harm and abuse - *Keeping Children Safe (adapted).*

**Sexual abuse** means the actual or threatened physical intrusion of a sexual nature, whether by force or under unequal or coercive conditions - *UN Secretary-General's Bulletin on Special measures for protection from sexual exploitation and sexual abuse (ST/SGB/2003/13).*

**Sexual exploitation** means any actual or attempted abuse of a position of vulnerability, differential power, or trust, for sexual purposes, including, but not limited to, profiting monetarily, socially, or politically from the sexual exploitation of another - *UN Secretary General's Bulletin on Special measures for protection from sexual exploitation and sexual abuse (ST/SGB/2003/13).*

**Vulnerable adult** is a person who is, or may be, in need of care by reason of mental, physical, emotional, psychological, or other disability; age, sex, gender, sexual orientation, gender identity, or illness; and who is or may be unable to take care of him or herself, or unable to protect him or herself against significant harm or exploitation. - *UK Government Department of Health (abridged).* Note: Due to issues of poverty, marginalization, relative lack of power, and lack of access, program participants served by HIAS programs are considered vulnerable.

**Zero tolerance** is the organization's responsibility to adequately respond to any concerns of violations of this Policy. This includes the obligation to report any knowledge, suspicion, or concern about a safeguarding violation, the responsibility to investigate any concerns that are brought to our attention, and, in the case of substantiated allegations, to respond with adequate remedial and corrective measures, including through disciplinary action, up to and including termination of employment or a third-party agreement.

DocuSign Envelope ID: BB8A5446-4405-4B35-86E6-35645EB41877

## HIAS Personnel PSEA Certification Form

I hereby affirm and acknowledge that I have received a copy of this PSEA Policy, and I fully understand all of the terms contained herein. I agree to comply with all terms of this policy and to report any potential or acts of violation of this policy or related policies and procedures. Reporting options include anonymous reporting through EthicsPoint (www.hias.ethicspoint.com) by email (ethics@hias.org), by telephone (1-888-559-8518), or to a Safeguarding staff or focal point. I understand that it is my sole responsibility to ask any questions about this Policy, and I confirm that I have had the opportunity to do so.

I acknowledge and understand that my non-compliance with this Policy or my non-disclosure of a violation of this Policy of which I am fully aware, or my willful and intentional concealment of a violation of this Policy committed by myself or others, may result in disciplinary action, including the termination of my employment or other relationship with HIAS and the pursuit of legal action against me by HIAS.

I further understand that the foregoing may result in criminal or civil penalties and fines imposed by law, which HIAS reserves the right to pursue in its sole discretion.

I understand that this policy should be signed upon employment or relationship with HIAS and January 1 every year after.


_____          _____
Print name                                                      Position or Affiliation with HIAS



_____          _____
Signature                                                         Date

8



**Welcome the stranger.**
**Protect the refugee.**

<h1 style="color:#cc0066; text-align:center">HIAS Code of Conduct</h1>

## Introduction

In keeping with its vision, mission, and values, HIAS is committed to maintaining the highest degree of ethical conduct among all its associated Personnel[1] and organizations that collaborate with HIAS. To help increase understanding, this Code of Conduct details HIAS' expectations of Personnel in key areas.

## Scope and purpose

This Code of Conduct applies to all HIAS Personnel. It aims ensure that HIAS operates in a manner consistent with its vision, mission, and values.[2] Organizations that collaborate with HIAS are expected to have a Code of Conduct that aligns with HIAS' or adopt HIAS' Code of Conduct for use by all staff and volunteers. A separate Supplier Code of Conduct applies to HIAS vendors and suppliers.

This Code of Conduct sets out the conduct expected of HIAS Personnel while under contract to the organization or with a legally binding relationship. It forms part of all employment contracts or binding relationship agreements. The principles defined in the Code of Conduct are to be

---

[1] "Personnel" include employees, board members, consultants, contractors, fellows, interns, or volunteers, or others working on behalf of HIAS in any HIAS global location or on behalf of HIAS in a non-HIAS location.

[2] **Vision**
HIAS stands for a world in which refugees find welcome, safety and opportunity.
**Mission**
Drawing on our Jewish values and history, and working with host communities, HIAS provides vital services to refugees, asylum seekers, and other forcibly displaced and stateless persons around the world and advocates for their fundamental rights so they can rebuild their lives.
**Values**
*Welcome • Acogimiento • Hospitalité •* הכנס ת אורחי ם *(Hachnasat Orchim)*
We Welcome the Stranger
*Justice • Justicia • Justice •* צדק *(Tzedek)*
We Pursue Justice
*Empathy • Empatía • Empathie •* חסד *(Chesed)*
We Approach our Clients with Empathy
*Partnership • Compañerismo • Coopération •* חברותא *(Chevruta)*
We Believe in Changing the World through Partnership
*Courage • Coraje • Courage •* אומץ *(Ometz)*
We Act with Courage to Build a Better World
*Resilience • Resiliencia • Résilience •* רוח *(Ruach)*
We Adapt and Thrive, Continuously Demonstrating our Resilience



**Welcome the stranger.**
**Protect the refugee.**

upheld by HIAS Personnel inside and outside the workplace at all times, whether or not "on duty" for HIAS. Breaches of the Code of Conduct are grounds for disciplinary action, up to and including termination of employment, contract, agreement, or relationship with HIAS. Failure to report a violation of the Code of Conduct is itself a breach of the Code of Conduct.

Although local laws and cultures differ from one country to another, HIAS' Code of Conduct is consistent with international and UN standards and is binding in all contexts. HIAS Personnel are expected to adhere to the Code of Conduct and abide by local laws and regulations. Where local law is stricter than the Code of Conduct, local law takes precedence. If local law is absent or less strict, the Code of Conduct standard shall apply.



## Code of Conduct Standards

HIAS Personnel agree as follows:

**1.  Adherence to Law, HIAS Values and Policies, and Humanitarian Principles**

1.1    I will abide by all applicable laws and HIAS policies. I will be sensitive to local customs.

1.2    I will promote and adhere to HIAS' values of welcome, justice, empathy, partnership, courage, and resilience.

1.3    When acting on behalf of HIAS, I will adhere to the core humanitarian principles of humanity, neutrality, impartiality, and independence.

1.4    I will not take part in any form of corruption, including bribery, theft, or fraud. Fraudulent acts include but are not limited to forgery, alteration of a document, or falsifying a time sheet, business record or document. (Further information can be found in HIAS' Anti-Corruption and Anti-Fraud Policy.)

1.5    I will not provide or receive any monetary assistance or engage in a relationship with any individual or entity that is a known terrorist or terrorist group, or any individual or entity that is found in applicable sanction lists checked by HIAS.

1.6    I will not work under the influence of any substances, such as alcohol or legal or illegal drugs, that may influence my judgment, or jeopardize the safety or security of others on HIAS premises or work sites.

1.7    I will not be in possession of illegal substances on HIAS premises or work sites.

**2.  Conflicts of Interest**

2.1    I will perform my personal duties and conduct myself in a manner that avoids any real or perceived conflicts with the interests of HIAS.

2.2    I will declare any real or perceived financial, personal, intimate, or familial conflicts of interest in matters of official business, either financial or non-financial -- in accordance with HIAS' Global Staff Conflict of Interest Policy (for staff) or the HIAS Conflict of Interest Policy (for board members and Key Officials).

2.3    I will not be involved in awarding benefits, contracts for goods or services, or employment or promotion within HIAS to any person with whom I have a financial, familial, or potentially compromising personal relationship.

2.4    I will not solicit any gift for myself personally in connection with my employment or relationship with HIAS.

2.5    I will not accept cash of any value or gifts worth more than the equivalent of $50 USD at a time (or $150 per year in total) from anyone as a part of my service with HIAS, per the Anti-Corruption and Anti-Fraud Policy. A Country Office, with the concurrence of the Regional Director, may establish a lower limit on the value of acceptable gifts.

**3.  Treatment of Others**

3.1    I will always treat all people with respect and dignity.

3.2    I will not sexually, physically, or emotionally abuse others.

3.3    I will not engage in discrimination, harassment, sexual harassment, bullying, or abuse of power.



3.4      I will not recruit or utilize children (defined as under 18 years of age) for labor which could be harmful or hazardous, prevent children from attending school or participating in typical childhood activities or that violate local child labor laws, consistent with the standards of the International Labour Organization.

3.5      Particular Considerations in the Treatment of HIAS Personnel and Partners

     3.5.1    I will ensure all relationships with co-workers and those working on behalf of HIAS are respectful and appropriate.

     3.5.2    I will support equal opportunities and promote a respectful work environment that honors the dignity and worth of each individual, in line with HIAS' Diversity, Equity, and Inclusion Statement.

     3.5.3    If I am in a senior management or supervisory role, I will not make romantic or sexual advances or engage in any romantic or sexual relationship with anyone in a position over which I have direct or indirect authority. Further information can be found in HIAS' Anti-Discrimination, Harassment, Bullying and Abuse of Power policy.

     3.5.4    I will not engage in a romantic or sexual relationship at work that involves improper use of power, rank, or position.

     3.5.5    I will disclose any romantic or sexual relationship with a HIAS colleague to HR in my country office, regional office, or headquarters, as soon as practicable when such relationship occurs. I understand I may be asked questions about a relationship to ensure it is welcome, voluntary, and consensual, and without any form of coercion, exploitation, or abuse of power.

3.6      Particular Considerations in the Treatment of Program Participants

     3.6.1    I will not engage in any activities that commercially exploit others, including forced labor, human trafficking, or conduct that contributes to human trafficking.

     3.6.2    I will not hire any current HIAS program participant for personal services, such as house cleaning or childcare.

     3.6.3    I will not exchange money, employment, goods or services for sex, sexual favors or any form of humiliating, degrading, or exploitative behavior. This also includes any exchange of assistance due to program participants.

     3.6.4    I will not engage in a romantic or sexual relationship with a program participant. (If I am a "HIAS community worker," I will immediately disclose to HR any romantic or sexual relationship with a program participant.) I understand I may be asked questions about a relationship to ensure it is welcome, voluntary, and consensual and without any form of coercion, exploitation, or abuse of power.

     3.6.5    I will not take photographs or videos of program participants without their written consent and will not publicize these without their permission.

     3.6.6    I will not publish photographs, videos or other personally identifiable information of program participants for personal purposes, including my social media accounts.

     3.6.7    I will immediately report any knowledge, concern, or suspicion of conduct that violates HIAS' PSEA Policy or Anti-Human Trafficking Policy.



3.7    Particular Considerations in the Treatment of Children (defined as under 18 years of age)

    3.7.1   I will place the rights of the child at the center of the HIAS' activities and seek to ensure the best interests of children. Centering the rights of the child and best interests of the child applies even if it conflicts with local standards.

    3.7.2   I will immediately notify HIAS if I have been involved in any incident of child abuse that might affect my suitability to have contact with children in my duties.

    3.7.3   I will not cause harm to children through sexual, physical, neglect, or exploitation.

    3.7.4   I will not engage in any form of physical discipline with children who are program participants.

    3.7.5   I will not engage in sexual activity or a romantic relationship with children. Mistaken belief as to the age of a child is not a defense.

    3.7.6   I will avoid being alone with a child where I cannot be observed by others, unless necessitated by my job function.

    3.7.7   I will not make unsolicited, personal contact with children who are or were program participants via any means, including social media, except as necessitated by my job function.

    3.7.8   I will not take photographs of children who are or were program participants without the child's consent or assent (depending upon age and developmental level) *and* that of their parent or guardian. I will not publicize these for professional or personal reasons without the written consent of the parent or guardian.

    3.7.9   I will immediately report any knowledge, concern, or suspicion of conduct that violates HIAS' Child Safeguarding Policy.

**4.  Integrity and Accountability**

    4.1    I will promote integrity and accountability and immediately report a violation of the law, HIAS policy, or this Code of Conduct.

    4.2    I will not retaliate against anyone who reports a violation of an applicable law, rule, regulation, HIAS policy, or this Code of Conduct, per the HIAS Whistleblowing Policy and other policies.

**5.  Health, Safety & Security**

    5.1    I will seek to ensure the health, safety, security, and welfare of all HIAS Personnel, partners, and program participants.

    5.2    I will adhere to all legal and HIAS health and safety requirements in force at my location of work or when traveling on behalf of HIAS.

    5.3    I will comply with all global, country, or location-specific security policies and procedures. I will be proactive in informing management of any necessary changes to such guidelines.

    5.4    I will behave in a manner so as to avoid any unnecessary risk to the safety, health, and welfare of myself and others, including partner organizations and communities with whom we work.



**Welcome the stranger.
Protect the refugee.**

6.  **Use of HIAS Property**

    6.1    I will be responsible for the proper use of information, assets, and resources to which I have access by reason of my employment with HIAS.

    6.2    When interacting with the program participants, I will always wear or be in possession of HIAS apparel for identification purposes, unless prevented by security concerns.

    6.3    I will account for all money and property entrusted to me by HIAS.

    6.4    I will not use HIAS' work equipment, software, e-mail, or social media platforms to engage in or encourage activity that is in violation of applicable law.

    6.5    I will not use a HIAS vehicle or office for sexual activity.

    6.6    I will not use a HIAS vehicle or office for personal use without written authorization by the Country Director or departmental director.

    6.7    I will not use HIAS' work equipment, including computers, cell phones, office walls, vehicles, and internet access, for the purposes of viewing, downloading, displaying, or disseminating material that is discriminatory, harassing, bullying, pornographic or sexually explicit in nature.

7.  **Confidentiality and Data Protection**

    7.1    I will exercise due care in all matters of official business. I will not divulge any confidential information relating to colleagues, work-related matters or any sensitive information unless legally required to do so or on a "need to know" basis.

    7.2    I will respect the confidentiality of personal data. I will adhere to all HIAS policies and procedures and applicable laws to the protection of personal data.

## Questions, Complaints, and Reports

HIAS Personnel are: (1) strongly encouraged to ask their supervisor or HIAS human resources about this policy and its application to any actual, potential or hypothetical acts; (2) required to report breaches of the Code of Conduct to HIAS' General Counsel by email (ethics@hias.org) , via www.hias.ethicspoint.com, via telephone (1-888-208-3103) in the US or via local number available on the website); and (3) responsible for knowing the formal reporting channels described in the below policies and procedures. HIAS Personnel are protected from retaliation by the Whistleblowing Policy and other applicable HIAS policies or procedures.

HIAS Personnel receiving reports of a violation of the Code of Conduct must refer the report immediately per the HIAS Whistleblowing Policy or other applicable policy.

## Related Policies and Documents

- Information Security Policy
- Global Anti-Discrimination, Harassment, Bullying, and Abuse of Power Policy
- Board and Key Persons Conflict of Interest Policy
- Global Staff Conflict of Interest Policy



- Whistleblowing Policy/Complaints Policy and Procedures
- Global Safety and Security Policies and Procedures
- Employee Handbook (where applicable)
- Anti-Corruption and Anti-Fraud Policy
- Safeguarding Policy for the Protection from Sexual Exploitation and Abuse (PSEA)
- Safeguarding of Children Policy
- Anti-Human Trafficking Safeguarding Policy
- Supplier Code of Conduct
- Diversity, Equity, and Inclusion Statement

**Document Type:** Board Policy
**Version number:** 2
**Owner:** Human Resources
**Persons who prepared the document:** Office of General Counsel & Human Resources
**Person who approved the document:** Board of Directors
**Date of Approval:** March 11, 2024
**Date of next review:** March 11, 2029



**Employee Code of Conduct Certification Form**

I hereby affirm and acknowledge that I have received a copy of this Code of Conduct and I fully understand all the terms contained herein. I agree to comply with all terms of this Code of Conduct and to report violations of this Code of Conduct or related policies and procedures. I understand that it is my sole responsibility to ask any questions about this Code of Conduct and I confirm that I have had ample opportunities to do so.

I understand that if I do not comply with the Code of Conduct, if I fail to disclose violations of the Code of Conduct when I am aware of them, or if I intentionally conceal a violation of the Code of Conduct, that I may face disciplinary action. This includes a range of actions up to and including termination of my employment or other relationship with HIAS. I understand that failure in these areas could result in criminal or civil penalties or fines. I understand HIAS has the discretion to pursue legal action as it deems necessary.

I understand that this policy should be signed upon employment or relationship with HIAS and the January 1 every year thereafter.

Print Name: _____

Position or Affiliation with HIAS:_____ _____

Signature: _____    Date: _____

U.S. DEPARTMENT OF STATE
# STANDARD TERMS AND CONDITIONS FOR FEDERAL AWARDS
*EFFECTIVE OCTOBER 21, 2020*

| | | | |
|---|---|---|---|
| * | **A.** | Introduction | 02 |
| * | **B.** | Order of Precedence | 02 |
| * | **C.** | Applicability | 02 |
| * | **D.** | Department of State Responsibilities | 03 |
| | **E.** | Recipient Responsibilities and Compliance with Federal Requirements | 03 |
| | **F.** | Universal Identifier and System of Award Management | 04 |
| | **G.** | Reporting Subaward and Executive Compensation Information | 04 |
| * | **H.** | Award Term for Trafficking in Persons | 04 |
| * | **I.** | Never Contract with the Enemy | 04 |
| * | **J.** | Nonprocurement Debarment and Suspension | 05 |
| | **K.** | Governmentwide Requirements for Drug-Free Workplace | 05 |
| * | **L.** | Domestic Preference for Procurements | 05 |
| | **M.** | Prior Approval Requirements | 06 |
| * | **N.** | Branding and Marking | 06 |
| * | **O.** | Government-financed Air Transportation | 07 |
| * | **P.** | Mandatory Disclosure | 07 |
| * | **Q.** | Conflict of Interest | 07 |
| * | **R.** | Restrictions on Lobbying | 08 |
| * | **S.** | Prohibition Against Assignment | 08 |
| | **T.** | Indirect Costs | 09 |
| | **U.** | Audits | 09 |
| * | **V.** | Termination | 09 |
| * | **W.** | Appeals | 10 |
| | **X.** | Closeout | 10 |
| * | **Y.** | Nondiscrimination in Department of State Programs | 11 |
| * | **Z.** | Prohibition of Assistance to Drug Traffickers | 12 |
| * | **AA.** | Prohibition on Use of Funds for Performance or Research Respecting Abortions or Involuntary Sterilization | 12 |
| * | **BB.** | Policy Guidance | 12 |
| | | Appendix 1 | 13 |
| | | Appendix 2 | 14 |
| * | | Appendix 3 | 17 |
| | | Appendix 4 | 19 |

*Applicable to Awards to Individuals

## A.  INTRODUCTION

These Standard Terms and Conditions for Federal Awards outline the Department of State's mandatory award terms as required by Title 2—Grants and Agreements, of the Code of Federal Regulations. Certain applicable Federal administrative standards are incorporated by reference. Electronic copies containing the complete text of the Code of Federal Regulations are available at https://www.ecfr.gov.

The recipient shall provide the principal investigator(s) or project director(s) with a copy of these terms and conditions, including the award provisions, and any subsequent changes to the award. Electronic copies of these Terms and Conditions are publicly available at https://www.state.gov/about-us-office-of-the-procurement-executive/.

These term and conditions may be duplicated, copied or otherwise reproduced as appropriate.

## B.  ORDER OF PRECEDENCE

In the event of any inconsistency between provisions of the award, the inconsistency will be resolved by giving precedence in the following order:

(1) Applicable laws and statutes of the United States, including any specific legislative provisions mandated in the statutory authority for the award.

(2) Code of Federal Regulations (CFR)

(3) Standard Terms and Conditions

(4) Award Provisions

(5) Other award documents and attachments

## C.  APPLICABILITY

| Organization Type | Applicable Administrative Requirements |
|---|---|
| Domestic Non-federal entity (including state, local government, Indian tribe, institution of higher education (IHE), or nonprofit organization) | • 2 CFR 200: Subparts A through F<br>• 2 CFR 600 & 601 |
| Foreign Non-Profit Organization | • 2 CFR 200: Subparts A through E<br>• 2 CFR 600 & 601 |
| Domestic & Foreign For-Profit Organization | • 2 CFR 200: Subparts A through D<br>• 2 CFR 600 & 601<br>• 48 CFR Part 30 & 31 |
| Individuals | • None |
| Foreign Public Entities<br>(Including Public International Organizations) | • None |

## D.  DEPARTMENT OF STATE RESPONSIBILITIES

The Department of State (hereinafter referred to as the Department) has overall responsibility for Department-funded awards, including providing oversight for technical, programmatic, financial and administrative performance.

Grants Officer (GO):

Authorized by a warrant issued by the Department's Procurement Executive, the GO is responsible for all actions on behalf of the Department, including entering into, amending, or terminating the award. In addition, the GO is responsible for the administrative coordination and liaison with the recipient. The GO is the only person authorized to approve changes to any of the requirements in the award.

Grants Officer Representative (GOR):

In accordance with Department policy, the GO is responsible for all aspects of the award, but may designate technically qualified personnel to join in the administration of grants. The GOR is delegated by the GO and responsible for the programmatic, technical, and/or scientific aspects of the award. The recipient should direct all correspondence related to programmatic and budgetary issues to both the GO and GOR.

## E.  RECIPIENT RESPONSIBILITIES AND COMPLIANCE WITH FEDERAL REQUIREMENTS

The recipient is responsible for notifying the Department of any significant problems relating to the administrative, programmatic or financial aspects of the award.

The recipient has full responsibility for the management of the project or activity supported under the award and for adherence to Federal regulations, the award provisions, and these terms and conditions. Although the recipient is encouraged to seek the advice and opinion of the GO and/or the GOR on special problems that may arise, such advice does not diminish the recipient's responsibility for making prudent and sound administrative judgments under the circumstances prevailing at the time the decision was made and should not imply that the responsibility for operating decisions has shifted to the Department.

In addition to the requirements specified in 2 CFR 200.331, these terms and conditions flow down to all subrecipients and must be included in the recipient's subaward instrument. Depending on the type of entity, all subrecipients and subcontractors are subject to the Federal regulations specified in provision *C–Applicability* of these terms and conditions.

Nothing in this provision alters the recipient's responsibility for conduct of the project and compliance with all applicable laws and regulations.

## F.  UNIVERSAL IDENTIFIER AND SYSTEM OF AWARD MANAGEMENT

In compliance with 2 CFR 25.220, the Department has adopted the Award term—System for Award Management and Universal Identifier Requirements. The full text of this award term is included as Appendix 1 to these terms and conditions.

## G.  REPORTING SUBAWARD AND EXECUTIVE COMPENSATION INFORMATION

In compliance with 2 CFR 170.220, the Department has adopted the Award term—Reporting Subawards and Executive Compensation. The full text of this award terms is included as Appendix 2 to these terms and conditions.

Awards that are deemed "sensitive" and therefore do not require Federal Funding Accountability and Transparency Act (FFATA) reporting will be designated in the award provisions stating that the award is not subject to the FFATA subaward reporting requirements as outlined in the Office of Management and Budgets (OMB) guidance issued August 27, 2010.

## H.  AWARD TERM FOR TRAFFICKING IN PERSONS

In compliance with 2 CFR 175.15(a), the Department has adopted the Award term—Trafficking in Persons. The full text of this award term is included as Appendix 3 to these terms and conditions.

## I.  NEVER CONTRACT WITH THE ENEMY

In accordance with 2 CFR 183, the following terms apply if the award exceeds $50,000 and is performed outside the United States, including U.S. territories, and is in support of a contingency operation in which members of the Armed Forces are actively engaged in hostilities. It does not apply to the authorized intelligence or law enforcement activities of the Federal Government.

    I.  Prohibition on Providing Funds to the Enemy

        A.  The recipient must—

            1.  Exercise due diligence to ensure that none of the funds, including supplies and services, received under this grant or cooperative agreement are provided directly or indirectly (including through subawards or contracts) to a person or entity who is actively opposing the United States or coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities, which must be completed through 2 CFR 180.300 prior to issuing a subaward or contract and;

            2.  Terminate or void in whole or in part any subaward or contract with a person or entity listed in SAM as a prohibited or restricted source pursuant to subtitle E of Title VIII of the NDAA for FY 2015, unless the Department of State provides written approval to continue the subaward or contract.

B. The recipient may include the substance of this clause, including paragraph (A) of this clause, in subawards under this grant or cooperative agreement that have an estimated value over $50,000 and will be performed outside the United States, including its outlying areas.

C. The Department of State has the authority to terminate or void this grant or cooperative agreement, in whole or in part, if the Department becomes aware that the recipient failed to exercise due diligence as required by paragraph (A) of this clause or if the Department becomes aware that any funds received under this grant or cooperative agreement have been provided directly or indirectly to a person or entity who is actively opposing coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities.

II. Additional Access to Recipient Records

A. In addition to any other existing examination-of-records authority, the Federal Government is authorized to examine any records of the recipient and its subawards or contracts to the extent necessary to ensure that funds, including supplies and services, available under this grant or cooperative agreement are not provided, directly or indirectly, to a person or entity that is actively opposing United States or coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities, except for awards awarded by the Department of Defense on or before Dec 19, 2017 that will be performed in the United States Central Command (USCENTCOM) theater of operations.

B. The substance of this clause, including this paragraph (B), is required to be included in subawards or contracts under this grant or cooperative agreement that have an estimated value over $50,000 and will be performed outside the United States, including its outlying areas.

## J.   NONPROCUREMENT DEBARMENT AND SUSPENSION

In compliance with 2 CFR 180.20, the Department has adopted the OMB guidance in subparts A through I of 2 CFR 180 (and as supplemented by 2 CFR 601), as the Department's policy and procedures for nonprocurement debarment and suspension.

## K.   GOVERNMENTWIDE REQUIREMENTS FOR DRUG-FREE WORKPLACE

In compliance with 2 CFR 182.20, the Department has adopted the OMB guidance in subparts A through F of 2 CFR 182 (and supplemented by 22 CFR 133), as the Department's policies and procedures for the drug-free workplace requirements.

## L.   DOMESTIC PREFERENCE FOR PROCUREMENTS

In accordance with 2 CFR 200.322, the recipient should to the greatest extent practicable under the award, provide a preference for the purchase, acquisition, or use of goods, products, or materials produced in the United States (including but not limited to iron, aluminum, steel, cement, and other

manufactured products). The requirements of this section must be included in all subawards including all contracts and purchase orders for work or products under the award.

For purposes of this section:

"Produced in the United States" means, for iron and steel products, that all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States.

"Manufactured products" means items and construction materials composed in whole or in part of non-ferrous metals such as aluminum; plastics and polymer-based products such as polyvinyl chloride pipe; aggregates such as concrete; glass, including optical fiber; and lumber.

## M.   PRIOR APPROVAL REQUIREMENTS

In addition to prior approval requirements specified in 2 CFR 200.308, the recipient must receive prior approval in order to transfer funds between direct cost categories when the Federal share of the award exceeds the Simplified Acquisition Threshold ($250,000) and the cumulative amount of such transfers exceeds or is expected to exceed 10 percent of the total budget as last approved by the Department. When requesting approval for budget revisions, the recipient must use the same format for budget information that was used in the application.

## N.   BRANDING AND MARKING

All programs, projects, assistance, activities, and public communications to foreign audiences, partially or fully funded by the Department, must be marked appropriately overseas with the standard U.S. flag in a size and prominence equal to (or greater than) any other logo or identity. The recipient may continue to use existing logos or program materials; however, a standard rectangular U.S. flag must be used in conjunction with such logos. Recipients wishing to use the Department of State seal in addition to the U.S. flag must receive prior written permission from the GO.

This requirement does not apply to the recipient's own corporate communications or in the United States. For general questions about the Department marking policy and overall branding strategy, please contact VisiblyAmerican@state.gov.

The recipient must appropriately acknowledge the U.S. Government support in all dealings with program participants, and in press releases, ceremonies, dedications, interviews, publicity, etc. Furthermore, the recipient must coordinate publicity, ceremonial events, dedications, etc., with the sponsoring Department office or embassy office and public affairs officer.

For all Department funded awards, publications or articles resulting from the award must acknowledge the support of the Department and include a disclaimer of official endorsement as follows: "*This [article] was funded [in part] by a grant from the United States Department of State. The opinions, findings and conclusions stated herein are those of the author[s] and do not necessarily reflect those of the United States Department of State*." The recipient must ensure that this disclaimer be included on all brochures, flyers, posters, billboards, or other graphic artwork that are produced under the award.

## O.  GOVERNMENT-FINANCED AIR TRANSPORTATION

All Federal government financed international air transportation is required by 49 U.S.C. 40118, commonly referred to as the "Fly America Act," to use U.S. air carrier service for all air travel and cargo transportation services. One exception to this requirement is transportation provided under a bilateral or multilateral air transport agreement, to which the U.S. government and the government of a foreign country are parties, and which the Department of Transportation has determined meets the requirements of the Fly America Act.

Current "Open Skies Agreements" that are in effect can be found here: https://www.gsa.gov/policy-regulations/policy/travel-management-policy/fly-america-act.

It is the recipient's responsibility for making determinations and documenting the decision as to whether an exemption to this requirement applies.

Exceptions vary depending on the direction of travel and are outlined in 41 CFR 301-10.136 and 41 CFR 301-10.137.

## P.  MANDATORY DISCLOSURE

Consistent with 2 CFR 200.113, the recipient and any subrecipient must disclose, in a timely manner, in writing to the Department or pass-through entity all violations of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the award. Recipients that have received a Federal award including the term and condition outlined in Appendix 4 are required to report certain civil, criminal, or administrative proceedings to SAM (currently FAPIIS). Failure to make required disclosures can result in any of the remedies described in 2 CFR 200.340.

Disclosures must be made to:

> U.S. Department of State
> Office of Inspector General
> P.O. Box 9778
> Arlington, VA 22219
> Phone: 1-800-409-9926 or 202-647-3320
> Website: https://oig.state.gov/hotline

If the total value a recipient's currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the award, then you as the recipient must comply with Appendix 4 of these terms and conditions.

## Q.  CONFLICT OF INTEREST

In accordance with 2 CFR 200.318, the recipient must maintain written standards of conduct covering conflicts of interest and governing the action of its employees engaged in the selection, award, and administration of contracts. In addition, the recipient must also maintain written standards of conduct covering organizational conflicts of interest.

The recipient must disclose any conflict of interest, including organizational conflicts of interest, and the recipient's approach for resolving the conflict of interest to the GO for the award within ten (10) calendar days of the discovery of the conflict of interest. Upon notice from the recipient of a potential conflict of interest and the approach for resolving it, the GO will make a determination regarding the effectiveness of the recipient's actions to resolve the conflict of interest within thirty (30) calendar days of receipt of the recipient's notice, unless the GO advises the recipient that a longer period is necessary. The recipient must not request payment from the Department for costs for transactions subject to the conflict of interest pending notification of the GO's determination. The recipient's failure to disclose a conflict of interest may result in cost disallowances.

## R.    RESTRICTIONS ON LOBBYING

In accordance with 31 USC 1352, the recipient is required to abide by the policy and procedures codified at 22 CFR 138 et seq. By accepting the award, the recipient agrees that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $20,134 and not more than $201,340 for each such failure.

## S.    PROHIBITION AGAINST ASSIGNMENT

Notwithstanding any other provision of the award, the recipient must not transfer, pledge, mortgage, or otherwise assign the award, or any interest therein, or any claim arising thereunder, to any party or parties, bank trust companies, or other financing or financial institutions.

## T.  INDIRECT COSTS

A non-profit organization which has not previously established an indirect cost rate with a Federal agency, that believes the Department should be its cognizant agency, shall submit its initial indirect cost proposal immediately after the organization is advised that the award will be made and, in no event, later than three months after the effective date of the award. When requested by the recipient, the GO will provide instructions on how to submit the indirect cost rate proposal.

## U.  AUDITS

All U.S. recipients (not including for-profit organizations) that expend $750,000 or more during the recipient's fiscal year in Federal awards must have a single or program-specific audit conducted for that year in accordance with the provisions of 2 CFR Part 200 Subpart F. In addition, the recipients are subject to the audit requirements found in the Single Audit Act of 1984, 31 U.S.C. 7501-7506. The cost of an audit may be charged to the award in accordance with 2 CFR 200.425.

All foreign recipients that expend $750,000 or more during the recipient's fiscal year in Department of State awards must have a single or program-specific audit conducted for that year in accordance with these terms and conditions. In the event the recipient undergoes an audit for another Federal agency, a second audit does not need to be procured so long as the Department's funding was analyzed under the same audit. A program-specific audit means an audit of one Federal award program. Single audit means an audit that includes both the recipient's financial statements and the Department awards received to be conducted in accordance with Generally Accepted Government Auditing Standards (GAGAS).

The audit must be independently and professionally executed in accordance with GAGAS either prescribed by a government's Supreme Audit Institution with auditing standards approved by the Comptroller General of the United States, or in accordance with the host country's laws or adopted by the host country's public accountants or associations of public accountants, together with generally accepted international auditing standards. However, foreign entity audits consistent with International Standards for Auditing or other auditing standards are acceptable with the GO's approval.

The Department and its authorized representatives have the legally enforceable right to examine, audit, and copy, at any reasonable time, all records in the Department's possession pertaining to the award. Furthermore, the Inspector General or any of his or her duly authorized representatives shall have access to any pertinent books, documents, papers and records of the recipient. Information accessible to the Inspector General includes written, printed, recorded, produced, or reproduced by any mechanical, magnetic, or other process or medium. The Department reserves the right to make audits, inspections, excerpts, transcriptions or other examinations as authorized by law of the recipient's documents and facilities.

## V.  TERMINATION

In compliance with 2 CFR 200.340, any award may be terminated in whole or in part as follows:

(1) By the Department, if the recipient fails to comply with the terms and conditions of the award;

(2) By the Department, to the greatest extent authorized by law, if the award no longer effectuates the program goals or agency priorities;

(3) By the Department with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;

(4) By the recipient upon sending to the Department GO written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if the Department determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, the Department may terminate the award in its entirety; or

(5) By the Department pursuant to termination provisions included in the award provisions.

## W.  APPEALS

If the recipient fails to comply with Federal statutes, regulations or the terms and conditions of the award, the GO may take appropriate action including, but not limited to, withholding payments, disallowing costs, suspending or terminating the award, or initiating suspension and debarment proceedings.

In accordance with 2 CFR 200.341, the GO will provide the recipient an opportunity to object and provide information and documentation challenging the action. The recipient has 30 days after receiving the written notification to submit its appeal. The recipient's appeal should contain:

A cover letter with a brief statement of the recipient's argument and the disputed factual, legal, or other issues.

(1) the date the recipient received the GO's decision;

(2) the amount of disallowed costs in dispute (if applicable); and

(3) any other relevant documents.

## X.  CLOSEOUT

In accordance with 2 CFR 200.345, the closeout of the award does not affect any of the following:

(1) the right of the Department to disallow costs and recover funds on the basis of a later audit or other review.

(2) The requirement for the recipient to return any funds due as a result of later refunds, corrections, or other transactions including final indirect cost rate adjustments.

(3) The ability of the Department to make financial adjustments to a previously closed award such as resolving indirect cost payments and making final payments.

(4) Audit requirements in subpart F of 2 CFR 200.

(5) Property management and disposition requirements in 2 CFR 200.310 through 200.316.

(6) Records retention as required in 2 CFR 200.334 through 200.337.

After closeout of the award, a relationship created under the award may be modified or ended in whole or in part with the consent of the Department and the recipient, provided the responsibilities of the recipient referred to above including those for property management as applicable, are considered and provisions made for continuing responsibilities of the recipient, as appropriate.

The recipient may charge the award during closeout for the costs of publication or sharing of research results if the costs are not incurred during the period of performance of the award.

## Y. NONDISCRIMINATION IN DEPARTMENT OF STATE PROGRAMS

### Nondiscrimination on the Basis of Handicap in Programs or Activities Receiving Federal Financial Assistance

In accordance with 29 USC 701 et seq., the recipient is required to abide by the policy and procedures codified at 22 CFR 142, which is designed to eliminate discrimination on the basis of handicap in any program or activity receiving Federal financial assistance.

### Nondiscrimination in Federally-Assisted Programs of the Department of State — Effectuation of Title VI of the Civil Rights Act of 1964

In accordance with 42 USC 2000d et seq., the recipient is required to abide by the policy and procedures codified at 22 CFR 141, which stipulates that no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity receiving Federal financial assistance from the Department of State.

### Nondiscrimination on the Basis of Age in Programs or Activities Receiving Federal Financial Assistance

In accordance with 42 USC 6101 et seq., the recipient is required to abide by the governmentwide policy and procedures codified at 45 CFR 90 and as supplemented by 22 CFR 143, which prohibits discrimination on the basis of age in programs or activities in the United States receiving Federal financial assistance.

### Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance

In accordance with 20 USC 1681 et seq., the recipient is required to abide by the policy and procedures codified at 22 CFR 146, which prohibits discrimination on the basis of sex in any education program or activity receiving Federal financial assistance.

## Z.  PROHIBITION OF ASSISTANCE TO DRUG TRAFFICKERS

In accordance with 22 USC 2291f, the recipient is required to abide by the policy and procedures codified at 22 CFR 140, which is designed to ensure that Federal assistance funds are not provided to or through any individual or entity that:

(1) Has been convicted of a violation of, or a conspiracy to violate, any law or regulation of the United States, a State or the District of Columbia, or a foreign country relating [to] narcotic or psychotropic drugs or other controlled substances; or

(2) Is or has been an illicit trafficker in any such controlled substance or is or has been a knowing assistor, abettor, conspirator, or colluder with others in the illicit trafficking in any such substance.

## AA.  PROHIBITION ON USE OF FUNDS FOR PERFORMANCE OR RESEARCH RESPECTING ABORTIONS OR INVOLUNTARY STERILIZATION

The recipient agrees that in accordance with 22 USC 2151b(f) no foreign assistance funds provided by the award shall be used to:

(1) pay for the performance of abortions as a method of family planning or to motivate or coerce any person to practice abortions (Helms Amendment, 1973).

(2) pay for the performance of involuntary sterilizations as a method of family planning or to coerce or provide any financial incentive to any person to undergo sterilizations (Involuntary Sterilization Amendment, 1978).

(3) pay for any biomedical research which relates, in whole or in part, to methods of, or the performance of, abortions or involuntary sterilization as a means of family planning (Biden Amendment, 1981).

Furthermore, the recipient agrees in accordance with the Department of State's annual appropriation bill, that no funds provided by the award may be used to lobby for or against abortion (Siljander Amendment, 1981).

## BB.  POLICY GUIDANCE

The recipient shall comply with the following Executive Orders as applicable:

(1) E.O. 12432 – Minority business enterprise development

(2) E.O. 13224 - Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten to Commit, or Support Terrorism

(3) E.O. 13279 - Equal Protection of the Laws for Faith-Based and Community Organizations

# APPENDIX 1

I.  System for Award Management and Universal Identifier Requirements

   A.  Requirement for System for Award Management

   Unless you are exempted from this requirement under 2 CFR 25.110, you as the recipient must maintain current information in the SAM. This includes information on your immediate and highest level owner and subsidiaries, as well as on all of your predecessors that have been awarded a Federal contract or Federal financial assistance within the last three years, if applicable, until you submit the final financial report required under this Federal award or receive the final payment, whichever is later. This requires that you review and update the information at least annually after the initial registration, and more frequently if required by changes in your information or another Federal award term.

   B.  Requirement for Unique Entity Identifier

   If you are authorized to make subawards under this Federal award, you:

   1.  Must notify potential subrecipients that no entity (see definition in paragraph C of this award term) may receive a subaward from you until the entity has provided its Unique Entity Identifier to you.

   2.  May not make a subaward to an entity unless the entity has provided its Unique Entity Identifier to you. Subrecipients are not required to obtain an active SAM registration, but must obtain a Unique Entity Identifier.

   C.  Definitions

   For purposes of this term:

   1.  System for Award Management (SAM) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. Additional information about registration procedures may be found at the SAM internet site (currently at https://www.sam.gov).

   2.  Unique Entity Identifier means the identifier assigned by SAM to uniquely identify business entities.

   3.  Entity includes non-Federal entities as defined at 2 CFR 200.1 and also includes all of the following, for purposes of this part:

      a.  A foreign organization;

      b.  A foreign public entity;

      c.  A domestic for-profit organization; and

      d.  A domestic or foreign for-profit organization; and

      e.  A Federal agency.

   4.  Subaward has the meaning given in 2 CFR 200.1.

   5.  Subrecipient has the meaning given in 2 CFR 200.1.

# APPENDIX 2

I. Reporting Subawards and Executive Compensation

    A. Reporting of first-tier subawards.

        1. Applicability. Unless you are exempt as provided in paragraph D. of this award term, you must report each action that equals or exceeds $30,000 in Federal funds for a subaward to a non-Federal entity or Federal agency (see definitions in paragraph E. of this award term).

        2. Where and when to report.

            a. The non-Federal entity or Federal agency must report each obligating action described in paragraph A.1. of this award term to http://www.fsrs.gov.

            b. For subaward information, report no later than the end of the month following the month in which the obligation was made. (For example, if the obligation was made on November 7, 2010, the obligation must be reported by no later than December 31, 2010.)

        3. What to report. You must report the information about each obligating action that the submission instructions posted at http://www.fsrs.gov specify.

    B. Reporting total compensation of recipient executives for non-Federal entities.

        1. Applicability and what to report. You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

            a. The total Federal funding authorized to date under this Federal award equals or exceeds $30,000 as defined in 2 CFR 170.320;

            b. In the preceding fiscal year, you received—

                i. 80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), and

                ii. $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and,

            c. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

        2. Where and when to report. You must report executive total compensation described in paragraph B.1. of this award term:

            a. As part of your registration profile at https://www.sam.gov.

    b. By the end of the month following the month in which this award is made, and annually thereafter.

C. Reporting of Total Compensation of Subrecipient Executives.

    1. Applicability and what to report. Unless you are exempt as provided in paragraph D. of this award term, for each first-tier non-Federal entity subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

        a. in the subrecipient's preceding fiscal year, the subrecipient received—

            i. 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards) and,

            ii. $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal financial assistance subject to the Transparency Act (and subawards); and

        b. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

    2. Where and when to report. You must report subrecipient executive total compensation described in paragraph C.1. of this award term:

        a. To the recipient.

        b. By the end of the month following the month during which you make the subaward. For example, if a subaward is obligated on any date during the month of October of a given year (i.e., between October 1 and 31), you must report any required compensation information of the subrecipient by November 30 of that year.

D. Exemptions.

    1. If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

        a. Subawards, and

        b. The total compensation of the five most highly compensated executives of any subrecipient.

E. Definitions. For purposes of this award term:

    1. Federal Agency means a Federal agency as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C. 552(f).

    2. Non-Federal entity means all of the following, as defined in 2 CFR part 25:

    a. A Governmental organization, which is a State, local government, or Indian tribe;

    b. A foreign public entity;

    c. A domestic or foreign nonprofit organization; and,

    d. A domestic or foreign for-profit organization.

3. Executive means officers, managing partners, or any other employees in management positions.

4. Subaward:

    a. This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

    b. The term does not include your procurement of property and services needed to carry out the project or program (for further explanation, see 2 CFR 200.331).

    c. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

5. Subrecipient means a non-Federal entity or Federal agency that:

    a. Receives a subaward from you (the recipient) under this award; and

    b. Is accountable to you for the use of the Federal funds provided by the subaward.

6. Total compensation means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)).

# APPENDIX 3

I.    Trafficking in persons.

    A. Provisions applicable to a recipient that is a private entity.

        1. You as the recipient, your employees, subrecipients under this award, and subrecipients' employees may not—

            a. Engage in severe forms of trafficking in persons during the period of time that the award is in effect;

            b. Procure a commercial sex act during the period of time that the award is in effect; or

            c. Use forced labor in the performance of the award or subawards under the award.

        2. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if you or a subrecipient that is a private entity —

            a. Is determined to have violated a prohibition in paragraph A.1 of this award term; or

            b. Has an employee who is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph A.1 of this award term through conduct that is either—

                i. Associated with performance under this award; or

                ii. Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 CFR part 601.

    B. Provision applicable to a recipient other than a private entity. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if a subrecipient that is a private entity—

        1. Is determined to have violated an applicable prohibition in paragraph A.1 of this award term; or

        2. Has an employee who is determined by the agency official authorized to terminate the award to have violated an applicable prohibition in paragraph A.1 of this award term through conduct that is either—

            a. Associated with performance under this award; or

            b. Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 CFR part 601.

    C. Provisions applicable to any recipient.

1. You must inform us immediately of any information you receive from any source alleging a violation of a prohibition in paragraph A.1 of this award term.

2. Our right to terminate unilaterally that is described in paragraph A.2 or b. of this section:

    a. Implements section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)), and

    b. Is in addition to all other remedies for noncompliance that are available to us under this award.

3. You must include the requirements of paragraph A.1 of this award term in any subaward you make to a private entity.

D. Definitions. For purposes of this award term:

1. "Employee" means either:

    a. An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

    b. Another person engaged in the performance of the project or program under this award and not compensated by you including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

2. "Forced labor" means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

3. "Private entity":

    a. Means any entity other than a State, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 CFR 175.25.

    b. Includes:

        i. A nonprofit organization, including any nonprofit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 CFR 175.25(b).

        ii. A for-profit organization.

4. "Severe forms of trafficking in persons," "commercial sex act," and "coercion" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

# APPENDIX 4

I. Reporting of Matters Related to Recipient Integrity and Performance

    A. General Reporting Requirement

    If the total value of your currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient during that period of time must maintain the currency of information reported to the System for Award Management (SAM) that is made available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.

    B. Proceedings About Which You Must Report

    Submit the information required about each proceeding that:

      1. Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

      2. Reached its final disposition during the most recent five-year period; and

      3. Is one of the following:

        a. A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

        b. A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

        c. An administrative proceeding, as defined in paragraph E.1. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

        d. Any other criminal, civil, or administrative proceeding if:

          i. It could have led to an outcome described in paragraph B.3.a., b., or c. of this award term and condition;

          ii. It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

          iii. The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

C.  Reporting Procedures

Enter in the SAM Entity Management area the information that SAM requires about each proceeding described in paragraph B of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM because you were required to do so under Federal procurement contracts that you were awarded.

D.  Reporting Frequency

During any period of time when you are subject to the requirement in paragraph A of this award term and condition, you must report proceedings information through SAM for the most recent five year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

E.  Definitions

For purposes of this award term and condition:

1.  Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (e.g., Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

2.  Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

3.  Total value of currently active grants, cooperative agreements, and procurement contracts includes—

    a.  Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

    b.  The value of all expected funding increments under a Federal award and options, even if not yet exercised.