District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br> *Defendants*. | CASE NO. 2:25-cv-00255 <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ISSUE PRELIMINARY INJUNCTION BOND PURSUANT TO FED. R. CIV. P. 65(c) |

| | |
|---|---|
| Order Issuing Preliminary Injunction Bond <br><br> No. 2:25-cv-00255-JNW | U.S. Department of Justice <br> Civil Division, Office of Immigration Litigation <br> P.O. Box 878, Ben Franklin Station <br> Washington, DC 20044 <br> (202) 305-7234 |

The Court, having reviewed Defendants' Motion to Issue Preliminary Injunction Bond Pursuant to Federal Rule Civil Procedure 65(c), hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court orders Plaintiffs to post security as required under Federal Rule Civil Procedure 65(c).

DATED this ___ day of March, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

PRESENTED BY:

/s/ Nancy K. Canter
NANCY K. CANTER, CA Bar No. 263198
Senior Litigation Counsel

Order Issuing Preliminary
Injunction Bond

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

2