# EXHIBIT 2

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. C25-255 JNW <br><br> **DECLARATION OF PLAINTIFF ALI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION ON SUPPLEMENTAL PLEADING, ECF NO. 57** |

I, Ali, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am 22 years old, and I am of sound mind.

2. I arrived in the United States on or about January 9, 2025 as a refugee through the U.S. Refugee Admissions Program (USRAP).

DECL. OF PLAINTIFF ALI
(No. C25-255 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3. I live in Dallas, Texas.

4. As I previously described in my declaration, ECF 15-20 ¶ 17, Catholic Charities had been assisting me when I first arrived in the United States. They initially provided me with a case manager and were supposed to provide financial assistance for my first three months in the United States. *Id.*

5. Catholic Charities was also helping me identify longer-term assistance programs for recent refugees that can help me with basic necessities and finding a job. *Id.* ¶ 18.

6. However, one program Catholic Charities recommended to me, Matching Grant, said they were no longer accepting clients. *Id.* ¶¶ 20-21. And the other, Refugee Cash Assistance, was indefinitely delayed. *Id.* ¶¶ 22-23. On February 5, 2025, I received an email from the Texas Office for Refugees saying that this program had been delayed because of "technical issues at the federal level." *Id.* ¶ 23.

7. These benefits are still unavailable to me, and the only assistance I receive is food stamps.

8. On February 18, 2025, I received an email that my case manager is no longer with Catholic Charities. I have not been connected with another case manager or received any further affirmative communications from Catholic Charities.

9. I knew I needed to find a job, so I emailed Catholic Charities' general support email for help. The most they were able to provide was a link to a job hiring event and bus passes so I could travel there.

10. I attended the event, but to date I have been unsuccessful in getting a job.

11. Right now, I'm living off of food stamps. I have no other income and no savings. I am unable to pay my rent, utilities, or afford any other basic necessities until I begin working. And I'm unable to pay for transportation expenses on my own, which limits my mobility and will make it difficult to attend job interviews as well.

12. I am worried about how I will make ends meet until I am able to find a job.

DECL. OF PLAINTIFF ALI– 2
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I declare under penalty of perjury that the forgoing is true and correct.

Executed in Dallas, Texas on march 11, 2025


_____