# EXHIBIT 3

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. C25-255 JNW<br><br>**DECLARATION OF JENIFER SMYERS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION ON SUPPLEMENTAL PLEADING, ECF NO. 57** |

I, Jenifer Smyers, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and competent to make this declaration. I served as Deputy Director of the Office of Refugee Resettlement (ORR) within the Administration for Children and Families (ACF) in the Department of Health and Human Services (HHS) from March 2024 until January 20, 2025. From February 2021 to March 2024, I served as ORR's Chief of Staff. Prior to government service, I served as the Director of Policy and Advocacy for Church

DECL. OF JENIFER SMYERS
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

World Service's (CWS) Immigration and Refugee Program. I worked for CWS for more than 13 years.

2. The facts set forth in this declaration are based on my personal knowledge, on prior conversations with ORR and State Department staff, and on the information kept in the ordinary course of business across my more than 20 years of experience working in the refugee resettlement sector.

3. In his January 13, 1981 letter to Congress, President Carter moved responsibility for administering the Reception and Placement (R&P) Program from the Director of HHS and to the State Department. This was in keeping with the Act's requirement that benefits administered pursuant to its provisions not be duplicative.

4. R&P benefits, administered by the State Department's Bureau of Population, Refugees, and Migration (PRM), are separate from and not duplicative of benefits administered by ORR through grants to states and non-profit organizations.

5. R&P funds are provided to resettlement agencies prior to a refugee's arrival, so that these agencies can prepare housing, food, clothing, and other essentials, which must be provided immediately upon arrival, including preparing for school enrollment and transportation.

6. R&P funds are the only per-capita benefits provided to *every* refugee.

7. In contrast, all ORR funds are based on eligibility criteria, program enrollment restrictions, and/or funding limitations.

8. Unlike R&P, ORR benefits and services are provided only after a refugee has arrived in the United States. Some of these benefits and services involve application processes and take time to determine eligibility and then administer.

9. This means that, without R&P services, arriving refugees may not have any transportation from the airport, nor any immediate access to housing, food, clothing, or other essentials.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

10. ORR's Refugee Support Services and Cash and Medical Assistance are administered by ORR through states or a state's replacement designee (if a state has opted not to administer ORR benefits, such as in the case of Texas). Refugee Support Services is administered prospectively by a formula based on past arrival numbers to a particular state, per the Refugee Act of 1980.

11. Refugee Cash Assistance is administered through reimbursements, and is only available to refugees who do not qualify for Temporary Assistance for Needy Families (TANF). To receive Refugee Cash Assistance, refugees must first show that they do not qualify for TANF. Both TANF and Refugee Cash Assistance have restrictions on how funds can be used.

12. Unfortunately, assessing and determining eligibility can take states and replacement designees weeks or even months, resulting in a significant delay between when a refugee arrives and when they receive these benefits. States' TANF guidelines, requirements, and rates, upon which Refugee Cash Assistance is also based, vary widely, but are generally insufficient, standing alone, to support a newly arrived refugee family. (https://www.nccp.org/wp-content/uploads/2024/11/TANF-Benefit-Amounts-2024-FINAL.pdf)

13. By statute, refugees receiving Cash and Medical Assistance are required to receive employability services from their state or the states' replacement designee. In Texas, the state's replacement designee, Catholic Charities of Fort Worth is no longer receiving ORR funding, which jeopardizes refugees' ability to meet this requirement in Texas.

14. Other ORR programs are available for subsets of the refugee population, such as youth and the elderly, and for programs that support the communities that welcome refugees, such as agricultural partnerships, employer engagement, and funds for schools serving refugee children.

15. For example, the Preferred Communities (PC) program serves refugees "with challenging needs that require special attention, including those with serious medical conditions, women at risk, and elderly refugees." (https://acf.gov/orr/programs/refugees/pc).

DECL. OF JENIFER SMYERS– 3
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

16. Another example is the Matching Grant (MG) program, which is a public / private partnership to help refugees "become economically self-sufficient through employment within 240 days and without accessing cash assistance programs." Grant recipients match ORR funding with cash and in-kind contributions of goods and services from the community at a rate of $1 for every $2 in federal funding. This program is only available in 43 states, and not in all locations within each state. (https://acf.gov/orr/programs/refugees/matching-grants).

17. Both PC and MG, as well as other ORR programs, are administered by the same resettlement agencies that administer the R&P program. Without R&P funds, these agencies may not have the capacity to administer these smaller programs. While each of the resettlement agencies (and their affiliates) operate differently, it is not uncommon for a certain percentage of one staff person's salary to be paid for with R&P funds and a smaller percentage of their salary to be paid for with PC and/or MG funds, with their time toward each of those programs divided and tracked accordingly.

18. This is especially true for those agencies that have had their ORR grant funding frozen (according to the Gradison declaration, ECF No. 61-2, this includes Ethiopian Community Development, Global Refuge, the U.S. Committee for Refugees and Immigrants, and the U.S. Conference of Catholic Bishops (USCCB)). These four resettlement agencies together account for roughly half of the national resettlement agency infrastructure providing domestic resettlement services. Refugees assured to one of these agencies and refugees in Texas (because the state ORR funding is administered by Catholic Charities Fort Worth, an affiliate of USCCB), are unable to receive R&P as well as a combination of ORR services.

//
//
//

DECL. OF JENIFER SMYERS– 4
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 11th day of March, 2025, at Purcellville, Virginia.

*Jenifer Smyers*
Jenifer Smyers

DECL. OF JENIFER SMYERS– 5
(No. C25-255 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000