| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 10 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PACITO; et al.,

    Plaintiffs - Appellees,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

    Defendants - Appellants.

No. 25-1313

D.C. No. 2:25-cv-00255-JNW
Western District of Washington, Seattle

ORDER

The response to the emergency stay motion is due March 14, 2025. The optional reply in support of the emergency stay motion is due March 18, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT