THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255-JNW <br><br> **DECLARATION OF DEEPA ALAGESAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Deepa Alagesan, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Senior Supervising Attorney at the International Refugee Assistance Project ("IRAP") and am counsel for Plaintiffs in the above-captioned case. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification.

ALAGESAN DECL. ISO MOTION FOR CLASS CERT. (2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. I graduated from Harvard Law School in 2012 and have been licensed to practice in New York and Massachusetts since 2013.

3. I am admitted to practice in the U.S. District Courts for the Eastern, Southern, and Western Districts of New York, the District of Columbia, the District of Massachusetts, the District of Maryland, and the Western District of Washington, and the U.S. Courts of Appeals for the Second, Ninth, and D.C. Circuits.

4. In October 2017, I began working at IRAP as an attorney in the U.S. litigation department. Between my admission to the bar and starting at IRAP, I worked as an associate at Cleary, Gottlieb, Steen & Hamilton LLP and as a law clerk for the U.S. District Court for the Eastern District of New York and the U.S. Court of Appeals for the Second Circuit.

5. IRAP was founded in 2008 and is the first organization to provide comprehensive legal representation to refugees throughout the registration, protection, and resettlement process, working in some of the world's regions most traumatized by war, hostility, and political upheaval. Since its establishment, IRAP has provided legal assistance to tens of thousands of refugees. IRAP mobilizes litigation, direct legal aid, and systemic advocacy to assist refugees and other persecuted individuals.

6. IRAP's litigation department brings systemic litigation to challenge refugee and immigrants' rights violations and government policies that impact refugees and others in humanitarian need.  In addition to me, the litigation department currently has a litigation director, two supervising attorneys, two staff attorneys, three fellows and a paralegal.

7. Since its inception, IRAP's litigation department has been involved in many complex cases on behalf of refugees and others in humanitarian need. Some of IRAP's lawsuits include: challenges to the prior Trump Administration's travel ban and refugee ban, *see IRAP v. Trump*, No. TDC-17-0361 (D. Md. 2017) (as plaintiff); *Doe v. Trump*, No. C17-0178JLR (W.D. Wash. 2017) (as counsel); challenge to the prior Trump Administration's executive order allowing states and localities to veto refugee resettlement, *see HIAS, Inc. v. Trump,* No. 19-cv-

ALAGESAN DECL. ISO MOTION
FOR CLASS CERT.
(2:25-cv-255-JNW) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3346-PJM (D. Md. 2019); challenge to the prior Trump Administration's termination of the Central American Minors (CAM) parole program, *see S.A. v. Trump,* No. 18-cv-03539-LB (N.D. Cal. 2018).

8. I have litigated several complex class action lawsuits during my tenure at IRAP. In each of these lawsuits, IRAP was designated as co-class counsel. I served as class counsel in *Abdi v. Nielsen*, a class-action challenge to the detention of arriving asylum-seekers in a federal immigration facility in upstate New York. *See Abdi v. Duke*, 323 F.R.D. 131 (W.D.N.Y. 2017). I also served as class counsel in *Jane Doe 1 v. Nielsen,* a class-action challenge to the mass denial of refugee applications for refugees applying for entry through a special program for persecuted religious minorities. *See Jane Doe 1 v. Nielsen,* 357 F. Supp. 3d 972 (N.D. Cal. 2018). I continue to litigate and serve as class counsel in *Afghan and Iraqi Allies v. Rubio,* a complex, long-standing class action challenging the U.S. government's delays in the processing of Special Immigrant Visa applications of Afghan and Iraqi nationals whose lives are at risk because of their work supporting the United States. *See Afghan and Iraqi Allies v. Rubio,* No. 18-cv-1388 (D.D.C.).

9. IRAP attorneys and paralegals have spent countless hours preparing this litigation and prosecuting this matter to date. Since filing this lawsuit, in the space of a month IRAP has filed two motions for preliminary injunctive relief and a motion for an emergency hearing, in addition to representing Plaintiffs at two court hearings. In addition to me, the other attorneys of record at IRAP and other staff members have spent significant hours on this case including conducting legal research, drafting briefs and declarations, preparing and conducting oral argument, communicating with plaintiffs, and investigating constantly changing factual matters in this case. IRAP is committed to continuing to devote significant resources to vigorously litigate this case on behalf of the entire Class.

10. IRAP has also spent many hours conducting outreach to plaintiffs and putative class members, who are located all over the world and across the United States. In addition,

ALAGESAN DECL. ISO MOTION
FOR CLASS CERT.
(2:25-cv-255-JNW) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  IRAP's direct legal services department has been involved with reviewing intakes and
2  communicating with and assisting putative class members who are affected by the government
3  actions that are at issue in this lawsuit and reached out to IRAP for assistance. This work, which
4  is at the core of IRAP's direct services work, almost invariably requires working closely with
5  interpreters, as many putative class members do not speak English. As described above, IRAP
6  has been certified as class counsel on behalf of class members facing similar obstacles to the
7  proposed class here and has the necessary experience and commitment to effectively represent
8  the proposed class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on March 14, 2025

*s/ Deepa Alagesan*
Deepa Alagesan, *admitted pro hac vice*

ALAGESAN DECL. ISO MOTION
FOR CLASS CERT.
(2:25-cv-255-JNW) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000