THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. 2:25-cv-255-JNW<br><br>**DECLARATION OF HARRY H. SCHNEIDER, JR., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Harry H. Schneider, Jr., declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am one of the attorneys representing plaintiffs in this case. I have personal knowledge of the facts set forth in this Declaration and I am competent to testify. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. I graduated from The University of Chicago Law School in 1979. I was admitted

SCHNEIDER DECL. ISO MOTION
FOR CLASS CERT.
(2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  to practice in Washington in the October of 1979, have practiced in Washington continuously since
2  that time, and am an active member in good standing of the Washington State Bar Association.

3       3.    I am admitted to practice in the United States District Courts for the Western
4  District of Washington, the Eastern District of Washington, the United States Court of Appeals for
5  the Ninth Circuit, and the United States Supreme Court. I have also been admitted *pro hac vice* in
6  various other state and federal courts in jurisdictions outside of Washington including Oregon,
7  Alaska, California, New York, New Hampshire, Arizona, Massachusetts, New Jersey, Nevada,
8  Wisconsin, and Montana.

9       4.    I was an associate attorney at Perkins Coie from September 1979-1985, and I have
10 been a partner of the firm since January 1, 1986. At all times I have practiced in the general
11 litigation practice group at Perkins Coie engaged in a variety of state and federal court litigation. I
12 have represented both individuals and businesses, and I have had ample trial experience over the
13 past 45 years.

14      5.    I am a member of several professional organizations, and have received some
15 professional recognition, including: Fellow, American College of Trial Lawyers; Member,
16 International Society of Barristers and former Board Member and President, now serving on the
17 Nominating Committee of the Board of Trustees; Member, Board of Directors of Attorneys'
18 Liability Assurance Society, Inc., and former Chairman of the Board; Member, International
19 Academy of Trial Lawyers; listed in Benchmark Litigation Guide to America's Leading Litigation
20 Firms and Attorneys; Best Lawyers "Lawyer of the Year" for Bet-the-Company Litigation, State
21 of Washington (2016); listed, Chambers USA, "America's Leading Litigation Lawyers; listed,
22 Chambers USA, The Client's Guide; recipient, Washington State Bar Association Award of Merit
23 (2011); recipient, Federal Bar Association for the Western District of Washington, President's
24 Award (2008); Lawyer Representative, Ninth Circuit Judicial Conference (2008-10); Member,
25 Board of Directors, The Washington Courts Historical Society; former President, King County
26 Bar Foundation; former President, King County Bar Association; former Chairman, ABA

SCHNEIDER DECL. ISO MOTION
FOR CLASS CERT.
(2:25-cv-255-JNW) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Standing Committee on Lawyers Professional Liability; and recipient of the American Inns of Court Professionalism Award for the Ninth Circuit (2009).

6. I am familiar with the procedural aspects and requirements of class action litigation, and I have served as counsel for plaintiffs in many civil cases in state and federal court, including this Court.

7. I have represented a class in this district of thousands of individuals who had their applications for naturalization or adjustment of status halted, delayed or denied by the Controlled Application Review and Resolution Program. *See Wagafe v. Trump*, No. C17-0094-RAJ, 2017 WL 2671254, at *15 (W.D. Wash. June 21, 2017) (finding that "Perkins Coie [ ] ha[s] the experience and ability to vigorously and adequately represent the class"). My experience in class action cases also includes serving as defense counsel in the Boeing Securities Litigation before Judge Zilly in the late 1990s.

8. The attorneys of record at Perkins Coie also have extensive experience litigating class actions throughout this country. Some of these cases include:

- Pro bono counsel representing all children who are or will be in the Arizona foster care system, asserting due process claims. *See B.K. et al. v. Snyder*, Nos. 17-17501, 2:15-cv-00185;

- Pro bono trial and appellate counsel for class of prisoners in Arizona Department of Corrections, challenging the class's constitutional access to the courts. *See Gluth v. Kangas, et. al.* No. 84-cv-1626; and

- Trial counsel for defendant hospitals in alleged price-fixing class action and lead counsel for defendants in opposing interlocutory appeal from partial denial of class certification.. *See Johnson, et al. v. Arizona Hospital and Healthcare Association, et al.*, No. 07-cv-1292.

SCHNEIDER DECL. ISO MOTION
FOR CLASS CERT.
(2:25-cv-255-JNW) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

9. Perkins Coie's litigation group has many decades of pro bono class action experience, successfully representing members of the public in nationwide class actions in this district and throughout the country.

10. Perkins Coie attorneys, paralegals, and legal assistants have spent countless hours preparing this litigation and prosecuting this matter to date. Since filing this lawsuit, in the space of a month Perkins Coie, along with IRAP attorneys, have filed two motions for preliminary injunctive relief and a motion for an emergency hearing, in addition to representing Plaintiffs at two court hearings. The attorneys of record at Perkins Coie and our paralegals have spent significant hours on this case including conducting legal research, drafting briefs and declarations, preparing oral argument, communicating with plaintiffs, and investigating constantly changing factual matters in this case. Perkins Coie is committed to continuing to devote significant resources to vigorously litigate this case on behalf of the entire Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington on March 14, 2025

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404

SCHNEIDER DECL. ISO MOTION
FOR CLASS CERT.
(2:25-cv-255-JNW) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000