THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255-JNW <br><br> **[PROPOSED] ORDER REQUIRING REPORTING ON COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER [DKT. # 45]** |

WHEREAS, on February 11, 2025, Plaintiffs moved for a preliminary injunction of the Refugee Ban Executive Order, the Agency Suspension, and the Refugee Funding Suspension, *see* Dkt. # 14;

WHEREAS, on February 25, 2025, this Court orally granted Plaintiffs' motion for preliminary injunction, *see* Dkt. # 39, and thereafter issued a written order further explaining this

[PROPOSED] ORDER REQUIRING REPORTING
ON COMPLIANCE WITH PI ORDER
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Court's ruling, Dkt. # 45 (together "PI Order");

WHEREAS, on February 26, 2025, Defendants terminated many of the cooperative agreements providing necessary USRAP funding, making compliance with this Court's PI Order extremely difficult, if not impossible;

WHEREAS, on February 27, 2025, Plaintiffs moved for an emergency status conference to discuss the impact of the cooperative agreement terminations on Defendants' compliance with this Court's PI Order, Dkt. # 43;

WHEREAS, the Court granted Plaintiffs' motion and held the hearing on March 4, 2025, during which the Court ordered Defendants to submit a Status Report by March 10 and the parties to submit a Joint Status Report by March 14; granted Plaintiffs' leave to amend their complaint to encompass the cooperative agreement terminations; and set a briefing schedule for a preliminary injunction motion addressing those terminations, Dkt. # 51;

WHEREAS, Defendants filed a Status Report on March 10, 2025 in which they revealed that "in the nearly seven weeks since refugee resettlement was suspended and stop-work orders were issued, there has been significant deterioration of functions throughout the USRAP," and Defendants are "working to ascertain how long it will take to restore the USRAP to operational status," Dkt. # 62 at 2;

WHEREAS, Plaintiffs have submitted substantial evidence of the ongoing and irreparable harms they suffer as a result of Defendants' inability or unwillingness to resume USRAP processing as required by this Court's PI Order, *see* Dkt. ## 67, 68, 75;

WHEREAS, Plaintiff Pacito's exit visa expires on March 25, 2025, after which time he must obtain new documentation before he can travel, and he and his family are at risk of arrest in Kenya because Defendants required them to surrender their documentation as part of their USRAP processing, Dkt. # 75;

Now, therefore, it is hereby **ORDERED** that, on March 17, 2025 and every calendar day thereafter, until such time as this Court determines that Defendants have sufficiently complied with

[PROPOSED] ORDER REQUIRING REPORTING
ON COMPLIANCE WITH PI ORDER – 2
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

the Court's PI Order such that daily reporting is no longer necessary, Defendants shall submit a status report detailing their efforts to comply with this Court's PI Order. Each status report shall:

1) Describe the actions Defendants have taken since the prior day's status report on each of the following:

    a) To process the USRAP cases of Plaintiffs Pacito, Josephine, Sara, Alyas, Marcos, and Ahmed;

    b) To process the USRAP cases assured on or before January 20, 2025 to Plaintiffs HIAS, CWS, and LCSNW;

    c) To reopen the RSCs operated by IOM and CWS that are responsible for Latin American and the Caribbean, the Near East and North Africa, Europe and Central Asia, and sub-Saharan Africa, respectively;

    d) To process cases from terminated RSCs (Austria and Israel; Turkey and Lebanon; Asia);

    e) To ensure Plaintiffs HIAS, CWS, and LCSNW receive USRAP-related funding that is no longer suspended as a result of this Court's preliminary injunction order; and

2) Identify the number of cases, with respect to each RSC (including both reopened and terminated RSCs), that:

    a) Had travel cancelled after January 19, 2025, and of those, the number with travel rebooked; and

    b) Were ready for travel on January 20, 2025, and of those, the number with travel booked in the first instance.

This order remains in effect pending further orders from this Court.

**IT IS SO ORDERED.**

[PROPOSED] ORDER REQUIRING REPORTING
ON COMPLIANCE WITH PI ORDER – 3
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Dated this ___ day of March, 2025.

2

3                                                                                       _____
4                                                                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER REQUIRING REPORTING
ON COMPLIANCE WITH PI ORDER – 4
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

Nicholas J. Surprise*
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
NSurprise@perkinscoie.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

Deepa Alagesan*
Mevlüde Akay Alp*
Linda Evarts*
Ghita Schwarz*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
dalagesan@refugeerights.org
makayalp@refugeerights.org
levarts@refugeerights.org
gschwarz@refugeerights.org

Melissa Keaney*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 2291
Fair Oaks, California 95628
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
mkeaney@refugeerights.org

Laurie Ball Cooper*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

[PROPOSED] ORDER REQUIRING REPORTING
ON COMPLIANCE WITH PI ORDER – 5
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on March 14, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: March 14, 2025

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr.

CERTIFICATE OF SERVICE
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000