THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

*Defendants*.

Case No. C25-255 JNW

**DECLARATION OF LAURIE BALL COOPER IN SUPPORT PLAINTIFFS' PORTION OF JOINT STATUS REPORT**

I, Laurie Ball Cooper, hereby declare as follows:

1.     I am over the age of eighteen and competent to make this declaration. I am an attorney with the International Refugee Assistance Project (IRAP) and counsel for Plaintiffs in the above-captioned matter.

DECL. OF LAURIE BALL COOPER
(No. C25-255 JNW)

1      2.     I am also the Vice President of U.S. Legal Programs at IRAP. In this role I oversee

2  our U.S. legal services, litigation, and pro bono departments and frequently interact with IRAP's

3  global legal services teams, including our offices in Jordan and Lebanon, and our team known as

4  our Global Screenings and Casework team.

5      3.     I make this declaration based on personal knowledge about which I am competent

6  to testify.

7      4.     I submit this declaration to provide the Court true and correct copies of certain

8  documents submitted in support of Plaintiffs' factual assertions in the Joint Status Report

9  submitted on March 14, 2025.

10      5.     **Exhibit 1** is a true and correct redacted copy of an email received by an IRAP staff

11  member dated March 5, 2025 with the subject line: "Automatic reply: Urgent Request to Continue

12  CAM Processing and Reschedule Travel . . . ."

13      6.     **Exhibit 2** is a true and correct redacted copy of an email received by an IRAP

14  staff member dated March 11, 2025, with the subject line: "P-1 Embassy Referral Submission

15  Inquiry".

16      7.     **Exhibit 3** is a true and correct redacted copy of an email received by an IRAP

17  staff member dated March 11, 2025, with the subject line: "Follow up on the Tunisian case".

18      8.     **Exhibit 4** is a true and correct copy of an email received by an IRAP staff

19  member dated March 11, 2025, with the subject line: "RE: [NORMAL] IRAP P1 NGO Referral

20  Submission - LE (ERAC): S-39237".

21      9.     **Exhibit 5** is a true and correct copy of an email received by an IRAP staff

22  member dated March 11, 2025, with the subject line: "RE: Post-USCIS Urgent P1 Submissions –

23  IRAP".

24      10.    **Exhibit 6** is a true and correct copy of the declaration of Katherine Rehberg dated

25  March 14, 2025.

26

DECL. OF LAURIE BALL COOPER– 2
(No. C25-255 JNW)

1

2

3

4                                          *        *        *

5          I declare under penalty of perjury under the laws of the United States that the foregoing is

6    true and correct.

7          EXECUTED this 14th day of March, 2025, at McLean, Virginia.

8                                                    *s/ Laurie Ball Cooper*
                                                     Laurie Ball Cooper
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECL. OF LAURIE BALL COOPER– 3
(No. C25-255 JNW)

# Exhibit 1



Sara French <sfrench@refugeerights.org>

## Automatic reply: Urgent Request to Continue CAM Processing and Reschedule Travel for ███████████████████████████████ ; ████████████████████ ; ██████████████████████████████████████████████████████████

**RSC Latin America Info Center** <icla@iom.int>                                   Wed, Mar 5, 2025 at 9:34 PM
To: Sara French <sfrench@refugeerights.org>

Gracias por contactarse con el **Centro de Apoyo para el Reasentamiento (RSC) para América Latina,** operado por la **Organización Internacional para las Migraciones (OIM).**

*De acuerdo con la Orden Ejecutiva del presidente de Estados Unidos sobre el «Realineamiento del Programa de Admisión de Refugiados de los Estados Unidos», las actividades del Programa han sido suspendidas. No podemos responder a sus consultas en este momento. Esto incluye tanto las consultas generales como las relativas a casos específicos. Nos disculpamos cordialmente por este inconveniente.*

Todos los servicios de Reasentamiento son gratuitos y por razones de seguridad y confidencialidad, el RSC no tiene ninguna red social (Facebook, Instagram, TikTok, etc.) y no comparte ninguna información relacionada con el programa a través de las redes sociales de la OIM. Si sospecha de alguna actividad fraudulenta, por favor repórtelo a:
*fraudrsclatinamerica@iom.int*

–
***

–
Thank you for contacting the **Resettlement Support Center (RSC) in Latin America** operated by the **International Organization for Migration (IOM).** We acknowledge receipt of your email, and the information shared.

Following the U.S. President's Executive Order on Realigning the United States Refugee Admissions Program, the activities of the Program have been suspended. We are unable to respond to inquiries at this time. This includes both general and case-specific inquiries. We sincerely apologize for this inconvenience.

All Resettlement services are free of charge and for reasons of confidentiality and security, the RSC does not have any social media outlets and does not share any information related to the program through IOM's social media networks. If you suspect any fraudulent activity, please report it to: *fraudrsclatinamerica@iom.int*.

================= The information contained in this electronic message and any attachments are intended for specific individuals or entities, and may be confidential, proprietary or privileged. If you are not the intended recipient, please notify the sender immediately, delete this message and do not disclose, distribute or copy it to any third party or otherwise use this message. The content of this message does not necessarily reflect the official position of the International Organization for Migration (IOM) unless specifically stated. Electronic messages are not secure or error free and may contain viruses or may be delayed, and the sender is not liable for any of these occurrences.

# Exhibit 2



Zaid Hatoum <zhatoum@refugeerights.org>

---

## P-1 Embassy Referral Submission Inquiry

**Shak, James P** <ShakJP@state.gov>                                    Tue, Mar 11, 2025 at 11:46 AM
To: Zaid Hatoum <zhatoum@refugeerights.org>
Cc: "Dohner, Vanessa L (Erbil)" <DohnerVL@state.gov>

Hello Zaid,

I'm replying on behalf of Vanessa, who is currently away.

Unfortunately, I did not find active cases for any of the three listed below.  I remember Mr. ████ case.  We had multiple interviews with him and determined that he did not qualify for USRAP.  Although there is a preliminary injunction, we don't have the capacity to add or process cases right now.

Jim

SENSITIVE BUT UNCLASSIFIED

---

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Tuesday, March 11, 2025 2:13:26 AM
**To:** Dohner, Vanessa L (Erbil) <DohnerVL@state.gov>
**Subject:** P-1 Embassy Referral Submission Inquiry

Hello Vanessa,

I hope you are doing well. In light of the USRAP EO preliminary injunction issued on February 25, 2025, we would like to inquire about the status of the below embassy referrals. If a case has been approved for admission to USRAP and RSC has created a case number, we would appreciate it if you could provide that number for our records.

### KRI-IRAQ
████████████

Note: Our team did not submit this case. ████████████ requested that we create a case with IRAP. We did and provided advice and humanitarian cash assistance. However, we lost communication with the client until recently.

### Baghdad- Iraq
████████████

Submission Date: 10/25/2024
Note: Officers from the Embassy in Baghdad were in touch with the client. However, we are unsure if the case was approved for admission to USRAP. If so, can RSC provide us with the case number?

### KRI-IRAQ
████████████

P-1 Embassy Referral Submission Date: 01/16/2025

Note: The receipt was confirmed. However, we were told this case would not proceed due to the suspension. Any luck now, given the preliminary injunction?

Thank you so much,
Zaid


--

**Zaid Hatoum** *(He/him/his)*

Global Screenings & Casework Director

International Refugee Assistance Project

One Battery Park Plaza, 33rd Floor

New York, NY 10004

Phone: +1(516) 732 2992


www.refugeerights.org

Follow us on Twitter

Like us on Facebook


This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.


Admitted to practice law in the state of New York.

# Exhibit 3



Zaid Hatoum <zhatoum@refugeerights.org>

---

**Follow up on the Tunisian case**

**Dossett, Tabari (Tunis)** <DossettT@state.gov>                                    Tue, Mar 11, 2025 at 3:48 AM
To: Zaid Hatoum <zhatoum@refugeerights.org>

Hi Zaid,

All cases have been put on hold. I will let you know if there are any updates however I would recommend looking into other options for this case.

Best,

Tabari

---

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Tuesday, March 11, 2025 12:17 AM
**To:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Subject:** Re: Follow up on the Tunisian case

Hello Tabari,

In light of the USRAP EO preliminary injunction issued on February 25, 2025, we would like to inquire about the status of the below embassy referral. Was this case approved for admission to USRAP? If so, can you provide us with the USRAP case number for our records?

Thank you very much.
Zaid

On Mon, Jan 6, 2025 at 8:03AM Dossett, Tabari (Tunis) <DossettT@state.gov> wrote:

> Thank you!

---

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Monday, January 6, 2025 1:54:02 PM
**To:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Subject:** Re: Follow up on the Tunisian case

Happy New Year to you too!

Certainly, this is from her caseworker:

Phone:

████████████ - Used on WhatsApp and in Tunisia SMS/Call)
- I can confirm this number is up to date via WhatsApp.

Email:

████████████████████

**Zaid Hatoum** *(He/him/his)*
Global Screenings & Casework Director
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Phone: +1(516) 732-2992

www.refugeerights.org
Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

Admitted to practice law in the state of New York.

On Mon, Jan 6, 2025 at 6:30AM Dossett, Tabari (Tunis) <DossettT@state.gov> wrote:

> Hi Zaid.
>
> Happy new year!
>
> In order to continue case processing, we'll need ████ contact intonation.  A phone number and email would be best.
>
> Would it be possible to share her information?
>
> Best,

Tabari

---

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Thursday, December 26, 2024 11:07:52 PM

**To:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Subject:** Re: Follow up on the Tunisian case

Thank you for the update. Happy holidays for you too!

**Zaid Hatoum** *(He/him/his)*
Global Screenings & Casework Director
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Phone: +1(516) 732-2992

www.refugeerights.org
Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

Admitted to practice law in the state of New York.

On Thu, Dec 26, 2024 at 9:31 AM Dossett, Tabari (Tunis) <DossettT@state.gov> wrote:

Hi Zaid,

Just to provide the update that all went well with fingerprints today.

I have submitted them to DC for processing and we will be in touch with her for next steps once the processing is complete.

Happy Holidays!

Tabari

**From:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Sent:** Thursday, December 19, 2024 7:10 PM

**To:** Zaid Hatoum <zhatoum@refugeerights.org>
**Subject:** Re: Follow up on the Tunisian case

Ok thank you for sharing.  She will need to bring the passport for access.

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Thursday, December 19, 2024 6:54:19 PM
**To:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Subject:** Re: Follow up on the Tunisian case

Yes, and she only has a passport. Attached.

On Thu, Dec 19, 2024 at 12:47 PM Dossett, Tabari (Tunis) <DossettT@state.gov> wrote:
Hi Just to bring an ID.  I will make sure she is on the list for entry.  To confirm - her id only has her birth name correct?

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Thursday, December 19, 2024 6:31:49 PM
**To:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Subject:** Re: Follow up on the Tunisian case

Hi Tabari,

Yes, confirmed. The client can come to the US Embassy in Tunis on Thursday, 12/26, at 2 pm local time. She asked what to bring with her and if there were any instructions on what to tell them at the gate. Any advice would be appreciated.

Thank you,
Zaid

On Thu, Dec 19, 2024 at 12:08 PM Dossett, Tabari (Tunis) <DossettT@state.gov> wrote:
Hi Zaid,

2pm if possible.

Tabari

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Thursday, December 19, 2024 6:05:47 PM
**To:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Subject:** Re: Follow up on the Tunisian case

Hi Tabari,

We will confirm that with the client and get back to you as soon as possible. Is there a specific time on Thursday?

Thank you so much,
Zaid

On Thu, Dec 19, 2024 at 11:50 AM Dossett, Tabari (Tunis) <DossettT@state.gov> wrote:

Hi Zaid -

Good news, the case has been accepted and we are ready to move to next steps.

We would like to prepare the case for a virtual interview however in order to do so we will need for her to come to the embassy to have fingerprints taken.  These will be done on paper and sent to DC to complete the security clearance for the case.

Can you please confirm if she is comfortable coming to the embassy on Thursday of next week to have the fingerprints taken?

I will be there to escort her.

Best,

Tabari

---

**From:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Sent:** Wednesday, December 18, 2024 12:14:08 PM
**To:** Zaid Hatoum <zhatoum@refugeerights.org>
**Subject:** Re: Follow up on the Tunisian case

Hi Zaid,

Thank you for sharing this update.

This is a very concerning development.

I am in touch with DC about this case and working to try to have the processing expedited.

Tabari

---

**From:** Zaid Hatoum <zhatoum@refugeerights.org>
**Sent:** Monday, December 16, 2024 7:27 PM
**To:** Dossett, Tabari (Tunis) <DossettT@state.gov>
**Subject:** Follow up on the Tunisian case

Hello Tabari,

We would like to update you regarding ▮▮▮▮▮▮▮▮▮▮ a client we referred to your office in May 2024. She continues to live at risk of violence from her family and neighbors as a transwoman in Tunis.

In October 2024, we were informed by ▮▮▮▮▮ that ▮▮▮▮▮ been arrested after she attempted to cross the ocean to Europe via smugglers. They did not have the exact details and IRAP attempted to contact ▮▮▮▮ for some time. On 22 November 2024, ▮▮▮▮ responded and confirmed that she now has access to her phone and that her number and emails have not changed. She does not anticipate issues communicating with her.

I am providing a summary of events below:

On 02 November, ▮▮▮▮ woke up at 3 am and traveled to a coastal area outside of Tunis known as Kelibia. This is a popular destination for people to take boats and attempt to cross to Europe. She had heard of a smuggler through word of mouth and contacted him via phone a few days prior. She did not explain the full extent of her story and did not mention being a trans woman. She merely told the smuggler that she needed to get out of Tunisia.

She waited until 11 pm without food to board the boat. They entered rough waters and were almost immediately stopped by Tunisian coast guard. The whole boat was evacuated and then arrested. She entered a holding cell, then she went to court (there was no legal decision issued but just an investigation opened about her and the others trying to cross the ocean on boat).

She was in prison for about 17 days and was with men in the cell. She had no access to hormone treatment or even proper nutrition whilst she was in jail. Prior to her arrest, she had carried hormone pills in her pocket. She embarked on the boat and the medicine got ruined in the sea due to water. The pills broke into a powder. The police had accused her of carrying cocaine (the way the medicine looked was white powder) in her pockets.

As a result of this accusation, she was then tortured: she was starved for 3 days, left naked, and beaten with clubs and hands in a single cell. After being tortured for 3 days, she was forced to confess to harboring drugs. She was then returned to a normal cell. She was then released after 17 days. During her stay in prison, she did not have any legal counsel. She has to pay 500 dinar in fees but has not yet paid. If she does not pay she can be arrested at any time.

Whilst in prison, she was given one phone call. She called her sister when she; the sister knew of someone who worked at the prison (like a warden or police) and he helped ▮▮▮▮ by getting rid of the cocaine charges. As a result, there are no drug charges against her. She only has that fee for attempting to migrate illegally. When she returned home the father did not ask her where she was but would say things like "why did you return." He has not hit her but she is psychologically and medically ill. She has a persistent cough and wants to seek medical attention. She is traumatized from the actual boat ride and subsequent treatment in jail.

Please let us know if you have any updates on this case.

Thank you,
Zaid

--
**Zaid Hatoum** *(He/him/his)*
Global Screenings & Casework Director
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Phone: +1(516) 732-2992

www.refugeerights.org
Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

Admitted to practice law in the state of New York.

--
**Zaid Hatoum** *(He/him/his)*
Global Screenings & Casework Director
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Phone: +1(516) 732-2992

www.refugeerights.org
Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

Admitted to practice law in the state of New York.

--
**Zaid Hatoum** *(He/him/his)*
Global Screenings & Casework Director
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Phone: +1(516) 732-2992

www.refugeerights.org
Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

Admitted to practice law in the state of New York.

--
**Zaid Hatoum** *(He/him/his)*
Global Screenings & Casework Director
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Phone: +1(516) 732-2992

www.refugeerights.org

Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

Admitted to practice law in the state of New York.

--
**Zaid Hatoum** *(He/him/his)*
Global Screenings & Casework Director
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Phone: +1(516) 732-2992

www.refugeerights.org
Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

Admitted to practice law in the state of New York.

# Exhibit 4



Kathleen Norland List <knorland@refugeerights.org>

---

## [NORMAL] IRAP P1 NGO Referral Submission - LE (ERAC): S-39237

**'Fair, Melissa' via IRAP Lebanon P1 NGO Referrals** <IRAP-LE-P1NGOReferrals@refugeerights.org>
Reply-To: "Fair, Melissa" <FairM@state.gov>
To: IRAP LE P1 NGO Referrals <irap-le-p1ngoreferrals@refugeerights.org>, LE_IN_RSCTuME <le_in_rsctume@icmc.net>
Cc: Alexandra Zetes <azetes@refugeerights.org>, Firas Abi Ghanem <fabighanem@refugeerights.org>, Yara Nassar <ynassar@refugeerights.org>, "McGlothlin, Cameron D" <McGlothlinCD@state.gov>, "Ergin, Irmak (Istanbul)" <ErginI@state.gov>, "Dunstan, Edmund Fleetwood (Woody)" <DunstanEF@state.gov>, "Knapp, Patrick J (Istanbul)" <KnappPJ@state.gov>, "Rivera-Olds, Josue (Istanbul)" <Rivera-OldsJ@state.gov>, PRM-Admissions-Coordination <PRM-Admissions-Coordination@state.gov>, PRM-Admissions-Leadership <PRM-Admissions-Leadership@state.gov>

Tue, Mar 11, 2025 at 9:02 PM

Dear Kate,

The State Department will continue to comply with relevant court orders and coordinate with the Department of Homeland Security to implement President Trump's America First policy priorities. We do not have any additional information to share about specific USRAP case processing at this time. Updates and additional guidance on the status of USRAP processing will be posted on State.gov website when available. Many thanks.

Warm Regards,

Melissa Fair
Foreign Affairs Officer
Coordination and Resources Team| Office of Refugee Admissions (PRM/A)
Bureau of Population, Refugees, and Migration (PRM)

[Quoted text hidden]

# Exhibit 5



**Kathleen Norland List <knorland@refugeerights.org>**

## Post-USCIS Urgent P1 Submissions - IRAP

**Fair, Melissa** <FairM@state.gov>                                    Tue, Mar 11, 2025 at 8:59 PM
To: IRAP Jordan P1 NGO Referrals <irap-jo-p1ngoreferrals@refugeerights.org>
Cc: Kurt Bonz <kbonz@refugeerights.org>, Kathleen Norland List <knorland@refugeerights.org>, Waqas Atique
<watique@refugeerights.org>, "Rincon, Natalia" <RinconN@state.gov>, "Gringer, Jeffrey D (Amman)" <gringerjd@state.gov>,
"Porras-Munoz, Beatriz E (Amman)" <Porras-MunozBE@state.gov>, PRM-Admissions-Coordination <PRM-Admissions-
Coordination@state.gov>, PRM-Admissions-Leadership <PRM-Admissions-Leadership@state.gov>

Dear Elisa,


The State Department will continue to comply with relevant court orders and coordinate with the Department of
Homeland Security to implement President Trump's America First policy priorities.  We do not have any additional
information to share about specific USRAP case processing at this time.  Updates and additional guidance on the
status of USRAP processing will be posted on State.gov website when available. Many thanks.


Warm Regards,


Melissa Fair
Foreign Affairs Officer
Coordination and Resources Team| Office of Refugee Admissions (PRM/A)
Bureau of Population, Refugees, and Migration (PRM)


---

**From:** IRAP Jordan P1 NGO Referrals <irap-jo-p1ngoreferrals@refugeerights.org>
**Sent:** Thursday, March 6, 2025 2:59 AM
**To:** Fair, Melissa <FairM@state.gov>; Gringer, Jeffrey D (Amman) <gringerjd@state.gov>; Porras-Munoz, Beatriz E
(Amman) <Porras-MunozBE@state.gov>
**Cc:** Kurt Bonz <kbonz@refugeerights.org>; Kathleen Norland List <knorland@refugeerights.org>; Waqas Atique
<watique@refugeerights.org>
**Subject:** Re: Post-USCIS Urgent P1 Submissions - IRAP


Dear Melissa, Jeff, and Beatriz,
[Quoted te  t hidden]
[Quoted text hidden]

# Exhibit 6

THE HONORABLE JAMAL N. WHITEHEAD

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9

10   PLAINTIFF PACITO; PLAINTIFF ESTHER;          CASE NO.  C25-255 JNW
     PLAINTIFF JOSEPHINE; PLAINTIFF
     SARA; PLAINTIFF ALYAS; PLAINTIFF             **DECLARATION OF KATHERINE**
11   MARCOS; PLAINTIFF AHMED;                     **REHBERG IN SUPPORT OF**
     PLAINTIFF RACHEL; PLAINTIFF ALI;             **PLAINTIFFS' MOTION TO**
12   HIAS, INC.; CHURCH WORLD SERVICE,            **SUPPLEMENT PRELIMINARY**
     INC.; and LUTHERAN COMMUNITY                 **INJUNCTION**
13   SERVICES NORTHWEST,

14                  *Plaintiffs*,

15         v.

16   DONALD J. TRUMP, in his official capacity
     as President of the United States; MARCO
17   RUBIO, in his official capacity as Secretary of
     State; KRISTI NOEM, in her official capacity
18   as Secretary of Homeland Security; ROBERT
     F. KENNEDY, JR., in his official capacity as
19   Secretary of Health and Human Services,

20                  *Defendants*.

21

22

23         I, Katherine Rehberg, hereby declare:

24         1.      I am Vice President of Programs at Church World Service (CWS), one of ten

25   national resettlement agencies. The facts set forth in this declaration are based on my personal

26   knowledge, on my conversations with CWS staff, and on the information kept in the ordinary

---

DECLARATION OF KATHERINE REHBERG IN SUPPORT OF                          **Perkins Coie LLP**
PLAINTIFFS' MOTION TO SUPPLEMENT PRELIMINARY INJUNCTION          1201 Third Avenue, Suite 4900
C25-255 JNW  - 1                                                  Seattle, Washington 98101-3099
                                                                   Phone: +1.206.359.8000
                                                                    Fax: +1.206.359.9000

1    course of business at CWS.

2        2.      I make this declaration for the purpose of supporting facts set forth by Plaintiffs in

3    the Joint Status Report to the Court and to add to information provided in declarations executed

4    by our Chief Executive Officer, Richard Santos, on February 11, 2025 (Dkt No. 15-23) and March

5    5, 2025 (Dkt No. 58-3).

6        3.      CWS has received **no funds** from the Department of State's Bureau of Population,

7    Migration, and Resettlement (PRM) since January 14, 2025, including for reimbursements for

8    USRAP work performed prior to the Funding Suspension and Stop-Work Orders of January 24,

9    2025.

10       4.      This work was done pursuant to five cooperative agreements. Four of these

11   cooperative agreements were for work done to assist refugees and holders of Special Immigrant

12   Visas (SIVs), and the fifth is to operate the Resettlement Support Center-Africa, based in Nairobi,

13   Kenya.

14       5.      On February 6, 2025, after PRM required CWS to file for reimbursements using

15   new certification forms, CWS made thirteen drawdown requests for reimbursements for work

16   done pursuant to these five cooperative agreements. PRM acknowledged receipt of those requests

17   on February 7, stating in an email that our submission had correctly followed the new certification

18   process. We also submitted four additional reimbursement requests on February 24, 2025, and

19   nine additional reimbursement requests on March 3, 2025 following the same process.

20       6.      Although the Court in this case enjoined the suspension of USRAP on February 25,

21   2025, and issued a written order on February 28, 2025, making clear that the Funding Suspension

22   was also enjoined, CWS has still not received any payment through the certification process we

23   have complied with since February 6 or through any other mechanism. This is so despite

24   numerous communications via email and telephone with our staff. To date, in response to our

25   requests for updates on when we can expect to receive payment, PRM has told us that the

26   payments are still under review.

DECLARATION OF KATHERINE REHBERG IN SUPPORT OF
PLAINTIFFS' MOTION TO SUPPLEMENT PRELIMINARY INJUNCTION
C25-255 JNW  - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

7.      As described in Richard Santos's declaration of March 5, 2025, CWS received Notices of Termination of four of our five USRAP cooperative agreements on February 26, 2025. We did not receive a Notice of Termination of our cooperative agreement to operate RSC-Africa. In fact, on March 7, we received a notification from PRM that the Notice of Suspension on RSC-Africa was being lifted.  CWS responded the same day with a "concurrence" requested by the government, but we have not yet received any funds to operate RSC-Africa, nor additional guidance on what specific processing activity RSC-Africa is expected to resume.

8.      RSC-Africa also still does not have access to the START database, the case management system maintained by PRM's Refugee Processing Center, where case processing functions are documented and where information regarding a refugee's readiness and needs for travel are stored. PRM cut off access following the suspension, and although the suspension has been lifted for RSC-Africa, access has not been reinstated. Without the database, RSC-Africa cannot continue processing cases in the USRAP pipeline.

9.      At 6:07 pm Eastern Standard Time on March 13, CWS received an email from the Department of State, attached here as Attachment A. The email stated that USRAP operations using the services of CWS and the International Office of Migration (IOM) "may resume, including operations for Resettlement Support Centers and to provide global resettlement logistical support, including issuance of documents and facilitation of medical examinations and refugee travel."  This communication acknowledged that "in the weeks since refugee resettlement was suspended and stop-work orders were issued, there has been significant deterioration of functions throughout the USRAP," but provided no further timeline or guidance.

10.     The email further stated that the Department of State is "actively preparing a request for proposals for a new resettlement agency that could provide reception and placement services for resettled refugees and exploring alternatives to the traditional reception and placement program for the provision of domestic support."

11.     Finally, the email stated that the Department of State is "reviewing pending

DECLARATION OF KATHERINE REHBERG IN SUPPORT OF
PLAINTIFFS' MOTION TO SUPPLEMENT PRELIMINARY INJUNCTION
C25-255 JNW  - 3

1    payment requests from organizations for expenses already incurred and will pay legitimate
2    requests in due course." No further timeline was provided.

3        12.    It is difficult to predict how and when our work with overseas clients will resume.
4    We have no visibility into the travel-readiness of the approved refugees who were booked and/or
5    ready for travel on January 20. There are likely many vetted and assured cases that would now
6    need to complete an updated medical examination or other processing activity before they can
7    travel, because the necessary documentation has expired in the weeks since the USRAP was
8    suspended. In short, not only are approved refugees stuck overseas waiting for departure, but it
9    will now take additional effort by USRAP partners for them to become travel-ready.

10       13.    Today, on March 14, 453 employees in the United States will be laid off, and in the
11   past week, approximately 25 employees were furloughed. These are a subset of the 858 employees
12   who were furloughed last month. These layoffs are in addition to the 600 layoffs we initiated in
13   RSC-Africa after receiving Notices of Suspension on January 24, 2025, leaving approximately
14   119 staff members working on the RSC-Africa program. Prior to the Funding Suspension, RSC-
15   Africa was a robust operation of nearly 900 staff in four countries.

16       14.    Without funding and a resumption of resettlement processing, refugees already
17   approved for resettlement remain without safety, and CWS remains unable to rehire staff who
18   have been furloughed or laid off because of the suspensions and terminations. Without immediate
19   relief, the immeasurable and irreparable harm caused to refugees and the organizations and
20   partners prepared to serve them continues.

21       EXECUTED this 14th day of March, 2025, at New York, NY.

22                                    _Katherine T. Rehberg_
23                                    **Katherine Rehberg**

24

25

26

DECLARATION OF KATHERINE REHBERG IN SUPPORT OF
PLAINTIFFS' MOTION TO SUPPLEMENT PRELIMINARY INJUNCTION
C25-255 JNW  - 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# Attachment A

| | |
|---|---|
| **From:** | Anderson, Kathryn E |
| **To:** | Erol Kekic; Katherine Rehberg; Scott Muttersbaugh; Nicole Brudos; Thomas Joseph Mrosko; Catherine MacKay Gauger, Kelly A; Putzeys, Claire; Shinbach, Annie |
| **Cc:** | |
| **Subject:** | U.S. Refugee Admissions Program Update |
| **Date:** | Thursday, March 13, 2025 6:08:24 PM |
| **Attachments:** | NOTICE OF COURT ORDER.pdf |

CWS Partners,

Pursuant to the district court's February 28th preliminary injunction in *Pacito v. Trump, 2:25-cv-255-JNW* (please see attached Notice of Court Order), the Departments of State and Homeland Security are taking steps to resume U.S. Refugee Admissions Program (USRAP) refugee processing, decisions, and admissions and to reimburse resettlement partners for USRAP-related work performed before January 20, 2025, pursuant to cooperative agreements.

These steps include, but are not limited to:

- The Department of State has notified the International Organization for Migration (IOM) and Church World Service (CWS) that, following their confirmation of compliance with Executive Orders 14151, 14148, and 14168, USRAP operations using their services may resume, including operations for Resettlement Support Centers and to provide global resettlement logistical support, including issuance of documents and facilitation of medical examinations and refugee travel.
- U.S. Citizenship and Immigration Services staff have resumed rendering decisions on Form I-590 refugee applications, Requests for Review (RFRs), Form I-730 Follow-to-Join refugee petitions (FTJ-Rs), and Form I-290B Notices of Appeal or Motion relating to Form I-730 FTJ-Rs.
- The Department of State directed all diplomatic and consular posts to resume processing for beneficiaries of approved Form I-730 Follow-to-Join refugee petitions, including rescheduling interviews with beneficiaries whose appointments were canceled. Individuals with approved I-730 Follow-to-Join refugee applications may receive a document permitting their independent travel to the United States.
- The Department of State is actively preparing a request for proposals for a new resettlement agency that could provide reception and placement services for resettled refugees and exploring alternatives to the traditional reception and placement program for the provision of domestic support.
- The Department of State is reviewing pending payment requests from organizations for expenses already incurred and will pay legitimate requests in due course.

However, in the weeks since refugee resettlement was suspended and stop-work orders were issued, there has been significant deterioration of functions throughout the USRAP. The Department of State is working to ascertain how long it will take to restore the USRAP to operational status. We will share updates and additional guidance on the status of USRAP processing when available.

All media inquiries should be directed to the nearest U.S. Embassy, or the Bureau of Population, Refugees, and Migration at the Department of State in Washington, DC, at PRM-Press@state.gov.

Kathryn Anderson
Director, Office of Admissions
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State