District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,

*Defendants*.

CASE NO. 2:25-cv-00255

NOTICE OF APPEAL OF PRELIMINARY INJUNCTION

Notice of Appeal of
Preliminary Injunction

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's March 24, 2025 Order (ECF No. 79) granting Plaintiffs' motion for preliminary injunction on supplemental pleading.

DATED this 25th day of March, 2025.

    Respectfully submitted,

    YAAKOV M. ROTH
    Acting Assistant Attorney General
    Civil Division

    AUGUST FLENTJE
    Acting Director

    */s/ Nancy K. Canter*
    NANCY K. CANTER
    (CA Bar No. 263198)
    Senior Litigation Counsel

    LINDSAY ZIMLIKI
    JOSEPH MCCARTER
    ALEXANDRA YEATTS
    Trial Attorneys
    U.S. Department of Justice
    Civil Division, Office of Immigration Litigation
    Washington, DC 20005
    Phone: 202-305-7234
    Email: nancy.k.canter@usdoj.gov

    *Attorneys for Defendants*

Notice of Appeal of Preliminary Injunction

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

1