# EXHIBIT A

## NOTICE OF COURT ORDER

On March 24, 2025, a judge in the Western District of Washington issued a second nationwide preliminary injunction in *Pacito v. Trump*, No. 2:25-CV-255-JNW, 2025 WL 893530 (W.D. Wash. Mar. 24, 2025), appeal filed (9th Cir. Mar. 25, 2025).

The district court's March 24, 2025 preliminary injunction ordered as follows:

- Defendants, except for President Trump individually, and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receive actual notice of this order, are hereby fully enjoined from enforcing or implementing any portion of Defendants' termination of USRAP-related funding provided to resettlement partners through their cooperative agreements with the U.S. State Department, including as reflected in the Termination Notices the U.S. State Department sent to resettlement partners beginning on February 26, 2025.
- Defendants are ordered to reinstate all cooperative agreements terminated pursuant to the Termination Notices to their status as they existed immediately before February 26, 2025, including but not limited to agreements to provide reception and placement services and to provide USRAP processing support abroad.
- Defendants are prohibited from terminating any USRAP cooperative agreements without complying with applicable statutory requirements and administrative procedures mandated by the Administrative Procedures Act, as described herein.