District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEY JR., in his official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>STATUS REPORT REGARDING PRELIMINARY INJUNCTION COMPLIANCE |

Status Report

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

On March 24, 2025, the Court granted Plaintiffs' motion for a preliminary injunction on supplemental pleadings, enjoining Defendants, except for President Trump individually, from "enforcing or implementing any portion of Defendants' termination of USRAP-related funding provided to resettlement partners through their cooperative agreements with the U.S. State Department, including as reflected in the Termination Notices the U.S. State Department sent to resettlement partners beginning on February 26, 2025." Dkt. No. 79. The Court further ordered Defendants to "reinstate all cooperative agreements terminated pursuant to the Termination Notices to their status as they existed before February 26, 2025" and "prohibited [Defendants] from terminating any USRAP cooperative agreements without complying with applicable statutory requirements and administrative procedures mandated by the Administrative Procedures Act." *Id.*

The Order also directed Defendants to submit a status report by March 31, 2025 detailing their efforts to comply with the Court's preliminary injunction on the supplemental pleadings. *Id.*

## STATUS OF COMPLIANCE

As explained in Defendants' March 28, 2025 Motion to Stay Preliminary Injunction Pending Appeal, Dkt. No. 82, the Department of State can not unilaterally reinstate a terminated cooperative agreement without the consent of the other party. *See* 48 C.F.R. § 49.102(d). Defendants are in the process of notifying terminated resettlement partners of their intent to reinstate previously terminated cooperative agreements with the expectation that notification will be sent to resettlement partners by the conclusion of this week. Now that the Ninth Circuit has stayed all aspects of the Court's February 25 injunction as to funding, however, the Department of State is able to reinstate terminated cooperative agreements only to suspend those agreements in light of the stay. *Pacito v. Trump*, Case No. 25-1313 (9th Cir. March 25, 2025).

Status Report

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

DATED this 31st day of March, 2025.

                                  Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

AUGUST FLENTJE
Acting Director

*/s/ Nancy K. Canter*
NANCY K. CANTER
(CA Bar No. 263198)
Senior Litigation Counsel

JOSEPH MCCARTER
ALEXANDRA YEATTS
Trial Attorneys
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
Washington, DC 20005
Phone: 202-305-7234
Email: nancy.k.canter@usdoj.gov

*Attorneys for Defendants*

---

Status Report

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7234

2