THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255-JNW <br><br> **DECLARATION OF JONATHAN P. HAWLEY IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |

I, Jonathan P. Hawley, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the law firm Perkins Coie LLP and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

DECL. OF JONATHAN P. HAWLEY
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.  I submit this declaration to provide the Court true and correct copies of certain documents submitted in opposition to Defendants' motion to stay preliminary injunction pending appeal:

**Exhibit 1** is a true and correct copy of a letter to Plaintiff Church World Service, Inc. from the U.S. State Department's Bureau of Population, Refugees, and Migration, dated April 2, 2025.

**Exhibit 2** is a true and correct copy of a letter to Plaintiff HIAS, Inc. from the U.S. State Department's Bureau of Population, Refugees, and Migration, dated April 2, 2025.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 3rd day of April, 2025, at Seattle, Washington.

*s/ Jonathan P. Hawley*
Jonathan P. Hawley

DECL. OF JONATHAN P. HAWLEY – 2
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000