# EXHIBIT 2



United States Department of State
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

April 02, 2025

NOTICE OF INTENT TO REINSTATE AWARD

▮▮▮▮▮▮
HIAS Inc.
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:   22CA0311, 24CA0348, 24CA0349, 24CA0354

The U.S. Department of State hereby notifies the recipient of its intent to reinstate the referenced terminated award(s), pending receipt of confirmation of your consent to reinstatement subject to the restrictions outlined in this letter and subsequent modification to the award.  Upon reinstatement, the referenced award(s) will be suspended immediately.  This action will be taken in accordance with the March 24 preliminary injunction and the March 25 partial stay of the February 28 preliminary injunction issued in *Pacito v. Trump*.

Please respond to this notification to confirm your consent to the reinstatement of this award. As part of your response, please submit any outstanding requests for payment of any costs incurred prior to, or as a result of, the previous suspension letter dated January 24, 2025, in accordance with 2 CFR 200.343.

Recipients are required to comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing; Initial Recissions of Harmful Executive Orders and Actions; Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government; and Ending Illegal Discrimination and Restoring Merit-Based Opportunities.  As such, recipients are hereby again notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI), gender ideology or provide for any medical procedure, treatment, or drug for the purpose of conforming an individual's appearance to that of the opposite sex at any level or in any activity, regardless of partner or program location.  Recipients are prohibited from using PRM funds to promote DEI or gender ideology, including activities that were previously authorized by PRM.

For recipients implementing programs in the Western Hemisphere, the use of cash and voucher assistance is prohibited except, with PRM approval, to facilitate assisted voluntary returns and other purposes that do not encourage, mobilize, publicize, or manage migration towards the United States southwest border.  If there are questions on this specific issue, please contact the appropriate program officer.

For awards referenced above, this letter supersedes previous letters issued by the PRM grants officer.

UNCLASSIFIED

2

Please confirm your consent to reinstatement and acceptance of the restrictions outlined in this letter by email to DeninoPM@state.gov and copy PRM-Comp-Mgt@State.gov. Following receipt of your confirmation of reinstatement and your request for payment consistent with 2 CFR 200.343, you will receive another letter containing instructions related to suspension of the award and a modification will be issued implementing the restrictions outlined herein.

    Sincerely,

    PHILIP M DENINO
    Digitally signed by PHILIP M DENINO
    Date: 2025.04.02 16:11:56 -04'00'

    Philip Denino
    Deputy Comptroller