THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. 2:25-cv-255-JNW<br><br>**DECLARATION OF MEGAN M. HAUPTMAN IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FIRST PRELIMINARY INJUNCTION AND EMERGENCY MOTION FOR SHOW CAUSE HEARING** |

I, Megan M. Hauptman, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the International Refugee Assistance Project (IRAP) and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

DECL. OF MEGAN M. HAUPTMAN
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. On March 27, 2025, counsel for Plaintiffs emailed counsel for Defendants requesting an update by April 1 as to steps taken to implement the first preliminary injunction in this matter, including updates as to case progress for each of the individual Plaintiffs. As of the execution of this declaration, Defendants' counsel has not provided a substantive response.

3. I further submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' motion to enforce the first preliminary injunction:

**Exhibit 1** is a true and correct copy of the document titled "Refugees: 2023." The report was downloaded at my direction on April 3, 2025, and is available on the Office of Homeland Security Statistics website at https://ohss.dhs.gov/sites/default/files/2024-11/2024_1108_ohss_refugee_annual_flow_report_2023.pdf.

**Exhibit 2** is a true and correct copy of the declaration of Katherine Rehberg, dated April 3, 2025.

**Exhibit 3** is a true and correct screen capture of the article titled "Mission South Africa: How Trump is Offering White Afrikaners Refugee Status." This article was captured at my direction on April 3, 2025, and is available on the *New York Times* website at https://www.nytimes.com/2025/03/30/us/politics/trump-south-africa-white-afrikaners-refugee.html.

**Exhibit 4** is a true and correct copy of the declaration of Plaintiff Ahmed, dated April 2, 2025, with attachments.

**Exhibit 5** is a true and correct copy of the declaration of Plaintiff Sara, dated April 1, 2025.

**Exhibit 6** is a true and correct copy of the declaration of Plaintiff Alyas, dated April 3, 2025.

**Exhibit 7** is a true and correct copy of the declaration of Plaintiff Pacito, dated April 3, 2025.

**Exhibit 8** is a true and correct copy of the declaration of Plaintiff Marcos, dated April 1, 2025.

DECL. OF MEGAN M. HAUPTMAN– 2
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**Exhibit 9** is a true and correct copy of an email received by attorney Maura Heron from the Resettlement Support Center (RSC) for Latin America, dated March 24, 2025, titled "Automatic reply: Question about CAM refugees in Honduras." This email was received by IRAP from attorney Heron.

**Exhibit 10** is a true and correct copy of an email received by an IRAP staff member from the RSC for the Middle East and North Africa, dated March 27, 2025, titled "Automatic Reply: P2 DAP travel ready cases."

**Exhibit 11** is a true and correct copy of an email received by attorney Angie Plummer from the U.S. Embassy Paris on behalf of a follow-to-join (FTJ) petitioner with an FTJ petition approved by U.S. Citizenship and Immigration Services, subsequent to the FTJ beneficiary's interview, dated April 3, 2025, titled "Re: From the U.S. Embassy Paris -- [REDACTED] - V93 – Additional information needed." This email was received by IRAP from attorney Plummer.

\*   \*   \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 3rd day of April, 2025, at Arlington, Virginia.

*s/ Megan M. Hauptman*
Megan M. Hauptman

DECL. OF MEGAN M. HAUPTMAN– 3
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000