District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF
ESTHER; PLAINTIFF JOSEPHINE;
PLAINTIFF SARA; PLAINTIFF ALYAS;
PLAINTIFF MARCOS; PLAINTIFF
AHMED; PLAINTIFF RACHEL;
PLAINTIFF ALI; HIAS, INC.; CHURCH
WORLD SERVICE, INC.; and
LUTHERAN COMMUNITY SERVICES
NORTHWEST,

           *Plaintiffs*,

      v.

DONALD J. TRUMP, in his official
capacity as President of the United States,
MARCO RUBIO, in his official capacity
as Secretary of State, KRISTI NOEM, in
her official capacity as Secretary of
Homeland Security; DOROTHY A. FINK,
in her official capacity as Acting Secretary
of Health and Human Services,

           *Defendants*.

CASE NO. 2:25-cv-00255

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO RECONSIDER DENIAL OF STAY AND MOTION FOR INDICATIVE RULING**

Upon consideration of Defendants' motion to reconsider denial of stay and motion for indicative ruling, it is hereby **ORDERED** that:

1. Defendants' motion to reconsider denial of stay (Dkt. No. 92) is **GRANTED**.

2. Defendants' motion for indicative ruling is **GRANTED**.

3. Pursuant to granting Defendants' motion for indicative ruling, this Court hereby indicates that, should the Court of Appeals remand this Court's preliminary injunction order (Dkt. No. 79), this Court would dissolve that preliminary injunction order.

Dated:                                  Hon. _____

                                                          Jamal N. Whitehead
                                                          United States District Judge