THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>*Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br>*Defendants*. | Case No. 2:25-cv-255-JNW <br><br>**PLAINTIFFS' STATUS REPORT REGARDING THE COURT'S MARCH 24, 2025 PRELIMINARY INJUNCTION** |

Shortly after the Court issued its February 25, 2025 preliminary injunction enjoining Defendants from suspending the U.S. Refugee Admissions Program ("USRAP") and funding to resettlement partners, Defendants began terminating nearly all cooperative agreements with such partners for refugee processing abroad and reception and placement services in the United States. The Court granted Plaintiffs leave to amend, and Plaintiffs thereafter filed a supplemental pleading

PLS.' STATUS REPORT
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

and sought a preliminary injunction of the termination of the cooperative agreements. *See* Dkt. Nos. 56–57. On March 24, 2025, the Court issued a second preliminary injunction ordering Defendants to reinstate the cooperative agreements and enjoining them from enforcing or implementing any portion of their termination of USRAP-related funding provided through the cooperative agreements. *See* Dkt. No. 79 at 35–36. The Court also ordered the parties to submit a joint status report on April 7, 2025. Counsel for Plaintiffs contacted Defendants' counsel to schedule a meet-and-confer to discuss the joint status report; despite initially agreeing, Defendants canceled the meeting on the basis that it was no longer necessary following Plaintiffs' filings and the Court's order scheduling an emergency hearing. Plaintiffs apologize to the Court for their delayed filing and offer this update as to the status of Defendants' compliance with the March 24, 2025 preliminary injunction.

On April 3, 2025, Plaintiffs advised the Court that Plaintiffs Church World Service, Inc. ("CWS") and HIAS, Inc. ("HIAS") had received notices that their USRAP-related cooperative agreements would be reinstated upon their consent, but would again be suspended immediately following reinstatement. *See* Dkt. No. 87. CWS and HIAS have since provided that consent and, on April 4 and April 7 respectively, they received notice from the State Department that it had indeed suspended their USRAP-related cooperative agreements once again.

PLS.' STATUS REPORT – 2
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| Dated: April 8, 2025 | By: | *s/ Harry H. Schneider, Jr.* |

Deepa Alagesan*
Mevlüde Akay Alp*
Linda Evarts*
Ghita Schwarz*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
dalagesan@refugeerights.org
makayalp@refugeerights.org
levarts@refugeerights.org
gschwarz@refugeerights.org

Melissa Keaney*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 2291
Fair Oaks, California 95628
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
mkeaney@refugeerights.org

Laurie Ball Cooper*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

Nicholas J. Surprise*
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
NSurprise@perkinscoie.com

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

PLS.' STATUS REPORT – 3
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000