District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>        *Defendants*. | CASE NO. 2:25-cv-00255-JNW<br><br>NOTICE OF DEFENDANTS' 9TH CIRCUIT MOTION FOR CLARIFICATION OF ORDER GRANTING A STAY, OR, IN THE ALTERNATIVE, RECONSIDERATION UNDER CIRCUIT RULE 27-10 |

| | |
|---|---|
| NOTICE OF FILING<br><br>No. 2:25-cv-00255-JNW | U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-5677 |

## NOTICE OF FILING

Defendants, through counsel, hereby give notice to the Court of their April 9, 2025 filing with the Ninth Circuit Court of Appeals of a Motion for Clarification of Order Granting a Stay, Or, In the Alternative, Reconsideration Under Circuit Rule 27-10. Defendants filed this motion seeking clarification of the Ninth Circuit's March 25, 2025 Stay Order, staying, in part, this Court's First Preliminary Injunction, Dkt. No. 45. In response to Defendants' inquiry on April 8, 2025, Plaintiffs communicated that they oppose the motion.

DATED this 9th day of April, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

ERNESTO H. MOLINA, JR.
Deputy Director

/s/ Alexandra L. Yeatts
ALEXANDRA L. YEATTS
(CA Bar No. 358762)
Trial Attorney

JOSEPH MCCARTER
LINDSAY ZIMLIKI
Trial Attorneys
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
Washington, DC 20005
Phone: 202-353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*

NOTICE OF FILING

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5677

2