AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| PACITO, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  2:25-CV-00255-JNW |
| DONALD J. TRUMP, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                              .

Date:    04/09/2025

/s/ Benjamin Mark Moss
*Attorney's signature*

Benjamin Mark Moss (IL Bar No. 6302582)
*Printed name and bar number*

Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878 Ben Franklin Station
Washington, DC 20044-0878
*Address*

benjamin.m.moss2@usdoj.gov
*E-mail address*

(202) 307-8675
*Telephone number*

(202) 307-8781
*FAX number*