|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | APR 11 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| PACITO; et al.,<br><br>      Plaintiffs - Appellees,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>      Defendants - Appellants. | No. 25-1313<br><br>D.C. No. 2:25-cv-00255-JNW<br>Western District of Washington, Seattle<br><br>ORDER |
| PACITO; et al.,<br><br>      Plaintiffs - Appellees,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>      Defendants - Appellants. | No. 25-1939<br>D.C. No. 2:25-cv-00255-JNW<br>Western District of Washington, Seattle |

The unopposed motion (Docket Entry No. 40) for leave to file a motion for clarification is granted.

The motion (Docket Entry No. 35) for clarification raises issues that warrant a response. *See* 9th Cir. R. 27-10. The response is due April 15, 2025. The optional reply in support of the motion for clarification is due April 17, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT