District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>*Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br>*Defendants*. | CASE NO. 2:25-cv-00255-JNW <br><br> UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING |

Unopposed Motion to Extend Time
To File a Responsive Pleading
No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
202-746-8537

Defendants respectfully submit this motion for a 14-day extension of time to prepare a responsive pleading to the complaint, which is currently due on Monday, April 14, 2025. Should the Court grant this motion, the new date to file a responsive pleading would be April 28, 2025. Counsel for Plaintiffs informed undersigned counsel for Defendants that Plaintiffs do not oppose a 14-day extension.

There is good cause to grant this motion. Counsel for Defendants needs additional time to confer with the Defendant agencies to prepare a responsive pleading. Counsel for Defendants has been occupied briefing numerous motions and other filings in this case, which has limited Counsel's ability to confer with Defendant agencies regarding their response to the Complaint. Counsel for Defendants has also been occupied conferring with Defendant agencies in the wake of the Court's April 9 hearing and its subsequent order. Counsel for Defendants is working diligently with Defendant agencies to prepare for next steps in light of the Court's April 9 Order and the Court's forthcoming order on Plaintiffs' motion to enforce the Court's first preliminary injunction. This request for an extension of time is made in good faith and not intended to cause delay or otherwise prejudice Plaintiffs.

As such, Defendants request that the Court grant a 14-day extension of time to answer or otherwise respond to the complaint, which would make the new answer date April 28, 2025.

Unopposed Motion to Extend Time
To File a Responsive Pleading
No. 2:25-cv-00255-JNW

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044
202-746-8537

DATED this 11th day of April, 2025.

                Respectfully submitted,

                YAAKOV M. ROTH
                Acting Assistant Attorney General
                Civil Division

                MICHELLE LATOUR
                Deputy Director

                *s/ Joseph McCarter*
                JOSEPH MCCARTER
                (MD BAR NO. 2311290014)
                ALEXANDRA YEATTS
                LINDSAY ZIMLIKI
                Trial Attorneys
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                Washington, DC 20005
                Phone: 202-746-8537
                Email: joseph.a.mccarter@usdoj.gov

                *Attorneys for Defendants*

Unopposed Motion to Extend Time
To File a Responsive Pleading
No. 2:25-cv-00255-JNW

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044
202-746-8537