District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>        *Defendants*. | CASE NO. 2:25-cv-00255<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

Upon consideration of Defendants' unopposed motion to extend time to file a responsive pleading, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants' date to file a responsive pleading, which is currently due on April 14, 2025, is extended by 14 days, making Defendants' new deadline to respond to the complaint April 28, 2025

Dated:                                             Hon. _____
                                                         Jamal N. Whitehead
                                                         United States District Judge