District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255-JNW<br><br>NOTICE OF 9TH CIRCUIT ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY OR RECONSIDER THE CIRCUIT COURT ORDER GRANTING A PARTIAL STAY |

| | |
|---|---|
| NOTICE OF COURT ORDER<br><br>No. 2:25-cv-00255-JNW | U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-5677 |

## NOTICE OF COURT ORDER

Defendants, through counsel, hereby give notice to this Court that, on April 21, 2025, the U.S. Court of Appeals for the Ninth Circuit granted Defendants' motion seeking clarification of the Ninth Circuit's March 25, 2025 Stay Order, staying, in part, this Court's First Preliminary Injunction, Dkt. No. 45. Importantly, the Ninth Circuit clarified that this Court's First Preliminary Injunction "remains in effect [] only" as applied "to individuals who met the following conditions on or before January 20, 2025: (1) the individual had an approved refugee application authorizing Customs and Border Protection to admit the individual 'conditionally as a refugee upon arrival at the port within four months of the date the refugee application was approved,' 8 C.F.R. § 207.4; (2) the individual was cleared by USCIS for travel to the United States; and (3) the individual had arranged and confirmable travel plans to the United States." Defendants therefore request that this Court allow sufficient time for the Parties to (1) confer internally regarding the Ninth Circuit's definition of the individuals for whom this Court's First Preliminary Injunction remains in effect; (2) subsequently meet and confer; and (3) prepare a joint status report on next steps in light of the clarification provided in the April 21 order from the Ninth Circuit.

DATED this 21st day of April, 2025.

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division

        DREW ENSIGN
        Deputy Assistant Attorney General

        ERNESTO H. MOLINA, JR.
        Deputy Director

NOTICE OF COURT ORDER

No. 2:25-cv-00255-JNW

        U.S. Department of Justice
        Civil Division, Office of Immigration Litigation
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        (202) 353-5677

DAVID KIM  
Senior Litigation Counsel

*/s/ Alexandra L. Yeatts*  
ALEXANDRA L. YEATTS  
(CA Bar No. 358762)  
Trial Attorney

JOSEPH MCCARTER  
LINDSAY ZIMLIKI  
Trial Attorneys  
U.S. Department of Justice  
Civil Division, Office of Immigration Litigation  
Washington, DC 20005  
Phone: 202-353-5677  
Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*

NOTICE OF COURT ORDER

No. 2:25-cv-00255-JNW

U.S. Department of Justice  
Civil Division, Office of Immigration Litigation  
P.O. Box 878, Ben Franklin Station  
Washington, DC 20044  
(202) 353-5677