AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| PACITO, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00255-JNW |
| DONALD J. TRUMP, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                             .

Date:   04/29/2025                                              /s/ David Kim
                                                    *Attorney's signature*

                                                David Kim (IL Bar No. 6318223)
                                                    *Printed name and bar number*

                                                Office of Immigration Litigation
                                                U.S. Department of Justice, Civil Division
                                                P.O. Box 878, Ben Franklin Station
                                                Washington, DC 20044
                                                    *Address*

                                                david.kim4@usdoj.gov
                                                    *E-mail address*

                                                (202) 598-0114
                                                    *Telephone number*

                                                (202) 307-8781
                                                    *FAX number*