THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER;
PLAINTIFF JOSEPHINE; PLAINTIFF SARA;
PLAINTIFF ALYAS; PLAINTIFF MARCOS;
PLAINTIFF AHMED; PLAINTIFF RACHEL;
PLAINTIFF ALI; HIAS, INC.; CHURCH
WORLD SERVICE, INC.; and LUTHERAN
COMMUNITY SERVICES NORTHWEST,

        *Plaintiffs*,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States; MARCO RUBIO,
in his official capacity as Secretary of State;
KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; ROBERT F.
KENNEDY, JR., in his official capacity as
Secretary of Health and Human Services,

        *Defendants*.

Case No. 2:25-cv-255-JNW

**DECLARATION OF SERVICE**

I, Jonathan P. Hawley, hereby declare as follows:

1.      I am over the age of eighteen and competent to make this declaration. I am an attorney with the law firm Perkins Coie LLP and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.      Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A), on February 14, 2025, I caused copies of the Complaint for Declaratory and Injunctive Relief (Dkt. No. 1), Civil Cover Sheet (Dkt. No. 1-1), Corporate Disclosure Statement (Dkt. No. 2), Notice of Related Cases (Dkt. No. 3), and Court-issued Summonses (Dkt. Nos. 4, 4-1, 4-2, 4-3) (collectively, the "Summons and Complaint") to be served upon Defendants by personal delivery to the office of the U.S. Attorney for the Western District of Washington at the following address:

> U.S. Attorney's Office
> Western District of Washington
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271

**Exhibit 1** are true and correct copies of the declarations of service signed by legal process server Ernest Adapon showing that, on February 14, 2025, at 3:15 P.M., the Summons and Complaint were personally delivered to David Vega, Administrative Assistant for the U.S. Attorney's Office, who stated that he was authorized to accept service.

3.      I further caused copies of the Summons and Complaint to be served via USPS Certified Mail at the following address:

> Civil-Process Clerk
> U.S. Attorney's Office
> Western District of Washington
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271

**Exhibit 2** is a true and correct copy of the signed return receipt showing that the Summons and Complaint were delivered to the Civil-Process Clerk on February 18, 2025.

4.      Pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), on February 14, 2025, I caused copies of the Summons and Complaint to be served upon Defendants via USPS Certified Mail at the following address:

> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, D.C. 20530-0001

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**Exhibit 3** is a true and correct copy of the signed return receipt showing that the Summons and Complaint were delivered to the Attorney General of the United States on March 5, 2025.

5. Pursuant to Federal Rule of Civil Procedure 4(i)(2), on February 14, 2025, I caused copies of the Summons and Complaint to be served upon Defendants in their official capacities via USPS Certified Mail at the following addresses:

President Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Marco Rubio
Secretary of State
U.S. Department of State, The Executive Office
Office of Legal Adviser
600 19th Street NW, Suite 5.600
Washington, D.C. 20522

Kristi Noem
Secretary of Homeland Security
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0075

Dorothy Fink[*]
Acting Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, D.C. 20201

**Exhibit 4** is a true and correct copy of the USPS Tracking page showing that the Summons and Complaint mailed to President Trump were delivered on February 26, 2025. **Exhibit 5** is a true and correct copy of the USPS Tracking page showing that the Summons and Complaint mailed to Secretary Rubio were delivered on February 24, 2025. **Exhibit 6** is a true and correct copy of the USPS Tracking page showing that the Summons and Complaint mailed to Secretary Noem were delivered on February 21, 2025. **Exhibit 7** are a true and correct copy of the USPS Tracking page

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, has since been automatically substituted for Dorothy A. Fink, in her official capacity as Acting Secretary of Health and Human Services.

DECL. OF SERVICE – 3
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    showing that the Summons and Complaint mailed to Acting Secretary Fink were delivered on

2    February 24, 2025, and a true and correct copy of the signed return receipt showing that the

3    Summons and Complaint were delivered to Acting Secretary Fink.

4                                  *        *        *

5            I declare under penalty of perjury under the laws of the United States that the foregoing is

6    true and correct.

7            EXECUTED this 1st day of May, 2025, at Seattle, Washington.

8                                          *s/ Jonathan P. Hawley*
                                          Jonathan P. Hawley
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECL. OF SERVICE – 4
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; et al.,

                                    Plaintiff(s),

Vs.

DONALD J. TRUMP, in his official capacity as
President of the United States; et al.,

                                    Defendant(s).

NO. 2:25-cv-00255-JNW

DECLARATION OF SERVICE OF: SUMMONS IN A
CIVIL ACTION; COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF; CIVIL COVER SHEET;
CORPORATE DISCLOSURE STATEMENT; NOTICE
OF RELATED CASES; COVER LETTER DATED
FEBRUARY 14, 2025.

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a
resident of the State of Washington, over the age of 18 years, not a party to or interested in the above
entitled action, and am competent to be a witness therein.

That at 3:15 P.M. on February 14th, 2025, at 700 Stewart Street, Suite 5220, Seattle, Washington,
I duly served the above-described documents in the above-described matter upon Donald J. Trump, in his
official capacity as President of the United States, by then and there personally delivering a true and
correct copy thereof by leaving the same with David Vega, Administrative Assistant for the US
Attorney's Office, who stated that he is authorized to accept service.

I declare under the penalty of perjury under the laws of the State of Washington that the
foregoing is true and correct.

| | | |
|---|---|---|
| Process Fee: | 12.00 | Signed at Seattle, Washington, on _2/18/25_ |
| Prep: | | |
| Travel: | 21.00 | |
| SSA: | | |
| Bad Address: | | |
| Declaration Fee: | 12.00 | |
| Special Service: | 20.00 | |
| Trace: | | |

| | |
|---|---|
| TOTAL   $65.00 | ERNEST ADAPON          KING CO. # 1217202 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington  ▼

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>*Plaintiff(s)*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 2:25-cv-00255-JNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DONALD J. TRUMP, in his official capacity as President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/10/2025_____          _____
                                      *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; et al.,

Vs.                                    Plaintiff(s),

DONALD J. TRUMP, in his official capacity as
President of the United States; et al.,

                                    Defendant(s).

NO.  2:25-cv-00255-JNW

DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; NOTICE OF RELATED CASES; COVER LETTER DATED FEBRUARY 14, 2025.

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 3:15 P.M. on February 14th, 2025, at 700 Stewart Street, Suite 5220, Seattle, Washington, I duly served the above-described documents in the above-described matter upon Marco Rubio, in his official capacity as Secretary of State, by then and there personally delivering a true and correct copy thereof by leaving the same with David Vega, Administrative Assistant for the US Attorney's Office, who stated that he is authorized to accept service.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | | |
|---|---|---|
| Process Fee: | 12.00 | Signed at Seattle, Washington, on 2/18/29 |
| Prep: | | |
| Travel: | 21.00 | |
| SSA: | | |
| Bad Address: | | |
| Declaration Fee: | 12.00 | |
| Special Service: | 20.00 | |
| Trace: | | |

TOTAL    $65.00                 ERNEST ADAPON              KING CO. # 1217202

Case 2:25-cv-00255-JNW    Document 4-1    Filed 02/10/25    Page 1 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington    ▾

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  2:25-cv-00255-JNW |
| DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    MARCO RUBIO, in his official capacity as Secretary of State
U.S. Department of State, The Executive Office
Office of Legal Adviser
600 19th Street NW, Ste. 5.600
Washington, D.C. 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    02/10/2025

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; et al.,

                                    Plaintiff(s),

Vs.

DONALD J. TRUMP, in his official capacity as
President of the United States; et al.,

                                    Defendant(s).

NO.  2:25-cv-00255-JNW

DECLARATION OF SERVICE OF: SUMMONS IN A
CIVIL ACTION; COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF; CIVIL COVER SHEET;
CORPORATE DISCLOSURE STATEMENT; NOTICE
OF RELATED CASES; COVER LETTER DATED
FEBRUARY 14, 2025.

STATE OF WASHINGTON
COUNTY OF KING

       That I am now, and at all times herein mentioned, was a citizen of the United States and a
resident of the State of Washington, over the age of 18 years, not a party to or interested in the above
entitled action, and am competent to be a witness therein.

       That at 3:15 P.M. on February 14th, 2025, at 700 Stewart Street, Suite 5220, Seattle, Washington,
I duly served the above-described documents in the above-described matter upon Kristi Noem, in her
official capacity as Secretary of Homeland Security, by then and there personally delivering a true and
correct copy thereof by leaving the same with David Vega, Administrative Assistant for the US
Attorney's Office, who stated that he is authorized to accept service.

       I declare under the penalty of perjury under the laws of the State of Washington that the
foregoing is true and correct.

| | | |
|---|---|---|
| Process Fee: | 12.00 | |
| Prep: | | |
| Travel: | 21.00 | |
| SSA: | | |
| Bad Address: | | |
| Declaration Fee: | 12.00 | |
| Special Service: | 20.00 | |
| Trace: | | |

Signed at Seattle, Washington, on   2/18/25

TOTAL   $65.00

ERNEST ADAPON                    KING CO. # 1217202

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington ▼

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 2:25-cv-00255-JNW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    KRISTI NOEM, in her official capacity as Secretary of Homeland Security
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528-0075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    02/10/2025    _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; et al.,

                                    Plaintiff(s),

Vs.

DONALD J. TRUMP, in his official capacity as
President of the United States; et al.,

                                    Defendant(s).

NO. 2:25-cv-00255-JNW

DECLARATION OF SERVICE OF: SUMMONS IN A
CIVIL ACTION; COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF; CIVIL COVER SHEET;
CORPORATE DISCLOSURE STATEMENT; NOTICE
OF RELATED CASES; COVER LETTER DATED
FEBRUARY 14, 2025.

STATE OF WASHINGTON
COUNTY OF KING

     That I am now, and at all times herein mentioned, was a citizen of the United States and a
resident of the State of Washington, over the age of 18 years, not a party to or interested in the above
entitled action, and am competent to be a witness therein.

     That at 3:15 P.M. on February 14th, 2025, at 700 Stewart Street, Suite 5220, Seattle, Washington,
I duly served the above-described documents in the above-described matter upon Dorothy Fink, in her
official capacity as Acting Secretary of Health and Human Services, by then and there personally
delivering a true and correct copy thereof by leaving the same with David Vega, Administrative Assistant
for the US Attorney's Office, who stated that he is authorized to accept service.

     I declare under the penalty of perjury under the laws of the State of Washington that the
foregoing is true and correct.

| | |
|---|---|
| Process Fee: 12.00 | Signed at Seattle, Washington, on 2/18/25 |
| Prep: | |
| Travel: 21.00 | |
| SSA: | |
| Bad Address: | |
| Declaration Fee: 12.00 | |
| Special Service: 20.00 | |
| Trace: | |

| | |
|---|---|
| TOTAL $65.00 | ERNEST ADAPON          KING CO. # 1217202 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ☐▾

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-00255-JNW |
| DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     DOROTHY FINK, in her official capacity as Acting Secretary of HHS
U.S. Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     02/10/2025          _____
                              *Signature of Clerk or Deputy Clerk*

# Exhibit 2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil-Process Clerk
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

9590 9402 9111 4225 7449 05

2. Article Number (Transfer from service label)

9589 0710 5270 0412 6764 25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
DAVID VEGA                             2/18/25

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

SEATTLE WA 980

9590 9402 9111 4225 7449 05

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED

FEB 20 2025

PERKINS COIE LLP

Jonathan P. Hawley
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

# Exhibit 3

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent<br>                              ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>MAR 0 5 REC'D |

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9111 4225 7448 99

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
9589 0710 5270 0412 6764 32

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



# Exhibit 4

# USPS Tracking®

**FAQs** ›

**Remove** ✕

Tracking Number:

## 9589071052700412676449

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 4:10 am on February 26, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered to Agent**
**Delivered to Agent, Picked up at USPS**
WASHINGTON, DC 20500
February 26, 2025, 4:10 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
February 21, 2025, 10:36 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
February 21, 2025, 9:06 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 5:09 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 2:44 am

● **Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 20, 2025, 3:27 pm

**In Transit to Next Facility**

February 20, 2025, 2:51 pm

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 20, 2025, 2:30 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 20, 2025, 12:36 pm

**In Transit to Next Facility**

February 20, 2025, 9:24 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 20, 2025, 8:26 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 19, 2025, 11:45 pm

**In Transit to Next Facility**

February 19, 2025, 8:37 pm

**In Transit to Next Facility**

February 17, 2025, 5:38 pm

**In Transit to Next Facility**

February 16, 2025, 11:25 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 16, 2025, 5:09 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
February 15, 2025, 8:17 am

**USPS in possession of item**

SEATTLE, WA 98101
February 14, 2025, 5:07 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |

| | |
|---|---|
| **USPS Tracking Plus®** | ⌄ |

| | |
|---|---|
| **Product Information** | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Exhibit 5

# USPS Tracking®

**FAQs** ❯

**Remove** ✕

Tracking Number:

## 9589071052700412676456

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:53 am on February 24, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
February 24, 2025, 5:53 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
February 23, 2025, 9:54 am

● **Arrived at Hub**
WASHINGTON, DC 20018
February 23, 2025, 5:55 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 23, 2025, 2:40 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 7:20 pm

● **Arrived at USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 10:10 am

**In Transit to Next Facility**

February 22, 2025, 7:31 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 22, 2025, 5:53 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 21, 2025, 9:09 pm

**In Transit to Next Facility**

February 21, 2025

**In Transit to Next Facility**

February 21, 2025, 12:55 pm

**In Transit to Next Facility**

February 20, 2025, 1:53 pm

**In Transit to Next Facility**

February 19, 2025, 11:30 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 19, 2025, 5:47 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 19, 2025, 12:49 am

**Processing at USPS Facility**

EVERETT, WA 98201
February 17, 2025, 1:07 pm

**Arrived at USPS Facility**

EVERETT, WA 98201
February 17, 2025, 5:45 am

**In Transit to Next Facility**

February 17, 2025, 5:28 am

**Departed USPS Facility**

EVERETT, WA 98203
February 17, 2025, 5:14 am

**Arrived at USPS Facility**

EVERETT, WA 98203
February 15, 2025, 5:31 pm

**In Transit to Next Facility**

February 15, 2025, 4:49 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 15, 2025, 4:12 pm

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
February 15, 2025, 5:25 am

**USPS in possession of item**

SEATTLE, WA 98101
February 14, 2025, 4:59 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

---

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# Exhibit 6

# USPS Tracking®

**FAQs >**

**Remove ✕**

Tracking Number:

## 9589071052700412676388

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:04 pm on February 21, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
February 21, 2025, 12:04 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
February 21, 2025, 8:40 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 5:09 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 2:44 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 20, 2025, 3:27 pm

● **In Transit to Next Facility**

February 20, 2025, 2:51 pm

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 20, 2025, 2:30 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 20, 2025, 12:36 pm

**In Transit to Next Facility**

February 20, 2025, 9:24 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 20, 2025, 8:26 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 19, 2025, 11:45 pm

**In Transit to Next Facility**

February 19, 2025, 8:37 pm

**In Transit to Next Facility**

February 17, 2025, 5:38 pm

**In Transit to Next Facility**

February 16, 2025, 11:25 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 16, 2025, 5:09 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
February 15, 2025, 8:22 am

**USPS in possession of item**

SEATTLE, WA 98101
February 14, 2025, 5:07 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Exhibit 7

ALERT: SEVERE WEATHER FROM THE CENTRAL SOUTHERN U. S. THROUGH THE UPPER MID...

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

## 958907105270041 2676395

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:58 am on February 24, 2025 in WASHINGTON, DC 20201.

___

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
February 24, 2025, 7:58 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20201
February 23, 2025, 10:22 am

● **Arrived at Hub**
WASHINGTON, DC 20018
February 23, 2025, 9:39 am

● **In Transit to Next Facility**
February 22, 2025

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 10:53 pm

Feedback

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 10:35 am

**In Transit to Next Facility**

February 21, 2025, 8:29 am

**In Transit to Next Facility**

February 21, 2025, 7:08 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 21, 2025, 5:46 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
February 20, 2025, 3:19 pm

**In Transit to Next Facility**

February 19, 2025, 6:15 pm

**In Transit to Next Facility**

February 18, 2025, 11:38 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 18, 2025, 5:45 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
February 15, 2025, 5:20 am

**USPS in possession of item**

SEATTLE, WA 98101
February 14, 2025, 4:59 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates



**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dorothy Fink
Acting Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201

9590 9402 9111 4225 7448 68

2. Article Number *(Transfer from service label)*

9589 0710 5270 0412 6763 95

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

