## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Nickoline (Nickie) Drury  Judicial Officer: Jamal N. Whitehead

Case No. 2:25-cv-00255-JNW  Case Name: Pacito et al v. Trump et al

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 5/01/2025 | Motion hearing | |
| | | |
| | | |
| | | |

For Appeal? [✓] No  [ ] Yes    Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | 05/07/2025 |
| [ ] Ordinary Transcript (30 day) | $4.40 | $1.10 | $ .75 | |
| [ ] 14-Day Transcript (14 day) | $5.10 | $1.10 | $ .75 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored <u>when possible.</u>** |
| [ ] Expedited Transcript (7 day) | $5.85 | $1.10 | $ .75 | |
| [ ] 3-Day Transcript (3 day) | $6.55 | $1.30 | $ .90 | |
| [ ] Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| [✓] Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| [ ] Realtime Transcript | $3.70 | ------- | ------- | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript: david.kim4@usdoj.gov

Additional Comments:

| Contact Information | |
|---|---|
| Name: | David Kim |
| Phone: | (202) 598-0114  Email: david.kim4@usdoj.gov |
| Firm: | US Department of Justice/Office of Immigration Litigation |
| Street Address: | 450 5th Street, N.W. |
| City/State/Zip: | Washington, D.C. 20001 |
| Billing Reference # (if applicable): | |

/s/ David Kim    05/07/2025
**Signature**    **Date**

[PRINT]    [SAVE AS]    [RESET]