District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255-JNW<br><br>NOTICE OF 9TH CIRCUIT ORDER GRANTING DEFENDANTS' MOTION TO AMEND OR CLARIFY THE CIRCUIT COURT ORDER GRANTING A PARTIAL STAY |

| | |
|---|---|
| NOTICE OF COURT ORDER<br><br>No. 2:25-cv-00255-JNW | U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-5677 |

## NOTICE OF COURT ORDER

Defendants, through counsel, hereby give notice to this Court that, on May 9, 2025, the U.S. Court of Appeals for the Ninth Circuit granted, in part, Defendants' motion to amend or further clarify the Ninth Circuit's March 25, 2025 Stay Order, staying, in part, this Court's First Preliminary Injunction, Dkt. No. 45. Importantly, the Ninth Circuit clarified that the limited carveout from the stay "should be interpreted narrowly, on a case-by-case basis, so to apply to individuals with a strong reliance interest arising prior to January 20, 2025, comparable to Plaintiff Pacito." *Pacito v. Trump*, No. 25-1313, Dkt. Entry 64.1 (9th Cir. 2025).

DATED this 9th day of May, 2025.

                Respectfully submitted,

                YAAKOV M. ROTH
                Acting Assistant Attorney General
                Civil Division

                DREW ENSIGN
                Deputy Assistant Attorney General

                DAVID KIM
                Senior Litigation Counsel

                */s/ Alexandra L. Yeatts*
                ALEXANDRA L. YEATTS
                (CA Bar No. 358762)
                Trial Attorney

                JOSEPH MCCARTER
                JASON ZUBATA
                LINDSAY ZIMLIKI
                Trial Attorneys
                U.S. Department of Justice
                Civil Division, Office of Immigration Litigation
                Washington, DC 20005

NOTICE OF COURT ORDER

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5677

2

Phone: 202-353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*

| | |
|---|---|
| NOTICE OF COURT ORDER | U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station |
| No. 2:25-cv-00255-JNW | Washington, DC 20044<br>(202) 353-5677 |

3