AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| Pacito, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00255 |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants.

Date: 05/12/2025

/s/ Jason K. Zubata
*Attorney's signature*

Jason K. Zubata (MD Bar No. 2211290295)
*Printed name and bar number*

US DOJ (OIL)
PO BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044
*Address*

jason.k.zubata@usdoj.gov
*E-mail address*

(202) 532-4143
*Telephone number*

(202) 305-7000
*FAX number*