# Exhibit A

## Plaintiffs' Proposed Survey for Assessing Reliance Interests
## in Review-Eligible Refugee Cases

*Travel plans & travel documents*
- Did you go somewhere in preparation for travel? (For example, a transit center, a city different from where you live, etc.)
- Did you give your documents to an agency, organization or embassy, such as your refugee document(s) or passport?
    - If you had one, did your refugee ID expire?
    - Did you get your documents back?
- Has the government in the country where you are now taken any action against you because your travel has been cancelled or delayed? Do you think the government will take any action against you based on ongoing delays in your travel?
- Did you or others on your behalf approach local government authorities (in the country of first asylum) to facilitate your exit in preparation for travel? Did anything happen to you as a result?


*Housing & Belongings*
- Did you change your living arrangement?
- Did you give up your housing?
- Did you sell or give away some of your belongings?
    - Did you pack your belongings for travel?
    - Did you ship any belongings that you now need for daily life?

*Financial*
- Did you buy or collect things in preparation for travel?
- Did you take a loan or a gift to prepare for travel?
- Did you spend other money in preparation for travel?
- Did you exchange currency in preparation for travel?

*Humanitarian assistance & public benefits*
- Were you removed from any forms of humanitarian assistance in anticipation of your travel? (E.g. psychosocial support programs, WFP or PCAP assistance, etc.)
- Did you opt out of or decline to enroll in any forms of humanitarian assistance in anticipation of your travel?
- Did you have a work permit or public benefit in the country where you are residing?
    - Did you lose this work permit or benefit because of your scheduled travel?

- Did you opt out of or decline to apply for a work permit or public benefit in anticipation of your travel?

*Employment*
- Did you stop working?
- Did you tell your employer you would have a last day of work?
- Did you have to sell or close a self-owned business?

*Education*
- Did you leave an educational or professional training program?
- Did you take your children out of school?
- Did you decline to re-enroll your children in school?

*Medical*
- Did you make any medical decisions informed by your expected travel?
  - For example, did you forego any treatment because you thought you would be leaving soon?
  - Did you have to cancel any upcoming medical appointments or surgeries?

*Miscellaneous*
- Did you take any other steps preparing for travel?
- Did you remain in an unstable or dangerous location to complete refugee processing and be able to travel?