THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>*Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br>*Defendants*. | Case No. 2:25-cv-255-JNW <br><br>**DECLARATION OF NICHOLAS J. SURPRISE IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY CONFERENCE TO ADDRESS DEFENDANTS' COMPLIANCE WITH PRELIMINARY INJUNCTION** |

I, Nicholas J. Surprise, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the law firm Perkins Coie LLP and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

DECL. OF NICHOLAS J. SURPRISE– 1
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' motion for an emergency conference:

**Exhibit 1** is a true and correct copy of an email timestamped 3:01 P.M. on May 21, 2025, and on which I was copied, that Megan Hauptman, an attorney with the International Refugee Assistance Project ("IRAP") and counsel for Plaintiffs in this matter, sent to Defendants' counsel.

**Exhibit 2** is a true and correct copy of an email timestamped 4:58 P.M. on May 28, 2025, and on which I was copied, that Alexandra Yeatts, an attorney with the U.S. Department of Justice and counsel for Defendants in this matter, sent to Plaintiffs' counsel.

**Exhibit 3** is a true and correct copy of an email timestamped 3:41 P.M. on May 29, 2025, and on which I was copied, that Melissa Keaney, an attorney with IRAP and counsel for Plaintiffs in this matter, sent to Defendants' counsel.

**Exhibit 4** is a true and correct copy of an email timestamped 2:02 P.M. on June 5, 2025, and on which I was copied, that Melissa Keaney sent to Defendants' counsel.

**Exhibit 5** is a true and correct copy of an email timestamped 10:57 A.M. on June 6, 2025, and on which I was copied, that Alexandra Yeatts sent to Plaintiffs' counsel.

**Exhibit 6** is a true and correct copy of an email timestamped 11:07 A.M. on June 13, 2025, and on which I was copied, that Melissa Keaney sent to Defendants' counsel.

**Exhibit 7** is a true and correct copy of an email timestamped 5:10 P.M. on June 16, 2025, and on which I was copied, that Alexandra Yeatts sent to Plaintiffs' counsel.

**Exhibit 8** is a true and correct copy of an email timestamped 9:25 A.M. on June 20, 2025, and on which I was copied, that Ghita Schwarz, an attorney with IRAP and counsel for Plaintiffs in this matter, sent to Defendants' counsel.

**Exhibit 9** is a true and correct copy of an email timestamped 5:46 P.M. on June 23, 2025, and on which I was copied, that Lindsay Zimliki, an attorney with the U.S. Department of Justice and counsel for Defendants in this matter, sent to Plaintiffs' counsel.

DECL. OF NICHOLAS J. SURPRISE– 2
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  **Exhibit 10** is a true and correct copy of the declaration of Katherine Rehberg, dated June 25, 2025.

\*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of June, 2025, at Madison, Wisconsin.

*s/ Nicholas J. Surprise*
Nicholas J. Surprise

DECL. OF NICHOLAS J. SURPRISE– 3
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000