# EXHIBIT 1

**Surprise, Nicholas (MSN)**

| | |
|---|---|
| **From:** | Megan Hauptman <mhauptman@refugeerights.org> |
| **Sent:** | Wednesday, May 21, 2025 3:01 PM |
| **To:** | Mevlüde Akay Alp |
| **Cc:** | Yeatts, Alexandra (CIV); Zimliki, Lindsay (CIV); Hawley, Jonathan (SEA); McCarter, Joseph A. (CIV); dalagesan@refugeerights.org; Aston, Esme (SEA); gschwarz@refugeerights.org; Schneider, Harry (SEA); Nomkin, Joel (PHX); Devaney, John (WDC); Laurie Ball Cooper; levarts@refugeerights.org; Surprise, Nicholas (MSN); Lankarani, Shireen (SEA); Melissa Keaney; Kim, David (CIV); Zubata, Jason K. (CIV) |
| **Subject:** | Re: [EXTERNAL] Re: Plaintiffs' position on forthcoming CA9 motion |

Hi Alex,

Writing to follow up with the two questions you asked that we send in writing. Please let us know if you need further clarification on either question.

1. Does the 12,000 person group identified by the government include people who had travel booked prior to January 20 but who had their travel cancelled (and not yet rebooked) before January 20 per the Ninth Circuit's instruction that the injunction should apply to those who had travel booked "on or before January 20"?

2. In a prior case challenging a refugee ban (*JFS v. Trump*), the government agreed to charge refugee admissions made pursuant to the preliminary injunction and settlement agreement in that case against the fiscal year cap of the year they would have been admitted if the refugee ban had not been in place. Would the government consider agreeing to do the same in this case (ie, charge admissions of injunction-protected refugees against the FY2025 cap, even after September 30, 2025)?

Thanks,
Megan



**Megan Hauptman** *she/her*
U.S. Litigation Fellow

International Refugee Assistance Project
650 Massachusetts Ave NW, Suite 600
Washington D.C. 20001
**T** 646.939.7329
**E** mhauptman@refugeerights.org
www.refugeerights.org

    

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from

printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.