# EXHIBIT 2

**Surprise, Nicholas (MSN)**

| | |
|---|---|
| **From:** | Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov> |
| **Sent:** | Wednesday, May 28, 2025 4:58 PM |
| **To:** | 'Melissa Keaney' |
| **Cc:** | 'Deepa Alagesan'; McCarter, Joseph A. (CIV); Zimliki, Lindsay (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); 'Ghita Schwarz'; 'Linda Evarts'; 'Mevlüde Akay Alp'; 'Megan Hauptman'; 'Laurie Ball Cooper' |
| **Subject:** | RE: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Good Afternoon, Counsel,

Two more answers for you:

1. Does the 12,300 include people who had travel booked prior to January 20 but who had their travel cancelled (and not yet rebooked) before January 20?

   No, PRM generally did not look at those who had their travel cancelled for reasons unrelated to the presidential transition and preparing for the EO suspending the USRAP. Someone whose travel was cancelled on Jan 1 and not rebooked would not be included in the 12K.

2. How many *cases* comprise the group of 12,300 *individuals*?

   12,418 individuals comprising 4,662 cases

Best,
Alex

1