# EXHIBIT 3

**Surprise, Nicholas (MSN)**

| | |
|---|---|
| **From:** | Melissa Keaney <mkeaney@refugeerights.org> |
| **Sent:** | Thursday, May 29, 2025 3:41 PM |
| **To:** | Yeatts, Alexandra (CIV) |
| **Cc:** | Deepa Alagesan; McCarter, Joseph A. (CIV); Zimliki, Lindsay (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); Ghita Schwarz; Linda Evarts; Mevlüde Akay Alp; Megan Hauptman; Laurie Ball Cooper |
| **Subject:** | Re: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Dear Counsel,

Thank you for the information regarding the number of cases comprising the group of +12,400 individuals.

We have a follow-up question regarding Defendants' response to our first question. When you say that PRM did not look at cases where travel was canceled for reasons unrelated to the presidential transition and the EO: how is PRM determining which cases are counted? In other words, how did PRM make the determination that a case was canceled *because of* the presidential transition and/or in preparation for or response to the EO?

Regards,



**Melissa (Mel) Keaney** *she/her/hers*
Senior Supervising Attorney, U.S. Litigation

International Refugee Assistance Project
P.O. Box 2291
Fair Oaks, CA 95628
T 916.546.6125
E mkeaney@refugeerights.org
www.refugeerights.org



This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.