# EXHIBIT 4

## Surprise, Nicholas (MSN)

| | |
|---|---|
| **From:** | Melissa Keaney <mkeaney@refugeerights.org> |
| **Sent:** | Thursday, June 5, 2025 2:02 PM |
| **To:** | Yeatts, Alexandra (CIV) |
| **Cc:** | Deepa Alagesan; McCarter, Joseph A. (CIV); Zimliki, Lindsay (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); Ghita Schwarz; Linda Evarts; Mevlüde Akay Alp; Megan Hauptman; Laurie Ball Cooper |
| **Subject:** | Re: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Dear counsel,

I am writing to follow-up on my below inquiry as well as to seek confirmation regarding a separate matter.

First, does the government plan to respond to our inquiry about how the group of individuals falling within the 9th Circuit's first clarification order (travel booked on or before Jan. 20) was calculated? Can you please provide us with an estimate on when you believe you will have a response?

Second, in light of the new proclamation barring entry for immigrant and nonimmigrant visa applicants from certain countries that was issued last night, we want to confirm our understanding that this proclamation does not impact the plaintiffs or putative class in this case given that the proclamation's restrictions do not apply to refugees. **If you have a different understanding, please let us know ASAP and no later than COB Monday, June 9**.

Regards,



**Melissa (Mel) Keaney** *she/her/hers*
Senior Supervising Attorney, U.S. Litigation

International Refugee Assistance Project
P.O. Box 2291
Fair Oaks, CA 95628
**T** 916.546.6125
**E** mkeaney@refugeerights.org
www.refugeerights.org

   

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.