# EXHIBIT 5

**Surprise, Nicholas (MSN)**

| | |
|---|---|
| **From:** | Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov> |
| **Sent:** | Friday, June 6, 2025 10:57 AM |
| **To:** | Melissa Keaney |
| **Cc:** | Deepa Alagesan; McCarter, Joseph A. (CIV); Zimliki, Lindsay (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); Ghita Schwarz; Linda Evarts; Mevlüde Akay Alp; Megan Hauptman; Laurie Ball Cooper |
| **Subject:** | RE: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Good Afternoon, Counsel,

In response to your first inquiry, we received the following details from PRM explaining the 4,662 cases / 12,418 individuals numbers: On January 18, PRM was instructed to cancel travel for certain cases in preparation for the EO. On January 21, following release of the EO, PRM was instructed to cancel additional cases. No action was taken to cancel travel in preparation for the EO prior to Saturday, January 18th, so anything cancelled before then was for unrelated reasons.
Some common examples of reasons of why travel might be cancelled independent of the EO going into effect include:

- Additional processing required for security or adjudicative reasons such that the case was no longer "ready for departure"
- Applicant-initiated delays – ie: applicant provided new U.S. tie; applicant objected to assigned destination; medical delay during pre-embarkation check
- Resettlement agency-initiated delay – ie. RA unable to receive the case at the time of the refugee applicant's arrival (generally if the resettlement agencies were overwhelmed—the arrivals for many of the weeks last fall/winter were at historic highs); affiliate no longer able to receive the case and new placement required (typically due to unexpected staff departures)
- Host countries delay – ie. host country unable to secure exit permit in time

In response to your second inquiry, we are in communication with the client agencies to determine what effect, if any, the June 4th Proclamation has on *Pacito*. As soon as we have clarity, we will follow up. We appreciate your patience.

Thanks,
Alex