# EXHIBIT 6

**Surprise, Nicholas (MSN)**

| | |
|---|---|
| **From:** | Melissa Keaney <mkeaney@refugeerights.org> |
| **Sent:** | Friday, June 13, 2025 11:07 AM |
| **To:** | Yeatts, Alexandra (CIV) |
| **Cc:** | Deepa Alagesan; McCarter, Joseph A. (CIV); Zimliki, Lindsay (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); Ghita Schwarz; Linda Evarts; Mevlüde Akay Alp; Megan Hauptman; Laurie Ball Cooper |
| **Subject:** | Re: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Dear counsel:

Thank you for this information about how the figure of 4,662 cases/12,418 individuals was calculated. Can the government please explain why they understand their obligations under the narrowed injunction, which applies to cases with travel booked on or before January 20th, to be limited to those cases where travel was canceled because of the Executive Order? The Ninth Circuit's three-part criteria speaks only in terms of cases that had arranged and confirmable travel "on or before January 20, 2025" but does not distinguish temporally or substantively in terms of when or why the travel was canceled.

Furthermore, Plaintiffs understand the universe of cases that we are talking about, which had travel booked on or before January 20 that was canceled due to reasons other than the Executive Order, to be relatively small. Given this, we hope that the government will agree that such cases should be included in the group of potentially injunction protected cases (after a determination of reliance interest) without the need to bring this issue before the Court. We would welcome the government's confirmation about the size of this group. **Please advise us of the government's position no later than COB Friday, June 20.**

We also want to request an update from the government about their progress in processing Plaintiff Pacito's case. Plaintiff Pacito received an email from RSC Africa on May 16 indicating that his case was resuming processing, however in the almost one month since, he has received no further communications or updates about his case. We do not view the slow pace of the government's resumption of processing for Pacito and his family as in keeping with the Court's direction that such cases be processed immediately, however, we hope to avoid having to bring this issue to the Court. **Please update us on the progress of completing processing of his case no later than COB June 18 and in particular provide information about: (1) what additional processing steps remain; and (2) the approximate timeframe for completion of such steps.**

Finally, we acknowledge receipt of your notification that one of the injunction protected cases currently at CAS has requested repatriation.

Regards,



**Melissa (Mel) Keaney** *she/her/hers*
Senior Supervising Attorney, U.S. Litigation

International Refugee Assistance Project
P.O. Box 2291
Fair Oaks, CA 95628
T 916.546.6125
E mkeaney@refugeerights.org
www.refugeerights.org

   

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.