# EXHIBIT 7

**Surprise, Nicholas (MSN)**

| | |
|---|---|
| **From:** | Yeatts, Alexandra (CIV) <Alexandra.Yeatts@usdoj.gov> |
| **Sent:** | Monday, June 16, 2025 5:10 PM |
| **To:** | Melissa Keaney |
| **Cc:** | Deepa Alagesan; McCarter, Joseph A. (CIV); Zimliki, Lindsay (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); Ghita Schwarz; Linda Evarts; Mevlüde Akay Alp; Megan Hauptman; Laurie Ball Cooper |
| **Subject:** | RE: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Dear Counsel,

The Government's calculation of the 4,662 cases/12,418 individuals numbers is based on a comprehensive reading of both Ninth Circuit Clarification orders, including Dkt. 64.1's direction that the limited stay applies to "individuals with a strong reliance interest arising prior to January 20, 2025, comparable to Plaintiff Pacito."

Plaintiff Pacito's case is presently undergoing security vetting, and is pending the receipt of an assurance of R&P from an active resettlement agency. Additionally, the validity of the family's medical exams was extended. Once security vetting is complete and an assurance is received (the RA has until this Friday to respond), the case will be travel ready. Exit permits in Kenya take an average of six weeks to obtain, and the State Department is initiating the exit permit process parallel to the earlier steps outlined here.

Best,
Alex