# EXHIBIT 8

## Surprise, Nicholas (MSN)

| | |
|---|---|
| **From:** | Ghita Schwarz <gschwarz@refugeerights.org> |
| **Sent:** | Friday, June 20, 2025 9:25 AM |
| **To:** | Yeatts, Alexandra (CIV) |
| **Cc:** | Melissa Keaney; Deepa Alagesan; McCarter, Joseph A. (CIV); Zimliki, Lindsay (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); Linda Evarts; Mevlüde Akay Alp; Megan Hauptman; Laurie Ball Cooper |
| **Subject:** | Re: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Counsel,
Thanks for this response.

We request additional clarification regarding the processing of the approximately 160 Injunction-Protected Refugees referenced in the Court's May 15 Order, ECF No. 126. The plain language of the presidential Proclamation of June 4, 2025 does not bar admission of refugees. Therefore, all of these Injunction-Protected Refugees, including those refugees who are nationals of countries subject to the Proclamation, are currently being processed for travel to the United States, receiving assurances, having travel scheduled, and traveling to the United States. **Please confirm that the government shares this understanding, or if it does not, please explain no later than the end of the day on 6/23.**

Best,
Ghita