# EXHIBIT 9

**Surprise, Nicholas (MSN)**

| | |
|---|---|
| **From:** | Zimliki, Lindsay (CIV) <Lindsay.Zimliki@usdoj.gov> |
| **Sent:** | Monday, June 23, 2025 5:46 PM |
| **To:** | Ghita Schwarz; Yeatts, Alexandra (CIV) |
| **Cc:** | Melissa Keaney; Deepa Alagesan; McCarter, Joseph A. (CIV); Zubata, Jason K. (CIV); Kim, David (CIV); Schneider, Harry (SEA); Devaney, John (WDC); Nomkin, Joel (PHX); Surprise, Nicholas (MSN); Aston, Esme (SEA); Lankarani, Shireen (SEA); Hawley, Jonathan (SEA); Linda Evarts; Mevlüde Akay Alp; Megan Hauptman; Laurie Ball Cooper |
| **Subject:** | RE: [EXTERNAL] Re: Pacito v. Trump: Pls' proposed special neutral candidates and review procedures |

Ghita,

In response to your June 20th email, we are able to provide the following clarification. The agencies have confirmed that Presidential Proclamation 10949 covers refugees who are nationals of a designated country. So although the Proclamation does not limit the ability of such nationals to seek refugee status overseas, their entry as refugees is suspended under the President's exercise of his 1182(f) authority while the Proclamation remains in effect. As with Executive Order 14163, exceptions to the suspension on entry "may be made case-by-case for individuals" whose travel would serve a national interest.


Lindsay W. Zimliki
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
T: (202) 353-5950
F: (202) 305-7000
E: Lindsay.Zimliki@usdoj.gov

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.