# EXHIBIT 10

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255-JNW <br><br> **DECLARATION OF KATHERINE REHBERG** |

I, Katherine Rehberg, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am Chief Operating Officer at Church World Service (CWS), one of national resettlement agencies. The facts set forth in this declaration are based on my personal knowledge, on my conversations with CWS staff, and on the information kept in the ordinary course of business at CWS.

DECL. OF KATHERINE REHBERG
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.  In addition to serving as one of the national resettlement agencies, CWS holds a Cooperative Agreement with the US Government to operate the Resettlement Support Center in Africa. In this role, at PRM's direction, CWS has resumed overseas case processing for some refugee cases. In this context, PRM has informed CWS that the government has extended the validity period of medical exams for some refugee cases where the medical exam had expired.

3.  The extended medical clearances are valid only until August 1, after which point CWS understands that applicants will be required to re-do medical exams. It is our understanding that no further extensions are being considered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2025

*Katherine Rehberg*
DocuSigned by: EBCA41FE99974EF...
Katherine Rehberg

DECL. OF KATHERINE REHBERG
(No. 2:25-cv-255-JNW) –2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000