UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC., and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his offiical capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>Defendants. | CASE NO. 2:25-cv-255-JNW<br><br>ORDER |

The Court has closely reviewed the briefing on Plaintiffs' motion for class certification, Dkt. Nos. 71, 93, 109; the briefing on Defendants' motion to dismiss,

ORDER - 1

Dkt. Nos. 115, 130, 132; the briefing on the Court's proposed framework to enforce its preliminary injunctions, Dkt. Nos. 126, 128, 130; and Plaintiffs' motion for an emergency conference to address compliance issues, Dkt. No. 135. The Court, being fully informed, GRANTS the emergency motion at Dkt. No. 135 and ORDERS the parties to appear for a status conference. The Courtroom Deputy will be in touch with the parties to make arrangements.

The Court also ORDERS the parties to submit supplemental briefing, not to exceed SEVEN (7) pages, addressing the effects, if any, of the U.S. Supreme Court's ruling in *Trump et al. v. Casa, Inc. et al.*, 606 U. S. ____ (2025) on the permissibility of the relief requested, and the relief already granted, in this lawsuit. This briefing should be filed by Wednesday, July 2nd, 2025.

Dated this 27th day of June, 2025.

Jamal N. Whitehead
United States District Judge