UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

PACITO, *et al.*,

          *Plaintiffs*,

- against –

DONALD J. TRUMP, *et al.*,

          *Defendants*.

No. 2:25-cv-00255-JNW

Hon. Jamal N. Whitehead

**DECLARATION OF SPENCER CHRETIEN
SENIOR BUREAU OFFICIAL
BUREAU OF POPULATION, REFUGEES, AND MIGRATION
UNITED STATES DEPARTMENT OF STATE**

I, Spencer Chretien, for my declaration, hereby state as follows:

1. I am the Senior Bureau Official of the Bureau of Population, Refugees, and Migration (PRM) within the United States Department of State (Department of State or State Department).[1] I have held this position since April 27, 2025. Prior to becoming the PRM Senior Bureau Official, from February 10, 2025, I was a PRM Senior Advisor. In the first Trump administration, I served as Special Assistant to the President and Associate Director of Presidential Personnel from 2020 to 2021 and as Deputy White House Liaison and Policy Advisor at the Department of Housing and Urban Development from 2019 to 2020.

2. I submit this declaration in support of the U.S. Government's Opposition to Plaintiffs' Motion for an Emergency Conference. I address herein (i) the operational status of Resettlement Support Centers (RSCs) and Resettlement Agencies (RAs), (ii) the State Department's progress towards refugee applicants' travel readiness and admission, and (iii) the status of processing for the named Plaintiffs.

3. The statements made herein are based on my personal knowledge and information made available to me in the course of my duties and responsibilities as the PRM Senior Bureau Official.

**Operational Status of Resettlement Support Centers and Resettlement Agencies**

---

[1] The title "Senior Bureau Official" is used to refer to the senior-level official who oversees a bureau but does not necessarily hold the title of Assistant Secretary of State.

4. PRM unsuspended the awards of five overseas RSCs. Those RSCs are RSC Africa, operated by Church World Service; RSC Asia, operated by the International Rescue Committee; RSC Latin America, operated by the International Organization for Migration (IOM); RSC Eurasia, operated by IOM; and RSC Middle East and North Africa (MENA), operated by IOM. The awards for the RSCs were unsuspended as described in the following chart:

| Resettlement Support Center | Date Suspension Lifted |
|---|---|
| RSC Africa (Church World Service) | March 7, 2025 |
| RSC MENA (IOM) | March 7, 2025 |
| RSC Latin America (IOM) | March 7, 2025 |
| RSC Eurasia (IOM) | March 7, 2025 |
| RSC Asia (International Rescue Committee) | May 12, 2025 |

5. On May 20, 2025, PRM provided guidance to these RSCs on the activities that could take place under their unsuspended awards, including processing as required by this Court's preliminary injunction, as modified by the Ninth Circuit.

6. On May 21, 2025, PRM notified domestic Resettlement Agencies of the intent to lift the suspension of their respective award(s). The awards for the following RAs were reinstated as of the date each RA confirmed acceptance of the terms of unsuspension, as noted in the following chart:

| Resettlement Agency | Date of Reinstatement |
|---|---|
| Bethany Christian Services | May 29, 2025 |
| Church World Service | May 23, 2025 |
| Ethiopian Community Development Council | May 21, 2025 |
| Global Refuge | May 27, 2025 |
| HIAS | May 23, 2025 |
| International Rescue Committee | June 4, 2025 |
| U.S. Committee for Refugees and Immigrants | May 21, 2025 |
| World Relief | May 22, 2025 |

7. The eight resettlement agencies above are currently operational and ready to receive cases assured to them.

### Progress Towards Travel Readiness and Admissions

8. By May 9, 2025, PRM had made all requests with the U.S. Centers for Disease Control and Prevention (CDC) to extend the validity of medical checks for the 160 individuals who had travel booked for the weeks of January 20 and January 27, 2025.

9. By May 29, 2025, the RSCs had made all new requests for medical checks for those individuals for whom CDC determined the validity of their medical checks could not be extended (30 individuals).

10. By May 12, 2025, PRM had requested new security checks for the 160 individuals who had travel booked for the weeks of January 20 and January 27, 2025, and remained in processing overseas.

11. Of the 160 individuals who had travel booked for the weeks of January 20 and January 27, 2025, 37 individuals have been admitted to the United States, leaving 124 individuals (53 cases) in overseas processing as of June 9. On June 12, three individuals (1 case) elected to voluntarily repatriate to Afghanistan, and, on June 17, USCIS confirmed that one FTJ-R from the cohort self-traveled to the U.S. in March. Currently, 120 individuals (51 cases) remain in overseas processing.

12. Of the 120 individuals who remain in processing as of June 30, 80 individuals are nationals of countries designated in the Presidential Proclamation 10949, dated June 4, 2025, "Restricting the Entry of Foreign Nationals to Protect the United States from Foreign Terrorists and Other National Security and Public Safety Threats" ("June 4 Proclamation"), and 40 individuals are not nationals of countries designated in the June 4 Proclamation.

13. Thirty-three individuals (14 cases) comprised entirely of individuals who are not from countries designated in the June 4 Proclamation are ready for departure and are awaiting exit permits and/or flight booking. Of these 33 individuals, seven individuals (two cases) are booked to arrive the week of June 30. An additional 10 individuals (six cases) are booked to arrive the week of July 7.

### Status of Processing for Named Plaintiffs

14. Plaintiff Pacito and others included in his case are booked to arrive in the United States on July 10, 2025.

15. As of January 20, 2025, Plaintiff Alyas and others included in his case were booked to travel on February 3, 2025. In accordance with the Government's proposed structured plan for complying with the district court's injunction as modified by the Ninth Circuit, the U.S. Government will need to assess whether Plaintiff Alyas has reliance interests similar to Plaintiff Pacito.

16. As of January 20, 2025, Plaintiff Marcos's stepdaughter was booked to travel on February 13. In accordance with the Government's proposed structured plan for complying with this Court's injunction as modified by the Ninth Circuit, the U.S. Government will need to assess whether she has reliance interests similar to Plaintiff Pacito.

17. As of January 20, 2025, Plaintiff Ahmed, Plaintiff Sara, and the refugee family to be sponsored by Plaintiff Rachel did not have travel booked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of June 2025, Washington, D.C.

_____
Spencer Chretien