District Judge Jamal N. Whitehead

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

        *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,

        *Defendants*.

CASE NO. 2:25-cv-00255-JNW

NOTICE OF DEFENDANTS' 9TH CIRCUIT EMERGENCY MOTION TO ENFORCE, CLARIFY, OR AMEND STAY ORDER PURSUANT TO CIRCUIT RULE 27-3

NOTICE OF FILING

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5677

## NOTICE OF FILING

Defendants, through counsel, hereby give notice to the Court of their July 17, 2025 filing with the Ninth Circuit Court of Appeals of an Emergency Motion to Enforce, Clarify, or Amend Stay Order Pursuant to Circuit Rule 27-3, *Pacito, et al., v. Trump, et al.*, No. 25-1313, Dkt. No. 107.1 (9th Cir. July 17, 2025). Defendants filed this motion asking the Ninth Circuit to enforce or clarify its March 25, 2025 Stay Order, or amend it to fully stay this Court's First Preliminary Injunction, Dkt. No. 45. Defendants requested relief by Monday, July 21, 2025. In response to Defendants' inquiry on July 16, 2025, Plaintiffs communicated that they oppose the emergency motion.

DATED this 18th day of July, 2025.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

DREW ENSIGN
*Deputy Assistant Attorney General*

DAVID KIM
*Senior Litigation Counsel*

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS
(CA Bar No. 358762)
*Trial Attorney*

JOSEPH MCCARTER
JASON ZUBATA
LINDSAY ZIMLIKI
*Trial Attorneys*
U.S. Department of Justice

NOTICE OF FILING

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5677

Civil Division, Office of Immigration Litigation
Washington, DC 20005
Phone: 202-353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*

NOTICE OF FILING

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5677