District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>                *Plaintiffs*,<br><br>         v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services.<br><br>                *Defendants*. | CASE NO. 2:25-cv-00255-JNW<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Notice of Withdrawal of Counsel

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5677

1

Pursuant to Local Rules W.D. Wash. LCR 83.2(b)(3), Department of Justice attorney Alexandra L. Yeatts notifies the Court of her withdrawal as counsel for Defendants in this matter. Defendants remain represented by Department of Justice attorneys David Kim, Joseph McCarter, Lindsay Zimliki, and Jason Zubata.

DATED this 31st day of July, 2025.

            Respectfully submitted,

            BRETT A. SHUMATE
            Assistant Attorney General

            YAAKOV M. ROTH
            Principal Deputy Assistant Attorney General
            Civil Division

            DREW C. ENSIGN
            Deputy Assistant Attorney General

            DAVID KIM
            Senior Litigation Counsel

            */s/ Alexandra L. Yeatts*
            ALEXANDRA L. YEATTS
            (CA Bar No. 358762)
            Trial Attorney

            JOSEPH MCCARTER
            LINDSAY ZIMLIKI
            JASON ZUBATA
            Trial Attorneys
            U.S. Department of Justice
            Civil Division, Office of Immigration Litigation
            Washington, DC 20005
            Phone: 202-353-5677
            Email: Alexandra.Yeatts@usdoj.gov

            *Attorneys for Defendants*

Notice of Withdrawal of Counsel

No. 2:25-cv-00255-JNW

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5677

2