District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of Homeland Security; ROBERT J. KENNEDY JR, in hIS official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | CASE NO. 2:25-cv-00255-JNW <br><br> **CERTIFIED ADMINISTRATIVE RECORD** |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |  |
|---|---|---|
| **PACITO**, et al., | ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) | CASE NO. 2:25-cv-00255 |
| **DONALD J. TRUMP**, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

Graham S. Dudley, pursuant to 5 U.S.C. § 706, deposes and says as follows:

1. I am the Director, Enforcement Programs Division (EPD), Admissibility and Passenger Programs (APP), Office of Field Operation (OFO), U.S. Customs and Border Protection (CBP), Department of Homeland Security, in Washington, D.C. APP was principally responsible for issuing guidance to OFO personnel at U.S. ports of entry implementing Executive Order 14163, *Realigning the United States Refugee Admissions Program*, 90 Fed. Reg. 8459 (Jan. 20, 2025), which is the subject of the above-captioned case. As Director, EPD, I manage a senior law enforcement team at CBP Headquarters which oversees admissibility policy development in conjunction with oversight for the processing of travelers seeking entry to the United States at ports of entry. I have served in this role since January 2023.

2. To the best of my knowledge, information, and belief, the attached documents, also designated in the accompanying Index of Certified Administrative Record, constitute a true and complete copy of all non-privileged documents and materials considered by the agency in issuing

2

initial guidance to OFO personnel regarding the implementation of Executive Order 14163.

3.   I certify under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August, in Washington, DC.

_____
Graham S. Dudley
Director, Enforcement Programs Division
Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>CERTIFICATION OF THE ADMINISTRATIVE RECORD: Ashley B. Caudill-Mirillo |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

Ashley B. Caudill-Mirillo pursuant to 5 U.S.C. § 706, deposes and says as follows:

1. I am the Acting Chief of the International and Refugee Affairs Division ("IRAD") within the Refugee, Asylum, and International Operations ("RAIO") Directorate

0

within U.S. Citizenship and Immigration Services ("USCIS"), a component agency within the Department of Homeland Security ("DHS").

2.  In my current position as Acting Chief of IRAD, I oversee IRAD operations, including refugee processing, international adjudications, and certain types of parole adjudications.

3.  To the best of my knowledge, information, and belief, the attached document, also designated in the accompanying Index of Certified Administrative Record, constitutes a true and complete copy of all non-privileged documents and materials considered by the agency in implementing Executive Order 14163, *Realigning the United States Refugee Admissions Program*, 90 FR 8459 (Jan. 20, 2025).

I certify under penalty of perjury that the foregoing is true and correct. Executed this 13th day of August 2025, in Washington, D.C.

ASHLEY B CAUDILL MIRILLO
Digitally signed by ASHLEY B CAUDILL MIRILLO
Date: 2025.08.13 15:57:15 -04'00'

Ashley B. Caudill-Mirillo
Acting Chief, International and Refugee Affairs Division
U.S. Citizenship and Immigration Services
Department of Homeland Security

**Administrative Record Index**
**E.O. 14163,** *Realigning the United States Refugee Admissions Program***, 90 FR 8459 (Jan. 20, 2025).**
***Pacito, et al. v. Trump, et al.,* 25-cv-00255 (W.D. Wash.).**

|   | **Guidance** | **Starting Bates Number** |
|---|---|---|
| 1 | January 27, 2025, CBP Memorandum regarding Implementation of Active Executive Orders | 001 |
| 2 | January 27, 2025, CBP Muster regarding Implementation of Active Executive Orders issued January 21, 2025 | 003 |
| 3 | Email from USCIS regarding final decisions on applications awaiting Guidance on Jan 20, 2025 Executive Orders | 010 |