District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, | CASE NO.  2:25-cv-00255-JNW |
| *Plaintiffs*, | **CERTIFIED ADMINISTRATIVE RECORD** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of Homeland Security; ROBERT J. KENNEDY JR, in hIS official capacity as Secretary of Health and Human Services, | |
| *Defendants*. | |

District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, | CASE NO.  2:25-cv-00255-JNW<br><br>DEFENDANTS' ANSWER TO SUPPLEMENTAL COMPLAINT |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of Homeland Security; ROBERT J. KENNEDY JR, in hIS official capacity as Secretary of Health and Human Services, | |
| *Defendants*. | |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Andrew Gradison, Acting Assistant Secretary, Administration for Children and Families (ACF), United States Department of Health and Human Services, certify that, to the best of my knowledge, based on the information presented to me, the attached administrative record is a true, correct, and complete copy of the non-privileged documents that were considered in pausing and lifting the pause on ORR refugee resettlement funding.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August 2025 in Washington, D.C.

Andrew K. Gradison

Andrew Gradison
Assistant Secretary for Children and Families (A)
Administration for Children and Families
U.S. Department of Health and Human Services

**Administrative Record Index**
**E.O. 14163,** *Realigning the United States Refugee Admissions Program*, **90 FR 8459 (Jan. 20, 2025).**
*Pacito, et al. v. Trump, et al.,* **25-cv-00255 (W.D. Wash.).**

|  | Guidance | Starting Bates Number |
|---|---|---|
| 1 | January 27, 2025, Memorandum regarding Temporary Pause of Agency, Grant, Loan, and Other Financial Assistance Programs | 001 |
| 2 | February 3, 2025 Secretarial Directive on Program and Payment Integrity | 003 |
| 3 | March 17, 2025 Joint Status Report Catholic Charities v. DHHS, No. 1:25-cv-00605, (D.D.C. filed Mar. 3, 2025) | 004 |
| 4 | April 14, 2025 Joint Status Report Harris County, TX v. DHHS, No. 1:25-cv-01058, (D.D.C. filed April 8, 2025) | 006 |