

**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

THE DIRECTOR

January 27, 2025

M-25-13

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:        Matthew J. Vaeth, Acting Director, Office of Management and Budget

SUBJECT:     Temporary Pause of Agency Grant, Loan, and Other Financial Assistance
             Programs

        The American people elected Donald J. Trump to be President of the United States and
gave him a mandate to increase the impact of every federal taxpayer dollar. In Fiscal Year 2024,
of the nearly $10 trillion that the Federal Government spent, more than $3 trillion was Federal
financial assistance, such as grants and loans. Career and political appointees in the Executive
Branch have a duty to align Federal spending and action with the will of the American people as
expressed through Presidential priorities. Financial assistance should be dedicated to advancing
Administration priorities, focusing taxpayer dollars to advance a stronger and safer America,
eliminating the financial burden of inflation for citizens, unleashing American energy and
manufacturing, ending "wokeness" and the weaponization of government, promoting efficiency
in government, and Making America Healthy Again. The use of Federal resources to advance
Marxist equity, transgenderism, and green new deal social engineering policies is a waste of
taxpayer dollars that does not improve the day-to-day lives of those we serve.

        This memorandum requires Federal agencies to identify and review all Federal financial
assistance[1] programs and supporting activities consistent with the President's policies and
requirements.[2]  For example, during the initial days of his Administration, President Donald J.
Trump issued a series of executive orders to protect the American people and safeguard valuable
taxpayer resources, including *Protecting the American People Against Invasion* (Jan. 20, 2025),
*Reevaluating and Realigning United States Foreign Aid* (Jan. 20, 2025), *Putting America First in
International Environmental Agreements* (Jan. 20, 2025), *Unleashing American Energy* (Jan. 20,
2025), *Ending Radical and Wasteful Government DEI Programs and Preferencing* (Jan. 20,

---

[1] 2 CFR 200.1 defines Federal financial assistance to mean "[a]ssistance that recipients or subrecipients receive or
administer" in various forms, but this term does not include assistance provided directly to individuals. For the
purposes of this memo, Federal financial assistance includes: (i) all forms of assistance listed in paragraphs
(1) and (2) of the definition of this term at 2 CFR 200.1; and (ii) assistance received or administered by recipients or
subrecipients of any type except for assistance received directly by individuals.
[2] Nothing in this memo should be construed to impact Medicare or Social Security benefits.

2025), *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (Jan. 20, 2025), and *Enforcing the Hyde Amendment* (Jan. 24, 2025). These executive orders ensure that Federal funds are used to support hardworking American families.

To implement these orders, each agency must complete a comprehensive analysis of all of their Federal financial assistance programs to identify programs, projects, and activities that may be implicated by any of the President's executive orders.  In the interim, to the extent permissible under applicable law, Federal agencies **must temporarily pause** all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders, including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal.

This temporary pause will provide the Administration time to review agency programs and determine the best uses of the funding for those programs consistent with the law and the President's priorities.  The temporary pause will become effective on January 28, 2025, at 5:00 PM. Even before completing their comprehensive analysis, Federal agencies must immediately identify any legally mandated actions or deadlines for assistance programs arising while the pause remains in effect. Federal agencies must report this information to OMB along with an analysis of the requirement. OMB also directs Federal agencies to pause all activities associated with open NOFOs, such as conducting merit review panels.

No later than February 10, 2025, agencies shall submit to OMB detailed information on any programs, projects or activities subject to this pause. Each agency must pause: (i) issuance of new awards; (ii) disbursement of Federal funds under all open awards; and (iii) other relevant agency actions that may be implicated by the executive orders, to the extent permissible by law, until OMB has reviewed and provided guidance to your agency with respect to the information submitted.

OMB may grant exceptions allowing Federal agencies to issue new awards or take other actions on a case-by-case basis.  To the extent required by law, Federal agencies may continue taking certain administrative actions, such as closeout of Federal awards (2 CFR 200.344), or recording obligations expressly required by law.

Additionally, agencies must, for each Federal financial assistance program: (i) assign responsibility and oversight to a senior political appointee to ensure Federal financial assistance conforms to Administration priorities; (ii) review currently pending Federal financial assistance announcements to ensure Administration priorities are addressed, and, subject to program statutory authority, modify unpublished Federal financial assistance announcements, withdraw any announcements already published, and, to the extent permissible by law, cancel awards already awarded that are in conflict with Administration priorities, and; (iii) ensure adequate oversight of Federal financial assistance programs and initiate investigations when warranted to identify underperforming recipients, and address identified issues up to and including cancellation of awards.

2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**    Office of the Secretary

Washington, D.C. 20201

## SECRETARIAL DIRECTIVE ON PROGRAM AND PAYMENT INTEGRITY

February 3, 2025

In June 2022, at the request of Florida Governor Ron DeSantis, the Supreme Court of Florida impaneled a statewide grand jury to investigate the impact of illegal immigration on Florida. One of that grand jury's reports, published in March 2023, outlined over 100 allegations concerning deficiencies in the Office of Refugee Resettlement's (ORR) administration of the Unaccompanied Alien Children (UAC) Program. Allegations included sponsor vetting failures, identity verification lapses, instances of child trafficking, and fraud in the sponsorship process.

These are serious programmatic failures and yet it is currently impossible to access sufficient information from a centralized source within the Department of Health and Human Services to assess them. Specifically, there is no one method to determine whether payments the agency is making to contractors, vendors, and grantees for functions related to immigration and refugee settlement are contributing to the serious problems and acute harms the State of Florida identified in its investigation. It is also currently impossible to assess whether payments the Department is making are free from fraud, abuse, and duplication, as well as to assess whether current contractual arrangements, vendor agreements, and grant awards related to these functions are in the best interests of the United States. *See* FAR 12.403(b), 49.101; 45 C.F.R. § 75.371–372. Finally, it is also impossible to determine with current systems whether current contracts and grant awards are tailored to ameliorate these specific problems and the broader problem of illegal immigration—rather than exacerbate them. The Department has an obligation to ensure that no taxpayer dollars are lost to abuse or expended on anything other than advancing the best interests of the nation.

For these reasons, pursuant to, among other authorities, FAR 12.403(b) and 49.101 and 45 C.F.R. § 75.371–372, the Secretary of Health and Human Services hereby DIRECTS as follows:

> **Agency personnel shall briefly pause all payments made by the Administration for Children and Families to contractors, vendors, and grantees related to immigration and refugee settlement for internal review for payment integrity. Such review shall include but not be limited to a review for fraud, waste, abuse, and a review of the overall contracts and grants to determine whether those contracts or grants are in the best interest of the government and consistent with current policy priorities.**

This Directive shall be implemented through the Department's payment management system by personnel with responsibility for that system who shall, in doing so, comply with all notice and procedural requirements in each affected award, agreement, or other instrument. Whenever a payment is paused for review, Department personnel shall immediately send such payment to Principal Deputy Assistant Secretary Andrew Gradison at the Administration for Children and Families for prompt review to determine whether or not the payment is appropriate and should be made. Paused payments shall remain paused pending completion of that review to the maximum extent permitted by law and all applicable notice and procedural requirements in the affected award, agreement, or other instrument.

I thank you for your attention to this matter, as well as your efforts to ensure that no taxpayer dollars are misspent.

*Dorothy A. Fink*

Dorothy A. Fink, M.D., Acting Secretary

CAR003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC CHARITIES, DIOCESE OF
FORT WORTH, INC.,

Plaintiff,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

Defendants.

Civil Action No. 25-0605 (LLA)

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's March 14, 2025 order.

As of March 14, 2025, Plaintiff had $47,426,180.17 in advance payment requests in the Department of Health and Human Services ("Department") Payment Management Services. On March 14, 2025, the Assistant Secretary, Administration of Children and Families directed the payment of all of the advance payment requests. On March 17, 2025, Department personnel authorized all of the advance payment requests in the Department's Payment Management Services.

Plaintiff reports that a deposit of $47,426,180.17 posted on March 17, 2025 in Plaintiff's bank account. This amount paid represents the combined total of Plaintiff's 23 pending drawdown requests as of March 14, 2025.

Plaintiff is submitting additional draw down requests in the normal course. At 11:57 a.m. ET on March 17, 2025, Plaintiff submitted a request for $250,574.48. Moreover, at 1:58 p.m. ET on March 17, 2025, Plaintiff submitted a second draw down request for $17,483.99. Plaintiff will

1

report to the Court regarding the status of payment of its additional draw down requests as part of

the Joint Status Report due on March 19, 2025.

Dated:   March 17, 2025

Respectfully submitted,

*/s/ Edward T. Waters*
Feldesman Leifer LLP
Edward T. Waters (D.C. Bar No. 422461)
ewaters@feldesman.com
Mindy B. Pava (D.C. Bar No. 995328)
mpava@feldesman.com
Stephen Kuperberg (D.C. Bar No. 462992)
skuperberg@feldesman.com
1129 20th Street NW, 4th Floor
Washington, DC 20036
(*t*) (202) 466-8960

*Attorneys for Plaintiff Catholic Charities, Diocese
of Fort Worth, Inc.*

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Civil Chief

/s/ *Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for the United States of America*

CAR005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRIS COUNTY, TEXAS,

      Plaintiff,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

      Defendants.

Civil Action No. 25-1058 (LLA)

## STATUS REPORT

Defendants, by and through the undersigned counsel, respectfully file this supplemental status report pursuant to the Court's April 11, 2025 order.

On April 14, 2025, the Office of the Secretary completed its review. As a result, the Department has completed the payment integrity review for all remaining grantees: U.S. Committee for Refugees and Immigrants; Ethiopian Community; Development Council, Global Refuge; and U.S. Conference of Catholic Bishops.

Prior to the resumption of payments, the Administration for Children and Families ("ACF") needs to review all payments made to date with the Department's Program Service Center to ensure there are no double payments. ACF anticipates that is will complete the review with PSC by Tuesday, April 15, 2025, and, thus, anticipates that by April 16, 2025, the Department will resume processing draw down requests for the grantees.

1

CAR006

Dated:   April 14, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Civil Chief

/s/ *Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for the United States of America*

CAR007