District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, | CASE NO.  2:25-cv-00255-JNW  **CERTIFIED ADMINISTRATIVE RECORD** |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of Homeland Security; ROBERT J. KENNEDY JR, in hIS official capacity as Secretary of Health and Human Services, | |
| *Defendants*. | |

District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br> *Defendants*. | CASE NO.  2:25-cv-00255-JNW |

**U.S. DEPARTMENT OF STATE**

**EXECUTIVE ORDER 14163**

**REALIGNING THE UNITED STATES REFUGEE ADMISSIONS PROGRAM**

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is Adam Zerbinopoulus. I am currently serving as the Principal Deputy Assistant Secretary in the Bureau of Population, Refugees, and Migration (PRM) in the U.S. Department of State. I have held that position since August 4, 2025. I served as Senior Bureau Official in the Bureau of Population, Refugees, and Migration from January 21, 2025, until April 30, 2025, during which PRM worked to implement President Trump's Executive Order 14163 "Realigning the United States Refugee Admissions Program" on January 20,2025.

I certify that, to the best of my knowledge, information, and belief, the documents listed in the attached index are contained in the administrative record. I further certify that, to the best of my knowledge, information, and belief, the documents listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents that were before the relevant decisionmaker(s), including all documents and materials considered directly or indirectly in issuing U.S. Department of State guidance to implement Executive Order 14163"Realigning the United States Refugee Admissions Program."

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13ᵗʰ day of August, 2025 in Washington D.C.

Adam Zerbinopoulus
Principal Deputy Assistant Secretary
Population, Refugees, and Migration
U.S. Department of State

**Administrative Record Index**
**E.O. 14163, *Realigning the United States Refugee Admissions Program*, 90 FR 8459 (Jan. 20, 2025).**
***Pacito, et al. v. Trump, et al.*, 25-cv-00255 (W.D. Wash.).**

| | DEPARTMENT OF STATE OPERATIONAL GUIDANCE | Starting Bates Number |
|---|---|---|
| 1 | 2025.01.20 Day One PRM Guidance Email | 001 |
| 2 | 2025.01.21 PRM guidance Email from | 006 |
| 3 | 2025.01.21 SMI Operations Update | 009 |
| 4 | 2025.01.22 Memorandum re: Implementing the Executive Order on Realigning the USRAP | 011 |
| 5 | 2025.01.21 Update on Refugee Admissions and Case Processing | 014 |
| 6 | 2025.01.24 Memorandum to Diplomatic and Consular Offices re: Executive Order on Review of Foreign Assistance Programs | 016 |
| 7 | 2025.01.24 EO Guidance for the Welcome Corps at Work | 021 |
| 8 | 2025.01.24 Operating Guidance for Executive Order on Realigning USRAP | 023 |
| 9 | 2025.02.26 Immediate Action Required Termination of Awards in MyGrants | 027 |
| 10 | 2025.02.26 State and USAID Foreign Assistance Pause Exception and Disbursement FAQs announcement | 030 |
| 11 | 2025.02.26 State and USAID Foreign Assistance Pause Exception and Disbursement FAQs | 031 |
| 12 | 2025-02-05 Memorandum to Diplomatic and Consular Posts Collective: Department of State Foreign Assistance Review Guidance for Waivers Approved by Secretary of State and Director of Foreign Assistance: | 038 |
| 13 | 2025-03-19 Memorandum, Updated Guidance for Ongoing State and/or USAID-Funded Foreign Assistance Programs | 045 |
| 14 | 2025-04-08 Updated Guidance for Ongoing State and/or USAID-Funded Foreign Assistance Programs FAQs | 050 |
| | DEPARTMENT OF STATE FUNDING SUSPENSION DOCUMENTS | |
| 15 | 2025.01.19 Initial Update on Refugee Admissions and Operations | 055 |
| 16 | 2025.01.20 Update on Refugee Admissions and Operations as of January 20, 2025 | 057 |
| 17 | 2025.01.24 Suspension Letter of PRM Awards to IOM-Effective January 24, 2025 | 059 |
| 18 | 2025.01.24 Re: Suspension of PRM Awards to IOM Effective January 24, 2025 | 061 |
| 19 | 2025.01.24 Re_ Suspension of PRM Awards to IOM Effective January 24, 2025 revised (attaching doc 17) | 065 |

| 20 | 2025.01.24_Re Suspension of PRM Awards to IOM Effective January 24, 2025 revised (attaching doc 17) | 069 |
|---|---|---|
| 21 | 2025.01.25_FW_EO implementation efforts - Copy | 073 |
| 22 | 2025.01.27 Re Suspension of PRM Awards to IOM Effective January 24, 2025 noting exemptions (attaching doc) | 076 |
| 23 | 2025.01.27 Suspension of Foreign Assistance Awards as of 1.24.2025 noting exemptions (attachment to doc 22) | 078 |
| 24 | 2025.01.29 Suspension Letter for Foreign Assistance-IOM noting exemptions | 080 |
| 25 | 2025.01.30 FW Suspension of PRM Awards to IOM Effective January 24, 2025 (attaching doc 24) | 082 |
| 26 | 2025.01.30 FW Suspension of PRM Awards to IOM Effective January 24, 2025 (attaching doc 24) | 088 |
| 27 | 2025.02.03 Suspension Letter for Foreign Assistance-IOM as of January 24, 2025, noting exemptions | 094 |
| 28 | 2025.02.03 Suspension Letter for Foreign Assistance-IOM as of January 24, 2025, noting exemptions (attaching doc 27) | 101 |
| 29 | 2025.02.05 USRAP update for RSC Partners | 104 |
| 30 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Gay Center | 106 |
| 31 | 2025.01.27 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Blumont Global Development, Inc, noting exemptions | 109 |
| 32 | 2025.01.27 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Blumont Global Development, Inc, noting exemptions | 112 |
| 33 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Danish Refugee Council | 116 |
| 34 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, MTI, Guidance on Latest Executive Orders, noting exceptions | 120 |
| 35 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Dan ChurchAid, noting exceptions | 124 |

| 36 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Action Against Hunger, noting exceptions | 127 |
|----|---|---|
| 37 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, African Humanitarian, noting exceptions | 130 |
| 38 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, GOAL, noting exceptions | 133 |
| 39 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Relief International, noting exceptions | 136 |
| 40 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, International Rescue Committee, Inc., noting exceptions | 139 |
| 41 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, United Nations High Commissioner for Refugees (UNHCR), noting exceptions | 143 |
| 42 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, International Committee of the Red Cross., noting exceptions | 146 |
| 43 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, Concern Worldwide US., noting exceptions | 150 |
| 44 | 2025.01.27 email of Suspension Letter of Foreign Assistance as of January 24, 2025, International Committee of the Red Cross, noting exemptions | 153 |
| 45 | 2025.01.24 email of Suspension of PRM Awards as of January 24, 2025, List of open awards | 158 |
| 46 | 2025.01.27 email of Suspension Letter of Foreign Assistance as of January 24, 2025, International Committee of the Red Cross, noting exemptions | 175 |
| 47 | 2025.01.25 email of Suspension Letter of Foreign Assistance as of January 24, 2025, International Organization for Migration, noting exceptions | 179 |
| 48 | 2025.02.25 email of revised Suspension Letter of Foreign Assistance as of February 25, 2025, International Organization for Migration, noting exemptions | 182 |
| 49 | 2025.01.27 email of Suspension Letter of Foreign Assistance as of January 24, 2025, United Nations Children's Fund, noting exemptions | 192 |
| 50 | 2025.01.27 email of Suspension Letter of Foreign Assistance as of January 24, 2025, United Nations Children's Fund, noting exemptions | 196 |

| 51 | 2025.01.25 email of revised Suspension Letter of Foreign Assistance as of January 24, 2025, International Medical Corps, noting exceptions | 199 |
|----|---|---|
| 52 | 2025.01.25 email of revised Suspension Letter of Foreign Assistance as of January 24, 2025, United Nations High Commissioner for Refugees (UNHCR), noting exceptions | 202 |
| 53 | 2025.01.27 email of revised Suspension Letter of Foreign Assistance as of January 24, 2025, United Nations High Commissioner for Refugees (UNHCR), noting exceptions | 205 |
| 54 | 2025.02.26 email of revised Suspension Letter of Foreign Assistance as of January 24, 2025, Premiere Urgence Internationale, noting exceptions | 209 |
| 55 | 2025.02.26 email of revised Suspension Letter of Foreign Assistance as of January 24, 2025, BRAC USA, noting exemptions | 212 |
| 56 | 2025.01.25 email of revised Suspension Letter of Foreign Assistance as of January 24, 2025, United Nations Children's Fund, noting exceptions | 216 |
| 57 | 2025.01.25 email of revised Suspension Letter of Foreign Assistance as of January 24, 2025, Forum for Women, Law and Development, noting exceptions | 219 |
| **DEPARTMENT OF STATE AGREEMENT TERMINATION DOCUMENTS** | | |
| 58 | 2025.02.26 Church World Service Notice of Award Termination Letter as of February 27, 2025 CWS Reception and Placement OAW/EW | 222 |
| 59 | 2025.02.26 Church World Service Notice of Award Termination Letter as of February 27, 2025 CWS Reception and Placement | 223 |
| 60 | 2025.02.26 World Relief Notice of Award Termination Letter as of February 27, 2025 WR Reception and Placement | 224 |
| 61 | 2025.02.26 World Relief Notice of Award Termination Letter as of February 27, 2025 WR Reception and Placement | 225 |
| 62 | 2025.02.26 Global Refuge Notice of Award Termination Letter as of February 27, 2025 GR Reception and Placement | 226 |
| 63 | 2025.02.26 Global Refuge Notice of Award Termination Letter as of February 27, 2025 GR Reception and Placement OAW/EW | 227 |
| 64 | 2025.02.26 BCS Notice of Award Termination Letter as of February 27, 2025 Reception and Placement | 228 |

| 65 | 2025.02.26 BCS Notice of Award Termination Letter as of February 27, 2025 Reception and Placement | 229 |
|----|---|---|
| 66 | 2025.02.26 ECDC Notice of Award Termination Letter as of February 27, 2025 MRA Reception and Placement | 230 |
| 67 | 2025.02.26 ECDC Notice of Award Termination Letter as of February 27, 2025 Reception and Placement | 231 |
| 68 | 2025.02.26 HIAS Notice of Award Termination Letter as of February 26, 2025 Equitable Resettlement Access | 232 |
| 69 | 2025.02.26 HIAS Notice of Award Termination Letter as of February 26, 2025 Worldwide R&P | 233 |
| 70 | 2025.02.26 HIAS Notice of Award Termination Letter as of February 26, 2025 Afghanistan R&P ERMA | 234 |
| 71 | 2025.02.26 HIAS Notice of Award Termination Letter as of February 26, 2025 RSC Austria FY25 | 235 |
| 72 | 2025.02.26 IRC Notice of Award Termination Letter as of February 26, 2025 Reception & Placement | 236 |
| 73 | 2025.02.26 IRC Notice of Award Termination Letter as of February 26, 2025 Reception & Placement | 237 |
| 74 | 2025.02.26 Domestic and Foreign Missionary Society of the Protestant Episcopal Church, USA, Notice of Award Termination Letter as of February 26, 2025 Reception & Placement | 238 |
| 75 | 2025.02.26 Domestic and Foreign Missionary Society of the Protestant Episcopal Church, USA, Notice of Award Termination Letter as of February 26, 2025 Reception & Placement | 239 |
| 76 | 2025.02.26 International Rescue Committee Notice of Award Termination Letter as of February 26, 2025 RSC Asia | 240 |
| 77 | 2025.02.26 BCS Notice of Award Termination Letter as of February 27, 2025 MRA Reception and Placement | 241 |
| 78 | 2025.02.26 US Conference of Catholic Bishops Notice of Award Termination Letter as of February 27, 2025 Reception and Placement | 242 |
| 79 | 2025.02.26 USCRI Notice of Award Termination Letter as of February 26, 2025 Reception and Placement | 243 |

| 80 | 2025.02.26 USCRI Notice of Award Termination Letter as of February 26, 2025 MRA Reception and Placement | 244 |
|----|------|-----|
| 81 | 2025.02.27 email re: KIND Notice of Termination letter as of February 26, 2025 | 245 |
| 82 | 2025.02.26 email Notice of Termination letter Norwegian Refugee Committee as of February 26, 2025 | 247 |
| 83 | 2025.02.26 email Notice of Termination letter to Welcome Core Community Sponsorship Hub as of February 26, 2025 | 248 |
| 84 | 2025.02.26 attachment letter to Welcome Core Community Sponsorship Hub as of February 26, 2025 | 249 |
| 85 | 2025.02.26 email Notice of Termination letter to Church World Service as of February 26, 2025 | 251 |
| 86 | 2025.02.26 email Notice of Termination letter to Church World Service as of February 26, 2025 Protecting Urban Refugees in Indonesia | 254 |
| 87 | 2025.02.27 email Notice of Termination letter to Church World Service as of February 26, 2025: CWS Reception and Placement Program OAW/EW | 256 |
| 88 | 2025.02.27 email Notice of Termination letter to Church World Service as of February 26, 2025: CWS Reception and Placement Program | 258 |
| 89 | 2025.02.26 email Notice of Termination letter to Church World Service as of February 26, 2025 Refugee Housing Solutions | 260 |
| 90 | 2025.02.26 email Notice of Termination letter to Church World Service as of February 26, 2025 Refugee Welcome Collective | 261 |
| 91 | 2025.02.26 email Notice of Termination letter to Danish Refugee Counsel as of February 26, 2025, Protection & Livelihood Opportunities in Ethiopia | 262 |
| 92 | 2025.02.26 email Notice of Termination letter to Danish Refugee Counsel as of February 26, 2025 Lifesaving Assistance for Refugees in Mexico | 266 |
| 93 | 2025.02.26 email Notice of Termination letter to Danish Refugee Counsel as of February 26, 2025 Empowering Futures in Iraq | 268 |
| 94 | 2025.02.26 email Notice of Termination letter to Danish Refugee Counsel as of February 26, 2025 Durable Solution to Internal Displacement | 270 |

| 95 | 2025.02.27 email Notice of Termination letter to Global Refugee as of February 27, 2025 GR Reception and Placement Program | 272 |
|---|---|---|
| 96 | 2025.02.27 email Notice of Termination letter to Global Refugee as of February 27, 2025 GR Reception and Placement Program OAW/EW | 274 |
| 97 | 2025.02.27 email Notice of Termination letter to World Relief as of February 27, 2025 WR Reception and Placement Program | 276 |
| 98 | 2025.02.27 email Notice of Termination letter to World Relief as of February 27, 2025 WR Reception and Placement Program OAW/EW | 278 |
| 99 | 2025.02.27 email Notice of Termination letter to World Relief as of February 27, 2025 WR Reception and Placement Program OAW/EW | 280 |
| 100 | 2025.02.27 email Notice of Termination letter to Action Contre La Faim as of February 26, 2025 Enhancing Self Reliance of Vulnerable Refugees and Host Communities through Integrated Livelihoods and Mental Health and Psychosocial Support in Jordan | 282 |
| 101 | 2025.02.27 email Notice of Termination letter to Internews Network as of February 26, 2025 | 283 |
| 102 | 2025.02.27 email Notice of Termination letter to RET International as of February 26, 2025 An Integrated Approach to Increase Resilience in Underserved Communities in Turkiye; Local Management Structures for Provision of Quality Education and Enhanced Psychosocial Resilience of Youth and Adults in Mbera Camp | 284 |
| 103 | 2025.02.27 email Notice of Termination letter to Refugee Investment Network Team as of February 26, 2025 Market Assessment for Refugee Lens Investing in Zambia; Measuring the Economic Benefit of Improved Refugee ID Policy in Kenya | 295 |
| 104 | 2025.02.27 email Notice of Termination letter to Scalabrini Centre of Cape Town as of February 26, 2025, Refugee Assistance in South Africa | 298 |
| 105 | 2025.02.27 email Notice of Termination letter to UNICEF as of February 26, 2025, Child Rights Monitoring:  The Child Protection Programme; 2025 Middle East and North Africa Region HAC Appeal for Iraq | 300 |
| 106 | 2025.02.27 email Notice of Termination letter to HIAS as of February 26, 2025, Promoting Access to Development Integration | 306 |
| 107 | 2025.02.27 email Notice of Termination letter to SWISSCONTACT as of February 27, 2025, EMPOWER:  Enhancing Migrant Opportunities While Protecting their Rights | 310 |

| 108 | 2025.02.27 Notice of Termination letter to SWISSCONTACT as of February 27, 2025, EMPOWER: Enhancing Migrant Opportunities While Protecting their Rights | 311 |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|
| 109 | 2025.02.27 email Notice of Termination letter to Pan American Development Foundation as of February 27, 2025, Integrando Horizantes: Fostering Sustainable Solutions for Highly Vulnerable Venezuelans and Colombians in Peru | 312 |
| 110 | 2025.02.27 email Notice of Termination letter to Blumont Global Development as of February 27, 2025, Multisectoral Protection and Assistance for Social Integration and Self-Reliance of Vulnerable Venezuelan Refugees and Migrants (VRM) in Host Communities | 314 |
| 111 | 2025.02.27 email Notice of Termination letter to Pan American Development Foundation, Inc. as of February 27, 2025, Integrando Horizantes: Promoting the socioeconomic integration of Venezuelan migrants and host communities in Colombia by strengthening the circular economy sector and fostering local sustainable development – Year 2 of 3; the Los Angeles Declaration Secretariat | 316 |
| 112 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, Advancing access to integrated life-saving assistance and protection services to promote self-reliance and resilience for refugees and host communities in Uganda | 319 |
| 113 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, Technical Assistance to the Central American Minor | 321 |
| 114 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, FY25 Reception and Placement Program- OAW/EW | 323 |
| 115 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, FY25 Reception and Placement Program | 325 |
| 116 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, Cultural Orientation Technical Assistance (COTA) | 327 |
| 117 | 2025.02.27 email Notice of Termination letter to HIAS as of February 26, 2025, Equitable Resettlement Access | 329 |
| 118 | 2025.02.26 email Notice of Termination letter to Handicap International Inc. as of February 26, 2025, Response to the chronic needs of refugees in Egypt | 333 |
| 119 | 2025.02.26 email Notice of Termination letter to Save the Children Federation as of February 26, 2025, Ensuring access to safe, equitable, inclusive learning opportunities for adolescents | 335 |

|     |                                                                                                                                                                                                                                                                       |     |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- |
|     | and youth in camps and host communities creating a pathway towards sustainable solutions to self-reliance                                                                                                                                                              |     |
| 120 | 2025.02.26 email Notice of Termination letter to Save the Children Federation as of February 26, 2025, Improved protective environment, mental health and resilience outcomes for refugees, returnees and host community children and youth in Maban, South Sudan       | 338 |
| 121 | 2025.02.26 email Notice of Termination letter to Save the Children Federation as of February 26, 2025, Thriving Together Kigoma: Education, Protection, and Wellbeing for Refugees and Host Communities                                                                  | 341 |
| 122 | 2025.02.26 email Notice of Termination letter to World Vision as of February 26, 2025, Kora Wigire PAC Program (Work for Self-Reliance)                                                                                                                                  | 344 |
| 123 | 2025.02.27 email Notice of Termination letter to Stichting Zoa as of February 26, 2025, Emergency Protection assistance . . . including shelter assistance and humanitarian transport. . . originating in Cúcuta, Norte de Santander, Arauca, Arauca, and Ipiales, Nariño and turbo and Necoclí, Antioquia in Colombia | 348 |
| 124 | 2025.02.26 email Notice of Termination letter to Community Sponsorship Hub as of February 26, 2025, Kora Wigire PAC Program (Work for Self-Reliance)                                                                                                                     | 352 |
| 125 | 2025.02.26 email Notice of Termination letter to Catholic Relief Services-USCCB as of February 26, 2025, Pathways to Self-Reliance in Egypt                                                                                                                             | 358 |
| 126 | 2025.02.26 email Notice of Termination letter to Save the Children Federation, Inc. as of February 26, 2025, Empowering civil society to address newly arrived and existing refugees and host communities' multidimensional vulnerabilities through protection, education and health services in Egypt | 362 |
| 127 | 2025.02.26 email Notice of Termination letter to Save the Children Federation, Inc. as of February 26, 2025, BOLIVAR, Beneficiary Outreach and Legal Integration for Venezuelan Aid and Rights                                                                            | 365 |
| 128 | 2025.02.26 email Notice of Termination letter to Save the Children Federation, Inc. as of February 26, 2025, Child centered and rights-based protection and livelihoods services to ensure social integration for refugees and migrants in Colombia                       | 374 |
| 129 | 2025.02.27 email Notice of Termination letter to INSPIRE as of February 26, 2025                                                                                                                                                                                        | 380 |

| 130 | 2025.02.26 email Notice of Termination letter to Save the Children Federation, Inc. as of February 26, 2025, No Lost Generation | 382 |
|-----|----------------------------------------------------------------------------------------------------------------------------|-----|
| 131 | 2025.02.27 email Notice of Termination letter to International Catholic Migration Commission. as of February 27, 2025, Combating Gender-Based Violence among refugees and asylum seekers in Malaysia | 385 |
| 132 | 2025.02.26 email Notice of Termination letter to Handicap International Inc. as of February 26, 2025, Access to services to build a better future | 387 |
| 133 | 2025.02.26 email Notice of Termination letter to Save the Children Federation, Inc. as of February 26, 2025 Child Protection and Education Response in Gambella and Dollo Ado Refugee Camps | 389 |
| 134 | 2025.02.26 email Notice of Termination letter to Save the Children Federation, Inc. as of February 26, 2025, Comprehensive Services for Protection, Assistance, and Sustainable Solutions – Integra-- PASS | 392 |
| 135 | 2025.02.27 email Notice of Termination letter to Kumpulan A.C.T.S. Berhad. as of February 26, 2025 | 395 |
| 136 | 2025.02.26 email Notice of Termination letter to World Vision as of February 26, 2025, Thrive Together: Building Sustainable Livelihoods for Refugees and Host Communities in Mayukwayukwa and Meheba | 398 |
| 137 | 2025.02.26 email Notice of Termination letter to Handicap International, Inc., as of February 26, 2025, Supporting the inclusive and sustainable assistance to refugees in camps, influx areas, and cross border locations along the Thai-Burma border, towards their resilience and safe voluntary repatriation | 401 |
| 138 | 2025.02.27 email Notice of Termination letter to HIAS, as of February 26, 2025, Inclusion and Integration: Supporting the protection and economic empowerment of refugees, migrants and vulnerable host populations in Ecuador | 403 |
| 139 | 2025.02.27 email Notice of Termination letter to HIAS, as of February 26, 2025, Owning Rights and Protection: GBV Prevention, Migration and Response in Colombia | 405 |
| 140 | 2025.02.27 email Notice of Termination letter to European Network on Statelessness, as of February 26, 2025, strengthening capacity of NGOs and local governments to identify and address statelessness in the refugee/migration context | 407 |

| 141 | 2025.02.27 email Notice of Termination letter to International Catholic Migration Commission, as of February 27, 2025, FY2025 RSC Turkiye and the Middle East | 409 |
| 142 | 2025.02.27 email Notice of Termination letter to KIND, as of February 26, 2025, Reunifying families and bringing children to safety through increased information, access and assistance with the Central American Minors program | 411 |
| 143 | 2025.02.27 email Notice of Termination letter to KIND, as of February 26, 2025, Comprehensive Protection for Migrant Children in Mexico | 413 |
| 144 | 2025.02.27 email Notice of Termination letter to SPHERE, as of February 26, 2025, Global humanitarian standards for local action and preparedness | 415 |
| 145 | 2025.02.26 email Notice of Termination letter to Catholic Relief Services-USCCB, as of February 26, 2025, Self Protective Enabling Environment & Dignity for PoC | 417 |
| 146 | 2025.02.27 email Notice of Termination letter to Ethiopian Community Development Council, Inc. as of February 27, 2025, FY25 Enduring Welcome Reception and Placement | 418 |
| 147 | 2025.02.27 email Notice of Termination letter to HIAS, Inc. as of February 26, 2025, Countering Statelessness in the Dominican Republic | 422 |
| 148 | 2025.02.27 email Notice of Termination letter to Bethany Christian Services. as of February 27, 2025, FY2025 Reception and Placement Program | 424 |
| 149 | 2025.02.27 email Notice of Termination letter to HIAS. as of February 26, 2025, Worldwide R&P | 427 |
| 150 | 2025.02.27 email Notice of Termination letter to HIAS. as of February 26, 2025, Worldwide R&P | 428 |
| 151 | 2025.02.27 email Notice of Termination letter to HIAS. as of February 26, 2025, Afghanistan R&P ERMA | 429 |
| 152 | 2025.02.27 email Notice of Termination letter to USCRI as of February 26, 2025, FY2025 Welcome Reception and Placement | 431 |
| 153 | 2025.02.27 email Notice of Termination letter to USCRI as of February 26, 2025, FY2025 MRA Reception and Placement | 432 |
| 154 | 2025.02.27 email Notice of Termination letter to HIAS as of February 26, 2025, FY2025 RSC Austria | 434 |

| 155 | 2025.02.27 email Notice of Termination letter to WHO as of February 26, 2025, 2024 Regional Response for Ukraine | 436 |
| 156 | 2025.02.27 email Notice of Termination letter to WHO as of February 26, 2025, Reducing Mortality and Morbidity . . . Sudanese Refugee Population in Libya | 438 |
| 157 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, Welcome Corps at Work | 440 |
| 158 | 2025.02.27 email Notice of Termination letter to Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the USA as of February 26, 2025, FY2025 Reception & Placement Program OAW/EW | 442 |
| 159 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, Cultural Orientation Resource Exchange | 444 |
| 160 | 2025.02.27 email Notice of Termination letter to Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the USA as of February 26, 2025, FY2025 Reception & Placement Program | 446 |
| 161 | 2025.02.27 email Notice of Termination letter to International Rescue Committee as of February 26, 2025, FY2025 Resettlement Support Center (RSC) Asia | 448 |
| 162 | 2025.02.27 email Notice of Termination letter to Jesuit Refugee Service USA as of February 26, 2025, Child Protection and Mental health and Psychosocial Support Interventions for Urban Refugees in Addis Ababa, Ethiopia | 450 |
| 163 | 2025.02.27 email Notice of Termination letter to Jesuit Refugee Service USA as of February 26, 2025, Livelihood and Psychosocial Support for Urban Refugees in Kampala | 452 |
| 164 | 2025.02.27 email Notice of Termination letter to The Lutheran World Federation as of February 26, 2025, The resilience and wellbeing of South Sudanese and Sudanese refugees and host communities is enhanced through sustainable and localized community-led initiatives, child empowerment, mental health & psychosocial support | 455 |
| 165 | 2025.02.27 email Notice of Termination letter to The Lutheran World Federation as of February 26, 2025, Reducing protection risks and improving mental health and psychosocial wellbeing and resilience of refugees, refugee returness and host community members in Renk, Maban, and Jamjang | 457 |

| 166 | 2025.02.27 email Notice of Termination letter to Pathways International US as of February 26, 2025, Resettlement Diplomacy Network | 459 |
| 167 | 2025.02.27 email Notice of Termination letter to The Center for Victims of Torture as of February 26, 2025, Toward sustainable national trauma rehabilitation services in Jordan | 461 |
| 168 | 2025.02.27 email Notice of Termination letter to Kirkon Ulkomaanapu as of February 26, 2025, Inclusive access to quality education and improved learning outcomes for refugee and host population children and adolescents in refugee settlements in Uganda | 463 |
| 169 | 2025.02.27 email Notice of Termination letter to Kirkon Ulkomaanapu as of February 26, 2025, Advancing Interim and Durable Solutions through Strengthened Self-Reliance of Refugees in Host Communities in Kenya and Uganda | 465 |
| 170 | 2025.02.27 email Notice of Termination letter to Jesuit Refugee Service USA as of February 26, 2025, Urban refugees fleeing civil war in Myanmar | 467 |
| 171 | 2025.02.27 email Notice of Termination letter to Kirkon Ulkomaanapu as of February 26, 2025, Enhanced access to inclusive, equitable, and quality primary education in a safe environment for refugees and host population boys and girls in Kalobeyei Refugee Settlement | 470 |
| 172 | 2025.02.27 email Notice of Termination letter to Center for Victims of Torture as of February 26, 2025, Trauma Recovery for South Sudanese Refugees | 472 |
| 173 | 2025.02.27 email Notice of Termination letter to Jesuit Refugee Service USA as of February 26, 2025, Protection and Secondary Education for Sudanese Refugees and Chadians in Eastern Chad | 474 |
| 174 | 2025.02.27 email Notice of Termination letter to Jesuit Refugee Service USA as of February 26, 2025, Protection and Secondary Education for Sudanese Refugees and Chadians in Eastern Chad | 476 |
| 175 | 2025.02.27 email Notice of Termination letter to Jesuit Refugee Service USA as of February 26, 2025, Protection and Secondary Education for Sudanese Refugees and Chadians in Eastern Chad | 478 |
| 176 | 2025.02.27 email Notice of Termination letter to Jesuit Refugee Service USA as of February 26, 2025, Ninewa Plain, Duhok and Erbil | 480 |

| 177 | 2025.02.27 email Notice of Termination letter to Terre des hommes Foundation as of February 27, 2025, Protection Services and Training Institute in Cairo for refugees, asylum seekers and host communities | 482 |
| 178 | 2025.02.27 email Notice of Termination letter to Terre des hommes Foundation as of February 27, 2025, Protection Services and Training Institute in Cairo for refugees, asylum seekers and host communities | 484 |
| 179 | 2025.02.27 email Notice of Termination letter to Terre des hommes Foundation as of February 27, 2025, Protection Services and Training Institute in Cairo for refugees, asylum seekers and host communities | 486 |
| 180 | 2025.02.27 Notice of Termination letter to Terre des hommes Foundation as of February 27, 2025, Protection Services and Training Institute in Cairo for refugees, asylum seekers and host communities | 487 |
| 181 | 2025.02.26 email Notice of Termination letter to Mercy Corps as of February 26, 2025, Access to Livelihoods for Aghan Refugees and host communities in peri-Urban Quetta and Pishin | 488 |
| 182 | 2025.02.27 email Notice of Termination letter to Americares Foundation as of February 26, 2025, Health Services for Venezuelan Migrants and other Populations of concern in Colombia | 490 |
| 183 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Promoting Afghan Children's Education | 492 |
| 184 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Promoting Afghan Children's Education | 494 |
| 185 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Promoting Afghan Children's Education | 496 |
| 186 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Promoting Afghan Children's Education | 498 |
| 187 | 2025.02.27 email Notice of Termination letter to Childfund International USA as of February 26, 2025, Services for vulnerable and underserved migrants, refugees, asylum seekers and host community members in Ecuador | 500 |
| 188 | 2025.02.27 email Notice of Termination letter to Childfund International USA as of February 26, 2025, Services for vulnerable and underserved migrants, refugees, asylum seekers and host community members in Ecuador | 502 |

| 189 | 2025.02.27 email Notice of Termination letter to Women's Refugee Commission as of February 26, 2025, Refugee Self-Reliance Initiative | 506 |
| 190 | 2025.02.27 email Notice of Termination letter to Women's Refugee Commission as of February 26, 2025, Refugee Self-Reliance Initiative | 508 |
| 191 | 2025.02.27 email Notice of Termination letter to Women's Refugee Commission as of February 26, 2025, Refugee Self-Reliance Initiative | 510 |
| 192 | 2025.02.27 email Notice of Termination letter to Near East Foundation as of February 26, 2025, Empowering Refugees and Lebanese through Integrated Support Systems | 512 |
| 193 | 2025.02.27 email Notice of Termination letter to Near East Foundation as of February 26, 2025, Empowering Refugees and Lebanese through Integrated Support Systems | 514 |
| 194 | 2025.02.27 email Notice of Termination letter to Near East Foundation as of February 26, 2025, Empowering Refugees and Lebanese through Integrated Support Systems | 516 |
| 195 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Nurturing Futures for Children and Youth | 518 |
| 196 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Nurturing Futures for Children and Youth | 520 |
| 197 | 2025.02.27 email Notice of Termination letter to Refugee Social Services as of February 26, 2025, Humanitarian Protection and Assistance to Forcibly Displaced Persons in South Africa | 522 |
| 198 | 2025.02.27 email Notice of Termination letter to Refugee Social Services as of February 26, 2025, Humanitarian Protection and Assistance to Forcibly Displaced Persons in South Africa | 524 |
| 199 | 2025.02.27 email Notice of Termination letter to Refugee Social Services as of February 26, 2025, Humanitarian Protection and Assistance to Forcibly Displaced Persons in South Africa | 526 |
| 200 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Nurturing Futures for Children and Youth | 528 |
| 201 | 2025.02.27 email Notice of Termination letter to Near East Foundation as of February 26, 2025, Advancing the social and economic well-being of vulnerable refugee and Jordanian women | 530 |
| 202 | 2025.02.27 email Notice of Termination letter to Near East Foundation as of February 26, 2025, Advancing the social and economic well-being of vulnerable refugee and Jordanian women | 532 |
| 203 | 2025.02.27 email Notice of Termination letter to Near East Foundation as of February 26, 2025, Advancing the social and economic well-being of vulnerable refugee and Jordanian women | 534 |

| 204 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Bridging the Gap: ensuring access to education and employment opportunities for vulnerable Syrian refugee and Jordanian students during education system transition | 536 |
|---|---|---|
| 205 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Bridging the Gap: ensuring access to education and employment opportunities for vulnerable Syrian refugee and Jordanian students during education system transition | 538 |
| 206 | 2025.02.27 email Notice of Termination letter to Relief International as of February 26, 2025, Bridging the Gap: ensuring access to education and employment opportunities for vulnerable Syrian refugee and Jordanian students during education system transition | 540 |
| 207 | 2025.02.27 email Notice of Termination letter to International Labor Organization as of February 27, 2025, Attaching Federal Assistance Award, Promoting pathways to economic inclusion and social protection for refugees and host communities in Kenya | 542 |
| 208 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Decent and sustainable livelihood opportunities for all and award | 548 |
| 209 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Facilitating labor pathways from Colombia and Ecuador for both Nationals and Migrants | 551 |
| 210 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Facilitating labor pathways from Colombia and Ecuador for both Nationals and Migrants | 552 |
| 211 | 2025.02.27 email Notice of Termination letter to International Labor Organization as of February 27, 2025, Facilitating labor pathways from Colombia and Ecuador for both Nationals and Migrants | 552 |
| 212 | 2025.02.27 email Notice of Termination letter to International Labor Organization as of February 27, 2025, Promoting pathways to economic inclusion and social protection for refugees and host communities in Kenya and award notice | 555 |
| 213 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Decent and sustainable livelihood opportunities for all | 559 |
| 214 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Decent and sustainable livelihood opportunities for all | 560 |
| 215 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Facilitating labor pathways from Colombia and Ecuador for both Nationals and Migrants | 562 |

| 216 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Facilitating labor pathways from Colombia and Ecuador for both Nationals and Migrants | 563 |
| 217 | 2025.02.27 email Notice of Termination letter to International Labor Organization as of February 27, 2025, Attaching Federal Assistance Award, Promoting pathways to economic inclusion and social protection for refugees and host communities in Kenya | 564 |
| 218 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Decent and sustainable livelihood opportunities for all | 570 |
| 219 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Decent and sustainable livelihood opportunities for all | 571 |
| 220 | 2025.02.27Notice of Termination letter to International Labor Organization as of February 27, 2025, Facilitating labor pathways from Colombia and Ecuador for both Nationals and Migrants | 573 |
| 221 | 2025.02.27 Notice of Termination letter to International Labor Organization as of February 27, 2025, Facilitating labor pathways from Colombia and Ecuador for both Nationals and Migrants | 574 |
| 222 | 2025.02.27 email Notice of Termination letter to International Orthodox Christian Charities as of February 27, 2025, Access, inclusion & empowerment: support for refugees & host community members with impairments and disabilities in Jordan—Phase II—Year 2, attaching awards provisions | 575 |
| 223 | 2025.02.27 Notice of Termination letter to International Orthodox Christian Charities as of February 27, 2025, Access, inclusion & empowerment: support for refugees & host community members with impairments and disabilities in Jordan—Phase II—Year 2, attaching awards provisions | 585 |
| 224 | 2025.02.27 email Notice of Termination letter to International Orthodox Christian Charities as of February 27, 2025, Access, inclusion & empowerment: support for refugees & host community members with impairments and disabilities in Jordan—Phase II—Year 2, attaching awards provisions | 586 |
| 225 | 2025.02.27 Notice of Termination letter to International Orthodox Christian Charities as of February 27, 2025, Access, inclusion & empowerment: support for refugees & host community members with impairments and disabilities in Jordan—Phase II—Year 2, attaching awards provisions | 596 |

| 226 | 2025.02.26 email Notice of Termination letter to Multeci Destek Dernegi as of February 27, 2025, Improving Protection Mechanisms for Refugees in Turkiye, attaching award provisions | 608 |
|-----|---|-----|
| 227 | 2025.02.26 email Notice of Termination letter to Multeci Destek Dernegi as of February 27, 2025, Improving Protection Mechanisms for Refugees in Turkiye, attaching awards provisions | 619 |
| 228 | 2025.02.26 email Notice of Termination letter to Multeci Destek Dernegi as of February 27, 2025, Improving Protection Mechanisms for Refugees in Turkiye, attaching awards provisions | 630 |
| 229 | 2025.02.27 Notice of Termination letter to Multeci Destek Dernegi as of February 27, 2025, Improving Protection Mechanisms for Refugees in Turkiye, attaching awards provisions | 639 |
| 230 | 2025.02.26 Notice of Termination letter to International Orthodox Christian Charities as of February 27, 2025, Access, inclusion & empowerment: support for refugees & host | 640 |
| 231 | 2025.02.27 email Notice of Termination letter to Peace Winds America as of February 27, 2025, Pathways to Self-Reliance and Inclusion, attaching awards provisions | 641 |
| 232 | 2025.02.27 Notice of Termination letter to Peace Winds America as of February 27, 2025, Pathways to Self-Reliance and Inclusion, attaching awards provisions | 651 |
| 233 | 2025.02.26 email Notice of Termination letter to Peace Winds America as of February 27, 2025, Pathways to Self-Reliance and Inclusion, attaching awards provisions | 653 |
| 234 | 2025.02.27 Notice of Termination letter to Peace Winds America as of February 27, 2025, Pathways to Self-Reliance and Inclusion, attaching awards provisions | 654 |
| 235 | 2025.02.26 email Notice of Termination letter to Peace Winds America as of February 27, 2025, Pathways to Self-Reliance and Inclusion, attaching awards provisions | 665 |
| 236 | 2025.02.27 Notice of Termination letter to Peace Winds America as of February 27, 2025, Pathways to Self-Reliance and Inclusion | 676 |
| 237 | 2025.02.26 email Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth | 677 |
| 238 | 2025.02.27 Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth | 688 |
| 239 | 2025.02.26 email Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth, attaching award provisions | |

| 240 | 2025.02.27 Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth | |
| 241 | 2025.02.27 Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth | |
| 242 | 2025.02.26 email Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth, attaching award provisions | |
| 243 | 2025.02.27 Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth | |
| 244 | 2025.02.27 Notice of Termination letter to SAMS Foundation as of February 27, 2025, EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth | |
| 245 | 2025.02.26 email Notice of Termination letter to UN Relief & Works Agency as of February 27, 2025, Humanitarian Principles and Protection (Installation Focus), attaching award provisions | 710 |
| 246 | 2025.02.27 Notice of Termination letter to UN Relief & Works Agency as of February 27, 2025, Humanitarian Principles and Protection (Installation Focus), attaching award provisions | 716 |
| 247 | 2025.02.26 Notice of Termination letter to UN Relief & Works Agency as of February 27, 2025, Humanitarian Principles and Protection (Installation Focus), attaching award provisions | 721 |
| 248 | 2025.02.26 email Notice of Termination letter to UN Relief & Works Agency as of February 27, 2025, Humanitarian Principles and Protection (Installation Focus), attaching award provisions | 722 |
| 249 | 2025.02.26 Notice of Termination letter to UN Relief & Works Agency as of February 27, 2025, Humanitarian Principles and Protection (Installation Focus), attaching award provisions | 727 |
| 250 | 2025.02.26 email Notice of Termination letter to Yerel Ve Siginmacilarla Yardimlasma Dernegi as of February 27, 2025, Building Bridges of Emotional and Physical Healing—an Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Turkiye, attaching award provisions | 728 |
| 251 | 2025.02.26 email Notice of Termination letter to Yerel Ve Siginmacilarla Yardimlasma Dernegi as of February 27, 2025, Building Bridges of Emotional and Physical Healing—an | 738 |

|   | Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Turkiye, attaching award provisions |   |
|---|---|---|
| 252 | 2025.02.26 email Notice of Termination letter to Yerel Ve Siginmacilarla Yardimlasma Dernegi as of February 27, 2025, Building Bridges of Emotional and Physical Healing—an Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Turkiye, attaching award provisions | 748 |
| 253 | 2025.02.27 email Notice of Termination letter to SEED Foundation as of February 26, 2025 | 758 |
| 254 | 2025.02.26 email Notice of Termination letter to United Nations Population Fund as of February 26, 2025 | 760 |
| 255 | 2025.02.26 email Notice of Termination letter to United Nations Population Fund as of February 26, 2025 | 762 |
| 256 | 2025.02.26 email Notice of Termination letter to United Nations Population Fund as of February 26, 2025 | 764 |
| 257 | 2025.02.26 email Notice of Termination letter to World Rehabilitation Fund as of February 26, 2025 | 766 |
| 258 | 2025.02.27 email Notice of Termination letter to World Rehabilitation Fund as of February 26, 2025 | 768 |
| 259 | 2025.02.27 email Notice of Termination letter to World Rehabilitation Fund as of February 26, 2025 | 770 |
| 260 | 2025.02.27 email Notice of Termination letter to Women's Rehabilitation Organization as of February 26, 2025 | 772 |
| 261 | 2025.02.27 email Notice of Termination letter to World Rehabilitation Fund as of February 26, 2025 | 774 |
| 262 | 2025.02.27 email Notice of Termination letter to World Rehabilitation Fund as of February 26, 2025 | 776 |
| 263 | 2025.02.27 email Notice of Termination letter to Refugee Solidarity Network as of February 26, 2025 | 778 |
| 264 | 2025.02.27 email Notice of Termination letter to Refugee Solidarity Network as of February 26, 2025 | 780 |

| 265 | 2025.02.27 email Notice of Termination letter to Refugee Solidarity Network as of February 26, 2025 | 782 |
|---|---|---|
| 266 | 2025.02.26 email Notice of Termination letter to the United Nations Development Programme as of February 26, 2025 | 784 |
| 267 | 2025.02.26 email Notice of Termination letter to the United Nations Development Programme as of February 26, 2025 | 786 |
| 268 | 2025.02.26 email Notice of Termination letter to the United Nations Development Programme as of February 26, 2025 | 788 |
| 269 | 2025.02.27 email Notice of Termination letter to the World Health Organization as of February 26, 2025 | 790 |
| 270 | 2025.02.27 email Notice of Termination letter to the World Health Organization as of February 26, 2025 | 792 |
| 271 | 2025.02.27 email Notice of Termination letter to the World Health Organization as of February 26, 2025 | 794 |
| 272 | 2025.02.27 email Notice of Termination letter to the War Child as of February 26, 2025 | 796 |
| 273 | 2025.02.27 email Notice of Termination letter to the War Child as of February 26, 2025 | 798 |
| 274 | 2025.02.27 email Notice of Termination letter to the War Child as of February 26, 2025 | 800 |
| 275 | 2025.02.27 email Notice of Termination letter to the Restart Center as of February 26, 2025 | 802 |
| 276 | 2025.02.27 email Notice of Termination letter to the Restart Center as of February 26, 2025 | 804 |
| 277 | 2025.02.27 email Notice of Termination letter to the Restart Center as of February 26, 2025 | 806 |
| 278 | 2025.02.27 email Notice of Termination letter to the SEED Foundation as of February 26, 2025 | 808 |
| 279 | 2025.02.27 email Notice of Termination letter to the SEED Foundation as of February 26, 2025 | 810 |
| 280 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Improving Equitable Access and Quality of Education for Afghan Refugees and Vulnerable Host Communities in Pakistan | 812 |
| 281 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Improving Equitable Access and Quality of Education for Afghan Refugees and Vulnerable Host Communities in Pakistan | 814 |

| 282 | 2025.02.26 attached Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Improving Equitable Access and Quality of Education for Afghan Refugees and Vulnerable Host Communities in Pakistan | 815 |
|---|---|---|
| 283 | 2025.02.27 email Notice of Termination letter to Socio En Salud, Sucursal Peru as of February 26, 2025, Strengthening the National Health System through the integrated provision of services for noncommunicable diseases, mental health, and sexual and reproductive health for refugees and migrants in Lima and Callao | 816 |
| 284 | 2025.02.27 email Notice of Termination letter to Socio En Salud, Sucursal Peru as of February 26, 2025, Strengthening the National Health System through the integrated provision of services for noncommunicable diseases, mental health, and sexual and reproductive health for refugees and migrants in Lima and Callao | 818 |
| 285 | 2025.02.27 Notice of Termination letter to Socio En Salud, Sucursal Peru as of February 26, 2025, Strengthening the National Health System through the integrated provision of services for noncommunicable diseases, mental health, and sexual and reproductive health for refugees and migrants in Lima and Callao | 819 |
| 286 | 2025.02.27 email Notice of Termination letter to Socio En Salud, Sucursal Peru as of February 26, 2025, Strengthening the National Health System through the integrated provision of services for noncommunicable diseases, mental health, and sexual and reproductive health for refugees and migrants in Lima and Callao | 820 |
| 287 | 2025.02.27 email Notice of Termination letter to Women's Refugee Commission as of February 26, 2025, Refugee Self-Reliance Initiative | 822 |
| 288 | 2025.02.27 email Notice of Termination letter to Women's Refugee Commission as of February 26, 2025, Refugee Self-Reliance Initiative | 824 |
| 289 | 2025.02.27 email Notice of Termination letter to Women's Refugee Commission as of February 26, 2025, Refugee Self-Reliance Initiative | 826 |
| 290 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Alma Llanera Phase III:  Protection and Livelihoods Support for Self-Reliance of Venezuelan Refugees and Vulnerable Host Community Members in Peru | 828 |

| 291 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Alma Llanera Phase III: Protection and Livelihoods Support for Self-Reliance of Venezuelan Refugees and Vulnerable Host Community Members in Peru | 830 |
|-----|-----|-----|
| 292 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Improving Equitable Access and Quality of Education for Afghan Refugees and Vulnerable Host Communities in Pakistan | 832 |
| 293 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Women's Integrated Resilience and Empowerment Program (Year 3 of 3) | 834 |
| 294 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Women's Integrated Resilience and Empowerment Program (Year 3 of 3) | 836 |
| 295 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Women's Integrated Resilience and Empowerment Program (Year 3 of 3) | 838 |
| 296 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, ESPERanza III (Ecuador Multi-Sectoral Protection & Enabling Response) for Refugees & Vulnerable Host Communities Program | 840 |
| 297 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, ESPERanza III (Ecuador Multi-Sectoral Protection & Enabling Response) for Refugees & Vulnerable Host Communities Program | 842 |
| 298 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, ESPERanza III (Ecuador Multi-Sectoral Protection & Enabling Response) for Refugees & Vulnerable Host Communities Program | 844 |
| 299 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Safety, Protection and Empowerment for Syrian and NonSyrian Refugees and Egyptians in Host Communities in Greater Cairo, Alexandria, Delta, and Dakahlia | 846 |
| 300 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Safety, Protection and Empowerment for Syrian and NonSyrian Refugees and Egyptians in Host Communities in Greater Cairo, Alexandria, Delta, and Dakahlia | 848 |
| 301 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Safety, Protection and Empowerment for Syrian and NonSyrian Refugees and Egyptians in Host Communities in Greater Cairo, Alexandria, Delta, and Dakahlia | 850 |

| 302 | 2025.02.26 email Notice of Termination letter to Kokeb Kassa as of February 26, 2025, Alma Llanera Phase III:  Protection and Livelihoods Support for Self-Reliance of Venezuelan Refugees and Vulnerable Host Community Members in Peru | 852 |
|---|---|---|
| 303 | 2025.02.27 email Notice of Termination letters to International Organization for Migration Global Office as of February 26, 2025: IOM Iraq Displacement Tracking Matrix, RPC Initiative in the Western Hemisphere, Safe Mobility Office Initiative—Assistance, Strengthening the Response for U.S. bound Afghans at ROB, Armenia Response Voluntary Contribution, Enhancing Ethical Recruitment and Protection, Return, Reintegration, and Family Reunification, Africa Regional Migration Program, Asia Regional Migration Program, International Organization for Migration, Thailand, Response to Vulnerable Migrants in Tunisia, IOM World Migration Report (FY24), Enduring Welcome Platform Pilot Philippines, Humanitarian Assistance for Myanmar Muslims, Enhancing social cohesion in Cote d'Ivoire, USRAP SMO assistance, Strengthening DHRR Institutional Capacity, Support for Global Data Institute, Enhancing Migration in Countries in Crisis, SMI Labor mobility pathways, IOM JPO Program, | 854 |
| 304 | 2025.02.27 email Notice of Termination letters to International Organization for Migration Global Office as of February 26, 2025: IOM Iraq Displacement Tracking Matrix, RPC Initiative in the Western Hemisphere, Safe Mobility Office Initiative—Assistance, Strengthening the Response for U.S. bound Afghans at ROB, Armenia Response Voluntary Contribution, Enhancing Ethical Recruitment and Protection, Return, Reintegration, and Family Reunification, Africa Regional Migration Program, Asia Regional Migration Program, International Organization for Migration, Thailand, Response to Vulnerable Migrants in Tunisia, IOM World Migration Report (FY24), Enduring Welcome Platform Pilot Philippines, Humanitarian Assistance for Myanmar Muslims, Enhancing social cohesion in Cote d'Ivoire, USRAP SMO assistance, Strengthening DHRR Institutional Capacity, Support for Global Data Institute, Enhancing Migration in Countries in Crisis, SMI Labor mobility pathways, IOM JPO Program, | 876 |
| 305 | 2025.02.27 email Notice of Termination letters to International Organization for Migration Global Office as of February 26, 2025: IOM Iraq Displacement Tracking Matrix, RPC Initiative in the Western Hemisphere, Safe Mobility Office Initiative—Assistance, Strengthening the Response for U.S. bound Afghans at ROB, Armenia Response Voluntary Contribution, | 898 |

| | Enhancing Ethical Recruitment and Protection, Return, Reintegration, and Family Reunification, Africa Regional Migration Program, Asia Regional Migration Program, International Organization for Migration, Thailand, Response to Vulnerable Migrants in Tunisia, IOM World Migration Report (FY24), Enduring Welcome Platform Pilot Philippines, Humanitarian Assistance for Myanmar Muslims, Enhancing social cohesion in Cote d'Ivoire, USRAP SMO assistance, Strengthening DHRR Institutional Capacity, Support for Global Data Institute, Enhancing Migration in Countries in Crisis, SMI Labor mobility pathways, IOM JPO Program, | |
|---|---|---|
| 306 | 2025.02.27 email Notices of Termination letter to United States Conference of Catholic Bishops as of February 27, 2025, FY25 Enduring Welcome Reception and Placement, FY24 MRA Reception and Placement | 920 |
| 307 | 2025.02.27 email Notices of Termination letter to United States Conference of Catholic Bishops as of February 27, 2025, FY25 Enduring Welcome Reception and Placement, FY24 MRA Reception and Placement | 923 |
| 308 | 2025.02.27 email Notices of Termination letter to United States Conference of Catholic Bishops as of February 27, 2025, FY25 Enduring Welcome Reception and Placement, FY24 MRA Reception and Placement | 926 |