UNCLASSIFIED
Official - SBU

---

**Hunter, Sarah**

---

| | |
|---|---|
| **From:** | Zerbinopoulos, Adam |
| **Sent:** | Tuesday, August 5, 2025 3:13 PM |
| **To:** | Hunter, Sarah |
| **Subject:** | FW: PRM guidance |

Official - SBU
UNCLASSIFIED

**From:** Phillips, Matthew D <PhillipsMD@state.sgov.gov>
**Sent:** Monday, January 20, 2025 8:33 PM
**To:** Zerbinopoulos, Adam <ZerbinopoulosA@state.sgov.gov>
**Cc:** Kenna, Lisa S <KennaLS@state.sgov.gov>
**Subject:** PRM guidance

Adam,

The Secretary will send you an official memo tomorrow but the Acting S wanted you to have guidance today re the PRM Bureau.  I have copied Acting Secretary Kenna.

Thank you,

Matthew Phillips

(U) We expect that today President Trump will sign an Executive Order providing general guidance on implementing the America First foreign policy of the Trump Administration.  This memorandum provides additional guidance specific to the operations of the Bureau of Population, Refugees, and Migration (PRM).

(SBU) PRM must, consistent with applicable law, immediately realign the operations of the U.S. Refugee Admissions Program (USRAP), PRM's overseas assistance efforts, and its work on international migration policy to support the Trump Administration's foreign policy and border security efforts.  Among other things, PRM must revisit its funding of international organizations and NGOs operating in the Western Hemisphere.  In some instances, such funding has indirectly facilitated illegal migration to the United States and hampered enforcement efforts at the U.S. southern border.  U.S. funding cannot

UNCLASSIFIED
Official - SBU

CAR 001

UNCLASSIFIED
Official - SBU

provide aliens, and the smugglers and drug cartels that use them as pawns, with the legal or financial resources that make it easier to enter the United States.

(SBU) In leading PRM, therefore, you shall apply both the general and specific guidance that follows:

## (U) General Guidance

(SBU) You shall establish or confirm internal PRM procedures to ensure that no new, extended, or expanded contribution, contract, grant, or cooperative agreement is contemplated, negotiated, or made by PRM without your express approval.

(SBU) You shall review all existing contributions, contracts, grants, and cooperative agreements overseen by PRM.  Any contribution, contract, grant, or cooperative agreement that in whole or in part is inconsistent with the President's policy priorities shall be modified or terminated according to the terms of such contribution, contract, grant, or cooperative agreement.

(SBU) You shall establish or confirm internal PRM procedures to ensure that no new, extended, or expanded agreement, understanding, or other arrangement with an external party is contemplated, negotiated, or made by PRM without your express approval.

(SBU) You shall review all existing agreements, understandings, and other arrangements with external parties.  Any such agreement, understanding, or other arrangement that in whole or in part is inconsistent with the President's policy priorities shall be modified or terminated as soon as is possible according to the terms of such agreement, understanding, or other arrangement.

## (U) Refugee Admissions

(SBU) You shall conduct a comprehensive review of the U.S. Refugee Admissions Program (USRAP) and to the maximum extent possible implement necessary changes to ensure the USRAP supports the President's policy priorities.  In the interim, all USRAP processing steps are suspended, including those at the Refugee Processing Center (RPC), and the departure of all refugees for the United States is paused

UNCLASSIFIED
Official - SBU

immediately.  Individuals in the United States who are eligible to receive Reception and Placement (R&P) services may receive such services.

(SBU) You shall terminate U.S. participation in and funding for the Safe Mobility Initiative and ensure that Safe Mobility Offices are closed.

(SBU) You shall suspend the Welcome Corps program and wind it down in an orderly manner.

(SBU) You shall coordinate with U.S. Citizenship and Immigration Service (USCIS) to ensure USCIS's limited adjudicatory resources are focused on domestic needs rather than overseas refugee adjudication.

(SBU) You shall cease accepting referrals to USRAP from international organizations, NGOs, and other Department offices.

(SBU) You shall rescind existing guidance for Embassy "Priority 1" (P1) referrals to USRAP and issue new guidance that supports the President's policy priorities.

**(U) Overseas Assistance to Refugees and Migrants**

(SBU) You shall not provide funds to or through any entity that:
- either directly or through an advocacy affiliate lobbies or advocates contrary to any policy of the United States;
- offers legal counseling or assistance to refugees or migrants;
- refers aliens to the United States for refugee or asylum processing or any other immigration benefit;
- provides abortions, information about abortion as a method of family planning, or lobbies foreign governments to legalize abortion anywhere in the world; or
- provides cash and voucher assistance (CVA) to refugees or migrants anywhere in the Western Hemisphere.

(SBU) These prohibitions apply regardless of whether the entity that provides these services does so using U.S. funding.

UNCLASSIFIED
Official - SBU

UNCLASSIFIED
Official - SBU

(SBU) You shall seek to establish programs that facilitate the voluntary repatriation of aliens from the United States.

(SBU) You shall terminate funding for United Nations Population Fund (UNFPA) and United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA).

## (U) International Migration Policy

(SBU) In coordination with other bureaus and offices of the Department, as well as other Departments and Agencies, PRM shall lead bilateral and multilateral diplomatic engagement that aims to reinforce the sovereign right of each country to control its borders; to decide who is authorized to enter and on what terms; to determine rules for the acquisition and retention of nationality; to define crimes, including unlawful entry; and to determine how to provide social services to individuals in its territory. As part of this plan, you should where appropriate use U.S. funds to encourage foreign government support and cooperation for these efforts. You also shall seek opportunities to use U.S. funds to encourage foreign government support and cooperation for repatriations.

(SBU) You shall discontinue U.S. support for or participation in diplomatic initiatives that promote migration, including but not limited to the Resettlement Diplomacy Network.

(SBU) In coordination with the Bureau of International Organizations and other relevant bureaus, Departments, and Agencies, you shall take appropriate steps to denounce the New York Declaration for Refugees and Migrants; the Global Compact for Safe, Orderly, and Regular Migration (GCM); the Global Compact on Refugees (GCR); the UN 2030 Agenda for Sustainable Development and the Sustainable Development Goals (SDGs); and the Los Angeles Declaration on Migration and Protection.
(SBU) You shall rescind all "policies" listed on the PRM website (https://www.state.gov/other-policy-issues/). If it is necessary to issue new guidance on these subjects, you shall ensure it supports the President's policy priorities.

UNCLASSIFIED
Official - SBU

**Official - SBU**
UNCLASSIFIED

UNCLASSIFIED
Official - SBU

CAR 005

| | |
|---|---|
| **From:** | Phillips, Matthew D |
| **Sent:** | Tue, 21 Jan 2025 01:32:39 +0000 |
| **To:** | Zerbinopoulos, Adam |
| **Cc:** | Kenna, Lisa S |
| **Subject:** | PRM guidance |

Adam,

The Secretary will send you an official memo tomorrow but the Acting S wanted you to have guidance today re the PRM Bureau. I have copied Acting Secretary Kenna.

Thank you,

Matthew Phillips

(U) We expect that today President Trump will sign an Executive Order providing general guidance on implementing the America First foreign policy of the Trump Administration. This memorandum provides additional guidance specific to the operations of the Bureau of Population, Refugees, and Migration (PRM).

(SBU) PRM must, consistent with applicable law, immediately realign the operations of the U.S. Refugee Admissions Program (USRAP), PRM's overseas assistance efforts, and its work on international migration policy to support the Trump Administration's foreign policy and border security efforts. Among other things, PRM must revisit its funding of international organizations and NGOs operating in the Western Hemisphere. In some instances, such funding has indirectly facilitated illegal migration to the United States and hampered enforcement efforts at the U.S. southern border. U.S. funding cannot provide aliens, and the smugglers and drug cartels that use them as pawns, with the legal or financial resources that make it easier to enter the United States.

(SBU) In leading PRM, therefore, you shall apply both the general and specific guidance that follows:

(U) General Guidance

(SBU) You shall establish or confirm internal PRM procedures to ensure that no new, extended, or expanded contribution, contract, grant, or cooperative agreement is contemplated, negotiated, or made by PRM without your express approval.

(SBU) You shall review all existing contributions, contracts, grants, and cooperative agreements overseen by PRM. Any contribution, contract, grant, or cooperative agreement that in whole or in part is inconsistent with the President's policy priorities shall be modified or terminated according to the terms of such contribution, contract, grant, or cooperative agreement.

(SBU) You shall establish or confirm internal PRM procedures to ensure that no new, extended, or expanded agreement, understanding, or other arrangement with an external party is contemplated, negotiated, or made by PRM without your express approval.

(SBU) You shall review all existing agreements, understandings, and other arrangements with external parties. Any such agreement, understanding, or other arrangement that in whole or in part is inconsistent with the President's policy priorities shall be modified or terminated as soon as is possible according to the terms of such agreement, understanding, or other arrangement.

(U) Refugee Admissions

(SBU) You shall conduct a comprehensive review of the U.S. Refugee Admissions Program (USRAP) and to the maximum extent possible implement necessary changes to ensure the USRAP supports the President's policy

B-00002682025

priorities. In the interim, all USRAP processing steps are suspended, including those at the Refugee Processing Center (RPC), and the departure of all refugees for the United States is paused immediately. Individuals in the United States who are eligible to receive Reception and Placement (R&P) services may receive such services.

(SBU) You shall terminate U.S. participation in and funding for the Safe Mobility Initiative and ensure that Safe Mobility Offices are closed.

(SBU) You shall suspend the Welcome Corps program and wind it down in an orderly manner.

(SBU) You shall coordinate with U.S. Citizenship and Immigration Service (USCIS) to ensure USCIS's limited adjudicatory resources are focused on domestic needs rather than overseas refugee adjudication.

(SBU) You shall cease accepting referrals to USRAP from international organizations, NGOs, and other Department offices.

(SBU) You shall rescind existing guidance for Embassy "Priority 1" (P1) referrals to USRAP and issue new guidance that supports the President's policy priorities.

(U) Overseas Assistance to Refugees and Migrants

(SBU) You shall not provide funds to or through any entity that:

*    either directly or through an advocacy affiliate lobbies or advocates contrary to any policy of the United States;

*    offers legal counseling or assistance to refugees or migrants;

*    refers aliens to the United States for refugee or asylum processing or any other immigration benefit;

*    provides abortions, information about abortion as a method of family planning, or lobbies foreign governments to legalize abortion anywhere in the world; or

*    provides cash and voucher assistance (CVA) to refugees or migrants anywhere in the Western Hemisphere.

(SBU) These prohibitions apply regardless of whether the entity that provides these services does so using U.S. funding.

(SBU) You shall seek to establish programs that facilitate the voluntary repatriation of aliens from the United States.

(SBU) You shall terminate funding for United Nations Population Fund (UNFPA) and United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA).

(U) International Migration Policy

(SBU) In coordination with other bureaus and offices of the Department, as well as other Departments and Agencies, PRM shall lead bilateral and multilateral diplomatic engagement that aims to reinforce the sovereign right of each country to control its borders; to decide who is authorized to enter and on what terms; to determine rules for the acquisition and retention of nationality; to define crimes, including unlawful entry; and to determine how to provide social services to individuals in its territory. As part of this plan, you should where appropriate use U.S. funds to encourage foreign government support and cooperation for these efforts. You also shall seek opportunities to use U.S. funds to encourage foreign government support and cooperation for repatriations.

(SBU) You shall discontinue U.S. support for or participation in diplomatic initiatives that promote migration, including but not limited to the Resettlement Diplomacy Network.

(SBU) In coordination with the Bureau of International Organizations and other relevant bureaus, Departments, and

B-00002682025

Agencies, you shall take appropriate steps to denounce the New York Declaration for Refugees and Migrants; the Global Compact for Safe, Orderly, and Regular Migration (GCM); the Global Compact on Refugees (GCR); the UN 2030 Agenda for Sustainable Development and the Sustainable Development Goals (SDGs); and the Los Angeles Declaration on Migration and Protection.

(SBU) You shall rescind all "policies" listed on the PRM website (https://www.state.gov/other-policy-issues/).  If it is necessary to issue new guidance on these subjects, you shall ensure it supports the President's policy priorities.

Official - SBU
UNCLASSIFIED

B-00002682025

 Outlook

**SMI Operations Update - 1/21/2025**

**From** Kelley, Jennifer A <KelleyJA@state.gov>

**Date** Tue 1/21/2025 2:28 PM

**To** Jon Hoisaeter <hoisaet@unhcr.org>; Laura Giammarinaro <giammari@unhcr.org>; Isabel Marquez <marquez@unhcr.org>; HOUVER Vincent <VHOUVER@iom.int>; COISSAC Alex <acoissac@iom.int>; OLDHAM-MOORE Charlotte <coldhammoore@iom.int>; HOY Serena <shoy@iom.int>

**Cc** PRM-Admissions-Leadership <PRM-Admissions-Leadership@state.gov>; PRM-Admissions-LAC-DC <PRM-Admissions-LAC-DC@state.gov>; PRM-Lawful Migration Task Force <Lawful-Migration-Task-Force@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Alavi, Aamir <AlaviA@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Kuykendall, Jessie M (Guatemala) <KuykendallJM@state.gov>; Illi, Porter N (Quito) <IlliPN@state.gov>; Amador, Molly M <AmadorMM@state.gov>; McAllister, Matthew R <McAllisterMR@state.gov>; Upchurch, Christopher M <UpchurchCM@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Arredondo, Andrea E <ArredondoAE1@state.gov>; Noncent, Karine A <karine.a.noncent@uscis.dhs.gov>; Kirk, Sarah C (Sarah Pierce) <sarah.c.kirk@uscis.dhs.gov>; RSCLAmanagement@iom.int <RSCLAmanagement@iom.int>; JOHN David <djohn@iom.int>

Dear colleagues,

In order to review and evaluate U.S. foreign assistance funding, as outlined in President Trump's January 20th Executive Order, we are pausing all processing and implementation of the Safe Mobility Initiative (SMI).
  **Effective immediately**, please cease all SMI-related activities, including accepting new applications via the SMO Portal, providing applicant screenings, and undertaking any Safe Mobility Office operations under the normal course of business.  This applies to all four SMI countries (Colombia, Costa Rica, Ecuador, and Guatemala).  This cessation will allow the new administration to evaluate and develop its policy for migration and refugee issues in the Western Hemisphere and announce and implement them.  We will provide additional guidance and answer any questions you may have at our weekly IO Small Group call (moved to tomorrow at 10:30am).

Best regards,
Jen

Jennifer Kelley
Acting Coordinator
U.S. Lawful Migration Task Force
Bureau of Population, Refugees, and Migration | U.S. Department of State
(202) 808-1361
kelleyja@state.gov

**UNCLASSIFIED**
SBU



| | |
|---|---|
| **MRN:** | 25 STATE 1541 |
| **Date/DTG:** | Jan 22, 2025 / 222006Z JAN 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *IMMEDIATE* |
| **E.O.:** | 13526 |
| **TAGS:** | PREF, PHUM |
| **Captions:** | SENSITIVE |
| **Subject:** | (SBU) Implementing the Executive Order on Realigning the United States Refugee Admissions Program |

1. (SBU) On January 20, 2025, President Trump issued an executive order entitled "Realigning the United States Refugee Admissions Program." The order directs, among other actions, that the U.S. Refugee Admissions Program (USRAP) be suspended effective on January 27, 2025. Resumption of the program is possible following the submission of a report from the Secretary of Homeland Security, in consultation with the Secretary of State, regarding whether resumption is in the interests of the United States, consistent with the order. Any exceptions to this order require approval from the Secretaries of State and Homeland Security. USRAP partners have already been informed and all processing ceased following the order's publication.

2. (SBU) This message serves as formal notice of the order and its contents. PRM officials are requested to read the order in full and abide by its requirements. PRM Directors and Coordinators in the field should acknowledge receipt by email to PRM/A Office Director Kathryn Anderson by Close of Business January 23, 2025. Full text of the order follows.

3. (U) BEGIN TEXT OF EXECUTIVE ORDER:

REALIGNING THE UNITED STATES REFUGEE ADMISSIONS PROGRAM

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Immigration and Nationality Act (INA), 8 U.S.C. 1101 et seq., and section 301 of title 3, United States Code, it is hereby ordered:

Section 1. Purpose. Over the last 4 years, the United States has been inundated with record levels of migration, including through the U.S. Refugee Admissions Program (USRAP). Cities and small towns alike, from Charleroi, Pennsylvania, and Springfield, Ohio, to Whitewater, Wisconsin, have seen significant influxes of migrants. Even major urban centers such as New York City, Chicago, and Denver have sought Federal aid to manage the burden of new arrivals. Some jurisdictions, like New York and Massachusetts, have even recently declared states of emergency because of increased migration.

The United States lacks the ability to absorb large numbers of migrants, and in particular, refugees, into its communities in a manner that does not compromise the availability of resources for Americans, that protects their safety and security, and that ensures the appropriate assimilation of refugees. This order suspends the USRAP until such time as the further entry into the United States of refugees aligns with the interests of the United States.

Sec. 2. Policy. It is the policy of the United States to ensure that public safety and national security are paramount considerations in the administration of the USRAP, and to admit only those refugees who can fully and appropriately assimilate into the United States and to ensure that the United States preserves taxpayer resources for its citizens. It is also the policy of the United States that, to the extent permitted by law and as practicable, State and local jurisdictions are granted a role in the process of determining the placement or settlement in their jurisdictions of aliens eligible to be admitted to the United States as refugees.

Sec. 3. Realignment of the U.S. Refugee Admissions Program. (a) I hereby proclaim, pursuant to sections 212(f) and 215(a) of the INA, 8 U.S.C. 1182(f) and 1185(a), that entry into the United States of refugees under the USRAP would be detrimental to the interests of the United States. I therefore direct that entry into the United States of refugees under the USRAP be suspended - subject to the exceptions set forth in subsection (c) of this section - until a finding is made in accordance with section 4 of this order. This suspension shall take effect at 12:01 am eastern standard time on January 27, 2025.

(b) The Secretary of Homeland Security shall suspend decisions on applications for refugee status, until a finding is made in accordance with section 4 of this order.

(c) Notwithstanding the suspension of the USRAP imposed pursuant to subsections (a) and (b) of this section, the Secretary of State and the Secretary of Homeland Security may jointly determine to admit aliens to the United States as refugees on a case-by-case basis, in their discretion, but only so long as they determine that the entry of such aliens as refugees is in the national interest and does not pose a threat to the security or welfare of the United States.

(d) The Secretary of Homeland Security, in consultation with the Attorney General, shall examine existing law to determine the extent to which, consistent with applicable law, State and local jurisdictions may have greater involvement in the process of determining the placement or resettlement of refugees in their jurisdictions, and shall devise a proposal to lawfully promote such involvement. In all cases, the Secretary of State and the Secretary of Health and Human Services shall ensure that the State and local consultation requirements in 8 U.S.C. 1522(a)(2) are carried out with respect to all refugees admitted to the United States.

Sec. 4. Resumption of the U.S. Refugee Admissions Program. Within 90 days of this order, the Secretary of Homeland Security, in consultation with the Secretary of State, shall submit a report to the President through the Homeland Security Advisor regarding whether resumption of entry of refugees into the United States under the USRAP would be in the interests of the United States, in light of the policies outlined in section 2 of this order. The Secretary of Homeland Security, in consultation with the Secretary of State, shall submit further reports every 90 days thereafter until I determine that resumption of the USRAP is in the interests of the United States.

Sec. 5. Revocation. Executive Order 14013 of February 4, 2021 (Rebuilding and Enhancing Programs To Resettle Refugees and Planning for the Impact of Climate Change on Migration), is hereby revoked.

Sec. 6.  Severability.  If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its other provisions to any other persons or circumstances shall not be affected thereby.

Sec. 7.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

| | |
|---|---|
| **Signature:** | Rubio |

| | |
|---|---|
| **Drafted By:** | PRM/FO:Zerbinopoulos, Adam |
| **Cleared By:** | L/ASCA:Sanford, Christina |
| | C:Olowski, Lew |
| **Approved By:** | S/ES:Kenna, Lisa |
| **Released By:** | PRM_FO:Bhaumik, Rohini |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

| | |
|---|---|
| **Dissemination Rule:** | Archive Copy |

**UNCLASSIFIED**
SBU

**From:** Anderson, Kathryn E
**Sent:** Wed, 22 Jan 2025 02:47:07 +0000
**To:** MGT_TU_RSCTUME; ███████████████████████████

███████; RSCLA Senior Management; ██████████████ ████████@iom.int; RSC MENA PRM
Inquiries; USRAP UGMT; ████████████ @bethany.org; ████████@cwsglobal.org;
███████@ecdcus.org; ███████████ @episcopalchurch.org;
████████████@globalrefuge.org; ████████@HIAS.org; ████████@rescue.org;
███████████@usccb.org; █████████@uscridc.org; ████████████ ███████@wr.org;
███████@communitysponsorshiphub.org;
█████████████████████████████████████████

**Cc:** PRM-Admissions-RefCoords; PRM-Admissions; PRM-A-RPC All Staff
**Subject:** Update on Refugee Admissions and Case Processing as of 1/21/2025

Dear USRAP Partners,

Following the issuance of the Executive Order (EO), "Realigning the United States Refugee Admissions Program," refugee arrivals to the United States have been suspended until further notice. All previously scheduled travel of refugees to the United States is being cancelled, and no new travel bookings will be made. RSCs should not request travel for any additional refugee cases at this time.

Additionally, all refugee case processing and pre-departure activities are also suspended. RSCs and IOM should not move refugees to transit centers in anticipation of travel and should halt all pre-departure activities for refugee cases. No new referrals should be made into the USRAP. Intake of new applications for the Welcome Corps is suspended, as well as processing of all active or previously submitted applications. We understand there will be questions related to the implementation of suspending refugee case processing, and we will send additional guidance in the coming days.

The above guidance does not apply to SIV holders. SIV holders may travel to the United States and receive Reception and Placement (R&P) Services. Please also note that refugees already admitted to the United States should continue to receive R&P services as normal.

All media inquiries should be directed to the nearest U.S. Embassy, or the Bureau of Population, Refugees, and Migration at the Department of State in Washington, DC, at PRM-Press@state.gov.

Kathryn

Kathryn Anderson
Director, Office of Admissions
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975403

CAR 015

00000975403

UNCLASSIFIED



| | |
|---|---|
| **MRN:** | 25 STATE 6828 |
| **Date/DTG:** | Jan 24, 2025 / 241600Z JAN 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O:** | 13526 |
| **TAGS:** | PREL, AID, EAID |
| **Subject:** | Executive Order on Review of Foreign Assistance Programs |

1. (U) Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, this ALDAC pauses all new obligations of funding, pending a review, for foreign assistance programs funded by or through the Department and USAID.

2. (U) Across the United States government, it is currently impossible to access sufficient information in one place to determine whether the foreign assistance policies and interests supported by appropriations are not duplicated, are effective, and are consistent with President Trump's foreign policy.  The Department needs a centralized repository from which senior Department, USAID officials, Ambassadors, missions and others can draw sufficiently detailed information from which the Secretary can make judgments.  Further guidance regarding a new or updated repository and mandatory bureau submissions to it will be forthcoming.

**ACTIONS TO BE TAKEN**

CAR 016
DU[ Y ˙‰c Z]

3. (U) Within thirty (30) days, the Director of the Policy Planning Staff (S/P) or its designate shall develop appropriate review standards and collaborate with the Director of the Office of Foreign Assistance (F), the Office of Budget and Planning (BP), the Office of Management and Budget (OMB), and/or other departments and agencies as appropriate to ensure that all foreign assistance is aligned with President Trump's foreign policy agenda and that data regarding all foreign assistance spending in the future is aggregated and inputted into a comprehensive internal Department repository.

4. (U) Within eighty-five (85) days of this ALDAC, the government-wide comprehensive review of all foreign assistance shall be completed, and a report shall be produced to the Secretary of State for his consideration and recommendation to the President.

5. (U) In keeping with one voice of American foreign policy, the United States government, through any department, agency or entity, shall not provide foreign assistance funded by or through the Department and USAID without the Secretary of State's authorization or the authorization of his designee.

6. (U) All U.S. foreign assistance shall be aligned under the Secretary of State's coordination, direction, and supervision, as appropriate, consistent with section 622(c) of the Foreign Assistance Act of 1961 and section 1523 of the Foreign Affairs Reform and Restructuring Act of 1998 (FARRA) within 180 days.

7. (U) Effective immediately, Assistant Secretaries and Senior Bureau Officials shall ensure that, to the maximum extent permitted by law, no new

obligations shall be made for foreign assistance until such time as the Secretary shall determine, following a review.  For existing foreign assistance awards, contracting officers and grant officers shall immediately issue stop-work orders, consistent with the terms of the relevant award, until such time as the Secretary shall determine, following a review.  Decisions whether to continue, modify, or terminate programs will be made following this review.

8. (U) Effective immediately, pending a review of foreign assistance programs:  no new requests for proposals (RFPs), requests for application (RFAs), notices of funding opportunities (NOFOs), or any other kind of solicitation or request for foreign assistance funding shall be published or processed by the Department, USAID, or other agencies implementing programs funded by the Department or USAID until each has been reviewed and approved by F as consistent with the President's policy; no further technical evaluation committees shall be convened; and there shall be no further funding obligated to awards and contracts or indefinite delivery /indefinite quantity (IDIQ) contracts.

9. (U) Effective immediately, I am suspending the review process for proposals for new foreign assistance grants, subgrants, contracts, or subcontracts.  No new funds shall be obligated for new awards or extensions of existing awards until each proposed new award or extension has been reviewed and approved by F as consistent with the President Trump's agenda.

10. (U) Within thirty (30) days of the issuance of the review standards in paragraph 4, every Bureau, agency office and entity providing any type of

foreign assistance shall produce to F for review a list of all active, pending, or proposed grants, subcontracts, contracts, or subcontracts, and provide a clear and concise statement explaining if and how the current or proposed use of obligated funds advances President Trump's policy.

11. (U) The spokesperson will also release a public statement to this effect.

12. (U) The Secretary of State has approved waivers of the pause under the Executive Order and this ALDAC, subject to further review, with respect to:

(a) foreign military financing for Israel and Egypt and administrative expenses, including salaries, necessary to administer foreign military financing;

(b) emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance;

(c) on a temporary basis, salaries and related administrative expenses, including travel, for U.S. direct hire employees, personal services contractors, and locally employed staff;

(d) legitimate expenses incurred prior to the date of this ALDAC under existing awards or legitimate expenses associated with stop-work orders; and

(e) exceptions to the pause approved by the Director of Foreign Assistance.

DEFINITIONS

13. (U) Only for purposes of this ALDAC, foreign assistance means assistance funded from accounts in titles III and IV and from International

Organizations and Programs in the Department of State, Foreign Operations, and Related Programs Appropriations Acts.

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Drafted By:** | S/TT:Marocco, Peter |
| **Cleared By:** | S/TT:Holler, Daniel |
| | L:Visek, Richard |
| | L:Dorosin, Joshua |
| | S/TT:Anton, Michael |
| | C:Needham, Michael |
| **Approved By:** | S: Rubio, Marco |
| **Released By:** | POEMS_P:Acker, Vanessa G |
| **Info:** | IO COLLECTIVE *Immediate* |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**

CAR 020

DU[ Y ) ˙cZ)

| | |
|---|---|
| **From:** | Nyce, Sayre E |
| **Sent:** | Fri, 24 Jan 2025 19:28:33 +0000 |
| **To:** | Sandra Vines; Una Bilic |
| **Cc:** | PRM-Admissions-Leadership; PRM-Admissions-Private Sponsorship Team |
| **Subject:** | EO Guidance for the Welcome Corps at Work |

Dear Sandra and Una,

Please see the below guidance as it relates to the Executive Order on Realigning the USRAP.  Please convey this guidance to relevant staff and sub-awardee working on the WCW, but do not distribute or forward.

**Applications for Welcome Corps at Work (WCW):**
- Suspend the creation, drafting, and submission to the RSC of new WCW applications for refugee candidates.

**Mobilization, Recruitment, Outreach:**
- Pause all mobilization, recruitment, and outreach activities on behalf of WCW in alignment to the award. This includes outreach/mobilization to prospective sponsors and employers. This also includes refugee identification by IRC and TBB.
- Suspend refugee candidate support activities (signing up in the Talent Catalog, CV support, etc.)
- Any platforms or locations related to recruitment for WCW should reflect this language:
  > *In accordance with the Executive Order on "Realigning the United States Refugee Admissions Program," intake of new applications for the Welcome Corps is suspended, as well as processing of all active or previously submitted applications.*
- Pause all events or planned travel for trips unrelated to monitoring.

**Communications:**
- Post an update to the communication channels about WCW, such as social media accounts, to announce a suspension of accepting new applications and processing of current applications.  Limit additional website updates, webinars, or social media posts to those with PRM review and clearance.
- Pause proactive sponsor-facing communications about Welcome Corps at Work, including mobilization-related materials or events.
- Pause all open or future proactive media or press stories.  All media or press inquiries about the Welcome Corps, Welcome Corps on Campus, and Welcome Corps at Work, including to consortium partners, should be forwarded to PRM-Press@state.gov (who may refer to the White House for additional comment).
- Continue to respond to sponsor or refugee inquiries for specific cases and general FAQs (or direct to RSCs as appropriate).
- Limit communications with employers regarding WCW to activities necessary to support the refugee admitted through the program who is stateside or to provide program updates.

**Post-arrival:**

A-00000975430

- Sponsor communications related to post-arrival activities (i.e., reminders to submit 30- and 90-day reports, refugee surveys, etc.) may continue.
- IRC communications to PSGs and coordination activities with other post-arrival stakeholders for the purpose of service provision may continue until further notice.

**Monitoring:**
- Monitoring and evaluation activities may continue until further notice.
- Travel for the purposes of monitoring may continue until further notice.
- Program integrity and fraud prevention related work may continue.


Sayre Nyce
Program Officer, Welcome Corps
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State
Teams Ph. 771-327-0086

The content of this e-mail is intended solely for the use of the Individual or entity to whom it is addressed. If you have received this communication in error, be aware that forwarding it, copying it, or in any way disclosing its content to any other person, is strictly prohibited. If you have received this communication in error, please notify the author by replying to this e-mail immediately and destroying any copies.


SENSITIVE BUT UNCLASSIFIED

A-00000975430

 Outlook

---

**RE: Operating Guidance for Executive Order on Realigning the United States Refugee Admission Program**

---

**From** Shinbach, Annie <ShinbachA@state.gov>

**Date** Fri 1/24/2025 9:57 AM

**To** Rincon, Natalia <RinconN@state.gov>; PRM-Admissions-OverseasProgram <PRM-Admissions-OverseasProgram@state.gov>; PRM-Admissions-Leadership <PRM-Admissions-Leadership@state.gov>

**Cc** Brown, Hannah K <BrownHK@state.gov>; Jordan, William Y <JordanWY@state.gov>

Thanks Natalia!  Adding in the Leadership team.

SENSITIVE BUT UNCLASSIFIED

**From:** Rincon, Natalia <RinconN@state.gov>
**Sent:** Friday, January 24, 2025 9:55 AM
**To:** PRM-Admissions-OverseasProgram <PRM-Admissions-OverseasProgram@state.gov>
**Subject:** Fw: Operating Guidance for Executive Order on Realigning the United States Refugee Admission Program

Sharing CA guidance on FTJ-R processing, FYI.

SENSITIVE BUT UNCLASSIFIED

**From:** Dohner, Vanessa L (Erbil) <DohnerVL@state.gov>
**Sent:** Friday, January 24, 2025 9:49 AM
**To:** Rincon, Natalia <RinconN@state.gov>; Abdeen, Deanna H (Baghdad) <AbdeenDH@state.gov>; Shak, James P <ShakJP@state.gov>
**Subject:** Fw: Operating Guidance for Executive Order on Realigning the United States Refugee Admission Program

FYSA

Get Outlook for iOS

SENSITIVE BUT UNCLASSIFIED

**From:** Smith, Alan J (Erbil) <SmithAJ2@state.gov>
**Sent:** Friday, January 24, 2025 5:22 PM
**To:** Dohner, Vanessa L (Erbil) <DohnerVL@state.gov>
**Subject:** Fw: Operating Guidance for Executive Order on Realigning the United States Refugee Admission Program

Fyi, not sure if you got this through your channels.

SENSITIVE BUT UNCLASSIFIED

**From:** The-Visa-Office <The-Visa-Office@state.gov>
**Sent:** Friday, January 24, 2025 4:48:00 PM
**To:** The-Visa-Office <The-Visa-Office@state.gov>
**Subject:** Operating Guidance for Executive Order on Realigning the United States Refugee Admission Program

Dear Colleagues,

(SBU) This message is to alert you to the Executive Order (E.O.) of January 20, 2025, "Realigning the United States Refugee Admission Program." The E.O. contains provisions that impact the processing of Following-to-Join V93 refugee beneficiaries (FTJ-R). All posts that issue V93 boarding foils must carefully review and follow this operational guidance and utilize the public talking points below. CA will provide additional guidance in a forthcoming ALDAC. Following-to-Join V92 asylees are not affected by this E.O.; posts should continue processing these cases.

**(SBU) Posts are instructed to implement the following operational guidance for FTJ-R beneficiaries <u>immediately</u>:**

- Posts should cease all FTJ-R case processing, including review of cases in 221(g) status.

- Post should cancel any scheduled appointments for FTJ-R beneficiaries using the email template below.

-  For cases where post has already printed a foil and the passport and package is still at post, post should pass the passport and package to IOM, per 9 FAM 203.6-16.

- Post should return any passports without foils to FTJ-R beneficiaries using the email template below.

**(SBU) <u>Posts must utilize the cleared talking points below to communicate with beneficiaries regarding their cases.</u>**

- **For Beneficiaries Whose Passports Have Foils:** The Department of State has passed your passport to the International Organization for Migration. Please contact IOM regarding retrieval of your passport.

- **For Appointment Cancelation:** The Department of State has canceled your Following-to-Join Refugee travel eligibility interview as per the Executive Order (E.O.) "Realigning the United States Refugee Admissions Program." The Department may contact you with next steps on your case at a future date.

- **For Returning Passports Without Foils:** The Department of State has ceased processing of your Following-to-Join Refugee case per the Executive Order (E.O.) "Realigning the United States Refugee Admissions Program." The Department

may contact you with next steps on your case at a future date.  Please come to the embassy/consulate on DATE/TIME to pick up your passport.

- **For General Inquiries:**  The Department of State has suspended processing of your Following-to-Join Refugee case per the Executive Order (E.O.) "Realigning the United States Refugee Admissions Program."  The Department may contact you with next steps on your case at a future date.

(SBU) Post must refer any U.S. media inquiries regarding E.O.s to CA-Press@state.gov, and congressional inquiries regarding E.O.s to ConsularOnTheHill@state.gov.  Posts may respond to requests from international media regarding E.O.s using CA's cleared press guidance located on CA Web (linked here), copying CA-Press@state.gov.

(SBU) VO will also update public-facing information on Travel.State.Gov.  State Department personnel are encouraged to join the CA/VO Transition Coordination Team to review official guidance and submit questions to VO subject matter experts regarding the E.O.

Sincerely,

The Visa Office

*This email was sent to the MCCAs, Consular Chiefs, and Immigrant Visa Chiefs listed in the CCD.  Please contact Rebecca Wall, VO/F/IE with any questions.*

SENSITIVE BUT UNCLASSIFIED

| From: | Parker, Andrew |
|---|---|
| Sent: | Wed, 26 Feb 2025 14:57:15 +0000 |
| To: | Denino, Philip M |
| Cc: | Kouba, Joseph G; Meredith, Latoya; Kennedy, Lindsay C; A/OPE/FA Grants Policy |
| Subject: | Immediate Action Required: Termination of Awards in MyGrants |
| Attachments: | Immediate Action Required: Termination of Awards in MyGrants |

Good morning Philip,

Please review all of your awards in myGrants for termination. We request that you focus on the following awards first and take immediate action on them by **noon today.**

Please see the attached instructions that were sent in conjunction with this effort last night.

| Awarding Office | Primary Grants Officer | FAIN_ID |
|---|---|---|
| BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | **Philip M Denino** | ██████ |
| | | ██████ |
| | | ██████ |
| | | ██████ |
| | | ██████ |

Best,
**FAPD**



BUREAU OF ADMINISTRATION
**Global Acquisition**

INTEGRITY|SOLUTIONS-ORIENTED|HIGH-PERFORMING|DETERMINED

SENSITIVE BUT UNCLASSIFIED

A-00000975839

**From:**        A/OPE/FA Grants Policy
**Sent:**        Tue, 25 Feb 2025 23:48:54 +0000
**Subject:**     Immediate Action Required: Termination of Awards in MyGrants
**Attachments:** Notice of Termination Letter - 2.25.25.docx


Dear MyGrants Grantors:

This message is a follow-up to the instructions on the new Mandatory Fields in MyGrants.

The Department has completed its review of several existing Foreign Assistance-Funded actions and has made the decision to terminate certain actions that are considered inconsistent with United States foreign policy.

Grants that must be terminated will be effectuated through an auto-termination feature, where MyGrants will prompt you to approve a termination amendment with a shortened approval flow.

If you receive a MyGrants termination request, you must take action on that termination **immediately**. Send out a termination notice (termination template attached) and update the grant's termination date in MyGrants.

Here are the steps to take:
1. You should receive an email from MyGrants notifying you of a pending approval in your queue.
2. Log in to MyGrants and locate the in-progress amendment for termination.
3. Complete the amendment to the award. The Period of performance end date will already be populated.
   a. Amendment justification will state "This award has been terminated in alignment with an Executive Order or ALDAC."
   b. You will be required to complete the newly added fields "Has or will this award be suspended?" and "Has or will this award be terminated?"
   c. Ensure you are listed as the Primary or Back-up Grants Officer or you may not be able to approve the award.
   d. If there are any other errors or missing fields, the system will let you know when you try to approve.
   e. If you are not able to approve the amendment today, you will be required to update the Period of Performance end date to at least one day in the future.
4. Make any needed changes to the system generated Award Provisions or select the Bypass Award Provisions check box.
5. Send the termination letter to grantee (see termination letter template attached). Do not modify the boilerplate language.
6. Upload the termination letter to MyGrants.


SENSITIVE BUT UNCLASSIFIED

A-00000975839



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

[Insert Date]

[Recipient Organization
Name/Point of Contact/Address]

REF:  [FAIN]; [Project Title xxx]

Dear [Insert Name]:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of [insert termination date]. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date. [delete sentence if the termination amendment has already been processed]

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

[Insert Grants Officer Name]

A-00000975839

Announcement #: 117270
Office of Origin: F
Category: Policy
Date of Announcement: February 26, 2025

# State and USAID Foreign Assistance Pause Exception Process and Disbursement FAQs

The Office of Foreign Assistance (F) has issued Frequently Asked Questions (FAQs) to provide additional information for State and USAID bureaus, offices, and missions regarding the foreign assistance waiver process and disbursement process.  These FAQs help to clarify and reinforce streamlined guidance and processing of payments, particularly for expenses under paragraph 12(d) of 25 STATE 6828.  The FAQs may be found on the State Department Managing for Results Budgeting Guidance SharePoint and F's USAID pages site.

Please refer additional questions to your F POC or the F/Resources and Appropriations team at F-RA-Execution@state.gov.

Questions may be directed to F-RA-Execution@state.gov.

CAR 030

# (SBU) State and USAID Foreign Assistance Pause
# Exception Process and Disbursement FAQs

### *Issued February 26, 2025*

Please note these FAQs include new or clarifying guidance on procedures, processes, and approval flows.

1. **Is the exception and payment process applicable to State and USAID?**
   *Yes. ALDAC 25 State 10948 technical guidance applies to State and USAID unless otherwise noted below. There are USAID applicable sections below. Additional information on the USAID internal waiver process and other requirements may be found on USAID's Executive Secretariat internal website.*

**Clearance process updates**

- Effective February 20, 2025, C and P clearances are no longer required on 12(e) Waiver Memos to the Director of Foreign Assistance (DFA).

**Expenses and disbursements under the Secretary's 12(c) waiver**

2. **Do 12(c) direct bi-weekly payroll payments require Senior Bureau Official (SBO) approval?**
   *No.*

3. **Do 12(c) expenses require a "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form?**
   *No.  To facilitate timely and essential critical payments supporting mission operations related to 12(c) waived expenses, posts may proceed processing through the Post Support Unit (PSU) and obligating these expenses at post without obtaining Senior Bureau Officer (SBO) approvals for waived 12(c) related expenses. The PSU will verify these 12(c) expenses as expenditures related to the 1000-2000 budget object classes (BOC), which by definition are administrative costs and related 4160 BOC for Value Added Tax on those expenses. Please refer to ALDAC 25 STATE 14458 for additional information.  USAID also issued a message to the agency reinforcing the ALDAC and communicating that 12(c) expenses paid with Operating Expense (OE) funds also no longer require additional steps.  USAID Controllers will ensure OE payments that fall outside 12(c) administrative expenses (e.g. Free Russia Foundation) will be flagged for further analysis and sent to the SBO for approval.*

4. **Does the 12(c) waiver "on a temporary basis, salaries, and related administrative expenses, including travel, for U.S. direct hire employees, personal services contractors, and locally employed staff" cover new obligations for not-yet-issued PSC contracts or do bureaus need to submit an AM to the Director of Foreign Assistance?**
   *The Department and USAID currently have a hiring freeze in place. In general, no new obligations for such purposes should occur; however, if an SBO determines such new obligations are*

*necessary an exception should be sought under 12(e).*

5. **Please clarify SBO approval requirements for new travel authorizations and vouchers.**
*In line with current travel guidance, all official travel, international and domestic, must be approved by the SBO. Approval for travel that originates abroad is to be approved by the relevant COM. For COMs, their travel should be approved by the relevant Bureau SBO. Proof of the SBO's/COM's approval of the travel should be noted in E2 in the remarks section and supplemental documentation may be attached to the travel authorization. Bureau SBOs approve travel payment by signing the Obligation and Disbursement waiver form.*

**Interagency Agreements (IAAs) and Transfers**

6. **Are U.S. Direct Hire (USDH) and Locally Employed Staff (LES) at the IAA servicing agency (recipient agency) considered USDH within the context of the waiver? i.e. some IAA agency partners are asking whether their USDH and LES that charge the IAA to cover the staff's salaries fall under 12(c).**
*Per 25 STATE 14458, the 12(c) waiver includes administrative expenses for all USDH, personal services contractors (PSCs) and LES staff funded from foreign assistance. Regardless of the mechanism used to fund the positions, these costs are covered by the waiver. For program staff, they should only work on programs that have an approved waiver/exception. However, if a PSC contract is terminated during the pause, it will not be paid further.*

7. **If State and USAID bureaus have entered into a 632(a) or 632(b) agreement with another U.S. agency to implement a program, is the SBO for the originating/requesting State/USAID bureau/office responsible for approving the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form for disbursements made by the interagency partner (servicing/recipient agency)?**
*No. The State or USAID SBO is only responsible for certifying and approving the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form for disbursements when their agency is the disbursing agency.*

**Payments and new obligations**

8. **What should be included when submitting payment requests for processing?**
*In addition to regularly provided information, bureaus/offices should attach: 1) The approved waiver/exception memo and 2) the SBO signed "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form (including information requested on page 2 of that form). Disbursements under 12(c) do not require this form and bureaus and posts should refer to ALDAC 25 STATE 14458 and the message to the USAID workforce on 12(c) expenses (for USAID OE expenses).*

9. **Is the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form required for all mechanisms (contracts, grants, IAAs, etc.)?**
*Yes. The form is required for all mechanisms and should be uploaded as supporting documentation with the payment request or new obligation action.*

SENSITIVE BUT UNCLASSIFIED

    a. *For State bureaus submitting payments, you should upload the approved waiver/exception memo and the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form, which should include recipient and invoice information as requested on page 2 of the form. Multiple invoices may be attached to one payment form for SBO review.  Approved payment memos and forms should also be submitted to* CGFSFAWaiver_Intake@state.gov *with the subject line denoting PMS or IPP payment for approval to ensure CGFS is tracking all necessary details to help facilitate payments.*

    b. *For USAID Operating Units submitting payments in Phoenix, you should attach the approved waiver/exception memo and the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form.*

**10. Is the "Obligation or Disbursement under Waiver for Foreign Assistance Pause" form required for payments for programs under the 12(b) emergency food exception?**
*Yes.*

**11. If a new program is approved by the Director of Foreign Assistance is the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form required to make the obligation and payments against the new obligations?**
*Yes, SBO certification and approval of the obligation and any separate payment actions is required to ensure the final obligation and any payments are aligned with the waiver approved by the DFA.*

**12. Do you need recipient/vendor information on the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form?**
*Yes. When "Obligation or Disbursement under Waiver of Foreign Assistance Pause" forms are submitted with payments, the bureau/office should attach additional identifying information utilizing the fields provided on page 2 of the form. Please note the form has been recently updated and can be found at the State and USAID links at the end of this FAQ.*

**13. Can I advance costs to a grantee to execute activities approved under a waiver/exception?**
*Yes, but only for the time period agreed to as part of the waiver/exception approval.  If no specific time period was provided, then funds should only be advanced for the period of the foreign assistance review, that is until April 19, 2025.  Additional guidance will be provided following the conclusion of the foreign assistance review.*

**14. Does the pause extend to no cost extensions (NCEs) or the execution of contract option years?**
*Yes.  Bureaus seeking to continue any program with existing funding must seek an exception from the Director of Foreign Assistance (DFA) for that program to continue during the 90-day pause.*

**15. If you have an approved exception for activities under 12(e), do you need separate approval for prior expenses incurred, etc.?**
*No, if the program, project, or activity was approved by the Director of Foreign Assistance to continue by a 12(e) exception, legitimate expenses incurred prior to the issuance of* 25 STATE 6828 *that are part of that same program or project may be paid with SBO confirmation on the*

*"Obligation or Disbursement under Waiver of Foreign Assistance Pause" form. The ALDAC was issued January 24, 2025, therefore legitimate expenses incurred through January 23, 2025 are covered by the waiver.*

16. **What is required for 12(d) payments?**
*For legitimate expenses incurred prior to the January 24 release of 25 STATE 6828 under existing awards or legitimate expenses associated with stop-work orders, bureaus/offices **do not** need to get DFA approval but should obtain SBO approval on the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form, checking the 12(d) category on the form. This form should be submitted along with the payment request.*

17. **What costs associated with stop work orders may be incurred?   Are organizations that receive funds for a program that is on pause, but not terminated, allowed to continue to pay operational costs to keep personnel, leases, etc.?**
*Bureaus and offices should first consult with their contracting or grants / agreement (USAID) officer regarding the terms and conditions governing their agreements.  For contracts with a FAR 52.242-15 Stop-Work Order clause, there will be FAR guidance and a normal procedure by which the CO decides which costs would typically be allowable.  For contracts where a stop-work order clause (or similar) was not included, COs were directed to negotiate bilateral modifications providing for work stoppages.  Which costs would be allowable will depend on what the contract says (and what type of contract it is) and what those bilateral modifications say.*

18. **If we have non-admin costs that need to be paid at post, for which there is a waiver or approved exception, who is the SBO that approves disbursement of those funds?**
*For State Department wholly-owned accounts (e.g. INCLE, MRA, etc.) the accountable Senior Bureau Official (SBO) for those funds/that manages those funds must approve the SBO obligation and waiver disbursement form (not the regional bureau SBO). So, in this case, the INL SBO would approve.*

19. **Who are the Senior Bureau Officials (SBOs) that are the accountable official for each functional foreign assistance account or other foreign assistance accounts?**

    a. ***For USAID,*** *all payment requests for USAID SBO approval should be sent to* aid.estaskermaillistusaid@usaid.gov, *copying* FundingApprovalRequest@USAID.gov. *Depending on the account/program, the USAID/FO will route the request to the appropriate SBO.*

    **For State Bureaus and Offices:**

    b. ***Assistance for Europe, Eurasia, and Central Asia (AEECA):*** *EUR - Assistant Secretary of State (European and Eurasian Affairs):  Louis Bono (Senior Bureau Official) will approve EUR-related items. For SCA-related items, Assistant Secretary of State (South and Central Asian Affairs):  Eric Meyer (Senior Bureau Official) will approve.*

    c. ***Democracy Fund (DF):*** *DRL - Assistant Secretary of State for Democracy, Human Rights, and Labor:  Jonathan Mennuti (Acting). For J/IRF- Ambassador-at-Large for International Religious Freedom: Patrick Harvey (Senior Bureau Official).*

    **d.** *International Narcotics Control and Law Enforcement (INCLE):* *INL - Assistant Secretary of State:  F. Cartwright Weiland (Senior Bureau Official). For INCLE funds implemented by J/GCJ, J/TIP or NEA (i.e. for Syria), the respective bureau/office SBO should approve those funds.*

        i. *Please send requests for INCLE allotted to posts that require SBO approval to:* [INL-SBO-12C-REQUESTS@state.gov](mailto:INL-SBO-12C-REQUESTS@state.gov).

    **e.** *International Organizations and Programs (IO&P):* *IO - Assistant Secretary of State: McCoy Pitt (Senior Bureau Official)*

    **f.** *Foreign Military Financing (FMF), Peacekeeping Operations (PKO), and International Military Education and Training (IMET):* *PM:  James Holtsnider (Senior Bureau Official)*

        **i.** *NOTE: The "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form is not required for funds managed by DSCA.*

    **g.** *Global Health Programs (GHP-State):* *GHSD - Ambassador at Large and Coordinator of United States Government Activities to Combat HIV/AIDS Globally (S/GAC):  Jeffrey D. Graham (Senior Bureau Official)*

    **h.** *Migration and Refugee Assistance (MRA):* *PRM - Assistant Secretary of State:  Adam Zerbinopoulos (Senior Bureau Official)*

        i. *Please send requests for PRM funding allotted to posts that require SBO approval to* [PRM-EX-Budget@state.gov.](mailto:PRM-EX-Budget@state.gov)

    **i.** *Nonproliferation, Anti-terrorism, Demining and Related Programs (NADR) funds/subaccounts:*

        **i.** *Arms Control, Deterrence, and Stability (ADS), Contributions to the Comprehensive Test Ban Treaty International Monitoring System (CTBT IMS) and the Organization's Prepatory Commission (CTBTO PrepComm):* *ADS - Assistant Secretary of State:  Paul B. Dean (Acting)*

        **ii.** *Anti -Terrorism Assistance (ATA):*

            1. **CT** - *Coordinator for Counterterrorism:  Gregory D. LoGerfo (Acting) For requests related to CT funding that need SBO approval, please send to* [ct_ex_budget-fa@state.gov.](mailto:ct_ex_budget-fa@state.gov)

            2. **DS** - *Carlos Matus (acting). For requests related to DS ATA funding that need SBO approval, please send to* [Dscfoatainvoices@state.gov](mailto:Dscfoatainvoices@state.gov)

        **iii.** *Export Control and Border Security (EXBS), Global Threat Reduction (GTR), International Atomic Energy Agency (IAEA), Nonproliferation and Disarmament Fund (NDF), Nonproliferation Cooperation (NPTCoop), and Weapons of Mass Destruction Terrorism (WMDT):* *ISN - Assistant Secretary of State:  Ann Ganzer (Acting)*

        **iv.** *Conventional Weapons Destruction/Humanitarian Demining (CWD):* *PM - James Holtsnider (Senior Bureau Official)*

    **j.** *Other function 150 international accounts and agencies, such as DFC, MCC, CDC and other relevant agencies, non-function 150 accounts:* *Guidance is being working through a separate track for interagency partners such as* DFC, USTDA, DEA, CBP, *MCC, CDC and others that implement foreign assistance.  F will share additional details when they are available.*

*For State, for Economic Support Funds (ESF), and other accounts not specified, the regional or functional bureau SBO for the bureau managing the program is responsible for certifying the obligation or implementation of those funds.*

**20. Do you have additional guidance on the life-saving humanitarian assistance? What costs are included?  What accounts are included in this particular waiver?**

The S waiver for life-saving humanitarian assistance applies *to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.*

*The intended Humanitarian Assistance FA accounts that fall under the S waiver are: International Disaster Assistance (IDA), Migration and Refugee Assistance (MRA), Emergency Refugee and Migration Assistance (ERMA), and Title II Food For Peace (FFP).  Additionally, the DFA approved an exception for specific life-saving assistance through PEPFAR — life-saving HIV care/treatment services, testing, and commodities/drugs; prevention only for mother-to-child transmission services and commodities/drugs (e.g., PrEP); and reasonable admin costs necessary to deliver this assistance — through the Global Health Programs (GHP-State and GHP-USAID for HIV/AIDS assistance) accounts.  All activities consistent with the waiver definition and PEPFAR exception funded by these accounts may continue unless they are prohibited by other guidance (e.g., DEI EO). Any non-HA accounts, such as Economic Support (ESF) and Development accounts (DA, DF) where medical services, food, subsistence assistance programs are funded will need to seek an exception consistent with 12(e) of ALDAC 25 STATE 6828.*

*For life-saving humanitarian assistance reasonable administrative costs, 12(c) "salaries and related administrative expenses" as paragraph 8 in ALDAC 25 STATE 10948 lists most benefits that are applicable to HA; other HA specific expenses that are included in 12(c) are medevac payments for USDH, tuition payments for minor children of employees posted overseas, and education allowances for FTEs.*

*For any other HA activities funded from any other accounts that SBOs determine may fit under the definition of the life-saving assistance waiver, a bureau would need to seek an exception from the Director of Foreign Assistance (DFA) consistent with 12(e) in the ALDAC 25 STATE 6828.*

**22. Do gift funds or 607 funds, which are not foreign assistance, require DFA approval?**

*Gift funds or section 607 funds received from other countries that are added to US contracts, grants, and/or transferred to other foreign assistance accounts **do not** require DFA approval but do require SBO approval.  Bureaus documenting their SBO approval for these activities should clear the associated memo with F.  Once gift funds hit the financial systems, they are managed in a similar manner to other foreign assistance.  Bureaus should fill out the "Notes" section in the "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form and specifically note that these are gift funds.*

**23. Where can I locate the ALDACs, templates, and forms related to the waiver/exception and payment process?**

State/MfR SharePoint: 2025 Foreign Assistance Review Guidance

USAID Executive Secretariat FA Blanket Waiver and Exceptions Guidance may be found here.

USAID/FA Bureau USAID Pages: https://my.usaid.gov/node/43304

SENSITIVE BUT UNCLASSIFIED                              CAR 036

**24. Where can I go if I have addiWional quesWions?**

Questions on Waivers or Exceptions may be directed to State/F at fawaivers@state.gov.  Please CC your relevant F POC.

Questions on State Department disbursements may be directed to:  State/CGFS at *gfscbureauinvoiceinquirymailbox1@state.gov.*

FAQs on State Department grants and contracts may be found here: https://usdos.sharepoint.com/sites/A-OPE/PO/SitePages/nk2aafgo.aspx

Questions on USAID disbursements from USAID staff may be directed to: aid.estaskermaillistusaid@usaid.gov, copying fundingapprovalrequest@usaid.gov.

Questions on USAID contracts / agreements from USAID staff may be directed to: A&A via the Transition and Executive Order form.

Questions from USAID implementers may be directed to industryliaison@usaid.gov

**UNCLASSIFIED**



| | |
|---|---|
| **MRN:** | 25 STATE 10948 |
| **Date/DTG:** | Feb 05, 2025 / 052237Z FEB 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O.:** | 13526 |
| **TAGS:** | ABUD, AFIN |
| **Subject:** | (SBU) Department of State Foreign Assistance Review Technical Guidance for Waivers Approved by the Secretary of State and the Director of Foreign Assistance |

1. (SBU) This ALDAC provides additional technical guidance consistent with Executive Order 14169 on *Reevaluating and Realigning United States Foreign Aid* and the Secretary's direction in *ALDAC 25 STATE 6828*, which paused all new obligations and disbursements of Department of State and USAID foreign assistance not covered by certain waivers, pending a review. As noted in the ALDAC, all bureaus, offices, and missions responsible for foreign assistance funding from accounts in titles III and IV and the International Organizations and Programs account (IO&P) of the annual appropriations acts must comply with this guidance. All relevant links related to the foreign assistance pause, including forms and templates, are available on the *F Managing for Results SharePoint* in the 2025 Foreign Assistance Review Guidance folder.

**(SBU) Executive Orders and Secretary of State Waivers**

2. (SBU) President Trump has issued a series of executive orders to protect the American people and safeguard valuable taxpayer resources, including *Protecting the American People Against Invasion* (Jan. 20, 2025), *Reevaluating and Realigning United States Foreign Aid* (Jan. 20, 2025), *Putting America First in International Environmental Agreements* (Jan. 20, 2025), *Unleashing American Energy* (Jan. 20, 2025), *Ending Radical and Wasteful Government DEI Programs and Preferencing* (January 20, 2025), *Initial Rescissions of Harmful Executive Orders and Actions* (January 20, 2025), and Ending Illegal Discrimination and Restoring Merit-Based Opportunity (Jan. 21, 2025).

3. (SBU) On Friday, January 24, consistent with Executive Order 14169 on *Reevaluating and Realigning United States Foreign Aid*, Secretary Rubio issued ALDAC 25 STATE 6828. The ALDAC paused all new obligations of funding for foreign assistance programs funded by the Department and USAID and instructed that no new requests for proposals (RFPs), requests for application (RFAs), notices of funding opportunities (NOFOs), or any other kind of solicitation or request for foreign assistance funding shall be

published or processed by the Department, USAID, or other agencies implementing programs funded by the Department or USAID until each has been reviewed and approved by F as consistent with President Trump's policy. For existing foreign assistance awards, the Secretary directed contracting officers and grant officers to immediately issue stop-work orders, consistent with the terms of the relevant award, pending the review. No further technical evaluation committees shall be convened; and there shall be no further funding obligated to awards and contracts or indefinite delivery/indefinite quantity (IDIQ) contracts. The Secretary also instructed that no new funds shall be obligated for new awards or extensions of existing awards until each proposed new award or extension has been reviewed and approved by F as consistent with the President's agenda.  Paragraph 12 of the ALDAC included specific waivers of the pause approved by the Secretary.

4. (SBU) The Secretary also issued an *Emergency Humanitarian Waiver* on January 28, which applies to life-saving humanitarian assistance (as described in the waiver).  This waiver allows existing implementers to continue or resume work under existing awards subject to the following directions. No new contracts shall be entered into. This waiver for life saving humanitarian assistance applies to life-saving medicine, medical services, food, shelter, and subsistence assistance as well as supplies and reasonable administrative costs as necessary to deliver such assistance. The waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered as outlined, DEI or gender ideology programs, transgender surgeries, or other non-life saving assistance. Migration and Refugee Assistance (MRA) may only be used to support life-saving humanitarian assistance activities outlined in the waiver and repatriation of third country nationals to their country of origin or safe-third-country.

**(SBU) Scope of Current Waivers**

5. (SBU) For purposes of the ALDAC and related waivers, including the Emergency Humanitarian Waiver, foreign assistance means assistance funded from accounts in titles III and IV and from the IO&P account in the Department of State, Foreign Operations, and Related Programs Appropriations Acts.

- **Title III Accounts:** Development Assistance (DA), Global Health Programs (GHP), International Disaster Assistance (IDA), Transition Initiatives (TI), Complex Crises Fund (CCF), Economic Support Fund (ESF), Democracy Fund (DF), Assistance for Europe, Eurasia, and Central Asia (AEECA), Migration and Refugee Assistance (MRA), U.S. Emergency Refugee and Migration Assistance Fund (ERMA)
- **Title IV Accounts:** International Narcotics Control and Law Enforcement (INCLE), Nonproliferation, Anti-terrorism, Demining and Related Programs (NADR), Peacekeeping Operations (PKO), International Military Education and Training (IMET), Foreign Military Financing (FMF)
- International Organizations and Programs (IO&P)

6. (SBU) **Current Waivers:**  The Secretary has approved waiver categories of the pause under the Executive Order and ALDAC 25 State 6828, subject to further review, with respect to:

- 12(a) - Foreign Military Financing for Israel and Egypt and administrative expenses, including salaries, necessary to administer Foreign Military Financing;
- 12(b) - emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance;

CAR 039
DU[ Y ˙ & c Z +

- 12(c) - on a temporary basis, salaries and related administrative expenses, including travel, for U.S. direct hire employees, personal services contractors, and locally employed staff;
- 12(d) - legitimate expenses incurred prior to the date of this ALDAC under existing awards or legitimate expenses associated with stop-work orders;
- 12(e) - exceptions to the pause approved by the Director of Foreign Assistance; and
- via separate waiver, life-saving humanitarian assistance that applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, such as supplies and reasonable administrative costs as necessary to deliver such assistance.

7. (SBU) Assistant Secretaries (A/S) (or Acting A/S) and Senior Bureau Officials (SBO) are **required** to fill out an *Obligation or Disbursement under Waiver of Foreign Assistance Pause form* for all waived categories (e.g., 12(a) - 12(e) and separate HA waiver) to confirm that approved costs fall within this waiver.  This form and any 12(e) exception approvals (as outlined below) are required in all payment packages processed domestically and overseas.  For domestic payments, these documents should be uploaded in the IPP system with the payment or included with manually submitted payment packages for certification and payment. For payments processed at posts, for the period of the pause, foreign assistance payments covered under approved waiver categories and exceptions must be submitted to the Post Support Unit (PSU) for certification and payment. Posts can still elect to partial pay any portion of a payment that does not contain foreign assistance funds and send the remaining portion to PSU. For now, system relationship edits in RFMS for foreign assistance funded payments will remain in effect for posts. For foreign assistance funded official travel, bureaus and posts are responsible for ensuring adequate controls A/S or SBO approval. This approval should be noted in the remarks section of the E2 travel authorization. For federal assistance payments that use the HHS Payment Management System, the approved form must be uploaded to the MyGrants system prior to the approval in the Payment Management System. The form must be uploaded as a Post Award Activity and then submitted to integrate into the award file.

(SBU) **Additional information on administrative expenses under paragraph 12(c) of the ALDAC**

8. (SBU) The waiver, on a temporary basis, for salaries and related administrative expenses, including travel, for U.S. direct hire (USDH) employees, personal services contractors (PSCs); and locally employed (LE) staff exemption in paragraph 12(c) of the ALDAC allows for operations related to salaries and administrative expenses to continue while the review of foreign assistance is taking place. These administrative expenses may include the following expenses where funded from foreign assistance:  salaries and benefits for USDH, PSCs and LE Staff; approved official travel for USDH, PSCs, and LE Staff; insurance payments for USDH, PSCs, and LE Staff; USDH, PSC, and LE Staff work cell phone costs;  PSC contract costs; ICASS costs; USDH and PSC housing leases; residential trash collection for USDH and PSC residences at post; utility expenses for USDH and PSC residences at post; security costs- (including  security guard services, surveillance systems, and related security measures);  communication costs for USDH and PSCs (including phone lines, internet access, and other communication infrastructure); potable water deliveries for USDH, PSC, and LE Staff; rent for leased spaced used for offices, equipment, utility, or data storage, security readiness and storage  used by USDH, PSCs, and LE Staff; maintenance and repair of equipment used by USD, PSCs, and LE Staff; security, legal, accounting, and information technology professional services; contractor facilities, utilities, and fuel direct charged to the Department; costs related to eligible family members (EFMs); and payments to Citi Bank for government Purchase cards for expenses already incurred and approved.

**(SBU) Additional information on "legitimate expenses" under paragraph 12(d) of the ALDAC**

9. (SBU) "Legitimate expenses" must include allowable and allocable costs under the terms and conditions of the applicable award or contract that are approved by the Director of Foreign Assistance after submission for consideration through FAWaivers@State.gov.

**(SBU) EXCEPTION PROCESS**

10. (SBU) Bureaus and Offices that wish to continue critical obligations and/or disbursements for foreign assistance programs **not included** in existing waivers must seek an exception from the Director of Foreign Assistance (DFA) under paragraph 12(e) of the ALDAC or a waiver from the Secretary. Bureaus and Offices that wish to seek an exception under paragraph 12(e) for new obligations and/or disbursements must submit an Exception Action Memo to the DFA for approval. **There is a very high bar for such exceptions.** The memo should follow the linked template and clearly demonstrate how the program is aligned to President Trump's policy.

[25 STATE 6828 FA Review Exception Memo Template.docx](#)

11. (SBU) Illustrative high-bar examples of things that could be considered for exceptions by the Director of Foreign Assistance include, but are not limited to:

> (1) obligations or disbursements tied directly to a known Trump Administration priority,
> (2) significant risk of program breaks, work stoppage, or closures for programs where American lives and security would be at risk and that align to a known Trump Administration priority, or
> (3) third party contract staff salaries and other related contract costs required for the safety and security of Americans and/or U.S. property.

**(SBU) DISBURSEMENT OF OBLIGATED FUNDS UNDER THE WAIVER IN PARAGRAPHS 12(a) - 12(c) OF THE ALDAC**

12. (SBU) Any Bureau, Office, or post seeking to disburse funds that have already been obligated and are covered by a waiver specified in paragraphs 12(a)-(c) of the ALDAC, should have the applicable A/S or SBO fill out and sign an *Obligation or Disbursement under Waiver of Foreign Assistance Pause form* to confirm that that the disbursement falls within an approved waiver. This form may not be signed by anyone other than those listed above.

**(SBU) DISBURSEMENT OF OBLIGATED FUNDS THAT REQUIRE AN EXCEPTION UNDER PARAGRAPH 12(d)- 12(e) OF THE ALDAC**

13. (SBU) Any Bureau, Office, or post seeking to disburse funds that have already been obligated, but currently on pause due to the Executive Order and ALDAC and require an exception approved by the Director of Foreign Assistance under paragraph 12(d)-(e) of the ALDAC, should submit the *FA Review Exception Memo template*. Drafters should include all relevant disbursement requirements related to the activity and/or program. Once the exception is approved, the *Obligation or Disbursement under Waiver of Foreign Assistance Pause form* signed by the applicable A/S or SBO, and the signed exception should be submitted with the invoice(s) for payment. Bureaus that have received an approved waiver for disbursements, should send the waiver to the program office and cognizant CO/GO/AO as well as the CGFS disbursement office.

**(SBU) EXCEPTIONS TO OBLIGATE FUNDS AND/OR RESUME ACTIVITIES UNDER PARAGRAPH 12(e) OF THE ALDAC**

14. (SBU) If a Bureau, Office, or post is seeking an exception for the obligation of foreign assistance funds or the resuming of activities funding by foreign assistance then they should use the *FA Review Exception Memo Template* and the *Exemption Excel Template* and add **an additional decision block for the exception request for each program.**

15. (SBU) Completed exception packages for approval will only be accepted with approval from A/S or SBOs**.**  Requests not already provided to F as of the release of this guidance should be sent by email to Foreign Assistance Waiver (FAWaivers@state.gov), which is listed in the GAL.  If you have previously submitted waiver requests that are still pending, please follow this format to expedite your request.

**The Director of Foreign Assistance will either approve, disapprove, or request a discussion on each Bureau or Office request.**

**(SBU) OBLIGATION OR DISBURSEMENT OF FUNDS RECEIVED UNDER SECTION 635(D) OR SECTION 607 OF THE FOREIGN ASSISTANCE ACT (GIFT FUNDS AND SECTION 607 AUTHORITY)**

16. (SBU) If a Bureau,  Office, or post is seeking to obligate or disburse funds received via sections 635(d) or 607 of the Foreign Assistance Act, then they should use the FA Review Exception Memo Template and include a decision block for the exception request for each program which identifies the donor, the program, and the request as one for donor-received funds.

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Drafted By:** | F/RA:Pulford, Lauren |
| **Cleared By:** | F/RA:Williams, Rebecca |
| | CGFS:Walsh, James |
| | CGFS:Davisson, William |
| | BP/RPBI:Crumbly, Angelique |
| | F/FO:Dashtara, Abraham |
| | F:Peterson, Kyle |
| | A/FO:Gray, Matthew |
| | A/GA/AP:Drabkin, Sarah |
| | A/GA/AP:Urman, Anna |
| | M:Inzerillo, Suzanne |
| | S/TT:Orr, Caleb |
| | C:Veprek, Andrew |
| | L/BA:O'Connor, Elizabeth |
| | L/M:Cracraft, Valerie |
| | L/LFA:Pompian, Shawn |
| | S/ES:Mennuti, Deborah |
| | AF/EX:Hazel, Steven |
| | EAP/EX:Johnson, Horace |
| | EUR-IO/EX:Karber, Jon |
| | NEA-SCA/EX:Landis, Rebecca |
| | NEA/AC:Walters, Danika |
| | SCA/STA:Briggs, Jason |
| | WHA/PPC:Jilka, Lucy |

WHA/EX:Cavey, Michael

**Approved By:**    S/TT:Marocco, Peter

**Released By:**    RM_DCFO:Anderson, Veronique Z

**XMT:**    BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL

---

**UNCLASSIFIED**

**UNCLASSIFIED**



| | |
|---|---|
| **MRN:** | [25 STATE 24730](#) |
| **Date/DTG:** | Mar 19, 2025 / 192327Z MAR 25 |
| **From:** | SECSTATE WASHDC |
| **E.O:** | 13526 |
| **TAGS:** | ABUD, AFIN, AMGT |
| **Subject:** | Updated Guidance for Ongoing State and/or USAID-Funded Foreign Assistance Programs |

1. (SBU) Consistent with the President's Executive Order on *Reevaluating and Realigning United States Foreign Aid* (January 20, 2025) and the now-completed review of existing State and USAID foreign assistance contracts, grants, and cooperative agreements initiated by [25 STATE 6828](#) (January 24, 2025), this ALDAC establishes updated guidance for ongoing foreign assistance programs funded by or through the Department and/or USAID.

**(SBU) Completed Review of Foreign Assistance Programs**

2. (SBU) Prior to February 13, 2025, the Department and USAID paused all new obligations of funding for foreign assistance programs and, for existing foreign assistance awards, issued stop-work orders (SWOs) and suspensions, consistent to the extent possible with the terms of the relevant awards, pending the review initiated by [25 STATE 6828](#) and amended by [25 STATE 10948](#) (February 5, 2025).

3. (SBU) To comply with a temporary restraining order (TRO) issued by the United States District Court for the District of Columbia on February 13, 2025, the Department and USAID accelerated the review of all existing foreign assistance-funded contracts, grants, cooperative agreements, and

other federal assistance awards to decide whether to terminate or continue each award. At State, Senior Bureau Officials (SBO) led the substantive, individualized review, which was completed with the Secretary's approval. At USAID, a task force of senior policy advisors, in consultation with the Office of Foreign Assistance at State, conducted a substantive, individualized first-line evaluation of USAID programs, which was completed with the Secretary's approval.

4. (SBU) Following these reviews, relevant bureaus, along with their contracting and grants officers, began issuing termination notices for programs identified for termination and rescinding SWOs and suspensions for those that were not.

5. (SBU) For purposes of this ALDAC, "ongoing foreign assistance programs" means grants, contracts, cooperative agreements, and other federal assistance awards by State and USAID funded from accounts in titles III and IV or from the IO&P account in the Department of State, Foreign Operations, and Related Programs Appropriations Acts that were not identified for termination by the process described above.

**(SBU) Administration and Review of Ongoing Foreign Assistance Programs**

6. (SBU) The waiver process established by 25 STATE 6828 and amended by 25 STATE 10948 and subsequent FAQs is no longer required for ongoing foreign assistance programs because both the Department and USAID have completed the review of these awards consistent with the February 13, 2025, TRO and a subsequent March 10, 2025, preliminary injunction.

7. (SBU) As such, Bureaus and Offices do not require an exception from the Director of Foreign Assistance (DFA) or a waiver from the Secretary to continue ongoing foreign assistance programs, including to rescind SWOs or suspensions or to authorize disbursements for such ongoing foreign assistance programs. Consistent with the preliminary injunction, Bureaus and Offices should take immediate steps to rescind any remaining SWOs

or suspensions of ongoing foreign assistance programs issued pursuant to the pause directed in 25 STATE 6828.

8. (SBU) SBOs must approve any disbursement of funds for expenses incurred by ongoing foreign assistance programs after the lifting of SWOs and suspensions.

9. (SBU) At State, Bureaus shall communicate on an individual basis with the Office of the Comptroller and Global Financial Services (CGFS) to pay legitimate expenses incurred under awards that were not terminated (including expenses related to SWOs and suspensions), as well as to pay legitimate shutdown and other costs incurred for terminated awards.  At USAID, Bureaus shall coordinate with the Office of the CFO to pay legitimate expenses incurred under awards that were not terminated, as well as to pay legitimate shutdown and other costs incurred for terminated awards.

10. (SBU) Separately, the Office of Management and Budget review of existing and terminated programming consistent with Executive Order 14169, *Reevaluating and Realigning United States Foreign Aid* (January 20, 2025) is currently underway.  Bureaus responsible for such programming are responsible for following OMB and DFA instructions issued in connection with collecting information for that review.  Additionally, for all ongoing foreign assistance programs, the responsible SBO shall initiate annual reviews, in coordination with DFA, to ensure programs remain aligned with Trump Administration priorities.  Bureaus and offices are encouraged to work with DFA to cut, rescope, or consolidate existing awards as needed to ensure efficiency and alignment with policy.

**(SBU) Approval and Administration of New Foreign Assistance Obligations**

11. (SBU) The waiver process established by 25 STATE 6828 and amended by 25 STATE 10948 and subsequent FAQs continues to apply to all new foreign assistance-funded obligations.  Specifically, new obligations

continue to require DFA approval of an exception under 25 STATE 6828 and approval of funding through established processes.  These "new obligations" include both new foreign assistance-funded contracts, grants, cooperative agreements and other federal assistance awards *and* new funding modifications and cost extensions to existing awards for ongoing foreign assistance programs.  No-cost extensions, however, may be approved by the SBO without separate DFA approval.

12.    (SBU) Bureaus and Offices that wish to seek a DFA approval for an exception for new obligations under paragraph 12(e) of 25 STATE 6828 must submit an Exception Action Memo to the DFA for approval, as outlined in 25 STATE 10948.

**(SBU) Legitimate Expenses Incurred Prior to February 13, 2025, or in connection with Stop Work Orders and Suspensions**

13.    (SBU) The guidance requiring SBO approval for the payment of expenses under paragraph 12(d) of 25 STATE 6828 is no longer in effect.  Moreover, consistent with the terms of the TRO and subsequent orders, the scope of the waiver under paragraph 12(d) was expanded to cover legitimate expenses incurred prior to *February 13, 2025* - as opposed to just prior to January 24, 2025 - under existing awards or legitimate expenses associated with stop-work orders.  As a result, neither DFA nor SBO approval is now required for the payment of legitimate expenses incurred under foreign assistance programs prior to February 13 or in connection with SWOs and suspensions issued pursuant to that ALDAC.  Such expenses should be paid as soon as possible, as determined by the grants or contract officer or certifying official.

14.    (SBU) Contracting Officers, Grants Officers, and Certifying Officials within the Department will validate 12(d) payments in accordance with 31 U.S.  Code Subtitle III Financial Management, ensuring the necessary controls remain in place.

**(SBU) Expenses Incurred by Ongoing Foreign Assistance Programs After Stop Work Order or Suspension is Rescinded**

15.     (SBU) SBOs must approve any disbursement of funds for expenses incurred by foreign assistance programs going forward.  This guidance applies both to ongoing foreign assistance programs incurring new expenses after the lifting of SWOs and suspensions, and to any new foreign assistance obligations approved by DFA consistent with 25 STATE 6828 and 25 STATE 10948.

| Signature: | RUBIO |
|---|---|

| Info: | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
|---|---|
| XMT: | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**

# (SBU) Updated Guidance for Ongoing State and/or USAID Foreign Assistance-Funded Programs FAQs

### *Issued April 8, 2025*

Please note these FAQs include clarifying guidance on 25 STATE 24730, which provides updated guidance for ongoing foreign assistance programs funded by or through the Department and/or USAID.

*General Applicability*

1. **What is the difference between ongoing and new foreign assistance programs?**
   a. **Ongoing Foreign Assistance Programs:** These are grants, contracts, cooperative agreements, and other federal assistance awards that are funded by State or USAID with foreign assistance funds that were not identified for termination by the review process.  For the purposes of this FAQ, consistent with the definition in 25 STATE 6828, foreign assistance means assistance funded from accounts in titles III and IV and from International Organizations and Programs (IO&P) in the Department of State, Foreign Operations, and Related Programs Appropriations Acts.  They include programs that had stop work orders (SWOs) or suspensions rescinded and are now continuing operations.
   b. **New Foreign Assistance Programs:** These include new funding opportunities (NOFOs, RFPs) and subsequent contracts, grants, cooperative agreements, and other federal assistance awards/obligations that are funded by State or USAID with foreign assistance funds, as well as new funding amendments/modifications and cost extensions to existing awards.  These new obligations require approval by the Director of Foreign Assistance (DFA) of an exception under 25 STATE 6828 and approval of funding through established processes.

2. **How do I know which accounts are Title III or IV versus general State or USAID operational funds?**
   a. The guidelines in 25 STATE 24730 specifically apply to foreign assistance programs funded from accounts in Titles III and IV or from the IO&P account in Title V of the Department of State, Foreign Operations, and Related Programs Appropriations Acts (SFOAA), and not those in other sections.
   b. Per 25 STATE 10948, here is the full list of Foreign Assistance account codes applicable under this ALDAC:

| Title | Appropriation Account Name | Agency | Account Code |
|-------|---------------------------|--------|--------------|
| Title III | Global Health Programs | State / USAID | ██ |
| Title III | Development Assistance | State / USAID | ██ |
| Title III | International Disaster Assistance | USAID | ██ |
| Title III | Transition Initiatives | USAID | ██ |
| Title III | Complex Crises Fund | State / USAID | ██ |
| Title III | Economic Support Fund | State / USAID | ██ |
| Title III | Democracy Fund | State / USAID | ██ |
| Title III | Assistance for Europe, Eurasia and Central Asia | State / USAID | ██ |

| Title III | Migration and Refugee Assistance | State | ■ |
| Title III | United States Emergency Refugee and Migration Assistance Fund | State | ■ |
| Title IV | International Narcotics Control and Law Enforcement | State | ■ |
| Title IV | Nonproliferation, Anti-Terrorism, Demining and Related Programs | State | ■ |
| Title IV | Peacekeeping Operations | State | ■ |
| Title IV | International Military Education and Training | State | ■ |
| Title IV | Foreign Military Financing Program | State | ■ |
| Title V | International Organizations and Programs | State | ■ |

    c.   For general context, the account code is the 7th through 10th characters of the appropriation. For example, in appropriation 19112610320021, the account code is ▉. For anything noted as ".1", that indicates the last digit/character in the appropriation and is defined as a point limitation. For example, in appropriation 19114510820001, the point limitation is .1.

    d.   This guidance is **not** applicable for Title II accounts for general USAID operations, which include the Operating Expenses (1000), Capital Investment Fund, and Office of Inspector General accounts.

**3.   Are all FA-designated accounts with carryover balances covered by the ALDACs and guidance issued on obligations and payments, even if they were not appropriated in Titles III, IV, or IO&P?**

    a.   25 STATE 10948 contained a definition of FA that did not address "legacy" foreign assistance accounts, including those that may not have been appropriated in Titles III or IV or IO&P from prior appropriations acts. However, "legacy" foreign assistance accounts previously provided for the Department and USAID, but not actively appropriated now, are also covered by this guidance. For example, such accounts include but are not limited to the Global Security Contingency Fund (GSCF) or Special Assistance Initiatives (SAI) funding. For programs funded from these sources to continue operating they should have received a waiver or been allowed to continue following the grants, contracts, or IAA reviews.

**4.   How do I handle grants, cooperative agreements, and other federal assistance awards for public diplomacy or educational and cultural exchange programs?**

    a.   Awards for these programs are generally funded with Title I accounts, which include the Diplomatic Programs (0113) and Educational and Cultural Exchange Programs (0209) accounts and are not included in the scope of the ALDAC. However, if these awards are funded with "foreign assistance" funds as identified in question 2 above, then they would be covered.

**5.   Does the previous guidance (25 STATE 14458) regarding 12(c) exceptions for administrative expenses still apply? What is the guidance for new administrative disbursements funded from Titles III and IV and IO&P accounts?**

    a.   Yes, the previous guidance provided in 25 STATE 14458 stands. While SBO approvals apply to any disbursements for foreign assistance-funded contracts or grants, the guidance in 25 STATE 14458 provided an exception for processing administrative expenses, 12(c): "Posts may proceed processing through the Post Support Unit (PSU) and obligating these expenses at post without obtaining Senior Bureau Officer (SBO) approvals for waived 12(c) related expenses." Separately,

      USAID was also granted a similar exception for processing 12(c) payments related to FA programs. That exception also stands for USAID 12(c) payments.

b. This waiver includes administrative expenses and travel for U.S. direct hire (USDH) employees, personal services contractors (PSCs), and locally employed (LE) staff funded from foreign assistance accounts, and includes salaries and payroll benefits for USDH, PSCs, and LE Staff; insurance payments for USDH, PSCs, and LE Staff; USDH, PSC, and LE Staff cell phone costs; LE Staff Health Insurance; PSC contracts; ICASS costs; USDH and PSC housing leases; residential trash collection for USDH and PSC residences at post; utility expenses for USDH and PSCs; fuel and security costs for residential and non-residential facilities (including security guard services, surveillance systems, and related security measures); and communication costs for USDH and PSCs (including phone lines, internet access, and other communication infrastructure).

**6. How should bureaus process IAAs?**

    a. If an IAA (which is a type of contract) has already been reviewed as part of the original review of foreign assistance-funded contracts or was recently reviewed as part of the supplemental review of foreign assistance-funded IAAs and was selected for retention, then it should be treated as an ongoing foreign assistance program (see answer 1(a)) and subject to the rules that apply to such programs.

**7. Can de-obligations be completed without seeking additional approvals?**

    a. Yes, de-obligations can be processed without additional approvals.

*SBO and DFA approvals under paragraph 12(d) of 25 STATE 6828*

**8. Is SBO approval required on payments for legitimate expenses (under paragraph 12(d)) incurred prior to February 13, 2025, or in connection with SWOs or suspensions issued during that period?**

    a. No, SBO approval is not required for the payment of legitimate expenses incurred under foreign assistance programs prior to February 13, 2025, or in connection with SWOs and suspensions issued during that period. Such expenses should be paid as soon as possible, as determined by the grants or contracting officer and the certifying official.

**9. Is SBO approval required for payments related to ongoing FA programs, as defined in Question 1.a?**

    a. Yes, SBO approval is required for the payment of ongoing foreign assistance programs expenses incurred on or after February 13, 2025. For expenses incurred prior to February 13, please see Question 8 above. All retained awards should be treated as though they have already obtained a 12(e) waiver. In addition, as stated in Question 4, previously excepted 12(c) administrative payments, as previously defined, do not require SBO approval.

**10. Do no-cost actions (including modifications, and extensions) for ongoing foreign assistance programs require SBO approval?**

    a. SBO approval is required but no separate DFA approval is required.

**11. If an invoice or payment request covers a period starting prior to February 13, 2025, and ending on or after February 13, 2025, is SBO approval required?**

    a. Yes, SBO approval is required for any disbursement of funds for programmatic expenses incurred on or after February 13, 2025. It would likely be logistically easier to separate the payment request into two categories of expenses – or ask the contractor or grant recipient to do so – to the extent possible. This will help facilitate quicker payment for pre-February 13th expenses,

consistent with the Department's obligations under the *AVAC/GHC* court's preliminary injunction.

12. **Do bureaus have to go back and collect waiver forms for every single obligation/project approved to continue?**
    a. No. Foreign assistance awards selected for retention pursuant to the Secretary's foreign assistance review should be treated *as though* they have 12(e) waivers from F. The F waiver process for ongoing foreign assistance awards has terminated but remains in effect for **new** foreign assistance obligations.

*CGFS Communications*

13. **How should our bureau communicate with CGFS to pay legitimate expenses incurred under awards that were not terminated?**
    a. Bureaus should complete the Foreign Assistance Obligation or Disbursement Approval Form and check the box for 12(d) Legitimate expenses **incurred on or after February 13, 2025,** under existing awards or legitimate expenses associated with stop-work orders or suspensions, and upload all necessary documents to IPP for domestic invoices and send completed approval forms to CGFSFAWaiver_Intake@state.gov for tracking purposes. For the non-IPP submittals, CGFS will request the Obligation or Disbursement Approval form when the invoice approval form is sent to the bureaus. For overseas payments using PSU, the Foreign Assistance Obligation or Disbursement Approval Form must be included with the package submitted in ILMS. NOTE: This form was updated following the issuance of the latest ALDAC. Bureaus should download and utilize the new form going forward, which can be found in the 2025 Foreign Assistance Review Guidance.

14. **How should our bureau communicate with CGFS when there is an approved exception under 12(e) for any new obligations, sub-obligations, funding modifications, and cost extensions approved by the Director of Foreign Assistance?**
    a. Submit the DFA approved AM and Foreign Assistance Obligation or Disbursement Approval Form to CGFSFAWaiver_Intake@state.gov.

15. **How should our bureau communicate with CGFS on payments that no longer require DFA or SBO approval?**
    a. No additional communications are needed. Follow established payment processes.

*Federal Assistance Payments*

16. **How much longer should my bureau process payment requests for 12(d) legitimate expenses provided for expenses incurred prior to February 13, 2025?**
    a. By now, bureaus should have processed all payment requests within PMS for legitimate expenses incurred prior to February 13, 2025. For any newly submitted payment requests for expenses incurred before February 13, 2025, bureaus should expedite those payments following the bureau's established process.

17. **Who will process Pass 1 in the Payment Management System (PMS)?**
    a.  For payment requests for expenses incurred prior to February 13, 2025, bureaus will continue to approve Pass 1 payment requests in PMS.
    b.  For payment requests for expenses incurred on or after February 13, 2025, bureaus must send DFA approved AM (as applicable) and Foreign Assistance Obligation or Disbursement Approval Forms to CGFSFAWaiver_Intake@state.gov before approving Pass 1 payment requests in PMS. Bureaus must also upload a copy of the applicable approval in MyGrants.

18. **If the bureau submits their SBO approval for foreign assistance program payments for Title III and IV to CGFS, do they need to wait to receive confirmation from CGFS prior to making a payment?**
    a.  SBO approval for disbursement of foreign assistance programs is required for Title III and IV.  No confirmation is required, and bureaus can proceed with making the payment after submission to CGFS.  CGFS intends to conduct monitoring and oversight to ensure that the SBO approvals are in place.