Outlook

---

**Initial Update on Refugee Admissions and Operations**

**From** Ingraham, Hilary E <IngrahamHE@state.gov>

**Date** Sun 1/19/2025 5:47 PM

**To** MGT_TU_RSCTUME <mgt_tu_rsctume@icmc.net>; Emily Russ <russ@hias-vienna.at>; Jessica Stauch <Stauch@hias-vienna.at>; Mark Hetfield <mark.hetfield@hias.org>; Debi Wheeler <Debi.Wheeler@rescue.org>; Scott Muttersbaugh <SMuttersbaugh@cwsafrica.org>; Nicole Irungu <NBrudos@cwsafrica.org>; Tom Mrosko <TMrosko@cwsafrica.org>; Catherine MacKay <cmackay@cwsglobal.org>; RSCLA Senior Management <rsclaseniormanagement@iom.int>; ELBAZ Fadi <FELBAZ@iom.int>; GOTANI Jayant <JGOTANI@iom.int>; ELMALLAH Ahmed <aelmallah@iom.int>; YUVCHENKO Alina <AYUVCHENKO@iom.int>; RSC MENA PRM Inquiries <RSCMENAPRMInquiries@iom.int>; USRAP UGMT <UGMT@iom.int>; PRM_RPCommunications@bethany.org <PRM_RPCommunications@bethany.org>; PRM_RP@cwsglobal.org <PRM_RP@cwsglobal.org>; rpprogram@ecdcus.org <rpprogram@ecdcus.org>; PRM-EMMmailbox@episcopalchurch.org <PRM-EMMmailbox@episcopalchurch.org>; PRMCommunications@globalrefuge.org <PRMCommunications@globalrefuge.org>; HIASR_P@HIAS.org <HIASR_P@HIAS.org>; IRCRandP@rescue.org <IRCRandP@rescue.org>; usccbprmcomm@usccb.org <usccbprmcomm@usccb.org>; USCRI_PRM@uscridc.org <USCRI_PRM@uscridc.org>; RefugeePrograms@wr.org <RefugeePrograms@wr.org>; anolte@communitysponsorshiphub.org <anolte@communitysponsorshiphub.org>; Anna Chantal Greene <greene@unhcr.org>; Audrey Bernard <bernard@unhcr.org>; Haruno Nakashiba <nakashib@unhcr.org>; Johnson, Kaleb W <JohnsonKW@state.gov>; Thomas, Corey M <ThomasCM@state.gov>; Jeremy Haldeman <jhaldeman@communitysponsorshiphub.org>

**Cc** PRM-Admissions <PRM-Admissions@state.gov>; PRM-Admissions-RefCoords <PRM-Admissions-RefCoords@state.gov>

Dear USRAP Partners,

We are preparing for the implementation of any new policies that may be announced via Executive Order on or after Inauguration in the United States on Monday, January 20, at 12:00pm.  We plan to quickly communicate those updates to the field.

Please review the e-mail addresses included for your organization on this e-mail and reply directly to Annie Shinbach at ShinbachA@state.gov with any changes you would like to make for future communications.

**Key Points:**
- PRM will have personnel actively monitoring e-mail on Monday and ready to draft and disseminate guidance on any Executive Orders as they are released.

- In the event of new policy announcements, please do not make any changes to operations or public statements related to expected changes in operations until you receive official guidance from PRM. PRM will provide operational guidance to help you implement new policies.

- PRM will provide initial guidance via email.  We may learn about new policies in the same time period as they are announced publicly, so we appreciate your patience as we review and formulate any resulting operational guidance.  Guidance may evolve over time, so please remain flexible.

- Please share updates with your teams.  Encourage them to come to you with questions.  Recognize that many members of your team may not been through a U.S. political transition before.

Thank you all for your close partnership,
Hilary

CAR 056

 Outlook

---

**Update on Refugee Admissions and Operations as of 1/20/2025**

**From** Ingraham, Hilary E <IngrahamHE@state.gov>

**Date** Mon 1/20/2025 10:54 PM

**To** MGT_TU_RSCTUME <mgt_tu_rsctume@icmc.net>; Emily Russ <russ@hias-vienna.at>; Jessica Stauch <Stauch@hias-vienna.at>; Mark Hetfield <mark.hetfield@hias.org>; Debi Wheeler <Debi.Wheeler@rescue.org>; Scott Muttersbaugh <SMuttersbaugh@cwsafrica.org>; Nicole Irungu <NBrudos@cwsafrica.org>; Tom Mrosko <TMrosko@cwsafrica.org>; Catherine MacKay <cmackay@cwsglobal.org>; RSCLA Senior Management <rsclaseniormanagement@iom.int>; ELBAZ Fadi <FELBAZ@iom.int>; GOTANI Jayant <JGOTANI@iom.int>; ELMALLAH Ahmed <aelmallah@iom.int>; YUVCHENKO Alina <AYUVCHENKO@iom.int>; RSC MENA PRM Inquiries <RSCMENAPRMInquiries@iom.int>; USRAP UGMT <UGMT@iom.int>; PRM_RPCommunications@bethany.org <PRM_RPCommunications@bethany.org>; PRM_RP@cwsglobal.org <PRM_RP@cwsglobal.org>; rpprogram@ecdcus.org <rpprogram@ecdcus.org>; PRM-EMMmailbox@episcopalchurch.org <PRM-EMMmailbox@episcopalchurch.org>; PRMCommunications@globalrefuge.org <PRMCommunications@globalrefuge.org>; HIASR_P@HIAS.org <HIASR_P@HIAS.org>; IRCRandP@rescue.org <IRCRandP@rescue.org>; usccbprmcomm@usccb.org <usccbprmcomm@usccb.org>; USCRI_PRM@uscridc.org <USCRI_PRM@uscridc.org>; RefugeePrograms@wr.org <RefugeePrograms@wr.org>; anolte@communitysponsorshiphub.org <anolte@communitysponsorshiphub.org>; Anna Chantal Greene <greene@unhcr.org>; Audrey Bernard <bernard@unhcr.org>; Haruno Nakashiba <nakashib@unhcr.org>; Johnson, Kaleb W <JohnsonKW@state.gov>; Thomas, Corey M <ThomasCM@state.gov>; Jackie Keegan <keegan@unhcr.org>; Jeremy Haldeman <jhaldeman@communitysponsorshiphub.org>

**Cc** PRM-Admissions <PRM-Admissions@state.gov>; PRM-Admissions-RefCoords <PRM-Admissions-RefCoords@state.gov>

Colleagues,

PRM is currently reviewing the Executive Order (EO) issued today, "Realigning the United States Refugee Admissions Program". We will provide relevant guidance as soon as possible. Please hold on completing any new bookings for refugee cases until you receive further instruction from PRM.

Regards,
Hilary

---

**From:** Ingraham, Hilary E
**Sent:** Sunday, January 19, 2025 5:48 PM
**To:** MGT_TU_RSCTUME <mgt_tu_rsctume@icmc.net>; Emily Russ <russ@hias-vienna.at>; Jessica Stauch <Stauch@hias-vienna.at>; Mark Hetfield <mark.hetfield@hias.org>; Debi Wheeler <Debi.Wheeler@rescue.org>; Scott Muttersbaugh <SMuttersbaugh@cwsafrica.org>; Nicole Irungu <NBrudos@cwsafrica.org>; Tom Mrosko <TMrosko@cwsafrica.org>; Catherine MacKay <cmackay@cwsglobal.org>; RSCLA Senior Management <rsclaseniormanagement@iom.int>; ELBAZ Fadi <FELBAZ@iom.int>; GOTANI Jayant <JGOTANI@iom.int>; ELMALLAH Ahmed <aelmallah@iom.int>; YUVCHENKO Alina <AYUVCHENKO@iom.int>; RSC MENA PRM Inquiries <RSCMENAPRMInquiries@iom.int>; USRAP UGMT <UGMT@iom.int>; PRM_RPCommunications@bethany.org; PRM_RP@cwsglobal.org; rpprogram@ecdcus.org; PRM-EMMmailbox@episcopalchurch.org; PRMCommunications@globalrefuge.org; HIASR_P@HIAS.org; IRCRandP@rescue.org; usccbprmcomm@usccb.org; USCRI_PRM@uscridc.org; RefugeePrograms@wr.org; anolte@communitysponsorshiphub.org; Anna Chantal Greene <greene@unhcr.org>; Audrey Bernard <bernard@unhcr.org>; Haruno Nakashiba <nakashib@unhcr.org>; Johnson, Kaleb W <JohnsonKW@state.gov>; Thomas, Corey M <ThomasCM@state.gov>; Jeremy Haldeman <jhaldeman@communitysponsorshiphub.org>
**Cc:** PRM-Admissions <PRM-Admissions@state.gov>; PRM-Admissions-RefCoords <PRM-Admissions-RefCoords@state.gov>
**Subject:** Initial Update on Refugee Admissions and Operations

Dear USRAP Partners,

We are preparing for the implementation of any new policies that may be announced via Executive Order on or after Inauguration in the United States on Monday, January 20, at 12:00pm. We plan to quickly communicate those updates to the field.

Please review the e-mail addresses included for your organization on this e-mail and reply directly to Annie Shinbach at ShinbachA@state.gov with any changes you would like to make for future communications.

**Key Points:**

- PRM will have personnel actively monitoring e-mail on Monday and ready to draft and disseminate guidance on any Executive Orders as they are released.

- In the event of new policy announcements, please do not make any changes to operations or public statements related to expected changes in operations until you receive official guidance from PRM. PRM will provide operational guidance to help you implement new policies.

- PRM will provide initial guidance via email. We may learn about new policies in the same time period as they are announced publicly, so we appreciate your patience as we review and formulate any resulting operational guidance. Guidance may evolve over time, so please remain flexible.

- Please share updates with your teams. Encourage them to come to you with questions. Recognize that many members of your team may not been through a U.S. political transition before.

Thank you all for your close partnership,
Hilary



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the awards, the referenced awards are immediately suspended as of January 24, 2025. Awards may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate awards will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work under the awards and not incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease

2

immediately, including activities that were previously authorized by PRM. Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your awards and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

If you have any other questions regarding the suspension, please contact me at KoubaJG@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.24
14:55:29 -05'00'

Joseph Kouba
Comptroller

CAR 060

 Outlook

**RE: Suspension of PRM Awards to IOM Effective January 24, 2025**

**From** Putzeys, Claire <PutzeysC@state.gov>

**Date** Fri 1/24/2025 4:16 PM

**To** Anderson, Kathryn E <AndersonKE@state.gov>

Thanks!

**From:** Anderson, Kathryn E <AndersonKE@state.gov>
**Sent:** Friday, January 24, 2025 4:16 PM
**To:** Anderson, Kathryn E <AndersonKE@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Putzeys, Claire <PutzeysC@state.gov>
**Subject:** FW: Suspension of PRM Awards to IOM Effective January 24, 2025

FYI

**From:** Anderson, Kathryn E
**Sent:** Friday, January 24, 2025 4:15 PM
**To:** Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Adam, here are the four top categories of funding we've identified that issuing stop work orders on will significantly negatively impact implementation of the EO and would be in conflict with policy guidance we have received thus far regarding continuing SIV processing/travel, ongoing support for refugees previously arrived in the United States, and preventing public health risks:

1. **IOM Support for Afghan SIVs:**

IOM supports the processing of Afghan SIVs in a variety of locations, including at CAS and other platforms, as well as from PRM's Resettlement Support Center for the Middle East and North Africa in Amman.  As SIV processing and travel has not previously been halted by EO, and policy direction has been given to continue SIV processing and travel, this stop work order would contravene this guidance by effectively and immediately halting SIV processing and travel.

2. **Domestic Resettlement Agencies and Community Sponsorship Hub:**

Domestic resettlement agencies receive PRM funding to provide Reception & Placement services to refugees for up to 90 days after arrival. Community Sponsorship Hub provides support to American sponsor groups to facilitate provision of services for 90 days after arrival. These services provide refugees access to medical care and other required services, including helping refugees find jobs to facilitate their self-sufficiency. If ordered to stop these services, refugees who have already arrived in the United States risk homelessness, medical emergencies, hunger, and other challenges that will put them at risk of harm and place a burden on state and local governments.  Resettlement agencies would also be unable to provide services to Afghan SIVs, who continue to arrive.  Community Sponsorship Hub assists with post-arrival services for refugees who have arrived through private sponsorship, and without support to the private sponsor groups supporting these cases, privately sponsored refugees would also be at risk and place a burden on state and local governments.

3. **Refugee Processing Center – Devis Contract:**

The Refugee Processing Center implements all IT for the US Refugee Admissions Program (USRAP). This includes the operations and maintenance for the case management system to support refugee and some aspects of Special Immigrant Visa (SIV) processing, as well as data analytics to provide refugee related data to senior officials. If the RPC does not continue to operate, SIVs will not receive resettlement support, which is required under the Afghan Allies Protection Act. There will be no way to pull any refugee resettlement related data for senior officials and/or to inform the work mandated under the President's Executive Order to Realign the US Refugee Admissions Program. The Afghan Allies Protection Act grants SIVs eligibility for refugee assistance. PRM needs IT systems to facilitate this eligibility and cannot operate IT systems without the RPC. In order to effectively respond to the Executive Order on Realigning the USRAP, the Department needs to continue to operate USRAP systems to pull data for the EO, make changes to the program based on guidance from senior leadership, and provide required assistance to SIVs.

4. **IOM Migration Health Division Services to Refugee Applicants:**

IOM provides ongoing treatment for approved USRAP applicants with TB and other communicable diseases that must be fully treated before departure for the United States. Ceasing treatment mid-stream for applicants currently in treatment would create a public health risk. Ordering IOM to stop providing this medical treatment for such applicants risks a variety of negative outcomes, including TB becoming multi drug-resistant by stopping treatment mid-course, even if the refugees do not eventually depart for the United States.

Thanks, and glad to discuss.

Kathryn

---

**From:** Anderson, Kathryn E
**Sent:** Friday, January 24, 2025 3:22 PM
**To:** Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Yes, certainly. Coming soon.

---

**From:** Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>
**Sent:** Friday, January 24, 2025 3:17 PM
**To:** Anderson, Kathryn E <AndersonKE@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Thanks for the flag.  Would you please compile a list of the most disruptive effects of EO implementation – e.g., SIV processing, R&P work, etc.?

Best,
Adam

---

**From:** Anderson, Kathryn E <AndersonKE@state.gov>
**Sent:** Friday, January 24, 2025 3:12 PM
**To:** Davis, Jennifer L <DavisJL4@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>
**Subject:** FW: Suspension of PRM Awards to IOM Effective January 24, 2025

Hey, I'm sure you've got these SOS messages coming from everywhere, but just wanted to make sure the FO is aware that this IOM stop work order will halt Afghan SIV processing, which was something we'd been given guidance to continue.

Kathryn

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration

U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

 Outlook

**RE: Suspension of PRM Awards to IOM Effective January 24, 2025**

**From** Kouba, Joseph G <KoubaJG@state.gov>
**Date** Fri 1/24/2025 10:43 PM
**To** HOUVER Vincent <VHOUVER@iom.int>
**Cc** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>

📎 1 attachment (260 KB)

Suspension Letter for Foreign Assistance-IOM-v2.pdf;

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the awards, the referenced awards are immediately suspended as of January 24, 2025. Awards may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate awards will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work under the awards and not incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease

CAR 067

immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your awards and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

If you have any other questions regarding the suspension, please contact me at KoubaJG@State.gov.

Sincerely,

JOSEPH G
KOUBA

Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.24
14:55:29 -05'00'

Joseph Kouba
Comptroller

 Outlook

---

**RE: Suspension of PRM Awards to IOM Effective January 24, 2025**

---

**From** Kouba, Joseph G <KoubaJG@state.gov>

**Date** Fri 1/24/2025 10:43 PM

**To** HOUVER Vincent <VHOUVER@iom.int>

**Cc** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>

📎 1 attachment (260 KB)

Suspension Letter for Foreign Assistance-IOM-v2.pdf;

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the awards, the referenced awards are immediately suspended as of January 24, 2025. Awards may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate awards will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work under the awards and not incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease

CAR 071

immediately, including activities that were previously authorized by PRM. Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your awards and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

If you have any other questions regarding the suspension, please contact me at KoubaJG@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.24
14:55:29 -05'00'

Joseph Kouba
Comptroller

CAR 072

 Outlook

**FW: EO implementation efforts**

**From** Anderson, Kathryn E <AndersonKE@state.gov>
**Date** Sat 1/25/2025 9:15 AM
**To** PRM-Admissions <PRM-Admissions@state.gov>

Good morning, all. Following on Adam's message last night, I wanted to let everyone know that several exemption requests to the foreign assistance pause that are Admissions-related were included in a package that I understand went up to F late last evening. We will let you know as soon as we hear anything back. The included exemption requests that are most relevant to us are:

- Refugee Processing Center
- IOM Migration Health Division Services to Refugee Applicants
- Support for Afghans at DOS' Enduring Welcome Platforms Abroad
- IOM Support for Afghan SIVs
- Support for Local Integration of US-relocated Afghans
- Domestic Resettlement Agencies and CSH (for R&P and post-arrival support)

We have received guidance to refrain from communicating with partners about funding at this time in order to avoid confusion and conflicting messages. If anyone reaches out to you with questions, please direct them to the Grants Officer or the Comptroller.

I hope everyone can catch their breath this weekend. Thank you for weathering this busy week together and with positivity. And for taking the time to welcome me (and frequently point me in the right direction) amidst it all.

Kathryn


SENSITIVE BUT UNCLASSIFIED

**From:** Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>
**Sent:** Friday, January 24, 2025 8:20 PM
**To:** PRM-AllStaff <PRM-AllStaff@state.gov>
**Subject:** EO implementation efforts

Team PRM,

Thank you for your tireless work during a week of significant change. It's a testament to the professionalism and resilience of this bureau.

I know there are many questions about compliance with the Executive Orders *Reevaluating and Realigning United States Foreign Aid*, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, and *Initial Rescissions of Harmful Executive Orders and Actions*. Colleagues in MEC, Compt, and PRP are working hard to implement all the necessary action items tasked in the relevant ALDACs, and to ask the pressing policy and logistical questions about what foreign assistance can be exempted from the 90-day pause. More broadly, we're actively engaging within the Department to ensure a comprehensive understanding of how to execute these EOs. We'll share information as we have it.

EO on Foreign Assistance

Today's ALDAC on Reevaluating and Realigning U.S. Foreign Aid directed us to issue a stop-work order on all awards, which we did. **Only Grants Officers in the Comptroller's office have the authority to modify or terminate an award and are responsible for communicating official direction regarding award terms and conditions to our awardees.** Consistent with the Foreign Assistance EO, we are also suspending all active NOFOs.

We're now collecting a list of awards that provide life-sustaining support and urgently seeking exemptions for this work to continue notwithstanding the broader suspension of foreign assistance. Our emphasis is on the life-saving. Over the weekend, PRM leadership is spearheading an effort to compile information on awards in these categories – thank you and apologies in advance for any weekend work needed to make this happen.

EO on DEI

We are actively pulling information from all existing awards and modifications to assess whether there are DEI awards and/or elements within them and take appropriate measures. We expect to share a list of any such awards with relevant offices for validation.  We also, as part of the stop-work orders out today, alerted partners of their obligation to ensure compliance with the EO terminating DEI programs.  Certification from partners and implementers will go to the warranted grants officers.

I would ask that everyone review the relevant ALDAC to ensure our responsibilities are clearly understood.

Anyone receiving questions from the media about either of these EOs should refer the inquiry to PRM-Press@state.gov.   All awards-related questions from partners can be referred to the Grants Officer.

My deep thanks again for your ongoing efforts during this transition.  I kindly ask that this message not be shared outside of PRM.

Best,
Adam

SENSITIVE BUT UNCLASSIFIED

 Outlook

**RE: Suspension of PRM Awards to IOM Effective January 24, 2025**

**From** Kouba, Joseph G <KoubaJG@state.gov>

**Date** Mon 1/27/2025 1:59 PM

**To** HOUVER Vincent <VHOUVER@iom.int>

**Cc** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>

📎 1 attachment (283 KB)

Suspension Letter for Foreign Assistance-IOM 2025-01-27.pdf;

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 10:44 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 27, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are exempt from this Notice of Suspension:
- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award;
- Activities under award SPRMCO24VC0309 supporting Al Hol, Roj and Jeddah 1 camps in Syria and Iraq for the next two weeks (ending February 10, 2025) with

UNCLASSIFIED

CAR 078

the express understanding that social programming of any kind including but not limited to, gender, DEI or abortion services are <u>not</u> allowable under this exception.
In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at KoubaJG@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.27
15:05:53 -05'00'

Joseph Kouba
Comptroller

CAR 079



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 29, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are **exempt** from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award; and
- Life-saving humanitarian assistance during the period of the review. Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.

  (a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.

  (b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.

CAR 080

2

(c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM. Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at KoubaJG@state.gov.

Sincerely,

JOSEPH G KOUBA

Digitally signed by JOSEPH G KOUBA
Date: 2025.01.29 19:41:43 -05'00'

Joseph Kouba
Comptroller

CAR 081

 Outlook

**FW: Suspension of PRM Awards to IOM Effective January 24, 2025**

**From** Loewer, Kelly M (Geneva) <LoewerKM@state.gov>
**Date** Thu 1/30/2025 2:24 AM
**To** Denver, Carrie A (Geneva) <DenverCA@state.gov>
**Cc** Kalmbach, Heather E (Geneva) <KalmbachHE@state.gov>

📎 1 attachment (310 KB)
Suspension Letter for Foreign Assistance-IOM-v4 2025-01-29.pdf;

Not entirely sure why I am on this but it is actually helpful to see the comparison. He sent out two more last night – this is the latest and was a slight expansion of awards but the same terms. I take note that none are 2025 awards. UNHCR has not received any updates beyond the note that said the suspension is still in effect until told otherwise.

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Thursday, January 30, 2025 1:45 AM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M <LopezLM3@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

This letter expands the number of awards with activities allowed under the waiver approved by the Secretary of State on January 28, 2025.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Wednesday, January 29, 2025 7:12 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Monday, January 27, 2025 3:07 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Letter updated to reflect the correct end date for one exception to the Notice of Suspension.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Monday, January 27, 2025 2:00 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 10:44 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State

Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 29, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are **exempt** from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award; and
- Life-saving humanitarian assistance during the period of the review. Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.

   (a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.

   (b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.

CAR 086

(c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location. Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM. Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at KoubaJG@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.29
19:41:43 -05'00'

Joseph Kouba
Comptroller

 Outlook

**FW: Suspension of PRM Awards to IOM Effective January 24, 2025**

**From** Shinbach, Annie <ShinbachA@state.gov>

**Date** Thu 1/30/2025 7:19 AM

**To** PRM-Admissions-OverseasProgram <PRM-Admissions-OverseasProgram@state.gov>; PRM-Admissions-SAP-Team <PRM-Admissions-SAP-Team@state.gov>

1 attachment (310 KB)

Suspension Letter for Foreign Assistance-IOM-v4 2021-01-29.pdf;

Hi all- Sharing the latest update to IOM from Compt yesterday.  Please share with the RefCoords covering the IOM managed RSCs and any others who may have questions related to MHD and Ops.

---

**From:** Anderson, Kathryn E <AndersonKE@state.gov>
**Sent:** Wednesday, January 29, 2025 7:38 PM
**To:** Anderson, Kathryn E <AndersonKE@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Fernandez, Sandra V <FernandezSV@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Janneh, Baba I <JannehBI@state.gov>; Le, Cassie R <LeCR@state.gov>; Patel, Nicole J <PatelNJ@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Schubert, Melissa A <SchubertMA@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Fair, Melissa <FairM@state.gov>; Kelley, Jennifer A <KelleyJA@state.gov>
**Subject:** FW: Suspension of PRM Awards to IOM Effective January 24, 2025

FYI

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Wednesday, January 29, 2025 7:12 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Monday, January 27, 2025 3:07 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Letter updated to reflect the correct end date for one exception to the Notice of Suspension.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Monday, January 27, 2025 2:00 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 10:44 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 29, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are **exempt** from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award; and
- Life-saving humanitarian assistance during the period of the review. Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.

  (a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.
  (b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.

CAR 092

2

(c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at KoubaJG@state.gov.

Sincerely,

JOSEPH G KOUBA

Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.29
19:41:43 -05'00'

Joseph Kouba
Comptroller

CAR 093



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

February 3, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF: 

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are **exempt** from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award; and
- Life-saving humanitarian assistance during the period of the review, subject to further limitations conveyed by the PRM grants officer, supporting activities in:
  - Bangladesh (within extended period of performance approved in letter from PRM dated December 2, 2024)
  - Niger
  - Gaza
  - Afghans & Enduring Welcome
  - Migrant Operations Center
  - Assisted Voluntary Returns

Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.

(a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and

CAR 094

subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.
(b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.
(c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing, Initial Recissions of Harmful Executive Orders and Actions and Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI), gender ideology or provide for any medical procedure, treatment, or drug for the purpose of conforming an individual's appearance to that of the opposite sex at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI or gender ideology must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

For awards referenced above, this letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

CAR 095

3

If you have any other questions regarding the suspension, please contact me at
[KoubaJG@state.gov](mailto:KoubaJG@state.gov).

Sincerely,

JOSEPH G KOUBA

Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.03
11:48:38 -05'00'

Joseph Kouba
Comptroller

CAR 096

 Outlook

**FW: Suspension of PRM Awards to IOM Effective January 24, 2025**

**From** Katchmark, Jennifer K <KatchmarkJK@state.gov>
**Date** Mon 2/3/2025 12:35 PM
**To** Denver, Carrie A (Geneva) <DenverCA@state.gov>; Shonerd, Jonathan W (Geneva) <ShonerdJW@state.gov>
**Cc** PRM-MEC-IOM <PRM-MEC-IOM@state.gov>

📎 1 attachment (327 KB)
Suspension Letter for Foreign Assistance-IOM 2025-02-03.pdf;

Please see below and attached.

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Monday, February 3, 2025 12:18 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support
<IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva)
<LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault,
Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>;
Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A
<PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N
<RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>;
Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire
<PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>;
Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M <LopezLM3@state.gov>; Houck, Meredith L
<HouckML@state.gov>; Desai, Kristi E <DesaiKE@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders.
This letter supersedes previous letters issued by the PRM grants officer for the referenced awards. Additional
letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order
are approved.

This letter expands the number of awards with activities allowed under the waiver approved by the Secretary
of State on January 28, 2025.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Wednesday, January 29, 2025 7:45 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support
<IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva)
<LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault,
Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>;
Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A
<PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N
<RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>;
Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire
<PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>;
Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M <LopezLM3@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders.
This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as
updates to Department guidance or exemptions authorized under the Executive Order are approved.

This letter expands the number of awards with activities allowed under the waiver approved by the Secretary
of State on January 28, 2025.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Wednesday, January 29, 2025 7:12 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support
<IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva)
<LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault,
Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>;
Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A
<PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N
<RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>;
Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire
<PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>;
Smith, Jennifer L <SmithJL1@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders.
This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as
updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Monday, January 27, 2025 3:07 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support
<IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva)
<LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault,
Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>;
Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A
<PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Letter updated to reflect the correct end date for one exception to the Notice of Suspension.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Monday, January 27, 2025 2:00 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support
<IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva)
<LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault,
Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>;
Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A
<PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive
Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent
as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 10:44 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

February 3, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF:    

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are **exempt** from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award; and
- Life-saving humanitarian assistance during the period of the review, subject to further limitations conveyed by the PRM grants officer, supporting activities in:
    - Bangladesh (within extended period of performance approved in letter from PRM dated December 2, 2024)
    - Niger
    - Gaza
    - Afghans & Enduring Welcome
    - Migrant Operations Center
    - Assisted Voluntary Returns

Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.

(a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and

CAR 101

subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.

(b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.

(c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing, Initial Recissions of Harmful Executive Orders and Actions and Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI), gender ideology or provide for any medical procedure, treatment, or drug for the purpose of conforming an individual's appearance to that of the opposite sex at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI or gender ideology must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

For awards referenced above, this letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

CAR 102

3

If you have any other questions regarding the suspension, please contact me at
KoubaJG@state.gov.

Sincerely,

JOSEPH G    Digitally signed by
            JOSEPH G KOUBA
KOUBA       Date: 2025.02.03
            11:48:38 -05'00'

Joseph Kouba
Comptroller

CAR 103

 **Outlook**

---

**USRAP Update for RSC Partners**

---

**From** Anderson, Kathryn E <AndersonKE@state.gov>

**Date** Wed 2/5/2025 6:18 PM

**To** MGT_TU_RSCTUME <mgt_tu_rsctume@icmc.net>; Emily Russ <russ@hias-vienna.at>; Jessica Stauch <Stauch@hias-vienna.at>; Mark Hetfield <mark.hetfield@hias.org>; Debi Wheeler <Debi.Wheeler@rescue.org>; Deepa Paniselvam <Deepa.Paniselvam@rescue.org>; Tananya Huyanan <Tananya.Huyanan@rescue.org>; Scott Muttersbaugh <SMuttersbaugh@cwsafrica.org>; Nicole Irungu <NBrudos@cwsafrica.org>; Tom Mrosko <TMrosko@cwsafrica.org>; Catherine MacKay <cmackay@cwsglobal.org>; RSCLA Senior Management <rsclaseniormanagement@iom.int>; rsceurasiaprmcorrespondencedl@iom.int <rsceurasiaprmcorrespondencedl@iom.int>; RSC MENA PRM Inquiries <RSCMENAPRMInquiries@iom.int>; USRAP UGMT <UGMT@iom.int>; Thomas, Corey M <ThomasCM@state.gov>; Johnson, Kaleb W <JohnsonKW@state.gov>

**Cc** PRM-Admissions-RefCoords <PRM-Admissions-RefCoords@state.gov>; PRM-Admissions <PRM-Admissions@state.gov>; PRM-A-RPC All Staff <PRM-A-RPC-All@state.gov>

RSC Partners,

Thank you for your patience as we considered language that may be used for public posting following the issuance of Executive Order 14163, *Realignment of the United States Refugee Admissions Program* and the stop work orders you received under the foreign assistance funding freeze.  We understand that all of you are implementing the stop work orders and the difficult decisions and conversations taking place with your teams as a result.

While we continue to direct you to your Grants Officer for updates on the implementation of the stop work orders, many of you have asked for language that may be used on public-facing websites and public-facing e-mail auto responses to provide notification of the suspension of USRAP.  Given the stop work orders, no action is being requested or required by the State Department. However, in public-facing messaging, it may be prudent to simply reference that compliance with Executive Order 14163*, Realignment of the United States Refugee Admissions Program*, has halted refugee travel to the United States and all resettlement processing, and, therefore, not to believe anyone who claims to be able to move, fast track, or influence the processing of a case.

 Additionally, we wanted to make you aware that START access for RSC caseworkers is suspended in order to implement the USRAP suspension and stop work orders.  We will revisit access should there be changes to the suspension or the stop work orders.

Finally, any media inquiries may be directed to the PRM Coordinator for your country or region or to the Press Office of the U.S. Department of State at https://www.state.gov/newsroom/.  However, again, given the stop work orders in place, the State Department neither requests nor requires any action.

Thank you,

Kathryn Anderson
Director, Office of Admissions
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State