| | |
|---|---|
| **From:** | Robertson, William F (Rome) |
| **Sent:** | Sat, 25 Jan 2025 07:19:43 +0000 |
| **To:** | Amministrazione Gaycenter |
| **Cc:** | Pellicano, Gaetano (Rome); PRM-Comp-Mgt |
| **Subject:** | Notice of Award Suspension - SIT70024GR0091 |
| **Attachments:** | Suspension Letter for Foreign Assistance.pdf |

Gentilissimi,

Allegato a questa e-mail un avviso della **sospensione immediata** del Julia Taft Grant (FAIN: SIT70024GR0091). Chiediamo la vostra conferma del rispetto delle istruzioni contenute nella lettera in una risposta a questa notizia. Vi preghiamo di indirizzare la risposta anche a PRM-Comp-Mgt@State.gov.

In attesa di un vostro riscontro.

Cordiali Saluti,
William Robertson

*Political Officer – Internal Politics Unit*
*U.S. Embassy Rome*
*Office Hours 08:00 - 17:30 CET/CEST*
*Mobile: +39 349 939 4135*
*Office: +39 06 4674 2054*
*he/him*

A-00000975421



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 24, 2025

Fabrizio Marrazzo
Gay Center / Gay Help Line DBA The Gay Center
Via Nicola Zabaglia 14
Rome, RM
00153
ITALY

<u>Second letter</u>

REF:    SIT70024GR0091

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy <u>PRM-Comp-Mgt@State.gov</u>. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 107

A-00000975421

2

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at robertsonwf@state.gov.

Sincerely,


William Robertson
Grants Officer

CAR 108

A-00000975421

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Mon, 27 Jan 2025 19:35:00 +0000 |
| **To:** | Meredith, Latoya; Hani Takla; Azeb Abdella; lfogarty@blumont.org |
| **Cc:** | Tehan, Rebecca; McKenna, Andrew G; Lievano Martinez, Marcela L; PRM-Comp-Mgt |
| **Subject:** | RE: Blumont: Suspension of PRM Awards Effective January 24, 2025 |
| **Attachments:** | Suspension Letter for Foreign Assistance-PRM Blumont 2025-01-27.pdf |

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Meredith, Latoya <MeredithLD2@state.gov>
**Sent:** Friday, January 24, 2025 3:19 PM
**To:** Hani Takla <htakla@blumont.org>; Azeb Abdella <aabdella@blumont.org>; lfogarty@blumont.org
**Cc:** Tehan, Rebecca <TehanRI@state.gov>; McKenna, Andrew G <McKennaAG@state.gov>; Lievano Martinez, Marcela L <LievanoMartinezML@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Blumont: Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

**La'Toya Meredith**
**Supervisory Grants Management Specialist**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov
***I am teleworking until further notice****

A-00000975416



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 27, 2025

Hani Takla
Blumont Global Development, Inc.
1777 N Kent St, Suite 300
Arlington, VA
22209-2136

REF:    SPRMCO24CA0257
        SPRMCO24CA0330

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are exempt from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award;
- Activities under award SPRMCO24CA0330 supporting Al Hol, Roj and Jeddah 1 camps in Syria and Iraq for the next two weeks (ending February 10, 2024) with the express understanding that social programming of any kind including but not limited to, gender, DEI or abortion services are <u>not</u> allowable under this exception.

In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S.

CAR 110

A-00000975416

2

Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MeredithLD2@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.27 14:33:51 -05'00'

Joseph Kouba
Comptroller

CAR 111

A-00000975416

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Mon, 27 Jan 2025 19:53:42 +0000 |
| **To:** | Meredith, Latoya; Hani Takla; Azeb Abdella; lfogarty@blumont.org |
| **Cc:** | Tehan, Rebecca; McKenna, Andrew G; Lievano Martinez, Marcela L; PRM-Comp-Mgt |
| **Subject:** | RE: Blumont: Suspension of PRM Awards Effective January 24, 2025 |
| **Attachments:** | Suspension Letter for Foreign Assistance-PRM Blumont 2025-01-27.pdf |

Letter updated to reflect the correct end date for one exception to the Notice of Suspension.

# Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Monday, January 27, 2025 2:35 PM
**To:** Meredith, Latoya <MeredithLD2@state.gov>; Hani Takla <htakla@blumont.org>; Azeb Abdella <aabdella@blumont.org>; lfogarty@blumont.org
**Cc:** Tehan, Rebecca <TehanRI@state.gov>; McKenna, Andrew G <MckennaAG@state.gov>; Lievano Martinez, Marcela L <LievanoMartinezML@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Blumont: Suspension of PRM Awards Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

# Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Meredith, Latoya <MeredithLD2@state.gov>
**Sent:** Friday, January 24, 2025 3:19 PM
**To:** Hani Takla <htakla@blumont.org>; Azeb Abdella <aabdella@blumont.org>; lfogarty@blumont.org
**Cc:** Tehan, Rebecca <TehanRI@state.gov>; McKenna, Andrew G <MckennaAG@state.gov>; Lievano Martinez, Marcela L <LievanoMartinezML@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Blumont: Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

A-00000975411

**La'Toya Meredith**
**Supervisory Grants Management Specialist**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov
***I am teleworking until further notice\****

A-00000975411



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 27, 2025

Hani Takla
Blumont Global Development, Inc.
1777 N Kent St, Suite 300
Arlington, VA
22209-2136

REF:    SPRMCO24CA0257
          SPRMCO24CA0330

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are exempt from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award;
- Activities under award SPRMCO24CA0330 supporting Al Hol, Roj and Jeddah 1 camps in Syria and Iraq for the next two weeks (ending February 10, 2025) with the express understanding that social programming of any kind including but not limited to, gender, DEI or abortion services are <u>not</u> allowable under this exception.

In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S.

A-00000975411

2

Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MeredithLD2@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.27 14:48:56 -05'00'

Joseph Kouba
Comptroller

UNCLASSIFIED

A-00000975411

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Sat, 25 Jan 2025 03:33:55 +0000 |
| **To:** | Salikhov, Askar; Mikkel Rindorf Trolle |
| **Cc:** | Silvia Grandi; Aiona Maritxu Oyharcabal; Lise Audet; Didem Yildirim; |

federico.pozzo@drc.ngo; Ida Johanne Møller Jepsen; Sarah Melendez Emory; PRM-Comp-Mgt; Desai, Kristi E; Stewart, Heather A; Fallon, Kathleen; Fisher, Clara L; Davenport, Heather; Manlowe, James S; Denino, Philip M

| | |
|---|---|
| **Subject:** | RE: Guidance on Latest Executive Orders - Danish Refugee Council |
| **Attachments:** | Suspension Letter for Foreign Assistance-DRC-v2.pdf |

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Salikhov, Askar <SalikhovA@state.gov>
**Sent:** Friday, January 24, 2025 3:21 PM
**To:** Mikkel Rindorf Trolle <mikkel.trolle@drc.ngo>
**Cc:** Silvia Grandi <silvia.grandi@drc.ngo>; Aiona Maritxu Oyharcabal <aiona.oyharcabal@drc.ngo>; Lise Audet <lise.audet@drc.ngo>; Didem Yildirim <didem.yildirim@drc.ngo>; federico.pozzo@drc.ngo; Ida Johanne Møller Jepsen <ida.jepsen@drc.ngo>; Sarah Melendez Emory <sarah.emory@drc.ngo>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Desai, Kristi E <DesaiKE@state.gov>; Stewart, Heather A <StewartHA@state.gov>; Fallon, Kathleen <FallonK2@state.gov>; Fisher, Clara L <FisherC@state.gov>; Davenport, Heather <DavenportH@state.gov>; Manlowe, James S <ManloweJS@state.gov>; Denino, Philip M <DeninoPM@state.gov>
**Subject:** Guidance on Latest Executive Orders - Danish Refugee Council
**Importance:** High

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

Askar.

A-00000975431

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975431



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 24, 2025

Mikkel Trolle
Danish Refugee Council
Borgergade 10 1300 København K Denmark

Second Letter

REF: SPRMCO24CA0160; SPRMCO24CA0129; SPRMCO24CA0189; SPRMCO24CA0222; SPRMCO24CA0188; SPRMCO24CA0159; SPRMCO24CA0187

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location. Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM. Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 118

A-00000975431

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at SalikhovA@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 22:33:02 -05'00'

Joseph Kouba
Comptroller

A-00000975431

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Sat, 25 Jan 2025 03:12:21 +0000 |
| **To:** | Carter, Brittany; Florence Ruona; James Kamau; mekoua@medicalteams.org; bramos@medicalteams.org |
| **Cc:** | PRM-Comp-Mgt; Gallagher, Emily E; Stewart, Heather A |
| **Subject:** | RE: Guidance on Latest Executive Orders - MTI |
| **Attachments:** | Suspension Letter for Foreign Assistance-MTI-v2.pdf |

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

SENSITIVE BUT UNCLASSIFIED

---

**From:** Carter, Brittany <CarterBM1@state.gov>
**Sent:** Friday, January 24, 2025 5:16 PM
**To:** Florence Ruona <fruona@medicalteams.org>; James Kamau <jkamau@medicalteams.org>; mekoua@medicalteams.org; bramos@medicalteams.org
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Gallagher, Emily E <GallagherEE@state.gov>; Stewart, Heather A <StewartHA@state.gov>
**Subject:** Guidance on Latest Executive Orders - MTI

Hi MTI

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

*Brittany Carter*

*Grants Management Specialist*
*U.S. Department of State*
*Bureau of Population, Refugees, and Migration*
*Office of the Comptroller*
*Washington, DC  20520*
*Email: **Carterbm1@state.gov***

A-00000975418

SENSITIVE BUT UNCLASSIFIED

A-00000975418



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Maeva Ekoua
MTI, INC

<u>Second Letter</u>

REF: SPRMCO24CA0089, SPRMCO24CA0090 and SPRMCO24CA0118

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

CAR 122

A-00000975418

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at CarterBM1@state.gov.

Sincerely,

JOSEPH G KOUBA

Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 22:11:08 -05'00'

Joseph Kouba
Comptroller

A-00000975418

**From:**          Kouba, Joseph G
**Sent:**          Sat, 25 Jan 2025 01:39:23 +0000
**To:**            Smyser, Christopher R; Heidi Raakjær Jespersen; Getinet Kebede Ayalew;
Kefyalew Tassachew Tsegaw; Kira Twisttmann Askholm; Tsegenesh Gutta; tibm@dca.dk; Kristen
Rasmussen; annh@dca.dk; sibj@dca.dk
**Cc:**            Stewart, Heather A; PRM Addis Ababa; PRM-Comp-Mgt
**Subject:**       RE: Notification of Suspension - DanChurchAid - Award SPRMCO24CA0213
**Attachments:**   Suspension Letter for Foreign Assistance-PRM-DCA-v2.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Smyser, Christopher R <SmyserCR@state.gov>
**Sent:** Friday, January 24, 2025 5:43 PM
**To:** Heidi Raakjær Jespersen <hrje@dca.dk>; Getinet Kebede Ayalew <gkay@dca.dk>; Kefyalew
Tassachew Tsegaw <ktts@dca.dk>; Kira Twisttmann Askholm <ktas@dca.dk>; Tsegenesh Gutta
<tsgut@dca.dk>; tibm@dca.dk; Kristen Rasmussen <krra@dca.dk>; annh@dca.dk; sibj@dca.dk
**Cc:** Stewart, Heather A <StewartHA@state.gov>; PRM Addis Ababa <PRMAddis@state.gov>; PRM-
Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Notification of Suspension - DanChurchAid - Award SPRMCO24CA0213

Dear DanChurchAid Team,

Please see the attached suspension letter outlining guidance from PRM on compliance
with recent Executive Orders.

Regards,

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975420



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Tina Breum Mariegaard
MELDAHLSGADE 3, 3
KOEBENHAVN V,HOVEDSTADEN,
1613
DNK

Second letter

REF:    SPRMCO24CA0213

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 125

A-00000975420

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at SmyserCR@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 20:38:09 -05'00'

Joseph Kouba
Comptroller

**From:**          Kouba, Joseph G
**Sent:**          Sat, 25 Jan 2025 03:05:22 +0000
**To:**            Smyser, Christopher R; Eric Bebernitz; US Award Management Team; Teshome
Muleta; Pauline Chaussee
**Cc:**            Stewart, Heather A; PRM Addis Ababa; PRM-Comp-Mgt
**Subject:**       RE: Notification of Suspension - AAH - SPRMCO24CA0194
**Attachments:**   Suspension Letter for Foreign Assistance-AAH-v2-signed.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Smyser, Christopher R <SmyserCR@state.gov>
**Sent:** Friday, January 24, 2025 4:54 PM
**To:** Eric Bebernitz <ebebernitz@actionagainsthunger.org>; US Award Management Team
<grants@actionagainsthunger.org>; Teshome Muleta <tmuleta@actionagainsthunger.org>; Pauline
Chaussee <pchaussee@actionagainsthunger.org>
**Cc:** Stewart, Heather A <StewartHA@state.gov>; PRM Addis Ababa <PRMAddis@state.gov>; PRM-
Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Notification of Suspension - AAH - SPRMCO24CA0194

Dear Action Against Hunger Team,

Please see the attached suspension letter outlining guidance from PRM on compliance
with recent Executive Orders.

Regards,

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975429



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 24, 2025

Lowrey Redmond
Action Against Hunger
1 WHITEHALL ST FL2
NEW YORK, NY
10004-2146
USA

Second Letter

REF:    SPRMCO24CA0194

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 128

A-00000975429

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at SmyserCR@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 22:04:17 -05'00'

Joseph Kouba
Comptroller

A-00000975429

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Sat, 25 Jan 2025 03:17:28 +0000 |
| **To:** | Smyser, Christopher R; director@africahumanitarian.org; Marcos Melaku, AHA SS |
| **Cc:** | Stewart, Heather A; Nelson, Mellisa L; Ellis, Andrew J (Addis Ababa); PRM-Comp-Mgt |
| **Subject:** | RE: Notification of Suspension- AHA - Award SPRMCO24CA0193 |
| **Attachments:** | Suspension Letter for Foreign Assistance-AHA-v2.pdf |

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Smyser, Christopher R <SmyserCR@state.gov>
**Sent:** Friday, January 24, 2025 5:05 PM
**To:** director@africahumanitarian.org; Marcos Melaku, AHA SS <ssudan@africahumanitarian.org>
**Cc:** Stewart, Heather A <StewartHA@state.gov>; Nelson, Mellisa L <NelsonML@state.gov>; Ellis, Andrew J (Addis Ababa) <EllisAJ@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Notification of Suspension- AHA - Award SPRMCO24CA0193

Dear Africa Humanitarian Action,

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Regards,

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975413



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Dawit Zawde
712 H ST. NE UNIT #792
WASHINGTON, DC
20002
USA

Second Letter

REF:    SPRMCO24CA0193

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

A-00000975413

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at SmyserCR@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.24
22:15:45 -05'00'

Joseph Kouba
Comptroller

A-00000975413

**From:**            Kouba, Joseph G
**Sent:**            Sat, 25 Jan 2025 02:52:53 +0000
**To:**              Morgan, Hurist; Sean Burke; Bernard McCaul
**Cc:**              Stewart, Heather A; Kupper, Theodore J; Tidwell, Nathan (Addis Ababa); Desai,
Kristi E; Herrle, Julia A; Dowl, Aimee M; PRM-Comp-Mgt; Denino, Philip M
**Subject:**         RE: Suspension of PRM Awards Effective January 24, 2025
**Attachments:**     Suspension Letter for Foreign Assistance-GOAL-v2.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Morgan, Hurist <MorganH@state.gov>
**Sent:** Friday, January 24, 2025 2:56 PM
**To:** Sean Burke <sburke@goal.ie>; Bernard McCaul <bmccaul@goal.ie>
**Cc:** Stewart, Heather A <StewartHA@state.gov>; Kupper, Theodore J <KupperTJ@state.gov>; Tidwell,
Nathan (Addis Ababa) <TidwellNR@state.gov>; Desai, Kristi E <DesaiKE@state.gov>; Herrle, Julia A
<HerrleJA@state.gov>; Dowl, Aimee M <DowlAM@state.gov>; PRM-Comp-Mgt <PRM-Comp-
Mgt@state.gov>; Denino, Philip M <DeninoPM@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with
with recent Executive Orders.

Thanks,
*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State

2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520

Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975401



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Sean Burke
GOAL
Carnegie House
Library Road, Dun Laoghaire
Dublin, Ireland A96 C7W7

<u>Second Letter</u>

REF:    SPRMCO24CA0071, SPRMCO24CA0197

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy <u>PRM-Comp-Mgt@State.gov</u>. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 134

A-00000975401

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MorganH@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 21:52:05 -05'00'

Joseph Kouba
Comptroller

A-00000975401

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Sat, 25 Jan 2025 03:23:30 +0000 |
| **To:** | Rosello Cintron, Ashley M; najia.hyder@ri.org; Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C; Stegura, Christina M; Test, Sara; Nelson, Mellisa L |
| **Subject:** | RE: Suspension of PRM Awards Effective January 24, 2025 |
| **Attachments:** | Suspension Letter for Foreign Assistance-RI-v2.pdf |

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Rosello Cintron, Ashley M <Rosello-CintronAM@state.gov>
**Sent:** Friday, January 24, 2025 5:24 PM
**To:** najia.hyder@ri.org; Mohamed Mostafa (RI/GLOBAL) <mohamed.mostafa@ri.org>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Roberts, Mitchell C <RobertsMC@state.gov>; Stegura, Christina M <SteguraCM@state.gov>; Test, Sara <TestS@state.gov>; Nelson, Mellisa L <NelsonML@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.


Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State
Phone: (771)-444-0567
Email: Rosello-CintronAM@state.gov

A-00000975406



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Najia Hyder
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601
USA

Second Letter

REF: SPRMCO25CA0004, SPRMCO24CA0284, SPRMCO24CA0244, SPRMCO24CA0114, SPRMCO24CA0096

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from

A-00000975406

various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at Rosello-CintronAM@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 22:22:27 -05'00'

Joseph Kouba
Comptroller

A-00000975406

**From:**          Kouba, Joseph G
**Sent:**          Sat, 25 Jan 2025 01:45:39 +0000
**To:**            Tatman, Sylvester; gerrard.khan@rescue.org; Hans.VandeWeerd@rescue.org;
Madeline Lichtfuss; Luwam Alemayehu; germaine.ndour@rescue.org; Nicole Soeller; irccfo@rescue.org;
Martin.Ombima@rescue.org; Gerrard.Khan@rescue.org; Megan Germain; Joel Graham; Ashraf Khan;
Sonam C. Tagsar; Ekrem Hamza; Nicolas Mansour; Anna Quested-Jones
**Cc:**             Sheehan, Kathleen; Nyce, Sayre E; Roh, Jung Mary; Nelson, Mellisa L; Desai,
Kristi E; Ryou, Kathleen; Manlowe, James S; Houck, Meredith L; Test, Sara; Roberts, Mitchell C;
Burkhardt, Margaret A; McBrayer, Daniel; Gallagher, Emily E; Fallon, Kathleen; Murgatroyd, Georgeanna
L; Gillyard, Jennifer C; Stewart, Heather A; Khan, Liya; PRM-Comp-Mgt; Nutzman, Adrienne B
**Subject:**        RE: Suspension of PRM Awards Effective January 24, 2025
**Attachments:**    Suspension Letter for Foreign Assistance-IRC-v2.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Tatman, Sylvester <TatmanS@state.gov>
**Sent:** Friday, January 24, 2025 3:47 PM
**To:** gerrard.khan@rescue.org; Hans.VandeWeerd@rescue.org; Madeline Lichtfuss
<madeline.lichtfuss@rescue.org>; Luwam Alemayehu <Luwam.Alemayehu@rescue.org>;
germaine.ndour@rescue.org; Nicole Soeller <Nicole.Soeller@rescue.org>; irccfo@rescue.org;
Martin.Ombima@rescue.org; Gerrard.Khan@rescue.org; Megan Germain
<megan.germain@rescue.org>; Joel Graham <joel.graham@rescue.org>; Ashraf Khan
<Ashraf.Khan@rescue.org>; Sonam C. Tagsar <Sonam.Tagsar@rescue.org>; Ekrem Hamza
<Ekrem.Hamza@rescue.org>; Nicolas Mansour <Nicolas.Mansour@rescue.org>; Anna Quested-Jones
<Anna.Quested-Jones@rescue.org>
**Cc:** Sheehan, Kathleen <SheehanK@state.gov>; Nyce, Sayre E <NyceSE@state.gov>; Roh, Jung Mary
<RohJM@state.gov>; Nelson, Mellisa L <NelsonML@state.gov>; Desai, Kristi E <DesaiKE@state.gov>;
Ryou, Kathleen <RyouKK@state.gov>; Manlowe, James S <ManloweJS@state.gov>; Houck, Meredith L
<HouckML@state.gov>; Test, Sara <TestS@state.gov>; Roberts, Mitchell C <RobertsMC@state.gov>;
Burkhardt, Margaret A <BurkhardtMA@state.gov>; McBrayer, Daniel <McBrayerWD@state.gov>;
Gallagher, Emily E <GallagherEE@state.gov>; Fallon, Kathleen <FallonK2@state.gov>; Murgatroyd,
Georgeanna L <MurgatroydGL@state.gov>; Gillyard, Jennifer C <GillyardJC@state.gov>; Stewart,
Heather A <StewartHA@state.gov>; Khan, Liya <KhanL2@state.gov>; PRM-Comp-Mgt <PRM-Comp-
Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Good Afternoon,

A-00000975408

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Regards,

Sylvester Tatman

A-00000975408



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Martin Bratt
International Rescue Committee, Inc.
112 E 42ND ST, New York,
NY 10168

Second letter

REF:    SPRMCO24CA0040, SPRMCO24CA0050, SPRMCO24CA0121, SPRMCO24CA0124,
SPRMCO24CA0126, SPRMCO24CA0145, SPRMCO24CA0162, SPRMCO24CA0198,
SPRMCO24CA0239, SPRMCO24CA0241, SPRMCO24CA0245, SPRMCO24CA0321,
SPRMCO24CA0355, SPRMCO24CA0356, SPRMCO24CA0357, SPRMCO25CA0025,
SPRMCO24CA0253, SPRMCO24CA0255, SPRMCO24CA0279, SPRMCO24CA0306,
SPRMCO24CA0317, SPRMCO24CA0338

Consistent with the President's Executive Order on Reevaluating and Realigning United
States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and
Migration hereby notifies the recipient that, consistent with the terms of the award(s),
the referenced award(s) are immediately suspended as of January 24, 2025. Award(s)
may no longer effectuate agency priorities and are suspended pending a Department-
wide review of foreign assistance programs. Decisions whether to continue, modify, or
terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop
all work under the award(s) and not incur any new costs after the effective date cited
above with the exception of emergency food assistance and administrative expenses,
including salaries, necessary to administer such assistance and this assistance is already
within the scope of the award. In addition, the Recipient must cancel as many
outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI
Programs and Preferencing and Initial Recissions of Harmful Executive Orders and
Actions, Recipients are hereby notified that no U.S. Government funds may be used to
promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless
of partner or program location.  Any use of PRM funding to promote DEI must cease
immediately, including activities that were previously authorized by PRM.  Your
certification that all such activities funded by U.S. Government funds have ceased is
required immediately by emailing the grants officer for your award and copy PRM-

CAR 141

A-00000975408

2

Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at Tatmans@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24
20:44:48 -05'00'

Joseph Kouba
Comptroller

CAR 142

A-00000975408

**From:** Kouba, Joseph G
**Sent:** Sat, 25 Jan 2025 01:50:04 +0000
**To:** Morgan, Hurist; Daniel Littlejohn-Carrillo; Terri Salter; Christophe Gravend
**Cc:** Wheaton, Sarah; Kyle, Susan F; PRM-MEC-ICRC; PRM-EAP-SCA-APICentral Asia;
Swyer, Cody W (AAU); PRM-EAP-SCA-APICentral Asia; PRM-Comp-Mgt
**Subject:** RE: Suspension of PRM Awards Effective January 24, 2025
**Attachments:** Suspension Letter for Foreign Assistance-PRM UNHCR-v2.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Morgan, Hurist <MorganH@state.gov>
**Sent:** Friday, January 24, 2025 3:57 PM
**To:** Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe
Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC
<PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer,
Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>;
PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with
with recent Executive Orders.

Thanks,
*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State

2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520

Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-3395

A-00000975409



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Ms. Dominique Hyde
United Nations High Commissioner for Refugees, (UNHCR)
PO Box 2500
Rue de Montbrillant 94
1201 Genève, Switzerland

Second Letter

REF:    SPRMCO25VC0008
        SPRMCO25VC0034

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 144

A-00000975409

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MeredithLD2@state.gov.

Sincerely,

JOSEPH G
KOUBA

Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.24
20:49:03 -05'00'

Joseph Kouba
Comptroller

A-00000975409

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Sat, 25 Jan 2025 01:54:52 +0000 |
| **To:** | Morgan, Hurist; Daniel Littlejohn-Carrillo; Terri Salter; Christophe Gravend |
| **Cc:** | Wheaton, Sarah; Kyle, Susan F; PRM-MEC-ICRC; PRM-EAP-SCA-APICentral Asia; |
| Swyer, Cody W (AAU); PRM-EAP-SCA-APICentral Asia; PRM-Comp-Mgt | |
| **Subject:** | RE: Suspension of PRM Awards Effective January 24, 2025 |
| **Attachments:** | Suspension Letter for Foreign Assistance-ICRC-v2.pdf |

I apologize, I attached the incorrect suspension letter. Attached is the letter for ICRC.

Sorry for any confusion or inconvenience.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 8:50 PM
**To:** Morgan, Hurist <MorganH@state.gov>; Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC <PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer, Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Morgan, Hurist <MorganH@state.gov>
**Sent:** Friday, January 24, 2025 3:57 PM
**To:** Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC <PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer,

A-00000975422

Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>;
PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance
with recent Executive Orders.

Thanks,
*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State

2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520

Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975422



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 24, 2025

Terri Salter
International Committee of the Red Cross
19 avenue de la Paix
1202 Geneva, Switzerland

<u>Second letter</u>

REF:    SPRMCO25VC0013

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 148

A-00000975422

2

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MorganH@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 20:53:32 -05'00'

Joseph Kouba
Comptroller

CAR 149

A-00000975422

**From:**        Kouba, Joseph G
**Sent:**        Sat, 25 Jan 2025 03:28:30 +0000
**To:**          Kennedy, Lindsay C; Kirk Prichard; Eddie Rogers; zlatko.gegic@concern.net; Lucy
Buckman
**Cc:**          Nelson, Mellisa L; PRM-Comp-Mgt
**Subject:**     RE: Suspension of PRM Awards Effective January 24, 2025
**Attachments:** Suspension Letter for Foreign Assistance-Concern-v2.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kennedy, Lindsay C <KennedyLC@state.gov>
**Sent:** Friday, January 24, 2025 3:57 PM
**To:** Kirk Prichard <kirk.prichard@concern.net>; Eddie Rogers <Eddie.rogers@concern.net>;
zlatko.gegic@concern.net; Lucy Buckman <lucy.buckman@concern.net>
**Cc:** Nelson, Mellisa L <NelsonML@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975423



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 24, 2025

Kirk Prichard
Concern Worldwide US
355 Lexington Ave 16th Floor
NY, NY, 10017

Second Letter

REF: SPRMCO24CA0259

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 151

A-00000975423

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at KennedyLC@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 22:27:54 -05'00'

Joseph Kouba
Comptroller

**From:**           Kouba, Joseph G
**Sent:**           Mon, 27 Jan 2025 20:03:16 +0000
**To:**             Morgan, Hurist; Daniel Littlejohn-Carrillo; Terri Salter; Christophe Gravend
**Cc:**             Wheaton, Sarah; Kyle, Susan F; PRM-MEC-ICRC; PRM-EAP-SCA-APICentral Asia;
Swyer, Cody W (AAU); PRM-EAP-SCA-APICentral Asia; PRM-Comp-Mgt
**Subject:**        RE: Suspension of PRM Awards Effective January 24, 2025
**Attachments:**    Suspension Letter for Foreign Assistance-ICRC 2025-01-27.pdf


Letter updated to reflect the correct end date for one exception to the Notice of
Suspension.

# Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Monday, January 27, 2025 2:17 PM
**To:** Morgan, Hurist <MorganH@state.gov>; Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri
Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC
<PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer,
Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>;
PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards Effective January 24, 2025


Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

# Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 8:55 PM
**To:** Morgan, Hurist <MorganH@state.gov>; Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri
Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC
<PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer,
Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>;

A-00000975426

PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards Effective January 24, 2025

I apologize, I attached the incorrect suspension letter. Attached is the letter for ICRC.

Sorry for any confusion or inconvenience.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 8:50 PM
**To:** Morgan, Hurist <MorganH@state.gov>; Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC <PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer, Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Morgan, Hurist <MorganH@state.gov>
**Sent:** Friday, January 24, 2025 3:57 PM
**To:** Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC <PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer, Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

A-00000975426

Thanks,
*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State

2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520

Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975426



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 27, 2025

Terri Salter
International Committee of the Red Cross
19 avenue de la Paix
1202 Geneva, Switzerland

REF:    SPRMCO25VC0013
        SPRMCO24VC0022

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are exempt from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award;
- Activities under awards SPRMCO25VC0013 and SPRMCO24VC0022 supporting Al Hol, Roj and Jeddah 1 camps in Syria and Iraq for the next two weeks (ending February 10, 2025) with the express understanding that social programming of any kind including but not limited to, gender, DEI or abortion services are not allowable under this exception.

In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer

CAR 156

A-00000975426

for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MorganH@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.27 14:58:23 -05'00'

Joseph Kouba
Comptroller

A-00000975426

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Fri, 24 Jan 2025 19:38:10 +0000 |
| **To:** | PRM-Comp |
| **Cc:** | Wilson, Shawna J; Kinsey, Rebecca T |
| **Subject:** | RE: Suspension of PRM Awards Effective January 24, 2025 |
| **Attachments:** | List of Open Awards.xlsx |

Here is the list of open awards. Please use this as the basis for sending out the suspension letters.

Thanks!

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 2:30 PM
**To:** PRM-Comp <PRM-Comp@state.gov>
**Cc:** Wilson, Shawna J <WilsonSJ@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

The suspension letter is linked below. Grants officers should sign the letter and save it as pdf. When you send the notice to your recipients, please copy PRM-Comp-Mgt@state.gov. Please let Phil or I know if you have any questions.

Suggested language for the email to recipients:

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

📄 Suspension Letter for Foreign Assistance-PRM.docx

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975434

| Organization/Recipient | | |
|---|---|---|
| ACTION AGAINST HUNGER - USA | | |
| Action Contre la Faim | | |
| AFRICA HUMANITARIAN ACTION INC | | |
| AMERICAN REFUGEE COMMITTEE | | |
| AMERICARES FOUNDATION INC | | |
| ASYLUM ACCESS | | |
| AVSI | | |
| BETHANY CHRISTIAN SERVICES USA, LLC | | |
| BLUMONT GLOBAL DEVELOPMENT, INC. | | |
| BRAC USA, INC. | | |
| CARE | | |
| CHILDFUND INTERNATIONAL USA | | |
| CHURCH WORLD SERVICE INC | | |
| COMMUNITY SPONSORSHIP HUB, INC | | |
| CONCERN WORLDWIDE US INC | | |
| COOPI | | |
| CRS - USCCB | | |
| DANISH REFUGEE COUNCIL | | |
| DEUTSCHE WELTHUNGERHILFE E.V. | | |
| DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT EP | | |
| DYA | | |
| ESCRITORIO NACIONAL | | |
| ETHIOPIAN COMMUNITY DEVELOPMENT COUNCIL, INC. | | |
| EUROPEAN NETWORK ON STATELESSNESS | | |
| FHI 360 | | |
| FOLKEKIRKENS NODHJAELP | | |
| GLOBAL REFUGE | | |
| GOAL | | |
| HANDICAP INTERNATIONAL INC A/K/A HANDICAP INTERNATIONAL | | |
| HEALTH EQUITY INITIATIVES AND SOLUTIONS BERHAD | | |
| HEARTLAND ALLIANCE INTERNATIONAL, LLC | | |
| HIAS INC | | |
| INKOMOKO | | |
| INTERNATIONAL CATHOLIC MIGRATION COMMISSION (ICMC) | | |
| INTERNATIONAL FEDERATION OF THE RED CROSS | | |
| INTERNATIONAL LABOR ORGANIZATION | | |
| INTERNATIONAL MEDICAL CORPS | | |
| INTERNATIONAL ORGANIZATION FOR MIGRATION | | |
| INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC | | |
| INTERNATIONAL RESCUE COMMITTEE, INC. | | |
| INTERNEWS NETWORK | | |
| INTERSOS ORGANIZAZIONE UMANITARIA ONLUS | | |
| JRS USA | | |
| KIND INC | | |
| KIRKON ULKOMAANAPU | | |
| KUMPULAN A C T S BHD | | |
| LE COMITE INTERNATIONAL DE LA CROIX-ROUGE (CICR | | |
| MEDAIR | | |
| MEDICAL TEAMS INTERNATIONAL, INC | | |
| MERCY CORPS | | |
| MULTECI DESTEK DERNEGI | | |
| NEAR EAST FOUNDATION | | |
| NEPAL MANAV ADHIKAR SHIKSHYA SAMAJ | | |
| NORWEGIAN REFUGEE COUNCIL (NRC) - STIFTELSEN FLYKTNINGHJELPE | | |
| ORDER OF MALTA WORLDWIDE RELIEF MALTESER INTERNATIONAL AMERI | | |
| PAN AMERICAN DEVELOPMENT FOUNDATION | | |
| PATHWAYS INTERNATIONAL US | | |
| PEACE WINDS AMERICA | | |
| PREMIERE URGENCE INTERNATIONALE | | |
| REFUGEE INVESTMENT NETWORK INC | | |
| REFUGEE SOCIAL SERVICES | | |
| REFUGEE SOLIDARITY NETWORK INC | | |
| RELIEF INTERNATIONAL | | |
| RESTART CENTER | | |
| RET INTERNATIONAL | | |
| SAMS FOUNDATION | | |
| SAVE THE CHILDREN FEDERATION, INC. | | |
| SCALABRINI CENTRE OF CAPE TOWN | | |
| SECRETARIADO NACIONAL DE PASTORAL SOCIAL-CARITAS COLOMBIANA | | |
| SEED FOUNDATION | | |

CAR 159

A-00000975434

| | | |
|---|---|---|
| SHELTER FOR LIFE INTERNATIONAL, INC.<br>SOCIOS EN SALUD SUCURSAL PERU<br>SOS Children's Villages-USA, Inc.<br>SPHERE ASSOCIATION<br>STICHTING (COMPARABLE WITH FOUNDATION)<br>STICHTING ZOA<br>SWISSCONTACT, Schweizerische Stiftung Fur Technische Entwick<br>TERRE DES HOMMES - HELPING CHILDREN WORLDWIDE - FOUNDATION<br>THE CENTER FOR VICTIMS OF TORTURE<br>THE LUTHERAN WORLD FEDERATION<br>THE MENTOR INITIATIVE<br>TIBET FUND<br>TZU CHI FOUNDATION USA<br>UN RELIEF & WORKS AGENCY<br>UN WOMAN<br>UNFPA<br>UNHCR<br>UNICEF<br>UNITED ISRAEL APPEAL INC<br>UNITED NATIONS DEVELOPMENT PROGRAMME<br>UNITED NATIONS OFFICE FOR PROJECT SERVICES<br>UNITED NATIONS WORLD FOOD PROGRAMME<br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS<br>US COMMITTEE FOR REFUGEES & IMMIGRANTS INC<br>WOMEN'S REFUGEE COMMISSION, INC.<br>WOMEN'S REHABILITATION ORGANIZATION<br>WORLD HEALTH ORGANIZATION<br>WORLD LEARNING INC<br>WORLD REHABILITATION FUND INC<br>WORLD RELIEF CORP OF NATIONAL ASS<br>WORLD VISION INC.<br>YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI<br>Grand Total | | |
| | | |

A-00000975434

| Award Number | Amendment Numb | Award Title | Organization/Recipient | Status | Period of Performan | Period of Performan | U.S. Share of Cost | Active Approval Group | Primary Grants Officer | Primary Grants Officer Representative | Opened by |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO23VC0025 | M003 | Humanitarian Principles and Protect | UN RELIEF & WORKS AGENCY | Open | 2023-01-01 07:00:00 | 2025-07-31 00:00:00 | ############# | | Lindsay Kennedy | | Lindsay Kennedy |
| SPRMCO24CA0033 | | Economic Impact of Refugee ID Policy Reform - Kenya | REFUGEE INVESTMENT NETWORK INC | Open | 2024-03-06 09:10:19 | 2025-03-05 14:38:39 | $(USD)469,611.00 | | Christopher Smyser | Hyun B. Sim | Christopher Smyser |
| SPRMCO24VC0035 | | Afghan Local Integration Support in Albania | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-06-01 00:00:01 | 2026-05-31 00:00:01 | $(USD)3,700,000.00 | | Joseph Kouba | | Jihyun Park |
| SPRMCO24VC0036 | | Increase resilience of Afghan refugees in Albania | UNICEF | Open | 2024-05-01 00:00:00 | 2025-04-30 00:00:00 | $(USD)4,471,200.00 | | Christopher Smyser | | Jihyun Park |
| SPRMCO23VC0312 | M001 | IOM ASSISTANCE PROGRAM FOR AFGHANS | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2023-10-01 08:00:00 | 2025-09-30 00:00:00 | ############# | | Joseph Kouba | Dave Richelsoph | Brian Graham |
| SPRMCO23VC0076 | M002 | 2023 Funding to Protect Children from Ukraine | UNICEF | Open | 2023-06-15 08:00:00 | 2025-06-30 00:00:00 | $(USD)9,143,280.00 | | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0050 | | Welcome Corps at Work | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-05-16 16:26:55 | 2025-04-30 16:27:06 | $(USD)1,779,174.00 | | Sylvester Tatman | Sayre Nyce | Sydna Cooper |
| SPRMCO23CA0030 | M003 | SHERR: Supporting Higher Ed in Refugee Resettleme | WORLD LEARNING INC | Open | 2023-02-01 07:00:00 | 2025-01-31 00:00:00 | $(USD)1,999,536.00 | | Askar Salikhov | Kathleen Sheehan | Askar Salikhov |
| SPRMCO24VC0066 | | Enhancing Ethical Recruitment and Protection. | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 13:34:31 | 2025-08-31 13:36:19 | $(USD)1,100,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0069 | | FY 2024 UNFPA Preventing Child Marriage | UNFPA | Open | 2024-08-01 15:03:35 | 2025-07-31 15:04:34 | $(USD)2,432,000.00 | | ETHAN GRUSECKI | | Bianca Fraise |
| SPRMCO24CA0071 | | Emergency Nutrition for Refugees in Ethiopia | GOAL | Open | 2024-08-01 03:00:05 | 2025-07-31 03:01:00 | $(USD)1,200,000.00 | | Hurist Morgan | Heather Stewart | Hurist Morgan |
| SPRMCO24VC0072 | | Burundi Reintegratio n Programme in Areas of Return | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-07-01 10:02:37 | 2025-06-30 10:02:55 | $(USD)2,000,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0074 | | Child Protection, Mental Health and Psychosoci al | JRS USA | Open | 2024-08-01 10:21:37 | 2025-07-31 10:22:08 | $(USD)932,136.00 | | ANTHONY CASON | Heather Stewart | ANTHONY CASON |
| SPRMCO24VC0075 | | Migration Managemen t Framework (MMF) | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 03:00:00 | 2025-08-31 03:00:00 | $(USD)1,700,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0076 | | FY 2024 IOM SFTS | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 10:58:32 | 2025-09-29 10:58:44 | $(USD)3,000,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0077 | | 2024 UNICEF Safe From the Start | UNICEF | Open | 2024-09-01 14:48:29 | 2025-08-31 14:48:40 | $(USD)3,400,000.00 | | Christopher Smyser | | Christopher Smyser |
| SPRMCO24VC0078 | | 2024 UNFPA SFTS | UNFPA | Open | 2024-09-30 13:17:16 | 2025-09-29 13:17:28 | $(USD)2,500,000.00 | | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0079 | | Livelihood and Psychosoci al Support for Urban Refu | JRS USA | Open | 2024-09-01 13:48:02 | 2025-08-31 13:48:12 | $(USD)1,500,000.00 | | ANTHONY CASON | EMILY GALLAGHER | ANTHONY CASON |
| SPRMCO24CA0081 | | ASPIRE: Access, Safety, and Protection for Inclusi | THE LUTHERAN WORLD FEDERATION | Open | 2024-08-01 08:57:06 | 2025-07-31 08:57:20 | $(USD)2,600,000.00 | | ANTHONY CASON | Kathleen Ryou | ANTHONY CASON |
| SPRMCO24CA0082 | | RISE II: Education in the Kalobeyei, Kenya | KIRKON ULKOMAANAPU | Open | 2024-08-01 04:24:41 | 2025-07-31 04:24:54 | $(USD)2,000,000.00 | | ANTHONY CASON | Kathleen Ryou | Askar Salikhov |
| SPRMCO24CA0083 | | Improving the quality of life of Rohingya and host | BRAC USA, INC. | Open | 2024-08-01 07:42:10 | 2025-07-31 07:42:26 | $(USD)2,344,139.00 | | ETHAN GRUSECKI | MEREDITH HOUCK | ETHAN GRUSECKI |
| SPRMCO24CA0087 | | UPLIFT - Upholding Protection and Localization | THE LUTHERAN WORLD FEDERATION | Open | 2024-09-01 04:00:01 | 2025-08-31 04:00:01 | $(USD)2,500,000.00 | | ANTHONY CASON | EMILY GALLAGHER | ANTHONY CASON |
| SPRMCO24CA0088 | | Holistic Protection and Accompani ment for Refugees | JRS USA | Open | 2024-08-01 03:57:31 | 2025-07-31 03:57:40 | $(USD)1,990,063.00 | | ANTHONY CASON | Melissa Nelson | ANTHONY CASON |
| SPRMCO24CA0089 | | Improved refugee health care in Kigoma, Tanzania | MEDICAL TEAMS INTERNATIONAL, INC | Open | 2024-08-01 12:23:21 | 2025-07-31 12:23:33 | $(USD)3,350,000.00 | | Brittany M Carter | EMILY GALLAGHER | Askar Salikhov |
| SPRMCO24CA0090 | | RECOP: Uganda Comprehen sive Refugee Health Program | MEDICAL TEAMS INTERNATIONAL, INC | Open | 2024-08-01 16:06:32 | 2025-07-31 16:06:48 | $(USD)3,250,000.00 | | Brittany M Carter | EMILY GALLAGHER | Askar Salikhov |

A-00000975434

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SPRMCO24CA0091 | Improved protective environment , mental health and | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-08-01 11:56:00 | 2025-07-31 11:56:46 | $(USD)2,000,000.00 | Noorullah Ahmadzai | Melissa Nelson | Noorullah Ahmadzai |
| SPRMCO24CA0092 | Thriving Together Kigoma: Education, Protection an | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-08-01 12:53:00 | 2025-07-31 12:53:54 | $(USD)1,750,000.00 | Noorullah Ahmadzai | EMILY GALLAGHER | Noorullah Ahmadzai |
| SPRMCO24CA0093 | LEARN III: Lasting Education Achievemen t in Uganda | KIRKON ULKOMAANAPU | Open | 2024-09-01 14:34:31 | 2025-08-31 14:34:38 | $(USD)3,750,000.00 | ANTHONY CASON | EMILY GALLAGHER | Askar Salikhov |
| SPRMCO24CA0095 | HELPP II: Support for refugee communitie s in Cairo | CHURCH WORLD SERVICE INC | Open | 2024-08-01 11:09:09 | 2025-07-31 11:09:23 | $(USD)2,020,030.00 | Askar Salikhov | KAREN TAYLOR | Askar Salikhov |
| SPRMCO24CA0096 | Integrated Response for Emergency Assistance and R | RELIEF INTERNATIONAL | Open | 2024-08-01 05:39:43 | 2025-07-31 05:39:57 | $(USD)5,000,000.00 | Ashley Rosello Cintron | Melissa Nelson | ANTHONY CASON |
| SPRMCO24CA0097 | Kora Wigire PAC Program | WORLD VISION INC. | Open | 2024-08-01 07:38:00 | 2025-07-31 07:38:38 | $(USD)2,000,000.00 | Noorullah Ahmadzai | EMILY GALLAGHER | Noorullah Ahmadzai |
| SPRMCO24CA0098 | Provision of Integrated Health, Child Protection, | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-08-15 10:25:53 | 2025-08-14 10:26:05 | $(USD)3,000,000.00 | Noorullah Ahmadzai | EMILY GALLAGHER | Noorullah Ahmadzai |
| SPRMCO24VC0099 | Lighthouse | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-07-15 10:47:14 | 2025-07-14 10:47:30 | $(USD)3,000,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0101 | Promoting MRRM Solutions for Migrants in Libya | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-08-01 03:00:00 | 2025-07-31 03:00:00 | $(USD)1,400,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0102 | Urban Refugee Assistance and Protection Project | JRS USA | Open | 2024-08-01 17:07:59 | 2025-07-31 17:08:08 | $(USD)670,000.00 | ANTHONY CASON | Mary Jung Roh | ANTHONY CASON |
| SPRMCO24CA0105 | Responding to child protection needs in Kenya | TERRE DES HOMMES - HELPING CHILDREN WORLDWIDE - FOUNDATION | Open | 2024-08-24 00:00:00 | 2025-08-23 00:00:00 | $(USD)1,800,000.00 | Hurist Morgan | Kathleen Ryou | Hurist Morgan |
| SPRMCO24CA0106 | PSTIC Facilitation of mental health and Protection | TERRE DES HOMMES - HELPING CHILDREN WORLDWIDE - FOUNDATION | Open | 2024-08-01 09:49:00 | 2025-07-31 09:49:40 | $(USD)1,550,000.00 | Hurist Morgan | KAREN TAYLOR | Hurist Morgan |
| SPRMCO24CA0107 | Integrated Health and Protection Intervention s for | WORLD VISION INC. | Open | 2024-08-01 12:28:44 | 2025-07-31 12:28:54 | $(USD)2,000,000.00 | Noorullah Ahmadzai | Sushil Narayanan | Noorullah Ahmadzai |
| SPRMCO24CA0108 | Enhancing Self-Reliance of Vulnerable Refugees | Action Contre la Faim | Open | 2024-09-30 00:55:52 | 2025-09-29 00:56:13 | $(USD)3,000,000.00 | Christopher Smyser | Sara Test | Christophe r Smyser |
| SPRMCO24CA0109 | Toward Sustainable National Trauma Rehabilitatio n | THE CENTER FOR VICTIMS OF TORTURE | Open | 2024-09-01 00:00:01 | 2025-08-31 00:00:01 | $(USD)2,576,000.00 | ANTHONY CASON | Sara Test | ANTHONY CASON |
| SPRMCO24CA0110 | Access, Inclusion, & Empowerm ent. Phase | INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC | Open | 2024-09-01 02:35:13 | 2025-08-31 02:35:22 | $(USD)2,368,000.00 | Lindsay Kennedy | Sara Test | Lindsay Kennedy |
| SPRMCO24VC0112 | 2024 Rohingya Humanitaria n Response | UNFPA | Open | 2024-08-01 07:01:14 | 2025-07-31 07:01:27 | $(USD)5,800,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECK I |
| SPRMCO24CA0114 | "Bridging the Gap": Ensuring access to education a | RELIEF INTERNATIONAL | Open | 2024-08-01 03:01:00 | 2025-07-31 03:01:00 | $(USD)2,500,000.00 | Ashley Rosello Cintron | Sara Test | ANTHONY CASON |
| SPRMCO24CA0115 | Mental Health Svcs for Refugees and Asylum Seekers | HEALTH EQUITY INITIATIVES AND SOLUTIONS BERHAD | Open | 2024-08-01 04:00:00 | 2025-07-31 04:00:00 | $(USD)600,000.00 | Hurist Morgan | Geoffrey D. Chanin | Hurist Morgan |
| SPRMCO24CA0116 | Strengtheni ng Resilience Of Urban Refugees | ASYLUM ACCESS | Open | 2024-09-15 00:00:00 | 2025-09-14 00:00:00 | $(USD)499,923.00 | Hurist Morgan | Mary Jung Roh | Hurist Morgan |
| SPRMCO24CA0117 | Improve the well being of refugees and Jordanians | NORWEGIAN REFUGEE COUNCIL (NRC) - STIFTELSEN FLYKTNINGHJELPE | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)2,825,000.00 | Hurist Morgan | Sara Test | Hurist Morgan |
| SPRMCO24CA0118 | Comprehen sive Health Care & Nutrition in Ethiopia | MEDICAL TEAMS INTERNATIONAL, INC | Open | 2024-09-01 15:46:24 | 2025-08-31 15:46:29 | $(USD)2,000,000.00 | Brittany  M  Carter | Heather Stewart | Askar Salikhov |
| SPRMCO24CA0119 | SEMILLA II: DYA Migrant Child Education in Ecuador | DYA | Open | 2024-09-01 14:13:32 | 2025-08-31 14:14:11 | $(USD)2,200,000.00 | Brittany  M  Carter | Heather Davenport | Askar Salikhov |
| SPRMCO24CA0120 | Education and Psychosoci al Resilience Mauritania | RET INTERNATIONAL | Open | 2024-09-15 00:00:00 | 2025-09-14 00:48:31 | $(USD)1,199,000.00 | Christopher Smyser | Kristi Desai | Christophe r Smyser |
| SPRMCO24CA0121 | Nutritional Assistance for Burmese Myanmar Refugee | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-08-01 00:00:00 | 2025-07-31 17:59:00 | ############ | Sylvester Tatman | Mary Jung Roh | Sydna Cooper |

A-00000975434

| ID | | Project | Organization | Status | Start | End | Amount | | Officer 1 | Officer 2 | | Officer 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24CA0123 | | Protection and Humanitarian Assistance for Tibetan | TIBET FUND | Open | 2024-08-01 04:00:00 | 2025-07-31 04:00:00 | $(USD)2,000,000.00 | | Brittany M Carter | Min Kang | | Noorullah Ahmadzai |
| SPRMCO24CA0124 | | Securing long lasting health social and economic | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-08-01 00:00:00 | 2025-07-31 17:59:00 | ############# | | Sylvester Tatman | Mary Jung Roh | | Sydna Cooper |
| SPRMCO24CA0125 | | Refugee assistance in and around Cape Town, South | SCALABRINI CENTRE OF CAPE TOWN | Open | 2024-09-01 00:11:17 | 2025-08-31 00:11:33 | $(USD)546,660.00 | | Christopher Smyser | Sushil Narayanan | | Christopher Smyser |
| SPRMCO24VC0127 | | Integration of Afghan Nationals in Suriname. | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-08-01 10:46:44 | 2025-07-31 10:47:01 | $(USD)1,878,535.00 | | Joseph Kouba | | | Brian Graham |
| SPRMCO24CA0126 | | Multi-Sector Assistance for Sudanese Refugees | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-08-01 00:00:00 | 2025-07-31 17:00:00 | $(USD)2,545,635.00 | | Sylvester Tatman | Mellisa Nelson | | Sydna Cooper |
| SPRMCO24CA0128 | | Integrando Horizontes Brazil Year 2 | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-01 12:09:09 | 2025-08-31 12:09:18 | $(USD)2,500,000.00 | | Rachel Licina | Monica Brinn | | Rachel Licina |
| SPRMCO24CA0129 | | Protection & Livelihood Opportunities in Ethiopia | DANISH REFUGEE COUNCIL | Open | 2024-09-01 14:13:57 | 2025-08-31 14:14:02 | $(USD)1,500,000.00 | | Askar Salikhov | Heather Stewart | | Askar Salikhov |
| SPRMCO24CA0130 | | Facilitating protection and shelter in Ecuador | NORWEGIAN REFUGEE COUNCIL (NRC) - STIFTELSEN FLYKTNINGHJELPE | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)2,750,000.00 | | Hurst Morgan | JACQUELINE SAWYER | | Hurst Morgan |
| SPRMCO24CA0131 | | EMPATHY: Enhancing Mental and Physical Assistance | SAMS FOUNDATION | Open | 2024-08-31 22:44:18 | 2025-08-30 22:44:41 | $(USD)2,999,999.00 | | Lindsay Kennedy | Leslie Mongin | | Lindsay Kennedy |
| SPRMCO24CA0132 | | Improving Protection Mechanisms for Refugees in Tu | MULTECI DESTEK DERNEGI | Open | 2024-09-26 09:28:22 | 2025-09-25 09:28:34 | $(USD)2,446,452.00 | | Lindsay Kennedy | Leslie Mongin | | Lindsay Kennedy |
| SPRMCO24VC0133 | | Operationalization of Jordan and Egypt Corridors | UNITED NATIONS OFFICE FOR PROJECT SERVICES | Open | 2024-08-01 09:35:35 | 2025-07-31 09:35:47 | ############# | | Lindsay Kennedy | | | Lindsay Kennedy |
| SPRMCO24CA0135 | | Emergency Protection Assistance in Colombia | STICHTING ZOA | Open | 2024-09-01 13:23:37 | 2025-08-31 13:23:48 | $(USD)4,996,785.00 | | Brittany M Carter | Heather Davenport | | Askar Salikhov |
| SPRMCO24CA0136 | | Market Linkages for Urban Refugee Entrepreneurs | INKOMOKO | Open | 2024-01-00:46:21 | 2025-08-31 00:46:36 | $(USD)1,449,724.00 | | Christopher Smyser | Kathleen Ryou | | Christopher Smyser |
| SPRMCO24CA0137 | | An Integrated Approach to Increase Resilience in U | RET INTERNATIONAL | Open | 2024-09-01 00:36:37 | 2025-08-31 00:36:48 | $(USD)1,857,862.00 | | Christopher Smyser | Leslie Mongin | | Christopher Smyser |
| SPRMCO24VC0140 | | Integration of Afghan Nationals in Kosovo | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-08-01 09:33:25 | 2025-07-31 09:33:39 | $(USD)4,200,000.00 | | Joseph Kouba | | | Brian Graham |
| SPRMCO23VC0174 | M001 | 2023 WHO SFTS | WORLD HEALTH ORGANIZATION | Open | 2023-09-01 08:00:00 | 2025-02-28 00:00:00 | $(USD)2,575,000.00 | | ETHAN GRUSECKI | | | ETHAN GRUSECKI |
| SPRMCO24CA0141 | | IPHCC: Integrated Primary Healthcare in Malaysia | TZU CHI FOUNDATION USA | Open | 2024-09-15 12:16:30 | 2025-09-14 12:16:35 | $(USD)600,000.00 | | Askar Salikhov | Geoffrey D. Chanin | | Askar Salikhov |
| SPRMCO24CA0142 | | BMORAS III: Medical Outreach in Thailand | TZU CHI FOUNDATION USA | Open | 2024-09-15 14:20:34 | 2025-09-14 14:20:41 | $(USD)735,702.00 | | Askar Salikhov | Mary Jung Roh | | Askar Salikhov |
| SPRMCO24CA0143 | | Protective Environment for Children in | DEUTSCHE WELTHUNGERHILFE E.V. | Open | 2024-09-30 14:17:18 | 2025-09-29 14:19:50 | $(USD)2,736,908.00 | | Askar Salikhov | Leslie Mongin | | Askar Salikhov |
| SPRMCO24CA0144 | | Education Program for Migrant Children in Peru | DYA | Open | 2024-09-01 12:39:43 | 2025-08-31 12:39:49 | $(USD)1,484,204.00 | | Brittany M Carter | Monica Brinn | | Askar Salikhov |
| SPRMCO24CA0147 | | Women's Integrated Resilience and Empowerment Prog | CARE | Open | 2024-09-08 01:20:55 | 2025-08-31 01:21:23 | $(USD)4,000,000.00 | | Ashley Rosello Cintron | Leslie Mongin | | Ashley Rosello Cintron |
| SPRMCO24VC0146 | | International Organization for Migration: Thailand | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-08-01 11:22:47 | 2025-07-31 11:22:59 | $(USD)428,000.00 | | Joseph Kouba | Mary Jung Roh | | Brian Graham |
| SPRMCO24CA0145 | | Livelihoods and GBV assistance in Sahel region | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-08-01 00:00:00 | 2025-07-31 17:59:00 | $(USD)1,100,000.00 | | Sylvester Tatman | Kristi Desai | | Sydna Cooper |
| SPRMCO24CA0148 | | Legal Assistance, Capacity Building and Policy Adv | REFUGEE SOLIDARITY NETWORK INC | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)1,996,311.00 | | ETHAN GRUSECKI | Leslie Mongin | | ETHAN GRUSECKI |
| SPRMCO24VC0149 | | IOM Response to Sudan Crisis in Chad and CAR | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-02-01 14:46:52 | 2025-01-31 14:46:48 | $(USD)3,800,000.00 | | Joseph Kouba | | | Brian Graham |

CAR 163

A-00000975434

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SPRMCO24CA0151 | Improving the well-being of Venezuelan Refugees | ORDER OF MALTA WORLDWIDE RELIEF MALTESER INTERNATIONAL AMERI | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)3,499,487.00 | Hurist Morgan | Heather Davenport | Hurist Morgan |
| SPRMCO24CA0152 | FORSA X: Empowering civil society to address newly | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-09-15 00:00:00 | 2025-09-14 00:00:00 | $(USD)1,200,000.00 | Noorullah Ahmadzai | KAREN TAYLOR | Noorullah Ahmadzai |
| SPRMCO24CA0153 | BOLIVAR: Beneficiary Outreach and Legal Integrate | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)2,000,000.00 | Noorullah Ahmadzai | Monica Brinn | Noorullah Ahmadzai |
| SPRMCO24CA0154 | Child centered and rights-based protection and liv | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)6,000,000.00 | Noorullah Ahmadzai | Heather Davenport | Noorullah Ahmadzai |
| SPRMCO24CA0155 | INSPIRE Ecuador Year 1 | AVSI | Open | 2024-09-01 12:20:35 | 2025-08-31 12:20:50 | $(USD)2,170,993.00 | Rachel Licina | JACQUELINE SAWYER | Rachel Licina |
| SPRMCO24CA0156 | No Lost Generation | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)1,856,145.00 | Noorullah Ahmadzai | Leslie Mongin | Noorullah Ahmadzai |
| SPRMCO24CA0157 | Ven, Tú Puedes: providing safe and durable solutio | WORLD VISION INC. | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)2,000,000.00 | Noorullah Ahmadzai | Monica Brinn | Noorullah Ahmadzai |
| SPRMCO24CA0158 | Beyond Borders | WORLD VISION INC. | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)4,750,000.00 | Noorullah Ahmadzai | Georgeanna Murgatroyd | Noorullah Ahmadzai |
| SPRMCO24CA0159 | CamPAGA: Resilience and Well-Being in Cameroon | DANISH REFUGEE COUNCIL | Open | 2024-09-01 14:52:17 | 2025-08-31 14:52:25 | $(USD)1,000,000.00 | Askar Salikhov | James S Manlowe | Askar Salikhov |
| SPRMCO24CA0160 | Improving Refugee Self-Reliance in Burkina Faso | DANISH REFUGEE COUNCIL | Open | 2024-09-30 15:00:11 | 2025-09-29 15:00:17 | $(USD)1,118,027.00 | Askar Salikhov | Kristi Desai | Askar Salikhov |
| SPRMCO24CA0162 | Primary Healthcare Services in Kakuma and Dadaab | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-01 00:00:00 | 2025-08-31 17:59:00 | $(USD)5,000,000.00 | Sylvester Tatman | Kathleen Ryou | Sydna Cooper |
| SPRMCO24VC0163 | 2024 Sudan Emergency Regional Refugee Response Pla | UNFPA | Open | 2024-06-01 10:28:19 | 2025-05-31 10:28:36 | $(USD)1,000,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0164 | Guyana and Trinidad and Tobago Year 2 | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-20 13:32:04 | 2025-09-19 13:32:13 | $(USD)2,000,000.00 | Rachel Licina | Elizabeth Norris Zoeller | Rachel Licina |
| SPRMCO24CA0165 | Integrando Horizontes Aruba and Curacao Year 2 | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-01 14:53:58 | 2025-08-31 14:54:08 | $(USD)2,000,000.00 | Rachel Licina | Elizabeth Norris Zoeller | Rachel Licina |
| SPRMCO24VC0169 | Response to Vulnerable Migrants in | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 14:14:02 | 2025-08-31 14:14:14 | $(USD)1,000,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0170 | IOM Global Assistance Fund (GAF) - FY24 | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 15:42:06 | 2025-08-31 15:42:23 | $(USD)500,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0171 | Advancing the Future of Venezuelan Refugees | MERCY CORPS | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)6,000,000.00 | Hurist Morgan | Heather Davenport | Hurist Morgan |
| SPRMCO24VC0174 | 2024 Afghanistan Situation Regional Refugee Respon | UNFPA | Open | 2024-06-01 10:31:49 | 2025-05-31 10:31:47 | $(USD)6,000,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0178 | Self-resilience and empowerment through integrated | WOMEN'S REHABILITATION ORGANIZATION | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)2,634,231.00 | ETHAN GRUSECKI | Kathleen Fallon | ETHAN GRUSECKI |
| SPRMCO24CA0179 | PRISM: Working with LGBTQI+ children and their fam | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)1,000,000.00 | Noorullah Ahmadzai | Jaime Leblanc-Hadley | Noorullah Ahmadzai |
| SPRMCO24VC0180 | IOM World Migration Report (WMR) - FY24 | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 09:00:27 | 2025-08-31 09:00:35 | $(USD)102,934.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0181 | Integrated MHPSS, Gender-Based Violence (GBV), Eme | INTERNATIONAL MEDICAL CORPS | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)2,000,000.00 | Noorullah Ahmadzai | Heather Stewart | Noorullah Ahmadzai |
| SPRMCO24CA0182 | Trauma Recovery for South Sudanese Refugees | THE CENTER FOR VICTIMS OF TORTURE | Open | 2024-09-01 00:00:01 | 2025-08-31 00:00:01 | $(USD)2,000,000.00 | ANTHONY CASON | THEODORE KUPPER | ANTHONY CASON |
| SPRMCO24CA0184 | ESPERanza III (Ecuador Multi-Sectoral Protection & | CARE | Open | 2024-09-01 02:52:01 | 2025-08-31 02:52:24 | $(USD)3,000,000.00 | Ashley Rosello Cintron | JACQUELINE SAWYER | Ashley Rosello Cintron |
| SPRMCO24CA0185 | Integrando Horizontes Colombia Year 2 of 2 | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-01 12:04:49 | 2025-08-31 12:05:06 | $(USD)4,500,000.00 | Rachel Licina | Heather Davenport | Rachel Licina |

CAR 164

A-00000975434

| ID | Code | Title | Organization | Status | Date 1 | Date 2 | Amount | Person 1 | Person 2 | Person 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24VC0186 | | Social Cohesion through Inclusive Zero-Waste in Re | UNITED NATIONS DEVELOPMENT PROGRAMME | Open | 2024-09-01 12:50:08 | 2025-08-31 12:50:14 | $(USD)1,500,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0187 | | SAFER: WASH and Protection Initiatives in Chad | DANISH REFUGEE COUNCIL | Open | 2024-09-01 14:05:53 | 2025-08-31 14:06:04 | $(USD)1,500,000.00 | Askar Salikhov | James S Manlowe | Askar Salikhov |
| SPRMCO24CA0188 | | Lifesaving Assistance for Refugees in Mexico | DANISH REFUGEE COUNCIL | Open | 2024-09-29 11:24:46 | 2025-09-28 11:24:57 | $(USD)1,500,000.00 | Askar Salikhov | Heather Davenport | Askar Salikhov |
| SPRMCO24CA0189 | | Empowering Futures in Iraq | DANISH REFUGEE COUNCIL | Open | 2024-09-01 14:08:22 | 2025-08-31 14:08:53 | $(USD)1,200,000.00 | Askar Salikhov | Kathleen Fallon | Askar Salikhov |
| SPRMCO24CA0190 | | Voices on the Move | INTERNEWS NETWORK | Open | 2024-09-01 00:57:31 | 2025-08-31 00:57:43 | $(USD)1,484,000.00 | Christopher Smyser | Melissa Nelson | Christopher Smyser |
| SPRMCO24CA0191 | | Provision of an integrated Sexual and Reproductiv e | INTERNATIONAL MEDICAL CORPS | Open | 2024-09-15 00:00:00 | 2025-09-14 00:00:00 | $(USD)2,000,000.00 | Noorullah Ahmadzai | Heather Stewart | Noorullah Ahmadzai |
| SPRMCO24CA0193 | | ISDP for Refugees and Host Community | AFRICA HUMANITARIAN ACTION INC | Open | 2024-09-01 00:48:00 | 2025-08-31 00:48:10 | $(USD)1,947,880.00 | Christopher Smyser | Melissa Nelson | Christopher Smyser |
| SPRMCO24CA0194 | | Support to South Sudanese Refugees in Gambella | ACTION AGAINST HUNGER - USA | Open | 2024-09-19 00:01:57 | 2025-09-18 00:02:12 | $(USD)2,000,000.00 | Christopher Smyser | Heather Stewart | Christopher Smyser |
| SPRMCO24CA0040 | M003 | Cultural Orientation Resource Exchange | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-03-22 11:36:12 | 2025-03-14 11:36:22 | $(USD)1,800,000.00 | Sylvester Tatman | Kathleen Sheehan | Sydna Cooper |
| SPRMCO24CA0196 | | Provision of specialized mental health services an | RESTART CENTER | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)919,588.00 | ETHAN GRUSECKI | Mitchell Roberts | ETHAN GRUSECKI |
| SPRMCO24CA0197 | | Improving Malian refugees living conditions in Nig | GOAL | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)1,100,000.00 | Hurist Morgan | Kristi Desai | Hurist Morgan |
| SPRMCO24CA0198 | | Improved Health Care and Nutrition in Chad | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-01 00:00:00 | 2025-08-31 17:00:00 | $(USD)3,865,000.00 | Sylvester Tatman | James S Manlowe | Sydna Cooper |
| SPRMCO24VC0199 | | Comprehen sive Disaster Readiness in Coxs Bazar | INTERNATIONAL FEDERATION OF THE RED CROSS | Open | 2024-08-01 00:00:00 | 2025-07-31 00:00:00 | $(USD)9,000,000.00 | Hurist Morgan | | Hurist Morgan |
| SPRMCO24VC0054 | M001 | UNICEF MEXCEN 2024 HAC | UNICEF | Open | 2024-06-01 11:11:49 | 2025-05-31 11:11:55 | ################ | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0200 | | Delivery of Disease Prevention Service - Upper Nile | THE MENTOR INITIATIVE | Open | 2024-09-01 00:58:18 | 2025-08-31 00:58:29 | $(USD)1,199,788.00 | Christopher Smyser | Melissa Nelson | Christopher Smyser |
| SPRMCO24VC0202 | | Enhancing Access to Needs for Refugees in Jordan | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-15 09:20:23 | 2025-09-14 09:20:34 | $(USD)3,100,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0203 | | Advancing Localization, Humanitaria n Protection, a | SEED FOUNDATION | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)3,500,000.00 | ETHAN GRUSECKI | Kathleen Fallon | ETHAN GRUSECKI |
| SPRMCO23CA0342 | M002 | AMPARE – Assistance Mechanism s for Protection | NORWEGIAN REFUGEE COUNCIL (NRC) - STIFTELSEN FLYKTNINGHJUELPE | Open | 2023-09-30 08:00:00 | 2025-09-29 00:00:00 | $(USD)3,000,000.00 | Hurist Morgan | Heather Davenport | Hurist Morgan |
| SPRMCO24VC0204 | | Humanitaria n Assistance for Myanmar Muslims | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-15 11:29:00 | 2025-09-14 11:29:10 | $(USD)1,000,000.00 | Joseph Kouba | Mary Jung Roh | Brian Graham |
| SPRMCO24VC0205 | | The Child Protection Programme in Bangladesh | UNICEF | Open | 2024-08-01 11:40:25 | 2025-07-31 11:42:26 | $(USD)1,000,000.00 | Christopher Smyser | | Christopher Smyser |
| SPRMCO24VC0206 | | Pathways Cesty Initiative in Poland and Czechia | UNICEF | Open | 2024-09-01 00:41:22 | 2025-08-31 00:41:35 | $(USD)4,568,400.00 | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0208 | | Livelihood, Economic, Accountable and Protective S | AMERICAN REFUGEE COMMITTEE | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:01 | $(USD)3,400,000.00 | ANTHONY CASON | EMILY GALLAGHER | ANTHONY CASON |
| SPRMCO24VC0209 | | Family Reunificatio n of Ukrainian Children Abroad | UNICEF | Open | 2024-08-19 00:21:44 | 2025-08-18 00:21:51 | $(USD)3,512,195.00 | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0210 | | Horizons of Fraternity: Accompanyi ng and protectin | JRS USA | Open | 2024-09-01 00:00:01 | 2025-08-31 00:00:01 | $(USD)4,999,942.00 | ANTHONY CASON | Heather Davenport | ANTHONY CASON |
| SPRMCO24CA0211 | | Protection and Secondary Education for Sudanese Re | JRS USA | Open | 2024-09-01 00:00:01 | 2025-08-31 00:00:01 | $(USD)3,345,211.00 | ANTHONY CASON | James S Manlowe | ANTHONY CASON |

CAR 165

A-00000975434

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SPRMCO24VC0212 | | Migrant Support Program (MSP) at NSGB, Cuba | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 09:44:00 | 2025-09-29 09:44:24 | $(USD)2,173,475.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0213 | | Emergency food security for refugees in Ethiopia | FOLKEKIRKENS NODHJAELP | Open | 2024-09-22 00:44:07 | 2025-09-21 00:44:26 | $(USD)2,000,000.00 | Christopher Smyser | Heather Stewart | Christopher Smyser |
| SPRMCO24CA0215 | | An Integrated Approach to Addressing Gender-Based | HIAS INC | Open | 2024-09-01 10:00:28 | 2025-08-31 23:59:44 | $(USD)4,395,000.00 | Philip M Denino | James S Manlowe | Latoya Meredith |
| SPRMCO24VC0216 | | Meeting the unmet need for family planning and red | UNFPA | Open | 2024-08-30 00:00:00 | 2025-08-29 00:00:00 | $(USD)860,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0217 | | EMPOWER Enhancing Migrant Opportunities Colombia | SWISSCONTACT, Schweizerische Stiftung Fur Technische Entwick | Open | 2024-09-15 11:04:20 | 2025-09-14 11:04:26 | $(USD)2,002,343.00 | Rachel Licina | Heather Davenport | Rachel Licina |
| SPRMCO24CA0218 | | Integrando Horizontes Peru Year 1 | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-15 10:19:09 | 2025-09-14 10:19:27 | $(USD)2,000,000.00 | Rachel Licina | Monica Brinn | Rachel Licina |
| SPRMCO24CA0219 | | Alma Llanera Phase III: Protection, Education, and | CARE | Open | 2024-09-01 00:15:24 | 2025-08-31 00:16:03 | $(USD)2,974,991.00 | Ashley Rosello Cintron | Monica Brinn | Ashley Rosello Cintron |
| SPRMCO24CA0224 | | Filling Assistance Gaps in Basic Rehabilitation Se | WORLD REHABILITATION FUND INC | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)2,750,000.00 | ETHAN GRUSECKI | Mitchell Roberts | ETHAN GRUSECKI |
| SPRMCO24CA0221 | | New Roots: Gender Inclusive, Transformative, and E | CHILDFUND INTERNATIONAL USA | Open | 2024-09-15 03:03:32 | 2025-08-30 17:00:00 | $(USD)2,750,000.00 | Ashley Rosello Cintron | JACQUELINE SAWYER | Ashley Rosello Cintron |
| SPRMCO24CA0222 | | JIPS II: Durable Solution to Internal Displacement | DANISH REFUGEE COUNCIL | Open | 2024-09-30 13:45:15 | 2025-09-29 13:45:21 | $(USD)200,000.00 | Askar Salikhov | Clara Fisher | Askar Salikhov |
| SPRMCO24CA0225 | | Humanitarian Protection and Assistance to Forcibly | REFUGEE SOCIAL SERVICES | Open | 2024-09-01 03:01:24 | 2025-08-31 03:01:57 | $(USD)350,000.00 | Ashley Rosello Cintron | Sushil Narayanan | Ashley Rosello Cintron |
| SPRMCO24CA0227 | | Inclusive specialized services for vulnerable pers | HANDICAP INTERNATIONAL INC A/K/A HANDICAP INTERNATIONAL | Open | 2024-09-01 16:25:10 | 2025-08-31 23:59:59 | $(USD)4,500,000.00 | Brittany M Carter | MEREDITH HOUCK | Brittany M Carter |
| SPRMCO24CA0226 | | Comprehensive Care for Health, Mental Well-being, | INTERNATIONAL MEDICAL CORPS | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)3,000,000.00 | Noorullah Ahmadzai | Mitchell Roberts | Noorullah Ahmadzai |
| SPRMCO23VC0347 | M001 | Provide essential primary, referral | WORLD HEALTH ORGANIZATION | Open | 2023-07-01 08:00:00 | 2025-06-30 00:00:00 | $(USD)2,000,000.00 | Philip M Denino | | ETHAN GRUSECKI |
| SPRMCO24CA0229 | | Strengthening the resilience of Nigerian refugees, | COOPI | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)1,100,000.00 | ANTHONY CASON | Kristi Desai | ANTHONY CASON |
| SPRMCO24CA0230 | | Returnee Reintegration Program – Senegal | SHELTER FOR LIFE INTERNATIONAL, INC. | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)798,399.00 | ANTHONY CASON | Amanda Norris | ANTHONY CASON |
| SPRMCO24CA0232 | | Health Services for Venezuelan Migrants and other | AMERICARES FOUNDATION INC | Open | 2024-09-16 00:01:01 | 2025-09-15 00:01:01 | $(USD)3,000,000.00 | Ashley Rosello Cintron | Heather Davenport | Ashley Rosello Cintron |
| SPRMCO24CA0233 | | Ensure life-saving services to the Rohingya | TERRE DES HOMMES - HELPING CHILDREN WORLDWIDE - FOUNDATION | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)3,936,006.00 | Hurist Morgan | MEREDITH HOUCK | Hurist Morgan |
| SPRMCO24CA0235 | | Life-Sustaining Humanitarian Assistance in Syria | INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC | Open | 2024-09-25 26:26:06 | 2025-09-24 06:26:13 | $(USD)1,000,000.00 | Lindsay Kennedy | Rebecca I Tehan | Lindsay Kennedy |
| SPRMCO24VC0236 | | Decent and sustainable livelihood opportunities fo | INTERNATIONAL LABOR ORGANIZATION | Open | 2024-09-01 00:00:09 | 2024-04-30 00:00:20 | $(USD)1,000,000.00 | Lindsay Kennedy | | Lindsay Kennedy |
| SPRMCO24CA0237 | | Pathways to Self-Reliance and Inclusion | PEACE WINDS AMERICA | Open | 2024-09-30 08:13:27 | 2025-09-29 08:13:36 | $(USD)3,897,473.00 | Lindsay Kennedy | Kathleen Fallon | Lindsay Kennedy |
| SPRMCO24CA0238 | | Building Bridges of Emotional and Physical Healing | YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI | Open | 2024-09-30 08:35:22 | 2025-09-29 08:35:35 | $(USD)2,601,977.00 | Lindsay Kennedy | Leslie Mongin | Lindsay Kennedy |
| SPRMCO24CA0239 | | Comprehensive, Integrated Multi-Sector Response fo | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-01 11:52:33 | 2025-08-31 11:52:58 | $(USD)4,500,000.00 | Sylvester Tatiman | MEREDITH HOUCK | Latoya Meredith |
| SPRMCO24CA0240 | | Sustaining Hope, Building Resilience for IDPs, Ret | JRS USA | Open | 2024-09-01 00:00:01 | 2025-08-31 00:00:01 | $(USD)3,010,574.00 | ANTHONY CASON | Kathleen Fallon | ANTHONY CASON |

CAR 166

A-00000975434

| ID | Code | Title | Organization | Status | Date1 | Date2 | Amount | Name1 | Name2 | Name3 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24CA0241 | | Water and sanitation infrastructure support progra | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-01 11:44:48 | 2025-08-31 11:44:56 | $(USD)1,500,000.00 | Sylvester Tatman | James S Marlowe | Latoya Meredith |
| SPRMCO24CA0242 | | ARISE - Afghan Refugees Resilience by Strengtheni n | INTERNATIONAL MEDICAL CORPS | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)1,750,000.00 | Noorullah Ahmadzai | Christina M. Stegura | Noorullah Ahmadzai |
| SPRMCO24CA0243 | | ACCESS - Access to services to build a better futu | HANDICAP INTERNATIONAL INC A/K/A HANDICAP INTERNATIONAL | Open | 2024-09-01 00:00:00 | 2025-08-31 23:59:59 | $(USD)2,000,000.00 | Brittany M Carter | Sara Test | Brittany M Carter |
| SPRMCO24CA0244 | | Promoting Afghan Children's Education (PACE) | RELIEF INTERNATIONAL | Open | 2024-09-01 02:07:41 | 2025-08-31 02:08:07 | $(USD)2,250,000.00 | Ashley Rosello Cintron | Christina M. Stegura | Ashley Rosello Cintron |
| SPRMCO24CA0245 | | Strengtheni ng provision and access to sustainable | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-01 06:11:57 | 2025-08-31 06:12:06 | $(USD)2,700,000.00 | Sylvester Tatman | Sara Test | Latoya Meredith |
| SPRMCO24CA0246 | | Child Protection and Education Response in Gambell | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-09-24 00:00:00 | 2025-09-23 00:00:00 | $(USD)2,000,000.00 | Noorullah Ahmadzai | Heather Stewart | Noorullah Ahmadzai |
| SPRMCO24CA0247 | | Comprehen sive Services for Protection, Assistance, | SAVE THE CHILDREN FEDERATION, INC. | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)1,500,000.00 | Noorullah Ahmadzai | Heather Davenport | Noorullah Ahmadzai |
| SPRMCO23CA0199 | M002 | Increasing urban refugees and asylu | JRS USA | Open | 2023-09-01 08:00:00 | 2025-08-31 00:00:01 | $(USD)1,320,000.00 | ANTHONY CASON | Sushil Narayanan | ANTHONY CASON |
| SPRMCO24CA0248 | | PROPELL (Promoting Refugee Ownership and Protectio | THE LUTHERAN WORLD FEDERATION | Open | 2024-09-15 00:00:01 | 2025-09-14 00:00:01 | $(USD)3,525,979.00 | ANTHONY CASON | Melisa Nelson | ANTHONY CASON |
| SPRMCO24CA0249 | | Program for Retention Enrollment and Protection | MERCY CORPS | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)1,250,000.00 | Hurist Morgan | Christina M. Stegura | Hurist Morgan |
| SPRMCO23VC0128 | M002 | Promoting Pathways to Economic Incl | INTERNATIONAL LABOR ORGANIZATION | Open | 2023-09-30 08:00:00 | 2025-09-29 00:00:00 | $(USD)3,932,537.00 | Lindsay Kennedy | | Lindsay Kennedy |
| SPRMCO24CA0251 | | Healthcare | KUMPULAN A C T S BHD | Open | 2024-09-01 00:00:00 | 2025-08-31 23:59:59 | $(USD)463,300.00 | Brittany M Carter | Geoffrey D. Chanin | Brittany M Carter |
| SPRMCO24CA0252 | | Promoting access to developmen t and integration op | HIAS INC | Open | 2024-09-05 00:00:00 | 2025-08-31 23:59:59 | $(USD)2,000,000.00 | Philip M Denino | Monica Brinn | Brittany M Carter |
| SPRMCO24CA0253 | | Advancing access to integrated life-saving assista | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-01 11:27:46 | 2025-08-31 11:27:57 | $(USD)2,600,000.00 | Latoya Meredith | EMILY GALLAGHER | Latoya Meredith |
| SPRMCO24CA0254 | | PURE+ III: Protecting Urban Refugees in Indonesia | CHURCH WORLD SERVICE INC | Open | 2024-09-15 15:04:34 | 2025-09-14 15:04:39 | $(USD)498,271.00 | Askar Salikhov | Geoffrey D. Chanin | Askar Salikhov |
| SPRMCO24CA0256 | | Market Assessment for Refugee Investing in Zambia | REFUGEE INVESTMENT NETWORK INC | Open | 2024-09-15 00:34:00 | 2025-09-14 00:34:10 | $(USD)255,574.00 | Christopher Smyser | Sushil Narayanan | Christophe r Smyser |
| SPRMCO24CA0257 | | ACOGIDA - Multisectora l Protection and Assistance | BLUMONT GLOBAL DEVELOPMENT, INC. | Open | 2024-09-01 08:18:56 | 2025-08-31 08:19:06 | $(USD)4,000,000.00 | Latoya Meredith | Marcela L Lievano-Martinez | Latoya Meredith |
| SPRMCO24CA0258 | | Welcomed Through Work Phase 3 Brazil Year 2 of 2 | AVSI | Open | 2024-09-30 08:55:43 | 2025-09-29 08:55:49 | $(USD)2,200,000.00 | Rachel Licina | JACQUELINE SAWYER | Rachel Licina |
| SPRMCO24CA0259 | | Safe and Dignified Transitions | CONCERN WORLDWIDE US INC | Open | 2024-09-15 10:24:15 | 2025-09-14 10:24:24 | $(USD)2,000,000.00 | Lindsay Kennedy | Melisa Nelson | Lindsay Kennedy |
| SPRMCO24VC0260 | | CAPMiRs Protection to Migrants in Guatemala | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 10:35:36 | 2025-09-29 10:35:49 | $(USD)1,500,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO22CA0164 | M003 | Improving Health and Integration of Cameroon Refugees | FHI 360 | Open | 2022-09-01 08:00:00 | 2025-08-31 00:00:01 | $(USD)4,431,018.00 | Christopher Smyser | James S Marlowe | Christophe r Smyser |
| SPRMCO24CA0262 | | Enhancing protection and resilience for vulnerable | HIAS INC | Open | 2024-09-15 00:00:00 | 2025-09-14 23:59:59 | $(USD)2,000,000.00 | Philip M Denino | Kathleen Ryou | Brittany M Carter |
| SPRMCO24CA0263 | | Integrando Horizontes Sostenibles Colombia Year 2 | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-30 08:23:43 | 2025-09-29 08:23:51 | $(USD)3,000,000.00 | Rachel Licina | Heather Davenport | Rachel Licina |
| SPRMCO23CA0315 | M002 | Ensuring Access to Safe, Equitable, Inclusive Learning | SAVE THE CHILDREN FEDERATION, INC. | Open | 2023-09-30 08:00:00 | 2025-09-29 00:00:00 | $(USD)6,000,000.00 | Noorullah Ahmadzai | MEREDITH HOUCK | Noorullah Ahmadzai |

A-00000975434

| ID | Code | Project | Organization | Status | Date 1 | Date 2 | Amount | Person 1 | Person 2 | Person 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24CA0267 | | PATH- Self-Reliance Programming in Kenya & Uganda | KIRKON ULKOMAANAPU | Open | 2024-09-30 15:14:39 | 2027-09-29 15:14:48 | $(USD)1,200,000.00 | ANTHONY CASON | Ellen Lee | Askar Salikhov |
| SPRMCO24CA0268 | | Pasos Hacia el Futuro- Steps toward the Future PHF | HEARTLAND ALLIANCE INTERNATIONAL, LLC | Open | 2024-09-30 08:29:11 | 2029-09-29 08:29:23 | $(USD)4,944,040.00 | Rachel Licina | Heather Davenport | Rachel Licina |
| SPRMCO24VC0269 | | Critical Humanitarian Assistance to Vulnerable Mig | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-29 08:57:11 | 2025-08-28 08:56:40 | $(USD)1,000,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0270 | | HRP for Vulnerable People on the Move in Mexico | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 14:26:05 | 2025-07-31 14:26:22 | ################# | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0271 | | Building Bridges Towards Integration | SECRETARIADO NACIONAL DE PASTORAL SOCIAL- CARITAS COLOMBIANA | Open | 2024-09-30 12:10:38 | 2029-09-29 12:10:49 | $(USD)3,998,194.00 | Rachel Licina | Heather Davenport | Rachel Licina |
| SPRMCO24VC0272 | | NIGER- PHASE VIII DIRECT HUMANITARIAN ASSISTANCE | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 13:16:19 | 2025-09-29 13:16:33 | $(USD)1,500,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0273 | | Enhancing and sustaining a coordinated delivery of | WORLD HEALTH ORGANIZATION | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)2,400,000.00 | Philip M Denino | | ETHAN GRUSECKI |
| SPRMCO24CA0275 | | Thrive Together: Building Sustainable Livelihoods | WORLD VISION INC. | Open | 2024-09-28 00:00:00 | 2025-09-27 00:00:00 | $(USD)677,726.00 | Noorullah Ahmadzai | Sushil Narayanan | Noorullah Ahmadzai |
| SPRMCO24CA0276 | | Supporting the inclusive and sustainable assistanc | HANDICAP INTERNATIONAL INC A/K/A HANDICAP INTERNATIONAL | Open | 2024-09-15 00:00:00 | 2025-09-14 23:59:59 | $(USD)1,400,000.00 | Brittany M Carter | Mary Jung Roh | Brittany M Carter |
| SPRMCO24CA0277 | | Inclusion and Integration: Supporting the protecti | HIAS INC | Open | 2024-09-16 00:00:00 | 2025-09-14 23:59:59 | $(USD)3,000,000.00 | Philip M Denino | JACQUELINE SAWYER | Brittany M Carter |
| SPRMCO22VC0231 | M002 | 2022 WHO Iraq | WORLD HEALTH ORGANIZATION | Open | 2022-10-01 08:00:00 | 2025-03-31 00:00:00 | $(USD)6,707,723.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24VC0080 | M001 | Africa Regional Migration Program (ARMP) | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 17:37:02 | 2025-08-31 17:37:14 | $(USD)7,250,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0278 | | Owning Rights and Protection: GBV Prevention, Miti | HIAS INC | Open | 2024-09-27 00:00:00 | 2026-09-26 23:59:59 | $(USD)3,000,000.00 | Philip M Denino | Heather Davenport | Brittany M Carter |
| SPRMCO24VC0084 | M001 | Asia Regional Migration Program | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 07:44:55 | 2025-08-31 07:45:10 | $(USD)4,200,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0085 | M001 | Western Hemisphere Regional Migration Program (WHP | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 03:00:10 | 2025-08-31 03:00:01 | ################# | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0279 | | Protection and Education Solutions for People on t | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-30 06:24:34 | 2025-09-29 06:24:44 | $(USD)1,500,000.00 | Latoya Meredith | Georgeanna Murgatroyd | Latoya Meredith |
| SPRMCO24CA0280 | | Uganda Localization Hub | STICHTING (COMPARABLE WITH FOUNDATION) | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)156,250.00 | ETHAN GRUSECKI | Katherine Armeier | ETHAN GRUSECKI |
| SPRMCO24CA0281 | | Panama Emergency Response Providing Life-Saving | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-30 11:42:34 | 2025-09-29 11:42:44 | $(USD)1,500,000.00 | Rachel Licina | Cristian Martinez-Lusane | Rachel Licina |
| SPRMCO24CA0282 | | Improving access to rights, decent living conditio | PREMIERE URGENCE INTERNATIONALE | Open | 2024-09-29 02:00:01 | 2025-09-28 02:00:01 | $(USD)2,470,000.00 | Ashley Rosello Cintron | Mitchell Roberts | Ashley Rosello Cintron |
| SPRMCO24CA0283 | | Safe Refuge: Integrated Health and Protection of M | CHILDFUND INTERNATIONAL USA | Open | 2024-09-29 01:01:01 | 2025-09-28 01:01:01 | $(USD)1,500,000.00 | Ashley Rosello Cintron | Heather Davenport | Ashley Rosello Cintron |
| SPRMCO24CA0285 | | Strengthening the National Health System through t | SOCIOS EN SALUD SUCURSAL PERU | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)1,147,740.00 | Ashley Rosello Cintron | Monica Brinn | Ashley Rosello Cintron |
| SPRMCO24CA0286 | | Safety, Protection and Empowerment for Syrian and | CARE | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)1,126,498.00 | Ashley Rosello Cintron | KAREN TAYLOR | Ashley Rosello Cintron |
| SPRMCO24CA0287 | | Integrated Protection and WaSH response for vulner | INTERSOS ORGANIZZAZIONE UMANITARIA ONLUS | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)2,057,746.00 | Ashley Rosello Cintron | Mitchell Roberts | Ashley Rosello Cintron |
| SPRMCO24CA0288 | | Advancing the social and economic well-being of v | NEAR EAST FOUNDATION | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)2,700,000.00 | Ashley Rosello Cintron | Sara Test | Ashley Rosello Cintron |

CAR 168

A-00000975434

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24CA0289 | | Empowering Refugees and Lebanese through Integrate | NEAR EAST FOUNDATION | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)2,999,975.00 | Ashley Rosello Cintron | Mitchell Roberts | Ashley Rosello Cintron |
| SPRMCO24CA0290 | | Refugee Self-Reliance Initiative | WOMEN'S REFUGEE COMMISSION, INC. | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)398,803.00 | Ashley Rosello Cintron | Ellen Lee | Ashley Rosello Cintron |
| SPRMCO24CA0291 | | Protection Beyond Borders: Fostering protective en | SOS Children's Villages-USA, Inc. | Open | 2024-09-30 00:00:01 | 2025-09-29 00:00:01 | $(USD)2,129,898.00 | Ashley Rosello Cintron | Heather Davenport | Ashley Rosello Cintron |
| SPRMCO24VC0059 | M001 | 2024 Sudan Emergency Regional Refugee Response Pla | UNFPA | Open | 2024-06-01 10:35:40 | 2025-05-31 00:00:00 | $(USD)2,300,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECK I |
| SPRMCO24CA0292 | | Community-based Protection and Integration Service | HIAS INC | Open | 2024-09-29 00:00:00 | 2025-09-28 23:59:59 | $(USD)1,500,000.00 | Philip M Denino | Cristian Martinez-Lusane | Brittany M Carter |
| SPRMCO24VC0293 | | UNFPA Sudan Country Refugee Response - 2024 Appeal | UNFPA | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)1,000,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECK I |
| SPRMCO24CA0294 | | Address Statelessness in Refugee Migration Context | EUROPEAN NETWORK ON STATELESSNESS | Open | 2024-09-30 11:13:17 | 2026-09-29 11:13:28 | $(USD)399,995.00 | Rachel Licina | Carmen Wilke | Rachel Licina |
| SPRMCO24VC0295 | | Enhancing social cohesion in Cote d'Ivoire. | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-15 04:40:03 | 2025-09-14 04:40:15 | $(USD)1,000,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0296 | | Phase 3 We Adolescent Girls, We Can Break Chains | TERRE DES HOMMES - HELPING CHILDREN WORLDWIDE - FOUNDATION | Open | 2024-09-15 00:00:00 | 2025-09-14 00:00:00 | $(USD)2,448,492.00 | Hurist Morgan | Mitchell Roberts | Hurist Morgan |
| SPRMCO24VC0297 | | 2024 Sudan Regional Refugee Response Plan | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-08-01 03:00:10 | 2025-07-31 03:08:06 | $(USD)2,000,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO22CA0300 | M005 | Improving Equitable Access and Qual | CARE | Open | 2022-09-15 08:00:00 | 2025-09-14 00:00:00 | $(USD)2,250,000.00 | Ashley Rosello Cintron | Christina M. Stegura | Lindsay Kennedy |
| SPRMCO24VC0299 | | Reducing mortality and morbidity through ensuring | WORLD HEALTH ORGANIZATION | Open | 2024-09-15 00:00:00 | 2025-09-14 00:00:00 | $(USD)1,400,000.00 | Philip M Denino | | ETHAN GRUSECK I |
| SPRMCO24CA0301 | | Reunifying families and bringing children to safet | KIND INC | Open | 2024-09-15 00:00:00 | 2025-09-14 23:59:59 | $(USD)1,000,000.00 | Brittany M Carter | Jennifer Gillyard | Brittany M Carter |
| SPRMCO24CA0305 | | Comprehensive Protection for Migrant Children in M | KIND INC | Open | 2024-09-29 00:00:00 | 2025-09-28 23:59:59 | $(USD)1,500,000.00 | Brittany M Carter | Heather Davenport | Brittany M Carter |
| SPRMCO24CA0306 | | Technical Assistance to the Central American Minor | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-10-01 00:00:11 | 2025-09-14 14:21:09 | $(USD)498,788.00 | Latoya Meredith | Jennifer Gillyard | Latoya Meredith |
| SPRMCO24VC0052 | M002 | WHA Regional AVR | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-06-01 15:20:27 | 2025-05-31 15:24:43 | $(USD)5,200,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0086 | M001 | Humanitarian Assistance to Palestinians | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-06-17 00:00:00 | 2025-06-30 23:59:59 | ############### | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0307 | | Global humanitarian standards for local action and | SPHERE ASSOCIATION | Open | 2024-09-22 00:00:00 | 2025-09-20 23:59:59 | $(USD)330,000.00 | Brittany M Carter | Katherine Armeier | Brittany M Carter |
| SPRMCO24VC0309 | | Community Revitalization Project (CRIP) XIII | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 12:10:59 | 2025-09-29 12:11:14 | ############### | Joseph Kouba | Kathleen Fallon | Brian Graham |
| SPRMCO24VC0111 | M001 | 2024 Regional Refugee Response for the Ukraine Sit | WORLD HEALTH ORGANIZATION | Open | 2024-06-15 04:47:22 | 2025-06-14 04:47:32 | $(USD)9,410,000.00 | Philip M Denino | | ETHAN GRUSECK I |
| SPRMCO24CA0310 | | LA Declaration Secretariat | PAN AMERICAN DEVELOPMENT FOUNDATION | Open | 2024-09-30 14:50:58 | 2025-09-29 14:51:08 | $(USD)500,000.00 | Rachel Licina | Neal Rose | Rachel Licina |
| SPRMCO24VC0062 | M001 | UNICEF Sudan 2024 Refugee Response Appeal | UNICEF | Open | 2024-01-01 09:00:40 | 2025-03-31 09:57:47 | ############### | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO24VC0312 | | Strengthening DHRR Institutional Capacity | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 08:49:10 | 2025-09-29 08:49:27 | $(USD)4,000,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0313 | | Support for the Global Data Institute (GDI) | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 09:09:25 | 2025-09-29 09:09:38 | $(USD)2,000,000.00 | Joseph Kouba | | Brian Graham |

A-00000975434

| Award | Code | Project | Organization | Status | Start Date | End Date | Amount | Name 1 | Name 2 | Name 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24VC0314 | | Enhancing Migration in Countries in Crisis (MICIC) | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 09:20:30 | 2025-09-29 09:20:38 | $(USD)478,290.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0315 | | Afghan Returnees | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 09:43:40 | 2025-09-29 09:43:56 | ############### | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0065 | M001 | 2024 Ukraine Response IOM | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-06-15 09:35:26 | 2025-06-30 09:35:42 | ############### | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0068 | M001 | 2024 Ukraine Situation Regional Refugee Response | UNICEF | Open | 2024-06-15 11:47:03 | 2025-06-14 11:47:13 | ############### | Christopher Smyser | | Christopher Smyser |
| SPRMCO24VC0316 | | UNICEF Promoting the protection of Iraqi children | UNICEF | Open | 2024-09-25 00:13:15 | 2025-09-24 00:13:24 | $(USD)1,591,999.00 | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0317 | | Access to WASH, Protection, and Mental Health serv | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-30 05:53:48 | 2025-09-29 05:53:56 | $(USD)2,000,000.00 | Latoya Meredith | Heather Stewart | Latoya Meredith |
| SPRMCO24VC0318 | | Protection to crisis affected women and Girls | UN WOMAN | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)272,321.00 | Hurist Morgan | Aiden Leclair | Hurist Morgan |
| SPRMCO24CA0320 | | Safe Protective Enabling Environment & Dignity for | CRS - USCCB | Open | 2024-09-30 00:00:00 | 2025-09-29 23:30:30 | $(USD)2,000,000.00 | Brittany M Carter | Min Kang | Brittany M Carter |
| SPRMCO24VC0327 | | UNICEF Togo - Access to basic services for refugees | UNICEF | Open | 2024-09-30 00:17:49 | 2025-09-29 00:17:57 | $(USD)999,994.00 | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0328 | | Countering Statelessness in the Dominican Republic | HIAS INC | Open | 2024-09-30 00:00:00 | 2025-09-28 23:59:59 | $(USD)400,000.00 | Philip M Denino | Carmen Wilke | Brittany M Carter |
| SPRMCO24CA0329 | | FY 2025 Refugee Housing Solutions | CHURCH WORLD SERVICE INC | Open | 2024-10-01 17:51:40 | 2025-09-30 17:51:46 | $(USD)1,000,000.00 | Askar Salikhov | Jennifer Gillyard | Askar Salikhov |
| SPRMCO24CA0330 | | Camp Coordination and Camp Management in Northeast | BLUMONT GLOBAL DEVELOPMENT, INC. | Open | 2024-09-30 06:58:50 | 2025-09-29 06:58:59 | ############### | Latoya Meredith | Rebecca I Tehan | Latoya Meredith |
| SPRMCO24CA0332 | | Orinoco V: Waters that Transcend Borders | ESCRITORIO NACIONAL | Open | 2024-09-30 00:00:00 | 2025-09-28 23:59:59 | $(USD)800,000.00 | Brittany M Carter | Monica Brinn | Brittany M Carter |
| SPRMCO24CA0337 | | FY 2025 Refugee Welcome Collective | CHURCH WORLD SERVICE INC | Open | 2024-10-01 10:56:49 | 2025-09-30 10:56:55 | $(USD)1,000,000.00 | Askar Salikhov | Daniel McBrayer | Askar Salikhov |
| SPRMCO24CA0338 | | Integrated humanitarian services and protection as | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-11-01 11:00:53 | 2025-08-31 11:01:05 | $(USD)2,831,348.00 | Latoya Meredith | Liya Khan | Latoya Meredith |
| SPRMCO24VC0057 | M001 | Sudan Emergency Funding | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-02-01 13:09:58 | 2025-01-31 13:10:16 | ############### | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0339 | | Emergency Response in Gaza and the West Bank | UNFPA | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | ############### | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0345 | | JRS India response to vulnerable unregistered Burm | JRS USA | Open | 2024-09-29 00:00:01 | 2025-09-28 00:00:01 | $(USD)300,000.00 | ANTHONY CASON | Min Kang | ANTHONY CASON |
| SPRMCO23VC0348 | M001 | The Gender-Based Violence (GBV) Res | UNFPA | Open | 2023-09-25 08:00:00 | 2025-03-24 00:00:00 | $(USD)1,439,000.00 | ETHAN GRUSECKI | Emily A Mestetsky | ETHAN GRUSECKI |
| SPRMCO24VC0346 | | UNICEF Humanitarian Assistance to Palestinians | UNICEF | Open | 2024-10-01 00:13:17 | 2025-09-30 00:15:44 | ############### | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0304 | M001 | Sustainable and Inclusive WASH, MHPSS, CP, and GBV | INTERNATIONAL MEDICAL CORPS | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)2,931,552.00 | Noorullah Ahmadzai | Liya Khan | Noorullah Ahmadzai |
| SPRMCO23CA0178 | M005 | Response to the chronic needs of refugees in | HANDICAP INTERNATIONAL INC A/K/A HANDICAP INTERNATIONAL | Open | 2023-09-01 08:00:00 | 2025-02-28 00:00:00 | $(USD)1,457,204.00 | Brittany M Carter | KAREN TAYLOR | Brittany M Carter |
| SPRMCO24CA0113 | M001 | Border Management and Monitoring (BMM) | NEPAL MANAV ADHIKAR SHIKSHYA SAMAJ | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)149,521.00 | Rachel Licina | Brandon Sabado | Noorullah Ahmadzai |
| SPRMCO24VC0025 | M001 | 2024 Armenia Response Voluntary Contribution | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-01-07 07:00:00 | 2025-03-31 00:00:00 | $(USD)1,440,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0150 | M001 | Pathways to Self-Reliance in Egypt | CRS - USCCB | Open | 2024-08-01 00:00:00 | 2025-07-31 23:59:00 | $(USD)1,256,975.00 | Brittany M Carter | KAREN TAYLOR | Brittany M Carter |

CAR 170

A-00000975434

| ID | Code | Description | Recipient | Status | Date 1 | Date 2 | Amount | Officer 1 | Officer 2 | Officer 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO25GR0003 | | 2025 Humanitarian Migrants To Israel | UNITED ISRAEL APPEAL INC | Open | 2024-12-08 04:15:39 | 2025-09-30 02:50:26 | $(USD)1,109,500.00 | Lindsay Kennedy | Raisa N Dukas | Lindsay Kennedy |
| SPRMCO24VC0058 | M001 | WFP/UNHAS Operations in AF 2024 | UNITED NATIONS WORLD FOOD PROGRAMME | Open | 2024-01-01 00:36:53 | 2025-06-30 00:36:59 | ############### | Christopher Smyser | | Christopher Smyser |
| SPRMCO24VC0207 | M001 | 2024 Afghanistan Situation RRRP | UNICEF | Open | 2024-01-01 00:30:13 | 2025-06-30 00:30:22 | $(USD)5,900,000.00 | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0255 | M001 | Strengthening Access to Safety and Durable Solutio | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-09-01 06:21:37 | 2025-08-31 06:21:59 | $(USD)4,000,000.00 | Latoya Meredith | Kathleen Fallon | Latoya Meredith |
| SPRMCO24VC0201 | M001 | Assistance and Protection for Irregular Migrants, | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 15:24:52 | 2025-08-31 15:25:12 | $(USD)5,500,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0274 | M001 | REGIONAL REFUGEE AND MIGRANT RESPONSE PLAN (RMRP) | UN WOMAN | Open | 2024-09-28 00:00:00 | 2025-09-27 00:00:00 | $(USD)0.00 | Hurist Morgan | Heather Davenport | Hurist Morgan |
| SPRMCO23VC0314 | M001 | Strengthening the Response for U.S.-bound Afghans at ROB | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2023-07-15 08:00:00 | 2025-04-30 00:00:00 | ############### | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0302 | M001 | Assistance to returnee populations | NORWEGIAN REFUGEE COUNCIL (NRC) - STIFTELSEN FLYKTNINGHJELPE | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)3,000,000.00 | Hurist Morgan | Liya Khan | Hurist Morgan |
| SPRMCO24VC0343 | M001 | oPt WHO Health Emergency Appeal 2024 | WORLD HEALTH ORGANIZATION | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | ############### | Philip M Denino | | Philip M Denino |
| SPRMCO24VC0344 | M001 | Syrian Arab Republic: WHO Health Emergency | WORLD HEALTH ORGANIZATION | Open | 2024-09-30 00:00:00 | 2025-09-29 00:00:00 | $(USD)9,816,954.00 | Philip M Denino | | Philip M Denino |
| SPRMCO23VC0090 | M002 | Sudan Humanitarian Response Plan | UNFPA | Open | 2023-06-01 08:00:00 | 2025-02-28 00:00:00 | $(USD)5,400,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0284 | M001 | Nurturing Futures for Children and Youth (NFCY) | RELIEF INTERNATIONAL | Open | 2024-09-29 00:00:01 | 2025-09-28 00:00:01 | $(USD)0.00 | Ashley Rosello Cintron | Mitchell Roberts | Ashley Rosello Cintron |
| SPRMCO25CA0004 | M001 | Nurturing Futures for Children and Youth (NFCY) | RELIEF INTERNATIONAL | Open | 2024-12-17 07:47:44 | 2025-09-28 00:01:30 | $(USD)3,000,000.00 | Ashley Rosello Cintron | Mitchell Roberts | Ashley Rosello Cintron |
| SPRMCO23CA0195 | M003 | Integrated Education and Protection for At-Risk Children, | SAVE THE CHILDREN FEDERATION, INC. | Open | 2023-09-30 08:00:00 | 2025-09-29 00:00:00 | $(USD)1,845,000.00 | Noorullah Ahmadzai | Rebecca I Tehan | Noorullah Ahmadzai |
| SPRMCO24VC0055 | M002 | 2024 HAC Children on the Move - South America | UNICEF | Open | 2024-01-01 12:26:25 | 2025-03-31 12:28:23 | ############### | Christopher Smyser | | Christopher Smyser |
| SPRMCO24CA0231 | M001 | Life-saving access to health care, social protecti | MEDAIR | Open | 2024-09-01 00:04:28 | 2025-08-31 00:04:43 | $(USD)3,000,000.00 | Lindsay Kennedy | Sara Test | Lindsay Kennedy |
| SPRMCO24CA0032 | M003 | 2024-2025 Welcome Academy | UNITED STATES CONFERENCE OF CATHOLIC BISHOPS | Open | 2024-02-01 14:24:09 | 2025-01-31 14:24:15 | $(USD)311,997.00 | Rachel Licina | Kaitlin Keating | Rachel Licina |
| SPRMCO24VC0261 | M001 | Support to Community Security and D | UNITED NATIONS DEVELOPMENT PROGRAMME | Open | 2024-09-26 00:00:00 | 2025-09-25 00:00:00 | $(USD)1,500,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO25AC0005 | | IOM 2025 Assessed Contribution | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 00:00:00 | 2025-12-31 23:59:59 | ############### | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0017 | M002 | Improving Living Conditions in Pale | UNITED NATIONS DEVELOPMENT PROGRAMME | Open | 2023-09-01 08:00:00 | 2025-03-31 00:00:00 | $(USD)1,700,000.00 | ETHAN GRUSECKI | Raisa N Dukas | ETHAN GRUSECKI |
| SPRMCO24VC0039 | M003 | IOM Turkiye 3RP Appeal | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-07-01 13:55:35 | 2025-06-30 13:55:15 | ############### | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0228 | M001 | Supporting Social Stability in Host Communities Mo | UNITED NATIONS DEVELOPMENT PROGRAMME | Open | 2024-09-30 00:00:00 | 2025-12-31 00:00:00 | $(USD)2,500,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO22CA0311 | M004 | Equitable Resettlement Access | HIAS INC | Open | 2022-09-30 08:00:00 | 2025-09-29 00:00:00 | $(USD)4,900,564.00 | Philip M Denino | Melissa Fair | Philip M Denino |
| SPRMCO25VC0006 | | REGIONAL REFUGEE AND MIGRANT RESPONSE PLAN (RMRP) | UN WOMAN | Open | 2024-09-28 14:02:29 | 2025-09-27 14:00:03 | $(USD)2,300,094.00 | Hurist Morgan | Anadne Medler | Hurist Morgan |
| SPRMCO24CA0161 | M001 | Improving the wellbeing of refugees and host commu | INTERNATIONAL MEDICAL CORPS | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)2,935,000.00 | Noorullah Ahmadzai | Sara Test | Noorullah Ahmadzai |
| SPRMCO24CA0325 | M001 | Advancing Protection for Vulnerable Venezuelans in | HIAS INC | Open | 2024-09-30 00:00:00 | 2025-09-29 23:59:59 | $(USD)2,000,000.00 | Philip M Denino | Elizabeth Norris Zoeller | Latoya Meredith |

CAR 171

A-00000975434

| ID | Code | Title | Organization | Status | Start | End | Amount | Officer 1 | Officer 2 | Officer 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24VC0038 | M005 | 2024 UNICEF HAC-Near East | UNICEF | Open | 2024-01-01 10:46:30 | 2025-03-31 10:46:39 | ############ | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO24CA0234 | M001 | Combatting GBV among Refugees in Malaysia | INTERNATIONAL CATHOLIC MIGRATION COMMISSION (ICMC) | Open | 2024-09-15 13:58:16 | 2025-09-14 13:58:25 | $(USD)600,000.00 | Rachel Licina | Geoffrey D. Chanin | Rachel Licina |
| SPRMCO25CA0007 | | Resettlement Diplomacy Network (RDN) Secretariat | PATHWAYS INTERNATIONAL US | Open | 2025-01-17 00:00:01 | 2026-01-16 00:00:01 | $(USD)449,981.00 | ANTHONY CASON | Andrea Shinbach | ANTHONY CASON |
| SPRMCO24CA0176 | M001 | Enhancing MHPSS and protection services for vulner | INTERNATIONAL MEDICAL CORPS | Open | 2024-09-01 00:00:00 | 2025-08-31 00:00:00 | $(USD)2,750,000.00 | Noorullah Ahmadzai | Kathleen Fallon | Noorullah Ahmadzai |
| SPRMCO24VC0138 | M003 | Sudan Emergency Regional Refugee Response Plan | UNICEF | Open | 2024-02-01 00:55:36 | 2025-04-30 00:55:36 | ############ | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO21VC3328 | M006 | Strengthening the Response for U.S.-bound Afghans | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2021-09-30 08:00:00 | 2025-02-28 00:00:00 | $(USD)9,631,873.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0101 | M001 | Promoting MRRM Solutions for Migrants in Libya | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-08-01 03:00:00 | 2025-07-31 03:00:00 | $(USD)1,400,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0351 | M001 | FY 2025 Reception and Placement Program | DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT EP | Open | 2024-10-01 15:07:55 | 2025-09-30 15:08:05 | ############ | Sylvester Tatman | Kaitlin Keating | Latoya Meredith |
| SPRMCO24CA0323 | M001 | FY25 WR Reception and Placement Program | WORLD RELIEF CORP OF NATIONAL ASS | Open | 2024-10-01 12:33:28 | 2025-09-30 12:33:35 | ############ | Askar Salikhov | Kaitlin Keating | Askar Salikhov |
| SPRMCO24VC0078 | M001 | 2024 UNFPA SFTS | UNFPA | Open | 2024-09-30 13:17:16 | 2025-09-29 00:00:00 | $(USD)3,530,553.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0331 | M001 | FY25 MRA Reception and Placement | ETHIOPIAN COMMUNITY DEVELOPMENT COUNCIL, INC. | Open | 2024-10-01 09:10:18 | 2025-09-30 09:10:26 | ############ | Rachel Licina | Kaitlin Keating | Rachel Licina |
| SPRMCO24CA0348 | M001 | FY25 HIAS Reception and Placement Program | HIAS INC | Open | 2024-10-01 15:02:43 | 2025-09-30 15:02:50 | ############ | Philip M Denino | Kathleen Sheehan | Philip M Denino |
| SPRMCO24CA0333 | M001 | FY 2025 Reception and Placement Program | BETHANY CHRISTIAN SERVICES USA, LLC | Open | 2024-10-01 16:04:56 | 2025-09-30 16:05:07 | $(USD)5,005,429.00 | Brittany M Carter | Jennifer Gillyard | Latoya Meredith |
| SPRMCO24CA0342 | M001 | FY24 MRA Reception and Placement | UNITED STATES CONFERENCE OF CATHOLIC BISHOPS | Open | 2024-10-01 15:23:07 | 2025-09-30 15:23:15 | ############ | Rachel Licina | Jennifer Gillyard | Rachel Licina |
| SPRMCO24CA0356 | M001 | FY25 Reception and Placement (R&P) Program | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-10-01 07:11:32 | 2025-09-30 07:11:39 | ############ | Sylvester Tatman | Daniel McBrayer | Latoya Meredith |
| SPRMCO24VC0059 | M002 | 2024 Sudan Emergency Regional Refugee Response Pla | UNFPA | Open | 2024-06-01 10:35:40 | 2025-12-31 00:00:00 | $(USD)4,800,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0354 | M001 | RSC Austria FY25 | HIAS INC | Open | 2024-10-01 00:00:00 | 2025-09-30 06:59:59 | $(USD)6,542,068.00 | Philip M Denino | Edmund Fleetwood Dunstan | Philip M Denino |
| SPRMCO25VC0009 | | 2025 Crisis Response Plan for Sudan and Neighbouri | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 14:13:21 | 2025-12-31 14:13:34 | $(USD)4,500,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO25VC0010 | | 2025 Sudan Regional Refugee Response Plan | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 00:00:00 | 2025-12-31 05:59:59 | $(USD)1,500,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0355 | M001 | FY 2025 Resettlement Support Center (RSC) Asia | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2024-10-01 19:05:36 | 2025-09-30 19:05:49 | ############ | Sylvester Tatman | Margaret Burkhardt | Latoya Meredith |
| SPRMCO25VC0011 | | UNICEF 2025 Sudan Refugee Response | UNICEF | Open | 2025-01-01 07:12:17 | 2025-12-31 07:12:53 | $(USD)4,000,000.00 | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO25VC0012 | | UNICEF 2025 Sudan Regional Refugee Response Plan | UNICEF | Open | 2025-01-01 11:49:21 | 2025-12-31 11:49:39 | $(USD)4,900,000.00 | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO24CA0340 | M001 | FY25 GR Reception and Placement Program | GLOBAL REFUGE | Open | 2024-10-01 15:44:43 | 2025-09-30 15:44:49 | ############ | Askar Salikhov | Kathleen Sheehan | Askar Salikhov |
| SPRMCO24VC0293 | M001 | UNFPA Sudan Country Refugee Response - 2024 Appeal | UNFPA | Open | 2024-09-30 00:00:00 | 2025-12-31 00:00:00 | $(USD)2,000,000.00 | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0308 | M001 | FY25 CWS Resettlement Support Center - Africa | CHURCH WORLD SERVICE INC | Open | 2024-10-01 16:32:17 | 2025-09-30 16:32:22 | ############ | Askar Salikhov | Colleen Tighe | Askar Salikhov |
| SPRMCO25VC0013 | | ICRC 2025 Global Appeal | LE COMITE INTERNATIONAL DE LA CROIX-ROUGE (CICR | Open | 2025-01-01 00:00:00 | 2025-12-31 00:00:00 | ############ | Hurist Morgan | | Hurist Morgan |

A-00000975434

| ID | Mod | Project | Organization | Status | Start | End | Amount | Officer | Approver | Requestor |
|---|---|---|---|---|---|---|---|---|---|---|
| SPRMCO25VC0014 | | Support for Rohingya Indonesia Refugee Arrivals | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 00:00:00 | 2025-12-31 23:59:59 | $(USD)3,200,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0353 | M001 | FY25 MRA Reception and Placement | US COMMITTEE FOR REFUGEES & IMMIGRANTS INC | Open | 2024-10-01 18:08:43 | 2025-09-30 18:08:49 | ############### | Brittany M Carter | Kathleen Sheehan | Brittany M Carter |
| SPRMCO25VC0017 | | Migration Multi-Partner Trust Fund | UNITED NATIONS DEVELOPMENT PROGRAMME | Open | 2025-01-01 00:00:00 | 2025-12-31 00:00:00 | $(USD)5,000,000.00 | | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24VC0173 | M001 | UNFPA Afghanistan Humanitarian Appeal 2024 | UNFPA | Open | 2024-09-01 00:00:00 | 2025-12-31 00:00:00 | ############### | | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO25VC0018 | | 2025 WHO Ukraine Response | WORLD HEALTH ORGANIZATION | Open | 2025-01-01 07:27:53 | 2025-12-31 15:27:58 | $(USD)4,500,000.00 | | Philip M Denino | | Philip M Denino |
| SPRMCO25VC0019 | | SMI Labor Mobility Pathways | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-15 00:00:00 | 2026-02-14 23:59:59 | $(USD)1,000,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO25VC0020 | | 2025 Ukraine Response IOM | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 00:00:00 | 2025-12-31 23:59:59 | ############### | | Joseph Kouba | | Brian Graham |
| SPRMCO23VC0293 | M004 | Safe Mobility Office Initiative - Assistance | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2023-07-01 08:00:00 | 2025-06-30 00:00:00 | ############### | | Joseph Kouba | | Brian Graham |
| SPRMCO23VC0078 | M004 | RPC Initiative in the Western Hemisphere | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2023-05-01 08:00:00 | 2025-06-30 00:00:00 | ############### | | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0056 | M002 | 2024 Regional Refugee and Migrant Response Plan | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-05-01 14:35:16 | 2025-03-31 23:59:59 | ############### | | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0067 | M002 | 2024 Ukraine Regional Refugee Response Plan | UNFPA | Open | 2024-09-01 10:19:32 | 2025-12-31 00:00:00 | $(USD)7,950,000.00 | | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24VC0167 | M001 | Regional Refugee and Migrant Response Plan (RMRP) | UNFPA | Open | 2024-08-01 00:00:00 | 2025-12-31 00:00:00 | $(USD)1,200,000.00 | | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO25VC0021 | | Unlimited Health and Safety | UNFPA | Open | 2025-01-05 00:00:00 | 2026-01-04 00:00:00 | $(USD)500,000.00 | | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24VC0303 | M002 | USRAP SMO assistance. | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-10-01 14:45:30 | 2025-09-30 14:45:39 | ############### | | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0298 | M002 | IOM USRAP Activities | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-10-01 15:32:47 | 2025-09-30 15:33:00 | ############### | | Joseph Kouba | | Brian Graham |
| SPRMCO25VC0022 | | UNICEF FY25 Ukraine Response | UNICEF | Open | 2025-01-01 02:01:32 | 2025-12-31 02:01:44 | $(USD)9,950,000.00 | | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO25VC0023 | | UNICEF 2025 HAC and Lebanon Emergency Response | UNICEF | Open | 2025-01-01 02:38:29 | 2025-12-31 02:39:02 | ############### | | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO25VC0024 | | ILO Safe Mobility Initiative Labor Pathways | INTERNATIONAL LABOR ORGANIZATION | Open | 2025-01-15 04:15:21 | 2026-02-14 04:15:32 | $(USD)2,600,000.00 | | Lindsay Kennedy | | Lindsay Kennedy |
| SPRMCO25VC0008 | M001 | 2025 Voluntary Contribution to UNHCR | UNHCR | Open | 2025-01-01 01:00:01 | 2025-12-31 23:59:10 | ############### | | Latoya Meredith | | Latoya Meredith |
| SPRMCO24CA0322 | M001 | FY25 CWS Reception and Placement Program | CHURCH WORLD SERVICE INC | Open | 2024-10-01 16:41:43 | 2025-09-30 16:41:52 | ############### | Askar Salikhov | Daniel McBrayer | Askar Salikhov |
| SPRMCO25CA0025 | | Cultural Orientation Technical Assistance (COTA) | INTERNATIONAL RESCUE COMMITTEE, INC. | Open | 2025-03-15 12:21:35 | 2026-03-14 12:21:45 | $(USD)440,824.00 | Sylvester Tatman | Kathleen Sheehan | Sylvester Tatman |
| SPRMCO24VC0311 | M001 | IOM Global Appeal 2024 | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-30 08:30:05 | 2025-09-29 08:30:14 | ############### | | Joseph Kouba | | Joseph Kouba |
| SPRMCO24VC0073 | M002 | Return, Reintegration, and Family Reunification. | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2024-09-01 10:25:52 | 2025-08-31 10:26:23 | $(USD)800,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO25CA0026 | | Welcome Corps | COMMUNITY SPONSORSHIP HUB, INC | Open | 2025-01-17 00:00:00 | 2026-01-16 00:00:00 | ############### | Noorullah Ahmadzai | Cassie Le | Noorullah Ahmadzai |
| SPRMCO25CA0028 | | Welcome Corps on Campus | COMMUNITY SPONSORSHIP HUB, INC | Open | 2025-01-17 00:00:00 | 2026-01-16 00:00:00 | $(USD)3,000,000.00 | Noorullah Ahmadzai | Cassie Le | Noorullah Ahmadzai |
| SPRMCO24CA0347 | M002 | FY 2025 Reception and Placement Program OAWIEW | BETHANY CHRISTIAN SERVICES USA, LLC | Open | 2024-10-01 10:41:54 | 2025-09-30 10:42:03 | $(USD)1,848,868.00 | Brittany M Carter | Jennifer Gillyard | Brittany M Carter |
| SPRMCO25VC0029 | | 2025 Global Appeal | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 00:00:00 | 2025-12-31 23:59:59 | ############### | | Joseph Kouba | | Brian Graham |
| SPRMCO25VC0030 | | IOM JPO Program | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 00:00:00 | 2025-12-31 23:59:59 | $(USD)308,000.00 | | Joseph Kouba | | Brian Graham |
| SPRMCO25VC0031 | | IOM Turkey 3RP Appeal: Tranche 1 | INTERNATIONAL ORGANIZATION FOR MIGRATION | Open | 2025-01-01 00:00:00 | 2025-12-31 14:39:57 | $(USD)5,000,000.00 | | Joseph Kouba | | Brian Graham |

CAR 173

A-00000975434

| ID | Code | Program | Status | Start | End | Amount | Name 1 | Name 2 | Name 3 |
|---|---|---|---|---|---|---|---|---|---|
| SPRMCO24CA0350 | M002 | FY25 Enduring Welcome Reception and Placement | Open | 2024-10-01 13:48:39 | 2025-09-30 13:48:48 | ############### | Brittany M Carter | Kathleen Sheehan | Brittany M Carter |
| SPRMCO25VC0032 | | UNICEF 2025 HAC for Syrians | Open | 2025-01-01 05:06:48 | 2025-12-31 05:06:54 | ############### | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO25VC0033 | | 2025 IOM Iraq Displacement Tracking Matrix | Open | 2025-01-01 00:00:00 | 2025-12-31 23:59:59 | $(USD)1,000,000.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24VC0041 | M002 | 2024 UNFPA Turkiye and Jordan - 3RP | Open | 2024-01-01 11:37:26 | 2025-12-31 00:00:00 | ############### | ETHAN GRUSECKI | | ETHAN GRUSECKI |
| SPRMCO24CA0341 | M002 | FY25 GR Reception and Placement Program OAW/EW | Open | 2024-10-01 11:40:27 | 2025-09-30 11:40:37 | ############### | Askar Salikhov | Kathleen Sheehan | Askar Salikhov |
| SPRMCO24CA0324 | M002 | FY25 WR Reception and Placement Program OAW/EW | Open | 2024-10-01 15:11:14 | 2025-09-30 15:11:19 | ############### | Askar Salikhov | Kaitlin Keating | Askar Salikhov |
| SPRMCO24CA0336 | M002 | FY25 Enduring Welcome Reception and Placement | Open | 2024-10-01 09:38:06 | 2025-09-30 09:38:15 | ############### | Rachel Licina | Jennifer Gillyard | Rachel Licina |
| SPRMCO24CA0349 | M002 | FY25 HIAS Reception and Placement Program OAW/EW | Open | 2024-10-01 16:46:05 | 2025-09-30 16:46:14 | $(USD)9,389,378.00 | Philip M Denino | Kathleen Sheehan | Philip M Denino |
| SPRMCO24CA0357 | M002 | FY25 Reception and Placement (R&P) Program-OAW/EW | Open | 2024-10-01 07:25:18 | 2025-09-30 07:25:27 | ############### | Sylvester Tatman | Daniel McBrayer | Latoya Meredith |
| SPRMCO24CA0352 | M002 | FY 2025 Reception and Placement Program-OAW/EW | Open | 2024-10-01 15:29:50 | 2025-09-30 15:29:57 | $(USD)5,149,886.00 | Sylvester Tatman | Kaitlin Keating | Latoya Meredith |
| SPRMCO24CA0326 | M002 | FY25 Enduring Welcome Reception and Placement | Open | 2024-10-01 11:21:10 | 2025-09-30 11:21:17 | ############### | Rachel Licina | Kaitlin Keating | Rachel Licina |
| SPRMCO25VC0034 | | 2025 Voluntary Contribution to UNHCR-Afghanistan | Open | 2025-01-01 16:50:05 | 2025-12-31 16:49:11 | ############### | Latoya Meredith | Liya Khan | Latoya Meredith |
| SPRMCO25VC0036 | | UNICEF HAC for Iraq | Open | 2025-01-01 03:51:47 | 2025-12-31 03:51:53 | $(USD)1,000,000.00 | Christopher Smyser | | Lindsay Kennedy |
| SPRMCO24CA0319 | M002 | FY25 CWS Reception and Placement Program OAW/EW | Open | 2024-10-01 18:06:19 | 2025-09-30 18:06:24 | ############### | Askar Salikhov | Daniel McBrayer | Askar Salikhov |
| SPRMCO24CA0300 | M002 | FY 2025 RSC Turkiye and the Middle East | Open | 2024-10-01 10:34:18 | 2025-09-30 10:39:06 | ############### | Rachel Licina | Natalia Rincon | Rachel Licina |
| SPRMCO24VC0183 | M002 | Enduring Welcome Platform Pilot Philippines | Open | 2024-07-01 11:59:23 | 2025-03-31 11:59:16 | $(USD)3,737,641.00 | Joseph Kouba | | Brian Graham |
| SPRMCO24CA0321 | M001 | Integrated Education, Protection & Health Response | Open | 2024-09-30 08:08:23 | 2025-09-29 08:08:35 | $(USD)4,190,688.00 | Sylvester Tatman | Mitchell Roberts | Latoya Meredith |

CAR 174

A-00000975434

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Mon, 27 Jan 2025 19:17:21 +0000 |
| **To:** | Morgan, Hurist; Daniel Littlejohn-Carrillo; Terri Salter; Christophe Gravend |
| **Cc:** | Wheaton, Sarah; Kyle, Susan F; PRM-MEC-ICRC; PRM-EAP-SCA-APICentral Asia; |
| Swyer, Cody W (AAU); PRM-EAP-SCA-APICentral Asia; PRM-Comp-Mgt |
| **Subject:** | RE: Suspension of PRM Awards Effective January 24, 2025 |
| **Attachments:** | Suspension Letter for Foreign Assistance-ICRC 2025-01-27.pdf |

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 8:55 PM
**To:** Morgan, Hurist <MorganH@state.gov>; Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC <PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer, Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards Effective January 24, 2025

I apologize, I attached the incorrect suspension letter. Attached is the letter for ICRC.

Sorry for any confusion or inconvenience.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 8:50 PM
**To:** Morgan, Hurist <MorganH@state.gov>; Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC <PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer,

A-00000975400

Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>;
PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Morgan, Hurist <MorganH@state.gov>
**Sent:** Friday, January 24, 2025 3:57 PM
**To:** Daniel Littlejohn-Carrillo <dlittlejohncarrillo@icrc.org>; Terri Salter <tsalter@icrc.org>; Christophe
Gravend <cgravend@icrc.org>
**Cc:** Wheaton, Sarah <WheatonSA@state.gov>; Kyle, Susan F <KyleSF@state.gov>; PRM-MEC-ICRC
<PRM-MEC-ICRC@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>; Swyer,
Cody W (AAU) <SwyerCW@state.gov>; PRM-EAP-SCA-APICentral Asia <PRM-EAP-SCA-API@state.gov>;
PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance
with recent Executive Orders.

Thanks,
*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State

2201 C Street, NW · SA-9, 8^(TH) Floor · Washington, DC 20520

Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-3395

A-00000975400



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 27, 2025

Terri Salter
International Committee of the Red Cross
19 avenue de la Paix
1202 Geneva, Switzerland

REF:    SPRMCO25VC0013
        SPRMCO24VC0022

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are exempt from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award;
- Activities under awards SPRMCO25VC0013 and SPRMCO24VC0022 supporting Al Hol, Roj and Jeddah 1 camps in Syria and Iraq for the next two weeks (ending February 10, 2024) with the express understanding that social programming of any kind including but not limited to, gender, DEI or abortion services are <u>not</u> allowable under this exception.

In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer

CAR 177

A-00000975400

2

for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MorganH@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.27 14:15:17 -05'00'

Joseph Kouba
Comptroller

A-00000975400

**From:** Kouba, Joseph G
**Sent:** Sat, 25 Jan 2025 03:43:50 +0000
**To:** HOUVER Vincent
**Cc:** GOODRICK John; Graham, Brian Y; IOM DC PRM Support; PRM-MEC-IOM; Loewer, Kelly M (Geneva); Ingraham, Hilary E; Martz, Aaron I; Thibault, Erica; Kalan, Andrea R; Nutzman, Adrienne B; Kinsey, Rebecca T; Anderson, Kathryn E; Pelletreau, Elizabeth A; PRM-Comp-Mgt
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025
**Attachments:** Suspension Letter for Foreign Assistance-IOM-v2.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975405



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

Second Letter

REF:     SPRMCO25VC0033; SPRMCO25VC0031; SPRMCO25VC0030; SPRMCO25VC0029;
SPRMCO25VC0020; SPRMCO25VC0019; SPRMCO25VC0014; SPRMCO25VC0010;
SPRMCO25VC0009; SPRMCO25AC0005; SPRMCO24VC0315; SPRMCO24VC0314;
SPRMCO24VC0313; SPRMCO24VC0312; SPRMCO24VC0311; SPRMCO24VC0309;
SPRMCO24VC0303; SPRMCO24VC0298; SPRMCO24VC0297; SPRMCO24VC0295;
SPRMCO24VC0272; SPRMCO24VC0270; SPRMCO24VC0269; SPRMCO24VC0260;
SPRMCO24VC0212; SPRMCO24VC0204; SPRMCO24VC0202; SPRMCO24VC0201;
SPRMCO24VC0183; SPRMCO24VC0180; SPRMCO24VC0170; SPRMCO24VC0169;
SPRMCO24VC0149; SPRMCO24VC0146; SPRMCO24VC0140; SPRMCO24VC0127;
SPRMCO24VC0101; SPRMCO24VC0101; SPRMCO24VC0099; SPRMCO24VC0086;
SPRMCO24VC0085; SPRMCO24VC0084; SPRMCO24VC0080; SPRMCO24VC0076;
SPRMCO24VC0075; SPRMCO24VC0073; SPRMCO24VC0072; SPRMCO24VC0066;
SPRMCO24VC0065; SPRMCO24VC0057; SPRMCO24VC0056; SPRMCO24VC0052;
SPRMCO24VC0039; SPRMCO24VC0035; SPRMCO24VC0025; SPRMCO23VC0314;
SPRMCO23VC0312; SPRMCO23VC0293; SPRMCO23VC0078; SPRMCO21VC3328

Consistent with the President's Executive Order on Reevaluating and Realigning United
States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and
Migration hereby notifies the recipient that, consistent with the terms of the award(s),
the referenced award(s) are immediately suspended as of January 24, 2025. Award(s)
may no longer effectuate agency priorities and are suspended pending a Department-
wide review of foreign assistance programs. Decisions whether to continue, modify, or
terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop
all work under the award(s) and not incur any new costs after the effective date cited
above with the exception of emergency food assistance and administrative expenses,
including salaries, necessary to administer such assistance and this assistance is already
within the scope of the award. In addition, the Recipient must cancel as many
outstanding obligations as possible.

A-00000975405

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at KoubaJG@State.gov.

Sincerely,

JOSEPH G KOUBA    Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 22:42:23 -05'00'

Joseph Kouba
Comptroller

A-00000975405

**From:**          Kouba, Joseph G
**Sent:**          Tue, 25 Feb 2025 22:23:22 +0000
**To:**            HOUVER Vincent
**Cc:**            GOODRICK John; Graham, Brian Y; IOM DC PRM Support; PRM-MEC-IOM;
Loewer, Kelly M (Geneva); Ingraham, Hilary E; Martz, Aaron I; Thibault, Erica; Kalan, Andrea R; Nutzman,
Adrienne B; Kinsey, Rebecca T; Anderson, Kathryn E; Pelletreau, Elizabeth A; PRM-Comp-Mgt;
Richelsoph, David N; Anderson, Todd D; Morgado, Gail; Katchmark, Jennifer K; Gauger, Kelly A; Putzeys,
Claire; Wilson, Shawna J; Zerbinopoulos, Adam; Smith, Jennifer L; Lopez, Leana M; Houck, Meredith L;
Desai, Kristi E; Fallon, Kathleen; Shepardson, Nicole W; Upchurch, Christopher M
**Subject:**       RE: Suspension of PRM Awards to IOM Effective January 24, 2025
**Attachments:**   Suspension Letter for Foreign Assistance-IOM 2025-02-25.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with
Executive Orders. This letter supersedes previous letters issued by the PRM grants officer for
the referenced awards. Additional letters may be sent as updates to Department guidance or
exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Thursday, February 13, 2025 6:14 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM
Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M
(Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I
<MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>;
Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson,
Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt
<PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D
<AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K
<KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire
<PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam
<ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M
<LopezLM3@state.gov>; Houck, Meredith L <HouckML@state.gov>; Desai, Kristi E
<DesaiKE@state.gov>; Fallon, Kathleen <FallonK2@state.gov>; Shepardson, Nicole W
<ShepardsonNW@state.gov>; Upchurch, Christopher M <UpchurchCM@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with
Executive Orders. This letter supersedes previous letters issued by the PRM grants officer for
the referenced awards. Additional letters may be sent as updates to Department guidance or
exemptions authorized under the Executive Order are approved.

A-00000975917

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Wednesday, February 12, 2025 12:17 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM
Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M
(Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I
<MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>;
Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson,
Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt
<PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D
<AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K
<KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire
<PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam
<ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M
<LopezLM3@state.gov>; Houck, Meredith L <HouckML@state.gov>; Desai, Kristi E
<DesaiKE@state.gov>; Fallon, Kathleen <FallonK2@state.gov>; Shepardson, Nicole W
<ShepardsonNW@state.gov>; Upchurch, Christopher M <UpchurchCM@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with
Executive Orders. This letter supersedes previous letters issued by the PRM grants officer for
the referenced awards. Additional letters may be sent as updates to Department guidance or
exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Friday, February 7, 2025 3:33 PM
**To:** 'HOUVER Vincent' <VHOUVER@iom.int>
**Cc:** 'GOODRICK John' <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; 'IOM DC PRM
Support' <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M
(Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I
<MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>;
Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson,
Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt

A-00000975917

<PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M <LopezLM3@state.gov>; Houck, Meredith L <HouckML@state.gov>; Desai, Kristi E <DesaiKE@state.gov>; Fallon, Kathleen <FallonK2@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer for the referenced awards. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Thursday, February 6, 2025 7:22 PM
**To:** 'HOUVER Vincent' <VHOUVER@iom.int>
**Cc:** 'GOODRICK John' <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; 'IOM DC PRM Support' <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M <LopezLM3@state.gov>; Houck, Meredith L <HouckML@state.gov>; Desai, Kristi E <DesaiKE@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer for the referenced awards. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951

A-00000975917

KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Monday, February 3, 2025 12:18 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M <LopezLM3@state.gov>; Houck, Meredith L <HouckML@state.gov>; Desai, Kristi E <DesaiKE@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer for the referenced awards. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

This letter expands the number of awards with activities allowed under the waiver approved by the Secretary of State on January 28, 2025.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Wednesday, January 29, 2025 7:45 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>; Lopez, Leana M

A-00000975917

<LopezLM3@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

This letter expands the number of awards with activities allowed under the waiver approved by the Secretary of State on January 28, 2025.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Wednesday, January 29, 2025 7:12 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Richelsoph, David N <RichelsophDN@state.gov>; Anderson, Todd D <AndersonTD@state.gov>; Morgado, Gail <MorgadoG@state.gov>; Katchmark, Jennifer K <KatchmarkJK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Wilson, Shawna J <WilsonSJ@state.gov>; Zerbinopoulos, Adam <ZerbinopoulosA@state.gov>; Smith, Jennifer L <SmithJL1@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Monday, January 27, 2025 3:07 PM

A-00000975917

**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM
Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M
(Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I
<MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>;
Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson,
Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt
<PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Letter updated to reflect the correct end date for one exception to the Notice of Suspension.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Monday, January 27, 2025 2:00 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM
Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M
(Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I
<MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>;
Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson,
Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt
<PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G
**Sent:** Friday, January 24, 2025 10:44 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM
Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M

A-00000975917

(Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** HOUVER Vincent <VHOUVER@iom.int>
**Cc:** GOODRICK John <jgoodrick@iom.int>; Graham, Brian Y <GrahamBY@state.gov>; IOM DC PRM Support <IOMDCPRMSupport@iom.int>; PRM-MEC-IOM <PRM-MEC-IOM@state.gov>; Loewer, Kelly M (Geneva) <LoewerKM@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Martz, Aaron I <MartzAI@state.gov>; Thibault, Erica <ThibaultE@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Nutzman, Adrienne B <NutzmanAB@state.gov>; Kinsey, Rebecca T <KinseyRT@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Pelletreau, Elizabeth A <PelletreauEA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to IOM Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thanks.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975917



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

February 25, 2025

Vincent Houver
International Organization for Migration
Global Office – Washington, D.C.

REF:   SPRMCO21VC3328; SPRMCO23VC0312; SPRMCO23VC0314; SPRMCO24VC0035;
SPRMCO24VC0045; SPRMCO24VC0052; SPRMCO24VC0056; SPRMCO24VC0057;
SPRMCO24VC0086; SPRMCO24VC0101; SPRMCO24VC0127; SPRMCO24VC0140;
SPRMCO24VC0183; SPRMCO24VC0201; SPRMCO24VC0202; SPRMCO24VC0212;
SPRMCO24VC0272; SPRMCO24VC0298; SPRMCO24VC0309; SPRMCO25VC0009;
SPRMCO25VC0010; SPRMCO25VC0031

Consistent with the President's Executive Order on Reevaluating and Realigning United
States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and
Migration hereby notifies the recipient that, consistent with the terms of the award(s),
the referenced award(s) are immediately suspended as of January 24, 2025. Award(s)
may no longer effectuate agency priorities and are suspended pending a Department-
wide review of foreign assistance programs. Decisions whether to continue, modify, or
terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop
all work under the award(s) and not incur any new costs after the effective date cited
above. The following are **exempt** from this Notice of Suspension:
- Emergency food assistance and administrative expenses, including salaries,
  necessary to administer such assistance already within the scope of the
  referenced award; and
- Life-saving humanitarian assistance during the period of the review supporting
  activities in:
  - USRAP – up to $5,200,000 for resuming operations and expending funds
    for the purpose of implementing Afrikaner resettlement to the United
    States under Executive Order 14204 and necessary administrative
    expenses
  - USRAP - continue or complete on-going treatment of complex medical
    issues such as tuberculosis
  - Latin America and the Caribbean - life-saving support to deportees from
    the United States
  - Egypt - life-saving health care, WASH and shelter
  - Libya - food, essential NFIs and life-saving medical care

CAR 189

A-00000975917

- o Jordan - life-saving health care, food, WASH, shelter including utilities and subsistence
- o Turkey - life-saving health, WASH and shelter
- o Lebanon - food and necessary incidentals, WASH, shelter, life-saving health care and medicine including vaccinations
- o Iraq - camp coordination and management as well as reintegration support including shelter and NFIs
- o Essential water and sanitation needs for South Sudan response
- o Bangladesh - (within extended period of performance approved in letter from PRM dated December 2, 2024)
- o Niger – life-saving shelter
- o Gaza
- o Afghans & Enduring Welcome
- o Migrant Operations Center
- o Assisted Voluntary Returns

Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.

(a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.

(b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.

(c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing, Initial Recissions of Harmful Executive Orders and Actions and Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, Recipients are hereby notified that no U.S. Government

3

funds may be used to promote "diversity, equity, and inclusion" (DEI), gender ideology or provide for any medical procedure, treatment, or drug for the purpose of conforming an individual's appearance to that of the opposite sex at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI or gender ideology must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

For awards referenced above, this letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at KoubaJG@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.25 17:21:32 -05'00'

Joseph Kouba
Comptroller

CAR 191

A-00000975917

**From:** Kouba, Joseph G
**Sent:** Mon, 27 Jan 2025 19:57:14 +0000
**To:** Sophie Battas; Saltanat Builasheva; ssnyder@unicef.org
**Cc:** Smyser, Christopher R; PRM-MEC; Fallon, Kathleen; Chapman, Madison L; Kouhi, Sita; LeClair, Alden; Devoy, Shanna K; Dukas, Raisa N; Desai, Kristi E; Stegura, Christina M; Houck, Meredith E; Bacharach, Kathryn E; PRM-Comp-Mgt
**Subject:** RE: Suspension of PRM Awards to UNICEF Effective January 24, 2025
**Attachments:** Suspension Letter for Foreign Assistance-PRM-UNICEF 2025-01-27.pdf

Letter updated to reflect the correct end date for one exception to the Notice of Suspension.

# Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G
**Sent:** Monday, January 27, 2025 2:30 PM
**To:** Sophie Battas <sbattas@unicef.org>; Saltanat Builasheva <sbuilasheva@unicef.org>; ssnyder@unicef.org
**Cc:** Smyser, Christopher R <SmyserCR@state.gov>; PRM-MEC <PRM-MEC@state.gov>; Fallon, Kathleen <FallonK2@state.gov>; Chapman, Madison L <ChapmanML@state.gov>; Kouhi, Sita <KouhiS1@state.gov>; LeClair, Alden <LeClairA@state.gov>; Devoy, Shanna K <DevoySK@state.gov>; Dukas, Raisa N <DukasRN@state.gov>; Desai, Kristi E <DesaiKE@state.gov>; Stegura, Christina M <SteguraCM@state.gov>; Houck, Meredith L <HouckML@state.gov>; Bacharach, Kathryn E <BacharachKE@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: Suspension of PRM Awards to UNICEF Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

# Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 9:26 PM
**To:** Sophie Battas <sbattas@unicef.org>; Saltanat Builasheva <sbuilasheva@unicef.org>; ssnyder@unicef.org
**Cc:** Smyser, Christopher R <SmyserCR@state.gov>; PRM-MEC <PRM-MEC@state.gov>; Fallon, Kathleen

A-00000975397

<FallonK2@state.gov>; Chapman, Madison L <ChapmanML@state.gov>; Kouhi, Sita
<KouhiS1@state.gov>; LeClair, Alden <LeClairA@state.gov>; Devoy, Shanna K <DevoySK@state.gov>;
Dukas, Raisa N <DukasRN@state.gov>; Desai, Kristi E <DesaiKE@state.gov>; Stegura, Christina M
<SteguraCM@state.gov>; Houck, Meredith L <HouckML@state.gov>; Bacharach, Kathryn E
<BacharachKE@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to UNICEF Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with
recent Executive Orders.

Thanks.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975397



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 27, 2025

Sean Snyder
United Nations Childrens Fund
3 UNITED NATIONS PLAZA
NEW YORK, NY
10017-4414
USA

REF:    SPRMCO23VC0076, SPRMCO24VC0036, SPRMCO24VC0038, SPRMCO24VC0055,
SPRMCO24VC0062, SPRMCO24VC0068, SPRMCO24VC0077, SPRMCO24VC0138,
SPRMCO24VC0205, SPRMCO24VC0206, SPRMCO24VC0207, SPRMCO24VC0209,
SPRMCO24VC0316, SPRMCO24VC0327,  SPRMCO24VC0346, SPRMCO25VC0011,
SPRMCO25VC0012, SPRMCO25VC0022, SPRMCO25VC0023, SPRMCO25VC0032,
SPRMCO25VC0036

Consistent with the President's Executive Order on Reevaluating and Realigning United
States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and
Migration hereby notifies the recipient that, consistent with the terms of the award(s),
the referenced award(s) are immediately suspended as of January 24, 2025. Award(s)
may no longer effectuate agency priorities and are suspended pending a Department-
wide review of foreign assistance programs. Decisions whether to continue, modify, or
terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop
all work under the award(s) and not incur any new costs after the effective date cited
above. The following are exempt from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries,
  necessary to administer such assistance already within the scope of the
  referenced award;
- Activities under award SPRMCO24VC0316 supporting Al Hol, Roj and Jeddah 1
  camps in Syria and Iraq for the next two weeks (ending February 10, 2025) with
  the express understanding that social programming of any kind including but not
  limited to, gender, DEI or abortion services are <u>not</u> allowable under this
  exception.

In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI
Programs and Preferencing and Initial Recissions of Harmful Executive Orders and

CAR 194

A-00000975397

Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at SmyserCR@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.27 14:56:02 -05'00'

Joseph Kouba
Comptroller

CAR 195

A-00000975397

**From:**           Kouba, Joseph G
**Sent:**           Mon, 27 Jan 2025 19:29:37 +0000
**To:**             Sophie Battas; Saltanat Builasheva; ssnyder@unicef.org
**Cc:**             Smyser, Christopher R; PRM-MEC; Fallon, Kathleen; Chapman, Madison L; Kouhi,
Sita; LeClair, Alden; Devoy, Shanna K; Dukas, Raisa N; Desai, Kristi E; Stegura, Christina M; Houck,
Meredith L; Bacharach, Kathryn E; PRM-Comp-Mgt
**Subject:**        RE: Suspension of PRM Awards to UNICEF Effective January 24, 2025
**Attachments:**    Suspension Letter for Foreign Assistance-PRM-UNICEF 2025-01-27.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 9:26 PM
**To:** Sophie Battas <sbattas@unicef.org>; Saltanat Builasheva <sbuilasheva@unicef.org>;
ssnyder@unicef.org
**Cc:** Smyser, Christopher R <SmyserCR@state.gov>; PRM-MEC <PRM-MEC@state.gov>; Fallon, Kathleen
<FallonK2@state.gov>; Chapman, Madison L <ChapmanML@state.gov>; Kouhi, Sita
<KouhiS1@state.gov>; LeClair, Alden <LeClairA@state.gov>; Devoy, Shanna K <DevoySK@state.gov>;
Dukas, Raisa N <DukasRN@state.gov>; Desai, Kristi E <DesaiKE@state.gov>; Stegura, Christina M
<SteguraCM@state.gov>; Houck, Meredith L <HouckML@state.gov>; Bacharach, Kathryn E
<BacharachKE@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards to UNICEF Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with
recent Executive Orders.

Thanks.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975395



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 27, 2025

Sean Snyder
United Nations Childrens Fund
3 UNITED NATIONS PLAZA
NEW YORK, NY
10017-4414
USA

REF:    SPRMCO23VC0076, SPRMCO24VC0036, SPRMCO24VC0038, SPRMCO24VC0055,
SPRMCO24VC0062, SPRMCO24VC0068, SPRMCO24VC0077, SPRMCO24VC0138,
SPRMCO24VC0205, SPRMCO24VC0206, SPRMCO24VC0207, SPRMCO24VC0209,
SPRMCO24VC0316, SPRMCO24VC0327,  SPRMCO24VC0346, SPRMCO25VC0011,
SPRMCO25VC0012, SPRMCO25VC0022, SPRMCO25VC0023, SPRMCO25VC0032,
SPRMCO25VC0036

Consistent with the President's Executive Order on Reevaluating and Realigning United
States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and
Migration hereby notifies the recipient that, consistent with the terms of the award(s),
the referenced award(s) are immediately suspended as of January 24, 2025. Award(s)
may no longer effectuate agency priorities and are suspended pending a Department-
wide review of foreign assistance programs. Decisions whether to continue, modify, or
terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop
all work under the award(s) and not incur any new costs after the effective date cited
above. The following are exempt from this Notice of Suspension:
- Emergency food assistance and administrative expenses, including salaries,
  necessary to administer such assistance already within the scope of the
  referenced award;
- Activities under award SPRMCO24VC0316 supporting Al Hol, Roj and Jeddah 1
  camps in Syria and Iraq for the next two weeks (ending February 10, 2024) with
  the express understanding that social programming of any kind including but not
  limited to, gender, DEI or abortion services are <u>not</u> allowable under this
  exception.

In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI
Programs and Preferencing and Initial Recissions of Harmful Executive Orders and

CAR 197

A-00000975395

Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at SmyserCR@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.27 14:27:22 -05'00'

Joseph Kouba
Comptroller

A-00000975395

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Sat, 25 Jan 2025 02:58:55 +0000 |
| **To:** | Ahmadzai, Noorullah; David Eastman; Bogdan Dumitru; Ana Mihanovic |
| **Cc:** | PRM-Comp-Mgt |
| **Subject:** | RE: Suspension of PRM Awards |
| **Attachments:** | Suspension Letter for Foreign Assistance-IMC-v2.pdf |

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Ahmadzai, Noorullah <AhmadzaiN@state.gov>
**Sent:** Friday, January 24, 2025 3:06 PM
**To:** David Eastman <deastman@InternationalMedicalCorps.org.uk>; Bogdan Dumitru <bdumitru@InternationalMedicalCorps.org>; Ana Mihanovic <amihanovic@InternationalMedicalCorps.org>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards
**Importance:** High

Dear IMC Colleagues,

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders. Thanks

Regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975417



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Mr.Bogdan Dumitru
International Medical Corps
12400 Wilshire Blvd
Suite 1500
Los Angeles, CA 90025-1019

<u>Second Letter</u>

REF: SPRMCO24CA0181, SPRMCO24CA0191, SPRMCO24CA0226, SPRMCO24CA0242, SPRMCO24CA0304, SPRMCO24CA0161, & SPRMCO24CA0176

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 200

A-00000975417

2

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at AhmadzaiN@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 21:58:00 -05'00'

Joseph Kouba
Comptroller

A-00000975417

**From:**          Kouba, Joseph G
**Sent:**          Sat, 25 Jan 2025 01:57:48 +0000
**To:**            Meredith, Latoya; hyde@unhcr.org; Tessa Valk Mayerick
**Cc:**            PRM-MEC-UNHCR; Geneva HA; PRM-Comp-Mgt
**Subject:**       RE: UNHCR: Suspension of PRM Awards Effective January 24, 2025
**Attachments:**   Suspension Letter for Foreign Assistance-PRM UNHCR-v2.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Meredith, Latoya <MeredithLD2@state.gov>
**Sent:** Friday, January 24, 2025 3:11 PM
**To:** hyde@unhcr.org; Tessa Valk Mayerick <valk@unhcr.org>
**Cc:** PRM-MEC-UNHCR <PRM-MEC-UNHCR@state.gov>; Geneva HA <GenevaHA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** UNHCR: Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

**La'Toya Meredith**
**Supervisory Grants Management Specialist**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov
***I am teleworking until further notice****

A-00000975432



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 24, 2025

Ms. Dominique Hyde
United Nations High Commissioner for Refugees, (UNHCR)
PO Box 2500
Rue de Montbrillant 94
1201 Genève, Switzerland

<u>Second Letter</u>

REF:   SPRMCO25VC0008
       SPRMCO25VC0034

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy <u>PRM-Comp-Mgt@State.gov</u>. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

CAR 203

UNCLASSIFIED

A-00000975432

2

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MeredithLD2@state.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.01.24
20:49:03 -05'00'

Joseph Kouba
Comptroller

CAR 204

A-00000975432

**From:**       Meredith, Latoya
**Sent:**       Mon, 27 Jan 2025 16:17:28 +0000
**To:**         Kouba, Joseph G; hyde@unhcr.org; Tessa Valk Mayerick
**Cc:**         PRM-MEC-UNHCR; Geneva HA; PRM-Comp-Mgt
**Subject:**    RE: UNHCR: Suspension of PRM Awards Effective January 24, 2025
**Attachments:** Suspension Letter for Foreign Assistance-PRM UNHCR-v3.pdf

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

La'Toya Meredith
**Supervisory Grants Management Specialist**
*Bureau of Population, Refugees, and Migration (PRM)*
MeredithLD2@state.gov
***I am teleworking until further notice*** *

---

**From:** Kouba, Joseph G <KoubaJG@state.gov>
**Sent:** Friday, January 24, 2025 8:58 PM
**To:** Meredith, Latoya <MeredithLD2@state.gov>; hyde@unhcr.org; Tessa Valk Mayerick <valk@unhcr.org>
**Cc:** PRM-MEC-UNHCR <PRM-MEC-UNHCR@state.gov>; Geneva HA <GenevaHA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** RE: UNHCR: Suspension of PRM Awards Effective January 24, 2025

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

---

**From:** Meredith, Latoya <MeredithLD2@state.gov>
**Sent:** Friday, January 24, 2025 3:11 PM
**To:** hyde@unhcr.org; Tessa Valk Mayerick <valk@unhcr.org>
**Cc:** PRM-MEC-UNHCR <PRM-MEC-UNHCR@state.gov>; Geneva HA <GenevaHA@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** UNHCR: Suspension of PRM Awards Effective January 24, 2025

A-00000975414

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

**La'Toya Meredith**
**Supervisory Grants Management Specialist**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov
***I am teleworking until further notice****

A-00000975414



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 27, 2025

Ms. Dominique Hyde
United Nations High Commissioner for Refugees, (UNHCR)
PO Box 2500
Rue de Montbrillant 94
1201 Genève, Switzerland

<u>Third Letter</u>

REF:    SPRMCO25VC0008
        SPRMCO25VC0034
        SPRMCO24VC0014
        SPRMCO23VC0023
        SPRMCO22VC0065
        SPRMCO22VC0034

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location. Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM. Your certification that all such activities funded by U.S. Government funds have ceased is

A-00000975414

2

required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at MeredithLD2@state.gov.

Sincerely,

Latoya Meredith
Grants Officer

| **From:** | Rosello Cintron, Ashley M |
|---|---|
| **Sent:** | Wed, 26 Feb 2025 17:40:04 +0000 |
| **To:** | Jaime Castaneda Emura |
| **Cc:** | Roberts, Mitchell C; PRM-Comp-Mgt |
| **Subject:** | Suspension of PRM Awards Effective January 24, 2025 - Updated |
| **Attachments:** | Suspension Letter for Foreign Assistance-PRM 2025-02-26 (002).pdf |

Dear Jaime Castaneda Emura,

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. Approved for the exempted activity within PUI's award SPRMCO24CA0282. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

Thank you for your attention to this matter. We look forward to your certification at your earliest convenience.

Best,

Ashley M. Roselló
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State
Email: Rosello-CintronAM@state.gov

A-00000975822



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

February 26, 2025

Jaime Castaneda Emura
Première Urgence Internationale
2, rue Auguste Thomas
92600 Asnières-sur-Seine
France

REF: SPRMCO24CA0282

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are **exempt** from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award; and
- Life-saving humanitarian assistance during the period of the review supporting the following activities:
    - List activities here

Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.

- (a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.
- (b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.

CAR 210

A-00000975822

- (c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing, Initial Recissions of Harmful Executive Orders and Actions and Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI), gender ideology or provide for any medical procedure, treatment, or drug for the purpose of conforming an individual's appearance to that of the opposite sex at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI or gender ideology must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

For awards referenced above, this letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at Rosello-CintronAM@state.gov.

Sincerely,
Ashley Rosello
Grants Officer

A-00000975822

| **From:** | Grusecki, Ethan |
| **Sent:** | Wed, 26 Feb 2025 17:14:06 +0000 |
| **To:** | Vladan Nikolic |
| **Cc:** | PRM-Comp-Mgt; Houck, Meredith L; Rosello Cintron, Ashley M |
| **Subject:** | Suspension of PRM Awards Effective January 24, 2025 |
| **Attachments:** | Suspension Letter for Foreign Assistance-PRM 2025-02-25.pdf |
| **Importance:** | High |

Dear BRAC Colleagues,

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975825



**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

February 25, 2025

Vladan Nikolic
BRAC USA, INC.
110 William St.
New York, NY 10038

REF: SPRMCO24CA0083

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above. The following are **exempt** from this Notice of Suspension:

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance already within the scope of the referenced award; and
- Life-saving humanitarian assistance during the period of the review supporting the following activities:
  - *life-saving water, sanitation, hygiene, nutrition and food*

  Implementers of existing life-saving humanitarian assistance programs should continue or resume work subject to the following directions. This resumption is temporary in nature, and except by separate waiver or as required to carry out this waiver, no new contracts shall be entered into.
    - (a) For purposes of this waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.
    - (b) This waiver does not apply to activities that involve abortions, family planning, conferences, administrative costs other than those covered by (a) above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance.

CAR 213

A-00000975825

    − (c) Migration and Refugee Assistance (MRA) funding may only be used to support activities under section (a) and for repatriation of third country nationals to their country of origin or safe-third country.

In addition, the Recipient must cancel as many outstanding obligations as possible.

Recipients must limit activities to those allowed under the exemptions listed above. Life-saving humanitarian assistance is assistance which mitigates imminent threats to safety or well-being. During the period of review, payment requests must be submitted on a reimbursable basis and accompanied by a certification that expenses incurred meet an exemption listed in this Notice of Suspension.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing, Initial Recissions of Harmful Executive Orders and Actions and Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI), gender ideology or provide for any medical procedure, treatment, or drug for the purpose of conforming an individual's appearance to that of the opposite sex at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI or gender ideology must cease immediately, including activities that were previously authorized by PRM.  Unless previously submitted, your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

For awards referenced above, this letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at GruseckiE@state.gov

A-00000975825

3

Sincerely,

Ethan Grusecki
Grants Officer

CAR 215

A-00000975825

A-00000975428

**From:**            Kouba, Joseph G
**Sent:**            Sat, 25 Jan 2025 02:25:57 +0000
**To:**              Sophie Battas; Saltanat Builasheva; ssnyder@unicef.org
**Cc:**              Smyser, Christopher R; PRM-MEC; Fallon, Kathleen; Chapman, Madison L; Kouhi,
Sita; LeClair, Alden; Devoy, Shanna K; Dukas, Raisa N; Desai, Kristi E; Stegura, Christina M; Houck,
Meredith L; Bacharach, Kathryn E; PRM-Comp-Mgt
**Subject:**         Suspension of PRM Awards to UNICEF Effective January 24, 2025
**Attachments:**     Suspension Letter for Foreign Assistance-UNICEF-v1.pdf


Please see the attached suspension letter outlining guidance from PRM on compliance with
recent Executive Orders.

Thanks.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975428

**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C.  20520*

January 24, 2025

Mr. Sean Snyder
United Nations Children's Fund
UNICEF House, Room 1380
United Nations
New York, New York 10017

REF:    SPRMCO25VC0036; SPRMCO25VC0032; SPRMCO25VC0023; SPRMCO25VC0022;
SPRMCO25VC0012; SPRMCO25VC0011; SPRMCO24VC0346; SPRMCO24VC0327;
SPRMCO24VC0316; SPRMCO24VC0209; SPRMCO24VC0207; SPRMCO24VC0206;
SPRMCO24VC0205; SPRMCO24VC0138; SPRMCO24VC0077; SPRMCO24VC0068;
SPRMCO24VC0062; SPRMCO24VC0055; SPRMCO24VC0054; SPRMCO24VC0038;
SPRMCO24VC0036; SPRMCO23VC0076

Consistent with the President's Executive Order on Reevaluating and Realigning United
States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and
Migration hereby notifies the recipient that, consistent with the terms of the award(s),
the referenced award(s) are immediately suspended as of January 24, 2025. Award(s)
may no longer effectuate agency priorities and are suspended pending a Department-
wide review of foreign assistance programs. Decisions whether to continue, modify, or
terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop
all work under the award(s) and not incur any new costs after the effective date cited
above with the exception of emergency food assistance and administrative expenses,
including salaries, necessary to administer such assistance and this assistance is already
within the scope of the award. In addition, the Recipient must cancel as many
outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI
Programs and Preferencing and Initial Recissions of Harmful Executive Orders and
Actions, Recipients are hereby notified that no U.S. Government funds may be used to
promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless
of partner or program location.  Any use of PRM funding to promote DEI must cease
immediately, including activities that were previously authorized by PRM.  Your
certification that all such activities funded by U.S. Government funds have ceased is
required immediately by emailing the grants officer for your award and copy PRM-
Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from

CAR 217

UNCLASSIFIED

2
A-00000975428

various grantors requesting this certification. Recipients must reply to this letter by email.

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact your grants officer at SmyserCR@State.gov.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.01.24 21:25:16 -05'00'

Joseph Kouba
Comptroller

A-00000975435

| | |
|---|---|
| **From:** | Skov, Sydney A (Kathmandu) |
| **Sent:** | Sat, 25 Jan 2025 10:25:12 +0000 |
| **To:** | Sabin@fwld.org |
| **Cc:** | Kang, Min G; Hu, Anthony; Keene, Lucas E; PRM-Comp-Mgt |
| **Subject:** | Suspension of PRM Taft Award 24GR0076 Effective January 24, 2024 |
| **Attachments:** | Suspension Letter for Foreign Assistance-PRM-24GR0076_s.pdf |

Dear Sabin,

Please see the attached suspension letter outlining guidance from PRM regarding compliance
with recent Executive Orders.
Thank you so much,
Sydney

**Sydney Skov**
Regional PRM Coordinator
Bureau of Population, Refugees, and Migration
*Nepal, India, Bhutan, Sri Lanka*

U.S. Embassy Kathmandu
skovsa@state.gov

A-00000975435

**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520*

January 24, 2025

Sabin Shrestha
Forum for Women, Law and Development
72 Adarsha Marg
Kathmandu,
44600
Nepal

REF:    SNP40024GR0076

Consistent with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid, the U.S. Department of State, Bureau of Population, Refugees, and Migration hereby notifies the recipient that, consistent with the terms of the award(s), the referenced award(s) are immediately suspended as of January 24, 2025. Award(s) may no longer effectuate agency priorities and are suspended pending a Department-wide review of foreign assistance programs. Decisions whether to continue, modify, or terminate award(s) will be made following this review.

Effective immediately upon receipt of this Notice of Suspension, the Recipient must stop all work under the award(s) and not incur any new costs after the effective date cited above with the exception of emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance and this assistance is already within the scope of the award. In addition, the Recipient must cancel as many outstanding obligations as possible.

To comply with the Executive Orders on Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Recissions of Harmful Executive Orders and Actions, Recipients are hereby notified that no U.S. Government funds may be used to promote "diversity, equity, and inclusion" (DEI) at any level or in any activity, regardless of partner or program location.  Any use of PRM funding to promote DEI must cease immediately, including activities that were previously authorized by PRM.  Your certification that all such activities funded by U.S. Government funds have ceased is required immediately by emailing the grants officer for your award and copy PRM-Comp-Mgt@State.gov. We understand that you may be receiving multiple emails from various grantors requesting this certification. Recipients must reply to this letter by email.

UNCLASSIFIED

2
A-00000975435

Recipients may submit payment requests for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension.

Recipients are reminded that any changes to award terms and conditions, as well as costs must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

If you have any other questions regarding the suspension, please contact me at skovsa@state.gov.

Sincerely,

*Sydney Skov*

Sydney Skov
Grants Officer

CAR 221