

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF: ▮▮▮▮▮▮▮▮▮▮▮   FY25 CWS Reception and Placement Program OAW/EW

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA

Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
19:51:57 -05'00'

Joseph Kouba

CAR 222



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF: ██████████████    FY25 CWS Reception and Placement Program

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
19:57:07 -05'00'

Joseph Kouba

CAR 223



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

World Relief
Mandy Barb
7 East Baltimore St
Baltimore MD 21202

REF: ████████████    FY25 WR Reception and Placement Program

Dear Mandy:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:00:54 -05'00'

Joseph Kouba

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

World Relief
Mandy Barb
7 East Baltimore St
Baltimore MD 21202

REF: ███████████████    FY25 WR Reception and Placement Program OAW/EW

Dear Mandy:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:04:36 -05'00'

Joseph Kouba

CAR 225



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Global Refuge
Lee Williams
700 Light Street
Baltimore, Maryland 21230

REF: ████████████    FY25 GR Reception and Placement Program

Dear Lee:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:30:31 -05'00'

Joseph Kouba

CAR 226



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Global Refuge
Lee Williams
700 Light Street
Baltimore, Maryland 21230

REF: ███████████    FY25 GR Reception and Placement Program OAW/EW

Dear Lee:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA

Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:34:13 -05'00'

Joseph Kouba

CAR 227



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Bethany Christian Services USA, LLC
901 Eastern Ave NE
Grand Rapids, MI 49501-1201

REF: ████████████████ FY 2025 Reception and Placement Program OAW/EW

Dear Christine Barsanti:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA
Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
20:37:36 -05'00'

CAR 228



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Bethany Christian Services USA, LLC
901 Eastern Ave NE
Grand Rapids, MI 49501-1201

REF: ███████████████   FY 2025 Reception and Placement Program

Dear Christine Barsanti:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Grants Officer



JOSEPH G KOUBA   Digitally signed by JOSEPH G KOUBA Date: 2025.02.26 20:12:40 -05'00'

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Ethiopian Community Development Council, Inc.
901 S Highland St
Arlington, VA  22204-2400

REF:  ███████████████    FY25 MRA Reception and Placement

Dear Anam Gnaho:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:43:15 -05'00'

CAR 230

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Ethiopian Community Development Council, Inc.
901 S Highland St
Arlington, VA 22204-2400

REF: ████████████████    FY25 Enduring Welcome Reception and Placement

Dear Anam Gnaho:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:08:46 -05'00'



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF: ███████████████    Equitable Resettlement Access

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by PHILIP M DENINO
Date: 2025.02.26 18:11:01 -05'00'

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF: ███████████████      Worldwide R&P

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by
PHILIP M DENINO
Date: 2025.02.26
19:35:16 -05'00'



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF: ███████████████ Afghanistan R&P ERMA

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by
PHILIP M DENINO
Date: 2025.02.26
19:44:18 -05'00'



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF: ███████████████ RSC Austria FY25

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

CAR 235

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Rick Atee Estridge
122 E 42nd Street
New York, New York 10168-0002
United States

REF: ███████████████  FY25 Reception and Placement (R&P) Program

Dear Rick Atee Estridge:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:12:25 -05'00'



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Nicolas Mansour
122 E 42nd Street
New York, New York 10168-0002
United States

REF: ████████████████    FY25 Reception and Placement (R&P) Program-OAW/EW

Dear Nicolas Mansour:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:15:34 -05'00'

CAR 237



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT
EPISCOPAL CHURCH IN THE USA

Kurt Barnes
812 2nd Ave
New York, New York 10017-4503
United States

REF: ▮▮▮▮▮▮▮▮▮▮▮▮ FY 2025 Reception and Placement Program

Dear Kurt Barnes:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
20:47:26 -05'00'

CAR 238

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT
EPISCOPAL CHURCH IN THE USA

Kurt Barnes
815 2nd Ave
New York, New York 10017-4503
United States

REF: ███████████████ FY 2025 Reception and Placement Program-OAW/EW

Dear Kurt Barnes:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:00:06 -05'00'

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Nicolas Mansour
122 E 42nd Street
New York, New York 10168-0002
United States

REF: ▮▮▮▮▮▮▮▮▮▮▮▮ FY 2025 Resettlement Support Center (RSC) Asia

Dear Nicolas Mansour:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:09:08 -05'00'

CAR 240



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF: ███████████████    FY24 MRA Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:22:16 -05'00'



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF: ██████████████  FY25 Enduring Welcome Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:16:55 -05'00'



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

U.S. Committee for Refugees and Immigrants, Inc.
2231 Crystal Drive, Suite 350
Arlington, VA  22202-3794

REF: ██████████████    FY25 Enduring Welcome Reception and Placement

Dear Eskinder Negash:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:41:40 -05'00'

CAR 243

**Department of State**



**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

U.S. Committee for Refugees and Immigrants, Inc.
2231 Crystal Drive, Suite 350
Arlington, VA 22202-3794

REF: ██████████████ FY25 MRA Reception and Placement

Dear Eskinder Negash:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:04:07 -05'00'