| **From:** | Meredith, Latoya |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 00:07:57 +0000 |
| **To:** | ksalvesenowens@supportkind.org |
| **Cc:** | PRM-Comp-Mgt; Gillyard, Jennifer C; Carter, Brittany |
| **Subject:** | FW: Termination Notice - SPRMCO24CA0301 KIND CAM Award |
| **Attachments:** | KIND Notice of Termination Letter - 2.26.25.pdf |

Forwarding Per Jessye's out of office message

**La'Toya Meredith**
**Grants Officer-Team Lead**
*Bureau of Population, Refugees, and Migration (PRM)*
(771) 205 1904
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

**From:** Meredith, Latoya
**Sent:** Wednesday, February 26, 2025 7:05 PM
**To:** Jessye Brick <jbrick@supportkind.org>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Gillyard, Jennifer C <GillyardJC@state.gov>; Carter, Brittany <CarterBM1@state.gov>
**Subject:** Termination Notice - SPRMCO24CA0301 KIND CAM Award

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

CAR 245



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

KIND, INC
1201 L Street NW FL 2
Washington, DC  20005

REF:  SPRMCO24CA0301; Reunifying families and bringing children to safety through increased information, access, and assistance with the Central American Minors (CAM) program

Dear Hayford Mensah:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 18:52:30 -05'00'

Latoya Meredith
Grants officer

A-00000975838

**From:** Morgan, Hurist
**Sent:** Wed, 26 Feb 2025 22:44:00 +0000
**To:** PRM-Comp-Mgt
**Subject:** FW: Termination of PRM Award SPRMCO23CA0342 in MyGrants
**Attachments:** Attachment A.pdf

---

**From:** Morgan, Hurist
**Sent:** Wednesday, February 26, 2025 4:56 PM
**To:** Aaron Gershowitz <aaron.gershowitz@nrc.no>
**Cc:** Kouhi, Sita <KouhiS1@state.gov>; Davenport, Heather <DavenportH@state.gov>; Coine, Glenn <CoineG@state.gov>; Kuykendall, Jessie M (Guatemala) <KuykendallJM@state.gov>
**Subject:** Termination of PRM Award SPRMCO23CA0342 in MyGrants

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,
*Hurist Morgan*
Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State
2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520
Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975891



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Norwegian Refugee Committee
Aaron Gershowitz
Prinsens gate 2
Oslo, Norway 0152

REF:  SPRMCO23CA0342; AMPARE – Assistance Mechanisms for Protection, Access
to Rights and Education

Dear Aaron:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Hurist Morgan

CAR 248

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 23:58:23 +0000 |
| **To:** | Kate Pickett; Annie Nolte-Henning; Nele Feldmann |
| **Cc:** | PRM-Comp-Mgt; Le, Cassie R; Long, Katherine A |
| **Subject:** | Notice of Termination - SPRMCO25CA0028 CSH Award |
| **Attachments:** | SPRMCO25CA0028 - Notice of Termination Letter CSH.pdf |

Dear Annie,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975827

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Annie Nolte-Henning
Community Sponsorship Hub
3413 Brunswick Ave S
St Louis Park, MN, 55416-2307

REF: SPRMCO25CA0028; Welcome Corps on Campus

Dear Nolte-Henning:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975827

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975827

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Wed, 26 Feb 2025 23:11:35 +0000 |
| **To:** | Katherine Rehberg |
| **Cc:** | Lissette Diaz de Villegas; Joanne Rendall; Ariane Cartwright; Taylor, Karen E; |
| Cossitt, Joanne I; PRM-Comp-Mgt | |
| **Subject:** | Notice of Termination: Church World Service - SPRMCO24CA0095 |
| **Attachments:** | 24CA0095 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975871



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF:  SPRMCO24CA0095; HELPP II: Support for refugee communities in Cairo

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov (Affiliate)
Digitally signed by Askar Salikhov (Affiliate)
Date: 2025.02.26 16:58:12 -05'00'

Askar Salikhov

CAR 253

A-00000975871

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Wed, 26 Feb 2025 23:12:56 +0000 |
| **To:** | Katherine Rehberg |
| **Cc:** | Lissette Diaz de Villegas; Joanne Rendall; Ariane Cartwright; Chanin, Geoffrey D |

(Geoff); PRM-Comp-Mgt

| | |
|---|---|
| **Subject:** | Notice of Termination: Church World Service - SPRMCO24CA0254 |
| **Attachments:** | 24CA0254 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975816



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF:  SPRMCO24CA0254; PURE+ III: Protecting Urban Refugees in Indonesia

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov (Affiliate)
Digitally signed by Askar Salikhov (Affiliate)
Date: 2025.02.26 16:51:57 -05'00'

Askar Salikhov

A-00000975816

**From:**          Salikhov, Askar
**Sent:**          Thu, 27 Feb 2025 12:50:59 +0000
**To:**            Katherine Rehberg
**Cc:**            Lissette Diaz de Villegas; Joanne Rendall; Ariane Cartwright;
MWitte@cwsglobal.org; McBrayer, Daniel; PRM-Comp-Mgt
**Subject:**       Notice of Termination: Church World Service - SPRMCO24CA0319
**Attachments:**   24CA0319 Notice of Termination Letter.pdf
**Importance:**    High

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975878

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF:  SPRMCO24CA0319; FY25 CWS Reception and Placement Program OAW/EW

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
19:51:57 -05'00'

Joseph Kouba

CAR 257

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Thu, 27 Feb 2025 12:49:03 +0000 |
| **To:** | Katherine Rehberg |
| **Cc:** | Lissette Diaz de Villegas; Joanne Rendall; Ariane Cartwright; |
| MWitte@cwsglobal.org; McBrayer, Daniel; PRM-Comp-Mgt | |
| **Subject:** | Notice of Termination: Church World Service - SPRMCO24CA0322 |
| **Attachments:** | 24CA0322 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975869

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF:  SPRMCO24CA0322; FY25 CWS Reception and Placement Program

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
19:57:07 -05'00'

Joseph Kouba

CAR 259

A-00000975869

| **From:** | Salikhov, Askar |
| **Sent:** | Wed, 26 Feb 2025 23:14:45 +0000 |
| **To:** | Katherine Rehberg |
| **Cc:** | Lissette Diaz de Villegas; Joanne Rendall; Ariane Cartwright; Gillyard, Jennifer C; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: Church World Service - SPRMCO24CA0329 |
| **Attachments:** | 24CA0329 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975808

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF:  SPRMCO24CA0329; FY 2025 Refugee Housing Solutions

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov
(Affiliate)

Digitally signed by
Askar Salikhov (Affiliate)
Date: 2025.02.26
17:07:07 -05'00'

Askar Salikhov

A-00000975808

| **From:** | Salikhov, Askar |
| **Sent:** | Wed, 26 Feb 2025 23:16:24 +0000 |
| **To:** | Katherine Rehberg |
| **Cc:** | Lissette Diaz de Villegas; Joanne Rendall; Ariane Cartwright; McBrayer, Daniel; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: Church World Service - SPRMCO24CA0337 |
| **Attachments:** | 24CA0337 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975852



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Church World Service
Katherine Rehberg
110 Maryland Ave NE,
Washington, DC 20002

REF:  SPRMCO24CA0337; FY 2025 Refugee Welcome Collective

Dear Katherine:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov
(Affiliate)

Digitally signed by
Askar Salikhov (Affiliate)
Date: 2025.02.26
17:14:49 -05'00'

Askar Salikhov

CAR 263

A-00000975852

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Wed, 26 Feb 2025 23:04:49 +0000 |
| **To:** | Eva Grambye |
| **Cc:** | Jason Lee; George Bullen; Stewart, Heather A; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: Danish Refugee Council - SPRMCO24CA0129 |
| **Attachments:** | 24CA0129 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975834



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Eva Grambye
Danish Refugee Council
Borgergade 10
1300 København K Denmark

REF:  SPRMCO24CA0129; Protection & Livelihood Opportunities in Ethiopia

Dear Eva:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov
(Affiliate)

Digitally signed by Askar
Salikhov (Affiliate)
Date: 2025.02.26
17:24:55 -05'00'

Askar Salikhov

CAR 265

A-00000975834

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Wed, 26 Feb 2025 23:01:01 +0000 |
| **To:** | Eva Grambye |
| **Cc:** | Jason Lee; George Bullen; Davenport, Heather; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: Danish Refugee Council - SPRMCO24CA0188 |
| **Attachments:** | 24CA0188 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975873



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Eva Grambye
Danish Refugee Council
Borgergade 10
1300 København K Denmark

REF:  SPRMCO24CA0188; Lifesaving Assistance for Refugees in Mexico

Dear Eva:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov (Affiliate)

Digitally signed by
Askar Salikhov (Affiliate)
Date: 2025.02.26
17:32:05 -05'00'

Askar Salikhov

A-00000975873

**From:** Salikhov, Askar
**Sent:** Wed, 26 Feb 2025 23:03:19 +0000
**To:** Eva Grambye
**Cc:** Jason Lee; George Bullen; Fallon, Kathleen; PRM-Comp-Mgt
**Subject:** Notice of Termination: Danish Refugee Council - SPRMCO24CA0189
**Attachments:** 24CA0189 Notice of Termination Letter.pdf
**Importance:** High

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975844



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Eva Grambye
Danish Refugee Council
Borgergade 10
1300 København K Denmark

REF:  SPRMCO24CA0189; Empowering Futures in Iraq

Dear Eva:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov (Affiliate)
Digitally signed by Askar Salikhov (Affiliate)
Date: 2025.02.26 17:39:14 -05'00'

Askar Salikhov

A-00000975844

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Wed, 26 Feb 2025 22:59:03 +0000 |
| **To:** | Eva Grambye |
| **Cc:** | Jason Lee; George Bullen; Fisher, Clara L; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: Danish Refugee Council - SPRMCO24CA0222 |
| **Attachments:** | 24CA0222 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975876

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Eva Grambye
Danish Refugee Council
Borgergade 10
1300 København K Denmark

REF:  SPRMCO24CA0222; JIPS II: Durable Solution to Internal Displacement

Dear Eva:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Askar Salikhov
(Affiliate)

Digitally signed by Askar Salikhov (Affiliate)
Date: 2025.02.26 17:45:12 -05'00'

Askar Salikhov

A-00000975876

**From:**          Salikhov, Askar
**Sent:**          Thu, 27 Feb 2025 12:56:46 +0000
**To:**            Lee Williams
**Cc:**            Megan Bracy; Bianca Nelson; Sheehan, Kathleen; PRM-Comp-Mgt
**Subject:**       Notice of Termination: Global Refuge - SPRMCO24CA0340
**Attachments:**   24CA0340 Notice of Termination Letter.pdf
**Importance:**    High

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975912



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Global Refuge
Lee Williams
700 Light Street
Baltimore, Maryland 21230

REF:  SPRMCO24CA0340; FY25 GR Reception and Placement Program

Dear Lee:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:30:31 -05'00'

Joseph Kouba

A-00000975912

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Thu, 27 Feb 2025 12:58:16 +0000 |
| **To:** | Lee Williams |
| **Cc:** | Megan Bracy; Bianca Nelson; Sheehan, Kathleen; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: Global Refuge - SPRMCO24CA0341 |
| **Attachments:** | 24CA0341 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

CAR 274

A-00000975918



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Global Refuge
Lee Williams
700 Light Street
Baltimore, Maryland 21230

REF:  SPRMCO24CA0341; FY25 GR Reception and Placement Program OAW/EW

Dear Lee:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:34:13 -05'00'

Joseph Kouba

A-00000975918

**From:**          Salikhov, Askar
**Sent:**          Thu, 27 Feb 2025 12:53:06 +0000
**To:**            Mandy Barb
**Cc:**            Emily Linn; Sally Polvino; Keating, Kaitlin E; PRM-Comp-Mgt
**Subject:**       Notice of Termination: World Relief - SPRMCO24CA0323
**Attachments:**   24CA0323 Notice of Termination Letter.pdf
**Importance:**    High

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975867



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

World Relief
Mandy Barb
7 East Baltimore St
Baltimore MD 21202

REF:  SPRMCO24CA0323; FY25 WR Reception and Placement Program

Dear Mandy:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:00:54 -05'00'

Joseph Kouba

CAR 277

A-00000975867

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Thu, 27 Feb 2025 12:54:54 +0000 |
| **To:** | Mandy Barb |
| **Cc:** | Emily Linn; Francis Escobar; Keating, Kaitlin E; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: World Relief - SPRMCO24CA0324 |
| **Attachments:** | 24CA0324 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975835



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

World Relief
Mandy Barb
7 East Baltimore St
Baltimore MD 21202

REF:  SPRMCO24CA0324; FY25 WR Reception and Placement Program OAW/EW

Dear Mandy:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:04:36 -05'00'

Joseph Kouba

CAR 279

A-00000975835

| | |
|---|---|
| **From:** | Salikhov, Askar |
| **Sent:** | Thu, 27 Feb 2025 12:54:54 +0000 |
| **To:** | Mandy Barb |
| **Cc:** | Emily Linn; Francis Escobar; Keating, Kaitlin E; PRM-Comp-Mgt |
| **Subject:** | Notice of Termination: World Relief - SPRMCO24CA0324 |
| **Attachments:** | 24CA0324 Notice of Termination Letter.pdf |
| **Importance:** | High |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Askar Salikhov**
Grants Officer
U.S. Department of State
Bureau of Population, Refugees, and Migration
Office of the Comptroller
SalikhovA@state.gov
304-270-8797

A-00000975835



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

World Relief
Mandy Barb
7 East Baltimore St
Baltimore MD 21202

REF:  SPRMCO24CA0324; FY25 WR Reception and Placement Program OAW/EW

Dear Mandy:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
20:04:36 -05'00'

Joseph Kouba

CAR 281

A-00000975835

**From:**          Smyser, Christopher R
**Sent:**          Thu, 27 Feb 2025 04:00:16 +0000
**To:**            Naomi Rennard; Anne Garella; Guy Halsey; Paul George
**Cc:**            Robertson, Jennifer W; Kouhi, Sita; Roberts, Mitchell C; White, Rebecca R
(Tunis); Test, Sara; PRM-Comp-Mgt
**Subject:**       Notification of Termination - ACF - Award SPRMCO24CA0108
**Attachments:**   Notice of Termination Letter - 2.26.25.pdf

Dear Action Contre La Faim,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated. This award no longer effectuates agency priorities and is
terminated in accordance with the U.S. Department of State Standard Terms and
Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into
MyGrants and countersign the modification terminating this award.

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975926

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Action Contre La Faim
Naomi Rennard
102 rue de Paris
Montreuil
France

REF:  SPRMCO24CA0108; [Enhancing Self-Reliance of Vulnerable Refugees and Host Communities through Integrated Livelihoods and Mental Health and Psychosocial Support in Jordan]

Dear Action Contre La Faim:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

A-00000975926

**From:** Smyser, Christopher R
**Sent:** Thu, 27 Feb 2025 04:32:31 +0000
**To:** agreements; Meghann Rhynard-Geil; Brice Rambaud; Kenneth Okwir; Fatuma Sanbur; Judy Stanley; Helene Rouvier
**Cc:** Stewart, Heather A; Nelson, Mellisa L; Ellis, Andrew J (Addis Ababa); PRM-Comp-Mgt
**Subject:** Notification of Termination - Internews - Award SPRMCO24CA0190
**Attachments:** Internews - Notice of Termination Letter - 2.26.25 - SPRMCO24CA0190.pdf

Dear Internews,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975784

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Internews Network
Dylan Gray
PO BOX 4448
ARCATA, CA
95518-4448
USA

REF:  SPRMCO24CA0190; [Voices on the Move]

Dear Internews Network,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

A-00000975784

**From:**          Smyser, Christopher R
**Sent:**          Thu, 27 Feb 2025 04:11:23 +0000
**To:**            Elcin DEMIREL RET; Zeynep GUNDUZ RET; Göksu KOC RET; Morris Muriithi
NJAGI RET; Emel ANDREWS RET; Pelin SÖZMEN RET; Emilie KOENIG; Fulya YATMAZ; Robson DIAS
**Cc:**            Mongin, Leslie M; Kouhi, Sita; Chan, Isabelle (Ankara); Desai, Kristi E; PRM-AF-
WestAfrica; PRM-Comp-Mgt
**Subject:**       Notification of Termination - RET - Awards SPRMCO24CA0120 and
SPRMCO24CA0137
**Attachments:**   RET Notice of Termination Letter - 2.26.25 - SPRMCO24CA0137.pdf, RET Notice
of Termination Letter - 2.26.25 - SPRMCO24CA0120.pdf


Dear RET,

The U.S. Department of State hereby notifies the recipient that these awards are
immediately terminated. This award no longer effectuates agency priorities and is
terminated in accordance with the U.S. Department of State Standard Terms and
Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into
MyGrants and countersign the modification terminating this award.


*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975881



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

RET International
Thierry de Marignac
RET INTERNATIONAL
RUE DE SAINT JEAN 34
GENEVA,GENEVA,
1203
CHE

REF: SPRMCO24CA0137; [An Integrated Approach to Increase Resilience in Underserved Communities in Turkiye]

Dear RET International:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 287

A-00000975881



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

RET International
Thierry de Marignac
RET INTERNATIONAL
RUE DE SAINT JEAN 34
GENEVA,GENEVA,
1203
CHE

REF:  SPRMCO24CA0120; [Strengthened Local Management Structures for Provision of Quality Education, and Enhanced Psychosocial Resilience, of Youth and Adults in Mbera Camp]

Dear RET International:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 288

A-00000975881

**From:** Smyser, Christopher R
**Sent:** Thu, 27 Feb 2025 04:11:23 +0000
**To:** Elcin DEMIREL RET; Zeynep GUNDUZ RET; Göksu KOC RET; Morris Muriithi NJAGI RET; Emel ANDREWS RET; Pelin SÖZMEN RET; Emilie KOENIG; Fulya YATMAZ; Robson DIAS
**Cc:** Mongin, Leslie M; Kouhi, Sita; Chan, Isabelle (Ankara); Desai, Kristi E; PRM-AF-WestAfrica; PRM-Comp-Mgt
**Subject:** Notification of Termination - RET - Awards SPRMCO24CA0120 and SPRMCO24CA0137
**Attachments:** RET Notice of Termination Letter - 2.26.25 - SPRMCO24CA0137.pdf, RET Notice of Termination Letter - 2.26.25 - SPRMCO24CA0120.pdf

Dear RET,

The U.S. Department of State hereby notifies the recipient that these awards are immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975881

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

RET International
Thierry de Marignac
RET INTERNATIONAL
RUE DE SAINT JEAN 34
GENEVA,GENEVA,
1203
CHE

REF:  SPRMCO24CA0137; [An Integrated Approach to Increase Resilience in Underserved Communities in Turkiye]

Dear RET International:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 290

A-00000975881

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

RET International
Thierry de Marignac
RET INTERNATIONAL
RUE DE SAINT JEAN 34
GENEVA,GENEVA,
1203
CHE

REF: SPRMCO24CA0120; [Strengthened Local Management Structures for Provision of Quality Education, and Enhanced Psychosocial Resilience, of Youth and Adults in Mbera Camp]

Dear RET International:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

A-00000975881

**From:**          Smyser, Christopher R
**Sent:**          Thu, 27 Feb 2025 04:26:36 +0000
**To:**            Danny Cutherell; Elena Sapelyuk; Steven Bergen;
tdocking@refugeeinvestments.org
**Cc:**            Sim, Bo; PRM-Comp-Mgt
**Subject:**       Notification of Termination - RIN - Awards SPRMCO24CA0256 and
SPRMCO24CA0033
**Attachments:**   RIN - Notice of Termination Letter - 2.26.25 - SPRMCO24CA0256.pdf, RIN Notice
of Termination Letter - 2.26.25 - SPRMCO24CA0033.pdf

Dear Refugee Investment Network Team,

The U.S. Department of State hereby notifies the recipient that these awards are immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975853



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Refugee Investment Network
Timothy Docking
1401 K ST NW STE 900
WASHINGTON, DC
20005-3455
USA

REF: SPRMCO24CA0256; [Market Assessment for Refugee Lens Investing in Zambia]

Dear Refugee Investment Network:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

A-00000975853

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Refugee Investment Network
Timothy Docking
1401 K ST NW STE 900
WASHINGTON, DC
20005-3455
USA

REF:  SPRMCO24CA0033; [Measuring the Economic Benefit of Improved Refugee ID Policy in Kenya]

Dear Refugee Investment Network:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

A-00000975853

**From:**          Smyser, Christopher R
**Sent:**          Thu, 27 Feb 2025 04:26:36 +0000
**To:**            Danny Cutherell; Elena Sapelyuk; Steven Bergen;
tdocking@refugeeinvestments.org
**Cc:**            Sim, Bo; PRM-Comp-Mgt
**Subject:**       Notification of Termination - RIN - Awards SPRMCO24CA0256 and
SPRMCO24CA0033
**Attachments:**   RIN - Notice of Termination Letter - 2.26.25 - SPRMCO24CA0256.pdf, RIN Notice
of Termination Letter - 2.26.25 - SPRMCO24CA0033.pdf


Dear Refugee Investment Network Team,

The U.S. Department of State hereby notifies the recipient that these awards are immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.


*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975853



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Refugee Investment Network
Timothy Docking
1401 K ST NW STE 900
WASHINGTON, DC
20005-3455
USA

REF:  SPRMCO24CA0256; [Market Assessment for Refugee Lens Investing in Zambia]

Dear Refugee Investment Network:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

A-00000975853

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Refugee Investment Network
Timothy Docking
1401 K ST NW STE 900
WASHINGTON, DC
20005-3455
USA

REF:  SPRMCO24CA0033; [Measuring the Economic Benefit of Improved Refugee ID Policy in Kenya]

Dear Refugee Investment Network:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 297

A-00000975853

**From:**        Smyser, Christopher R
**Sent:**        Thu, 27 Feb 2025 04:35:47 +0000
**To:**          Scalabrini Centre Director
**Cc:**          Narayanan, Sushil; Torres, Mirna R (Pretoria); PRM-AF-Great Lakes and Southern
Africa Team; PRM-Comp-Mgt
**Subject:**     Notification of Termination - SCCT - Award SPRMCO24CA0125
**Attachments:** SCCT - Notice of Termination Letter - 2.26.25 - SPRMCO24CA0125.pdf

Dear Scalabrini Centre of Cape Town Team,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated. This award no longer effectuates agency priorities and is
terminated in accordance with the U.S. Department of State Standard Terms and
Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into
MyGrants and countersign the modification terminating this award.

*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975920



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Scalabrini Centre of Cape Town
Giulia Treves
47 COMMERCIAL STREET
CAPE TOWN,
8001
ZAF

REF:  SPRMCO24CA0125; [Refugee assistance in South Africa]

Dear Giulia,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 299

A-00000975920

**From:**        Smyser, Christopher R
**Sent:**        Thu, 27 Feb 2025 04:45:01 +0000
**To:**          Sean Snyder; Sophie Battas; Saltanat Builasheva
**Cc:**          Chapman, Madison L; PRM-MEC; PRM-Comp-Mgt
**Subject:**     Notification of Termination - UNICEF - Award SPRMCO24VC0205 and
SPRMCO25VC0036
**Attachments:**    UNICEF Notice of Termination Letter - 2.26.25 - SPRMCO24VC0205.pdf, UNICEF
Notice of Termination Letter - 2.26.25 - SPRMCO25VC0036.pdf

Dear UNICEF,

The U.S. Department of State hereby notifies the recipient that these awards are immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.


*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975855



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

United Nations Children's Fund
3 UNITED NATIONS PLAZA
NEW YORK, NY
10017-4414
USA

REF:  SPRMCO24VC0205; [Child Rights Monitoring: The Child Protection Programme]

Dear UNICEF:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 301

A-00000975855

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

United Nations Children's Fund
3 UNITED NATIONS PLAZA
NEW YORK, NY
10017-4414
USA

REF: SPRMCO25VC0036; [2025 Middle East and North Africa Region HAC Appeal for Iraq]

Dear UNICEF:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 302

A-00000975855

**From:**          Smyser, Christopher R
**Sent:**          Thu, 27 Feb 2025 04:45:01 +0000
**To:**            Sean Snyder; Sophie Battas; Saltanat Builasheva
**Cc:**            Chapman, Madison L; PRM-MEC; PRM-Comp-Mgt
**Subject:**       Notification of Termination - UNICEF - Award SPRMCO24VC0205 and
SPRMCO25VC0036
**Attachments:**   UNICEF Notice of Termination Letter - 2.26.25 - SPRMCO24VC0205.pdf, UNICEF
Notice of Termination Letter - 2.26.25 - SPRMCO25VC0036.pdf

Dear UNICEF,

The U.S. Department of State hereby notifies the recipient that these awards are immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.


*Christopher Smyser*
*Grants Officer*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975855

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

United Nations Children's Fund
3 UNITED NATIONS PLAZA
NEW YORK, NY
10017-4414
USA

REF: SPRMCO24VC0205; [Child Rights Monitoring: The Child Protection Programme]

Dear UNICEF:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

A-00000975855



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

United Nations Children's Fund
3 UNITED NATIONS PLAZA
NEW YORK, NY
10017-4414
USA

REF:  SPRMCO25VC0036; [2025 Middle East and North Africa Region HAC Appeal for Iraq]

Dear UNICEF:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025 This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Christopher Smyser

CAR 305

A-00000975855

**From:**          Denino, Philip M
**Sent:**          Thu, 27 Feb 2025 00:14:50 +0000
**To:**            Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita;
Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia
**Cc:**            PRM-Comp-Mgt; Brinn, Monica B
**Subject:**       RE: Termination Notice - SPRMCO24CA0252
**Attachments:**   SPRMCO24CA0252 Notice of Termination Letter - HIAS.pdf


The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.


Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

CAR 306

A-00000975829



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0252 Promoting Access to Development Integration

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M Digitally signed by
PHILIP M DENINO
DENINO Date: 2025.02.26
18:38:16 -05'00'

CAR 307

A-00000975829

| **From:** | Denino, Philip M |
| **Sent:** | Thu, 27 Feb 2025 00:14:50 +0000 |
| **To:** | Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita; |
| Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia |
| **Cc:** | PRM-Comp-Mgt; Brinn, Monica B |
| **Subject:** | RE: Termination Notice - SPRMCO24CA0252 |
| **Attachments:** | SPRMCO24CA0252 Notice of Termination Letter - HIAS.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975829

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0252 Promoting Access to Development Integration

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by
PHILIP M DENINO
Date: 2025.02.26
18:38:16 -05'00'

A-00000975829

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 03:14:52 +0000 |
| **To:** | Stephanie Dreifuss |
| **Cc:** | PRM-Comp-Mgt; Davenport, Heather; Licina, Rachel M |
| **Subject:** | Termination Notice - SPRMCO24CA0217 Swisscontact Colombia Award |
| **Attachments:** | Swisscontact Notice of Termination Letter - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975792



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

SWISSCONTACT, Schweizerische Stiftung Fur Technische Entwick
Hardturmstrasse 134
Zurich, 8005 CHE

REF:  SPRMCO24CA0217; EMPOWER - Enhancing Migrant Opportunities While
Protecting their Rights

Dear Stephanie Dreifuss:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,
Latoya D Meredith

Digitally signed by
Latoya D Meredith
Date: 2025.02.26
22:12:54 -05'00'

Latoya Meredith
Grants Officer

CAR 311

**From:**      Meredith, Latoya
**Sent:**      Thu, 27 Feb 2025 16:28:43 +0000
**To:**        Joseph Blubaugh; Katie Taylor
**Cc:**        PRM-Comp-Mgt; Licina, Rachel M; Brinn, Monica B
**Subject:**   Termination Notice - SPRMCO24CA0218 PADF Peru Award
**Attachments:** PADF Notice of Termination Letter - 2.26.25.pdf


The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975868



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Pan American Development Foundation, Inc.
1889 F STREET, NW - 2ND FLOOR
WASHINGTON, DC 20006-4401

REF:  SPRMCO24CA0218; Integrando Horizontes: Fostering Sustainable Solutions for Highly Vulnerable Venezuelans and Colombians in Peru

Dear Katherine Taylor:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.27 11:11:45 -05'00'

Latoya Meredith
Grants Officer

CAR 313

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 11:36:33 +0000 |
| **To:** | Hani Takla; lfogarty@blumont.org |
| **Cc:** | Jayasinghe, Dhishal P; PRM-Comp-Mgt |
| **Subject:** | Termination Notice - SPRMCO24CA0257 Blumont Colombia Award |
| **Attachments:** | Blumont Notice of Termination Letter - 2.26.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975803



**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Blumont Global Development, Inc.
1777 N KENT ST STE 300
ARLINGTON, VA  22209-2136

REF:  SPRMCO24CA0257; ACOGIDA - Multisectoral Protection and Assistance for Social Integration and Self-Reliance of Vulnerable Venezuelan Refugees and Migrants (VRM) in Host Communities.

Dear Hani Takla:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D
Meredith
Digitally signed by
Latoya D Meredith
Date: 2025.02.27
06:27:52 -05'00'

Latoya Meredith
Grants Officer

CAR 315

A-00000975803

**From:**       Meredith, Latoya
**Sent:**       Thu, 27 Feb 2025 02:58:10 +0000
**To:**         Joseph Blubaugh; Katie Taylor
**Cc:**         PRM-Comp-Mgt; Licina, Rachel M; Davenport, Heather; Rose, Neal M
**Subject:**    Termination Notice - SPRMCO24CA0263; and SPRMCO24CA0310 PADF AWARDS
**Attachments:** PADF Notice of Termination Letter - 2.25.25.pdf, PADF Notice of Termination Letter - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975812



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Pan American Development Foundation, Inc.
1889 F STREET, NW - 2ND FLOOR
WASHINGTON, DC 20006-4401

REF:  SPRMCO24CA0263; Integrando Horizontes Sostenibles: Promoting the
socioeconomic integration of Venezuelan migrants and host communities in Colombia
by strengthening the circular economy sector and fostering local sustainable
development – Year 2 of 3

Dear Katherine Taylor:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D
Meredith

Digitally signed by Latoya D
Meredith
Date: 2025.02.26 21:24:36
-05'00'

Latoya Meredith
Grants Officer

A-00000975812



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Pan American Development Foundation, Inc.
1889 F STREET, NW - 2ND FLOOR
WASHINGTON, DC 20006-4401

REF:  SPRMCO24CA0310; The Los Angeles Declaration Secretariat

Dear Katherine Taylor:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 21:28:17 -05'00'

Latoya Meredith
Grants Officer

A-00000975812

**From:**          Tatman, Sylvester
**Sent:**          Thu, 27 Feb 2025 02:17:24 +0000
**To:**            Rick.Estridge@rescue.org
**Cc:**            PRM-Comp-Mgt; Narayanan, Sushil; IRCCFO
**Subject:**       Termination Notice - REF: SPRMCO24CA0253; Advancing access to integrated life-saving assistance and protection services to promote self-reliance and resilience for refugees and host communities in Uganda
**Attachments:**   Notice of Termination Letter - SPRMCO24CA0253 - IRC.pdf

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Regards,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 319

A-00000975794

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Rick Atee Estridge
122 East 42nd Street
New York, New York 10168-1289
USA

REF: SPRMCO24CA0253; Advancing access to integrated life-saving assistance and protection services to promote self-reliance and resilience for refugees and host communities in Uganda

Dear Rick Atee Estridge:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by PHILIP M DENINO
Date: 2025.02.26 21:12:26 -05'00'

A-00000975794

**From:**          Tatman, Sylvester
**Sent:**          Thu, 27 Feb 2025 02:11:06 +0000
**To:**            Nicolas Mansour
**Cc:**            PRM-Comp-Mgt; Gillyard, Jennifer C; IRCCFO
**Subject:**       Termination Notice - REF: SPRMCO24CA0306; Technical Assistance to the
Central American Minor
**Attachments:**   Notice of Termination Letter - SPRMCO24CA0306 - IRC.pdf

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Regards,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 321

A-00000975813

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Nicolas Mansour
122 E 42ND ST
New York, New York 10168-0002
USA

REF: SPRMCO24CA0306; Technical Assistance to the Central American Minor

Dear Nicolas Mansour:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by PHILIP M DENINO
Date: 2025.02.26 21:06:24 -05'00'

A-00000975813

**From:** Tatman, Sylvester
**Sent:** Thu, 27 Feb 2025 02:19:38 +0000
**To:** Nicolas Mansour
**Cc:** PRM-Comp-Mgt; McBrayer, Daniel; IRCCFO
**Subject:** Termination Notice - REF: SPRMCO24CA0357; FY25 Reception and Placement (R&P) Program-OAW/EW
**Attachments:** Notice of Termination Letter - SPRMCO24CA0357.pdf

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Regards,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 323

A-00000975791



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Nicolas Mansour
122 E 42nd Street
New York, New York 10168-0002
United States

REF: SPRMCO24CA0357; FY25 Reception and Placement (R&P) Program-OAW/EW

Dear Nicolas Mansour:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
21:15:34 -05'00'

CAR 324

A-00000975791

| | |
|---|---|
| **From:** | Tatman, Sylvester |
| **Sent:** | Thu, 27 Feb 2025 02:14:59 +0000 |
| **To:** | Rick.Estridge@rescue.org |
| **Cc:** | PRM-Comp-Mgt; McBrayer, Daniel; IRCCFO |
| **Subject:** | Termination Notice - REF: SPRMCO24CA0356; FY25 Reception and Placement (R&P) Program |
| **Attachments:** | Notice of Termination Letter - SPRMCO24CA0356.pdf |

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Regards,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 325

A-00000975866



**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Rick Atee Estridge
122 E 42nd Street
New York, New York 10168-0002
United States

REF:  SPRMCO24CA0356; FY25 Reception and Placement (R&P) Program

Dear Rick Atee Estridge:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:12:25 -05'00'

CAR 326

| | |
|---|---|
| **From:** | Tatman, Sylvester |
| **Sent:** | Thu, 27 Feb 2025 02:29:13 +0000 |
| **To:** | Nicolas Mansour |
| **Cc:** | PRM-Comp-Mgt; Sheehan, Kathleen; IRCCFO |
| **Subject:** | Termination Notice - REF: SPRMCO25CA0025; Cultural Orientation Technical Assistance (COTA) |
| **Attachments:** | Notice of Termination Letter - SPRMCO25CA0025.pdf |

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Regards,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 327

A-00000975858



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Nicolas Mansour
122 E 42nd Street
New York, New York 10168-0002
United States

REF: SPRMCO25CA0025; Cultural Orientation Technical Assistance (COTA)

Dear Nicolas Mansour:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Jospeh Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:20:35 -05'00'

CAR 328

A-00000975858

| | |
|---|---|
| **From:** | Denino, Philip M |
| **Sent:** | Wed, 26 Feb 2025 23:29:10 +0000 |
| **To:** | Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita; Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia |
| **Cc:** | PRM-Comp-Mgt; Fair, Melissa |
| **Subject:** | Termination Notice - SPRMCO22CA0311 |
| **Attachments:** | SPRMCO22CA0311 Notice of Termination Letter - HIAS.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975875

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO22CA0311 Equitable Resettlement Access

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M
DENINO
Digitally signed by
PHILIP M DENINO
Date: 2025.02.26
18:11:01 -05'00'

CAR 330

A-00000975875

**From:**          Denino, Philip M
**Sent:**          Wed, 26 Feb 2025 23:29:10 +0000
**To:**            Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita;
Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia
**Cc:**            PRM-Comp-Mgt; Fair, Melissa
**Subject:**       Termination Notice - SPRMCO22CA0311
**Attachments:**   SPRMCO22CA0311 Notice of Termination Letter - HIAS.pdf


The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975875



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO22CA0311 Equitable Resettlement Access

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M
DENINO
Digitally signed by
PHILIP M DENINO
Date: 2025.02.26
18:11:01 -05'00'

A-00000975875

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Wed, 26 Feb 2025 22:54:44 +0000 |
| **To:** | h.guedenet@hi.org |
| **Cc:** | Morgan Sutton; Sofiane Manai; Cossitt, Joanne I; PRM-Comp-Mgt; Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO23CA0178 Egypt Award |
| **Attachments:** | HI Notice of Termination Letter - 2.25.25.pdf |

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
(771) 205 1904
MeredithLD2@state.gov

A-00000975854

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Handicap International Inc.
8757 Georgia Ave, Ste 420
Silver Spring, MD  20910-3747

REF:  SPRMCO23CA0178; Response to the chronic needs of refugees in Egypt

Dear Kelley Skelton:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith    Digitally signed by Latoya D Meredith
Date: 2025.02.26 16:29:53 -05'00'

Latoya Meredith
Grants Officer

CAR 334

A-00000975854

**From:**          Ahmadzai, Noorullah
**Sent:**          Wed, 26 Feb 2025 23:41:37 +0000
**To:**            emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders,
Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter
**Cc:**            PRM-Comp-Mgt; Houck, Meredith L; Brouns, Thomas
**Subject:**       Termination Notice - SPRMCO23CA0315 STC Bangladesh
**Attachments:**   SPRMCO23CA0315 - Notice of Termination Letter STC.pdf


Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975895

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO23CA0315; Ensuring access to safe, equitable, inclusive learning opportunities for adolescents and youth in camps and host communities creating a pathway towards sustainable solutions to self-reliance.
Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975895

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975895

| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 23:03:13 +0000 |
| **To:** | emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders, Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter |
| **Cc:** | PRM-Comp-Mgt; Nelson, Mellisa L; Ellis, Andrew J (Addis Ababa) |
| **Subject:** | Termination Notice - SPRMCO24CA0091 STC South Sudan |
| **Attachments:** | SPRMCO24CA0091 - Notice of Termination Letter STC.pdf |

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975810



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0091; Improved protective environment, mental health and resilience outcomes for refugee, returnees, and host community children and youth in Maban, South Sudan

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975810

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975810

**From:** Ahmadzai, Noorullah
**Sent:** Wed, 26 Feb 2025 23:09:43 +0000
**To:** emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders, Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter
**Cc:** PRM-Comp-Mgt; Jones, Christopher A (Kampala); Narayanan, Sushil
**Subject:** Termination Notice - SPRMCO24CA0092 STC Tanzania
**Attachments:** SPRMCO24CA0092 - Notice of Termination Letter STC.pdf

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975814



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF:  SPRMCO24CA0092; Thriving Together Kigoma: Education, Protection and
Wellbeing for Refugees and Host Communities

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

A-00000975814

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

CAR 343

A-00000975814

| **From:** | Ahmadzai, Noorullah |
|---|---|
| **Sent:** | Wed, 26 Feb 2025 22:46:50 +0000 |
| **To:** | Cristina Marquez-Buan; Samuel Taylor; Nancy Khalil; Grace Murphy; Margaret Schuler |
| **Cc:** | PRM-Comp-Mgt; Narayanan, Sushil; Jones, Christopher A (Kampala) |
| **Subject:** | Termination Notice - SPRMCO24CA0097 WV Rwanda |

Dear WV Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975811

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 22:48:16 +0000 |
| **To:** | Cristina Marquez-Buan; Samuel Taylor; Nancy Khalil; Grace Murphy; Margaret Schuler |
| **Cc:** | PRM-Comp-Mgt; Narayanan, Sushil; Jones, Christopher A (Kampala) |
| **Subject:** | Termination Notice - SPRMCO24CA0097 WV Rwanda |
| **Attachments:** | SPRMCO24CA0097 - Notice of Termination Letter WV.pdf |

Dear WV Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975797

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Ms. Cristina Marquez-Buan
World Vision Inc
34834 Weyerhaeuser Way South
Federal Way, WA, 98001-9520

REF: SPRMCO24CA0097; Kora Wigire PAC Program (Work for Self-Reliance)

Dear Marquez-Buan:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

CAR 346

A-00000975797

**Department of State**

## Termination Notification

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975797

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 01:11:29 +0000 |
| **To:** | Mike Boomer - ZOA Colombia |
| **Cc:** | PRM-Comp-Mgt; Davenport, Heather; Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO24CA0135 ZOA Colombia |
| **Attachments:** | Stichting ZOA Notice of Termination Letter - 2.26.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975790

**Department of State**

## Termination Notification

NOTICE OF TERMINATION

February 26, 2025

Stichting Zoa
SLEUTELBLOEMSTRAAT 8 APLEDOORN
7322 AG THE NETHERLANDS
APLEDOORN, NLD

REF:  SPRMCO24CA0135; Emergency protection assistance delivered through multi-purpose voucher modality, including shelter assistance and humanitarian transport, for caminantes along migrant land routes originating in Cúcuta, Norte de Santander, Arauca, Arauca, and Ipiales, Nariño and Turbo and Necoclí, Antioquia in Colombia.

Dear Gerdine Vriend:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 19:54:39 -05'00'

Latoya Meredith
Grants officer

A-00000975790

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 01:11:29 +0000 |
| **To:** | Mike Boomer - ZOA Colombia |
| **Cc:** | PRM-Comp-Mgt; Davenport, Heather; Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO24CA0135 ZOA Colombia |
| **Attachments:** | Stichting ZOA Notice of Termination Letter - 2.26.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975790

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Stichting Zoa
SLEUTELBLOEMSTRAAT 8 APLEDOORN
7322 AG THE NETHERLANDS
APLEDOORN, NLD

REF:  SPRMCO24CA0135; Emergency protection assistance delivered through multi-purpose voucher modality, including shelter assistance and humanitarian transport, for caminantes along migrant land routes originating in Cúcuta, Norte de Santander, Arauca, Arauca, and Ipiales, Nariño and Turbo and Necoclí, Antioquia in Colombia.

Dear Gerdine Vriend:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 19:54:39 -05'00'

Latoya Meredith
Grants officer

CAR 351

A-00000975790

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 23:57:22 +0000 |
| **To:** | Kate Pickett; Annie Nolte-Henning; Nele Feldmann |
| **Cc:** | PRM-Comp-Mgt; Le, Cassie R; Long, Katherine A |
| **Subject:** | Notice of Termination - SPRMCO25CA0026 CSH Award |
| **Attachments:** | SPRMCO25CA0026 - Notice of Termination Letter CSH.pdf |

Dear Annie,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975925

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Annie Nolte-Henning
Community Sponsorship Hub
3413 Brunswick Ave S
St Louis Park, MN, 55416-2307

REF:  SPRMCO25CA0026; Welcome Corps

Dear Nolte-Henning:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975925

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975925

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 23:57:22 +0000 |
| **To:** | Kate Pickett; Annie Nolte-Henning; Nele Feldmann |
| **Cc:** | PRM-Comp-Mgt; Le, Cassie R; Long, Katherine A |
| **Subject:** | Notice of Termination - SPRMCO25CA0026 CSH Award |
| **Attachments:** | SPRMCO25CA0026 - Notice of Termination Letter CSH.pdf |

Dear Annie,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975925

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Annie Nolte-Henning
Community Sponsorship Hub
3413 Brunswick Ave S
St Louis Park, MN, 55416-2307

REF:  SPRMCO25CA0026; Welcome Corps

Dear Nolte-Henning:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975925

**Department of State**

## Termination Notification

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975925

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Wed, 26 Feb 2025 23:37:20 +0000 |
| **To:** | Fisher, Emily; Musson, Sam; Francis, Kevin; michele.gilfillan@crs.org |
| **Cc:** | Taylor, Karen E; PRM-Comp-Mgt; Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO24CA0150 Egypt Award |
| **Attachments:** | CRS Notice of Termination Letter - 2.26.25.pdf |

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975885

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Catholic Relief Services-USCCB
228 West Lexington Street
Baltimore, MD 21201-3422

REF:  SPRMCO24CA0150; Pathways to Self-Reliance in Egypt

Dear Michele Gilfillan:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 18:28:41 -05'00'

Latoya Meredith
Grants officer

A-00000975885

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Wed, 26 Feb 2025 23:37:20 +0000 |
| **To:** | Fisher, Emily; Musson, Sam; Francis, Kevin; michele.gilfillan@crs.org |
| **Cc:** | Taylor, Karen E; PRM-Comp-Mgt; Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO24CA0150 Egypt Award |
| **Attachments:** | CRS Notice of Termination Letter - 2.26.25.pdf |

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975885

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Catholic Relief Services-USCCB
228 West Lexington Street
Baltimore, MD 21201-3422

REF:  SPRMCO24CA0150; Pathways to Self-Reliance in Egypt

Dear Michele Gilfillan:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 18:28:41 -05'00'

Latoya Meredith
Grants officer

A-00000975885

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 23:14:12 +0000 |
| **To:** | emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders, Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter |
| **Cc:** | PRM-Comp-Mgt; Hall, Aaron R (Amman); Cossitt, Joanne I |
| **Subject:** | Termination Notice - SPRMCO24CA0152 STC Egypt |
| **Attachments:** | SPRMCO24CA0152 - Notice of Termination Letter STC.pdf |

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975883

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0152; FORSA X: Empowering civil society to address newly arrived and existing refugees and host communities' multidimensional vulnerabilities through Protection, Education, and Health services in Egypt

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

CAR 363

A-00000975883

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975883

| **From:** | Ahmadzai, Noorullah |
|---|---|
| **Sent:** | Wed, 26 Feb 2025 23:14:12 +0000 |
| **To:** | emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders, Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter |
| **Cc:** | PRM-Comp-Mgt; Hall, Aaron R (Amman); Cossitt, Joanne I |
| **Subject:** | Termination Notice - SPRMCO24CA0152 STC Egypt |
| **Attachments:** | SPRMCO24CA0152 - Notice of Termination Letter STC.pdf |

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975883

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0152; FORSA X: Empowering civil society to address newly arrived and existing refugees and host communities' multidimensional vulnerabilities through Protection, Education, and Health services in Egypt

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975883

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975883

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 23:17:59 +0000 |
| **To:** | emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders, Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter |
| **Cc:** | PRM-Comp-Mgt; Brinn, Monica B; Karnes, Ryan D (Quito) |
| **Subject:** | Termination Notice - SPRMCO24CA0153 STC Peru |
| **Attachments:** | SPRMCO24CA0153 - Notice of Termination Letter STC.pdf |

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975908



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0153; BOLIVAR: Beneficiary Outreach and Legal Integration for Venezuelan Aid and Rights

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975908

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975908

**From:**          Ahmadzai, Noorullah
**Sent:**          Wed, 26 Feb 2025 23:17:59 +0000
**To:**            emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders,
Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter
**Cc:**            PRM-Comp-Mgt; Brinn, Monica B; Karnes, Ryan D (Quito)
**Subject:**       Termination Notice - SPRMCO24CA0153 STC Peru
**Attachments:**   SPRMCO24CA0153 - Notice of Termination Letter STC.pdf


Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975908

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0153; BOLIVAR: Beneficiary Outreach and Legal Integration for Venezuelan Aid and Rights

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975908

## Department of State

### Termination Notification

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975908

**From:**        Ahmadzai, Noorullah
**Sent:**        Wed, 26 Feb 2025 23:23:10 +0000
**To:**          emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders,
Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter
**Cc:**          PRM-Comp-Mgt; Amador, Molly M; Medler, Ariadne C
**Subject:**     Termination Notice - SPRMCO24CA0154 STC Colombia
**Attachments:** SPRMCO24CA0154 - Notice of Termination Letter STC.pdf


Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975893

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0154; Child centered and rights-based protection and livelihoods services to ensure social integration for refugees and migrants in Colombia.

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975893

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975893

**From:**          Ahmadzai, Noorullah
**Sent:**          Wed, 26 Feb 2025 23:23:10 +0000
**To:**            emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders,
Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter
**Cc:**            PRM-Comp-Mgt; Amador, Molly M; Medler, Ariadne C
**Subject:**       Termination Notice - SPRMCO24CA0154 STC Colombia
**Attachments:**   SPRMCO24CA0154 - Notice of Termination Letter STC.pdf

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975893

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0154; Child centered and rights-based protection and livelihoods services to ensure social integration for refugees and migrants in Colombia.

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975893

**Department of State**

## Termination Notification

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975893

| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 01:39:25 +0000 |
| **To:** | Jackie Aldrette; Andrea Nebuloni |
| **Cc:** | PRM-Comp-Mgt; Licina, Rachel M; Ramirez, Melissa |
| **Subject:** | Termination Notice - SPRMCO24CA0155 AVSI Ecuador |
| **Attachments:** | AVSI Notice of Termination Letter - 2.26.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975916

CAR 380

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Fondazione A.V.S.I DBA AVSI
VIA LEGNONE 4
MILANO,
20158
ITA

REF: SPRMCO24CA0155; INSPIRE - Integrating Services for Promoting Inclusive Reception, Empowerment of Protection Networks, and Economic Development for Venezuelan and Colombian Migrants and Refugees and their host communities in Ecuador

Dear Jackie Aldrette:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 20:24:02 -05'00'

Latoya Meredith
Grants officer

CAR 381

A-00000975916

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 23:26:41 +0000 |
| **To:** | emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders, Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter |
| **Cc:** | PRM-Comp-Mgt; Mongin, Leslie M; Chan, Isabelle (Ankara) |
| **Subject:** | Termination Notice - SPRMCO24CA0156 STC Türkiye |
| **Attachments:** | SPRMCO24CA0156 - Notice of Termination Letter STC.pdf |

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975806

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0156; No Lost Generation

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

CAR 383

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975806

**From:**          Meredith, Latoya
**Sent:**          Thu, 27 Feb 2025 02:11:46 +0000
**To:**            Kristen Lionetti
**Cc:**            PRM-Comp-Mgt; Chanin, Geoffrey D (Geoff); Licina, Rachel M
**Subject:**       Termination Notice - SPRMCO24CA0234 ICMC Malaysia Award
**Attachments:**   ICMC Notice of Termination Letter - 2.25.25.pdf


The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975824

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Commission Internationale Catholique Pour Les Migrations CICM DBA
International Catholic Migration Commission
1 Rue De Varembe
PO Box 96
Geneva 20, CH
1211 CHE

REF:  SPRMCO24CA0234; Combating Gender-Based Violence (GBV) among refugees
and asylum seekers in Malaysia

Dear Stephane Jaquemet:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D
Meredith

Digitally signed by Latoya
D Meredith
Date: 2025.02.26 21:04:57
-05'00'

Latoya Meredith
Grants Officer

CAR 386

A-00000975824

**From:**          Meredith, Latoya
**Sent:**          Wed, 26 Feb 2025 23:00:29 +0000
**To:**            h.guedenet@hi.org
**Cc:**            Morgan Sutton; Sofiane Manai; PRM-Comp-Mgt; Carter, Brittany; Test, Sara
**Subject:**       Termination Notice - SPRMCO24CA0243 Jordan Award
**Attachments:**   HI Notice of Termination Letter - 2.25.25.pdf

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
(771) 205 1904
MeredithLD2@state.gov

A-00000975862

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

Handicap International Inc.
8757 Georgia Ave, Ste 420
Silver Spring, MD  20910-3747

REF:  SPRMCO24CA0243; ACCESS - Access to services to build a better future

Dear Kelley Skelton:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 16:56:09 -05'00'

Latoya Meredith
Grants Officer

A-00000975862

**From:**          Ahmadzai, Noorullah
**Sent:**          Wed, 26 Feb 2025 23:31:35 +0000
**To:**            emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders,
Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter
**Cc:**            PRM-Comp-Mgt; Stewart, Heather A; Tidwell, Nathan (Addis Ababa)
**Subject:**       Termination Notice - SPRMCO24CA0246 STC Ethiopia
**Attachments:**   SPRMCO24CA0246 - Notice of Termination Letter STC.pdf

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975796

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF:  SPRMCO24CA0246; Child Protection and Education Response in Gambella and Dollo Ado Refugee Camps

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975796

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,



Grants Officer
Noorullah Ahmadzai

A-00000975796

**From:** Ahmadzai, Noorullah
**Sent:** Wed, 26 Feb 2025 23:36:29 +0000
**To:** emackowiak@savechildren.org; Yasinowsky, Jody; Rebman, Paul; Saunders, Jennifer; 'Conteh, Ezekiel'; Burhoe, Winter
**Cc:** PRM-Comp-Mgt; Jordan, J. Brice; Davenport, Heather; Kuykendall, Jessie M (Guatemala)
**Subject:** Termination Notice - SPRMCO24CA0247 STC Guatemala
**Attachments:** SPRMCO24CA0247 - Notice of Termination Letter STC.pdf

Dear STC Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975832

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mrs. Ellen Mackowiak
Save the Children Federation, Inc.
501 Kings Highway East
Fairfield, CT, 06825-4861

REF: SPRMCO24CA0247; Comprehensive Services for Protection, Assistance, and
Sustainable Solutions -Integra- PASS

Dear Mackowiak:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

A-00000975832

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975832

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 00:34:16 +0000 |
| **To:** | Rosemary Chong; mmikey72@gmail.com |
| **Cc:** | PRM-Comp-Mgt; Chanin, Geoffrey D (Geoff); Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO24CA0251 ACTS Malaysia |
| **Attachments:** | ACTS Notice of Termination Letter - 2.26.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975817

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Kumpulan A.C.T.S. Berhad
NO 16 Jalan 5/7 Petaling Jaya Malaysia 46000
Petaling Jaya, MYS

REF:  SPRMCO24CA0251; Healthcare

Dear Rosemary Chong:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D
Meredith

Digitally signed by Latoya D
Meredith
Date: 2025.02.26 19:23:00
-05'00'

Latoya Meredith
Grants officer

CAR 396

A-00000975817

**From:**        Denino, Philip M
**Sent:**        Wed, 26 Feb 2025 23:50:08 +0000
**To:**          Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita;
Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia
**Cc:**          PRM-Comp-Mgt; Brinn, Monica B
**Subject:**     Termination Notice - SPRMCO24CA0252


The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.


Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975877

| | |
|---|---|
| **From:** | Ahmadzai, Noorullah |
| **Sent:** | Wed, 26 Feb 2025 22:54:07 +0000 |
| **To:** | Cristina Marquez-Buan; Samuel Taylor; Nancy Khalil; Grace Murphy; Margaret Schuler |
| **Cc:** | PRM-Comp-Mgt; Narayanan, Sushil |
| **Subject:** | Termination Notice - SPRMCO24CA0275 WV Zambia |
| **Attachments:** | SPRMCO24CA0275 - Notice of Termination Letter WV.pdf |

Dear WV Colleagues,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Warmest regards,
**Noorullah Ahmadzai**
Grants Management Specialist, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State
2025 E Street NW, Washington, DC 20006 | ☎ +1 202-374-7168; +1 202-571-4923 (Teams)

A-00000975843

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Ms. Cristina Marquez-Buan
World Vision Inc
34834 Weyerhaeuser Way South
Federal Way, WA, 98001-9520

REF: SPRMCO24CA0275; Thrive Together: Building Sustainable Livelihoods for Refugees and Host Communities in Mayukwayukwa and Meheba.

Dear Marquez-Buan:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

A-00000975843

**Department of State**

**Termination Notification**

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Grants Officer
Noorullah Ahmadzai

A-00000975843

**From:**          Meredith, Latoya
**Sent:**          Wed, 26 Feb 2025 23:04:23 +0000
**To:**            h.guedenet@hi.org
**Cc:**            Morgan Sutton; Sofiane Manai; PRM-Comp-Mgt; Carter, Brittany; Roh, Jung
Mary
**Subject:**       Termination Notice - SPRMCO24CA0276 Thailand Award
**Attachments:**   HI Notice of Termination Letter - 2.25.25.pdf

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
(771) 205 1904
MeredithLD2@state.gov

A-00000975923

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Handicap International Inc.
8757 Georgia Ave, Ste 420
Silver Spring, MD  20910-3747

REF:  SPRMCO24CA0276; Supporting the inclusive and sustainable assistance to refugees in camps, influx areas (incl. temporary displacement sites), and cross-border locations along the Thai-Burma border, towards their resilience and safe voluntary repatriation.

Dear Kelley Skelton:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith  Digitally signed by Latoya D Meredith
Date: 2025.02.26 12:00:03 -05'00'
Latoya Meredith
Grants Officer

CAR 402

A-00000975923

**From:**          Denino, Philip M
**Sent:**          Thu, 27 Feb 2025 00:03:59 +0000
**To:**            Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita;
Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia
**Cc:**            PRM-Comp-Mgt; Ramirez, Melissa
**Subject:**       Termination Notice - SPRMCO24CA0277
**Attachments:**   SPRMCO24CA0277 Notice of Termination Letter - HIAS.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975905

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0277 Inclusion and Integration: Supporting the protection and economic empowerment of refugees, migrants, and vulnerable host populations in Ecuador

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M
DENINO
Digitally signed by
PHILIP M DENINO
Date: 2025.02.26
18:53:33 -05'00'

CAR 404

A-00000975905

| **From:** | Denino, Philip M |
| **Sent:** | Thu, 27 Feb 2025 00:15:39 +0000 |
| **To:** | Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita; Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia |
| **Cc:** | PRM-Comp-Mgt; Brinn, Monica B |
| **Subject:** | Termination Notice - SPRMCO24CA0278 |
| **Attachments:** | SPRMCO24CA0278 Notice of Termination Letter - HIAS.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975865

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0278 Owning Rights and Protection: GBV Prevention, Mitigation and Response in Colombia

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by PHILIP M DENINO
Date: 2025.02.26 19:06:33 -05'00'

A-00000975865

**From:** Meredith, Latoya
**Sent:** Thu, 27 Feb 2025 01:58:15 +0000
**To:** chris.nash@statelessness.eu; efi.stathopoulou@statelessness.eu; nina.murray@statelessness.eu
**Cc:** PRM-Comp-Mgt; Wilke, Carmen L; Licina, Rachel M
**Subject:** Termination Notice - SPRMCO24CA0294 ENS Statelessness
**Attachments:** ENS Notice of Termination Letter - 2.26.25.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975823

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

European Network on Statelessness
28 STAINFORTH ROAD, WALTHAMSTOW
LONDON,
E17 9RD
GBR

REF:  SPRMCO24CA0294; Strengthening capacity of NGOs and local governments to identify and address statelessness in the refugee/migration context

Dear Josephine Foster:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D
Meredith

Digitally signed by Latoya D
Meredith
Date: 2025.02.26 20:47:32
-05'00'

Latoya Meredith
Grants officer

CAR 408

A-00000975823

| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 13:02:00 +0000 |
| **To:** | Kristen Lionetti |
| **Cc:** | PRM-Comp-Mgt; Licina, Rachel M; Rincon, Natalia |
| **Subject:** | Termination Notice - SPRMCO24CA0300 ICMC RSC TUME |
| **Attachments:** | ICMC Notice of Termination Letter - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975828

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

Commission Internationale Catholique Pour Les Migrations CICM DBA
International Catholic Migration Commission
1 Rue De Varembe
PO Box 96
Geneva 20, CH
1211 CHE

REF:  SPRMCO24CA0300; FY 2025 RSC Turkiye and the Middle East

Dear Stephane Jaquemet:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
19:46:55 -05'00'

CAR 410

**From:** Meredith, Latoya
**Sent:** Thu, 27 Feb 2025 00:05:29 +0000
**To:** Jessye Brick
**Cc:** PRM-Comp-Mgt; Gillyard, Jennifer C; Carter, Brittany
**Subject:** Termination Notice - SPRMCO24CA0301 KIND CAM Award
**Attachments:** KIND Notice of Termination Letter - 2.26.25.pdf


The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov


SENSITIVE BUT UNCLASSIFIED

A-00000975888

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

KIND, INC
1201 L Street NW FL 2
Washington, DC  20005

REF:  SPRMCO24CA0301; Reunifying families and bringing children to safety through increased information, access, and assistance with the Central American Minors (CAM) program

Dear Hayford Mensah:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 18:52:30 -05'00'

Latoya Meredith
Grants officer

CAR 412

A-00000975888

**From:**        Meredith, Latoya
**Sent:**        Thu, 27 Feb 2025 00:17:12 +0000
**To:**          ksalvesenowens@supportkind.org; jbrick@supportkind.org
**Cc:**          PRM-Comp-Mgt; Carter, Brittany; Davenport, Heather
**Subject:**     Termination Notice - SPRMCO24CA0305 KIND Mexico Award
**Attachments:** KIND Notice of Termination Letter - 2.26.25.pdf


The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.


**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov


SENSITIVE BUT UNCLASSIFIED

A-00000975914

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

KIND, INC
1201 L Street NW FL 2
Washington, DC  20005

REF:  SPRMCO24CA0305; Comprehensive Protection for Migrant Children in Mexico

Dear Hayford Mensah:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D
Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 19:10:47 -05'00'

Latoya Meredith
Grants officer

CAR 414

| From: | Meredith, Latoya |
|---|---|
| Sent: | Thu, 27 Feb 2025 00:48:16 +0000 |
| To: | Frederick Genoud; william.anderson@spherestandards.org; Romain Benicchio |
| Cc: | PRM-Comp-Mgt; Armeier, Katherine; Carter, Brittany |
| Subject: | Termination Notice - SPRMCO24CA0307 Sphere Global |
| Attachments: | SPHERE Notice of Termination Letter - 2.26.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975833

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

SPHERE Association
LA VOIE-CREUSE 16 HUMANITARIAN HUB
GENEVE, 1202
CHE

REF:  SPRMCO24CA0307; Global humanitarian standards for local action and preparedness

Dear William Anderson:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D Meredith
Digitally signed by Latoya D Meredith
Date: 2025.02.26 19:39:36 -05'00'

Latoya Meredith
Grants officer

A-00000975833

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Wed, 26 Feb 2025 23:45:04 +0000 |
| **To:** | Fisher, Emily; Musson, Sam; Francis, Kevin; michele.gilfillan@crs.org |
| **Cc:** | PRM-Comp-Mgt; Carter, Brittany; Kang, Min G |
| **Subject:** | Termination Notice - SPRMCO24CA0320 India Award |
| **Attachments:** | CRS Notice of Termination Letter - 2.26.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975840



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Catholic Relief Services-USCCB
228 West Lexington Street
Baltimore, MD 21201-3422

REF:  SPRMCO24CA0320; Safe Protective Enabling Environment & Dignity for PoC
(SPEED)

Dear Michele Gilfillan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Latoya D
Meredith

Digitally signed by Latoya D
Meredith
Date: 2025.02.26 18:40:37
-05'00'

Latoya Meredith
Grants officer

CAR 418

**From:** Meredith, Latoya
**Sent:** Thu, 27 Feb 2025 13:06:50 +0000
**To:** Anam Gnaho; Allene Wright
**Cc:** PRM-Comp-Mgt; Keating, Kaitlin E; Licina, Rachel M
**Subject:** Termination Notice - SPRMCO24CA0326 and SPRMCO24CA0331 ECDC Awards
**Attachments:** ECDC Notice of Termination Letter - 2.25.25.pdf, ECDC Notice of Termination Letter - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

A-00000975798

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Ethiopian Community Development Council, Inc.
901 S Highland St
Arlington, VA  22204-2400

REF:  SPRMCO24CA0326; FY25 Enduring Welcome Reception and Placement

Dear Anam Gnaho:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:08:46 -05'00'

CAR 420

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

Ethiopian Community Development Council, Inc.
901 S Highland St
Arlington, VA  22204-2400

REF:  SPRMCO24CA0331; FY25 MRA Reception and Placement

Dear Anam Gnaho:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:43:15 -05'00'

CAR 421

**From:**          Denino, Philip M
**Sent:**          Thu, 27 Feb 2025 00:30:22 +0000
**To:**            Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita;
Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia
**Cc:**            PRM-Comp-Mgt; Wilke, Carmen L
**Subject:**       Termination Notice - SPRMCO24CA0328
**Attachments:**   SPRMCO24CA0328 Notice of Termination Letter - HIAS.pdf


The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.


Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975849

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0328 Countering Statelessness in the Dominican Republic

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

A-00000975849

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 13:20:36 +0000 |
| **To:** | Bushra Dos Santos; Mark Venema; christinebarsanti@bethany.org |
| **Cc:** | PRM-Comp-Mgt; Gillyard, Jennifer C; Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO24CA0333 and SPRMCO24CA0347 BCS Awards |
| **Attachments:** | BCS Notice of Termination Letter - 2.25.25.pdf, BCS Notice of Termination Letter - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975847

**Department of State**



**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Bethany Christian Services USA, LLC
901 Eastern Ave NE
Grand Rapids, MI 49501-1201

REF: SPRMCO24CA0333; FY 2025 Reception and Placement Program

Dear Christine Barsanti:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Grants Officer

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:12:40 -05'00'

CAR 425

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Bethany Christian Services USA, LLC
901 Eastern Ave NE
Grand Rapids, MI  49501-1201

REF:  SPRMCO24CA0347; FY 2025 Reception and Placement Program OAW/EW

Dear Christine Barsanti:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
20:37:36 -05'00'

CAR 426

A-00000975847

| | |
|---|---|
| **From:** | Denino, Philip M |
| **Sent:** | Thu, 27 Feb 2025 00:41:48 +0000 |
| **To:** | Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita; Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia |
| **Cc:** | PRM-Comp-Mgt; Sheehan, Kathleen |
| **Subject:** | Termination Notice - SPRMCO24CA0348 |
| **Attachments:** | SPRMCO24CA0348 Notice of Termination Letter - HIAS.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975922

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0348 Worldwide R&P

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M Digitally signed by
PHILIP M DENINO
DENINO Date: 2025.02.26
19:35:16 -05'00'

A-00000975922

| | |
|---|---|
| **From:** | Denino, Philip M |
| **Sent:** | Thu, 27 Feb 2025 00:49:19 +0000 |
| **To:** | Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita; Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia |
| **Cc:** | PRM-Comp-Mgt; Sheehan, Kathleen |
| **Subject:** | Termination Notice - SPRMCO24CA0349 |
| **Attachments:** | SPRMCO24CA0349 Notice of Termination Letter - HIAS.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975846

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0349 Afghanistan R&P ERMA

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by PHILIP M DENINO
Date: 2025.02.26 19:44:18 -05'00'

A-00000975846

| | |
|---|---|
| **From:** | Meredith, Latoya |
| **Sent:** | Thu, 27 Feb 2025 13:14:18 +0000 |
| **To:** | Xavier Graham; Eskinder Negash |
| **Cc:** | PRM-Comp-Mgt; Sheehan, Kathleen; Carter, Brittany |
| **Subject:** | Termination Notice - SPRMCO24CA0350 and SPRMCO24CA0353 USCRI Awards |
| **Attachments:** | USCRI Notice of Termination Letter - 2.25.25.pdf, USCRI Notice of Termination |
| Letter - 2.25.25.pdf | |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**La'Toya Meredith**
**Grants Officer-Team Lead**
**Department of State**
*Bureau of Population, Refugees, and Migration (PRM)*
*Office of the Comptroller*
MeredithLD2@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975789

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

U.S. Committee for Refugees and Immigrants, Inc.
2231 Crystal Drive, Suite 350
Arlington, VA  22202-3794

REF:  SPRMCO24CA0350; FY25 Enduring Welcome Reception and Placement

Dear Eskinder Negash:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:41:40 -05'00'

A-00000975789

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

U.S. Committee for Refugees and Immigrants, Inc.
2231 Crystal Drive, Suite 350
Arlington, VA  22202-3794

REF:  SPRMCO24CA0353; FY25 MRA Reception and Placement

Dear Eskinder Negash:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed
by JOSEPH G
KOUBA
Date:
2025.02.26
21:04:07 -05'00'

CAR 433

A-00000975789

| | |
|---|---|
| **From:** | Denino, Philip M |
| **Sent:** | Thu, 27 Feb 2025 00:56:44 +0000 |
| **To:** | Guillermo Birmingham; Tatyana Rapaport; Thuba Roush; Timothy Bamwita; Eden Siskind; Sabrina Lustgarten; Fatou Jobe; Cristina Garcia |
| **Cc:** | PRM-Comp-Mgt; Dunstan, Edmund Fleetwood (Woody) |
| **Subject:** | Termination Notice - SPRMCO24CA0354 |
| **Attachments:** | SPRMCO24CA0354 Notice of Termination Letter - HIAS.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


Philip Denino
Deputy Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
(771) 204-4958
DeninoPM@state.gov

A-00000975859

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

HIAS Inc.
Mr. Guillermo Birmingham
1300 Spring Street Suite 500
Silver Spring, MD 201910-3634

REF:  SPRMCO24CA0354 RSC Austria FY25

Dear Mr. Birmingham:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

A-00000975859

| | |
|---|---|
| **From:** | Denino, Philip M |
| **Sent:** | Thu, 27 Feb 2025 01:23:05 +0000 |
| **To:** | MORRIS-YATES, Susan; ryanm@who.int |
| **Cc:** | PRM-Comp-Mgt; LeClair, Alden; Houck, Meredith L; Dukas, Raisa N; Walker, Lisa K |
| **Subject:** | Termination Notice - SPRMCO24VC0111 - WHO |
| **Attachments:** | SPRMCO24VC0111 Notice of Termination Letter - WHO.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

A-00000975896

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

World Health Organization
Ms. Susan Morris-Yates
Avenue Appia 20
Geneve, GE,
1211 CHE

REF:  SPRMCO24VC0111 2024 Regional Refugee Response for Ukraine

Dear Ms. Morris-Yates:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

A-00000975896

| | |
|---|---|
| **From:** | Denino, Philip M |
| **Sent:** | Thu, 27 Feb 2025 01:38:09 +0000 |
| **To:** | MORRIS-YATES, Susan; ryanm@who.int |
| **Cc:** | PRM-Comp-Mgt; LeClair, Alden; Houck, Meredith L; Dukas, Raisa N; Walker, Lisa K |
| **Subject:** | Termination Notice - SPRMCO24VC0299 - WHO |
| **Attachments:** | SPRMCO24VC0299 Notice of Termination Letter - WHO.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

A-00000975786