

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

World Health Organization
Ms. Susan Morris-Yates
Avenue Appia 20
Geneve, GE,
1211 CHE

REF:  SPRMCO24VC0299 Reducing Mortality and Morbidity through Ensuring Equitable Access to Essential and Lifesaving Primary and Secondary Care to Sudanese Refugee Population in Libya

Dear Ms. Morris-Yates:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by
PHILIP M DENINO
Date: 2025.02.26
20:35:10 -05'00'

CAR 439

A-00000975786

| **From:** | Tatman, Sylvester |
| **Sent:** | Thu, 27 Feb 2025 02:21:12 +0000 |
| **To:** | Rick.Estridge@rescue.org |
| **Cc:** | PRM-Comp-Mgt; Nyce, Sayre E; IRCCFO |
| **Subject:** | Termination Notice- REF: SPRMCO24CA0050; Welcome Corps at Work |
| **Attachments:** | Notice of Termination Letter - SPRMCO24CA0050 - IRC.pdf |

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 440

A-00000975906



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Rick Atee Estridge
122 E 42nd street
New York, New York 10168-0002
United States

REF:  SPRMCO24CA0050; Welcome Corps at Work

Dear Rick Atee Estridge:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

PHILIP M DENINO
Digitally signed by PHILIP M DENINO
Date: 2025.02.26 21:18:08 -05'00'

CAR 441

A-00000975906

**From:**        Tatman, Sylvester
**Sent:**        Thu, 27 Feb 2025 02:05:46 +0000
**To:**          Kurt Barnes
**Cc:**          PRM-Comp-Mgt; Keating, Kaitlin E; Sarah Shipman
**Subject:**     Termination Notice- REF: SPRMCO24CA0352; FY 2025 Reception and Placement Program-OAW/EW
**Attachments:** Notice of Termination Letter - SPRMCO24CA0352.pdf

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 442

A-00000975815

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT
EPISCOPAL CHURCH IN THE USA

Kurt Barnes
815 2nd Ave
New York, New York 10017-4503
United States

REF:  SPRMCO24CA0352; FY 2025 Reception and Placement Program-OAW/EW

Dear Kurt Barnes:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA    Digitally signed
by JOSEPH G KOUBA
Date: 2025.02.26
21:00:06 -05'00'

CAR 443

A-00000975815

| | |
|---|---|
| **From:** | Tatman, Sylvester |
| **Sent:** | Thu, 27 Feb 2025 00:50:34 +0000 |
| **To:** | Rick.Estridge@rescue.org |
| **Cc:** | PRM-Comp-Mgt; Sheehan, Kathleen; IRCCFO |
| **Subject:** | Termination Notice -SPRMCO24CA0040; Cultural Orientation Resource Exchange |
| **Attachments:** | Notice of Termination Letter - SPRMCO24CA0040.pdf |

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Regards,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 444

A-00000975857



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Rick Atee Estridge
122 E 42nd Street
New York, New York 10168-0002
United States

REF:  SPRMCO24CA0040; Cultural Orientation Resource Exchange

Dear Rick Atee Estridge:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller



JOSEPH G KOUBA  Digitally signed by JOSEPH G KOUBA Date: 2025.02.26 19:41:51 -05'00'

A-00000975887

**From:** Tatman, Sylvester
**Sent:** Thu, 27 Feb 2025 01:51:57 +0000
**To:** Kurt Barnes
**Cc:** PRM-Comp-Mgt; Keating, Kaitlin E; Sarah Shipman
**Subject:** Termination Notice-REF: SPRMCO24CA0351; FY 2025 Reception and Placement Program
**Attachments:** Notice of Termination Letter - SPRMCO24CA0351.pdf

Good Evening,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

CAR 446

A-00000975831

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT
EPISCOPAL CHURCH IN THE USA

Kurt Barnes
812 2nd Ave
New York, New York 10017-4503
United States

REF:  SPRMCO24CA0351; FY 2025 Reception and Placement Program

Dear Kurt Barnes:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
20:47:26 -05'00'

A-00000975831

**From:**       Tatman, Sylvester
**Sent:**       Thu, 27 Feb 2025 02:12:52 +0000
**To:**         Nicolas Mansour
**Cc:**         PRM-Comp-Mgt; Burkhardt, Margaret A; IRCCFO
**Subject:**    Termination Notice-REF: SPRMCO24CA0355; FY 2025 Resettlement Support
Center (RSC) Asia
**Attachments:**    Notice of Termination Letter - SPRMCO24CA0355.pdf

Good evening,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated. This award no longer effectuates agency priorities
and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable. Please log into MyGrants and countersign the modification
terminating this award.

Thank you,

Sylvester Tatman
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (202) 230-6099
Tatmans@state.gov

A-00000975913



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

International Rescue Committee, Inc.

Nicolas Mansour
122 E 42nd Street
New York, New York 10168-0002
United States

REF: SPRMCO24CA0355; FY 2025 Resettlement Support Center (RSC) Asia

Dear Nicolas Mansour:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 21:09:08 -05'00'

CAR 449

**From:**         Cason, Anthony L
**Sent:**          Thu, 27 Feb 2025 01:42:42 +0000
**To:**            kelly.ryan@jrsusa.org; Samira Ahmed; Rachael Davis; Cristina (Alaniz) Donoso;
Dereje GebreMichael
**Cc:**            PRM-Comp-Mgt
**Subject:**       Termination of PRM Award Effective February 26, 2025
**Attachments:**   Notice of Termination Letter - 2.25.25 - JRS SPRMCO24CA0074.pdf

Dear Kelly Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975799

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

JESUIT REFUGEE SERVICE USA DBA JRS USA
Kelly Ryan
1627 K ST NW STE 1100
WASHINGTON, DC
20006-1710 USA

REF:  SPRMCO24CA0074; Child Protection and Mental Health and Psychosocial
Support Interventions for Urban Refugees in Addis Ababa, Ethiopia

Dear Kelly Ryan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*
Anthony Cason

A-00000975799

| | |
|---|---|
| **From:** | Cason, Anthony L |
| **Sent:** | Thu, 27 Feb 2025 01:49:31 +0000 |
| **To:** | kelly.ryan@jrsusa.org; Samira Ahmed; Rachael Davis; Cristina (Alaniz) Donoso; Dereje GebreMichael |
| **Cc:** | PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - JRS SPRMCO24CA0079.pdf |

Dear Kelly Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

CAR 452

A-00000975801



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

JESUIT REFUGEE SERVICE USA DBA JRS USA
Kelly Ryan
1627 K ST NW STE 1100
WASHINGTON, DC
20006-1710 USA

REF:  SPRMCO24CA0079; Livelihood and Psychosocial Support for Urban Refugees in Kampala. Increased resilience of urban refugees and vulnerable host community members through livelihoods training, socio-economic integration, and psychosocial support.

Dear Kelly Ryan:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

CAR 453

**Department of State**

**Termination Notification**

Anthony Cason

A-00000975801

**From:** Cason, Anthony L
**Sent:** Thu, 27 Feb 2025 01:01:31 +0000
**To:** Bobby Waddell; Aymeric Parent; Serena Badenhorst
**Cc:** PRM-Comp-Mgt
**Subject:** Termination of PRM Award Effective February 26, 2025
**Attachments:** Notice of Termination Letter - 2.25.25 - LWF SPRMCO24CA0087.pdf

Dear Bobby Waddell,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975818

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

THE LUTHERAN WORLD FEDERATION
Bobby Waddell
ROUTE DE FERNEY 150 ROUTE DE FERNEY 150
LE GRAND-SACONNEX,GENEVA,
1218  CHE

REF:  SPRMCO24CA0087; The resilience and wellbeing of South Sudanese and Sudanese refugees and host communities is enhanced through sustainable and localized community-led initiatives, child empowerment, mental health & psychosocial support.

Dear Bobby Waddell:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975818

| **From:** | Cason, Anthony L |
| **Sent:** | Thu, 27 Feb 2025 01:01:24 +0000 |
| **To:** | Bobby Waddell; Aymeric Parent; Serena Badenhorst |
| **Cc:** | PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - LWF SPRMCO24CA0248.pdf |

Dear Bobby Waddell,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975837

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

THE LUTHERAN WORLD FEDERATION
Bobby Waddell
ROUTE DE FERNEY 150 ROUTE DE FERNEY 150
LE GRAND-SACONNEX,GENEVA,
1218  CHE

REF:  SPRMCO24CA0248; Reducing protection risks and improving mental health and psychosocial wellbeing and resilience of refugees, refugee returnees and host community members in Renk, Maban and Jamjang.

Dear Bobby Waddell:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975837

**From:**      Cason, Anthony L
**Sent:**      Thu, 27 Feb 2025 00:51:32 +0000
**To:**      Jennifer Bond; Anna Campos; Nathan Benson
**Cc:**      PRM-Comp-Mgt
**Subject:**      Termination of PRM Award Effective February 26, 2025
**Attachments:**      Notice of Termination Letter - 2.25.25 - PI SPRMCO25CA0007.pdf

Dear Jennifer Bond,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

CAR 459

A-00000975841

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

PATHWAYS INTERNATIONAL US
ANNA CAMPOS
1100 13TH ST NW STE 800 0014
WASHINGTON, DC
20005-4281 USA

REF:  SPRMCO25CA0007; To continue to provide comprehensive strategic, planning, logistical, expert, and technical support to ensure the smooth operation and continued advancement of the Resettlement Diplomacy Network (RDN)

Dear Jennifer Bond:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

CAR 460

A-00000975841

| | |
|---|---|
| **From:** | Cason, Anthony L |
| **Sent:** | Thu, 27 Feb 2025 00:00:54 +0000 |
| **To:** | James Behnke; Dana Mach; Patrick Robbins; Leslie Tou; Scott Espinoza; Tigist Mekonnen |
| **Cc:** | PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - CVT SPRMCO24CA0109.pdf |

Dear James Behnke,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

CAR 461

A-00000975848



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

THE CENTER FOR VICTIMS OF TORTURE
James Behnke
2356 UNIVERSITY AVE W STE 430
SAINT PAUL, MN
55114-1860 USA

REF:  SPRMCO24CA0109; Toward Sustainable National Trauma Rehabilitation
Services in Jordan: An Interdisciplinary, Partnership-Based Approach

Dear James Behnke:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975848

| | |
|---|---|
| **From:** | Cason, Anthony L |
| **Sent:** | Thu, 27 Feb 2025 00:22:45 +0000 |
| **To:** | Marja Jörgensen; Jake Anderson; Piya Itkonen; Leakhena Sieng |
| **Cc:** | PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - FCA SPRMCO24CA0093.pdf |

Dear Marja Jörgensen,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975860

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

KIRKON ULKOMAANAPU SR DBA KIRKON ULKOMAANAPU (FCA)
Marja Jörgensen
ETELARANTA 8
HELSINKI,
00130 FIN

REF:  SPRMCO24CA0093; Inclusive access to quality education and improved learning outcomes for refugee and host population children and adolescents in refugee settlements in Uganda

Dear Marja Jörgensen:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975860

**From:**       Cason, Anthony L
**Sent:**       Thu, 27 Feb 2025 00:22:15 +0000
**To:**         Marja Jörgensen; Jake Anderson; Piya Itkonen; Leakhena Sieng
**Cc:**         PRM-Comp-Mgt
**Subject:**    Termination of PRM Award Effective February 26, 2025
**Attachments:** Notice of Termination Letter - 2.25.25 - FCA SPRMCO24CA0267.pdf

Dear Marja Jörgensen,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975900



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

KIRKON ULKOMAANAPU SR DBA KIRKON ULKOMAANAPU (FCA)
Marja Jörgensen
ETELARANTA 8
HELSINKI,
00130 FIN

REF: SPRMCO24CA0267; Advancing Interim and Durable Solutions through Strengthened Self-reliance of Refugees and Host Communities in Kenya and Uganda.

Dear Marja Jörgensen:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975900

**From:**          Cason, Anthony L
**Sent:**          Thu, 27 Feb 2025 01:23:49 +0000
**To:**            kelly.ryan@jrsusa.org; Samira Ahmed; Rachael Davis; Cristina (Alaniz) Donoso;
Dereje GebreMichael
**Cc:**             PRM-Comp-Mgt
**Subject:**       Termination of PRM Award Effective February 26, 2025
**Attachments:**   Notice of Termination Letter - 2.25.25 - JRS SPRMCO24CA0102.pdf

Dear Kelly Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975903

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

JESUIT REFUGEE SERVICE USA DBA JRS USA
Kelly Ryan
1627 K ST NW STE 1100
WASHINGTON, DC
20006-1710 USA

REF:  SPRMCO24CA0102; Urban refugees, including those without UNHCR
documentation and those fleeing the civil war in Myanmar, receive improved protection
and access to emergency health assistance, mental health, and psychosocial well-being
services.

Dear Kelly Ryan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

CAR 468

A-00000975903

**Department of State**

**Termination Notification**

Anthony Cason

A-00000975903

| | |
|---|---|
| **From:** | Cason, Anthony L |
| **Sent:** | Thu, 27 Feb 2025 00:22:52 +0000 |
| **To:** | Marja Jörgensen; Jake Anderson; Piya Itkonen; Leakhena Sieng |
| **Cc:** | PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - FCA SPRMCO24CA0082.pdf |

Dear Marja Jörgensen,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975919



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

KIRKON ULKOMAANAPU SR DBA KIRKON ULKOMAANAPU (FCA)
Marja Jörgensen
ETELARANTA 8
HELSINKI,
00130 FIN

REF:  SPRMCO24CA0082; Enhanced access to inclusive, equitable, and quality
primary education in a safe environment for refugees and host population boys and girls
in Kalobeyei Refugee Settlement

Dear Marja Jörgensen:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

CAR 471

**From:**          Cason, Anthony L
**Sent:**          Thu, 27 Feb 2025 00:14:31 +0000
**To:**            James Behnke; Dana Mach; Patrick Robbins; Leslie Tou; Scott Espinoza; Tigist
Mekonnen
**Cc:**            PRM-Comp-Mgt
**Subject:**       Termination of PRM Award Effective February 26, 2025
**Attachments:**   Notice of Termination Letter - 2.25.25 - CVT SPRMCO24CA0182.pdf

Dear James Behnke,

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975921



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

THE CENTER FOR VICTIMS OF TORTURE
James Behnke
2356 UNIVERSITY AVE W STE 430
SAINT PAUL, MN
55114-1860 USA

REF:  SPRMCO24CA0182; Trauma Recovery for South Sudanese Refugees

Dear James Behnke:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975921

**From:**          Cason, Anthony L
**Sent:**          Thu, 27 Feb 2025 01:30:55 +0000
**To:**            kelly.ryan@jrsusa.org; Samira Ahmed; Rachael Davis; Cristina (Alaniz) Donoso; Dereje GebreMichael
**Cc:**            PRM-Comp-Mgt
**Subject:**       Termination of PRM Award Effective February 26, 2025
**Attachments:**   Notice of Termination Letter - 2.25.25 - JRS SPRMCO24CA0211.pdf

Dear Kelly Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975924



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

JESUIT REFUGEE SERVICE USA DBA JRS USA
Kelly Ryan
1627 K ST NW STE 1100
WASHINGTON, DC
20006-1710 USA

REF:  SPRMCO24CA0211; Protection and Secondary Education for Sudanese
Refugees and Chadians in Eastern Chad

Dear Kelly Ryan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975924

| **From:** | Cason, Anthony L |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 01:30:55 +0000 |
| **To:** | kelly.ryan@jrsusa.org; Samira Ahmed; Rachael Davis; Cristina (Alaniz) Donoso; |

Dereje GebreMichael

| **Cc:** | PRM-Comp-Mgt |
|---|---|
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - JRS SPRMCO24CA0211.pdf |

Dear Kelly Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975924

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

JESUIT REFUGEE SERVICE USA DBA JRS USA
Kelly Ryan
1627 K ST NW STE 1100
WASHINGTON, DC
20006-1710 USA

REF:  SPRMCO24CA0211; Protection and Secondary Education for Sudanese
Refugees and Chadians in Eastern Chad

Dear Kelly Ryan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,
*Anthony Cason*
Anthony Cason

A-00000975924

| **From:** | Cason, Anthony L |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 01:30:55 +0000 |
| **To:** | kelly.ryan@jrsusa.org; Samira Ahmed; Rachael Davis; Cristina (Alaniz) Donoso; |

Dereje GebreMichael

| **Cc:** | PRM-Comp-Mgt |
|---|---|
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - JRS SPRMCO24CA0211.pdf |

Dear Kelly Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975924



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

JESUIT REFUGEE SERVICE USA DBA JRS USA
Kelly Ryan
1627 K ST NW STE 1100
WASHINGTON, DC
20006-1710 USA

REF:  SPRMCO24CA0211; Protection and Secondary Education for Sudanese
Refugees and Chadians in Eastern Chad

Dear Kelly Ryan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

A-00000975924

| | |
|---|---|
| **From:** | Cason, Anthony L |
| **Sent:** | Thu, 27 Feb 2025 01:15:26 +0000 |
| **To:** | kelly.ryan@jrsusa.org; Samira Ahmed; Rachael Davis; Cristina (Alaniz) Donoso; |
| Dereje GebreMichael | |
| **Cc:** | PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award Effective February 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.25.25 - JRS SPRMCO24CA0240.pdf |

Dear Kelly Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Respectfully,
**Anthony Cason** ✉
Grants Officer, Office of the Comptroller (PRM/C)
Bureau of Population, Refugees, and Migration | U.S. Department of State

A-00000975795



**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

JESUIT REFUGEE SERVICE USA DBA JRS USA
Kelly Ryan
1627 K ST NW STE 1100
WASHINGTON, DC
20006-1710 USA

REF:  SPRMCO24CA0240; Sustaining Hope, Building Resilience for IDPs, Returnees, and their Community in Ninewa Plain, Duhok and Erbil.

Dear Kelly Ryan:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

*Anthony Cason*

Anthony Cason

CAR 481

A-00000975795

| | |
|---|---|
| **From:** | Morgan, Hurist |
| **Sent:** | Thu, 27 Feb 2025 16:46:28 +0000 |
| **To:** | Scott MOREY; Claudio RINI |
| **Cc:** | Jimenez, Jennyfer J; Taylor, Karen E; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award SPRMCO24CA0106 in MyGrants |
| **Attachments:** | Attachment A.pdf |

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,

*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State
2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520
Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975804



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Terre des hommes Foundation
Scott Morey
Route des Plaines-du-Loup 55
Lausanne, Switzerland 1018

REF:  SPRMCO24CA0106; Psychosocial Services and Training Institute in Cairo (PSTIC) Facilitation of mental health, psychosocial well-being, and protection for refugees, asylum seekers, and host communities

Dear Scott:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Hurist Morgan

A-00000975804

| | |
|---|---|
| **From:** | Morgan, Hurist |
| **Sent:** | Thu, 27 Feb 2025 16:46:28 +0000 |
| **To:** | Scott MOREY; Claudio RINI |
| **Cc:** | Jimenez, Jennyfer J; Taylor, Karen E; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award SPRMCO24CA0106 in MyGrants |
| **Attachments:** | Attachment A.pdf |

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,

*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State

2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520

Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975804

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Terre des hommes Foundation
Scott Morey
Route des Plaines-du-Loup 55
Lausanne, Switzerland 1018

REF:  SPRMCO24CA0106; Psychosocial Services and Training Institute in Cairo
(PSTIC) Facilitation of mental health, psychosocial well-being, and protection for
refugees, asylum seekers, and host communities

Dear Scott:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Hurist Morgan

A-00000975804

| **From:** | Morgan, Hurist |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 16:46:28 +0000 |
| **To:** | Scott MOREY; Claudio RINI |
| **Cc:** | Jimenez, Jennyfer J; Taylor, Karen E; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award SPRMCO24CA0106 in MyGrants |
| **Attachments:** | Attachment A.pdf |

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,

*Hurist Morgan*
Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State
2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520
Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975804



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Terre des hommes Foundation
Scott Morey
Route des Plaines-du-Loup 55
Lausanne, Switzerland 1018

REF: SPRMCO24CA0106; Psychosocial Services and Training Institute in Cairo
(PSTIC) Facilitation of mental health, psychosocial well-being, and protection for
refugees, asylum seekers, and host communities

Dear Scott:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Hurist Morgan

CAR 487

A-00000975804

| | |
|---|---|
| **From:** | Morgan, Hurist |
| **Sent:** | Wed, 26 Feb 2025 23:02:31 +0000 |
| **To:** | Sarahna Khatri; Jennifer Sime |
| **Cc:** | Stegura, Christina M; Shaw, Gregory J; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Award SPRMCO24CA0249 in MyGrants |
| **Attachments:** | Attachment A.pdf |

Hello,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Thank you,

*Hurist Morgan*

Grants Officer · Office of the Comptroller · BPRM · U.S. Department of State

2201 C Street, NW · SA-9, 8TH Floor · Washington, DC 20520

Desk Phone: 771-205-2344 · Mobile: 202-805-8996 · FAX: 202-453-9395

A-00000975886



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Mercy Corps
Sarahna  Khatri
45 SW Ankeny St.
Portland, OR 97204-3504

REF:  SPRMCO24CA0249; Program for Retention, Enrollment and Protection in
schools, and Access to Livelihoods (PREP-ALL) for Afghan Refugees and host
communities in peri-urban Quetta and Pishin

Dear Sarahna:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Hurist Morgan

A-00000975886

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 00:46:41 +0000 |
| **To:** | Karl Erdmann |
| **Cc:** | PRM-Comp-Mgt; Davenport, Heather |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Americares |
| [SPRMCO24CA02832] | |
| **Attachments:** | Notice of Termination Letter Americares- 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0232] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975787



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Karl Erdmann
Americares Foundation, Inc.
88 Hamilton Ave.
Stamford, CT USA 06902

REF: SPRMCO24CA0232; Health Services for Venezuelan Migrants and other Populations of Concern in Colombia

Dear Karl Erdmann:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 491

A-00000975787

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 02:05:22 +0000 |
| **To:** | Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Stegura, Christina M |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - RI SPRMCO24CA0244 |
| **Attachments:** | Notice of Termination Letter RI 24CA0244 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0244] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975880



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0244; Promoting Afghan Children's Education (PACE)

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975880

| **From:** | Rosello Cintron, Ashley M |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 02:05:22 +0000 |
| **To:** | Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Stegura, Christina M |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - RI SPRMCO24CA0244 |
| **Attachments:** | Notice of Termination Letter RI 24CA0244 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0244] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975880



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF: SPRMCO24CA0244; Promoting Afghan Children's Education (PACE)

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975880

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 02:05:22 +0000 |
| **To:** | Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Stegura, Christina M |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - RI SPRMCO24CA0244 |
| **Attachments:** | Notice of Termination Letter RI 24CA0244 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0244] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975880

**Department of State**



**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0244; Promoting Afghan Children's Education (PACE)

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975880

**From:**       Rosello Cintron, Ashley M
**Sent:**       Thu, 27 Feb 2025 02:05:22 +0000
**To:**         Mohamed Mostafa (RI/GLOBAL)
**Cc:**         PRM-Comp-Mgt; Stegura, Christina M
**Subject:**    Termination of PRM Awards Effective 2/26/2025 - RI SPRMCO24CA0244
**Attachments:** Notice of Termination Letter RI 24CA0244 - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0244] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975880



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0244; Promoting Afghan Children's Education (PACE)

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975880

**From:**        Rosello Cintron, Ashley M
**Sent:**        Thu, 27 Feb 2025 00:58:35 +0000
**To:**          Abdullah Bezhan
**Cc:**          PRM-Comp-Mgt; Ramirez, Melissa
**Subject:**     Termination of PRM Awards Effective 2/26/2025 - CFI [SPRMCO24CA0221]
**Attachments:** Notice of Termination Letter CFI - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0221] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975904



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Abdullah Bezhan
Childfund International USA
2821 EMERYWOOD PARKWAY
RICHMOND, VA 23294, USA

REF:  SPRMCO24CA0221; New Roots: Gender Inclusive, Transformative, and
Equitable access to services for vulnerable and underserved migrants, refugees, asylum
seekers, and host community members in Ecuador.

Dear Abdullah Bezhan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 501

A-00000975904

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 00:58:35 +0000 |
| **To:** | Abdullah Bezhan |
| **Cc:** | PRM-Comp-Mgt; Ramirez, Melissa |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - CFI [SPRMCO24CA0221] |
| **Attachments:** | Notice of Termination Letter CFI - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0221] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

CAR 502

A-00000975904

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Abdullah Bezhan
Childfund International USA
2821 EMERYWOOD PARKWAY
RICHMOND, VA 23294, USA

REF:  SPRMCO24CA0221; New Roots: Gender Inclusive, Transformative, and
Equitable access to services for vulnerable and underserved migrants, refugees, asylum
seekers, and host community members in Ecuador.

Dear Abdullah Bezhan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975904

**From:**          Rosello Cintron, Ashley M
**Sent:**          Thu, 27 Feb 2025 00:58:35 +0000
**To:**            Abdullah Bezhan
**Cc:**             PRM-Comp-Mgt; Ramirez, Melissa
**Subject:**        Termination of PRM Awards Effective 2/26/2025 - CFI [SPRMCO24CA0221]
**Attachments:**   Notice of Termination Letter CFI - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0221] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975904

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Abdullah Bezhan
Childfund International USA
2821 EMERYWOOD PARKWAY
RICHMOND, VA 23294, USA

REF:  SPRMCO24CA0221; New Roots: Gender Inclusive, Transformative, and
Equitable access to services for vulnerable and underserved migrants, refugees, asylum
seekers, and host community members in Ecuador.

Dear Abdullah Bezhan:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 505

A-00000975904

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:14:19 +0000 |
| **To:** | Eldar Kekic |
| **Cc:** | PRM-Comp-Mgt; Lee, Ellen K |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - WRC [SPRMCO24CA0290] |
| **Attachments:** | Notice of Termination Letter WRC - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0290] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975864

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Eldar Kekic
Women's Refugee Commission, Inc.
15 W 37TH ST FL 9
NEW YORK, NY
10018-5381
USA

REF:  SPRMCO24CA0290; Refugee Self-Reliance Initiative (RSRI) - Solution

Dear Eldar Kekic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975864

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:14:19 +0000 |
| **To:** | Eldar Kekic |
| **Cc:** | PRM-Comp-Mgt; Lee, Ellen K |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - WRC [SPRMCO24CA0290] |
| **Attachments:** | Notice of Termination Letter WRC - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0290] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975864



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Eldar Kekic
Women's Refugee Commission, Inc.
15 W 37TH ST FL 9
NEW YORK, NY
10018-5381
USA

REF:  SPRMCO24CA0290; Refugee Self-Reliance Initiative (RSRI) - Solution

Dear Eldar Kekic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 509

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:14:19 +0000 |
| **To:** | Eldar Kekic |
| **Cc:** | PRM-Comp-Mgt; Lee, Ellen K |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - WRC [SPRMCO24CA0290] |
| **Attachments:** | Notice of Termination Letter WRC - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0290] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975864

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Eldar Kekic
Women's Refugee Commission, Inc.
15 W 37TH ST FL 9
NEW YORK, NY
10018-5381
USA

REF:  SPRMCO24CA0290; Refugee Self-Reliance Initiative (RSRI) - Solution

Dear Eldar Kekic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975864

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:27:12 +0000 |
| **To:** | John Ashby |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Near East Foundation [SPRMCO24CA0289] |
| **Attachments:** | Notice of Termination Letter SPRMCO24CA0289 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0289] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975861

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

John Ashby
Near East Foundation
110 W FAYETTE ST STE 710
SYRACUSE, NY
13202, USA

REF: SPRMCO24CA0289; Empowering Refugees and Lebanese through Integrated
Support Systems (ERLISS).

Dear John Ashby:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975861

**From:**       Rosello Cintron, Ashley M
**Sent:**       Thu, 27 Feb 2025 01:27:12 +0000
**To:**         John Ashby
**Cc:**         PRM-Comp-Mgt; Roberts, Mitchell C
**Subject:**    Termination of PRM Awards Effective 2/26/2025 - Near East Foundation
[SPRMCO24CA0289]
**Attachments:** Notice of Termination Letter SPRMCO24CA0289 - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0289] award
is immediately terminated. This award no longer effectuates agency priorities and is terminated
in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR
200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975861



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

John Ashby
Near East Foundation
110 W FAYETTE ST STE 710
SYRACUSE, NY
13202, USA

REF: SPRMCO24CA0289; Empowering Refugees and Lebanese through Integrated
Support Systems (ERLISS).

Dear John Ashby:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 515

A-00000975861

**From:**         Rosello Cintron, Ashley M
**Sent:**         Thu, 27 Feb 2025 01:27:12 +0000
**To:**           John Ashby
**Cc:**           PRM-Comp-Mgt; Roberts, Mitchell C
**Subject:**      Termination of PRM Awards Effective 2/26/2025 - Near East Foundation
[SPRMCO24CA0289]
**Attachments:**  Notice of Termination Letter SPRMCO24CA0289 - 2.25.25.pdf


The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0289] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975861

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

John Ashby
Near East Foundation
110 W FAYETTE ST STE 710
SYRACUSE, NY
13202, USA

REF: SPRMCO24CA0289; Empowering Refugees and Lebanese through Integrated Support Systems (ERLISS).

Dear John Ashby:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975861

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 02:07:56 +0000 |
| **To:** | Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Refugee Social Services [SPRMCO24CA0284] |
| **Attachments:** | Notice of Termination Letter RI 24CA0284 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0284] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975793



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0284; Nurturing Futures for Children and Youth (NFCY)

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975793

**From:**        Rosello Cintron, Ashley M
**Sent:**        Thu, 27 Feb 2025 02:07:56 +0000
**To:**          Mohamed Mostafa (RI/GLOBAL)
**Cc:**          PRM-Comp-Mgt; Roberts, Mitchell C
**Subject:**     Termination of PRM Awards Effective 2/26/2025 - Refugee Social Services
[SPRMCO24CA0284]
**Attachments:** Notice of Termination Letter RI 24CA0284 - 2.25.25.pdf


The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0284] award
is immediately terminated. This award no longer effectuates agency priorities and is terminated
in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR
200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modification terminating this award.


Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975793

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0284; Nurturing Futures for Children and Youth (NFCY)

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975793

**From:**        Rosello Cintron, Ashley M
**Sent:**        Thu, 27 Feb 2025 01:52:47 +0000
**To:**          Yasmin; Sizwe
**Cc:**          PRM-Comp-Mgt; Narayanan, Sushil; Torres, Mirna R (Pretoria)
**Subject:**     Termination of PRM Awards Effective 2/26/2025 - Refugee Social Services [SPRMCO24CA0225]
**Attachments:** Notice of Termination Letter RSS 24CA0225- 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0225] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975863



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Yasmin Rajah
Refugee Social Services
20 DIAKONIA AVENUE
DURBAN CENTRAL,
4001, ZAF

REF:  SPRMCO24CA0225; Humanitarian Protection and Assistance to Forcibly
Displaced Persons (FDPs) in South Africa (Special Needs Programme).

Dear Yasmin Rajah:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975863

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:52:47 +0000 |
| **To:** | Yasmin; Sizwe |
| **Cc:** | PRM-Comp-Mgt; Narayanan, Sushil; Torres, Mirna R (Pretoria) |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Refugee Social Services [SPRMCO24CA0225] |
| **Attachments:** | Notice of Termination Letter RSS 24CA0225- 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0225] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975863



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

 Yasmin Rajah
Refugee Social Services
20 DIAKONIA AVENUE
DURBAN CENTRAL,
4001, ZAF

REF:  SPRMCO24CA0225; Humanitarian Protection and Assistance to Forcibly Displaced Persons (FDPs) in South Africa (Special Needs Programme).

Dear Yasmin Rajah:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 525

**From:**        Rosello Cintron, Ashley M
**Sent:**        Thu, 27 Feb 2025 01:52:47 +0000
**To:**          Yasmin; Sizwe
**Cc:**          PRM-Comp-Mgt; Narayanan, Sushil; Torres, Mirna R (Pretoria)
**Subject:**     Termination of PRM Awards Effective 2/26/2025 - Refugee Social Services
[SPRMCO24CA0225]
**Attachments:** Notice of Termination Letter RSS 24CA0225- 2.25.25.pdf


The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0225] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975863

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Yasmin Rajah
Refugee Social Services
20 DIAKONIA AVENUE
DURBAN CENTRAL,
4001, ZAF

REF:  SPRMCO24CA0225; Humanitarian Protection and Assistance to Forcibly
Displaced Persons (FDPs) in South Africa (Special Needs Programme).

Dear Yasmin Rajah:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 527

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 02:07:56 +0000 |
| **To:** | Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Refugee Social Services |
| [SPRMCO24CA0284] | |
| **Attachments:** | Notice of Termination Letter RI 24CA0284 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0284] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975793

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0284; Nurturing Futures for Children and Youth (NFCY)

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 529

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:12:23 +0000 |
| **To:** | John Ashby |
| **Cc:** | PRM-Comp-Mgt; Test, Sara |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Near East Foundation [SPRMCO24CA0288] |
| **Attachments:** | Notice of Termination Letter SPRMCO24CA0288 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0288] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975902



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

John Ashby
Near East Foundation
110 W FAYETTE ST STE 710
SYRACUSE, NY
13202, USA

REF: SPRMCO24CA0288; Advancing the social and economic well-being of vulnerable refugee and Jordanian women.

Dear John Ashby:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975902

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:12:23 +0000 |
| **To:** | John Ashby |
| **Cc:** | PRM-Comp-Mgt; Test, Sara |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Near East Foundation [SPRMCO24CA0288] |
| **Attachments:** | Notice of Termination Letter SPRMCO24CA0288 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0288] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975902



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

John Ashby
Near East Foundation
110 W FAYETTE ST STE 710
SYRACUSE, NY
13202, USA

REF: SPRMCO24CA0288; Advancing the social and economic well-being of vulnerable refugee and Jordanian women.

Dear John Ashby:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975902

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 01:12:23 +0000 |
| **To:** | John Ashby |
| **Cc:** | PRM-Comp-Mgt; Test, Sara |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - Near East Foundation [SPRMCO24CA0288] |
| **Attachments:** | Notice of Termination Letter SPRMCO24CA0288 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0288] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975902



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

John Ashby
Near East Foundation
110 W FAYETTE ST STE 710
SYRACUSE, NY
13202, USA

REF: SPRMCO24CA0288; Advancing the social and economic well-being of vulnerable refugee and Jordanian women.

Dear John Ashby:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975902

| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 02:05:27 +0000 |
| **To:** | Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Test, Sara |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - RI SPRMCO24CA0114 |
| **Attachments:** | Notice of Termination Letter RI 24CA0114- 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0114] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975805

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0114; "Bridging the Gap": Ensuring access to education and employment opportunities for vulnerable Syrian refugee and Jordanian students during education system transition.

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 537

A-00000975805

**From:**        Rosello Cintron, Ashley M
**Sent:**        Thu, 27 Feb 2025 02:05:27 +0000
**To:**          Mohamed Mostafa (RI/GLOBAL)
**Cc:**          PRM-Comp-Mgt; Test, Sara
**Subject:**     Termination of PRM Awards Effective 2/26/2025 - RI SPRMCO24CA0114
**Attachments:** Notice of Termination Letter RI 24CA0114- 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0114] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975805

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0114; "Bridging the Gap": Ensuring access to education and employment opportunities for vulnerable Syrian refugee and Jordanian students during education system transition.

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975805

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 02:05:27 +0000 |
| **To:** | Mohamed Mostafa (RI/GLOBAL) |
| **Cc:** | PRM-Comp-Mgt; Test, Sara |
| **Subject:** | Termination of PRM Awards Effective 2/26/2025 - RI SPRMCO24CA0114 |
| **Attachments:** | Notice of Termination Letter RI 24CA0114- 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0114] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975805

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Mohamed Mostafa
Relief International
1101 14TH ST NW STE 710
WASHINGTON, DC
20005-5601, USA

REF:  SPRMCO24CA0114; "Bridging the Gap": Ensuring access to education and employment opportunities for vulnerable Syrian refugee and Jordanian students during education system transition.

Dear Mohamed Mostafa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975805

**From:** Kennedy, Lindsay C
**Sent:** Thu, 27 Feb 2025 00:15:37 +0000
**To:** Fleury, Anjali; d'Ovidio, Francesco
**Cc:** PRM-Comp-Mgt; Iovescu, Corina; Mongin, Leslie M; Aslou, Anthony J; Stewart, Heather A; Ryou, Kathleen
**Subject:** Termination of PRM awards effective February 27, 2025 - ILO
**Attachments:** SPRMCO23VC0128-M003_Draft.pdf, SPRMCO23VC0128 - Notice of Termination Letter - ILO.pdf, SPRMCO24VC0236-M001_Draft.pdf, SPRMCO24VC0236 - Notice of Termination Letter - ILO.pdf, SPRMCO25VC0024-M001_Draft.pdf, SPRMCO25VC0024 - Notice of Termination Letter - ILO.pdf

The U.S. Department of State hereby notifies the recipient that these awards are immediately terminated. These awards no longer effectuate agency priorities and are terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modifications terminating the awards.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Friday, January 24, 2025 11:17 PM
**To:** Fleury, Anjali <fleurya@ilo.org>; d'Ovidio, Francesco <dovidio@ilo.org>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Iovescu, Corina <IovescuC@state.gov>; Mongin, Leslie M <MonginLM@state.gov>; Aslou, Anthony J <AslouAJ@state.gov>; Stewart, Heather A <StewartHA@state.gov>
**Subject:** Suspension of PRM Awards to ILO Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975879



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | ☐ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant<br><br>☐ Property Grant<br><br>☑ Voluntary Contribution |
| 4. Recipient POC: Anjali Fleury<br>Phone Number: +41 22 799 7387<br>Email: fleurya@ilo.org | |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO23VC0128 |
| 11. Period of Performance<br>Start Date  2023-09-30          End Date  2025-02-27 | | 12. Amendment Number<br>M003 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $3,932,537.00 | $0.00 | $3,932,537.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $3,932,537.00 | $0.00 | $3,932,537.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975879

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2023--19___X11430008-1037-PRM---SPRMCO23VC0128-4131--031000----- 2023FDSTRRM1438-SPRMCO23VC0128-M-KEN-HA.1 | $0.00 |
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO23VC0128-4131-RPPRT001-031000-- PRMOTRCR---2024FDSTRRM6128-SPRMCO23VC0128-M-KEN-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975879

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO23VC0128; Promoting Pathways to Economic Inclusion and Social Protection for Refugees and Host Communities in Kenya

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:47:57 +03'00'

Lindsay Kennedy

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO23VC0128; Promoting Pathways to Economic Inclusion and Social Protection for Refugees and Host Communities in Kenya

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
02:47:57 +03'00'

Lindsay Kennedy

A-00000975879

**U.S. Department of State**

# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | ☐ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant<br>☐ Property Grant<br>☑ Voluntary Contribution |
| 4. Recipient POC: Anjali Fleury<br>Phone Number: +41795586322<br>Email: fleury@ilo.org | |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24VC0236 |
| 11. Period of Performance<br>Start Date  2024-09-01          End Date   2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24VC0236-          $0.00<br>4131-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6128-<br>SPRMCO24VC0236-M-TUR-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $1,000,000.00 | $0.00 | $1,000,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $1,000,000.00 | $0.00 | $1,000,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions

☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name   Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-27 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 547

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO24VC0236; Decent and sustainable livelihood opportunities for All

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C
KENNEDY
Date: 2025.02.27
02:57:56 +03'00'

Lindsay Kennedy

CAR 548

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO24VC0236; Decent and sustainable livelihood opportunities for All

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:57:56 +03'00'

Lindsay Kennedy

CAR 549



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | ☐ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant |
| 4. Recipient POC: Anjali Fleury<br>Phone Number: +41795586322<br>Email: fleury@ilo.org | ☐ Property Grant<br><br>☑ Voluntary Contribution |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO25VC0024 |
| 11. Period of Performance<br>Start Date 2025-01-15    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2025--19___X11430009-1037-PRM-2512--          $0.00<br>SPRMCO25VC0024-4131-RPADM005-031000-----<br>2025FDSTRRM5100-SPRMCO25VC0024-M-QX1-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,600,000.00 | $0.00 | $2,600,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,600,000.00 | $0.00 | $2,600,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-27 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 550
Page: 1 of 1

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO25VC0024; Facilitating Labor Pathways from Colombia and Ecuador
for Both Nationals and Migrants

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C Digitally signed by
LINDSAY C KENNEDY
KENNEDY Date: 2025.02.27
03:08:47 +03'00'

Lindsay Kennedy

CAR 551

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO25VC0024; Facilitating Labor Pathways from Colombia and Ecuador for Both Nationals and Migrants

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C    Digitally signed by
KENNEDY     LINDSAY C KENNEDY
Date: 2025.02.27
03:08:47 +03'00'

Lindsay Kennedy

CAR 552

**From:**        Kennedy, Lindsay C
**Sent:**        Thu, 27 Feb 2025 00:15:37 +0000
**To:**          Fleury, Anjali; d'Ovidio, Francesco
**Cc:**          PRM-Comp-Mgt; Iovescu, Corina; Mongin, Leslie M; Aslou, Anthony J; Stewart, Heather A; Ryou, Kathleen
**Subject:**     Termination of PRM awards effective February 27, 2025 - ILO
**Attachments:**  SPRMCO23VC0128-M003_Draft.pdf, SPRMCO23VC0128 - Notice of Termination Letter - ILO.pdf, SPRMCO24VC0236-M001_Draft.pdf, SPRMCO24VC0236 - Notice of Termination Letter - ILO.pdf, SPRMCO25VC0024-M001_Draft.pdf, SPRMCO25VC0024 - Notice of Termination Letter - ILO.pdf

The U.S. Department of State hereby notifies the recipient that these awards are immediately terminated. These awards no longer effectuate agency priorities and are terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modifications terminating the awards.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Friday, January 24, 2025 11:17 PM
**To:** Fleury, Anjali <fleurya@ilo.org>; d'Ovidio, Francesco <dovidio@ilo.org>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Iovescu, Corina <IovescuC@state.gov>; Mongin, Leslie M <MonginLM@state.gov>; Aslou, Anthony J <AslouAJ@state.gov>; Stewart, Heather A <StewartHA@state.gov>
**Subject:** Suspension of PRM Awards to ILO Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975879



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |
|---|---|

| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | ☐ Cooperative Agreement |
|---|---|

☐ Fixed Amount Award

☐ Grant

| 4. Recipient POC: Anjali Fleury<br>Phone Number: +41 22 799 7387<br>Email: fleurya@ilo.org | ☐ Property Grant |
|---|---|

☐ Property Grant

☑ Voluntary Contribution

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO23VC0128 |
| 11. Period of Performance<br>Start Date 2023-09-30     End Date 2025-02-27 | | 12. Amendment Number<br>M003 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $3,932,537.00 | $0.00 | $3,932,537.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $3,932,537.00 | $0.00 | $3,932,537.00 |

**16. Purpose of the Federal Award Activity**

This award has been terminated in alignment with an Executive Order or ALDAC.

**17. Specific Award Conditions**
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975879

SPRMCO23VC0128-M003

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2023--19___X11430008-1037-PRM---SPRMCO23VC0128-4131--031000-----2023FDSTRRM1438-SPRMCO23VC0128-M-KEN-HA.1 | $0.00 |
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO23VC0128-4131-RPPRT001-031000--PRMOTRCR---2024FDSTRRM6128-SPRMCO23VC0128-M-KEN-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO23VC0128; Promoting Pathways to Economic Inclusion and Social
Protection for Refugees and Host Communities in Kenya

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
02:47:57 +03'00'

Lindsay Kennedy

CAR 556

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO23VC0128; Promoting Pathways to Economic Inclusion and Social
Protection for Refugees and Host Communities in Kenya

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C Digitally signed by
LINDSAY C KENNEDY
KENNEDY Date: 2025.02.27
02:47:57 +03'00'

Lindsay Kennedy

A-00000975879



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |
|---|---|

| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | ☐ Cooperative Agreement |
|---|---|

☐ Fixed Amount Award

☐ Grant

| 4. Recipient POC: Anjali Fleury<br>Phone Number: +41795586322<br>Email: fleury@ilo.org | ☐ Property Grant<br>☑ Voluntary Contribution |
|---|---|

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|

| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24VC0236 |
|---|---|---|

| 11. Period of Performance<br>Start Date 2024-09-01    End Date 2025-02-27 | 12. Amendment Number<br>M001 |
|---|---|

| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24VC0236-    $0.00<br>4131-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6128-<br>SPRMCO24VC0236-M-TUR-HA.1 | 14. Funds Certified By |
|---|---|

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $1,000,000.00 | $0.00 | $1,000,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $1,000,000.00 | $0.00 | $1,000,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions

☐ Attached

| Agreement |
|---|

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
|---|---|
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-27 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO24VC0236; Decent and sustainable livelihood opportunities for All

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C     Digitally signed by
KENNEDY      LINDSAY C
             KENNEDY
             Date: 2025.02.27
             02:57:56 +03'00'

Lindsay Kennedy

CAR 559

A-00000975879

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO24VC0236; Decent and sustainable livelihood opportunities for All

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C    Digitally signed by
KENNEDY      LINDSAY C KENNEDY
             Date: 2025.02.27
             02:57:56 +03'00'

Lindsay Kennedy

A-00000975879

**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name | 2. Assistance Type: |
|---|---|
| INTERNATIONAL LABOR ORGANIZATION | |

| 3. Address | |
|---|---|
| 900 19TH ST NW STE 300 WASHINGTON, DC 20006-2124 USA | ☐ Cooperative Agreement |
| | ☐ Fixed Amount Award |
| | ☐ Grant |

| 4. Recipient POC: Anjali Fleury | ☐ Property Grant |
|---|---|
| Phone Number: +41795586322 | |
| Email: fleury@ilo.org | ☑ Voluntary Contribution |

| 5. Type of Entity | 6. Unique Entity Identifier | 7. EIN/ TIN |
|---|---|---|
| Public International Organization | WFSWKBTM1Z53 | ********** |

| 8. Assistance Listing Number | 9. Statutory Authority for Assistance | 10. Award Number |
|---|---|---|
| 19.515 | Migration/Refugee Act | SPRMCO25VC0024 |

| 11. Period of Performance | | 12. Amendment Number |
|---|---|---|
| Start Date  2025-01-15    End Date  2025-02-27 | | M001 |

| 13. Accounting and Appropriation Data | 14. Funds Certified By |
|---|---|
| 1900-2025--19___X11430009-1037-PRM-2512-- $0.00 SPRMCO25VC0024-4131-RPADM005-031000----- 2025FDSTRRM5100-SPRMCO25VC0024-M-QX1-HA.1 | |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,600,000.00 | $0.00 | $2,600,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,600,000.00 | $0.00 | $2,600,000.00 |

**16. Purpose of the Federal Award Activity**

This award has been terminated in alignment with an Executive Order or ALDAC.

**17. Specific Award Conditions**
☐ Attached

| Agreement | |
|---|---|

The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.

| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
|---|---|
| 18b. Recipient Signature | 19b. Grants Officer Signature *Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy) 2025-02-27 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 561
Page:  1 of 1

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO25VC0024; Facilitating Labor Pathways from Colombia and Ecuador
for Both Nationals and Migrants

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C   Digitally signed by
            LINDSAY C KENNEDY
KENNEDY     Date: 2025.02.27
            03:08:47 +03'00'

Lindsay Kennedy

CAR 562

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO25VC0024; Facilitating Labor Pathways from Colombia and Ecuador for Both Nationals and Migrants

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
03:08:47 +03'00'

Lindsay Kennedy

A-00000975879

**From:** Kennedy, Lindsay C
**Sent:** Thu, 27 Feb 2025 00:15:37 +0000
**To:** Fleury, Anjali; d'Ovidio, Francesco
**Cc:** PRM-Comp-Mgt; Iovescu, Corina; Mongin, Leslie M; Aslou, Anthony J; Stewart, Heather A; Ryou, Kathleen
**Subject:** Termination of PRM awards effective February 27, 2025 - ILO
**Attachments:** SPRMCO23VC0128-M003_Draft.pdf, SPRMCO23VC0128 - Notice of Termination Letter - ILO.pdf, SPRMCO24VC0236-M001_Draft.pdf, SPRMCO24VC0236 - Notice of Termination Letter - ILO.pdf, SPRMCO25VC0024-M001_Draft.pdf, SPRMCO25VC0024 - Notice of Termination Letter - ILO.pdf

The U.S. Department of State hereby notifies the recipient that these awards are immediately terminated. These awards no longer effectuate agency priorities and are terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modifications terminating the awards.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Friday, January 24, 2025 11:17 PM
**To:** Fleury, Anjali <fleurya@ilo.org>; d'Ovidio, Francesco <dovidio@ilo.org>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; Iovescu, Corina <IovescuC@state.gov>; Mongin, Leslie M <MonginLM@state.gov>; Aslou, Anthony J <AslouAJ@state.gov>; Stewart, Heather A <StewartHA@state.gov>
**Subject:** Suspension of PRM Awards to ILO Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975879



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | ☐ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant |
| 4. Recipient POC: Anjali Fleury<br>Phone Number: +41 22 799 7387<br>Email: fleurya@ilo.org | ☐ Property Grant<br><br>☑ Voluntary Contribution |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO23VC0128 |
| 11. Period of Performance<br>Start Date 2023-09-30   End Date 2025-02-27 | | 12. Amendment Number<br>M003 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $3,932,537.00 | $0.00 | $3,932,537.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $3,932,537.00 | $0.00 | $3,932,537.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 565

SPRMCO23VC0128-M003

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2023--19___X11430008-1037-PRM---SPRMCO23VC0128-4131--031000----- 2023FDSTRRM1438-SPRMCO23VC0128-M-KEN-HA.1 | $0.00 |
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO23VC0128-4131-RPPRT001-031000-- PRMOTRCR---2024FDSTRRM6128-SPRMCO23VC0128-M-KEN-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO23VC0128; Promoting Pathways to Economic Inclusion and Social Protection for Refugees and Host Communities in Kenya

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:47:57 +03'00'

Lindsay Kennedy

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO23VC0128; Promoting Pathways to Economic Inclusion and Social Protection for Refugees and Host Communities in Kenya

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:47:57 +03'00'

Lindsay Kennedy

A-00000975879



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |
|---|---|

2. Assistance Type:

☐ Cooperative Agreement

☐ Fixed Amount Award

☐ Grant

☐ Property Grant

☑ Voluntary Contribution

| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | |

| 4. Recipient POC: Anjali Fleury<br>Phone Number: +41795586322<br>Email: fleury@ilo.org | |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24VC0236 |
| 11. Period of Performance<br>Start Date 2024-09-01    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24VC0236-    $0.00<br>4131-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6128-<br>SPRMCO24VC0236-M-TUR-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $1,000,000.00 | $0.00 | $1,000,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $1,000,000.00 | $0.00 | $1,000,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name | 19a. Grants Officer Name   Lindsay Kennedy |
|---|---|
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-27 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO24VC0236; Decent and sustainable livelihood opportunities for All

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:57:56 +03'00'

Lindsay Kennedy

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO24VC0236; Decent and sustainable livelihood opportunities for All

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C
KENNEDY
Date: 2025.02.27
02:57:56 +03'00'

Lindsay Kennedy

A-00000975879

**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| | |
|---|---|
| 1. Recipient Name<br>INTERNATIONAL LABOR ORGANIZATION | 2. Assistance Type: |

| | |
|---|---|
| 3. Address<br>900 19TH ST NW STE 300<br>WASHINGTON, DC<br>20006-2124<br>USA | ☐ Cooperative Agreement |
| | ☐ Fixed Amount Award |
| 4. Recipient POC: Anjali Fleury | ☐ Grant |
| Phone Number: +41795586322 | ☐ Property Grant |
| Email: fleury@ilo.org | ☑ Voluntary Contribution |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>WFSWKBTM1Z53 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO25VC0024 |
| 11. Period of Performance<br>Start Date  2025-01-15        End Date   2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2025--19___X11430009-1037-PRM-2512--            $0.00<br>SPRMCO25VC0024-4131-RPADM005-031000-----<br>2025FDSTRRM5100-SPRMCO25VC0024-M-QX1-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,600,000.00 | $0.00 | $2,600,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,600,000.00 | $0.00 | $2,600,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-27 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

A-00000975879

**Department of State**

## Termination Notification

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO25VC0024; Facilitating Labor Pathways from Colombia and Ecuador for Both Nationals and Migrants

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
03:08:47 +03'00'

Lindsay Kennedy

A-00000975879

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Francesco d'Ovidio
International Labor Organization
4 Route des Morillons
Geneva, 1211
Switzerland

REF: SPRMCO25VC0024; Facilitating Labor Pathways from Colombia and Ecuador for Both Nationals and Migrants

Dear Mr. d'Ovidio:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
03:08:47 +03'00'

Lindsay Kennedy

CAR 574

**From:**      Kennedy, Lindsay C
**Sent:**      Wed, 26 Feb 2025 22:55:31 +0000
**To:**      Slavenko Djokic; Tsedenya Bizani
**Cc:**      Test, Sara; PRM-Comp-Mgt
**Subject:**      Termination of PRM awards effective February 27, 2025 - IOCC
**Attachments:**      SPRMCO24CA0110 - Notice of Termination Letter - IOCC.pdf,
SPRMCO24CA0110-M001_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:21 AM
**To:** Slavenko Djokic <sdjokic@iocc.org>; Tsedenya Bizani <tbizani@iocc.org>
**Cc:** Test, Sara <TestS@state.gov>; Tehan, Rebecca <TehanRI@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975842

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Slavenko Djokic
International Orthodox Christian Charities
110 West Rd, STE 360
Baltimore, MD 21204

REF: SPRMCO24CA0110; Access, Inclusion, & Empowerment: Support for Refugees
& Host Community Members with Impairments & Disabilities in Jordan - Phase II –
Year 2

Dear Mr. Djokic:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
00:21:22 +03'00'

Lindsay Kennedy

CAR 576

A-00000975842



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC | 2. Assistance Type: |
|---|---|

| 3. Address<br>110 WEST RD STE 360<br>BALTIMORE, MD<br>21204-2365<br>USA | ☑ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant |
|---|---|

| 4. Recipient POC: Slavenko Djokic<br>Phone Number:  +1 (410) 243-9820<br>Email: SDjokic@iocc.org | ☐ Property Grant<br><br>☐ Voluntary Contribution |
|---|---|

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>C1GCET5EFPJ8 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0110 |
| 11. Period of Performance<br>Start Date  2024-09-01          End Date  2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,368,000.00 | $0.00 | $2,368,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,368,000.00 | $0.00 | $2,368,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions

☐ Attached

| Agreement | |
|---|---|
| **The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.** | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975842

CAR 577
Page:  1 of 2

SPRMCO24CA0110-M001

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0110-4122-RPPRT001-031000--PRMOTRCR---2024FDSTRRM6183-SPRMCO24CA0110-M-JOR-HA.1 | $0.00 |
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0110-4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-SPRMCO24CA0110-M-JOR-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975842

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0110

2) FEDERAL SHARE OF AWARD:

   $(USD)2,368,000.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Access, Inclusion, & Empowerment: Support for Refugees & Host Community Members with Impairments & Disabilities in Jordan - Phase II – Year 2". The Recipient shall improve the quality of life and build the self-reliance of refugees and vulnerable Jordanians with impairments and disabilities in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-05-02 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM

CAR 579

A-00000975842

Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.   Grants Officer Representative:

- Name: Sara Test
- Bureau/Mission: OFCE OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-207-7617
- Email: TestS@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $317,109.00 | $317,109.00 |
| b) Fringe Benefits | $0.00 | $57,683.00 | $57,683.00 |
| c) Travel | $0.00 | $34,784.00 | $34,784.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $4,532.00 | $4,532.00 |
| f) Contractual | $0.00 | $1,601,681.00 | $1,601,681.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975842

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $24,359.00 | $24,359.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,040,148.00 | $2,040,148.00 |
| j) Indirect Costs | $0.00 | $327,852.00 | $327,852.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,368,000.00 | $2,368,000.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Provisional | 16.07 | Per the NICRA in Attachment A |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2024-01-26.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

A-00000975842

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

A-00000975842

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Amman

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

N/A

A-00000975842

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

   N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

21)  PROCUREMENT OF "COVERED MATERIALS":

   N/A

A-00000975842



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Slavenko Djokic
International Orthodox Christian Charities
110 West Rd, STE 360
Baltimore, MD 21204

REF: SPRMCO24CA0110; Access, Inclusion, & Empowerment: Support for Refugees & Host Community Members with Impairments & Disabilities in Jordan - Phase II – Year 2

Dear Mr. Djokic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:21:22 +03'00'

Lindsay Kennedy

A-00000975842

| | |
|---|---|
| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 22:55:31 +0000 |
| **To:** | Slavenko Djokic; Tsedenya Bizani |
| **Cc:** | Test, Sara; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - IOCC |
| **Attachments:** | SPRMCO24CA0110 - Notice of Termination Letter - IOCC.pdf, |
| SPRMCO24CA0110-M001_Draft.pdf | |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:21 AM
**To:** Slavenko Djokic <sdjokic@iocc.org>; Tsedenya Bizani <tbizani@iocc.org>
**Cc:** Test, Sara <TestS@state.gov>; Tehan, Rebecca <TehanRI@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975842

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Slavenko Djokic
International Orthodox Christian Charities
110 West Rd, STE 360
Baltimore, MD 21204

REF: SPRMCO24CA0110; Access, Inclusion, & Empowerment: Support for Refugees
& Host Community Members with Impairments & Disabilities in Jordan - Phase II –
Year 2

Dear Mr. Djokic:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C    Digitally signed by
LINDSAY C KENNEDY
KENNEDY    Date: 2025.02.27
00:21:22 +03'00'

Lindsay Kennedy

CAR 587

A-00000975842



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC | 2. Assistance Type: |
|---|---|
| 3. Address<br>110 WEST RD STE 360<br>BALTIMORE, MD<br>21204-2365<br>USA | ☑ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |
| 4. Recipient POC: Slavenko Djokic<br>Phone Number: +1 (410) 243-9820<br>Email: SDjokic@iocc.org | |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>C1GCET5EFPJ8 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0110 |
| 11. Period of Performance<br>Start Date 2024-09-01    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,368,000.00 | $0.00 | $2,368,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,368,000.00 | $0.00 | $2,368,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975842

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0110-4122-RPPRT001-031000--PRMOTRCR---2024FDSTRRM6183-SPRMCO24CA0110-M-JOR-HA.1 | $0.00 |
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0110-4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-SPRMCO24CA0110-M-JOR-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975842

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0110

2) FEDERAL SHARE OF AWARD:

   $(USD)2,368,000.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Access, Inclusion, & Empowerment: Support for Refugees & Host Community Members with Impairments & Disabilities in Jordan - Phase II – Year 2". The Recipient shall improve the quality of life and build the self-reliance of refugees and vulnerable Jordanians with impairments and disabilities in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-05-02 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM

CAR 590

A-00000975842

Funding – Section 5 within Attachment A to this award.

4)  CONTACT INFORMATION:

      a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

      b.   Grants Officer Representative:

- Name: Sara Test
- Bureau/Mission: OFCE OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-207-7617
- Email: TestS@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $317,109.00 | $317,109.00 |
| b) Fringe Benefits | $0.00 | $57,683.00 | $57,683.00 |
| c) Travel | $0.00 | $34,784.00 | $34,784.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $4,532.00 | $4,532.00 |
| f) Contractual | $0.00 | $1,601,681.00 | $1,601,681.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975842

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $24,359.00 | $24,359.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,040,148.00 | $2,040,148.00 |
| j) Indirect Costs | $0.00 | $327,852.00 | $327,852.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,368,000.00 | $2,368,000.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Provisional | 16.07 | Per the NICRA in Attachment A |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2024-01-26.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

A-00000975842

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

A-00000975842

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Amman

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

N/A

A-00000975842

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

   N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

21)  PROCUREMENT OF "COVERED MATERIALS":

   N/A

A-00000975842

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Slavenko Djokic
International Orthodox Christian Charities
110 West Rd, STE 360
Baltimore, MD 21204

REF: SPRMCO24CA0110; Access, Inclusion, & Empowerment: Support for Refugees & Host Community Members with Impairments & Disabilities in Jordan - Phase II – Year 2

Dear Mr. Djokic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:21:22 +03'00'

Lindsay Kennedy

A-00000975842

| | |
|---|---|
| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 22:55:31 +0000 |
| **To:** | Slavenko Djokic; Tsedenya Bizani |
| **Cc:** | Test, Sara; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - IOCC |
| **Attachments:** | SPRMCO24CA0110 - Notice of Termination Letter - IOCC.pdf, |

SPRMCO24CA0110-M001_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:21 AM
**To:** Slavenko Djokic <sdjokic@iocc.org>; Tsedenya Bizani <tbizani@iocc.org>
**Cc:** Test, Sara <TestS@state.gov>; Tehan, Rebecca <TehanRI@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975842



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Slavenko Djokic
International Orthodox Christian Charities
110 West Rd, STE 360
Baltimore, MD 21204

REF: SPRMCO24CA0110; Access, Inclusion, & Empowerment: Support for Refugees & Host Community Members with Impairments & Disabilities in Jordan - Phase II – Year 2

Dear Mr. Djokic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:21:22 +03'00'

Lindsay Kennedy

A-00000975842



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC | 2. Assistance Type: |
|---|---|

| 3. Address<br>110 WEST RD STE 360<br>BALTIMORE, MD<br>21204-2365<br>USA | ☑ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant<br><br>☐ Property Grant<br><br>☐ Voluntary Contribution |
|---|---|

| 4. Recipient POC: Slavenko Djokic<br>Phone Number: +1 (410) 243-9820<br>Email: SDjokic@iocc.org | |
|---|---|

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>C1GCET5EFPJ8 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0110 |
| 11. Period of Performance<br>Start Date 2024-09-01    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,368,000.00 | $0.00 | $2,368,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,368,000.00 | $0.00 | $2,368,000.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PBM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0110-4122-RPPRT001-031000--PRMOTRCR---2024FDSTRRM6183-SPRMCO24CA0110-M-JOR-HA.1 | $0.00 |
| 1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0110-4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-SPRMCO24CA0110-M-JOR-HA.1 | $0.00 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

A-00000975842

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0110

2) FEDERAL SHARE OF AWARD:

   $(USD)2,368,000.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      INTERNATIONAL ORTHODOX CHRISTIAN CHARITIES INC (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Access, Inclusion, & Empowerment: Support for Refugees & Host Community Members with Impairments & Disabilities in Jordan - Phase II – Year 2". The Recipient shall improve the quality of life and build the self-reliance of refugees and vulnerable Jordanians with impairments and disabilities in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-05-02 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM

CAR 601

A-00000975842

Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.   Grants Officer Representative:

- Name: Sara Test
- Bureau/Mission: OFCE OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-207-7617
- Email: TestS@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $317,109.00 | $317,109.00 |
| b) Fringe Benefits | $0.00 | $57,683.00 | $57,683.00 |
| c) Travel | $0.00 | $34,784.00 | $34,784.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $4,532.00 | $4,532.00 |
| f) Contractual | $0.00 | $1,601,681.00 | $1,601,681.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975842

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $24,359.00 | $24,359.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,040,148.00 | $2,040,148.00 |
| j) Indirect Costs | $0.00 | $327,852.00 | $327,852.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,368,000.00 | $2,368,000.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Provisional | 16.07 | Per the NICRA in Attachment A |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2024-01-26.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

A-00000975842

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

A-00000975842

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Amman

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

N/A

A-00000975842

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16) SPECIFIC CONDITIONS:

   N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

21) PROCUREMENT OF "COVERED MATERIALS":

   N/A

A-00000975842

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Slavenko Djokic
International Orthodox Christian Charities
110 West Rd, STE 360
Baltimore, MD 21204

REF: SPRMCO24CA0110; Access, Inclusion, & Empowerment: Support for Refugees & Host Community Members with Impairments & Disabilities in Jordan - Phase II – Year 2

Dear Mr. Djokic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:21:22 +03'00'

Lindsay Kennedy

A-00000975842

| | |
|---|---|
| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 22:47:17 +0000 |
| **To:** | Tolga Karakayalı; İlker Güney |
| **Cc:** | Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - Mudem |
| **Attachments:** | SPRMCO24CA0132-M001_Draft.pdf, SPRMCO24CA0132 - Notice of Termination |

Letter - Mudem.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:34 AM
**To:** Tolga Karakayalı <tolga.karakayali@mudem.org>; İlker Güney <ilker.guney@mudem.org>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,


*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975899



### U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>MULTECI DESTEK DERNEGI | 2. Assistance Type: |
|---|---|

2. Assistance Type:

- ☑ Cooperative Agreement
- ☐ Fixed Amount Award
- ☐ Grant
- ☐ Property Grant
- ☐ Voluntary Contribution

| 3. Address<br>BIRLIK MAH. 406-SOKAK DISKAPINO:2- -KARDELEN APT. ICKAPINO:2<br>CANKAYA ANKARA,<br>06690<br>TUR | |
|---|---|

4. Recipient POC: Ilker Guney

Phone Number:  +9054982220 80

Email: ilker.guney@mudem.org

| 5. Type of Entity<br>Foreign NGO/PVO | 6. Unique Entity Identifier<br>Y8GFDVD1KKG3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0132 |
| 11. Period of Performance<br>Start Date  2024-09-26          End Date  2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0132-          $0.00<br>4122-RPEUR001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0132-M-TUR-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,446,452.00 | $0.00 | $2,446,452.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,446,452.00 | $0.00 | $2,446,452.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions

☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title      18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM)      19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975899

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

SPRMCO24CA0132

2) FEDERAL SHARE OF AWARD:

$(USD)2,446,452.00

3) PURPOSE AND OBJECTIVES OF AWARD:

1. Purpose:

MULTECI DESTEK DERNEGI (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

Provide "Improving Protection Mechanisms for Refugees in Türkiye". The Recipient shall continue improving and providing protection mechanisms in Eskişehir, Kırıkkale and Yalova for Syrian and non-Syrian asylum seekers and refugees through field offices by providing essential services on social, legal and health issues and psychosocial support, through individual protection case management. The offices are expected to mobilize protection mechanisms provided by local authorities and other stakeholders in the field through referrals and advocacy activities in accordance with the proposal (Attachment A to this award).

The Recipient shall carry out this award in accordance with its proposal dated 2024-05-02 and any revisions to which both parties agree to in writing.

The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by

A-00000975899

reference.

2. <u>Objectives and Expected Outcomes:</u> The Recipient agrees to perform the program and meet the specific objectives below:

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.   <u>Grants Officer:</u>

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.   <u>Grants Officer Representative:</u>

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-205-5599
- Email: monglinlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,407,978.00 | $1,407,978.00 |
| b) Fringe Benefits | $0.00 | $155,000.00 | $155,000.00 |
| c) Travel | $0.00 | $33,600.00 | $33,600.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |

CAR 611

A-00000975899

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| e) Supplies | $0.00 | $41,500.00 | $41,500.00 |
| f) Contractual | $0.00 | $236,940.00 | $236,940.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $571,434.00 | $571,434.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,446,452.00 | $2,446,452.00 |
| j) Indirect Costs | $0.00 | $0.00 | $0.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,446,452.00 | $2,446,452.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

N/A

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS)

A-00000975899

Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-26 | 2024-12-31 | 2025-01-30 |
| 2024-09-26 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-26 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975899

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-26 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13)  SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14)  WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

CAR 614

A-00000975899

MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16) SPECIFIC CONDITIONS:

   N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

A-00000975899

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975899

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Ilker Guney
Multeci Destek Dernegi
NO:24/7 Uskup Caddesi
Ankara, Turkiye 06690

REF: SPRMCO24CA0132; Improving Protection Mechanisms for Refugees in Türkiye

Dear Mr. Guney:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:38:08 +03'00'

Lindsay Kennedy

CAR 617

A-00000975899

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Ilker Guney
Multeci Destek Dernegi
NO:24/7 Uskup Caddesi
Ankara, Turkiye 06690

REF: SPRMCO24CA0132; Improving Protection Mechanisms for Refugees in Türkiye

Dear Mr. Guney:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:38:08 +03'00'

Lindsay Kennedy

A-00000975899

**From:**         Kennedy, Lindsay C
**Sent:**         Wed, 26 Feb 2025 22:47:17 +0000
**To:**           Tolga Karakayalı; İlker Güney
**Cc:**           Mongin, Leslie M; PRM-Comp-Mgt
**Subject:**      Termination of PRM awards effective February 27, 2025 - Mudem
**Attachments:**  SPRMCO24CA0132-M001_Draft.pdf, SPRMCO24CA0132 - Notice of Termination
Letter - Mudem.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:34 AM
**To:** Tolga Karakayalı <tolga.karakayali@mudem.org>; İlker Güney <ilker.guney@mudem.org>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975899



### U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>MULTECI DESTEK DERNEGI | 2. Assistance Type: |
|---|---|

| 3. Address<br>BIRLIK MAH. 406-SOKAK DISKAPINO:2- -KARDELEN APT. ICKAPINO:2<br>CANKAYA ANKARA,<br>06690<br>TUR | ☑ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant<br><br>☐ Property Grant<br><br>☐ Voluntary Contribution |
|---|---|

4. Recipient POC: Ilker Guney
Phone Number: +9054982220 80
Email: ilker.guney@mudem.org

| 5. Type of Entity<br>Foreign NGO/PVO | 6. Unique Entity Identifier<br>Y8GFDVD1KKG3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0132 |
| 11. Period of Performance<br>Start Date 2024-09-26    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0132-    $0.00<br>4122-RPEUR001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0132-M-TUR-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,446,452.00 | $0.00 | $2,446,452.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,446,452.00 | $0.00 | $2,446,452.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975899

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0132

2) FEDERAL SHARE OF AWARD:

   $(USD)2,446,452.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      MULTECI DESTEK DERNEGI (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Improving Protection Mechanisms for Refugees in Türkiye". The Recipient shall continue improving and providing protection mechanisms in Eskişehir, Kırıkkale and Yalova for Syrian and non-Syrian asylum seekers and refugees through field offices by providing essential services on social, legal and health issues and psychosocial support, through individual protection case management. The offices are expected to mobilize protection mechanisms provided by local authorities and other stakeholders in the field through referrals and advocacy activities in accordance with the proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-05-02 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by

A-00000975899

reference.

2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

a. Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

b. Grants Officer Representative:

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-205-5599
- Email: monglinlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,407,978.00 | $1,407,978.00 |
| b) Fringe Benefits | $0.00 | $155,000.00 | $155,000.00 |
| c) Travel | $0.00 | $33,600.00 | $33,600.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |

A-00000975899

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| e) Supplies | $0.00 | $41,500.00 | $41,500.00 |
| f) Contractual | $0.00 | $236,940.00 | $236,940.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $571,434.00 | $571,434.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,446,452.00 | $2,446,452.00 |
| j) Indirect Costs | $0.00 | $0.00 | $0.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,446,452.00 | $2,446,452.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6)  INDIRECT COSTS:

N/A

7)  PRE-AWARD COSTS:

N/A

8)  PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9)  COST SHARING:

N/A

10)  SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11)  PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS)

A-00000975899

Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12)  REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-26 | 2024-12-31 | 2025-01-30 |
| 2024-09-26 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-26 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975899

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-26 | 2025-02-27 | 2025-06-27 |

<u>Financial Reports</u>:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

<u>Performance Reports</u>:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

A-00000975899

MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

   N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

A-00000975899

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975899

**Department of State**

## Termination Notification

NOTICE OF TERMINATION

February 27, 2025

Ilker Guney
Multeci Destek Dernegi
NO:24/7 Uskup Caddesi
Ankara, Turkiye 06690

REF: SPRMCO24CA0132; Improving Protection Mechanisms for Refugees in Türkiye

Dear Mr. Guney:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
00:38:08 +03'00'

Lindsay Kennedy

A-00000975899

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Ilker Guney
Multeci Destek Dernegi
NO:24/7 Uskup Caddesi
Ankara, Turkiye 06690

REF: SPRMCO24CA0132; Improving Protection Mechanisms for Refugees in Türkiye

Dear Mr. Guney:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:38:08 +03'00'

Lindsay Kennedy

CAR 629

**From:** Kennedy, Lindsay C
**Sent:** Wed, 26 Feb 2025 22:47:17 +0000
**To:** Tolga Karakayalı; İlker Güney
**Cc:** Mongin, Leslie M; PRM-Comp-Mgt
**Subject:** Termination of PRM awards effective February 27, 2025 - Mudem
**Attachments:** SPRMCO24CA0132-M001_Draft.pdf, SPRMCO24CA0132 - Notice of Termination Letter - Mudem.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:34 AM
**To:** Tolga Karakayalı <tolga.karakayali@mudem.org>; İlker Güney <ilker.guney@mudem.org>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975899



### U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name | 2. Assistance Type: |
|---|---|
| MULTECI DESTEK DERNEGI | |

2. Assistance Type:
- ☑ Cooperative Agreement
- ☐ Fixed Amount Award
- ☐ Grant
- ☐ Property Grant
- ☐ Voluntary Contribution

**3. Address**
BIRLIK MAH. 406-SOKAK DISKAPINO:2- -KARDELEN APT. ICKAPINO:2
CANKAYA ANKARA,
06690
TUR

**4. Recipient POC:** Ilker Guney
**Phone Number:** +9054982220 80
**Email:** ilker.guney@mudem.org

| 5. Type of Entity <br> Foreign NGO/PVO | 6. Unique Entity Identifier <br> Y8GFDVD1KKG3 | 7. EIN/ TIN <br> ********** |
|---|---|---|
| 8. Assistance Listing Number <br> 19.519 | 9. Statutory Authority for Assistance <br> Migration/Refugee Act | 10. Award Number <br> SPRMCO24CA0132 |
| 11. Period of Performance <br> Start Date  2024-09-26    End Date  2025-02-27 | | 12. Amendment Number <br> M001 |

| 13. Accounting and Appropriation Data <br> 1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0132-    $0.00 <br> 4122-RPEUR001-031000--PRMOTRCR---2024FDSTRRM6183- <br> SPRMCO24CA0132-M-TUR-HA.1 | 14. Funds Certified By |
|---|---|

### Funding Distribution

| 15. | Total Prior Costs | New Costs | Total Cost |
|---|---|---|---|
| U.S. Share of Costs | $2,446,452.00 | $0.00 | $2,446,452.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,446,452.00 | $0.00 | $2,446,452.00 |

**16. Purpose of the Federal Award Activity**

This award has been terminated in alignment with an Executive Order or ALDAC.

**17. Specific Award Conditions**
☐ Attached

### Agreement

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
|---|---|
| 18b. Recipient Signature | 19b. Grants Officer Signature <br><br> *Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post <br> BUREAU OF POPULATION, REFUGEES AND MIGRATION (PRM) | 19d. Date (dd-mmm-yyyy) <br> 2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

A-00000975899

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0132

2) FEDERAL SHARE OF AWARD:

   $(USD)2,446,452.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      MULTECI DESTEK DERNEGI (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Improving Protection Mechanisms for Refugees in Türkiye". The Recipient shall continue improving and providing protection mechanisms in Eskişehir, Kırıkkale and Yalova for Syrian and non-Syrian asylum seekers and refugees through field offices by providing essential services on social, legal and health issues and psychosocial support, through individual protection case management. The offices are expected to mobilize protection mechanisms provided by local authorities and other stakeholders in the field through referrals and advocacy activities in accordance with the proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-05-02 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by

A-00000975899

reference.

2. <u>Objectives and Expected Outcomes:</u> The Recipient agrees to perform the program and meet the specific objectives below:

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

a.    <u>Grants Officer:</u>

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

b.    <u>Grants Officer Representative:</u>

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-205-5599
- Email: monglinlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,407,978.00 | $1,407,978.00 |
| b) Fringe Benefits | $0.00 | $155,000.00 | $155,000.00 |
| c) Travel | $0.00 | $33,600.00 | $33,600.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |

A-00000975899

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| e) Supplies | $0.00 | $41,500.00 | $41,500.00 |
| f) Contractual | $0.00 | $236,940.00 | $236,940.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $571,434.00 | $571,434.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,446,452.00 | $2,446,452.00 |
| j) Indirect Costs | $0.00 | $0.00 | $0.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,446,452.00 | $2,446,452.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

N/A

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS)

A-00000975899

Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2024-09-26 | 2024-12-31 | 2025-01-30 |
| 2024-09-26 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2024-09-26 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975899

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-26 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

A-00000975899

MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

   N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

A-00000975899

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975899



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Ilker Guney
Multeci Destek Dernegi
NO:24/7 Uskup Caddesi
Ankara, Turkiye 06690

REF: SPRMCO24CA0132; Improving Protection Mechanisms for Refugees in Türkiye

Dear Mr. Guney:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:38:08 +03'00'

Lindsay Kennedy

CAR 639

A-00000975899

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Ilker Guney
Multeci Destek Dernegi
NO:24/7 Uskup Caddesi
Ankara, Turkiye 06690

REF: SPRMCO24CA0132; Improving Protection Mechanisms for Refugees in Türkiye

Dear Mr. Guney:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 00:38:08 +03'00'

Lindsay Kennedy

A-00000975899

| | |
|---|---|
| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 22:50:23 +0000 |
| **To:** | Jim Gannon; Patrick Hurley |
| **Cc:** | Fallon, Kathleen; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - PWA |
| **Attachments:** | SPRMCO24CA0237 - Notice of Termination Letter - PWA.pdf, |

SPRMCO24CA0237-M001_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:12 AM
**To:** Jim Gannon <jgannon@peacewindsamerica.org>; Patrick Hurley <hurley@peacewindsamerica.org>
**Cc:** Fallon, Kathleen <FallonK2@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975870

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

James Gannon
Peace Winds America
1717 Pennsylvania Ave NW STE 1025
Washington DC, 99100

REF: SPRMCO24CA0237; Pathways to Self-Reliance and Inclusion

Dear Mr. Gannon:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 01:32:01 +03'00'

Lindsay Kennedy

A-00000975870



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>PEACE WINDS AMERICA | 2. Assistance Type: |
|---|---|

| 3. Address<br>1717 PENNSYLVANIA AVE NW STE 1025<br>WASHINGTON, DC<br>20006-3951<br>USA | ☑ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant |
|---|---|

| 4. Recipient POC: JAMES GANNON<br>Phone Number: 6462798435<br>Email: jgannon@peacewindsamerica.org | ☐ Property Grant<br><br>☐ Voluntary Contribution |
|---|---|

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>NYWQH1MB2BY7 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0237 |
| 11. Period of Performance<br>Start Date  2024-09-30    End Date  2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0237-    $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0237-M-IRQ-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $3,897,473.00 | $0.00 | $3,897,473.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $3,897,473.00 | $0.00 | $3,897,473.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 643
Page:  1 of 1

A-00000975870

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0237

2) FEDERAL SHARE OF AWARD:

   $(USD)3,897,473.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      PEACE WINDS AMERICA (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Pathways to Self-Reliance and Inclusion". The Recipient shall create pathways to economic self-reliance and inclusion for refugees & IDPs in Kurdistan Region of Iraq in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-04-18 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

CAR 644

A-00000975870

4) CONTACT INFORMATION:

    a.    Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: (202) 679-5351
- Email: KennedyLC@state.gov

    b.    Grants Officer Representative:

- Name: Kathleen Fallon
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: (202) 805-9182
- Email: FallonK2@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $298,697.00 | $298,697.00 |
| b) Fringe Benefits | $0.00 | $92,425.00 | $92,425.00 |
| c) Travel | $0.00 | $14,900.00 | $14,900.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $420.00 | $420.00 |
| f) Contractual | $0.00 | $3,435,609.00 | $3,435,609.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $8,314.00 | $8,314.00 |

A-00000975870

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| i) Total Direct Costs (Lines a-h) | $0.00 | $3,850,365.00 | $3,850,365.00 |
| j) Indirect Costs | $0.00 | $47,108.00 | $47,108.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $3,897,473.00 | $3,897,473.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

Indirect expenses of the Recipient are based on a de minimis rate of 10 percent of modified total direct costs. Modified total direct costs means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the federal cognizant agency for indirect costs.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS)

A-00000975870

Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975870

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Consulate, Erbil

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

A-00000975870

MARKING REQUIREMENTS:

　N/A

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

　Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

In accordance with 2 CFR §200.207, the Department of State may impose additional specific award conditions as needed:

- Based on the criteria set forth in §200.205 Federal awarding agency review of risk posed by applicants;
- When an applicant or recipient has a history of failure to comply with the general or specific terms and conditions of a federal award;
- When an applicant or recipient fails to meet expected performance goals as described in §200.210 Information contained in a federal award; or
- When an applicant or recipient is not otherwise responsible.

Specific Conditions:

Additional specific conditions relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Specific Conditions.

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

The Recipient must report and account for all employees, subrecipient personnel, and contract personnel working under grants or cooperative agreements working in contingency operations outside the United States that involve combat operations. The database to collect this information, called the Synchronized Pre-Deployment Operational Tracker (SPOT), is managed by the Department of Defense.

In coordination with the Grants Officer and Grants Officer Representative, the Recipient generally provides this information to the Department of State SPOT Program Manager (AQMops@state.gov). The Department SPOT Program Manager enters information provided by the Recipient directly into the SPOT system.

For Recipients with personnel who are NOT performing private security functions and who do not need access to U.S. government support or facilities:

• Personnel, including U.S. citizens, third country nationals, and local personnel, are accounted for anonymously, in aggregate.

• The Recipient must obtain an aggregate count template from the Grants Officer or Grants Officer Representative,

A-00000975870

or directly from the SPOT Program Manager (AQMops@state.gov), and return the completed form to the Grants Officer/ Grants Officer Representative or SPOT Program Manager.

• The Recipient is responsible for updating the aggregate count every quarter by providing updated information via the "Aggregate Count" template to SPOT Program Manager for each SPOT award.

For Recipients with personnel who ARE performing a private security function; require access to U.S. government support, facilities, or services; or who may be eligible for special refugee or immigration status under U.S. regulation:

• The personnel funded under that award must be entered into SPOT individually with all required personal information.

• The Recipient must enter this information into the SPOT database directly. Unlike the aggregate count process, the Department's SPOT Program Manager does not enter this information into SPOT on behalf of the Recipient.

• The Recipient starts the process by registering for an account in SPOT by contacting the help desk at https://spot.dmdc.mil/.

Note: Recipients utilizing armed private security personnel, whether employed directly or via contract, are required to adhere to post policies and procedures regarding private security contractors. As specific post policies and procedures differ in scope and applicability, the Recipient is advised to review post policies carefully and direct any questions to the embassy Regional Security Office through the Grants Officer or Grants Officer Representative.

In addition, the Recipient is reminded that only the Grants Officer has the authority to modify this Notice of Award. Recipients shall proceed with any security guidance provided by the Regional Security Officer; however, the Recipient must advise the Grants Officer and Grants Officer Representative of the guidance received and any potential cost or schedule impact.

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award.

A-00000975870

The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

N/A

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975870

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

James Gannon
Peace Winds America
1717 Pennsylvania Ave NW STE 1025
Washington DC, 99100

REF: SPRMCO24CA0237; Pathways to Self-Reliance and Inclusion

Dear Mr. Gannon:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C
KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
01:32:01 +03'00'

Lindsay Kennedy

A-00000975870

**From:**          Kennedy, Lindsay C
**Sent:**          Wed, 26 Feb 2025 22:50:23 +0000
**To:**            Jim Gannon; Patrick Hurley
**Cc:**            Fallon, Kathleen; PRM-Comp-Mgt
**Subject:**       Termination of PRM awards effective February 27, 2025 - PWA
**Attachments:**   SPRMCO24CA0237 - Notice of Termination Letter - PWA.pdf,
SPRMCO24CA0237-M001_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:12 AM
**To:** Jim Gannon <jgannon@peacewindsamerica.org>; Patrick Hurley <hurley@peacewindsamerica.org>
**Cc:** Fallon, Kathleen <FallonK2@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975870

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

James Gannon
Peace Winds America
1717 Pennsylvania Ave NW STE 1025
Washington DC, 99100

REF: SPRMCO24CA0237; Pathways to Self-Reliance and Inclusion

Dear Mr. Gannon:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 01:32:01 +03'00'

Lindsay Kennedy

A-00000975870



### U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>PEACE WINDS AMERICA | 2. Assistance Type: |
|---|---|
| 3. Address<br>1717 PENNSYLVANIA AVE NW STE 1025<br>WASHINGTON, DC<br>20006-3951<br>USA | ☑ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |
| 4. Recipient POC: JAMES GANNON<br>Phone Number: 6462798435<br>Email: jgannon@peacewindsamerica.org | |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>NYWQH1MB2BY7 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0237 |
| 11. Period of Performance<br>Start Date  2024-09-30        End Date  2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0237-        $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0237-M-IRQ-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $3,897,473.00 | $0.00 | $3,897,473.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $3,897,473.00 | $0.00 | $3,897,473.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

CAR 655
Page:  1 of 1

A-00000975870

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

SPRMCO24CA0237

2) FEDERAL SHARE OF AWARD:

$(USD)3,897,473.00

3) PURPOSE AND OBJECTIVES OF AWARD:

1. Purpose:

PEACE WINDS AMERICA (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

Provide "Pathways to Self-Reliance and Inclusion". The Recipient shall create pathways to economic self-reliance and inclusion for refugees & IDPs in Kurdistan Region of Iraq in accordance with its proposal (Attachment A to this award).

The Recipient shall carry out this award in accordance with its proposal dated 2024-04-18 and any revisions to which both parties agree to in writing.

The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

CAR 656

A-00000975870

4)  CONTACT INFORMATION:

      a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: (202) 679-5351
- Email: KennedyLC@state.gov

      b.   Grants Officer Representative:

- Name: Kathleen Fallon
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: (202) 805-9182
- Email: FallonK2@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $298,697.00 | $298,697.00 |
| b) Fringe Benefits | $0.00 | $92,425.00 | $92,425.00 |
| c) Travel | $0.00 | $14,900.00 | $14,900.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $420.00 | $420.00 |
| f) Contractual | $0.00 | $3,435,609.00 | $3,435,609.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $8,314.00 | $8,314.00 |

A-00000975870

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| i) Total Direct Costs (Lines a-h) | $0.00 | $3,850,365.00 | $3,850,365.00 |
| j) Indirect Costs | $0.00 | $47,108.00 | $47,108.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $3,897,473.00 | $3,897,473.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

Indirect expenses of the Recipient are based on a de minimis rate of 10 percent of modified total direct costs. Modified total direct costs means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the federal cognizant agency for indirect costs.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS)

A-00000975870

Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975870

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Consulate, Erbil

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

CAR 660

A-00000975870

MARKING REQUIREMENTS:

N/A

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16) SPECIFIC CONDITIONS:

In accordance with 2 CFR §200.207, the Department of State may impose additional specific award conditions as needed:

- Based on the criteria set forth in §200.205 Federal awarding agency review of risk posed by applicants;
- When an applicant or recipient has a history of failure to comply with the general or specific terms and conditions of a federal award;
- When an applicant or recipient fails to meet expected performance goals as described in §200.210 Information contained in a federal award; or
- When an applicant or recipient is not otherwise responsible.

Specific Conditions:

Additional specific conditions relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Specific Conditions.

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

The Recipient must report and account for all employees, subrecipient personnel, and contract personnel working under grants or cooperative agreements working in contingency operations outside the United States that involve combat operations. The database to collect this information, called the Synchronized Pre-Deployment Operational Tracker (SPOT), is managed by the Department of Defense.

In coordination with the Grants Officer and Grants Officer Representative, the Recipient generally provides this information to the Department of State SPOT Program Manager (AQMops@state.gov). The Department SPOT Program Manager enters information provided by the Recipient directly into the SPOT system.

For Recipients with personnel who are NOT performing private security functions and who do not need access to U.S. government support or facilities:

• Personnel, including U.S. citizens, third country nationals, and local personnel, are accounted for anonymously, in aggregate.

• The Recipient must obtain an aggregate count template from the Grants Officer or Grants Officer Representative,

A-00000975870

or directly from the SPOT Program Manager (AQMops@state.gov), and return the completed form to the Grants Officer/ Grants Officer Representative or SPOT Program Manager.

• The Recipient is responsible for updating the aggregate count every quarter by providing updated information via the "Aggregate Count" template to SPOT Program Manager for each SPOT award.

For Recipients with personnel who ARE performing a private security function; require access to U.S. government support, facilities, or services; or who may be eligible for special refugee or immigration status under U.S. regulation:

• The personnel funded under that award must be entered into SPOT individually with all required personal information.

• The Recipient must enter this information into the SPOT database directly. Unlike the aggregate count process, the Department's SPOT Program Manager does not enter this information into SPOT on behalf of the Recipient.

• The Recipient starts the process by registering for an account in SPOT by contacting the help desk at https://spot.dmdc.mil/.

Note: Recipients utilizing armed private security personnel, whether employed directly or via contract, are required to adhere to post policies and procedures regarding private security contractors. As specific post policies and procedures differ in scope and applicability, the Recipient is advised to review post policies carefully and direct any questions to the embassy Regional Security Office through the Grants Officer or Grants Officer Representative.

In addition, the Recipient is reminded that only the Grants Officer has the authority to modify this Notice of Award. Recipients shall proceed with any security guidance provided by the Regional Security Officer; however, the Recipient must advise the Grants Officer and Grants Officer Representative of the guidance received and any potential cost or schedule impact.

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award.

A-00000975870

The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

N/A

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975870

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

James Gannon
Peace Winds America
1717 Pennsylvania Ave NW STE 1025
Washington DC, 99100

REF: SPRMCO24CA0237; Pathways to Self-Reliance and Inclusion

Dear Mr. Gannon:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
01:32:01 +03'00'

Lindsay Kennedy

CAR 664

A-00000975870

**From:** Kennedy, Lindsay C
**Sent:** Wed, 26 Feb 2025 22:50:23 +0000
**To:** Jim Gannon; Patrick Hurley
**Cc:** Fallon, Kathleen; PRM-Comp-Mgt
**Subject:** Termination of PRM awards effective February 27, 2025 - PWA
**Attachments:** SPRMCO24CA0237 - Notice of Termination Letter - PWA.pdf,
SPRMCO24CA0237-M001_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:12 AM
**To:** Jim Gannon <jgannon@peacewindsamerica.org>; Patrick Hurley <hurley@peacewindsamerica.org>
**Cc:** Fallon, Kathleen <FallonK2@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance
with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975870

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

James Gannon
Peace Winds America
1717 Pennsylvania Ave NW STE 1025
Washington DC, 99100

REF: SPRMCO24CA0237; Pathways to Self-Reliance and Inclusion

Dear Mr. Gannon:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 01:32:01 +03'00'

Lindsay Kennedy

A-00000975870



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>PEACE WINDS AMERICA | 2. Assistance Type: |
|---|---|
| 3. Address<br>1717 PENNSYLVANIA AVE NW STE 1025<br>WASHINGTON, DC<br>20006-3951<br>USA | ☑ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant |
| 4. Recipient POC: JAMES GANNON<br>Phone Number: 6462798435<br>Email: jgannon@peacewindsamerica.org | ☐ Property Grant<br><br>☐ Voluntary Contribution |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>NYWQH1MB2BY7 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0237 |
| 11. Period of Performance<br>Start Date 2024-09-30   End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0237-     $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0237-M-IRQ-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $3,897,473.00 | $0.00 | $3,897,473.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $3,897,473.00 | $0.00 | $3,897,473.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 667
Page: 1 of 1

A-00000975870

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

SPRMCO24CA0237

2) FEDERAL SHARE OF AWARD:

$(USD)3,897,473.00

3) PURPOSE AND OBJECTIVES OF AWARD:

1. Purpose:

PEACE WINDS AMERICA (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

Provide "Pathways to Self-Reliance and Inclusion". The Recipient shall create pathways to economic self-reliance and inclusion for refugees & IDPs in Kurdistan Region of Iraq in accordance with its proposal (Attachment A to this award).

The Recipient shall carry out this award in accordance with its proposal dated 2024-04-18 and any revisions to which both parties agree to in writing.

The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

A-00000975870

4)  CONTACT INFORMATION:

    a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: (202) 679-5351
- Email: KennedyLC@state.gov

    b.   Grants Officer Representative:

- Name: Kathleen Fallon
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: (202) 805-9182
- Email: FallonK2@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $298,697.00 | $298,697.00 |
| b) Fringe Benefits | $0.00 | $92,425.00 | $92,425.00 |
| c) Travel | $0.00 | $14,900.00 | $14,900.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $420.00 | $420.00 |
| f) Contractual | $0.00 | $3,435,609.00 | $3,435,609.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $8,314.00 | $8,314.00 |

A-00000975870

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| i) Total Direct Costs (Lines a-h) | $0.00 | $3,850,365.00 | $3,850,365.00 |
| j) Indirect Costs | $0.00 | $47,108.00 | $47,108.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $3,897,473.00 | $3,897,473.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

Indirect expenses of the Recipient are based on a de minimis rate of 10 percent of modified total direct costs. Modified total direct costs means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the federal cognizant agency for indirect costs.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS)

CAR 670

A-00000975870

Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975870

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Consulate, Erbil

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

CAR 672

A-00000975870

MARKING REQUIREMENTS:

  N/A

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

In accordance with 2 CFR §200.207, the Department of State may impose additional specific award conditions as needed:

- Based on the criteria set forth in §200.205 Federal awarding agency review of risk posed by applicants;
- When an applicant or recipient has a history of failure to comply with the general or specific terms and conditions of a federal award;
- When an applicant or recipient fails to meet expected performance goals as described in §200.210 Information contained in a federal award; or
- When an applicant or recipient is not otherwise responsible.

Specific Conditions:

Additional specific conditions relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Specific Conditions.

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

The Recipient must report and account for all employees, subrecipient personnel, and contract personnel working under grants or cooperative agreements working in contingency operations outside the United States that involve combat operations. The database to collect this information, called the Synchronized Pre-Deployment Operational Tracker (SPOT), is managed by the Department of Defense.

In coordination with the Grants Officer and Grants Officer Representative, the Recipient generally provides this information to the Department of State SPOT Program Manager (AQMops@state.gov). The Department SPOT Program Manager enters information provided by the Recipient directly into the SPOT system.

For Recipients with personnel who are NOT performing private security functions and who do not need access to U.S. government support or facilities:

• Personnel, including U.S. citizens, third country nationals, and local personnel, are accounted for anonymously, in aggregate.

• The Recipient must obtain an aggregate count template from the Grants Officer or Grants Officer Representative,

A-00000975870

or directly from the SPOT Program Manager (AQMops@state.gov), and return the completed form to the Grants Officer/ Grants Officer Representative or SPOT Program Manager.

• The Recipient is responsible for updating the aggregate count every quarter by providing updated information via the "Aggregate Count" template to SPOT Program Manager for each SPOT award.

For Recipients with personnel who ARE performing a private security function; require access to U.S. government support, facilities, or services; or who may be eligible for special refugee or immigration status under U.S. regulation:

• The personnel funded under that award must be entered into SPOT individually with all required personal information.

• The Recipient must enter this information into the SPOT database directly. Unlike the aggregate count process, the Department's SPOT Program Manager does not enter this information into SPOT on behalf of the Recipient.

• The Recipient starts the process by registering for an account in SPOT by contacting the help desk at https://spot.dmdc.mil/.

Note: Recipients utilizing armed private security personnel, whether employed directly or via contract, are required to adhere to post policies and procedures regarding private security contractors. As specific post policies and procedures differ in scope and applicability, the Recipient is advised to review post policies carefully and direct any questions to the embassy Regional Security Office through the Grants Officer or Grants Officer Representative.

In addition, the Recipient is reminded that only the Grants Officer has the authority to modify this Notice of Award. Recipients shall proceed with any security guidance provided by the Regional Security Officer; however, the Recipient must advise the Grants Officer and Grants Officer Representative of the guidance received and any potential cost or schedule impact.

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

    N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award.

A-00000975870

The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

N/A

21)  PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975870

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

James Gannon
Peace Winds America
1717 Pennsylvania Ave NW STE 1025
Washington DC, 99100

REF: SPRMCO24CA0237; Pathways to Self-Reliance and Inclusion

Dear Mr. Gannon:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
01:32:01 +03'00'

Lindsay Kennedy

A-00000975870

| **From:** | Kennedy, Lindsay C |
|---|---|
| **Sent:** | Wed, 26 Feb 2025 23:22:07 +0000 |
| **To:** | David Lillie; Gillian Cleveland; 'Sophia Shalabi'; 'Abbie Taylor' |
| **Cc:** | Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - SAMS |
| **Attachments:** | SPRMCO24CA0131-M001_Draft.pdf, SPRMCO24CA0131 - Notice of Termination |

Letter - SAMS.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:41 AM
**To:** David Lillie <dlillie@sams-usa.net>; Gillian Cleveland <gcleveland@sams-usa.net>; 'Sophia Shalabi' <sshalabi@sams-usa.net>; 'Abbie Taylor' <ataylor@sams-usa.net>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975892



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>SAMS FOUNDATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>1012 14TH ST NW STE 910<br>WASHINGTON, DC<br>20005-3414<br>USA | ☑ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |
| 4. Recipient POC: ABBIE TAYLOR<br>Phone Number: 2029307802 x836<br>Email: ataylor@sams-usa.net | |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>W4KKPQXZ2XM3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0131 |
| 11. Period of Performance<br>Start Date 2024-08-31    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0131-        $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0131-M-TUR-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,999,999.00 | $0.00 | $2,999,999.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,999,999.00 | $0.00 | $2,999,999.00 |

**16. Purpose of the Federal Award Activity**

This award has been terminated in alignment with an Executive Order or ALDAC.

**17. Specific Award Conditions**
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975892

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0131

2) FEDERAL SHARE OF AWARD:

   $(USD)2,999,999.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      SAMS FOUNDATION (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth". The Recipient shall improve health and well-being of beneficiaries, while strengthening social cohesion among refugees and host communities in Türkiye in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-07-10 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM

CAR 679

A-00000975892

Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

a.  Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th Flr, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

b.  Grants Officer Representative:

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th Flr, SA-9, 20522
- Telephone: 771-205-5599
- Email: monginlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,072,111.00 | $1,072,111.00 |
| b) Fringe Benefits | $0.00 | $401,519.00 | $401,519.00 |
| c) Travel | $0.00 | $14,000.00 | $14,000.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $74,100.00 | $74,100.00 |
| f) Contractual | $0.00 | $1,034,000.00 | $1,034,000.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975892

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $230,544.00 | $230,544.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,826,274.00 | $2,826,274.00 |
| j) Indirect Costs | $0.00 | $173,725.00 | $173,725.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,999,999.00 | $2,999,999.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

Indirect expenses of the Recipient are based on a de minimis rate of 10 percent of modified total direct costs. Modified total direct costs means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the federal cognizant agency for indirect costs.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

A-00000975892

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975892

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

A-00000975892

MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

   N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

A-00000975892

21) PROCUREMENT OF "COVERED MATERIALS":

    N/A

A-00000975892

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

David Lillie
SAMS Foundation
1012 14th St NW STE 910
Washington DC 20005

REF: SPRMCO24CA0131; EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth

Dear Mr. Lillie:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:15:12 +03'00'

Lindsay Kennedy

A-00000975892

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

David Lillie
SAMS Foundation
1012 14th St NW STE 910
Washington DC 20005

REF: SPRMCO24CA0131; EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth

Dear Mr. Lillie:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
02:15:12 +03'00'

Lindsay Kennedy

A-00000975892

| | |
|---|---|
| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 23:22:07 +0000 |
| **To:** | David Lillie; Gillian Cleveland; 'Sophia Shalabi'; 'Abbie Taylor' |
| **Cc:** | Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - SAMS |
| **Attachments:** | SPRMCO24CA0131-M001_Draft.pdf, SPRMCO24CA0131 - Notice of Termination |

Letter - SAMS.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:41 AM
**To:** David Lillie <dlillie@sams-usa.net>; Gillian Cleveland <gcleveland@sams-usa.net>; 'Sophia Shalabi' <sshalabi@sams-usa.net>; 'Abbie Taylor' <ataylor@sams-usa.net>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975892



### U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>SAMS FOUNDATION | 2. Assistance Type: |
|---|---|
| **3. Address**<br>1012 14TH ST NW STE 910<br>WASHINGTON, DC<br>20005-3414<br>USA | ☑ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant |
| 4. Recipient POC: ABBIE TAYLOR<br>Phone Number: 2029307802 x836<br>Email: ataylor@sams-usa.net | ☐ Property Grant<br>☐ Voluntary Contribution |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>W4KKPQXZ2XM3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0131 |
| 11. Period of Performance<br>Start Date 2024-08-31    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0131-    $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0131-M-TUR-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,999,999.00 | $0.00 | $2,999,999.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,999,999.00 | $0.00 | $2,999,999.00 |

**16. Purpose of the Federal Award Activity**

This award has been terminated in alignment with an Executive Order or ALDAC.

**17. Specific Award Conditions**
☐ Attached

| Agreement | |
|---|---|
| **The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.** | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

A-00000975892

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0131

2) FEDERAL SHARE OF AWARD:

   $(USD)2,999,999.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      SAMS FOUNDATION (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth". The Recipient shall improve health and well-being of beneficiaries, while strengthening social cohesion among refugees and host communities in Türkiye in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-07-10 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM

A-00000975892

Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th Flr, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.   Grants Officer Representative:

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th Flr, SA-9, 20522
- Telephone: 771-205-5599
- Email: monginlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,072,111.00 | $1,072,111.00 |
| b) Fringe Benefits | $0.00 | $401,519.00 | $401,519.00 |
| c) Travel | $0.00 | $14,000.00 | $14,000.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $74,100.00 | $74,100.00 |
| f) Contractual | $0.00 | $1,034,000.00 | $1,034,000.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975892

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $230,544.00 | $230,544.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,826,274.00 | $2,826,274.00 |
| j) Indirect Costs | $0.00 | $173,725.00 | $173,725.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,999,999.00 | $2,999,999.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

Indirect expenses of the Recipient are based on a de minimis rate of 10 percent of modified total direct costs. Modified total direct costs means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the federal cognizant agency for indirect costs.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

A-00000975892

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975892

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

<u>Financial Reports</u>:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

<u>Performance Reports</u>:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

A-00000975892

MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16) SPECIFIC CONDITIONS:

   N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

A-00000975892

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975892

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

David Lillie
SAMS Foundation
1012 14th St NW STE 910
Washington DC 20005

REF: SPRMCO24CA0131; EMPATHY: Enhancing Mental and Physical Assistance
Towards Health and Youth

Dear Mr. Lillie:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
02:15:12 +03'00'

Lindsay Kennedy

CAR 697

A-00000975892

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

David Lillie
SAMS Foundation
1012 14th St NW STE 910
Washington DC 20005

REF: SPRMCO24CA0131; EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth

Dear Mr. Lillie:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
02:15:12 +03'00'

Lindsay Kennedy

A-00000975892

| **From:** | Kennedy, Lindsay C |
|---|---|
| **Sent:** | Wed, 26 Feb 2025 23:22:07 +0000 |
| **To:** | David Lillie; Gillian Cleveland; 'Sophia Shalabi'; 'Abbie Taylor' |
| **Cc:** | Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - SAMS |
| **Attachments:** | SPRMCO24CA0131-M001_Draft.pdf, SPRMCO24CA0131 - Notice of Termination Letter - SAMS.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:41 AM
**To:** David Lillie <dlillie@sams-usa.net>; Gillian Cleveland <gcleveland@sams-usa.net>; 'Sophia Shalabi' <sshalabi@sams-usa.net>; 'Abbie Taylor' <ataylor@sams-usa.net>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975892



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>SAMS FOUNDATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>1012 14TH ST NW STE 910<br>WASHINGTON, DC<br>20005-3414<br>USA | ■ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant |
| 4. Recipient POC: ABBIE TAYLOR<br>Phone Number: 2029307802 x836<br>Email: ataylor@sams-usa.net | ☐ Property Grant<br><br>☐ Voluntary Contribution |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>W4KKPQXZ2XM3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0131 |
| 11. Period of Performance<br>Start Date 2024-08-31    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0131-    $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0131-M-TUR-HA.1 | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,999,999.00 | $0.00 | $2,999,999.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,999,999.00 | $0.00 | $2,999,999.00 |

| 16. Purpose of the Federal Award Activity |
|---|
| This award has been terminated in alignment with an Executive Order or ALDAC. |

| 17. Specific Award Conditions |
|---|
| ☐ Attached |

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

SPRMCO24CA0131

2) FEDERAL SHARE OF AWARD:

$(USD)2,999,999.00

3) PURPOSE AND OBJECTIVES OF AWARD:

1. Purpose:

SAMS FOUNDATION (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

Provide "EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth". The Recipient shall improve health and well-being of beneficiaries, while strengthening social cohesion among refugees and host communities in Türkiye in accordance with its proposal (Attachment A to this award).

The Recipient shall carry out this award in accordance with its proposal dated 2024-07-10 and any revisions to which both parties agree to in writing.

The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM

CAR 701

A-00000975892

Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th Flr, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.   Grants Officer Representative:

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th Flr, SA-9, 20522
- Telephone: 771-205-5599
- Email: monginlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,072,111.00 | $1,072,111.00 |
| b) Fringe Benefits | $0.00 | $401,519.00 | $401,519.00 |
| c) Travel | $0.00 | $14,000.00 | $14,000.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $74,100.00 | $74,100.00 |
| f) Contractual | $0.00 | $1,034,000.00 | $1,034,000.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975892

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $230,544.00 | $230,544.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,826,274.00 | $2,826,274.00 |
| j) Indirect Costs | $0.00 | $173,725.00 | $173,725.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,999,999.00 | $2,999,999.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

Indirect expenses of the Recipient are based on a de minimis rate of 10 percent of modified total direct costs. Modified total direct costs means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the federal cognizant agency for indirect costs.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

A-00000975892

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |

A-00000975892

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-01 | 2025-02-27 | 2025-06-27 |

<u>Financial Reports</u>:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

<u>Performance Reports</u>:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND

CAR 705

MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

   Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

16)  SPECIFIC CONDITIONS:

   N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

A-00000975892

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975892

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

David Lillie
SAMS Foundation
1012 14th St NW STE 910
Washington DC 20005

REF: SPRMCO24CA0131; EMPATHY: Enhancing Mental and Physical Assistance
Towards Health and Youth

Dear Mr. Lillie:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
02:15:12 +03'00'

Lindsay Kennedy

CAR 708

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

David Lillie
SAMS Foundation
1012 14th St NW STE 910
Washington DC 20005

REF: SPRMCO24CA0131; EMPATHY: Enhancing Mental and Physical Assistance Towards Health and Youth

Dear Mr. Lillie:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:15:12 +03'00'

Lindsay Kennedy

A-00000975892

| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 23:39:34 +0000 |
| **To:** | MOORE, Benjamin; ALRIFAI, Tamara; KOLLSRUD, Eirik |
| **Cc:** | PRM-Comp-Mgt; PRM-EUR-NEA-IP |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - UNRWA |
| **Attachments:** | SPRMCO23VC0025 - Notice of Termination Letter - UNRWA.pdf, |

SPRMCO23VC0025-M004_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Wednesday, January 29, 2025 4:44 PM
**To:** MOORE, Benjamin <B.MOORE@unrwa.org>; ALRIFAI, Tamara <T.ALRIFAI@UNRWA.ORG>; KOLLSRUD, Eirik <E.KOLLSRUD@UNRWA.ORG>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; PRM-EUR-NEA-IP <PRM-EUR-NEA-IP@state.gov>
**Subject:** RE: Suspension of PRM Awards to UNRWA Effective January 24, 2025

Good morning,

Please see the revised suspension letter outlining guidance from PRM on compliance with recent Executive Orders. This letter supersedes previous letters issued by the PRM grants officer. Additional letters may be sent as updates to Department guidance or exemptions authorized under the Executive Order are approved.

Regards,
Lindsay

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Friday, January 24, 2025 11:50 PM
**To:** MOORE, Benjamin <B.MOORE@unrwa.org>; ALRIFAI, Tamara <T.ALRIFAI@UNRWA.ORG>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; PRM-EUR-NEA-IP <PRM-EUR-NEA-IP@state.gov>
**Subject:** Suspension of PRM Awards to UNRWA Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

CAR 710

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975851

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Tamara Alrifai
UN Relief & Works Agency
Bayader Wadi el Seer
Amman, Jordan

REF: SPRMCO23VC0025; Humanitarian Principles and Protection (Installation Focus)

Dear Ms. Alrifai:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:31:15 +03'00'

Lindsay Kennedy

CAR 712

A-00000975851



## U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>UN RELIEF & WORKS AGENCY | 2. Assistance Type: |
|---|---|
| 3. Address<br>HEADQUARTERS GAZA PO BOX 140157<br>AMMAN,<br>11814<br>JOR | ☐ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant |
| 4. Recipient POC: Eirik Kollsrud<br>Phone Number: 202-677-8940<br>Email: e.kollsrud@unrwa.org | ☐ Property Grant<br>☑ Voluntary Contribution |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>PL9WB6JEVYF1 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO23VC0025 |

| 11. Period of Performance<br>Start Date 2023-01-01        End Date 2025-02-27 | 12. Amendment Number<br>M004 |
|---|---|
| 13. Accounting and Appropriation Data<br>See following page | 14. Funds Certified By |

### Funding Distribution

| 15. | Total Prior Costs | New Costs | Total Cost |
|---|---|---|---|
| U.S. Share of Costs | $20,897,571.00 | $0.00 | $20,897,571.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $20,897,571.00 | $0.00 | $20,897,571.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

### Agreement

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
|---|---|
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION, REFUGEES AND MIGRATION (PBM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

A-00000975851

SPRMCO23VC0025-M004

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2023--19___X11430006-1037-PRM--2523-SPRMCO23VC0025-4131--031000----- 2023FDSTRRM1436-SPRMCO23VC0025-SX1-HA.1 | $0.00 |
| 1900-2024--19___X11430006-1037-PRM--2523-SPRMCO23VC0025-4131--031000----- 2024FDSTRRM1436-SPRMCO23VC0025-M6-SX1-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975851

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Tamara Alrifai
UN Relief & Works Agency
Bayader Wadi el Seer
Amman, Jordan

REF: SPRMCO23VC0025; Humanitarian Principles and Protection (Installation Focus)

Dear Ms. Alrifai:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by
LINDSAY C KENNEDY
Date: 2025.02.27
02:31:15 +03'00'

Lindsay Kennedy

CAR 715

A-00000975851