**From:**      Kennedy, Lindsay C
**Sent:**      Wed, 26 Feb 2025 23:39:34 +0000
**To:**        MOORE, Benjamin; ALRIFAI, Tamara; KOLLSRUD, Eirik
**Cc:**        PRM-Comp-Mgt; PRM-EUR-NEA-IP
**Subject:**   Termination of PRM awards effective February 27, 2025 - UNRWA
**Attachments:**   SPRMCO23VC0025 - Notice of Termination Letter - UNRWA.pdf,
SPRMCO23VC0025-M004_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Wednesday, January 29, 2025 4:44 PM
**To:** MOORE, Benjamin <B.MOORE@unrwa.org>; ALRIFAI, Tamara <T.ALRIFAI@UNRWA.ORG>;
KOLLSRUD, Eirik <E.KOLLSRUD@UNRWA.ORG>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; PRM-EUR-NEA-IP <PRM-EUR-NEA-IP@state.gov>
**Subject:** RE: Suspension of PRM Awards to UNRWA Effective January 24, 2025

Good morning,

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

Regards,
Lindsay

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Friday, January 24, 2025 11:50 PM
**To:** MOORE, Benjamin <B.MOORE@unrwa.org>; ALRIFAI, Tamara <T.ALRIFAI@UNRWA.ORG>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; PRM-EUR-NEA-IP <PRM-EUR-NEA-IP@state.gov>
**Subject:** Suspension of PRM Awards to UNRWA Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with
recent Executive Orders.

A-00000975851

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975851



**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Tamara Alrifai
UN Relief & Works Agency
Bayader Wadi el Seer
Amman, Jordan

REF: SPRMCO23VC0025; Humanitarian Principles and Protection (Installation Focus)

Dear Ms. Alrifai:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C Digitally signed by
LINDSAY C KENNEDY
KENNEDY Date: 2025.02.27
02:31:15 +03'00'

Lindsay Kennedy

A-00000975851



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>UN RELIEF & WORKS AGENCY | 2. Assistance Type: |
|---|---|
| 3. Address<br>HEADQUARTERS GAZA PO BOX 140157<br>AMMAN,<br>11814<br>JOR | ☐ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant<br><br>☐ Property Grant<br><br>☑ Voluntary Contribution |
| 4. Recipient POC: Eirik Kollsrud<br>Phone Number: 202-677-8940<br>Email: e.kollsrud@unrwa.org | |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>PL9WB6JEVYF1 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO23VC0025 |
| 11. Period of Performance<br>Start Date  2023-01-01          End Date   2025-02-27 | | 12. Amendment Number<br>M004 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $20,897,571.00 | $0.00 | $20,897,571.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $20,897,571.00 | $0.00 | $20,897,571.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name   Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 719
Page: 1 of 2

A-00000975851

SPRMCO23VC0025-M004

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2023--19___X11430006-1037-PRM--2523-SPRMCO23VC0025-4131--031000----- 2023FDSTRRM1436-SPRMCO23VC0025-SX1-HA.1 | $0.00 |
| 1900-2024--19___X11430006-1037-PRM--2523-SPRMCO23VC0025-4131--031000----- 2024FDSTRRM1436-SPRMCO23VC0025-M6-SX1-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975851



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Tamara Alrifai
UN Relief & Works Agency
Bayader Wadi el Seer
Amman, Jordan

REF: SPRMCO23VC0025; Humanitarian Principles and Protection (Installation Focus)

Dear Ms. Alrifai:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C Digitally signed by
LINDSAY C KENNEDY
KENNEDY Date: 2025.02.27
02:31:15 +03'00'

Lindsay Kennedy

CAR 721

A-00000975851

**From:**        Kennedy, Lindsay C
**Sent:**        Wed, 26 Feb 2025 23:39:34 +0000
**To:**          MOORE, Benjamin; ALRIFAI, Tamara; KOLLSRUD, Eirik
**Cc:**           PRM-Comp-Mgt; PRM-EUR-NEA-IP
**Subject:**     Termination of PRM awards effective February 27, 2025 - UNRWA
**Attachments:** SPRMCO23VC0025 - Notice of Termination Letter - UNRWA.pdf,
SPRMCO23VC0025-M004_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately
terminated. This award no longer effectuates agency priorities and is terminated in accordance
with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or
Award Provisions as applicable. Please log into MyGrants and countersign the modification
terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Wednesday, January 29, 2025 4:44 PM
**To:** MOORE, Benjamin <B.MOORE@unrwa.org>; ALRIFAI, Tamara <T.ALRIFAI@UNRWA.ORG>;
KOLLSRUD, Eirik <E.KOLLSRUD@UNRWA.ORG>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; PRM-EUR-NEA-IP <PRM-EUR-NEA-IP@state.gov>
**Subject:** RE: Suspension of PRM Awards to UNRWA Effective January 24, 2025

Good morning,

Please see the revised suspension letter outlining guidance from PRM on compliance with
recent Executive Orders. This letter supersedes previous letters issued by the PRM grants
officer. Additional letters may be sent as updates to Department guidance or exemptions
authorized under the Executive Order are approved.

Regards,
Lindsay

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Friday, January 24, 2025 11:50 PM
**To:** MOORE, Benjamin <B.MOORE@unrwa.org>; ALRIFAI, Tamara <T.ALRIFAI@UNRWA.ORG>
**Cc:** PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>; PRM-EUR-NEA-IP <PRM-EUR-NEA-IP@state.gov>
**Subject:** Suspension of PRM Awards to UNRWA Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with
recent Executive Orders.

A-00000975851

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975851



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Tamara Alrifai
UN Relief & Works Agency
Bayader Wadi el Seer
Amman, Jordan

REF: SPRMCO23VC0025; Humanitarian Principles and Protection (Installation Focus)

Dear Ms. Alrifai:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:31:15 +03'00'

Lindsay Kennedy

CAR 724

A-00000975851



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>UN RELIEF & WORKS AGENCY | 2. Assistance Type: |
|---|---|
| 3. Address<br>HEADQUARTERS GAZA PO BOX 140157<br>AMMAN,<br>11814<br>JOR | ☐ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant<br><br>☐ Property Grant<br><br>☑ Voluntary Contribution |
| 4. Recipient POC: Eirik Kollsrud<br>Phone Number: 202-677-8940<br>Email: e.kollsrud@unrwa.org | |

| 5. Type of Entity<br>Public International Organization | 6. Unique Entity Identifier<br>PL9WB6JEVYF1 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.515 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO23VC0025 |
| 11. Period of Performance<br>Start Date  2023-01-01          End Date  2025-02-27 | | 12. Amendment Number<br>M004 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $20,897,571.00 | $0.00 | $20,897,571.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $20,897,571.00 | $0.00 | $20,897,571.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| **The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.** | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

A-00000975851

SPRMCO23VC0025-M004

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2023--19___X11430006-1037-PRM--2523-SPRMCO23VC0025-4131--031000-----2023FDSTRRM1436-SPRMCO23VC0025-SX1-HA.1 | $0.00 |
| 1900-2024--19___X11430006-1037-PRM--2523-SPRMCO23VC0025-4131--031000-----2024FDSTRRM1436-SPRMCO23VC0025-M6-SX1-HA.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-00000975851



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Tamara Alrifai
UN Relief & Works Agency
Bayader Wadi el Seer
Amman, Jordan

REF: SPRMCO23VC0025; Humanitarian Principles and Protection (Installation Focus)

Dear Ms. Alrifai:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C Digitally signed by
LINDSAY C KENNEDY
KENNEDY Date: 2025.02.27
02:31:15 +03'00'

Lindsay Kennedy

CAR 727

| | |
|---|---|
| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 23:10:41 +0000 |
| **To:** | Erdem AYÇİÇEK; nazliaalgan |
| **Cc:** | Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - YSYD |
| **Attachments:** | SPRMCO24CA0238 - Notice of Termination Letter - YSYD.pdf, |

SPRMCO24CA0238-M001_Draft.pdf

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:06 AM
**To:** Erdem AYÇİÇEK <erdemaycicek@ysyd.org>; nazliaalgan <nazliaalgan@ysyd.org>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975901



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Erdem Aycicek
Yerel Ve Siginmacilarla Yardimlasma Dernegi
No.26/A Zafer Mahallesi
Istanbul, Turkiye 34197

REF: SPRMCO24CA0238; Building Bridges of Emotional and Physical Healing - An
Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in
Türkiye

Dear Mr. Aycicek:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C  Digitally signed by
KENNEDY  LINDSAY C KENNEDY
Date: 2025.02.27
02:02:36 +03'00'

Lindsay Kennedy

A-00000975901



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI | 2. Assistance Type: |
|---|---|

| 3. Address<br>BIRLIK MAHALLESI 411. SOKAK NO. 9-2 CANKAYA<br>ANKARA,<br>34025<br>TUR | ☑ Cooperative Agreement |
| | ☐ Fixed Amount Award |
| | ☐ Grant |
| 4. Recipient POC: Nazlı Ayhan Algan | ☐ Property Grant |
| Phone Number: +905069850989 | |
| Email: nazliaalgan@ysyd.org | ☐ Voluntary Contribution |

| 5. Type of Entity<br>Foreign NGO/PVO | 6. Unique Entity Identifier<br>UKS4GBYLKQT3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0238 |
| 11. Period of Performance<br>Start Date 2024-09-30       End Date 2025-02-27 | | 12. Amendment Number<br>M001 |

| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0238-       $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0238-M-TUR-HA.1 | 14. Funds Certified By |
|---|---|

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,601,977.00 | $0.00 | $2,601,977.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,601,977.00 | $0.00 | $2,601,977.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

A-00000975901

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0238

2) FEDERAL SHARE OF AWARD:

   $(USD)2,601,977.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Building Bridges of Emotional and Physical Healing- An Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Türkiye". The Recipient shall enhance the health and autonomy of people with disabilities through various rehabilitation, health-special need funds, disability inclusion, and mental health services in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-04-05 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

A-00000975901

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.   Grants Officer Representative:

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-205-5599
- Email: monglinlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,847,580.00 | $1,847,580.00 |
| b) Fringe Benefits | $0.00 | $147,806.00 | $147,806.00 |
| c) Travel | $0.00 | $117,751.00 | $117,751.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $377,857.00 | $377,857.00 |
| f) Contractual | $0.00 | $4,088.00 | $4,088.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975901

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $106,895.00 | $106,895.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,601,977.00 | $2,601,977.00 |
| j) Indirect Costs | $0.00 | $0.00 | $0.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,601,977.00 | $2,601,977.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

N/A

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the

A-00000975901

Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at:

A-00000975901

https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

N/A

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

A-00000975901

16) SPECIFIC CONDITIONS:

   N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

21) PROCUREMENT OF "COVERED MATERIALS":

   N/A

A-00000975901



**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Erdem Aycicek
Yerel Ve Siginmacilarla Yardimlasma Dernegi
No.26/A Zafer Mahallesi
Istanbul, Turkiye 34197

REF: SPRMCO24CA0238; Building Bridges of Emotional and Physical Healing - An
Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in
Türkiye

Dear Mr. Aycicek:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 27, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C  Digitally signed by
LINDSAY C KENNEDY
KENNEDY  Date: 2025.02.27
02:02:36 +03'00'

Lindsay Kennedy

CAR 737

A-00000975901

| | |
|---|---|
| **From:** | Kennedy, Lindsay C |
| **Sent:** | Wed, 26 Feb 2025 23:10:41 +0000 |
| **To:** | Erdem AYÇİÇEK; nazliaalgan |
| **Cc:** | Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - YSYD |
| **Attachments:** | SPRMCO24CA0238 - Notice of Termination Letter - YSYD.pdf, SPRMCO24CA0238-M001_Draft.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:06 AM
**To:** Erdem AYÇİÇEK <erdemaycicek@ysyd.org>; nazliaalgan <nazliaalgan@ysyd.org>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975901



**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Erdem Aycicek
Yerel Ve Siginmacilarla Yardimlasma Dernegi
No.26/A Zafer Mahallesi
Istanbul, Turkiye 34197

REF: SPRMCO24CA0238; Building Bridges of Emotional and Physical Healing - An Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Türkiye

Dear Mr. Aycicek:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:02:36 +03'00'

Lindsay Kennedy

A-00000975901



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI | 2. Assistance Type: |
|---|---|

| 3. Address<br>BIRLIK MAHALLESI 411. SOKAK NO. 9-2 CANKAYA<br>ANKARA,<br>34025<br>TUR | ■ Cooperative Agreement |
|---|---|
| | ☐ Fixed Amount Award |
| | ☐ Grant |
| 4. Recipient POC: Nazlı Ayhan Algan | ☐ Property Grant |
| Phone Number: +905069850989 | ☐ Voluntary Contribution |
| Email: nazliaalgan@ysyd.org | |

| 5. Type of Entity<br>Foreign NGO/PVO | 6. Unique Entity Identifier<br>UKS4GBYLKQT3 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0238 |
| 11. Period of Performance<br>Start Date 2024-09-30    End Date 2025-02-27 | | 12. Amendment Number<br>M001 |

| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0238-    $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0238-M-TUR-HA.1 | 14. Funds Certified By |
|---|---|

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,601,977.00 | $0.00 | $2,601,977.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,601,977.00 | $0.00 | $2,601,977.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions
☐ Attached

| Agreement | |
|---|---|
| **The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.** | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM) | 19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

A-00000975901

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0238

2) FEDERAL SHARE OF AWARD:

   $(USD)2,601,977.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Building Bridges of Emotional and Physical Healing- An Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Türkiye". The Recipient shall enhance the health and autonomy of people with disabilities through various rehabilitation, health-special need funds, disability inclusion, and mental health services in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-04-05 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

CAR 741

A-00000975901

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.   Grants Officer:

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.   Grants Officer Representative:

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-205-5599
- Email: monglinlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,847,580.00 | $1,847,580.00 |
| b) Fringe Benefits | $0.00 | $147,806.00 | $147,806.00 |
| c) Travel | $0.00 | $117,751.00 | $117,751.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $377,857.00 | $377,857.00 |
| f) Contractual | $0.00 | $4,088.00 | $4,088.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

A-00000975901

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $106,895.00 | $106,895.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,601,977.00 | $2,601,977.00 |
| j) Indirect Costs | $0.00 | $0.00 | $0.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,601,977.00 | $2,601,977.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

N/A

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the

A-00000975901

Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at:

A-00000975901

https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants
Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period.
  This should include information relating financial data and accomplishments to performance goals and
  objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13)  SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative
agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination
with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration
(hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached
U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14)  WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND
MARKING REQUIREMENTS:

N/A

15)  ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department
of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

A-00000975901

16) SPECIFIC CONDITIONS:

N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

N/A

21) PROCUREMENT OF "COVERED MATERIALS":

N/A

A-00000975901



**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Erdem Aycicek
Yerel Ve Siginmacilarla Yardimlasma Dernegi
No.26/A Zafer Mahallesi
Istanbul, Turkiye 34197

REF: SPRMCO24CA0238; Building Bridges of Emotional and Physical Healing - An Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Türkiye

Dear Mr. Aycicek:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:02:36 +03'00'

Lindsay Kennedy

A-00000975901

| **From:** | Kennedy, Lindsay C |
|---|---|
| **Sent:** | Wed, 26 Feb 2025 23:10:41 +0000 |
| **To:** | Erdem AYÇİÇEK; nazliaalgan |
| **Cc:** | Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM awards effective February 27, 2025 - YSYD |
| **Attachments:** | SPRMCO24CA0238 - Notice of Termination Letter - YSYD.pdf, |
| SPRMCO24CA0238-M001_Draft.pdf |

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

*Lindsay Kennedy*
*Bureau of Population, Refugees and Migration*
*Department of State*

---

**From:** Kennedy, Lindsay C
**Sent:** Saturday, January 25, 2025 12:06 AM
**To:** Erdem AYÇİÇEK <erdemaycicek@ysyd.org>; nazliaalgan <nazliaalgan@ysyd.org>
**Cc:** Mongin, Leslie M <MonginLM@state.gov>; PRM-Comp-Mgt <PRM-Comp-Mgt@state.gov>
**Subject:** Suspension of PRM Awards Effective January 24, 2025

Please see the attached suspension letter outlining guidance from PRM on compliance with recent Executive Orders.

Thank you,

*Lindsay Kennedy*
*Grants Officer – Team Lead*
*Bureau of Population, Refugees and Migration*
*Department of State*

A-00000975901



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 27, 2025

Erdem Aycicek
Yerel Ve Siginmacilarla Yardimlasma Dernegi
No.26/A Zafer Mahallesi
Istanbul, Turkiye 34197

REF: SPRMCO24CA0238; Building Bridges of Emotional and Physical Healing - An Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Türkiye

Dear Mr. Aycicek:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:02:36 +03'00'

Lindsay Kennedy

CAR 749

A-00000975901



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI | 2. Assistance Type: |
|---|---|

| 3. Address<br>BIRLIK MAHALLESI 411. SOKAK NO. 9-2 CANKAYA<br>ANKARA,<br>34025<br>TUR | ☑ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☐ Grant |
|---|---|

| 4. Recipient POC: Nazlı Ayhan Algan<br>Phone Number:  +905069850989<br>Email: nazliaalgan@ysyd.org | ☐ Property Grant<br><br>☐ Voluntary Contribution |
|---|---|

| 5. Type of Entity<br>Foreign NGO/PVO | 6. Unique Entity Identifier<br>UKS4GBYLKQT3 | 7. EIN/ TIN<br>********** |
|---|---|---|

| 8. Assistance Listing Number<br>19.519 | 9. Statutory Authority for Assistance<br>Migration/Refugee Act | 10. Award Number<br>SPRMCO24CA0238 |
|---|---|---|

| 11. Period of Performance<br>Start Date  2024-09-30    End Date   2025-02-27 | 12. Amendment Number<br>M001 |
|---|---|

| 13. Accounting and Appropriation Data<br>1900-2024--19___X11430I10-1037-PRM---SPRMCO24CA0238-      $0.00<br>4122-RPNEA001-031000--PRMOTRCR---2024FDSTRRM6183-<br>SPRMCO24CA0238-M-TUR-HA.1 | 14. Funds Certified By |
|---|---|

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $2,601,977.00 | $0.00 | $2,601,977.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $2,601,977.00 | $0.00 | $2,601,977.00 |

16. Purpose of the Federal Award Activity

This award has been terminated in alignment with an Executive Order or ALDAC.

17. Specific Award Conditions

☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name | 19a. Grants Officer Name  Lindsay Kennedy |
| 18b. Recipient Signature | 19b. Grants Officer Signature<br><br>*Lindsay Kennedy (electronically signed)* |
| 18c. Title   18d. Date (dd-mmm-yyyy) | 19c. Bureau/Office/Post<br>BUREAU OF POPULATION,<br>REFUGEES AND MIGRATION<br>(PRM)    19d. Date (dd-mmm-yyyy)<br>2025-02-26 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

DS-1909
12-2014

CAR 750
Page:  1 of 1

A-00000975901

U.S. DEPARTMENT OF STATE
AWARD PROVISIONS



During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
  - The applicable sections of 2 CFR §200 and 2 CFR §600 and
  - All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SPRMCO24CA0238

2) FEDERAL SHARE OF AWARD:

   $(USD)2,601,977.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      YEREL VE SIGINMACILARLA YARDIMLASMA DERNEGI (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Provide "Building Bridges of Emotional and Physical Healing- An Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Türkiye". The Recipient shall enhance the health and autonomy of people with disabilities through various rehabilitation, health-special need funds, disability inclusion, and mental health services in accordance with its proposal (Attachment A to this award).

      The Recipient shall carry out this award in accordance with its proposal dated 2024-04-05 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

CAR 751

A-00000975901

The Recipient agrees to the Objectives and Indicators detailed within the attached Proposal for PRM Funding – Section 5 within Attachment A to this award.

4) CONTACT INFORMATION:

    a.    <u>Grants Officer:</u>

- Name: Lindsay Kennedy
- Bureau/Mission: OFC OF THE COMPTROLLER (PRM/C)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 202-679-5351
- Email: kennedylc@state.gov

    b.    <u>Grants Officer Representative:</u>

- Name: Leslie Mongin
- Bureau/Mission: OFC OF ASSISTANCE FOR EUROPE AND THE NEAR EAST (PRM/EUR-NEA)
- Section:
- Address: 2025 E Street, NW, 8th FL, SA-9, 20522
- Telephone: 771-205-5599
- Email: monglinlm@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $1,847,580.00 | $1,847,580.00 |
| b) Fringe Benefits | $0.00 | $147,806.00 | $147,806.00 |
| c) Travel | $0.00 | $117,751.00 | $117,751.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $377,857.00 | $377,857.00 |
| f) Contractual | $0.00 | $4,088.00 | $4,088.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |

CAR 752

A-00000975901

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| h) Other Direct Costs | $0.00 | $106,895.00 | $106,895.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $2,601,977.00 | $2,601,977.00 |
| j) Indirect Costs | $0.00 | $0.00 | $0.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $2,601,977.00 | $2,601,977.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

N/A

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.332—Requirements for pass-through entities.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the

A-00000975901

Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-09-30 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2024-09-30 | 2025-02-27 | 2025-06-27 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at:

A-00000975901

https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

The Department of State will be substantially involved in carrying out the following aspects of this cooperative agreement:

The Recipient shall carry out its operational and administrative responsibilities hereunder in close coordination with and under the direction of the designated offices of the Bureau of Population, Refugees and Migration (hereinafter referred to as Bureau) and appropriate American Embassy.

Bureau Assistance Office: Office of Assistance for Europe and the Near East
Bureau Grants Office: Office of the Comptroller
Refugee Coordinator: American Embassy, Ankara

For the information of the Recipient, responsibilities relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Substantial Involvement.

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

N/A

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

Additional Bureau specific requirements relevant to this agreement are described in the attached U.S. Department of State Award Provisions Bureau Addendum under the heading Additional Bureau/Post Specific Requirements.

A-00000975901

16)  SPECIFIC CONDITIONS:

   N/A

17)  SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18)  STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19)  REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

21)  PROCUREMENT OF "COVERED MATERIALS":

   N/A

A-00000975901

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 27, 2025

Erdem Aycicek
Yerel Ve Siginmacilarla Yardimlasma Dernegi
No.26/A Zafer Mahallesi
Istanbul, Turkiye 34197

REF: SPRMCO24CA0238; Building Bridges of Emotional and Physical Healing - An Integrated and Unified Approach to Physical Rehabilitation, MHPSS, and Inclusion in Türkiye

Dear Mr. Aycicek:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

LINDSAY C KENNEDY
Digitally signed by LINDSAY C KENNEDY
Date: 2025.02.27 02:02:36 +03'00'

Lindsay Kennedy

A-00000975901

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 01:00:42 +0000 |
| **To:** | Sherri Kraham Talabany |
| **Cc:** | PRM-Comp-Mgt; Fallon, Kathleen |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | SEED Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975800

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Sherri Talabany
SEED Foundation
Empire World Business Towers
Erbil, Iraq 44001

REF: SPRMCO24CA0203

Dear Sherri Talabany,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975800

**From:**          Grusecki, Ethan
**Sent:**          Wed, 26 Feb 2025 22:56:18 +0000
**To:**            Justin Wagner; Josephine Ferreiro; simonipedersen@unfpa.org
**Cc:**            PRM-Comp-Mgt; Paton, Margaret S; Khan, Liya; Norris Zoeller, Elizabeth L;
Manlowe, James S; Houck, Meredith L; Bacharach, Kathryn E; Stegura, Christina M; Dukas, Raisa N;
Mestetsky, Emily A; Stewart, Heather A; LeClair, Alden; Medler, Ariadne C; Mongin, Leslie M
**Subject:**       Termination of PRM Awards Effective February, 26, 2025
**Attachments:**   UNFPA Notice of Termination Letter - 2.26.25.pdf
**Importance:**    High


Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated.
This award no longer effectuates agency priorities and is terminated in accordance with the U.S.
Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable. Please log into MyGrants and countersign the modification terminating this award.


**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov


SENSITIVE BUT UNCLASSIFIED

A-00000975821

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Justin Wagner
United Nations Population Fund(UNFPA)
605 3rd Ave
New York, NY 10158

REF:  SPRMCO24VC0069, SPRMCO24VC0112, SPRMCO24VC0163, SPRMCO24VC0174,
SPRMCO24VC0216, SPRMCO24VC0339, SPRMCO23VC0348, SPRMCO23VC0090,
SPRMCO24VC0078, SPRMCO24VC0059, SPRMCO24VC0293, SPRMCO24VC0173,
SPRMCO24VC0067, SPRMCO24VC0167, SPRMCO25VC0021, SPRMCO24VC0041

Dear Justin,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975821

**From:**         Grusecki, Ethan
**Sent:**         Wed, 26 Feb 2025 22:56:18 +0000
**To:**          Justin Wagner; Josephine Ferreiro; simonipedersen@unfpa.org
**Cc:**          PRM-Comp-Mgt; Paton, Margaret S; Khan, Liya; Norris Zoeller, Elizabeth L;
Manlowe, James S; Houck, Meredith L; Bacharach, Kathryn E; Stegura, Christina M; Dukas, Raisa N;
Mestetsky, Emily A; Stewart, Heather A; LeClair, Alden; Medler, Ariadne C; Mongin, Leslie M
**Subject:**     Termination of PRM Awards Effective February, 26, 2025
**Attachments:** UNFPA Notice of Termination Letter - 2.26.25.pdf
**Importance:**  High


Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated.
This award no longer effectuates agency priorities and is terminated in accordance with the U.S.
Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable. Please log into MyGrants and countersign the modification terminating this award.


**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov


SENSITIVE BUT UNCLASSIFIED

A-00000975821



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Justin Wagner
United Nations Population Fund(UNFPA)
605 3rd Ave
New York, NY 10158

REF:  SPRMCO24VC0069, SPRMCO24VC0112, SPRMCO24VC0163, SPRMCO24VC0174,
SPRMCO24VC0216, SPRMCO24VC0339, SPRMCO23VC0348, SPRMCO23VC0090,
SPRMCO24VC0078, SPRMCO24VC0059, SPRMCO24VC0293, SPRMCO24VC0173,
SPRMCO24VC0067, SPRMCO24VC0167, SPRMCO25VC0021, SPRMCO24VC0041

Dear Justin,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975821

**From:**          Grusecki, Ethan
**Sent:**          Wed, 26 Feb 2025 22:56:18 +0000
**To:**            Justin Wagner; Josephine Ferreiro; simonipedersen@unfpa.org
**Cc:**            PRM-Comp-Mgt; Paton, Margaret S; Khan, Liya; Norris Zoeller, Elizabeth L;
Manlowe, James S; Houck, Meredith L; Bacharach, Kathryn E; Stegura, Christina M; Dukas, Raisa N;
Mestetsky, Emily A; Stewart, Heather A; LeClair, Alden; Medler, Ariadne C; Mongin, Leslie M
**Subject:**       Termination of PRM Awards Effective February, 26, 2025
**Attachments:**   UNFPA Notice of Termination Letter - 2.26.25.pdf
**Importance:**    High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated.
This award no longer effectuates agency priorities and is terminated in accordance with the U.S.
Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

CAR 764

A-00000975821



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Justin Wagner
United Nations Population Fund(UNFPA)
605 3rd Ave
New York, NY 10158

REF:  SPRMCO24VC0069, SPRMCO24VC0112, SPRMCO24VC0163, SPRMCO24VC0174,
SPRMCO24VC0216, SPRMCO24VC0339, SPRMCO23VC0348, SPRMCO23VC0090,
SPRMCO24VC0078, SPRMCO24VC0059, SPRMCO24VC0293, SPRMCO24VC0173,
SPRMCO24VC0067, SPRMCO24VC0167, SPRMCO25VC0021, SPRMCO24VC0041

Dear Justin,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975821

| **From:** | Grusecki, Ethan |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 01:16:15 +0000 |
| **To:** | Nadim Karam; Ana Marcelino |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | wrf Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975830

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Nadim Karam
World Rehabilitation Fund
16 E 40th Street
New York, NY 10016

REF:  SPRMCO24CA0224

Dear Nadim Karam,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

CAR 767

A-00000975830

**From:**        Grusecki, Ethan
**Sent:**        Thu, 27 Feb 2025 01:16:15 +0000
**To:**          Nadim Karam; Ana Marcelino
**Cc:**          PRM-Comp-Mgt; Roberts, Mitchell C
**Subject:**     Termination of PRM Awards Effective February, 26, 2025
**Attachments:** wrf Notice of Termination Letter - 2.26.25.pdf
**Importance:**  High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975830

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Nadim Karam
World Rehabilitation Fund
16 E 40th Street
New York, NY 10016

REF: SPRMCO24CA0224

Dear Nadim Karam,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975830

| **From:** | Grusecki, Ethan |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 01:16:15 +0000 |
| **To:** | Nadim Karam; Ana Marcelino |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | wrf Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975830

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Nadim Karam
World Rehabilitation Fund
16 E 40th Street
New York, NY 10016

REF:  SPRMCO24CA0224

Dear Nadim Karam,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975830

**From:** Grusecki, Ethan
**Sent:** Thu, 27 Feb 2025 00:36:49 +0000
**To:** jmustafa@wroiraq.org
**Cc:** PRM-Comp-Mgt; Fallon, Kathleen
**Subject:** Termination of PRM Awards Effective February, 26, 2025
**Attachments:** WRO Notice of Termination Letter - 2.26.25.pdf
**Importance:** High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975836

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Jihan Mustafa Ibrahim
Women's Rehabilitation Organization
Bakhtiari Quarter St. 151
Erbil, Iraq 99100

REF: SPRMCO24CA0178

Dear Jihan Mustafa Ibrahim,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

CAR 773

A-00000975836

| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 00:36:49 +0000 |
| **To:** | jmustafa@wroiraq.org |
| **Cc:** | PRM-Comp-Mgt; Fallon, Kathleen |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | WRO Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975836

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Jihan Mustafa Ibrahim
Women's Rehabilitation Organization
Bakhtiari Quarter St. 151
Erbil, Iraq 99100

REF:  SPRMCO24CA0178

Dear Jihan Mustafa Ibrahim,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975836

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 00:36:49 +0000 |
| **To:** | jmustafa@wroiraq.org |
| **Cc:** | PRM-Comp-Mgt; Fallon, Kathleen |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | WRO Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975836

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Jihan Mustafa Ibrahim
Women's Rehabilitation Organization
Bakhtiari Quarter St. 151
Erbil, Iraq 99100

REF:  SPRMCO24CA0178

Dear Jihan Mustafa Ibrahim,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975836

**From:**          Grusecki, Ethan
**Sent:**          Thu, 27 Feb 2025 00:26:09 +0000
**To:**            zaid@refugeesolidaritynetwork.org
**Cc:**            Lubna Ghanayem, RSN; Mongin, Leslie M; PRM-Comp-Mgt
**Subject:**       Termination of PRM Awards Effective February, 26, 2025
**Attachments:**   RSN Notice of Termination Letter - 2.26.25.pdf
**Importance:**    High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975856



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Zaid Hydari
Refugee Solidarity Network
1 Dock 72 Way
Brooklyn, NY 11205

REF: SPRMCO24CA0148

Dear Zaid Hydari,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975856

| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 00:26:09 +0000 |
| **To:** | zaid@refugeesolidaritynetwork.org |
| **Cc:** | Lubna Ghanayem, RSN; Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | RSN Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975856

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Zaid Hydari
Refugee Solidarity Network
1 Dock 72 Way
Brooklyn, NY 11205

REF: SPRMCO24CA0148

Dear Zaid Hydari,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975856

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 00:26:09 +0000 |
| **To:** | zaid@refugeesolidaritynetwork.org |
| **Cc:** | Lubna Ghanayem, RSN; Mongin, Leslie M; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | RSN Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov


SENSITIVE BUT UNCLASSIFIED

A-00000975856

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Zaid Hydari
Refugee Solidarity Network
1 Dock 72 Way
Brooklyn, NY 11205

REF: SPRMCO24CA0148

Dear Zaid Hydari,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975856

**From:**          Grusecki, Ethan
**Sent:**          Wed, 26 Feb 2025 23:33:47 +0000
**To:**            Edgard Chehab; Nancy Hilal; Cem Bayrak; Miodrag Dragisic; Stefan Liller; Sarder
M Asaduzzaman; Varqa Abayneh; Sivabalan Muthusamy; Bavo Christiaens
**Cc:**            PRM-Comp-Mgt; Iovescu, Corina; Roberts, Mitchell C; Dukas, Raisa N; Mongin,
Leslie M; Husain, Salman; Fox, Eleanore M; Steidl, Catherine
**Subject:**       Termination of PRM Awards Effective February, 26, 2025
**Attachments:**   UNDP Notice of Termination Letter - 2.26.25.pdf
**Importance:**    High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated.
This award no longer effectuates agency priorities and is terminated in accordance with the U.S.
Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975884

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Edgard Chehab
Stefan Liller
Cem Bayrak
Sivabalan Muthusamy
The United Nations Development Programme
1 United Nations Plaza
New York, NY 10017

REF: SPRMCO24VC0186, SPRMCO24VC0261, SPRMCO24VC0017, and
SPRMCO25VC0017

Dear Edgard, Stefan, Cem, and Sivabalan,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975884

**From:**          Grusecki, Ethan
**Sent:**          Wed, 26 Feb 2025 23:33:47 +0000
**To:**            Edgard Chehab; Nancy Hilal; Cem Bayrak; Miodrag Dragisic; Stefan Liller; Sarder
M Asaduzzaman; Varqa Abayneh; Sivabalan Muthusamy; Bavo Christiaens
**Cc:**            PRM-Comp-Mgt; Iovescu, Corina; Roberts, Mitchell C; Dukas, Raisa N; Mongin,
Leslie M; Husain, Salman; Fox, Eleanore M; Steidl, Catherine
**Subject:**       Termination of PRM Awards Effective February, 26, 2025
**Attachments:**   UNDP Notice of Termination Letter - 2.26.25.pdf
**Importance:**    High


Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated.
This award no longer effectuates agency priorities and is terminated in accordance with the U.S.
Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable. Please log into MyGrants and countersign the modification terminating this award.


**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov



SENSITIVE BUT UNCLASSIFIED

A-00000975884

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Edgard Chehab
Stefan Liller
Cem Bayrak
Sivabalan Muthusamy
The United Nations Development Programme
1 United Nations Plaza
New York, NY 10017

REF: SPRMCO24VC0186, SPRMCO24VC0261, SPRMCO24VC0017, and
SPRMCO25VC0017

Dear Edgard, Stefan, Cem, and Sivabalan,

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of February 26, 2025. This award no longer effectuates
agency priorities and is terminated in accordance with the U.S. Department of State
Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975884

**From:**        Grusecki, Ethan
**Sent:**        Wed, 26 Feb 2025 23:33:47 +0000
**To:**          Edgard Chehab; Nancy Hilal; Cem Bayrak; Miodrag Dragisic; Stefan Liller; Sarder M Asaduzzaman; Varqa Abayneh; Sivabalan Muthusamy; Bavo Christiaens
**Cc:**          PRM-Comp-Mgt; Iovescu, Corina; Roberts, Mitchell C; Dukas, Raisa N; Mongin, Leslie M; Husain, Salman; Fox, Eleanore M; Steidl, Catherine
**Subject:**     Termination of PRM Awards Effective February, 26, 2025
**Attachments:** UNDP Notice of Termination Letter - 2.26.25.pdf
**Importance:**  High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975884

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Edgard Chehab
Stefan Liller
Cem Bayrak
Sivabalan Muthusamy
The United Nations Development Programme
1 United Nations Plaza
New York, NY 10017

REF: SPRMCO24VC0186, SPRMCO24VC0261, SPRMCO24VC0017, and SPRMCO25VC0017

Dear Edgard, Stefan, Cem, and Sivabalan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975884

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 00:01:44 +0000 |
| **To:** | MORRIS-YATES, Susan; ryanm@who.int |
| **Cc:** | PRM-Comp-Mgt; Fallon, Kathleen; Bacharach, Kathryn E; Walker, Lisa K |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975889

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Michael Ryan
The World Health Organization
Ave Appia 20
Geneva, Switzerland 1211

REF:  SPRMCO23VC0174 and SPRMCO22VC0231

Dear Michael Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975889

**From:**         Grusecki, Ethan
**Sent:**         Thu, 27 Feb 2025 00:01:44 +0000
**To:**           MORRIS-YATES, Susan; ryanm@who.int
**Cc:**           PRM-Comp-Mgt; Fallon, Kathleen; Bacharach, Kathryn E; Walker, Lisa K
**Subject:**      Termination of PRM Awards Effective February, 26, 2025
**Attachments:**  Notice of Termination Letter - 2.26.25.pdf
**Importance:**   High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated.
This award no longer effectuates agency priorities and is terminated in accordance with the U.S.
Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as
applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975889

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Michael Ryan
The World Health Organization
Ave Appia 20
Geneva, Switzerland 1211

REF: SPRMCO23VC0174 and SPRMCO22VC0231

Dear Michael Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975889

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 00:01:44 +0000 |
| **To:** | MORRIS-YATES, Susan; ryanm@who.int |
| **Cc:** | PRM-Comp-Mgt; Fallon, Kathleen; Bacharach, Kathryn E; Walker, Lisa K |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

CAR 794

A-00000975889

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Michael Ryan
The World Health Organization
Ave Appia 20
Geneva, Switzerland 1211

REF:  SPRMCO23VC0174 and SPRMCO22VC0231

Dear Michael Ryan,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

CAR 795

A-00000975889

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 01:26:07 +0000 |
| **To:** | Parwez Anis |
| **Cc:** | Armeier, Katherine; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | wca Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975894

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Anis Parwez
War Child
Helmholtzstaat 61-G
Amsterdam, Netherlands 1098 LE

REF: SPRMCO24CA0280

Dear Anis Parwez,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975894

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 01:26:07 +0000 |
| **To:** | Parwez Anis |
| **Cc:** | Armeier, Katherine; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | wca Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975894

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Anis Parwez
War Child
Helmholtzstaat 61-G
Amsterdam, Netherlands 1098 LE

REF:  SPRMCO24CA0280

Dear Anis Parwez,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975894

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 01:26:07 +0000 |
| **To:** | Parwez Anis |
| **Cc:** | Armeier, Katherine; PRM-Comp-Mgt |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | wca Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975894

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Anis Parwez
War Child
Helmholtzstaat 61-G
Amsterdam, Netherlands 1098 LE

REF:  SPRMCO24CA0280

Dear Anis Parwez,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975894

**From:**          Grusecki, Ethan
**Sent:**          Thu, 27 Feb 2025 00:51:15 +0000
**To:**            Edmonde Khawly (Restart Center)
**Cc:**            PRM-Comp-Mgt; Roberts, Mitchell C
**Subject:**       Termination of PRM Awards Effective February, 26, 2025
**Attachments:**   RESTART Notice of Termination Letter - 2.26.25.pdf
**Importance:**    High

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

CAR 802

A-00000975898

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Edmonde Khawly
Restart Center
Dam & Farez St.
Tripoli, Lebanon 3014

REF:  SPRMCO24CA0196

Dear Edmonde Khawly,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975898

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 00:51:15 +0000 |
| **To:** | Edmonde Khawly (Restart Center) |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | RESTART Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

CAR 804

A-00000975898

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Edmonde Khawly
Restart Center
Dam & Farez St.
Tripoli, Lebanon 3014

REF: SPRMCO24CA0196

Dear Edmonde Khawly,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975898

| **From:** | Grusecki, Ethan |
|---|---|
| **Sent:** | Thu, 27 Feb 2025 00:51:15 +0000 |
| **To:** | Edmonde Khawly (Restart Center) |
| **Cc:** | PRM-Comp-Mgt; Roberts, Mitchell C |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | RESTART Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975898



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Edmonde Khawly
Restart Center
Dam & Farez St.
Tripoli, Lebanon 3014

REF:  SPRMCO24CA0196

Dear Edmonde Khawly,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

CAR 807

A-00000975898

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 01:00:42 +0000 |
| **To:** | Sherri Kraham Talabany |
| **Cc:** | PRM-Comp-Mgt; Fallon, Kathleen |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | SEED Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975800

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Sherri Talabany
SEED Foundation
Empire World Business Towers
Erbil, Iraq 44001

REF:  SPRMCO24CA0203

Dear Sherri Talabany,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

CAR 809

A-00000975800

| | |
|---|---|
| **From:** | Grusecki, Ethan |
| **Sent:** | Thu, 27 Feb 2025 01:00:42 +0000 |
| **To:** | Sherri Kraham Talabany |
| **Cc:** | PRM-Comp-Mgt; Fallon, Kathleen |
| **Subject:** | Termination of PRM Awards Effective February, 26, 2025 |
| **Attachments:** | SEED Notice of Termination Letter - 2.26.25.pdf |
| **Importance:** | High |

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

**Ethan Grusecki**
Grants Management Specialist
Office of the Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
GruseckiE@state.gov

SENSITIVE BUT UNCLASSIFIED

A-00000975800

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Sherri Talabany
SEED Foundation
Empire World Business Towers
Erbil, Iraq 44001

REF:  SPRMCO24CA0203

Dear Sherri Talabany,

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 26, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ethan Grusecki Grants Officer

A-00000975800

**From:**        Rosello Cintron, Ashley M
**Sent:**        Wed, 26 Feb 2025 23:09:46 +0000
**To:**          Kokeb Kassa
**Cc:**          PRM-Comp-Mgt; Stegura, Christina M
**Subject:**     Termination of PRM Awards Effective January 24, 2025 - CARE
[SPRMCO22CA0300]
**Attachments:** Notice of Termination Letter 22CA0300 - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO22CA0300] award
is immediately terminated. This award no longer effectuates agency priorities and is terminated
in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR
200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975809



**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO22CA0300; Improving Equitable Access and Quality of Education for
Afghan Refugees and Vulnerable Host Communities in Pakistan.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 813

| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:09:46 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Stegura, Christina M |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO22CA0300] |
| **Attachments:** | Notice of Termination Letter 22CA0300 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO22CA0300] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975809

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO22CA0300; Improving Equitable Access and Quality of Education for
Afghan Refugees and Vulnerable Host Communities in Pakistan.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 815

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 00:31:45 +0000 |
| **To:** | Leonid Lecca |
| **Cc:** | PRM-Comp-Mgt; Brinn, Monica B |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - Socios en Salud, Peru [SPRMCO24CA0285] |
| **Attachments:** | Notice of Termination Letter PIH - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0285] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975826

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

2/26/2025

Leonid Lecca
Socio En Salud, Sucursal Peru
AV.JAVIER PRADO ESTE 492,
INTERIOR 2701, SAN ISIDRO, LI
LIMA,LIMA, 15046, PERU

REF: SPRMCO24CA0285; Strengthening the National Health System through the integrated provision of services for noncommunicable diseases, mental health, and sexual and reproductive health for refugees and migrants in Lima and Callao.

Dear Leonid Lecca:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

---

CAR 817

A-00000975826

**From:**         Rosello Cintron, Ashley M
**Sent:**         Thu, 27 Feb 2025 00:31:45 +0000
**To:**           Leonid Lecca
**Cc:**           PRM-Comp-Mgt; Brinn, Monica B
**Subject:**      Termination of PRM Awards Effective January 24, 2025 - Socios en Salud, Peru
[SPRMCO24CA0285]
**Attachments:**  Notice of Termination Letter PIH - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0285] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975826

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Leonid Lecca
Socio En Salud, Sucursal Peru
AV.JAVIER PRADO ESTE 492,
INTERIOR 2701, SAN ISIDRO, LI
LIMA,LIMA, 15046, PERU

REF: SPRMCO24CA0285; Strengthening the National Health System through the integrated provision of services for noncommunicable diseases, mental health, and sexual and reproductive health for refugees and migrants in Lima and Callao.

Dear Leonid Lecca:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975826

**From:**          Rosello Cintron, Ashley M
**Sent:**          Thu, 27 Feb 2025 00:31:45 +0000
**To:**            Leonid Lecca
**Cc:**            PRM-Comp-Mgt; Brinn, Monica B
**Subject:**       Termination of PRM Awards Effective January 24, 2025 - Socios en Salud, Peru
[SPRMCO24CA0285]
**Attachments:**   Notice of Termination Letter PIH - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0285] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975826

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Leonid Lecca
Socio En Salud, Sucursal Peru
AV.JAVIER PRADO ESTE 492,
INTERIOR 2701, SAN ISIDRO, LI
LIMA,LIMA, 15046, PERU

REF: SPRMCO24CA0285; Strengthening the National Health System through the integrated provision of services for noncommunicable diseases, mental health, and sexual and reproductive health for refugees and migrants in Lima and Callao.

Dear Leonid Lecca:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 821

A-00000975826

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Thu, 27 Feb 2025 00:00:08 +0000 |
| **To:** | Eldar Kekic |
| **Cc:** | PRM-Comp-Mgt; Lee, Ellen K |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - WRC [SPRMCO24CA0290] |
| **Attachments:** | Notice of Termination Letter WRC - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0290] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975907

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Eldar Kekic
Women's Refugee Commission, Inc.
15 W 37TH ST FL 9
NEW YORK, NY
10018-5381
USA

REF:  SPRMCO24CA0290; Refugee Self-Reliance Initiative (RSRI) - Solution

Dear Eldar Kekic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 823

**From:**         Rosello Cintron, Ashley M
**Sent:**         Thu, 27 Feb 2025 00:00:08 +0000
**To:**           Eldar Kekic
**Cc:**           PRM-Comp-Mgt; Lee, Ellen K
**Subject:**      Termination of PRM Awards Effective January 24, 2025 - WRC
[SPRMCO24CA0290]
**Attachments:**  Notice of Termination Letter WRC - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0290] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975907

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Eldar Kekic
Women's Refugee Commission, Inc.
15 W 37TH ST FL 9
NEW YORK, NY
10018-5381
USA

REF:  SPRMCO24CA0290; Refugee Self-Reliance Initiative (RSRI) - Solution

Dear Eldar Kekic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 825

**From:**          Rosello Cintron, Ashley M
**Sent:**          Thu, 27 Feb 2025 00:00:08 +0000
**To:**            Eldar Kekic
**Cc:**            PRM-Comp-Mgt; Lee, Ellen K
**Subject:**       Termination of PRM Awards Effective January 24, 2025 - WRC
[SPRMCO24CA0290]
**Attachments:**   Notice of Termination Letter WRC - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0290] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975907

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

2/26/2025

Eldar Kekic
Women's Refugee Commission, Inc.
15 W 37TH ST FL 9
NEW YORK, NY
10018-5381
USA

REF:  SPRMCO24CA0290; Refugee Self-Reliance Initiative (RSRI) - Solution

Dear Eldar Kekic:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 2/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 827

A-00000975907

| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:11:45 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Brinn, Monica B |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0219] |
| **Attachments:** | Notice of Termination Letter 24CA0219 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0219] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975788

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF: SPRMCO24CA0219; Alma Llanera Phase III: Protection, and Livelihoods Support for Self-Reliance of Venezuelan Refugees and Vulnerable Host Community Members in Peru

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 829

A-00000975788

**From:**          Rosello Cintron, Ashley M
**Sent:**          Wed, 26 Feb 2025 23:11:45 +0000
**To:**            Kokeb Kassa
**Cc:**            PRM-Comp-Mgt; Brinn, Monica B
**Subject:**       Termination of PRM Awards Effective January 24, 2025 - CARE
[SPRMCO24CA0219]
**Attachments:**   Notice of Termination Letter 24CA0219 - 2.25.25.pdf


The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0219] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.


Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975788

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0219; Alma Llanera Phase III: Protection, and Livelihoods
Support for Self-Reliance of Venezuelan Refugees and Vulnerable Host Community
Members in Peru

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 831

A-00000975788

**From:**          Rosello Cintron, Ashley M
**Sent:**          Wed, 26 Feb 2025 23:09:46 +0000
**To:**            Kokeb Kassa
**Cc:**            PRM-Comp-Mgt; Stegura, Christina M
**Subject:**       Termination of PRM Awards Effective January 24, 2025 - CARE
[SPRMCO22CA0300]
**Attachments:**   Notice of Termination Letter 22CA0300 - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO22CA0300] award
is immediately terminated. This award no longer effectuates agency priorities and is terminated
in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR
200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975809

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO22CA0300; Improving Equitable Access and Quality of Education for Afghan Refugees and Vulnerable Host Communities in Pakistan.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975809

**From:**         Rosello Cintron, Ashley M
**Sent:**         Wed, 26 Feb 2025 23:10:13 +0000
**To:**           Kokeb Kassa
**Cc:**           PRM-Comp-Mgt; Mongin, Leslie M
**Subject:**      Termination of PRM Awards Effective January 24, 2025 - CARE
[SPRMCO24CA0147]
**Attachments:**  Notice of Termination Letter 24CA0147 - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0147] award
is immediately terminated. This award no longer effectuates agency priorities and is terminated
in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR
200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975874

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF: SPRMCO24CA0147; Women's Integrated Resilience and Empowerment (WIRE)
Program (Year 3 of 3)

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975874

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:10:13 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Mongin, Leslie M |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0147] |
| **Attachments:** | Notice of Termination Letter 24CA0147 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0147] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975874

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0147; Women's Integrated Resilience and Empowerment (WIRE)
Program (Year 3 of 3)

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 837

A-00000975874

**From:**      Rosello Cintron, Ashley M
**Sent:**      Wed, 26 Feb 2025 23:10:13 +0000
**To:**        Kokeb Kassa
**Cc:**        PRM-Comp-Mgt; Mongin, Leslie M
**Subject:**   Termination of PRM Awards Effective January 24, 2025 - CARE
[SPRMCO24CA0147]
**Attachments:**   Notice of Termination Letter 24CA0147 - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0147] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975874

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0147; Women's Integrated Resilience and Empowerment (WIRE) Program (Year 3 of 3)

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975874

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:10:38 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Ramirez, Melissa |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0184] |
| **Attachments:** | Notice of Termination Letter 24CA0184 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0184] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975845

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0184; ESPERanza III (Ecuador Multi-Sectoral Protection & Enabling Response) for Refugees &Vulnerable Host Communities Program.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 841

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:10:38 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Ramirez, Melissa |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0184] |
| **Attachments:** | Notice of Termination Letter 24CA0184 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0184] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975845

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF: SPRMCO24CA0184; ESPERanza III (Ecuador Multi-Sectoral Protection & Enabling Response) for Refugees &Vulnerable Host Communities Program.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 843

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:10:38 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Ramirez, Melissa |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0184] |
| **Attachments:** | Notice of Termination Letter 24CA0184 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0184] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975845

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0184; ESPERanza III (Ecuador Multi-Sectoral Protection & Enabling Response) for Refugees &Vulnerable Host Communities Program.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

---

CAR 845

**From:**            Rosello Cintron, Ashley M
**Sent:**            Wed, 26 Feb 2025 23:11:57 +0000
**To:**              Kokeb Kassa
**Cc:**              PRM-Comp-Mgt; Cossitt, Joanne I
**Subject:**         Termination of PRM Awards Effective January 24, 2025 - CARE
[SPRMCO24CA0286]
**Attachments:**     Notice of Termination Letter 24CA0286 - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0286] award
is immediately terminated. This award no longer effectuates agency priorities and is terminated
in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR
200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975820

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0286; Safety, Protection and Empowerment for Syrian and Non-Syrian Refugees and Egyptians in Host Communities in Greater Cairo, Alexandria, Delta and Dakahlia.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 847

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:11:57 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Cossitt, Joanne I |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0286] |
| **Attachments:** | Notice of Termination Letter 24CA0286 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0286] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975820

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0286; Safety, Protection and Empowerment for Syrian and Non-Syrian Refugees and Egyptians in Host Communities in Greater Cairo, Alexandria, Delta and Dakahlia.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 849

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:11:57 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Cossitt, Joanne I |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0286] |
| **Attachments:** | Notice of Termination Letter 24CA0286 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0286] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975820

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0286; Safety, Protection and Empowerment for Syrian and Non-Syrian Refugees and Egyptians in Host Communities in Greater Cairo, Alexandria, Delta and Dakahlia.

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

A-00000975820

| | |
|---|---|
| **From:** | Rosello Cintron, Ashley M |
| **Sent:** | Wed, 26 Feb 2025 23:11:45 +0000 |
| **To:** | Kokeb Kassa |
| **Cc:** | PRM-Comp-Mgt; Brinn, Monica B |
| **Subject:** | Termination of PRM Awards Effective January 24, 2025 - CARE [SPRMCO24CA0219] |
| **Attachments:** | Notice of Termination Letter 24CA0219 - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that this [SPRMCO24CA0219] award is immediately terminated. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modification terminating this award.

Ashley M. Rosello
Grants Management Specialist
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

A-00000975788

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

02/26/2025

Kokeb Kassa
151 ELLIS ST NE
ATLANTA, GA
30303, USA

REF:  SPRMCO24CA0219; Alma Llanera Phase III: Protection, and Livelihoods
Support for Self-Reliance of Venezuelan Refugees and Vulnerable Host Community
Members in Peru

Dear Kokeb Kassa:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

This termination will be further codified through an amendment to the award reflecting
the termination date.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Ashley Rosello
Grants Officer

CAR 853

A-00000975788

**From:**        Kouba, Joseph G
**Sent:**        Thu, 27 Feb 2025 00:13:43 +0000
**To:**          HOUVER Vincent
**Cc:**          GOODRICK John; Graham, Brian Y; IOM DC PRM Support; PRM-MEC-IOM;
Loewer, Kelly M (Geneva); Ingraham, Hilary E; Martz, Aaron I; Thibault, Erica; Kalan, Andrea R; Nutzman,
Adrienne B; Kinsey, Rebecca T; Anderson, Kathryn E; Pelletreau, Elizabeth A; PRM-Comp-Mgt;
Richelsoph, David N; Anderson, Todd D; Morgado, Gail; Katchmark, Jennifer K; Gauger, Kelly A; Putzeys,
Claire; Wilson, Shawna J; Zerbinopoulos, Adam; Smith, Jennifer L; Lopez, Leana M; Houck, Meredith L;
Desai, Kristi E; Fallon, Kathleen; Shepardson, Nicole W; Upchurch, Christopher M
**Subject:**     Termination of Select IOM Awards Effective February 26, 2025
**Attachments:**      Notice of Termination Letter SPRMCO25VC0033.pdf, Notice of Termination
Letter SPRMCO23VC0078.pdf, Notice of Termination Letter SPRMCO23VC0293.pdf, Notice of
Termination Letter SPRMCO23VC0314.pdf, Notice of Termination Letter SPRMCO24VC0025.pdf, Notice
of Termination Letter SPRMCO24VC0066.pdf, Notice of Termination Letter SPRMCO24VC0073.pdf,
Notice of Termination Letter SPRMCO24VC0080.pdf, Notice of Termination Letter
SPRMCO24VC0084.pdf, Notice of Termination Letter SPRMCO24VC0146.pdf, Notice of Termination
Letter SPRMCO24VC0169.pdf, Notice of Termination Letter SPRMCO24VC0180.pdf, Notice of
Termination Letter SPRMCO24VC0183.pdf, Notice of Termination Letter SPRMCO24VC0204.pdf, Notice
of Termination Letter SPRMCO24VC0295.pdf, Notice of Termination Letter SPRMCO24VC0303.pdf,
Notice of Termination Letter SPRMCO24VC0312.pdf, Notice of Termination Letter
SPRMCO24VC0313.pdf, Notice of Termination Letter SPRMCO24VC0314.pdf, Notice of Termination
Letter SPRMCO25VC0019.pdf, Notice of Termination Letter SPRMCO25VC0030.pdf


The U.S. Department of State hereby notifies the recipient that these awards are immediately
terminated. These awards no longer effectuate agency priorities and are terminated in
accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340,
and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modifications terminating these awards.

# Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0033: 2025 IOM Iraq Displacement Tracking Matrix

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
19:06:48 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0078: RPC Initiative in the Western Hemisphere

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
16:44:28 -05'00'

Joseph Kouba
Comptroller

CAR 856

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0293: Safe Mobility Office Initiative - Assistance

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
16:53:35 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0314: Strengthening the Response for U.S.-bound Afghans at ROB

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:05:47 -05'00'

Joseph Kouba
Comptroller

CAR 858

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0025: 2024 Armenia Response Voluntary Contribution

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:19:32 -05'00'

Joseph Kouba
Comptroller

CAR 859

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0066: Enhancing Ethical Recruitment and Protection.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
17:26:00 -05'00'

Joseph Kouba
Comptroller

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0073: Return, Reintegration, and Family Reunification.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G    Digitally signed by
             JOSEPH G KOUBA
KOUBA       Date: 2025.02.26
             17:31:40 -05'00'

Joseph Kouba
Comptroller

CAR 861

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0080: Africa Regional Migration Program (ARMP)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA

Digitally signed by JOSEPH G
KOUBA
Date: 2025.02.26 17:45:52 -05'00'

Joseph Kouba
Comptroller

CAR 862

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0084: Asia Regional Migration Program

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
17:51:14 -05'00'

Joseph Kouba
Comptroller

CAR 863

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0146: International Organization for Migration: Thailand

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
17:56:23 -05'00'

Joseph Kouba
Comptroller

CAR 864

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0169: Response to Vulnerable Migrants in Tunisia

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:14:28 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0180: IOM World Migration Report (WMR) - FY24

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:18:44 -05'00'

Joseph Kouba
Comptroller

CAR 866

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0183: Enduring Welcome Platform Pilot Philippines

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:24:38 -05'00'

Joseph Kouba
Comptroller

CAR 867

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0204: Humanitarian Assistance for Myanmar Muslims

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26
18:28:54 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0295: Enhancing social cohesion in Cote d'Ivoire.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA

Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:33:28 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0303: USRAP SMO assistance.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
<small>Digitally signed by JOSEPH G
KOUBA
Date: 2025.02.26 18:38:07 -05'00'</small>

Joseph Kouba
Comptroller

CAR 870

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0312: Strengthening DHRR Institutional Capacity

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:43:06 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0313: Support for the Global Data Institute (GDI)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:47:14 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0314: Enhancing Migration in Countries in Crisis (MICIC)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:53:35 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0019: SMI Labor Mobility Pathways

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:58:06 -05'00'

Joseph Kouba
Comptroller

CAR 874

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0030: IOM JPO Program

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 19:02:21 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**From:**    Kouba, Joseph G
**Sent:**    Thu, 27 Feb 2025 00:13:43 +0000
**To:**     HOUVER Vincent
**Cc:**     GOODRICK John; Graham, Brian Y; IOM DC PRM Support; PRM-MEC-IOM;
Loewer, Kelly M (Geneva); Ingraham, Hilary E; Martz, Aaron I; Thibault, Erica; Kalan, Andrea R; Nutzman,
Adrienne B; Kinsey, Rebecca T; Anderson, Kathryn E; Pelletreau, Elizabeth A; PRM-Comp-Mgt;
Richelsoph, David N; Anderson, Todd D; Morgado, Gail; Katchmark, Jennifer K; Gauger, Kelly A; Putzeys,
Claire; Wilson, Shawna J; Zerbinopoulos, Adam; Smith, Jennifer L; Lopez, Leana M; Houck, Meredith L;
Desai, Kristi E; Fallon, Kathleen; Shepardson, Nicole W; Upchurch, Christopher M
**Subject:**   Termination of Select IOM Awards Effective February 26, 2025
**Attachments:**  Notice of Termination Letter SPRMCO25VC0033.pdf, Notice of Termination
Letter SPRMCO23VC0078.pdf, Notice of Termination Letter SPRMCO23VC0293.pdf, Notice of
Termination Letter SPRMCO23VC0314.pdf, Notice of Termination Letter SPRMCO24VC0025.pdf, Notice
of Termination Letter SPRMCO24VC0066.pdf, Notice of Termination Letter SPRMCO24VC0073.pdf,
Notice of Termination Letter SPRMCO24VC0080.pdf, Notice of Termination Letter
SPRMCO24VC0084.pdf, Notice of Termination Letter SPRMCO24VC0146.pdf, Notice of Termination
Letter SPRMCO24VC0169.pdf, Notice of Termination Letter SPRMCO24VC0180.pdf, Notice of
Termination Letter SPRMCO24VC0183.pdf, Notice of Termination Letter SPRMCO24VC0204.pdf, Notice
of Termination Letter SPRMCO24VC0295.pdf, Notice of Termination Letter SPRMCO24VC0303.pdf,
Notice of Termination Letter SPRMCO24VC0312.pdf, Notice of Termination Letter
SPRMCO24VC0313.pdf, Notice of Termination Letter SPRMCO24VC0314.pdf, Notice of Termination
Letter SPRMCO25VC0019.pdf, Notice of Termination Letter SPRMCO25VC0030.pdf

The U.S. Department of State hereby notifies the recipient that these awards are immediately
terminated. These awards no longer effectuate agency priorities and are terminated in
accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340,
and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modifications terminating these awards.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0033: 2025 IOM Iraq Displacement Tracking Matrix

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
19:06:48 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0078: RPC Initiative in the Western Hemisphere

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26
16:44:28 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0293: Safe Mobility Office Initiative - Assistance

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
16:53:35 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0314: Strengthening the Response for U.S.-bound Afghans at
ROB

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA

Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:05:47 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0025: 2024 Armenia Response Voluntary Contribution

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:19:32 -05'00'

Joseph Kouba
Comptroller

CAR 881

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0066: Enhancing Ethical Recruitment and Protection.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
17:26:00 -05'00'

Joseph Kouba
Comptroller

CAR 882

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0073: Return, Reintegration, and Family Reunification.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G Digitally signed by
JOSEPH G KOUBA
KOUBA Date: 2025.02.26
17:31:40 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0080: Africa Regional Migration Program (ARMP)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:45:52 -05'00'

Joseph Kouba
Comptroller

CAR 884

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0084: Asia Regional Migration Program

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:51:14 -05'00'

Joseph Kouba
Comptroller

CAR 885

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0146: International Organization for Migration: Thailand

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH
G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
17:56:23 -05'00'

Joseph Kouba
Comptroller

CAR 886

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0169: Response to Vulnerable Migrants in Tunisia

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G   Digitally signed by
KOUBA      JOSEPH G KOUBA
           Date: 2025.02.26
           18:14:28 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0180: IOM World Migration Report (WMR) - FY24

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G  Digitally signed by
JOSEPH G KOUBA
KOUBA   Date: 2025.02.26
18:18:44 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0183: Enduring Welcome Platform Pilot Philippines

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:24:38 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0204: Humanitarian Assistance for Myanmar Muslims

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:28:54 -05'00'

Joseph Kouba
Comptroller

CAR 890

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF: SPRMCO24VC0295: Enhancing social cohesion in Cote d'Ivoire.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:33:28 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0303: USRAP SMO assistance.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 18:38:07 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0312: Strengthening DHRR Institutional Capacity

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:43:06 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0313: Support for the Global Data Institute (GDI)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G    Digitally signed by
KOUBA    JOSEPH G KOUBA
Date: 2025.02.26
18:47:14 -05'00'

Joseph Kouba
Comptroller

CAR 894

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0314: Enhancing Migration in Countries in Crisis (MICIC)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:53:35 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

---

**Termination Notification**

---

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0019: SMI Labor Mobility Pathways

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA  Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:58:06 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0030: IOM JPO Program

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 19:02:21 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**From:**          Kouba, Joseph G
**Sent:**          Thu, 27 Feb 2025 00:13:43 +0000
**To:**            HOUVER Vincent
**Cc:**            GOODRICK John; Graham, Brian Y; IOM DC PRM Support; PRM-MEC-IOM;
Loewer, Kelly M (Geneva); Ingraham, Hilary E; Martz, Aaron I; Thibault, Erica; Kalan, Andrea R; Nutzman,
Adrienne B; Kinsey, Rebecca T; Anderson, Kathryn E; Pelletreau, Elizabeth A; PRM-Comp-Mgt;
Richelsoph, David N; Anderson, Todd D; Morgado, Gail; Katchmark, Jennifer K; Gauger, Kelly A; Putzeys,
Claire; Wilson, Shawna J; Zerbinopoulos, Adam; Smith, Jennifer L; Lopez, Leana M; Houck, Meredith L;
Desai, Kristi E; Fallon, Kathleen; Shepardson, Nicole W; Upchurch, Christopher M
**Subject:**       Termination of Select IOM Awards Effective February 26, 2025
**Attachments:**   Notice of Termination Letter SPRMCO25VC0033.pdf, Notice of Termination
Letter SPRMCO23VC0078.pdf, Notice of Termination Letter SPRMCO23VC0293.pdf, Notice of
Termination Letter SPRMCO23VC0314.pdf, Notice of Termination Letter SPRMCO24VC0025.pdf, Notice
of Termination Letter SPRMCO24VC0066.pdf, Notice of Termination Letter SPRMCO24VC0073.pdf,
Notice of Termination Letter SPRMCO24VC0080.pdf, Notice of Termination Letter
SPRMCO24VC0084.pdf, Notice of Termination Letter SPRMCO24VC0146.pdf, Notice of Termination
Letter SPRMCO24VC0169.pdf, Notice of Termination Letter SPRMCO24VC0180.pdf, Notice of
Termination Letter SPRMCO24VC0183.pdf, Notice of Termination Letter SPRMCO24VC0204.pdf, Notice
of Termination Letter SPRMCO24VC0295.pdf, Notice of Termination Letter SPRMCO24VC0303.pdf,
Notice of Termination Letter SPRMCO24VC0312.pdf, Notice of Termination Letter
SPRMCO24VC0313.pdf, Notice of Termination Letter SPRMCO24VC0314.pdf, Notice of Termination
Letter SPRMCO25VC0019.pdf, Notice of Termination Letter SPRMCO25VC0030.pdf

The U.S. Department of State hereby notifies the recipient that these awards are immediately
terminated. These awards no longer effectuate agency priorities and are terminated in
accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340,
and/or Award Provisions as applicable. Please log into MyGrants and countersign the
modifications terminating these awards.

## Joseph Kouba

Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0033: 2025 IOM Iraq Displacement Tracking Matrix

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 19:06:48 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0078: RPC Initiative in the Western Hemisphere

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 16:44:28 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0293: Safe Mobility Office Initiative - Assistance

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
16:53:35 -05'00'

Joseph Kouba
Comptroller

CAR 901

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO23VC0314: Strengthening the Response for U.S.-bound Afghans at
ROB

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA    Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:05:47 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0025: 2024 Armenia Response Voluntary Contribution

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:19:32 -05'00'

Joseph Kouba
Comptroller

CAR 903

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0066: Enhancing Ethical Recruitment and Protection.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
17:26:00 -05'00'

Joseph Kouba
Comptroller

CAR 904

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0073: Return, Reintegration, and Family Reunification.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:31:40 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0080: Africa Regional Migration Program (ARMP)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:45:52 -05'00'

Joseph Kouba
Comptroller

CAR 906

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0084: Asia Regional Migration Program

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:51:14 -05'00'

Joseph Kouba
Comptroller

CAR 907

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0146: International Organization for Migration: Thailand

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 17:56:23 -05'00'

Joseph Kouba
Comptroller

CAR 908

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0169: Response to Vulnerable Migrants in Tunisia

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 18:14:28 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0180: IOM World Migration Report (WMR) - FY24

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:18:44 -05'00'

Joseph Kouba
Comptroller

CAR 910

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0183: Enduring Welcome Platform Pilot Philippines

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:24:38 -05'00'

Joseph Kouba
Comptroller

CAR 911

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF: SPRMCO24VC0204: Humanitarian Assistance for Myanmar Muslims

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26
18:28:54 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0295: Enhancing social cohesion in Cote d'Ivoire.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:33:28 -05'00'

Joseph Kouba
Comptroller

CAR 913

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0303: USRAP SMO assistance.

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA   Digitally signed by JOSEPH G KOUBA
        Date: 2025.02.26 18:38:07 -05'00'

Joseph Kouba
Comptroller

CAR 914

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0312: Strengthening DHRR Institutional Capacity

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is
immediately terminated as of 02/26/2025. This award no longer effectuates agency
priorities and is terminated in accordance with the U.S. Department of State Standard
Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must
stop all work on the program and not incur any new costs after the effective date cited
above. Payment requests for legitimate costs incurred prior to this notification are
allowable. If your award is already in suspended status, payment requests for legitimate
costs incurred prior to the effective date of the Notice of Suspension are allowable. The
Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G    Digitally signed by
KOUBA    JOSEPH G KOUBA
Date: 2025.02.26
18:43:06 -05'00'

Joseph Kouba
Comptroller

CAR 915

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0313: Support for the Global Data Institute (GDI)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:47:14 -05'00'

Joseph Kouba
Comptroller

CAR 916

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO24VC0314: Enhancing Migration in Countries in Crisis (MICIC)

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G
KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:53:35 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0019: SMI Labor Mobility Pathways

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by
JOSEPH G KOUBA
Date: 2025.02.26
18:58:06 -05'00'

Joseph Kouba
Comptroller

A-00000975785

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

Vincent Houver
International Organization For Migration
Global Office – Washington, D.C.

REF:  SPRMCO25VC0030: IOM JPO Program

Dear Mr. Houver:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of 02/26/2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 19:02:21 -05'00'

Joseph Kouba
Comptroller

CAR 919

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Thu, 27 Feb 2025 01:27:57 +0000 |
| **To:** | Licina, Rachel M; Ann Franken; mrsgpagrants; Sam Alarif; Caitlin Kelleghan; wcanny@usccb.org |
| **Cc:** | PRM-Comp-Mgt; Gillyard, Jennifer C; PRM-Admissions-Budget |
| **Subject:** | Termination of Select USCCB Awards Effective February 27, 2025 |
| **Attachments:** | USCCB Notice of Termination Letter - 2.25.25.pdf, USCCB Notice of Termination Letter - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that these awards are immediately terminated. These awards no longer effectuate agency priorities and are terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modifications terminating these awards.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

CAR 920

A-00000975807

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF:  SPRMCO24CA0336; FY25 Enduring Welcome Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
20:16:55 -05'00'

CAR 921

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF:  SPRMCO24CA0342; FY24 MRA Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:22:16 -05'00'

A-00000975807

**From:** Kouba, Joseph G
**Sent:** Thu, 27 Feb 2025 01:27:57 +0000
**To:** Licina, Rachel M; Ann Franken; mrsgpagrants; Sam Alarif; Caitlin Kelleghan; wcanny@usccb.org
**Cc:** PRM-Comp-Mgt; Gillyard, Jennifer C; PRM-Admissions-Budget
**Subject:** Termination of Select USCCB Awards Effective February 27, 2025
**Attachments:** USCCB Notice of Termination Letter - 2.25.25.pdf, USCCB Notice of Termination Letter - 2.25.25.pdf

The U.S. Department of State hereby notifies the recipient that these awards are immediately terminated. These awards no longer effectuate agency priorities and are terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modifications terminating these awards.

## Joseph Kouba
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975807

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF:  SPRMCO24CA0336; FY25 Enduring Welcome Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:16:55 -05'00'

CAR 924

A-00000975807

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF:  SPRMCO24CA0342; FY24 MRA Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH G KOUBA
Digitally signed by JOSEPH G KOUBA
Date: 2025.02.26 20:22:16 -05'00'

CAR 925

A-00000975807

| | |
|---|---|
| **From:** | Kouba, Joseph G |
| **Sent:** | Thu, 27 Feb 2025 01:27:57 +0000 |
| **To:** | Licina, Rachel M; Ann Franken; mrsgpagrants; Sam Alarif; Caitlin Kelleghan; wcanny@usccb.org |
| **Cc:** | PRM-Comp-Mgt; Gillyard, Jennifer C; PRM-Admissions-Budget |
| **Subject:** | Termination of Select USCCB Awards Effective February 27, 2025 |
| **Attachments:** | USCCB Notice of Termination Letter - 2.25.25.pdf, USCCB Notice of Termination Letter - 2.25.25.pdf |

The U.S. Department of State hereby notifies the recipient that these awards are immediately terminated. These awards no longer effectuate agency priorities and are terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable. Please log into MyGrants and countersign the modifications terminating these awards.

**Joseph Kouba**
Comptroller
Bureau of Population, Refugees and Migration
U.S. Department of State
Work: (771) 204-9951
KOUBAJG@STATE.GOV

A-00000975807

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF:  SPRMCO24CA0336; FY25 Enduring Welcome Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
20:16:55 -05'00'

CAR 927

**Department of State**

**Termination Notification**

NOTICE OF TERMINATION

February 26, 2025

United States Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC  20017-1104

REF:  SPRMCO24CA0342; FY24 MRA Reception and Placement

Dear Anthony Granado:

The U.S. Department of State hereby notifies the recipient that this award is immediately terminated as of February 27, 2025. This award no longer effectuates agency priorities and is terminated in accordance with the U.S. Department of State Standard Terms and Conditions, 2 CFR 200.340, and/or Award Provisions as applicable.

Effective immediately upon receipt of this Notice of Termination, the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. Payment requests for legitimate costs incurred prior to this notification are allowable. If your award is already in suspended status, payment requests for legitimate costs incurred prior to the effective date of the Notice of Suspension are allowable. The Recipient must cancel as many outstanding obligations as possible.

Final reports will be due in accordance with the Award Provisions.

Sincerely,

Joseph Kouba
Comptroller

JOSEPH
G
KOUBA

Digitally signed
by JOSEPH G
KOUBA
Date: 2025.02.26
20:22:16 -05'00'

A-00000975807