THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255-JNW <br><br> **NOTICE OF WITHDRAWAL** |

Pursuant to Local Rules W.D. Wash. LCR 83.2(b)(3), attorney Deepa Alagesan of the International Refugee Assistance Project notifies the Court of her withdrawal as counsel for Plaintiffs in this matter. Plaintiffs remain represented by the other undersigned attorneys from Perkins Coie LLP and the International Refugee Assistance Project.

NOTICE OF WITHDRAWAL – 1
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Dated: August 20, 2025         By: *s/ Deepa Alagesan*
2                                  Deepa Alagesan *
                                    **INTERNATIONAL REFUGEE**
3                                   **ASSISTANCE PROJECT**
                                    One Battery Park Plaza, 33rd Floor
4                                   New York, New York 10004
                                    Telephone: (646) 939-9169
5                                   Facsimile: (516) 324-2267
                                    dalagesan@refugeerights.org
6
                                    *Withdrawing Counsel*
7
                                    * *Admitted pro hac vice*
8

NOTICE OF WITHDRAWAL – 2
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| Dated: August 20, 2025 | By: *s/ Harry H. Schneider, Jr.* <br> Harry H. Schneider, Jr., WSBA No. 9404 |
| By: *s/ Mevlüde Akay Alp* <br> Mevlüde Akay Alp* | By: *s/ Jonathan P. Hawley* <br> Jonathan P. Hawley, WSBA No. 56297 |
| By: *s/ Linda Evarts* <br> Linda Evarts* | By: *s/ Shireen Lankarani* <br> Shireen Lankarani, WSBA No. 61792 |
| By: *s/ Ghita Schwartz* <br> Ghita Schwarz* | By: *s/ Esmé L. Aston* <br> Esmé L. Aston, WSBA No. 62545 |

By: *s/ Pedro Sepulveda, Jr.*
Pedro Sepulveda, Jr.*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
levarts@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

By: *s/ Melissa Keaney*
Melissa Keaney*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 2291
Fair Oaks, California 95628
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
mkeaney@refugeerights.org

By: *s/ Laurie Ball Cooper*
Laurie Ball Cooper*

By: *s/ Megan McLaughlin Hauptman*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

By: *s/ John M. Devaney*
John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

By: *s/ Joel W. Nomkin*
Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

NOTICE OF WITHDRAWAL – 3
(No. 2:25-cv-255-JNW)