District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, MARCO RUBIO, in his official capacity as Secretary of State, KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>**[PROPOSED ORDER] GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY INCLUDING SCHEDULING DEADLINES SET FORTH IN AUGUST 15, 2025 ORDER** |

Upon consideration of Defendants' motion to stay discovery, including the scheduling deadlines set forth in the August 15, 2025 Order, it is hereby **ORDERED** that:

1. Defendants' motion to stay discovery, including the scheduling deadlines set forth in the August 15, 2025 Order is **GRANTED**.

2. Pending the Ninth Circuit's decision on Defendants' appeals of the Court's February 28, 2025 and March 24, 2025 preliminary injunctions, discovery is **STAYED**.

IT IS SO ORDERED.

DATED:                                              Hon._____
                                                    Jamal N. Whitehead
                                                    United States District Judge