THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 2:25-cv-255-JNW <br><br> **NOTICE OF WITHDRAWAL** |

Pursuant to Local Rules W.D. Wash. LCR 83.2(b)(3), attorney Linda B. Evarts of the International Refugee Assistance Project notifies the Court of her withdrawal as counsel for Plaintiffs in this matter. Plaintiffs remain represented by the other undersigned attorneys from Perkins Coie LLP and the International Refugee Assistance Project.

NOTICE OF WITHDRAWAL – 1
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| 1  Dated: September 25, 2025 | By: *s/ Linda B. Evarts* |
| 2 | Linda B. Evarts* |
|   | **INTERNATIONAL REFUGEE** |
| 3 | **ASSISTANCE PROJECT** |
|   | One Battery Park Plaza, 33rd Floor |
| 4 | New York, New York 10004 |
|   | Telephone: (646) 939-9169 |
| 5 | Facsimile: (516) 838-1655 |
|   | levarts@refugeerights.org |
| 6 | |
| 7 | *Withdrawing Counsel* |
| 8 | * *Admitted pro hac vice* |

NOTICE OF WITHDRAWAL – 2
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: September 25, 2025

By: *s/ Mevlüde Akay Alp*
    Mevlüde Akay Alp*
By: *s/ Ghita Schwarz*
    Ghita Schwarz*
By: *s/ Pedro Sepulveda, Jr.*
    Pedro Sepulveda, Jr.
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
levarts@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refgeerights.org

By: *s/ Laurie Ball Cooper*
    Laurie Ball Cooper*
By: *s/ Megan McLaughlin Hauptman*
    Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

By: *s/ Harry H. Schneider, Jr.*
    Harry H. Schneider, Jr., WSBA No. 9404
By: *s/ Jonathan P. Hawley*
    Jonathan P. Hawley, WSBA No. 56297
By: *s/ Shireen Lankarani*
    Shireen Lankarani, WSBA No. 61792
By: *s/ Esmé L. Aston*
    Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

By: *s/ John M. Devaney*
    John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

By: *s/ Joel W. Nomkin*
    Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

NOTICE OF WITHDRAWAL – 3
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000