District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

| | |
|---|---|
| NOTICE OF WITHDRAWAL OF COUNSEL<br>[CASE NO. 2:25-CV-00255] | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION<br>P.O. BOX 878, BEN FRANKLIN STATION<br>WASHINGTON, D.C. 20044 |

Pursuant to Local Rule 83.2(b)(3), the undersigned notifies the Court of his withdrawal as counsel for Defendants in this matter. Defendants will continue to be represented by the Office of Immigration Litigation.

Respectfully,

*/s/ David Kim*
DAVID KIM
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-0114
Email: David.Kim4@usdoj.gov

MOTION FOR STAY OF PROCEEDINGS, INCLUDING DISCOVERY, IN LIGHT OF LAPSE OF APPROPRIATIONS
[CASE NO. 2:25-CV-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044