District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>*Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br>*Defendants*. | CASE NO. 2:25-cv-00255 <br><br> NOTICE TO WITHDRAW OCTOBER 1, 2025 MOTION FOR STAY OF PROCEEDINGS, INCLUDING DISCOVERY <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 19, 2025 |

NOTICE TO WITHDRAW MOTION TO
STAY PROCEEDINGS INCLUDING
DISCOVERY
[CASE NO. 2:25-cv-00255]

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

On October 1, 2025, Defendants moved for a stay of proceedings in this case, including all discovery deadlines, in light of the lapse in appropriations that occurred at the end of the day on September 30, 2025. Dkt. No. 166. Plaintiffs filed their response on October 10th, Dkt. No. 168, and Defendants filed their reply on October 15th, Dkt. No. 169. On October 8th, the Court issued a minute order striking the parties' deadline for filing their joint status report and discovery plan, it did not rule on the motion. Dkt. No. 167. Aside from the discovery deadlines, the motion remains pending.

On November 12, 2025, Congress passed a new funding bill which the President signed into law effectively restoring appropriations to the Department of Justice. Accordingly, Defendants advise the Court that the lapse of appropriations has ended, and Department of Justice attorneys, including counsel for Defendant, have resumed their usual civil litigation functions. Defendants hereby file this notice to withdraw the October 1, 2025 motion to stay proceedings, Dkt. No. 166, pursuant to Local Civil Rule 7(l). As further required by Local Civil Rule 7(l), Defendants notified Courtroom Deputy Cogswell via telephone voicemail that Defendants are filing the instant notice.

NOTICE TO WITHDRAW MOTION FOR STAY OF PROCEEDINGS, INCLUDING DISCOVERY
[CASE NO. 2:25-cv-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

November 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LINDSAY W. ZIMLIKI
Senior Litigation Counsel

*/s/ Joseph McCarter*
JOSEPH MCCARTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

JASON ZUBATA
ILANA KRAMER
Trial Attorneys

*Attorneys for Defendants*

NOTICE TO WITHDRAW MOTION FOR STAY OF PROCEEDINGS, INCLUDING DISCOVERY
[CASE NO. 2:25-CV-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044