District Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 19, 2025 |

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[CASE NO. 2:25-CV-00255]

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

The parties hereby file this stipulated motion pursuant to Local Civil Rule (7)(d)(1), to file their combined joint status report and discovery plan on December 5, 2025.

On October 1, 2025, Defendants moved for a stay of proceedings in this case, including all discovery deadlines, in light of the lapse in appropriations that occurred at the end of the day September 30, 2025. Dkt. No. 166. Plaintiffs filed their response on October 10, Dkt. No. 168, and Defendants filed their reply on October 15, Dkt. No. 169. On October 8, 2025, the Court issued a minute order striking the parties' deadline for filing their joint status report and discovery plan. Dkt. No. 167. The motion otherwise remained pending.

On November 12, 2025, Congress passed a new funding bill which the President signed into law effectively restoring appropriations to the Department of Justice. Accordingly, on November 19, 2025, Defendants filed a notice to withdraw the October 1, 2025 motion to stay proceedings pursuant to Local Civil Rule 7(l).

On November 18, 2025, the parties conferred and hereby file this stipulated motion to file the combined joint status report and discovery plan on December 5, 2025.

November 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LINDSAY W. ZIMLIKI
Senior Litigation Counsel

*/s/ Joseph McCarter*
JOSEPH MCCARTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[CASE NO. 2:25-CV-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

JASON ZUBATA
ILANA KRAMER
Trial Attorneys

*Attorneys for Defendants*

STIPULATION TO FILE COMBINED
JOINT STATUS REPORT AND
DISCOVERY PLAN ON DECEMBER 5,
2025
[CASE NO. 2:25-CV-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

Mevlüde Akay Alp*
Ghita Schwarz*
Pedro Sepulveda, Jr.*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (646) 939-9169
lballcooper@refugeerights.org
mhauptman@refugeerights.org

By: s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

*Counsel for Plaintiffs*

* Admitted pro hac vice

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[Case No. 2:25-cv-00255]

3

U.S. DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dates this ___ day of November, 2025

_____
United States District Judge

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LINDSAY W. ZIMLIKI
Senior Litigation Counsel

*/s/ Joseph McCarter*
JOSEPH MCCARTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

JASON ZUBATA
ILANA KRAMER
Trial Attorneys

*Attorneys for Defendants*

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[CASE NO. 2:25-CV-00255]

4

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044