District Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>        *Defendants*. | CASE NO. 2:25-cv-00255<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 19, 2025 |

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[Case No. 2:25-cv-00255]

U.S. DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

The parties hereby file this stipulated motion pursuant to Local Civil Rule (7)(d)(1), to file their combined joint status report and discovery plan on December 5, 2025.

On October 1, 2025, Defendants moved for a stay of proceedings in this case, including all discovery deadlines, in light of the lapse in appropriations that occurred at the end of the day September 30, 2025. Dkt. No. 166. Plaintiffs filed their response on October 10, Dkt. No. 168, and Defendants filed their reply on October 15, Dkt. No. 169. On October 8, 2025, the Court issued a minute order striking the parties' deadline for filing their joint status report and discovery plan. Dkt. No. 167. The motion otherwise remained pending.

On November 12, 2025, Congress passed a new funding bill which the President signed into law effectively restoring appropriations to the Department of Justice. Accordingly, on November 19, 2025, Defendants filed a notice to withdraw the October 1, 2025 motion to stay proceedings pursuant to Local Civil Rule 7(l).

On November 18, 2025, the parties conferred and hereby file this stipulated motion to file the combined joint status report and discovery plan on December 5, 2025.

November 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LINDSAY W. ZIMLIKI
Senior Litigation Counsel

*/s/ Joseph McCarter*
JOSEPH MCCARTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[CASE NO. 2:25-CV-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

JASON ZUBATA
ILANA KRAMER
Trial Attorneys

*Attorneys for Defendants*

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[CASE NO. 2:25-cv-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

| | |
|---|---|
| Mevlüde Akay Alp*<br>Ghita Schwarz*<br>Pedro Sepulveda, Jr.*<br>**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**<br>One Battery Park Plaza, 33rd Floor<br>New York, New York 10004<br>Telephone: (646) 939-9169<br>Facsimile: (516) 324-2267<br>makayalp@refugeerights.org<br>gschwarz@refugeerights.org<br>psepulveda@refugeerights.org<br><br>Laurie Ball Cooper*<br>Megan Hauptman*<br>**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**<br>650 Massachusetts Ave. NW<br>Washington, D.C. 20001<br>Telephone: (646) 939-9169<br>lballcooper@refugeerights.org<br>mhauptman@refugeerights.org | By: s/ *Harry H. Schneider, Jr.*<br>Harry H. Schneider, Jr., WSBA No. 9404<br>Jonathan P. Hawley, WSBA No. 56297<br>Shireen Lankarani, WSBA No. 61792<br>Esmé L. Aston, WSBA No. 62545<br>**PERKINS COIE LLP**<br>1301 Second Avenue Suite 4200<br>Seattle, Washington 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>HSchneider@perkinscoie.com<br>JHawley@perkinscoie.com<br>SLankarani@perkinscoie.com<br>EAston@perkinscoie.com<br><br>John M. Devaney*<br>**PERKINS COIE LLP**<br>700 Thirteenth Street NW, Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-6211<br>JDevaney@perkinscoie.com<br><br>Joel W. Nomkin*<br>**PERKINS COIE LLP**<br>2525 East Camelback Road, Suite 500<br>Phoenix, Arizona 85016<br>Telephone: (602) 351-8000<br>Facsimile: (602) 648-7000<br>JNomkin@perkinscoie.com<br><br>*Counsel for Plaintiffs*<br><br>* *Admitted pro hac vice* |

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[CASE NO. 2:25-CV-00255]

3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

**ORDER**

IT IS SO ORDERED.

Dates this 21st day of November, 2025

_____
United States District Judge

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LINDSAY W. ZIMLIKI
Senior Litigation Counsel

*/s/ Joseph McCarter*
JOSEPH MCCARTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

JASON ZUBATA
ILANA KRAMER
Trial Attorneys

*Attorneys for Defendants*

STIPULATION TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN ON DECEMBER 5, 2025
[CASE NO. 2:25-CV-00255]

4

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044