District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>UNOPPOSED PRAECIPE TO WITHDRAW U.S. DEPARTMENT OF HOMELAND SECURITY'S ORIGINAL CERTIFIED ADMINISTRATIVE RECORD, ECF NO. 152, AND FILE CORRECTED CERTIFIED ADMINISTRATIVE RECORD |

NOTICE OF ERRATA AND CORRECTION OF CERTIFIED ADMINISTRATIVE RECORDS
[CASE NO. 2:25-cv-00255]

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

Pursuant to Local Rule 7(m) and 10(g), Defendants, through their undersigned counsel, respectfully submit this unopposed praecipe to withdraw the Certified Administrative Record of Defendant U.S. Department of Homeland Security (DHS), ECF No. 152, and to file the attached corrected Certified Administrative Record in its place. Defendants filed the Certified Administrative Record for Defendant DHS on August 13, 2025, Dkt. No. 152. Defendants have attached a corrected version of the DHS Certified Administrative Record for filing. The reason for this request is that Defendant DHS inadvertently failed to redact personally identifiable information (PII) that appeared in one document that was part of the Certified Administrative Record, and redacted information that upon DHS's reconsideration was determined to have been unnecessarily redacted. Thus, the corrected Certified Administrative Record contains labeled redactions of the PII and omits the unnecessary redactions that appeared in the January 27, 2025 muster, Dkt. No. 152, CAR 003-009.

On December 24, 2025, counsel for Defendants conferred with Plaintiffs' counsel via email and Plaintiffs' counsel indicated that Plaintiffs do not oppose this filing. Accordingly, Defendants request that the Court withdraw the original DHS Certified Administrative Record, Dkt. No. 152, and file the attached corrected DHS Certified Administrative Record.

NOTICE OF ERRATA AND
CORRECTION OF CERTIFIED
ADMINISTRATIVE RECORDS
[CASE NO. 2:25-CV-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

December 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

*/s/Lindsay W. Zimliki*
LINDSAY W. ZIMLIKI
Senior Litigation Counsel

JOSEPH MCCARTER
JASON ZUBATA
Trial Attorneys
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

*Attorneys for Defendants*

NOTICE OF ERRATA AND CORRECTION OF CERTIFIED ADMINISTRATIVE RECORDS [CASE NO. 2:25-CV-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044