District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER;
PLAINTIFF JOSEPHINE; PLAINTIFF
SARA; PLAINTIFF ALYAS; PLAINTIFF
MARCOS; PLAINTIFF AHMED;
PLAINTIFF RACHEL; PLAINTIFF ALI;
HIAS, INC.; CHURCH WORLD SERVICE,
INC.; LUTHERAN COMMUNITY
SERVICES NORTHWEST,

        *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States; MARCO
RUBIO, in his official capacity as Secretary of
State; KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
DOROTHY A. FINK, in her official capacity
as Acting Secretary of Health and Human
Services,

        *Defendants*.

CASE NO. 2:25-cv-00255

**[PROPOSED] ORDER GRANTING
UNOPPOSED PRAECIPE TO
WITHDRAW U.S. DEPARTMENT OF
HOMELAND SECURITY'S ORIGINAL
CERTIFIED ADMINISTRATIVE
RECORD, ECF NO. 152, AND FILE
CORRECTED CERTIFIED
ADMINISTRATIVE RECORD**

Upon consideration of Defendants' Unopposed Praecipe to Withdraw U.S. Department of Homeland Security's (DHS's) Certified Administrative Record, Dkt. No. 152, and to File Corrected Certified Administrative Record, it is hereby **ORDERED** that:

1. The stipulated motion is **GRANTED**, and

2. The Clerk of the Court shall withdraw Defendant DHS's Certified Administrative Record, Dkt. No. 152, and file the Corrected Certified Administrative Record.

IT IS SO ORDERED.

DATED:                                   Hon._____

                                              Jamal N. Whitehead
                                              United States District Judge