District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>*Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br><br>*Defendants*. | CASE NO. 2:25-cv-00255 <br><br>UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD OF DEFENDANT DEPARTMENT OF HEALTH AND HUMAN SERVICES <br><br>NOTE ON MOTION CALENDAR: DECEMBER 31, 2025 |

UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD
[Case No. 2:25-cv-00255]

U.S. DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

Defendants submit this motion to supplement the Certified Administrative Record (CAR) of U.S. Department of Health and Human Services (HHS), which was filed on August 13, 2025. *See* Dkt. No. 153. Defendants will supplement the HHS CAR with the following document: Florida Supreme Court Grand Jury Report (Dec. 7, 2022).

There is good cause to grant this motion, as the above-referenced document is a document that HHS considered when making decisions that are challenged in this case. The grand jury report was not originally included in the CAR because it is publicly available online.[1] However, Defendants now include it for the Court's and the Parties' ease of reference. Counsel for Plaintiffs informed undersigned counsel that Plaintiffs do not oppose this motion.

Accordingly, Defendants respectfully request that the Court grant this motion.

---

[1] *See* https://www.myflfamilies.com/sites/default/files/2024-05/Grand%20Jury%20Presentments_0.pdf (last visited Dec. 23, 2025).

UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD [Case No. 2:25-cv-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

December 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/Lindsay W. Zimliki*
LINDSAY W. ZIMLIKI
Senior Litigation Counsel
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-5950
Email: Lindsay.Zimliki@usdoj.gov

JOSEPH MCCARTER
JASON ZUBATA
Trial Attorneys

*Attorneys for Defendants*

I certify that this motion contains 322 words, in compliance with the Local Civil Rules.

UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD
[Case No. 2:25-cv-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044