District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>NOTICE REGARDING PROGRAM OF INITIAL RESETTLEMENT |

NOTICE REGARDING PROGRAM
OF INITIAL RESETTLEMENT
[CASE NO. 2:25-CV-00255]

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

Defendants respectfully submit this notice to inform the Court of a change in the way initial resettlement services are provided to refugees admitted to the United States through the U.S. Refugee Admissions Program.

Before January 1, 2026, the Department of State (State) and the Office of Refugee Resettlement, a subagency of Health and Human Services (HHS-ORR), coordinated to provide distinct types of services to refugees in the United States. *See* 8 U.S.C. § 1522. State provided refugees, through cooperative agreements with resettlement agencies, initial services such as airport pickup, housing arrangements, and funding for food, transportation, and household necessities. These were known as "Reception and Placement (R&P)" services. R&P services were provided through these cooperative agreements for 30 days and extendable for up to 90 days. HHS-ORR, by contrast, provided longer-term services to refugees such as cash and medical assistance which refugees may access for up to four months, as well as refugee social services including case management, assistance with finding employment, and English language learning which they can receive for up to five years from their date of ORR eligibility.

On September 30, 2025, the President of the United States issued a determination that, in order administer refugee resettlement in a manner that is consistent with national interest, uses taxpayer dollars efficiently, protects of the integrity of the U.S. immigration system, and supports refugees, the responsibility for administering the program of initial resettlement grants and contracts shall be transferred to HHS-ORR. 90 Fed. Reg. 49007 (Oct. 31, 2025). Pursuant to that authority, effective January 1, 2026, all services authorized under section 1522 are provided by HHS-ORR. *See* Office of Refugee Resettlement, *ORR Begins the Program of Initial Resettlement*, https://acf.gov/orr (last visited Jan. 8, 2026). HHS-ORR has designated the benefits and services

NOTICE REGARDING PROGRAM OF INITIAL RESETTLEMENT
[CASE NO. 2:25-CV-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

that replace R&P services the "Program of Initial Resettlement." ORR will provide services under this program along with its longer-term cash and medical assistance and refugee social services. More details on services to refugees is available at: https://acf.gov/orr/programs/refugees. State thus is no longer responsible for the provision of initial resettlement services to refugees after their arrival to the United States; rather HHS-ORR is now responsible for doing so.

January 9, 2026                           Respectfully submitted,

                                          BRETT A. SHUMATE
                                          Assistant Attorney General
                                          Civil Division

                                          ERNESTO H. MOLINA
                                          Deputy Director

                                          */s/ Joseph McCarter*
                                          JOSEPH MCCARTER
                                          ILANA KRAMER
                                          JASON ZUBATA
                                          Trial Attorneys
                                          U.S. Dept. of Justice, Civil Division
                                          Office of Immigration Litigation
                                          P.O. Box 878, Ben Franklin Station
                                          Washington, D.C. 20044
                                          Phone: (202) 746-8537
                                          Email: Joseph.A.McCarter@usdoj.gov

                                          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 9, 2026, he caused a copy of this notice to be served on counsel for Plaintiffs via the ECF system.

*/s/ Joseph McCarter*
JOSEPH MCCARTER
Attorney for Defendants

NOTICE REGARDING PROGRAM OF INITIAL RESETTLEMENT
[CASE NO. 2:25-CV-00255]

3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044