District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUPPLEMENT DEFENDANT DEPARTMENT OF HEALTH AND HUMAN SERVICES' CERTIFIED ADMINISTRATIVE RECORD** |

Upon consideration of Defendants' Unopposed Motion to Supplement Defendant Department of Health and Human Services' Certified Administrative Record, it is hereby **ORDERED** that:

1. The unopposed motion is **GRANTED.**

IT IS SO ORDERED.

DATED: January 16, 2026

Hon. _____
Jamal N. Whitehead
United States District Judge