District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>*Defendants*. | CASE NO. 2:25-cv-00255<br><br>UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD OF DEFENDANT DEPARTMENT OF STATE<br><br>NOTE ON MOTION CALENDAR: JANUARY 30, 2026 |

UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD OF DEFENDANT DEPARTMENT OF STATE
[CASE NO. 2:25-CV-00255]

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

Defendants submit this motion to supplement the Certified Administrative Record (CAR) of Defendant U.S. Department of State, which was filed on August 13, 2025. *See* Dkt. No. 152. Defendants will supplement the Department of State CAR with the following documents:

1. Internal Department emails regarding the decision to cancel refugee travel, Bates Nos. 929–38.
2. Department emails to the International Office of Migration regarding cancellation of refugee travel, Bates Nos. 939–40.

There is good cause to grant this motion, as the above-referenced documents were documents that the Department of State considered when making decisions that are challenged in this case. Counsel for Plaintiffs informed undersigned counsel that Plaintiffs do not oppose this motion.

Accordingly, Defendants respectfully request that the Court grant this motion.

January 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
CARA E. ALSTERBERG
Acting Assistant Director

*/s/ Joseph McCarter*
JOSEPH MCCARTER
ILANA KRAMER
JASON ZUBATA
Trial Attorneys
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov
*Attorneys for Defendants*

UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD OF DEFENDANT DEPARTMENT OF STATE
[CASE NO. 2:25-CV-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

## CERTIFICATE OF COMPLIANCE

I certify that this memorandum contains 117 words, in compliance with the Local Civil Rules.

                      */s/ Joseph McCarter*
                      JOSEPH MCCARTER
                      Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that, on January 30, 2026, I caused a copy of this motion to be served on counsel for Plaintiffs via the ECF system.

                      */s/ Joseph McCarter*
                      JOSEPH MCCARTER
                      Attorney for Defendants

UNOPPOSED MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD OF DEFENDANT DEPARTMENT OF STATE
[CASE NO. 2:25-CV-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044