District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST, <br><br>       *Plaintiffs*, <br><br>  v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, <br>       *Defendants*. | CASE NO. 2:25-cv-00255 <br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SUPPLEMENT CERTIFIED ADMINISTRATIVE RECORD OF DEFENDANT DEPARTMNET OF STATE |

Upon consideration of Defendants' unopposed motion to supplement certified administrative record of Defendant Department of State, and finding good cause therefor,

IT IS HEREBY **ORDERED** that Defendants' motion is granted.

IT IS SO ORDERED.

DATED:                                                          Hon._____
                                                                                                                            Jamal N. Whitehead
                                                                                                                            United States District Judge