District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST, | CASE NO. 2:25-cv-00255 <br><br> DEFENDANTS' SUPPLEMENT TO CERTIFIED ADMINISTRATIVE RECORD OF DEFENDANT DEPARTMENT OF STATE |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services, | |
| *Defendants*. | |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

My name is Adam Zerbinopoulos. I am the Principal Deputy Assistant Secretary in the Bureau of Population, Refugees, and Migration ("PRM" or "the Bureau") at the U.S. Department of State. I have held that position since August 4, 2025. I served as the PRM Senior Bureau Official ("SBO") from January 21 to April 30, 2025.

PRM was and is responsible for implementing President Trump's Executive Order 14163, *Realigning the United States Refugee Admissions Program*, 90 Fed. Reg. 8459 (Jan. 20, 2025) ("E.O. 14163") at the U.S. Department of State. As the PRM SBO, I provided guidance to the Bureau on the implementation of the U.S. Refuge Admissions Program (USRAP) and PRM's implementation of E.O. 14163 concerning the USRAP.

I certify that, to the best of my knowledge, information, and belief, the documents listed in the attached annex are contained in the administrative record. I further certify that, to the best of my knowledge, information, and belief, the documents listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents and materials considered by the U.S. Department of State in canceling refugee travel scheduled for on and after January 20, 2025, the date of the issuance of E.O. 14163.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

Executed this 28th day of January, in Washington, DC.

Adam Zerbinopoulos
Principal Deputy Assistant Secretary
Bureau of Population, Refugees, and Migration
U.S. Department of State

## INDEX

| DATE(S) | DOCUMENT | BATES NUMBERS |
|---|---|---|
| January 17 and 18, 2025 | 01.18.2025 State Email, USRAP Travel Outlook – Next 7 Days | 929-936 |
| January 18 and 20, 2025 | 01.20.2025 State Email, Updated Recommended Arrival Weeks for Booked Cases | 937-938 |
| January 20, 2025 | 01.20.2025 State Email, USRAP Refugee Bookings | 939 |
| January 21, 2025 | 01.21.2025 State Email, USRAP Refugee Travel | 940 |

**Kramer, Ilana R. (CIV)**

| | |
|---|---|
| **From:** | Youth, Marta C (Rome) <YouthMC@state.gov> |
| **Sent:** | Saturday, January 18, 2025 4:55 PM |
| **To:** | Davis, Jennifer L; Anderson, Kathryn E; Ingraham, Hilary E; Putzeys, Claire; Brown, Hannah K; Gauger, Kelly A; Kozak, Michael G; Jordan, William Y; Shinbach, Annie; Sanford, Christina; Trumm, Jacob W; Schubert, Melissa A |
| **Cc:** | Shipley, Fabiola G; Berdinner, Kiera; Kalan, Andrea R; Alam, Maryam; DeBose, Jameson (Manila) |
| **Subject:** | Re: USRAP Travel Outlook - Next 7 Days |

Loop closed with Mike.  Thanks Hilary!

Marta Youth
Acting Assistant Secretary
Bureau of Population, Refugees, and Migration

---

**From:** Davis, Jennifer L <DavisJL4@state.gov>
**Sent:** Saturday, January 18, 2025 4:29:10 PM
**To:** Anderson, Kathryn E <AndersonKE@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Youth, Marta C <YouthMC@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Kozak, Michael G <KozakMG@state.gov>; Jordan, William Y <JordanWY@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; Schubert, Melissa A <SchubertMA@state.gov>
**Cc:** Shipley, Fabiola G <ShipleyFG2@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** RE: USRAP Travel Outlook - Next 7 Days

Helpful, Kathryn.  Thx.  I would just say then, as a follow up to my last message, that I would just want to make sure no one slips through.  It would just be heart-rending to have someone arrive and get turned away.

---

**From:** Anderson, Kathryn E <AndersonKE@state.gov>
**Sent:** Saturday, January 18, 2025 4:26 PM
**To:** Ingraham, Hilary E <IngrahamHE@state.gov>; Youth, Marta C <YouthMC@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>; Kozak, Michael G <KozakMG@state.gov>; Jordan, William Y <JordanWY@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; Schubert, Melissa A <SchubertMA@state.gov>
**Cc:** Shipley, Fabiola G <ShipleyFG2@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** RE: USRAP Travel Outlook - Next 7 Days

Hi, and glad you're here through the weekend, Marta. Just chiming in to agree that I think the proposal Hilary laid out threads the needle well by still allowing us time to take action to halt the remaining scheduled refugee arrivals with minimal harm if required by an EO on Monday, while not making a splash with the public and stakeholders today/tomorrow through our preemptive actions.

1

CAR 929

**From:** Ingraham, Hilary E <IngrahamHE@state.gov>
**Sent:** Saturday, January 18, 2025 4:02 PM
**To:** Youth, Marta C <YouthMC@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>; Kozak, Michael G <KozakMG@state.gov>; Jordan, William Y <JordanWY@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; Schubert, Melissa A <SchubertMA@state.gov>
**Cc:** Shipley, Fabiola G <ShipleyFG2@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** RE: USRAP Travel Outlook - Next 7 Days

Marta – I've made individual responses to your comments in green.

One big picture response here: We have instructed IOM not to book any additional refugee arrivals. We can instruct them to cancel all refugee arrivals for the next two weeks instead of the more nuanced approach I outline below. My concern is that it will be much more visible to a much broader number of stakeholders if we instruct them to cancel all arrivals and there is a much higher likelihood that this information gets out publicly. I defer to you all on how concerned we should be about that risk.

I am happy to jump on a call if easier to talk through. Thanks.

**From:** Youth, Marta C <YouthMC@state.gov>
**Sent:** Saturday, January 18, 2025 3:45 PM
**To:** Ingraham, Hilary E <IngrahamHE@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>; Kozak, Michael G <KozakMG@state.gov>; Jordan, William Y <JordanWY@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; Schubert, Melissa A <SchubertMA@state.gov>
**Cc:** Shipley, Fabiola G <ShipleyFG2@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** Re: USRAP Travel Outlook - Next 7 Days

Thanks so much Hilary.  Please see my comments in CAPS embedded in your message.

Marta Youth
Acting Assistant Secretary
Bureau of Population, Refugees, and Migration

**From:** Ingraham, Hilary E <IngrahamHE@state.gov>
**Sent:** Saturday, January 18, 2025 2:53:14 PM
**To:** Youth, Marta C <YouthMC@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>; Kozak, Michael G <KozakMG@state.gov>; Jordan, William Y <JordanWY@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; Schubert, Melissa A <SchubertMA@state.gov>
**Cc:** Shipley, Fabiola G <ShipleyFG2@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** RE: USRAP Travel Outlook - Next 7 Days

Marta,

CAR 930

Thanks for this detail and for continuing to hold the baton over the weekend. THANKS FOR YOUR AND THE TEAM'S RESPONSIVENESS.  REALLY APPRECIATE THIS.

Yates just had a long conversation with IOM to work through the best operational approach trying to balance not getting too far ahead of the next Administration before they announce anything while also minimizing harm to refugees if they start selling belongs/leave homes and then have their departures indefinitely delayed. GOOD. TO BE CLEAR.  NOT ONLY AM I CONCERNED ABOUT REFUGEES SELLING BELONGINGS AND THEN HAVING DEPARTURES DELAYED.  I AM ALSO CONCERNED ABOUT ANYONE ARRIVING AFTER NOON ON THE 20th POTENTIALLY BEING TURNED AROUND.  I WANT TO AVOID TRAUMATIZING VULNERABLE INDIVIDUALS WHO HAVE ALREADY BEEN THROUGH GREAT DIFFICULTIES. Agree Here is what we recommend:

- As of this morning, there are ~98 refugees scheduled to arrive after noon on Monday. YOU MEAN SOME OF THESE ARE ALSO SCHEDULED IN THE DAYS AFTER MONDAY?  ALL 98 ARE NOT NOW ON MONDAY, RIGHT? Correct, these are the non-platform refugee arrivals scheduled to arrive between Monday and Friday. We will inform IOM to cancel approximately half of these individuals based on when the individual would need to leave their homes/start out-processing.  IS THERE A WAY TO DEFER ALL ON THE BOOKS FOR THIS WEEK AND NEXT UNTIL THE DUST SETTLES AND WE HAVE A CLEAR UNDERSTANDING OF ADMINISTRATION INSTRUCTIONS? This includes informing IOM to cancel all arrivals on Monday (a few more have been booked for Monday since Hannah's email last night). AGREE.  OUR PARTNERS NOW KNOW TO STOP BOOKING, YES? Yes WE ALSO NEED TO KEEP ON TOP OF SUNDAY ARRIVALS IN THE EVENT FLIGHT CANCELLATIONS AND DELAYS FORCE THEM INTO MONDAY. Will do
  - Attorney-Client Privilege
- We will **not** cancel travel for Afghans coming out of platforms at this time in order to limit potential churn/confusion with CARE. Once there is an EO issued, we will work with IOM to immediately cancel that travel.  WHEN ARE THE PLATFORM AFGHANS SCHEDULED TO ARRIVE? The first platform refugee case is currently scheduled to depart CAS at 7:35 am on Jan 21 and arrive later that day. SIVS SHOULD NOT BE A PROBLEM, BUT WE NEED TO CANCEL REFUGEES COMING OUT OF PLATFORMS.  CARE NEEDS TO BE MADE AWARE.  WHAT IS THE BEST WAY/LEVEL TO DO THIS? Need to start with Darion. I think it needs to come from Kozak, Marta, or Jen since you heard directly from Andrew.
- After the EO is issued:
  - @Jordan, William Y will immediately inform IOM to cancel (and not rebook) all refugee arrivals for the weeks of Jan 20 and Jan 27.
  - @Shinbach, Annie will finalize guidance to partners, and we will clear that guidance with L and the FO before sending.

THANKS FOR THINKING AHEAD....
Let us know if anyone has questions or concerns.

Thanks all,
Hilary

---

**From:** Youth, Marta C <YouthMC@state.gov>
**Sent:** Saturday, January 18, 2025 12:10 PM
**To:** Putzeys, Claire <PutzeysC@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>; Kozak, Michael G <KozakMG@state.gov>
**Cc:** Jordan, William Y <JordanWY@state.gov>; Shipley, Fabiola G <ShipleyFG2@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>;

3

CAR 931

DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** Re: USRAP Travel Outlook - Next 7 Days

Thanks so much Claire.  I apologize for jumping back in.  It turns out I am not quite done.  Think of it as Jen and me holding the baton together until Monday noon.

 Out of an abundance of caution, I must ask you to pull down the Uzbek Afghan arrivals scheduled for arrival on the 20th after noon.  We should also stand down — for the time being — on any plans for refugee arrivals post January 20 at noon.  I do not know any details of what policies will be announced by the new administration, but my judgment is these are steps we should take until we have a clearer understanding.

In terms of the SIVs we see arriving on the 21st and beyond, we do not have any indication that USG assistance, including travel and R&P is in any jeopardy. So planning for SIV arrivals can continue unless we are informed otherwise.

Jen, please jump in if any of this needs further clarification.

Please let me know if anyone has any questions.

Best, Marta

Marta Youth
Acting Assistant Secretary
Bureau of Population, Refugees, and Migration

---

**From:** Putzeys, Claire <PutzeysC@state.gov>
**Sent:** Saturday, January 18, 2025 11:55:04 AM
**To:** Brown, Hannah K <BrownHK@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Youth, Marta C <YouthMC@state.gov>; Davis, Jennifer L <DavisJL4@state.gov>; Kozak, Michael G <KozakMG@state.gov>
**Cc:** Jordan, William Y <JordanWY@state.gov>; Shipley, Fabiola G <ShipleyFG2@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** Re: USRAP Travel Outlook - Next 7 Days

Looping in Marta, Jen D, and  Amb Kozak, who are in the process of receiving instructions from incoming leadership about arrivals on Monday afternoon.

---

**From:** Brown, Hannah K <BrownHK@state.gov>
**Sent:** Saturday, January 18, 2025 11:13:41 AM
**To:** Anderson, Kathryn E <AndersonKE@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>
**Cc:** Jordan, William Y <JordanWY@state.gov>; Shipley, Fabiola G <ShipleyFG2@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>;

CAR 932

DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** RE: USRAP Travel Outlook - Next 7 Days

The one case currently set to arrive after 12:01pm on Monday is UZ-10051760 (*Afghan OGA priority case*). It is departing from Tashkent, transiting through Istanbul, and **arriving at JFK** at 6:10pm. Additional details below:
- Departs Tashkent (TK371) on 20 January at 3:30am (local time) and arriving in Istanbul at 6:55am (local time).
- Departs Istanbul (TK 001) on 20 January at 3:05pm (local time) and arriving at JFK at 6:10pm.

Thanks,
Hannah

---

**From:** Anderson, Kathryn E <AndersonKE@state.gov>
**Sent:** Saturday, January 18, 2025 10:39 AM
**To:** Brown, Hannah K <BrownHK@state.gov>; Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>
**Cc:** Jordan, William Y <JordanWY@state.gov>; Shipley, Fabiola G <ShipleyFG2@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** RE: USRAP Travel Outlook - Next 7 Days

Hi, and thanks for this. So helpful to have. Do you know the arrival POE for the case arriving Monday afternoon?

---

**From:** Brown, Hannah K <BrownHK@state.gov>
**Sent:** Friday, January 17, 2025 9:30 PM
**To:** Gauger, Kelly A <GaugerKA@state.gov>; Putzeys, Claire <PutzeysC@state.gov>; Ingraham, Hilary E <IngrahamHE@state.gov>; Anderson, Kathryn E <AndersonKE@state.gov>
**Cc:** Jordan, William Y <JordanWY@state.gov>; Shipley, Fabiola G <ShipleyFG2@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Berdinner, Kiera <BerdinnerKR@state.gov>; Kalan, Andrea R <KalanAR@state.gov>; Alam, Maryam <AlamM4@state.gov>; Sanford, Christina <SanfordC@state.gov>; Trumm, Jacob W <TrummJW@state.gov>; DeBose, Jameson <DeBoseJL@state.gov>
**Subject:** USRAP Travel Outlook - Next 7 Days

Hi All,

Apologies this is coming so late on a Friday, but I wanted to send this out before I get out of town for the long weekend. Big thanks to Fabi for helping pull and organize this data for us all, and big thanks to Yates for his willingness to be on call on Monday afternoon. As discussed on today's call, please see the below **overview of USRAP arrivals over the next week** which highlights 1) IOM accommodations at POEs over the long weekend, 2) planned weekend arrivals on Saturday and Sunday, 3) arrivals planned on Monday, and 4) refugee and SIV arrivals from Tuesday to Friday next week.

I.      **IOM accommodations at POEs from 1/17 through 1/21:** (*IOM will accommodate 382 individuals at POEs this weekend. Almost all cases will be departing to their final destination on Tuesday, 1/21, with the exception of 3 cases (4 individuals) that will travel to FD on Thursday, 1/23 so that the RA can find accessible housing. See below the breakdown for each POE.*)

| POE | Case Size |
|-----|-----------|
| SEA | 76 |

5

CAR 933

| | |
|---|---|
| JFK | 72 |
| IAH | 58 |
| ORD | 55 |
| ATL | 49 |
| IAD | 39 |
| LAX | 33 |
| **Grand Total** | **382** |

II.      <u>Weekend arrivals on 1/18 and 1/19</u>: *(124 individuals are booked to arrive on Saturday and Sunday. Unless the RA explicitly requested a weekend arrival, these cases are being accommodated at POEs until 1/21. See below a breakdown coming from processing countries.)*

| ABN Date and Country | Case Size |
|---|---|
| **2025-01-18** | **55** |
| Ethiopia | 9 |
| Iraq | 5 |
| Pakistan | 38 |
| Turkey | 3 |
| **2025-01-19** | **69** |
| Cameroon | 10 |
| Ecuador | 5 |
| El Salvador | 3 |
| Iraq | 4 |
| Lebanon | 2 |
| Pakistan | 38 |
| Romania | 3 |
| Uzbekistan | 4 |
| **Grand Total** | **124** |

III.      <u>Arrivals on 1/20</u>: *(On Monday, 1/20, there is one case [2 individuals] currently booked to arrive after 12:01pm—the case will be in the air when it hits noon. The case is an USG-affiliated Afghan case processing in Uzbekistan.)*

| Row Labels | Case size |
|---|---|
| **2025-01-20** | **2** |
| Uzbekistan | 2 |
| **Grand Total** | **2** |

IV.      <u>Arrivals from 1/21 through 1/24</u>: *(544 individuals are booked to arrive from Tuesday, 1/21 – Friday 1/24. 451 individuals are SIVs and 93 individuals are refugees, including 2 FTJ-Rs (I-730s). 488 individuals are from*

6

CAR 934

*platforms and 56 are from non-platform locations. See below for a breakdown by processing country and nationalities within each processing country.)*

| Case size ABN Date / Country/ Nationality | Category Refugee (I-590) | Refugee (I-730) | SIV | Grand Total |
|---|---|---|---|---|
| **2025-01-21** | **1** | **2** | **20** | **23** |
| **Albania** | | | 20 | 20 |
| Afghanistan | | | 20 | 20 |
| **Ethiopia** | | 2 | | 2 |
| Eritrea | | 1 | | 1 |
| Somalia | | 1 | | 1 |
| **Qatar** | 1 | | | 1 |
| Afghanistan | 1 | | | 1 |
| **2025-01-22** | **59** | | **239** | **298** |
| **Albania** | | | 23 | 23 |
| Afghanistan | | | 23 | 23 |
| **Colombia** | 7 | | | 7 |
| Venezuela | 7 | | | 7 |
| **Iraq** | 5 | | | 5 |
| Afghanistan | 5 | | | 5 |
| **Kenya** | 10 | | | 10 |
| Dem. Rep. Congo | 5 | | | 5 |
| Somalia | 5 | | | 5 |
| **Qatar** | 25 | | 216 | 241 |
| Afghanistan | 25 | | 216 | 241 |
| **Zimbabwe** | 12 | | | 12 |
| Dem. Rep. Congo | 4 | | | 4 |
| Rwanda | 8 | | | 8 |
| **2025-01-23** | **12** | | **192** | **204** |
| **Albania** | | | 69 | 69 |
| Afghanistan | | | 69 | 69 |
| **China** | 1 | | | 1 |
| Egypt | 1 | | | 1 |
| **Qatar** | 11 | | 123 | 134 |
| Afghanistan | 11 | | 123 | 134 |
| **2025-01-24** | **19** | | | **19** |
| **South Africa** | 19 | | | 19 |
| Somalia | 19 | | | 19 |
| **Grand Total** | **91** | **2** | **451** | **544** |

We can refresh this, as needed, early next week.

Thanks,
Hannah


**Hannah K. Brown**
**Office of Admissions**
Bureau of Population, Refugees, and Migration (PRM)
U.S. Department of State

CAR 935

mobile: +1 (202) 674-8043

CAR 936

| From: | Jordan, William Y |
|---|---|
| To: | DORSCH HANNA Kate; KAMAU WAMBUI Margaret |
| Cc: | PRM-Admissions-Leadership; Shinbach, Annie; Brown, Hannah K; Shipley, Fabiola G |
| Subject: | RE: Updated Recommended Arrival Weeks for Booked Cases |
| Date: | Monday, January 20, 2025 1:57:52 PM |

Hello Kate and Maggie,

In addition to the cases listed below, please immediately **cancel travel for** ▮PII▮ which is scheduled to depart from CAS tomorrow.

Best,

Yates

**From:** Jordan, William Y
**Sent:** Saturday, January 18, 2025 3:28 PM
**To:** DORSCH HANNA Kate <kdorsch@iom.int>; KAMAU WAMBUI Margaret <mwambui@iom.int>
**Cc:** PRM-Admissions-Leadership <PRM-Admissions-Leadership@state.gov>; Shinbach, Annie <ShinbachA@state.gov>; Brown, Hannah K <BrownHK@state.gov>; Shipley, Fabiola G <ShipleyFG2@state.gov>
**Subject:** Updated Recommended Arrival Weeks for Booked Cases

Hello all,

Following up from our conversation earlier, please see adjusted travel booking windows for some cases arriving the week of Jan 20-24, 2025. Please confirm receipt of this email and provide an update when the cancellations are complete. Additionally, please do not complete any additional bookings for the week of Jan 20-24 without approval from PRM. Please let me know if you have any questions or concerns.

| Current Arrival date | Country | Case | Updated Recommended Arrival Week |
|---|---|---|---|
| 1/20/2025 | Iraq | PII | 2025-02-17 - 2025-02-21 |
| 1/20/2025 | Pakistan | PII | 2025-02-17 - 2025-02-21 |
| 1/20/2025 | Pakistan | PII | 2025-02-17 - 2025-02-21 |
| 1/20/2025 | Pakistan | PII | 2025-02-17 - 2025-02-21 |
| 1/20/2025 | Uzbekistan | PII | 2025-02-17 - 2025-02-21 |
| 1/21/2025 | Ethiopia | PII | 2025-02-17 - 2025-02-21 |
| 1/21/2025 | Ethiopia | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Kenya | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Kenya | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Kenya | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Kenya | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Uzbekistan | PII | 2025-02-17 - 2025-02-21 |

CAR 937

| 1/22/2025 | Uzbekistan | PII | 2025-02-17 - 2025-02-21 |
|---|---|---|---|
| 1/22/2025 | Uzbekistan | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Uzbekistan | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Uzbekistan | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Zimbabwe | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Zimbabwe | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Zimbabwe | PII | 2025-02-17 - 2025-02-21 |
| 1/22/2025 | Zimbabwe | PII | 2025-02-17 - 2025-02-21 |
| 1/23/2025 | China | PII | 2025-02-17 - 2025-02-21 |
| 1/24/2025 | South Africa | PII | 2025-02-17 - 2025-02-21 |
| 1/24/2025 | South Africa | PII | 2025-02-17 - 2025-02-21 |
| 1/24/2025 | South Africa | PII | 2025-02-17 - 2025-02-21 |
| 1/24/2025 | South Africa | PII | 2025-02-17 - 2025-02-21 |
| 1/24/2025 | South Africa | PII | 2025-02-17 - 2025-02-21 |

Best,

Yates

**William Yates Jordan**
**Office of Admissions**
**Bureau of Population, Refugees, and Migration (PRM)**
**U.S. Department of State**
Email: jordanwy@state.gov
mobile: +1 (771) 444-0568

CAR 938

| **From:** | Jordan, William Y |
| **To:** | DORSCH HANNA Kate; KAMAU WAMBUI Margaret |
| **Cc:** | PRM-Admissions-Leadership; Brown, Hannah K; Shinbach, Annie; Shipley, Fabiola G |
| **Subject:** | USRAP Refugee Bookings |
| **Date:** | Monday, January 20, 2025 10:42:07 PM |

Hello IOM,

PRM is currently reviewing the Executive Order (EO) issued today, "Realigning the United States Refugee Admissions Program".  We will be providing relevant guidance as soon as possible. Please hold on completing any new bookings for refugee cases until you receive further instruction from PRM.

Best,

Yates

**William Yates Jordan**
**Office of Admissions**
**Bureau of Population, Refugees, and Migration (PRM)**
**U.S. Department of State**
Email: jordanwy@state.gov
mobile: +1 (771) 444-0568

CAR 939

| **From:** | Jordan, William Y |
| **To:** | DORSCH HANNA Kate; KAMAU WAMBUI Margaret |
| **Cc:** | PRM-Admissions-Leadership; Shinbach, Annie; Shipley, Fabiola G; Brown, Hannah K |
| **Subject:** | USRAP Refugee Travel |
| **Date:** | Tuesday, January 21, 2025 6:44:24 PM |

Hello IOM,

Please see updated guidance on bookings for refugee cases in response to Executive Order (EO), "Realigning the United States Refugee Admissions Program":

- IOM should cancel all currently booked refugee cases including any cases scheduled for travel this week.
- Do not complete any new bookings for refugee cases. PRM will instruct RSCs to cancel all current travel requests in the coming days.
- Suspend all pre-departure activities for refugee cases until further notice.
- Refugee cases admitted by CBP at their first POE, but not yet at their final destination, are not impacted by these updates and can continue to travel to their final destination.

SIV holders can continue to travel as normal. Please confirm receipt of this email and let us know if you have any questions or concerns.

Best,

Yates

**William Yates Jordan**
**Office of Admissions**
**Bureau of Population, Refugees, and Migration (PRM)**
**U.S. Department of State**
Email: jordanwy@state.gov
mobile: +1 (771) 444-0568

CAR 940