District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | CASE NO. 2:25-cv-00255 [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELIEVING DEFENDANTS OF RESPONDING TO PLAINTIFFS' DISCOVERY |

Upon consideration of Defendants' motion for protective order relieving Defendants of responding to Plaintiffs' discovery requests, and finding good cause therefor,

It is hereby ORDERED that Defendants' motion is GRANTED;

Defendants are not required to respond to Plaintiffs' discovery requests.

IT IS SO ORDERED.

DATED:                                    Hon._____
                                                   Jamal N. Whitehead
                                                   United States District Judge