District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | CASE NO. 2:25-cv-00255 <br><br> UNOPPOSED MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELIEVING DEFENDANTS OF RESPONDING TO PLAINTIFFS' DISCOVERY [DKT. NO. 188] <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 17, 2026 |

Defendants respectfully submit this motion requesting the Court to expedite consideration of Defendants' motion for protective order relieving Defendants' of responding to Plaintiffs' discovery requests ("PO Motion"), Dkt. No. 188, which Defendants are obliged to respond to on February 25. Plaintiffs informed undersigned counsel that Plaintiffs do not oppose this motion.

The parties agreed to the following proposed briefing schedule on Defendants' PO Motion to assist the Court in resolving that motion by February 25:

- Friday, February 20, 2026 – Plaintiffs will file their response in opposition to Defendants' PO Motion.

- Monday, February 23, 2026 – Defendants' will file their reply in support of their PO Motion.

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELIEVING DEFENDANTS OF RESPONDING TO DISCOVERY
[CASE NO. 2:25-CV-00255]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

There is good cause to grant this motion. In the December 5 joint status report, the parties stated their disagreement on the issue of whether the discovery outside the certified administrative records is required in this case (the "extra-record discovery issue"). Dkt. No. 176 at 5–8. On January 26, Plaintiffs served written discovery on Defendants, which oblige Defendants to respond by February 25. On February 4, Defendants emailed this Court's chambers noting the parties' disagreement on the extra-record discovery issue and asked if the Court would issue an order on the December 5 status report. On February 6, the court issued an order setting discovery-related deadlines and a trial date but did not address the extra-record discovery issue. Defendants maintain their position that extra-record discovery is not required in this case and ask the Court in their PO Motion to relieve them from responding to Plaintiffs' discovery requests. But the 14-day PO Motion cannot be resolved before February 25 without expedited consideration.

Accordingly, Defendants request that the Court grant this stipulated motion and consider on an expedited basis Defendants' PO Motion and issue an order on that motion by February 25.

February 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN K. ROSS
Senior Litigation Counsel

/s/ Joseph McCarter
JOSEPH MCCARTER
ILANA KRAMER
JASON ZUBATA
Trial Attorneys
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELIEVING DEFENDANTS OF RESPONDING TO DISCOVERY
[CASE NO. 2:25-CV-00255]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATION OF COMPLIANCE

Pursuant to Local Civil Rule 7(d)(1) and 7(e)(1), I certify that this memorandum contains 297 words, which is less than the 2,100 word-count limit.

/s/ Joseph McCarter
JOSEPH MCCARTER
Attorney for Defendants

# CERTIFICATION OF SERVICE

I certify that, on February 17, 2026, Plaintiffs were served with a copy of this motion via the ECF system.

/s/ Joseph McCarter
JOSEPH MCCARTER
Attorney for Defendants

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELIEVING DEFENDANTS OF RESPONDING TO DISCOVERY
[Case No. 2:25-cv-00255]

3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044