District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO, et al.,

        *Plaintiffs*,

v.

DONALD J. TRUMP, et al.,
        *Defendants*.

CASE NO. 2:25-cv-00255

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO EXPEDITE
CONSIDERATION OF DEFENDANTS'
MOTION FOR PROTECTIVE ORDER
RELIEVING DEFENDANTS OF
RESPONDING TO PLAINTIFFS'
DISCOVERY

Upon consideration of the Defendants unopposed motion to expedite consideration of Defendants' motion for protective order relieving Defendants of responding to Plaintiffs' discovery, and finding good cause therefor,

It is hereby ORDERED that Defendants' motion is GRANTED;

The Court shall issue an order by February 25, 2026 on Defendants' motion for protective order relieving Defendants of responding to Plaintiffs' discovery.

IT IS SO ORDERED.

DATED:                        Hon._____
                                           Jamal N. Whitehead
                                         United States District Judge