# EXHIBIT A

Plaintiffs' First Interrogatories to Defendants

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 2:25-cv-255-JNW <br><br> **PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANTS** |

**TO:** Defendants Donald J. Trump, in his official capacity as President of the United States; Marco Rubio, in his official capacity as Secretary of State; Kristi Noem, in her official capacity as Secretary of Homeland Security; Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services

**AND:** Counsel for Defendants

Plaintiffs Pacito; Esther; Josephine; Sara; Alyas; Marcos; Ahmed; Rachel; Ali; HIAS, Inc.; Church World Service, Inc.; and Lutheran Community Services Northwest propound the following interrogatories to Defendants pursuant to Federal Rules of Civil Procedure 26 and 33. The following definitions and instructions shall apply to each and every part of these first interrogatories.

## **INSTRUCTIONS**

1. These interrogatories are to be answered within thirty (30) days of the date of service.

PLAINTIFFS' FIRST INTERROGATORIES – 1
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.	Each interrogatory is to be answered separately and specifically. No answer is to be left blank. If the answer to an interrogatory or subparagraph of an interrogatory is "none" or "unknown," such statement must be written in the answer. If the answer to the entire question is not known, so state and answer the part known. If an exact date is not known, state the closest approximate date.

3.	In responding to these interrogatories, provide all information available to you, including information in the possession of your attorneys, investigators, or experts, and not merely information in your own personal possession. If you or any of your agents, including your attorneys, are aware of the existence of any information within the scope of these interrogatories that is not within the custody, possession, or control of you or your agents, please identify any such information in a written response and provide who has the information.

4.	Where the interrogatories request the identification of persons, state each person's full name, current address(es), current telephone number(s), and email address(es).

5.	If you object to answering any interrogatory, in whole or in part, state your objections and/or reasons for not responding and state all factual and legal justifications that you believe support your objection or failure to answer. If you object to answering only part of an interrogatory, specify the part to which you object and respond to the remainder.

6.	If you claim that an answer, in whole or in part, to any interrogatory or part thereof is privileged or otherwise protected from discovery, you must identify such information by subject matter and state with particularity the nature and basis of the claim of privilege or other reason that the information is protected from discovery. In short, provide a privilege log with the aforementioned information to address any claim of privilege.

7.	These interrogatories are deemed continuing in nature and call for prompt supplemental responses whenever you receive or discover additional information covered by these interrogatories. You are hereby notified of and referred to the Federal Rules of Civil Procedure regarding your ongoing duty to promptly supplement your responses to these interrogatories,

PLAINTIFFS' FIRST INTERROGATORIES – 2
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

should you obtain information upon the basis of which you know a prior response was incorrect or incomplete when made, or that a response, though correct and complete when made, is no longer true and complete.

8. In the event you produce documents in lieu of identifying them herein, please produce documents as instructed in Plaintiffs' first requests for production to Defendants.

9. Unless words or terms have been given a specific definition herein, each word or term shall be given its usual and customary dictionary definition.

10. The singular includes the plural and vice versa. The masculine includes the feminine and neutral genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

11. The timeframe for these discovery requests is from January 1, 2020, through present, unless otherwise stated.

12. Seasonably and promptly supplement and/or correct your responses to these interrogatories as this action continues to the extent required by Federal Rule of Civil Procedure 26(e)(1).

## DEFINITIONS

As used in these interrogatories, the following terms have the meanings described below:

1. The term "**90-Day Reports**" refers to the reports created by the Secretary of Homeland Security in consultation with the Secretary of State regarding whether resumption of entry of refugees into the United States under the USRAP would be in the interests of the United States, which are required by Section 4 of the USRAP Executive Order to be submitted to the President within 90 days of the issuance of the USRAP EO, and every 90 days thereafter.

2. The term "**Agencies Involved in the USRAP**" refers to all federal governmental agencies, state and local governmental agencies, nongovernmental organizations, and international organizations involved in the USRAP.

PLAINTIFFS' FIRST INTERROGATORIES – 3
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3. The word "**all**" shall be construed to include and encompass the words "each," "every," and "any."

4. The connectives "**and**" and "**or**" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

5. The term "**Case-by-Case Exception**" refers to an exception or waiver under Section 3(c) of the USRAP EO that may be granted to permit the admission of individuals to the United States as refugees on a case-by-case basis, notwithstanding the suspension of the USRAP, so long as the Secretaries of State and Homeland Security determine that the entry of such person as a refugee is in the national interest and does not pose a threat to the security or welfare of the United States.

6. The words "**Defendants**," "**You**," and "**Your**" refer to President Donald Trump, Secretary of State Marco Rubio, Secretary of Homeland Security Kristi Noem, and Secretary of Health and Human Services Robert F. Kennedy and their officers, agents, assigns, employees, insurers, attorneys, subsidiaries, successors, and predecessors, and anyone acting on their behalf.

7. The words "**Document**" and "**Documents**" shall be construed to be synonymous in meaning and equal in scope to the usage of the terms in Federal Rule of Civil Procedure 34(a), in its broadest sense, and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, including correspondence, both originals and copies, and all attachments and appendices thereto, that are in Your possession, custody, or control, or in the possession, custody, or control of Your attorneys. A draft of a nonidentical copy is a separate Document within the meaning of this term. Without limiting the term "control," a Document is deemed to be within Your control if You have ownership, possession, or custody of the Document or the right to secure the Document or copy thereof from any persons or public or private entity having physical control thereof.

PLAINTIFFS' FIRST INTERROGATORIES – 4
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

8. The words "**including**" and "**includes**" shall be construed to mean "including, but not limited to," and "includes, but is not limited to," respectively.

9. The word "**Plaintiffs**" refers to Plaintiffs Pacito; Esther; Josephine; Sara; Alyas; Marcos; Ahmed; Rachel; Ali; HIAS, Inc.; Church World Service, Inc.; and Lutheran Community Services Northwest.

10. The terms "**relates to**" and "**relating to**" shall be construed in the broadest sense and shall mean, without limitation, anything that, in whole or in part, directly or indirectly analyzes, comments upon, comprises, concerns, constitutes, contains, discusses, embodies, evidences, explains, identifies, manifests, mentions, reflects, refers to, relates to, states, summarizes, or is in any way relevant to the particular subject matter identified.

11. The term "**USRAP**" refers to the United States Refugee Admissions Program.

12. The terms "**USRAP Executive Order**" and "**USRAP EO**" refer to Executive Order 14163, "Realigning the United States Refugee Admissions Program," which was published on January 20, 2025.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify all persons who have knowledge or information regarding the research, creation, and dissemination of the 90-day Reports created by the Secretary of Homeland Security, in consultation with the Secretary of State, pursuant to Section 4 of the USRAP Executive Order, including the reports disclosed to the news media and referenced in a *New York Times* article dated October 15, 2025. *See* Zolan Kanno-Youngs & Hamed Aleaziz, *Trump Considers Overhaul of Refugee System That Would Favor White People*, N.Y. Times (Oct. 15, 2025), https://www.nytimes.com/2025/10/15/us/politics/trump-refugee-white-people.html.

**RESPONSE:**

PLAINTIFFS' FIRST INTERROGATORIES – 5
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**INTERROGATORY NO. 2:** Identify all persons who have knowledge or information regarding the implementation of Section 3(c) of the USRAP Executive Order and Case-by-Case Exceptions, including any application processes, eligibility standards, eligibility assessments and adjudication processes, and approval processes related to Case-by-Case Exceptions.

**RESPONSE:**

**INTERROGATORY NO. 3:** Identify all persons who have knowledge or information regarding the implementation of the USRAP EO, including the cancellation of travel arrangements in anticipation of the USRAP EO, at any time prior to January 20, 2025.

**RESPONSE:**

PLAINTIFFS' FIRST INTERROGATORIES – 6
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: January 26, 2026 | By: *s/ Harry H. Schneider, Jr.* |
| 2 | Mevlüde Akay Alp* | Harry H. Schneider, Jr., WSBA No. 9404 |
|   | Kimberly Grano* | Jonathan P. Hawley, WSBA No. 56297 |
| 3 | Ghita Schwarz* | Shireen Lankarani, WSBA No. 61792 |
| 4 | Pedro Sepulveda, Jr.* | Esmé L. Aston, WSBA No. 62545 |

Dated: January 26, 2026

Mevlüde Akay Alp*
Kimberly Grano*
Ghita Schwarz*
Pedro Sepulveda, Jr.*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (646) 939-9169
lballcooper@refugeerights.org
mhauptman@refugeerights.org

By: *s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

PLAINTIFFS' FIRST INTERROGATORIES – 7
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on January 26, 2026, I caused the foregoing document to be served on the following attorneys of record in the related federal-court action by the method(s) indicated:

August Flentje
Email: august.flentje@usdoj.gov
Benjamin Mark Moss
Email: benjamin.m.moss2@usdoj.gov
Jason Kyle Zubata
Email: jason.k.zubata@usdoj.gov
Joseph McCarter
Email: joseph.a.mccarter@usdoj.gov
US Dept. of Justice
P.O. Box 868/878
Washington, DC 20044

☐ Via hand delivery
☐ Via U.S. Mail, 1st Class, Postage Prepaid
☐ Via Overnight Delivery
☐ Via Facsimile
☒ Via Email
☐ Other: E-Service

*Attorneys for Defendants*

Dated: January 26, 2025

*s/ Jonathan P. Hawley*
Jonathan P. Hawley

CERTIFICATE OF SERVICE
(No. 2:25-cv-255-JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000