UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | CASE NO. 2:25-cv-255-JNW <br><br> ORDER DENYING DEFENDANTS' MOTION TO EXPEDITE |

    Defendants move to expedite consideration of their motion for a protective order. Dkt. No. 189. Motions to shorten time have been abolished in this district. LCR 6(b). Even if that weren't dispositive on the issue, Defendants have not shown good cause for their delay in moving for a protective order. They contend that good cause exists because they alerted the Court to the underlying discovery dispute in their December 5 joint status report. But the Local Civil Rules caution parties against requesting substantive relief in joint status reports, stating: "Parties should not include requests for relief from the court in the joint status report, and the court typically will not rule on such requests. Rather, requests for relief should be

ORDER DENYING DEFENDANTS' MOTION TO EXPEDITE - 1

1   contained in a stipulated motion, where feasible, or in a motion." LCR 16(a).

2   Accordingly, the Court DENIES the motion to expedite. Dkt. No. 189.

3         Lastly, the Court notes that a party's failure to timely respond to discovery

4   requests may be excused if "the party failing to act has a pending motion for a

5   protective order under Rule 26(c)." Fed. R. Civ. P. 37(d)(2).

      Dated this 19th day of February, 2026.

                       Jamal N. Whitehead
                       United States District Judge

ORDER DENYING DEFENDANTS' MOTION TO EXPEDITE - 2