THE HONORABLE JAMAL N. WHITEHEAD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER;
PLAINTIFF JOSEPHINE; PLAINTIFF SARA;
PLAINTIFF ALYAS; PLAINTIFF MARCOS;
PLAINTIFF AHMED; PLAINTIFF RACHEL;
PLAINTIFF ALI; HIAS, INC.; CHURCH
WORLD SERVICE, INC.; and LUTHERAN
COMMUNITY SERVICES NORTHWEST,

    *Plaintiffs*,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States; MARCO RUBIO,
in his official capacity as Secretary of State;
KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; ROBERT F.
KENNEDY, JR., in his official capacity as
Secretary of Health and Human Services,

    *Defendants*.

Case No. 2:25-cv-255-JNW

**JOINT STIPULATION TO ENTER
A PROTECTIVE ORDER
REGARDING DISCLOSURE AND
HANDLING OF PROTECTED
MATERIALS IN THIS ACTION**

JOINT STIPULATION TO ENTER A
PROTECTIVE ORDER – 1
(No. 2:25-cv-255-JNW)

Pursuant to Local Rule 26(c), the parties, by and through undersigned counsel, hereby stipulate and agree as follows:

1. The parties conferred between February 18 and March 4, 2026, including a telephonic meet and confer on March 4, 2026, regarding the need for a protective order governing the disclosure and handling of protective materials in this action;

2. The parties exchanged, and came to an agreement as to, proposed amendments in track changes to the model stipulated protective order provided by the United States District Court for the Western District of Washington, as reflected in the proposed Stipulated Protective Order attached hereto as Exhibit A (redlined version of the Stipulated Protective Order);

3. The parties came to an agreement as to all proposed terms, as reflected in the clean version of the Stipulated Protective Order to be entered by this Court in Exhibit B; and

4. Accordingly, the parties jointly stipulate and request that the Court enter the Stipulated Protective Order, Exhibit B, submitted herewith.

IT IS SO STIPULATED.

**U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION
LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044**

1   Dated: March 4, 2026

2       Mevlüde Akay Alp*
3       Ghita Schwarz*
        Pedro Sepulveda, Jr.*
4       Kimberly Grano*
        **INTERNATIONAL REFUGEE**
5       **ASSISTANCE PROJECT**
        One Battery Park Plaza, 33rd Floor
6       New York, New York 10004
        Telephone: (646) 939-9169
7       Facsimile: (516) 324-2267
        makayalp@refugeerights.org
8       levarts@refugeerights.org
        gschwarz@refugeerights.org
9       psepulveda@refugeerights.org
        kgrano@refugeerights.org
10

11

12      Laurie Ball Cooper*
        Megan Hauptman*
13      **INTERNATIONAL REFUGEE**
        **ASSISTANCE PROJECT**
14      650 Massachusetts Ave. NW
        Washington, D.C. 20001
15      Telephone: (646) 939-9169
        lballcooper@refugeerights.org
16      mhauptman@refugeerights.org

17

18

19

20

21

22

23

24

25

26

By: s/ *Mevlüde Akay Alp*
    Harry H. Schneider, Jr., WSBA No. 9404
    Jonathan P. Hawley, WSBA No. 56297
    Shireen Lankarani, WSBA No. 61792
    Esmé L. Aston, WSBA No. 62545
    **PERKINS COIE LLP**
    1301 Second Avenue Suite 4200
    Seattle, Washington 98101
    Telephone: (206) 359-8000
    Facsimile: (206) 359-9000
    HSchneider@perkinscoie.com
    JHawley@perkinscoie.com
    SLankarani@perkinscoie.com
    EAston@perkinscoie.com

    John M. Devaney*
    **PERKINS COIE LLP**
    700 Thirteenth Street NW, Suite 800
    Washington, D.C. 20005
    Telephone: (202) 654-6200
    Facsimile: (202) 654-6211
    JDevaney@perkinscoie.com

    Joel W. Nomkin*
    **PERKINS COIE LLP**
    2525 East Camelback Road, Suite 500
    Phoenix, Arizona 85016
    Telephone: (602) 351-8000
    Facsimile: (602) 648-7000
    JNomkin@perkinscoie.com

    *Counsel for Plaintiffs*

    * *Admitted pro hac vice*

JOINT STIPULATION TO ENTER A
PROTECTIVE ORDER – 3
(No. 2:25-cv-255-JNW)

1    March 4, 2026                         Respectfully submitted,

2                                          BRETT A. SHUMATE
                                           Assistant Attorney General
3                                          Civil Division

4                                          ANTHONY P. NICASTRO
                                           Acting Director
5

6                                          CARA E. ALSTERBERG
                                           Acting Assistant Director

7                                          _/s/ Jason K. Zubata_____
                                           JASON K. ZUBATA
8                                          JOSEPH MCCARTER
                                           ILANA KRAMER
9                                          Trial Attorneys
                                           U.S. Dept. of Justice, Civil Division
10                                         Office of Immigration Litigation
                                           P.O. Box 878, Ben Franklin Station
11                                         Washington, D.C. 20044
                                           Phone: (202) 532-4143
12                                         Email: Jason.k.zubata@usdoj.gov

13                                         *Attorneys for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION TO ENTER A
PROTECTIVE ORDER – 4
(No. 2:25-cv-255-JNW)

1

### CERTIFICATE OF SERVICE

2   Pursuant to Local Civil Rule 26(c)(1), I certify that on March 4, 2026, the parties met and

3 conferred in a good faith effort to resolve this dispute without court action, which the parties have

4 been able to achieve. Participants in these discussions were: Jason K. Zubata, counsel for

5 Defendants; and Mevlüde Akay Alp, counsel for Plaintiffs.

6

### ATTESTATION OF FILER

7   Undersigned counsel attests that the other signatories listed, and on whose behalf this filing

8 is submitted, concur in the filing's content and have authorized the filing.

9

10      */s/ Jason K. Zubata*
       JASON ZUBATA

11       Trial Attorney
       U.S. Dept. of Justice, Civil Division

12       Office of Immigration Litigation
       P.O. Box 878, Ben Franklin Station

13       Washington, D.C. 20044
       Phone: (202) 532-4143

14       Email: Jason.k.zubata@usdoj.gov

15       *Attorney for Defendants*

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. C25-255 JNW)

**U.S. DEPARTMENT OF JUSTICE**
**CIVIL DIVISION, OFFICE OF IMMIGRATION**
**LITIGATION**
**P.O. BOX 878, BEN FRANKLIN STATION**
**WASHINGTON, D.C. 20044**

183875735.1