THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

*Defendants*.

Case No. 2:25-cv-255-JNW

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING AMENDED PLEADINGS**

NOTE ON MOTION CALENDAR:
MARCH 6, 2026

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs seek an extension of the deadline for filing amended pleadings to April 7, 2026, which is the current deadline for joining additional parties. *See* Dkt. 187 at 1. Defendants do not oppose this extension.

On February 6, 2026, the Court set March 10 as the deadline for amended pleadings. *Id.* Yesterday, the U.S. Court of Appeals for the Ninth Circuit issued a seventy-plus-page opinion

PLS.' MOT. TO EXTEND DEADLINE – 1
(No. 2:25-cv-255-JNW)

affirming in part and reversing in part this Court's preliminary injunctions. *See generally Pacito v. Trump*, Nos. 25-1313, 25-1939 (9th Cir. Mar. 5, 2026), Dkt. 167.1. Given the opinion's extensive merits discussion, good cause exists to extend the deadline for amended pleadings and allow Plaintiffs to incorporate the Ninth Circuit's analysis into any amended or supplemental complaint. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (explaining that Rule 16(b)'s good-cause standard "focus[es on] the moving party's reasons for seeking modification" and "[t]he district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension" (citation modified)); *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 607–08 (E.D. Cal. 1999) ("[T]o demonstrate diligence under Rule 16's 'good cause' standard, the movant may be required to show … that her noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding her diligent efforts to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and [] that she was diligent in seeking amendment of the Rule 16 order, once it became apparent that she could not comply with the order." (citations omitted)); *cf. Henson v. Fid. Nat'l Fin., Inc.*, 943 F.3d 434, 444 (9th Cir. 2019) (recognizing that "a change in the controlling law can … provide a sufficient basis for granting relief under Rule 60(b)(6)").

For these reasons, Plaintiffs respectfully request that the deadline for filing amended pleadings be extended up to and including April 7, 2026.

\*        \*        \*

The undersigned certifies that this motion contains 340 words, in compliance with the Local Civil Rules.

PLS.' MOT. TO EXTEND DEADLINE – 2
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: March 6, 2025

Mevlüde Akay Alp*
Kimberly Grano*
Ghita Schwarz*
Pedro Sepulveda, Jr.*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (646) 939-9169
lballcooper@refugeerights.org
mhauptman@refugeerights.org

By: s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Shireen Lankarani, WSBA No. 61792
Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
SLankarani@perkinscoie.com
EAston@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

PLS.' MOT. TO EXTEND DEADLINE – 3
(No. 2:25-cv-255-JNW)