**Appendix to *Pacito v. Trump*, 25-1313**

*This appendix is provided for the convenience and benefit of the public and does not constitute any part of the official opinion of the court.*

---

The following URLs were cited in the above-captioned opinion and were archived by the U.S. Courts Ninth Circuit Library via Perma.cc on March 2, 2026.

| Page # | URL | Perma.cc Link |
|---|---|---|
| **Lee Partial Dissent** | | |
| 80 | https://www.thepublicdiscourse.com/2025/12/99817/ | https://perma.cc/TK5C-B83B |
| | | |
| | | |