THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER;
PLAINTIFF JOSEPHINE; PLAINTIFF SARA;
PLAINTIFF ALYAS; PLAINTIFF MARCOS;
PLAINTIFF AHMED; PLAINTIFF RACHEL;
PLAINTIFF ALI; HIAS, INC.; CHURCH
WORLD SERVICE, INC.; and LUTHERAN
COMMUNITY SERVICES NORTHWEST,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States; MARCO RUBIO,
in his official capacity as Secretary of State;
KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; ROBERT F.
KENNEDY, JR., in his official capacity as
Secretary of Health and Human Services,

*Defendants*.

Case No. 2:25-cv-255-JNW

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christine E. Gibbs of the law firm Perkins Coie LLP hereby enters her appearance in the above-captioned matter as an attorney for Plaintiffs and requests that any and all pleadings be served on her (in addition to all counsel who have previously appeared on Plaintiffs' behalf).

NOTICE OF APPEARANCE – 1
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: March 11, 2026

By: s/ *Christine E. Gibbs*

Christine E. Gibbs, WSBA No. 62949
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
ChristineGibbs@perkinscoie.com

*Counsel for Plaintiffs*

NOTICE OF APPEARANCE – 2
(No. 2:25-cv-255-JNW)