THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

*Defendants*.

Case No. 2:25-cv-255-JNW

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO EXTEND CASE SCHEDULE**

Having considered Plaintiffs' motion for leave to amend their complaint and to extend the case schedule by sixty (60) days, and finding good cause to order the relief sought, Plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED:**

[PROPOSED] ORDER – 1
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Plaintiffs may amend their complaint, and the newly added Plaintiffs may proceed using pseudonyms. Pursuant to Local Rules W.D. Wash. LCR 15(a), Plaintiffs must file and serve the amended complaint on all parties within fourteen (14) days of the filing of this order.

The trial date and related deadlines previously set by the Court, *see* Dkt. 187 at 1–2, are extended as follows:

| EVENT | DATE |
|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | June 11, 2026 |
| Discovery completed by | August 4, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | September 4, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | September 8, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | September 28, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | October 19, 2026 |
| Agreed pretrial order due | October 19, 2026 |
| Trial briefs must be filed by | October 26, 2026 |
| Pretrial conference | November 2, 2026 |
| BENCH TRIAL begins | November 9, 2026 |

Dated this ___ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER – 2
(No. 2:25-cv-255-JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

s/ Harry H. Schneider, Jr.
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Christine E. Gibbs, WSBA No. 62949
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
JHawley@perkinscoie.com
ChristineGibbs@perkinscoie.com

John M. Devaney*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
JDevaney@perkinscoie.com

Joel W. Nomkin*
**PERKINS COIE LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
JNomkin@perkinscoie.com

Esmé L. Aston, WSBA No. 62545
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
EAston@perkinscoie.com

Mevlüde Akay Alp*
Hussein Elbakri*
Kimberly Grano*
Ghita Schwarz*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
helbakri@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan Hauptman*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
650 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (646) 939-9169
lballcooper@refugeerights.org
mhauptman@refugeerights.org

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

[PROPOSED] ORDER – 3
(No. 2:25-cv-255-JNW)