District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; LUTHERAN COMMUNITY SERVICES NORTHWEST,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

    *Defendants*.

CASE NO. 2:25-cv-00255

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO EXTEND CASE SCHEDULE, AND GRANTING DEFENDANTS' REQUEST TO STRIKE CERTAIN INFORMATION FROM PUBLIC DOCKET

UPON CONSIDERATION OF Plaintiffs' motion for leave to amend complaint and to extend case schedule, and Defendants' request to strike certain information from public docket,

IT IS HEREBY ORDERED that Plaintiffs' motion for leave to amend complaint and motion to extend case schedule are DENIED, and

IT IS FURTHER ORDERED that Defendants' request to strike certain information from public docket is GRANTED; paragraphs 158, 160, 168, and 172 of Plaintiffs' proposed amended complaint (Dkt. Nos. 204-1 and 204-2) are hereby STRICKEN from the public docket.

IT IS SO ORDERED.

DATED:                                        Hon._____
                                                    Jamal N. Whitehead
                                                    United States District Judge