WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PLAINTIFF PACITO et al.,

                                    Plaintiff(s),        CASE NO. 2:25-cv-255-JNW

           v.

DONALD J. TRUMP, in his official                         PRAECIPE
capacity as President of the United
States, et al.,

                                    Defendant(s).

     To the Clerk of the above-entitled court:
     You will please:

Replace Exhibit 1 to Plaintiffs' Motion for Leave to Amend Complaint and to Extend Case Schedule, see Dkt. 204-1, with the accompanying corrected version of that filing. This new version clarifies an allegation in paragraph 52 of Plaintiffs' proposed First Amended Complaint ("FAC") by replacing the word "and" with "and/or." If the Court grants leave to amend, then Plaintiffs will file this corrected version of the FAC as their operative pleading.

4/28/2026                          s/ Harry H. Schneider, Jr.
     Dated                              Sign or use an "s/" and your name

                         Harry H. Schneider, Jr., WSBA No. 9404
                         PERKINS COIE LLP
                         1301 Second Avenue, Suite 4200
                         Seattle, Washington 98101
                         Telephone: (206) 359-8000

                                    Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1