UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC., and LUTHERAN COMMUNITY SERVICES NORTHWEST,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN,[1] in his official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

Defendants.

CASE NO. 2:25-cv-255-JNW

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO EXTEND CASE SCHEDULE

---

[1] Because Kristi Noem is no longer the Secretary of Homeland Security, the Court adds the proper defendant, Markwayne Mullin, in his official capacity as Secretary of Homeland Security. *See* Fed. R. Civ. P. 25(d).

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO EXTEND CASE SCHEDULE - 1

This matter comes before the Court on Plaintiffs' Motion for Leave to Amend Complaint and to Extend Case Schedule. Dkt. No. 204. Having considered the briefing, the record, and the relevant law, the Court finds good cause to GRANT the relief sought.

IT IS SO ORDERED:

Plaintiffs may amend their complaint, and the newly added Plaintiffs may proceed using pseudonyms. Pursuant to Local Rules W.D. Wash. LCR 15(a), Plaintiffs must file the proposed amended complaint, Dkt. No. 207-1, and serve the amended complaint on all parties within fourteen (14) days of the filing of this order. The trial date and related deadlines previously set by the Court, *see* Dkt. No. 187 at 1–2, are extended as follows:

| EVENT | DATE |
| --- | --- |
| All motions related to discovery must be filed by (see LCR 7(d)) | July 6, 2026 |
| Discovery completed by | August 4, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | September 4, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | September 8, 2026 |
| All motions in limine must be filed by (see LCR 7(d)) | September 28, 2026 |

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO EXTEND CASE SCHEDULE - 2

| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | October 19, 2026 |
|---|---|
| Agreed pretrial order due | October 19, 2026 |
| Trial briefs must be filed by | October 26, 2026 |
| Pretrial conference | November 2, 2026 |
| BENCH TRIAL begins | November 9, 2026 |

The Court DENIES Defendants' Motion to Strike Certain Information from the Public Docket, Dkt. No. 206, because the information at issue does not qualify as confidential under the parties' stipulated protective order.

Dated this 15th day of June, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO EXTEND CASE SCHEDULE - 3