District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO; PLAINTIFF ESTHER; PLAINTIFF JOSEPHINE; PLAINTIFF SARA; PLAINTIFF ALYAS; PLAINTIFF MARCOS; PLAINTIFF AHMED; PLAINTIFF RACHEL; PLAINTIFF ALI; HIAS, INC.; CHURCH WORLD SERVICE, INC.; and LUTHERAN COMMUNITY SERVICES NORTHWEST,

          *Plaintiffs*,

      v.

MARCO RUBIO, in his official capacity as Secretary of State, MARCWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

          *Defendants*.

CASE NO. 2:25-cv-00255

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Upon consideration of Defendants' motion to dismiss the first amended complaint, it is hereby

**ORDERED** that:

1. Defendants' motion to dismiss the first amended complaint is **GRANTED**.

2. Defendants' first amended complaint is hereby **DISMISSED**.

IT IS SO ORDERED.

Dated: _____

Hon. _____
          Jamal N. Whitehead
          United States District Judge