THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO et al., | Case No. 2:25-cv-255-JNW |
| *Plaintiffs*, | **NOTICE OF CHANGES TO ATTORNEYS' FIRM NAMES AND CONTACT INFORMATION** |
| v. | |
| MARCO RUBIO, in his official capacity as Secretary of State, et al., | |
| *Defendants*. | |

Pursuant to Local Rules W.D. Wash. LCR 10(f), please take notice that, effective June 26, 2026, the law firm Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP. The email addresses of the undersigned Ashurst Perkins Coie US LLP attorneys have also changed.

Additionally, attorney John M. Devaney has a new law firm, telephone number, and email address.

There have been no other changes to the attorneys of record, their mailing addresses, their telephone or facsimile numbers, or their representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new firm names and contact information in the signature block below.

NOTICE OF CHANGES TO ATTORNEYS' FIRM
NAMES AND CONTACT INFORMATION
(No. 2:25-cv-255-JNW)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: July 1, 2026

Mevlüde Akay Alp*
Hussein Elbakri*
Kimberly Grano*
Ghita Schwarz*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
helbakri@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

By:  s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Christine E. Gibbs, WSBA No. 62949
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Harry.Schneider@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Christine.Gibbs@ashurstperkins.com

Joel W. Nomkin*
**ASHURST PERKINS COIE US LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
Joel.Nomkin@ashurstperkins.com

Esmé L. Aston, WSBA No. 62545
**ASHURST PERKINS COIE US LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Esme.Aston@ashurstperkins.com

John M. Devaney*
**THE LAW OFFICE OF JOHN DEVANEY**
3428 Patterson Street NW
Washington, D.C. 20015
Telephone: (202) 285-3013
DevaneyJ07@gmail.com

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

NOTICE OF CHANGES TO ATTORNEYS' FIRM
NAMES AND CONTACT INFORMATION
(NO. 2:25-CV-255-JNW)–2