THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO et al.,

*Plaintiffs*,

v.

MARCO RUBIO, in his official capacity as
Secretary of State, et al.,

*Defendants*.

Case No. 2:25-cv-255-JNW

**STIPULATED NOTICE TO
EXTEND DEADLINES**

As authorized by Judge Whitehead's Chambers Procedures, the Parties have agreed to extend the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss the First Amended Complaint | July 21, 2026 | July 28, 2026 |
| Deadline for Defendants' Reply in Support of Motion to Dismiss the First Amended Complaint | July 28, 2026 | August 11, 2026 |

The Parties request that the Clerk of the Court reset the deadlines as noticed and renote Defendants' Motion to Dismiss the First Amended Complaint, *see* Dkt. 212, for August 11, 2026.

STIPULATED NOTICE TO
EXTEND DEADLINES – 1
(No. 2:25-cv-255-JNW)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: July 1, 2026

Mevlüde Akay Alp*
Hussein Elbakri*
Kimberly Grano*
Ghita Schwarz*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
helbakri@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

By:  s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Christine E. Gibbs, WSBA No. 62949
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Harry.Schneider@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Christine.Gibbs@ashurstperkins.com

Joel W. Nomkin*
**ASHURST PERKINS COIE US LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
Joel.Nomkin@ashurstperkins.com

John M. Devaney*
**THE LAW OFFICE OF
JOHN DEVANEY**
3428 Patterson Street NW
Washington, D.C. 20015
Telephone: (202) 285-3013
DevaneyJ07@gmail.com

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

STIPULATED NOTICE TO
EXTEND DEADLINES – 2
(No. 2:25-cv-255-JNW)

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CARA E. ALSTERBERG
Assistant Director

/s/ Joseph McCarter*
JOSEPH MCCARTER
JASON ZUBATA
TIA HOCKENBERRY
Trial Attorneys
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20005
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

*Attorneys for Defendants*

STIPULATED NOTICE TO
EXTEND DEADLINES – 3
(No. 2:25-cv-255-JNW)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000