THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO et al.,

*Plaintiffs*,

v.

MARCO RUBIO, in his official capacity as
Secretary of State, et al.,

*Defendants*.

Case No. 2:25-cv-255-JNW

**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**

NOTE ON MOTION CALENDAR:
JULY 2, 2026

Pursuant to Local Rules W.D. Wash. LCR 7(d)(1) and LCR 10(g), the Parties respectfully move the Court for an order amending the current case schedule. *See* Dkt. 210 at 2–3.

The Court may amend the case schedule for good cause, *see* Fed. R. Civ. P. 16(b)(4), which "is likely to be found when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party," *Aerojet Rocketdyne, Inc. v. Glob. Aerospace, Inc.*, No. 17-cv-01515-KJM-AC, 2022 WL 36994, at *5 (E.D. Cal. Jan. 4, 2022) (citation modified). Good cause to extend discovery and other deadlines might exist when discovery is delayed pending a ruling on a motion, *see, e.g.*, *Thykkuttathil v. Keese*, 294 F.R.D. 601, 603 (W.D. Wash. 2013) (finding good cause to extend discovery deadline where "[d]efendants aver that they were unable to complete the requested discovery while awaiting the Court's clarification … and its decision on [] several motions"), or when additional discovery is needed in light of an amended complaint,

STIPULATED MOT. & [PROPOSED] ORDER TO
AMEND CASE SCHEDULE – 1
(No. 2:25-cv-255-JNW)

*see, e.g.*, *Lambert v. Huertas*, No. 19-cv-05980-RJB-JRC, 2020 WL 6484975, at *4 (W.D. Wash. Nov. 4, 2020) (finding good cause to extend discovery deadline where court granted motion to amend and plaintiff added new defendants); *McFall v. Stacy & Witbeck, Inc.*, No. 14-cv-04150-JSC, 2016 WL 2851589, at *4 (N.D. Cal. May 16, 2016) ("Given that the Court has granted Plaintiff's motion to amend the complaint to add a new party and claim for relief, there is necessarily good cause to amend the scheduling order with respect to the case management deadlines.").

Based on the case chronology, good cause exists here to extend discovery and related deadlines:

- On January 26, 2026, Plaintiffs served requests for production of documents and interrogatories on Defendants in connection with Plaintiffs' then-operative complaint. *See* Dkt. 188 at 3.

- On February 17, Defendants requested "a protective order relieving Defendants of any obligation to respond to Plaintiffs' discovery requests." *Id.* at 1. Briefing on this motion is completed, *see* Dkts. 193, 194, and the motion remains pending.

- Defendants have not served responses to Plaintiffs' January 26 discovery requests.

- On June 15, the Court granted Plaintiffs leave to file a first amended complaint ("FAC"). *See* Dkt. 210.

- Plaintiffs' FAC includes new claims for which, Plaintiffs believe, additional discovery is necessary and appropriate. *See* Dkt. 211. Notwithstanding that some of Plaintiffs' original claims were dropped from the FAC, Plaintiffs further believe their initial January 26 discovery requests remain relevant to their current claims.

- On June 30, Defendants moved to dismiss the FAC in its entirety. *See* Dkt. 212. The Parties filed a stipulated notice extending the briefing schedule for Defendants' motion to dismiss and renoting it for August 11. *See* Dkt. 214. Should the Court deny Defendants' motion to dismiss, Defendants will have fourteen days to answer the surviving claims, *see*

STIPULATED MOT. & [PROPOSED] ORDER TO
AMEND CASE SCHEDULE – 2
(No. 2:25-cv-255-JNW)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Fed. R. Civ. P. 12(a)(4), and produce the certified administrative records for Plaintiffs' new claims, *see* LCR 79(h).

Under these circumstances—Defendants' pending motion for a protective order, which effectively halted Plaintiffs' initial discovery; Plaintiffs' intention to propound additional discovery related to the FAC; Defendants' pending motion to dismiss; and the need for Defendants to answer the FAC and produce the administrative records should the motion to dismiss be denied—the Court's current schedule (which contemplates discovery motions by July 6 and close of discovery on August 4) requires adjustment.

The Parties therefore request a 180-day extension of the current case deadlines commencing with either the Court's resolution of Defendants' motion for protective order or the date Defendants answer the FAC, whichever is later. To illustrate, if the later of the two events were to occur on September 2, then the deadline for discovery motions would be extended 180 days from that date—March 1, 2027—with the remaining deadlines to follow as outlined in the proposed order accompanying this stipulated motion.*

\*    \*    \*

The undersigned certify that this stipulated motion contains 765 words, in compliance with the Local Civil Rules.

---

\* The Parties disagree whether proceeding with discovery during the pendency of Defendants' motion to dismiss is appropriate. Plaintiffs believe discovery (both new requests related to the FAC and their initial requests if the Court denies Defendants' pending motion for protective order) should proceed notwithstanding the motion to dismiss, while Defendants maintain discovery should be stayed until the motion to dismiss is resolved. The Court need not address this issue now, as the modified schedule proposed here is workable under either scenario. And Defendants can later seek relief if and when Plaintiffs propound new or existing discovery requests before the Court rules on the motion to dismiss.

STIPULATED MOT. & [PROPOSED] ORDER TO
AMEND CASE SCHEDULE – 3
(No. 2:25-cv-255-JNW)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: July 2, 2026

Mevlüde Akay Alp*
Hussein Elbakri*
Kimberly Grano*
Ghita Schwarz*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
helbakri@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

By:  s/ *Harry H. Schneider, Jr.*

Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Christine E. Gibbs, WSBA No. 62949
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Harry.Schneider@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Christine.Gibbs@ashurstperkins.com

Joel W. Nomkin*
**ASHURST PERKINS COIE US LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
Joel.Nomkin@ashurstperkins.com

John M. Devaney*
**THE LAW OFFICE OF JOHN DEVANEY**
3428 Patterson Street NW
Washington, D.C. 20015
Telephone: (202) 285-3013
DevaneyJ07@gmail.com

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

STIPULATED MOT. & [PROPOSED] ORDER TO
AMEND CASE SCHEDULE – 4
(No. 2:25-cv-255-JNW)

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CARA E. ALSTERBERG
Assistant Director

*/s/ Joseph McCarter**
JOSEPH MCCARTER
JASON ZUBATA
TIA HOCKENBERRY
Trial Attorneys
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20005
Phone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

Attorneys for Defendants

STIPULATED MOT. & [PROPOSED] ORDER TO
AMEND CASE SCHEDULE – 5
(No. 2:25-cv-255-JNW)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**[PROPOSED] ORDER**

The Parties' stipulated motion to amend the case schedule is GRANTED. The Court adopts the following deadlines:

| Event | Current Date | Extended Date |
|---|---|---|
| All motions related to discovery must be filed by (see LCR 7(d)) | July 6, 2026 | 180 days from either the date the Court rules on Defendants' pending motion for protective order, *see* Dkt. 188, or the date Defendants answer the FAC, whichever occurs later ("Order Date") |
| Discovery completed by | August 4, 2026 | Order Date plus 209 days |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | September 4, 2026 | Order Date plus 240 days |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | September 8, 2026 | Order Date plus 244 days |
| All motions in limine must be filed by (see LCR 7(d)) | September 28, 2026 | Order Date plus 264 days |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | October 19, 2026 | Order Date plus 285 days |
| Agreed pretrial order due | October 19, 2026 | Order Date plus 285 days |
| Trial briefs must be filed by | October 26, 2026 | Order Date plus 292 days |
| Pretrial conference | November 2, 2026 | Order Date plus 299 days |
| BENCH TRIAL begins | November 9, 2026 | Order Date plus 306 days |

IT IS SO ORDERED.

Dated this ___ day of July, 2026.

_____
United States District Judge

STIPULATED MOT. & [PROPOSED] ORDER TO
AMEND CASE SCHEDULE – 6
(No. 2:25-cv-255-JNW)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000