AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

Western District of Washington ▼

|  |  |  |
|---|---|---|
| Pacito, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-CV-00255-JNW |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                                    .

Date:     07/22/2026

/s/ Tia L. Hockenberry
*Attorney's signature*

Tia L. Hockenberry (DC Bar 90008092)
*Printed name and bar number*
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Address*

tia.hockenberry@usdoj.gov
*E-mail address*

(202) 227-8311
*Telephone number*

(202) 305-7000
*FAX number*