# EXHIBIT C

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO Rubio, in his official capacity as Secretary of State, et al.,<br><br>Defendants. | Case No. 2:25-cv-255-JNW<br><br>**PLAINTIFFS' SECOND REQUESTS FOR PRODUCTION TO DEFENDANTS** |

**TO:** Marco Rubio, in his official capacity as Secretary of State; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services

**AND:** Counsel for Defendants

Plaintiffs Pacito; Esther; Josephine; Sara; Alyas; Marcos; Ahmed; Rachel; Ali; Yodit; Senai; Miriam; Babak; Jalal; HIAS, Inc. ("HIAS"); Church World Service, Inc. ("CWS"); and Lutheran Community Services Northwest propound the following requests for production to Defendants pursuant to Federal Rules of Civil Procedure 26 and 34. The following definitions and instructions shall apply to each and every part of these requests.

## INSTRUCTIONS

1. These requests are to be answered within thirty (30) days of the date of service. Unless otherwise agreed, you are to produce responsive documents and other tangible things that



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

are within your possession, custody, or control at the offices of Ashurst Perkins Coie US LLP, 1301 Second Avenue, Suite 4200, Seattle, Washington 98101.

2. Produce documents responsive to these requests for production in single page Group 4, 300 DPI, TIFF format, named according to the unique production number followed by the extension ".TIF". The TIFF images should be accompanied by an Opticon format image registration file that includes a first page "Y" flag to identify the logical document breaks.

3. Produce documents with the following metadata fields, subject to the exceptions noted parenthetically:

<u>Metadata from Emails</u>

a. Email subject (not to be produced for documents that are redacted);

b. Email author;

c. Email recipient(s);

d. Email received date;

e. Email sent date; and

f. Custodian

<u>Metadata from Electronic Files</u>

a. File name (not to be produced for documents that are redacted);

b. File author;

c. File created date;

d. File access date;

e. File modification date; and

f. Custodian

<u>Metadata for all Documents that Contain an Attachment</u>

a. Production number begin;

b. Production number end;

c. Production attachment range number begin; and



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

d. Production attachment range number end

4. Either identify the particular request for production to which each document is responsive or, alternatively, produce documents in the same manner as you keep them in the ordinary course of business.

5. Unless words or terms have been given a specific definition herein, each word or term shall be given its usual and customary dictionary definition.

6. The singular includes the plural and vice versa. The masculine includes the feminine and neutral genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

7. When producing documents and things, you are requested to furnish all documents or things in your possession, custody, or control, or known or available to you, regardless of whether such documents or things are possessed directly by you or your officers, directors, agents, employees, representatives, or investigators, or by your attorneys or their agents, employees, representatives, or investigators.

8. Documents attached to each other must not be separated.

9. If any portion of a document is responsive, produce the entire document.

10. If no documents are responsive to a particular request, so state in writing.

11. If any requested document or thing cannot be produced in full, please produce it to the extent possible, indicating what is being withheld and the reason it is being withheld.

12. If a document once existed but has been lost or destroyed or otherwise is no longer in your possession, custody, or control, identify the document and state the details concerning the loss or destruction of such document, including the name and address of the present custodian of any such document if known.

13. If any request is deemed to call for privileged documents and such privilege is asserted in order to avoid production, provide a list with respect to each document withheld based on a claim of privilege, stating:



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

a. Type of document withheld (e.g., letter, memorandum, or computer database);

b. Author(s) of document withheld;

c. Recipient(s) of document withheld;

d. Date of document withheld;

e. Subject matter of document withheld;

f. Nature of privilege(s) claimed; and

g. The paragraph(s) of these requests to which the document relates.

14. If any responsive document contains both privileged and nonprivileged material, produce the entire document with the privileged material redacted and the fact of the redaction clearly indicated.

15. You are requested to produce all original documents and all duplicate documents that were altered in any manner or added to after being duplicated and thus differ in some manner from the original.

16. If you object to answering any of these requests or withhold documents from production in response to these requests in whole or in part, state your objections and/or reasons for not producing and state all factual and legal justifications that you believe support your objection or failure to answer or produce, and also state whether you are withholding documents pursuant to your objection.

17. The timeframe for these discovery requests is from January 1, 2025, through present, unless otherwise stated.

18. Seasonably and promptly supplement and/or correct your responses to these requests as this action continues to the extent required by Federal Rule of Civil Procedure 26(e)(1).

## DEFINITIONS

As used in these requests for production, the following terms have the meanings described below:



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1. The term "**90-Day Reports**" refers to the reports created by the Secretary of Homeland Security in consultation with the Secretary of State regarding whether resumption of entry of refugees into the United States under the USRAP would be in the interests of the United States, which are required by Section 4 of the Refugee Ban EO to be submitted to the President within 90 days of the issuance of the Refugee Ban EO and every 90 days thereafter.

2. The term "**Afrikaner EO**" refers to Executive Order 14204, titled "Addressing Egregious Actions of the Republic of South Africa." *See* 90 Fed. Reg. 9,497 (Feb. 7, 2025).

3. The term "**Afrikaner Program**" refers to the Refugee Admissions Program for South Africans established pursuant to the Afrikaner EO for South Africans who are of Afrikaner ethnicity or a member of a racial minority in South Africa. *See* U.S. Mission S. Afr., *Refugee Admissions Program for South Africans*, U.S. Embassy & Consulates in S. Afr. (Nov. 4, 2025), https://za.usembassy.gov/refugee-admissions-program-for-south-africans.

4. The term "**Agencies Involved in the USRAP**" refers to all federal governmental agencies, state and local governmental agencies, nongovernmental organizations, and international organizations involved in the USRAP.

5. The word "**all**" shall be construed to include and encompass the words "each," "every," and "any."

6. The connectives **"and**" and "**or**" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

7. The term "**Case-by-Case Exception**" refers to an exception or waiver under Section 3(c) of the Refugee Ban EO that may be granted to permit the admission of individuals to the United States as refugees on a case-by-case basis, notwithstanding the suspension of the USRAP, so long as the Secretaries of State and Homeland Security determine that the entry of such person as a refugee is in the national interest and does not pose a threat to the security or welfare of the United States.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

8. The word "**Correspondence**" refers to any communication, electronic or otherwise, including but not limited to email (whether from an official or personal account), phone logs, letters, postcards, faxes, text messages, voicemails, recorded conversations, and complaints.

9. The words "**Defendants**," "**You**," and "**Your**" refer to Secretary of State Marco Rubio, Secretary of Homeland Security Markwayne Mullin, and Secretary of Health and Human Services Robert F. Kennedy, Jr. and their officers, agents, assigns, employees, insurers, attorneys, subsidiaries, successors, and predecessors, and anyone acting on their behalf.

10. The words "**Document**" and "**Documents**" shall be construed to be synonymous in meaning and equal in scope to the usage of the terms in Federal Rule of Civil Procedure 34(a), in its broadest sense, and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, including Correspondence, both originals and copies, and all attachments and appendices thereto, that are in Your possession, custody, or control, or in the possession, custody, or control of Your attorneys. A draft of a nonidentical copy is a separate Document within the meaning of this term. Without limiting the term "control," a Document is deemed to be within Your control if You have ownership, possession, or custody of the Document or the right to secure the Document or copy thereof from any persons or public or private entity having physical control thereof.

11. The term "**Expanded Travel Ban**" refers to Proclamation 10998, titled "Restricting and Limiting the Entry of Foreign Nationals to Protect the Security of the United States." *See* 90 Fed. Reg. 59,717 (Dec. 19, 2025).

12. The term "**FAC**" refers to Plaintiffs' First Amended Complaint filed on June 16, 2026. *See* Dkt. 211.

13. The term "**Follow-to-Join Refugees**" refers to the beneficiaries (i.e., a petitioner's spouse and unmarried children under age twenty-one) of Form I-730 petitions filed by refugees residing in the United States seeking to reunite with their families pursuant to 8 U.S.C. § 1157(c)(2)(A).



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

14. The term **"Lautenberg Refugees"** refers to refugee applicants who applied to the USRAP through the Lautenberg Program as established pursuant to the Lautenberg Amendment, *see* Pub. L. 101-167, § 599D, 103 Stat. 1195, 1261–63 (1989), and the Specter Amendment, *see* Pub. L. No. 108-199, § 213, 118 Stat. 3, 253 (2004).

15. The term **"Iraqi DAP Refugees"** refers to individuals designated as refugees of special humanitarian concern pursuant to the Refugee Crisis in Iraq Act who accessed the USRAP through the Iraqi Direct Access Program. *See* Pub. L. 110-181, § 1243(a), 122 Stat. 3, 395–96 (2008).

16. The term "**FY 2026 PD**" refers to Presidential Determination No. 2025-13 of September 30, 2025, titled "Presidential Determination on Refugee Admissions for Fiscal Year 2026." *See* 90 Fed. Reg. 49,005 (Oct. 31, 2025).

17. The words "**including**" and "**includes**" shall be construed to mean "including, but not limited to," and "includes, but is not limited to," respectively.

18. The term **"National-Interest Exception"** refers to an exception or waiver to the suspension of and limitation on entry under Section 4(d) of the Travel Ban or Section 6(e) and (f) of the Expanded Travel Ban that may be made on a case-by-case basis for individuals for whom the Secretaries of State and Homeland Security find that travel would serve a U.S. national interest.

19. The word "**Plaintiffs**" refers to Plaintiffs Pacito; Esther; Josephine; Sara; Alyas; Marcos; Ahmed; Rachel; Ali; Yodit; Senai; Miriam; Babak; Jalal; HIAS; CWS; and Lutheran Community Services Northwest.

20. The term "**Processing of Applications**" refers to all stages of processing in the USRAP by Agencies Involved in the USRAP, including referring cases to the USRAP, preparing and storing files, collecting data, conducting pre-interviews and interviews, adjudicating applications, reviewing case decisions, conducting security checks and medical clearances, obtaining assurances, providing cultural orientation, and arranging travel to the United States.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

21. The term "**Refugee Ban EO**" refers to Executive Order 14163, titled "Realigning the United States Refugee Admissions Program." *See* 90 Fed. Reg. 8,459 (Jan. 20, 2025).

22. The terms "**relates to**" and "**relating to**" shall be construed in the broadest sense and shall mean, without limitation, anything that, in whole or in part, directly or indirectly analyzes, comments upon, comprises, concerns, constitutes, contains, discusses, embodies, evidences, explains, identifies, manifests, mentions, reflects, refers to, relates to, states, summarizes, or is in any way relevant to the particular subject matter identified.

23. The term "**Travel Ban**" refers to Proclamation 10949, titled "Restricting the Entry of Foreign Nationals to Protect the United States from Foreign Terrorists and Other National Security and Public Safety Threats." *See* 90 Fed. Reg. 24,497 (June 10, 2025).

24. The term "**Travel Bans**" refers, collectively, to the Travel Ban and the Expanded Travel Ban.

25. The term "**USRAP**" refers to the U.S. Refugee Admissions Program.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 10:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, Correspondence, and other similar Documents issued or sent by Defendants and Agencies Involved in the USRAP relating to the application of the Travel Bans to refugees, including but not limited to: (a) all Documents relating to the decision to apply the Travel Bans to refugees; (b) all Documents relating to the implementation of Section 4(d) of the Travel Ban and Sections 6(e) and (f) of the Expanded Travel Ban; (c) all Documents relating to any process for refugees to apply or be considered for a National-Interest Exception; and (d) all Documents relating to refugee case processing for refugees who are nationals of countries designated in the Travel Bans.

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**REQUEST FOR PRODUCTION NO. 11:** All Documents relating to the State Department cable referenced at paragraph 233 of the FAC stating that Travel Ban waivers are to be used rarely for "exceptional" travel that serves the national interest from an "America First perspective," including all underlying drafts, supporting analyses, transmittals, and Correspondence regarding distribution to consular posts and adjudicators, as well as any similar cables, guidance, or instructions concerning the National-Interest Exception.

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**REQUEST FOR PRODUCTION NO. 12:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, Correspondence, and other similar Documents relating to the creation, implementation, and operation of the Afrikaner Program, including but not limited to: (a) all Documents relating to eligibility criteria for resettlement under the Afrikaner program, including the July 9, 2025, State Department communication referenced at paragraph 160 of the FAC stating that the program was intended for white people only; (b) all Documents providing guidance as to how to identify whether refugees qualify as Afrikaners or a member of a racial minority in South Africa based on ethnicity, race, heritage, language, or other similar traits; (c) all Documents relating to processing, decision-making and approval of cases under the Afrikaner Program, including memoranda authorizing admission of individuals referenced at paragraph 172 of the FAC and related Documents; (d) all Documents relating to implementation of the Afrikaner EO, including all plans created pursuant to Section 4 of the Afrikaner EO to prioritize admission and resettlement of Afrikaners through USRAP; (e) all Documents relating to the designation of Amerikaners as a USRAP referral entity; and (f) all Documents relating to the decision to use charter flights to transport individuals to the United States, including the May 2025 charter flight referenced at paragraph 158 of the FAC.

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**REQUEST FOR PRODUCTION NO. 13:** Documents sufficient to show the following data related to refugee cases in South Africa since February 1, 2025. For the following, data should be provided for each month within the time period identified above:

i. Number of individuals and cases referred to the USRAP each month, disaggregated by ethnicity;

ii. Number of individuals and cases denied access to the USRAP each month, disaggregated by ethnicity and basis for denial;

iii. Number of pending I-590 and I-730 applications, disaggregated by ethnicity;

iv. Number of I-590 and I-730 applications conditionally approved each month, disaggregated by ethnicity;

v. Number of I-590 and I-730 applicants denied a Case-by-Case Exception each month, disaggregated by ethnicity and basis for denial; and

vi. Number of I-590 and I-730 applicants approved for a Case-by-Case Exception and admitted to the United States each month, disaggregated by ethnicity.

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**REQUEST FOR PRODUCTION NO. 14:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, emails, lists, attachments, Correspondence, and other similar Documents issued or sent by Defendants and Agencies Involved in the USRAP relating to the revocation or inactivation of refugee assurances based on the FY 2026 PD, and the processing and admission of refugee cases for Fiscal Year 2026, including Documents relating to: (a) the December 31, 2025, email sent by the State Department's Bureau of Population, Refugees, and Migration ("PRM") titled "Clean-up of cases without a path forward under the FY 2026 PD during the PIR transition" referenced at paragraphs 184 and 185 of the FAC; (b) the January 12, 2026, emails sent by PRM to CWS and HIAS containing lists of cases for which assurances had been revoked, referenced at paragraphs 189 and 190 of the FAC; (c) the February 12, 2026, PRM emails and accompanying lists of inactivated family-reunification/Lautenberg cases referenced at paragraph 191 of the FAC; (d) criteria for determining the types of refugee cases to be processed or admitted in Fiscal Year 2026; and (e) criteria for revoking, inactivating, or retaining refugee assurances.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 15:** Documents sufficient to show the following data related to refugee cases since September 1, 2025. For the following, data should be provided for each month within the time period identified above:

i. Number of pending I-730 and I-590 applications with active assurances, disaggregated by nationality, ethnicity, and case type; and

ii. Number of I-730 and I-590 applications assured to refugee resettlement agencies whose assurances were revoked or inactivated, disaggregated by nationality, ethnicity, and case type.

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**REQUEST FOR PRODUCTION NO. 16:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, Correspondence, and other similar Documents issued or sent by Defendants and Agencies Involved in the USRAP relating to: (a) the implementation of the FY 2026 PD with respect to Iraqi DAP Refugees; (b) the decision not to process or admit Iraqi DAP Refugees in Fiscal Year 2026 and/or future fiscal years and to revoke assurances for Iraqi DAP Refugees; (c) any Documents related to the consideration of Iraqi DAP Refugees for Case-by-Case Exceptions EO; (d) any Documents related to the consideration of Iraqi DAP Refugees for a National-Interest Exception; and (e) any analyses, briefing memos, or other Documents considering whether Iraqi DAP Refugees may qualify as "victims of illegal or unjust discrimination in their homelands" within the meaning of the FY 2026 PD.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 17:** All Documents relating to: (a) the implementation of the FY 2026 PD with respect to Lautenberg Refugees; (b) the decision not to process or admit Lautenberg Refugees in Fiscal Year 2026 and/or future fiscal years and to inactivate assurances for Lautenberg Refugee cases; (c) any Documents related to the consideration of Lautenberg Refugees for Case-by-Case Exceptions; (d) any Documents related to the consideration of Lautenberg refugees for a National-Interest Exception; and (e) any analyses, briefing memos, or other Documents considering whether Lautenberg Refugees qualify as "victims of illegal or unjust discrimination in their homelands" within the meaning of the FY 2026 PD.

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**REQUEST FOR PRODUCTION NO. 18:** All Documents relating to: (a) the implementation of the FY 2026 PD with respect to Follow-to-Join Refugees; (b) the decision not to process or admit Follow-to-Join Refugees in Fiscal Year 2026 and/or future fiscal years and to revoke assurances for Follow-to-Join Refugees; (c) any Documents related to consideration of Follow-to-Join Refugees for Case-by-Case Exceptions; (d) any Documents related to the consideration of Follow-to-Join Refugees for a National-Interest Exception; and (e) any analyses, briefing memos, or other Documents considering whether Follow-to-Join Refugees qualify as "victims of illegal or unjust discrimination in their homelands" within the meaning of the FY 2026 PD.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 19:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, Correspondence, and other similar Documents in effect as of January 1, 2025, and all prior versions, relating to any procedures or practices for charging Follow-to-Join Refugee admissions against the presidential determination's numerical limitation on refugee admissions.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 20:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, Correspondence, and other similar Documents issued or sent by Defendants and Agencies Involved in the USRAP relating to individuals or groups that qualify as "victims of illegal or unjust discrimination in their homelands" within the meaning of the FY 2026 PD.

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**REQUEST FOR PRODUCTION NO. 21:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, Correspondence, and other similar Documents issued or sent by Defendants and Agencies Involved in the USRAP since January 20, 2025, that: (a) reference the race, ethnicity, or religion of refugees in connection with refugee admissions decisions, Case-by-Case Exceptions, or the FY 2026 PD; (b) discuss prioritization of South African, European, or white refugees for refugee resettlement; (c) discuss "assimilation," "diversity," or "alignment with the President's objectives" in connection with refugee admissions; and (d) all drafts, working versions, predecessor reports, and revision histories of the 90-Day Reports (as defined herein and as sought in Plaintiffs' Requests for Production No. 1).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 22:** All policies, directives, instructions, guidelines, guidance, advisals, cables, notices, training, memoranda, decisions, Correspondence, and other similar Documents issued or sent by Defendants and Agencies Involved in the USRAP relating to the implementation of Presidential Determination 2026-14 of May 21, 2026, "Emergency Presidential Determination on Refugee Admissions for Fiscal Year 2026," 91 Fed. Reg. 31,645 (May 26, 2026).

**RESPONSE:**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: August 10, 2026

By: *s/ Harry H. Schneider, Jr.*

Harry H. Schneider, Jr., WSBA No. 9404
Jonathan P. Hawley, WSBA No. 56297
Christine E. Gibbs, WSBA No. 62949
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Harry.Schneider@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Christine.Gibbs@ashurstperkins.com

Joel W. Nomkin*
**ASHURST PERKINS COIE US LLP**
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
Joel.Nomkin@ashurstperkins.com

John M. Devaney*
**THE LAW OFFICE OF JOHN DEVANEY**
3428 Patterson Street NW
Washington, D.C. 20015
Telephone: (202) 285-3013
DevaneyJ07@gmail.com

Mevlüde Akay Alp*
Hussein Elbakri*
Kimberly Grano*
Ghita Schwarz*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
makayalp@refugeerights.org
helbakri@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Laurie Ball Cooper*
Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (516) 732-7116
Facsimile: (516) 324-2267
lballcooper@refugeerights.org
mhauptman@refugeerights.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on August 10, 2026, I caused the foregoing document to be served on the following attorneys of record in the related federal-court action by the method(s) indicated:

August Flentje
Joseph McCarter
Jason Zubata
Tia Hockenberry
Ilana Kramer
Benjamin Moss
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
august.flentje@usdoj.gov
joseph.a.mccarter@usdoj.gov
jason.k.zubata@usdoj.gov
tia.hockenberry@usdoj.gov
ilana.r.kramer@usdoj.gov
benjamin.m.moss2@usdoj.gov

*Attorneys for Defendants*

☐ Via hand delivery
☐ Via U.S. Mail, 1st Class, Postage Prepaid
☐ Via Overnight Delivery
☐ Via Facsimile
☒ Via Email
☐ Other: E-Service

Dated: August 10, 2026

*s/ Jonathan P. Hawley*
Jonathan P. Hawley



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000