District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLAINTIFF PACITO, et al.,

*Plaintiffs*,

v.

MARCO RUBIO, in his official capacity as Secretary of State, et al.,

*Defendants*.

CASE NO. 2:25-cv-00255

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY UNTIL DEFENDANTS ANSWER THE FIRST AMENDED COMPLAINT

Upon consideration of Defendants' motion for protective order staying discovery until Defendants answer the first amended complaint, and finding good cause therefor,

It is hereby ORDERED that Defendants' motion is GRANTED;

All extra-record discovery is hereby STAYED until Defendants have answered the first amended complaint.

IT IS SO ORDERED.

DATED:

Hon.____________________________
Jamal N. Whitehead
United States District Judge