THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAINTIFF PACITO et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-255-JNW<br><br>**DECLARATION OF JONATHAN P. HAWLEY IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY** |

I, Jonathan P. Hawley, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the law firm Ashurst Perkins Coie US LLP and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. I submit this declaration to provide the Court true and correct copies of certain documents submitted in opposition to Defendants' motion for a protective order staying discovery:

**Exhibit 1** is a true and correct copy of an email sent by Jason K. Zubata, counsel for Defendants, to counsel for Plaintiffs on August 14, 2026.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 31st day of August, 2026, at Seattle, Washington.

*s/ Jonathan P. Hawley*
Jonathan P. Hawley



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000